FILED
JUL 2 2007
U.S. COURT OF
FEDERAL CLAIMS

ORIGINAL

**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

| | |
|---|---|
| **CH2M HILL Hanford Group, Inc.** **Plaintiff,** *v.* **The United States,** **Defendant.** | **No. 07-494 C** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Court of Federal Claims Rule 7.1, Plaintiff CH2M HILL Hanford Group, Inc. ("Plaintiff"), by counsel, states that its parent corporation is CH2M Hill Constructors, Inc., which in turn is owned by CH2M Hill Companies, Ltd. No publicly held corporation owns 10% or more of the stock of Plaintiff or its corporate parents.

Dated: July 2, 2007

Respectfully submitted,

CH2M HILL Hanford Group, Inc.

By: [signature]

Kenneth B. Weckstein
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 296-2882
kweckstein@ebglaw.com

Counsel of Record for Plaintiff

Of Counsel:

Shlomo D. Katz
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1809
Facsimile: (202) 296-2882
skatz@ebglaw.com

Stanley J. Bensussen
Chief Counsel
CH2M HILL Hanford Group, Inc.
P.O. Box 1500, MSIN H6-18
Richland, WA 99352
Telephone: 509-372-3800
Facsimile: 509-372-1397