IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-494C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 14, 2007, within which to file a response to the complaint. Our response is currently due on August 31, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

Counsel has not yet had an opportunity to draft a response to the complaint because of the press of other business. From July 2, 2007 through July 6, 2007, counsel was on leave with his family visiting relatives in Massachusetts. Upon returning to Washington, D.C. on July 9, 2007, counsel attended to numerous matters related to a bid protest which required immediate attention. Input/Output Technologies Inc. v. United States, No. 07-322C (Fed. Cl.). This case continued to require regular attention until it was voluntarily dismissed on August 28, 2007.

On July 10, 2007, counsel attended a lengthy hearing in a construction contract case. Tompkins Builders, Inc. v. United States, No. 06-849C (Fed. Cl.). On July 11 and 12, 2007, counsel was required to take leave because a fire closed the daycare facility attended by counsel's young son.

On July 16, 2007, counsel participated in a lengthy telephone conference in the Input bid protest case. Counsel was out of the office for a meeting with agency personnel and opposing counsel in the Tompkins case on July 17, 2007. Throughout July and August, counsel was required to give intermittent attention to a case nearing final judgment. William Greene v. United States, No. 03-1677C (Fed. Cl.). Counsel filed a response to plaintiff's motion in Greene on August 23, 2007.

On July 23, 2007, counsel filed a joint preliminary status report in JH Parker Construction Company Inc. v. United States, No. 07-183C (Fed. Cl.). On or about August 13, 2007, counsel served a lengthy set of requests for admissions in the Parker case.

On August 1, 2007, counsel filed a motion to strike the amended complaint in International Protectives Services, Inc. v. United States, No. 03-2824C (Fed. Cl.). On August 7, counsel filed a motion for a scheduling conference in International. On August 23, 2007, counsel filed a reply to the response to the

motion to strike. Counsel expects to file a reply regarding the scheduling conference very soon.

On August 21, 2007, counsel filed a lengthy, formal brief in Jacobs Engineering Group, Inc. v. United States, 2007-5103 (Fed. Cir.).

In July and August, counsel has prepared two memoranda regarding settlement offers. Arco Management Co. Inc. v. United States, No. 04-1782C (Fed. Cl.); Pierce Street Partners Limited Partnership v. United States, No. 06-812C (Fed. Cl.). Counsel has also devoted substantial time to a memorandum concerning a settlement offer in United States Fidelity & Guaranty Co. v. United States, No. 06-77C (Fed. Cl.).

In addition, counsel has devoted time to numerous, other tasks.

The full enlargement of time requested is needed. Time is needed for research regarding the facts of the case and for drafting a response to the complaint. In addition, time is needed for review of the draft response by agency counsel and by supervisors at the Department of Justice.

## Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 29, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 29, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier