IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 28, 2007, within which to file a response to the complaint. This is our second request for an enlargement of time for this purpose; an unopposed motion for an enlargement of time until September 14, 2007 is now pending before the Court. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

Counsel has devoted significant time to preparing a response to the complaint, and counsel for the agency has devoted even more time to this task. If possible, counsels hope to file a response by September 14, 2007. However, certain matters have not yet been resolved, and more time may be needed. This is particularly so because agency counsel with principal responsibility for assisting in this matter is on annual leave this week. Accordingly, out of an abundance of caution, counsel respectfully seeks an enlargement of an additional 14 days.

The full enlargement of time is needed. Certain factual matters are under investigation, and it is unclear when the investigation will be complete. In addition, time is needed for revisions to the draft response and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

September 11, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 11, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier