## PBI SUMMARY 2003 - 2006

(All PBI's Cancelled with Mod M120)

| PBI | Description | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|
| PBI 1 - TOTAL | Complete Interim Stabilization of SSTs | $ 3,000,000 | $ 3,000,000 | $ - |
| PBI 2 - TOTAL | Waste Feed Delivery | $ 29,000,000 | $ 22,768,000 | $ 6,232,000 |
| PBI 3 - TOTAL | Retrieve and Close TPA M-45 High Risk SSTs | $ 25,200,000 | $ 12,925,000 | $ 12,275,000 |
| PBI 4 - TOTAL | Treat and Disposition TRU and LAW | $ 12,300,000 | $ 5,928,625 | $ 6,071,375 |
| PBI 5 - TOTAL | PBI established 2/8/06 | $ 1,300,000 | $ 1,300,000 | $ - |
| PBI 6 - TOTAL | PBI established 2/8/06 | $ 1,200,000 | $ 900,000 | $ 300,000 |
| | | | | |
| | GRAND - TOTAL | $ 72,000,000 | $ 46,821,625 | $ 24,878,375 |

**Minus $300K -** **$71,700,000**

Conditional Payment of Fee Determination Ltr dated 8/25/04- Fee reduction of $300K -due to weaknesses in Conduct of Ops.

24

# PBI'S 2003-2006

(All PBIS CANCELLED -with Mod M120)

Note: All PBIs with no earnable dollars were considered incremental step PBIs which each needed to be completed before earnings were awarded

SHADING - Denotes PBI's in funding Claim

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| | | | | | |
| **PBI-1** | | | | | |
| PBI-1 | **COMPLETE INTERIM STABILIZATION OF SSTs** | | | | |
| PBI-1.1.a.01 | Complete Interim Stabilization of SSTs AX-101 | PAID | $75,000 | $75,000 | $0 |
| PBI-1.1.a.02 | Complete Interim Stabilization of SSTs U-111 | PAID | $75,000 | $75,000 | $0 |
| PBI-1.1.b.01 | Complete IS or retrieval of S-102 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.02 | Complete Interim Stabilization of SSTs U-107 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.03 | Complete Interim Stabilization of SSTs S-111 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.04 | Complete Interim Stabilization of SSTs SX-102 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.05 | Complete Interim Stabilization of SSTs BY-106 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.06 | Complete Interim Stabilization of SSTs U-108 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.07 | Complete Interim Stabilization of SSTs C-103 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.08 | Complete Interim Stabilization of SSTs S-107 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.09 | Complete IS or retrieval of S-112 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.10 | Complete Interim Stabilization of SSTs S-101 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.11 | Complete Interim Stabilization of SSTs SX-101 | PAID | $237,500 | $237,500 | $0 |
| PBI-1.1.b.12 | Complete Interim Stabilization of SSTs A-101 | PAID | $237,500 | $237,500 | $0 |
| | **PBI - 1 - TOTAL** | | **$3,000,000** | **$3,000,000** | **$0** |
| **PBI-2** | | | | | |
| PBI-2 | **WASTE FEED DELIVERY** | | | | |
| PBI-2.1.a | Waste Feed Delivery -Complete RPP System Plan | | Incremental - Non-Fee | $0 | |
| PBI-2.1.b.01 | 1. Complete AN Phase 2 Tank Farm Upgrades | PAID | $857,819 | $857,819 | $0 |
| PBI-2.1.b.02 | 2. Comp. AY/AZ/AW Phase 1 Construction | PAID | $857,818 | $857,818 | $0 |
| PBI-2.1.b.03 | 3. Complete AN Phase 1 Construction | PAID | $857,819 | $857,819 | $0 |
| PBI-2.1.b.04 | 4. Receive HVAC Skids | PAID | $857,818 | $857,818 | $0 |

25

# PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-2.1.c.01 | Complete Ph 2 AW Farm Upgrades | PAID | $910,000 | $910,000 | $0 |
| PBI-2.1.c.02 | 2. Receive HVAC Skids/Upgrade AW Pits | PAID | $600,000 | $600,000 | $0 |
| PBI-2.1.c.03 | 3. Upgrade AW Pits & turnover to Operations (Earn $100K per Pit-8 total) | | | | $0 |
| PBI-2.1.c.03(A) | Upgrade AW Pits-03A | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(B) | Upgrade AW Pits-04A | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(C) | Upgrade AW Pits-AW02A | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(D) | Upgrade AW Pits-AW02D | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(E) | Upgrade AW Pits-AW01A | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(F) | Upgrade AW Pits-AW05 | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(G) | Upgrade AW Pits-AW-6A | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.03(H) | Upgrade AW Pits-AW02E | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.c.04 | AW Upgrades Turnover to Operations | OPEN | $390,000 | $0 | $390,000 |
| PBI-2.1.d.01 | Complete Phase 2 Upgrades in SY Tank Farm | OPEN | $700,000 | $0 | $700,000 |
| PBI-2.1.d.02.a | 2. Upgrade SY Pits & turnover to Operations Pit SY-A (Earn $100K per Pit) | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.d.02.b | 2. Upgrade SY Pits & turnover to Operations -SY03A (Earn $100K per Pit) | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.d.02.c | 2. Upgrade SY Pits & turnover to Operations-SY-02D (Earn $100K per Pit) | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.d.02.d | 2. Upgrade SY Pits & turnover to Operations (Earn $100K per Pit) | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.d.02.e | Upg SY-02A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.d.03 | SY Tank Farm Turnover to Operations | OPEN | $300,000 | $0 | $300,000 |
| PBI-2.1.e.01 | Complete Ph 2 AY/AZ Farm Upgrades | PAID | $600,000 | $600,000 | $0 |
| PBI-2.1.e.02 | Turnover AY/AZ Ph 2 Upg to Ops | PAID | $200,000 | $200,000 | $0 |
| PBI-2.1.f.01 | Complete Phase 2 Upgrades in AP Tank Farm | OPEN | $700,000 | $0 | $700,000 |
| PBI-2.1.f.02.a | Upg AP-02A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.b | Upg AP-01A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.c | Upg AP-03A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.d | Upg AP-07A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.e | Upg AP-05A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.f | Upg AP-08A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.g | Upg AP-04A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |



26

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-2.1.f.02.h | Upg AP-03D Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.02.i | Upg AP-06A Pit & Turnover to Op | PAID | $100,000 | $100,000 | $0 |
| PBI-2.1.f.03 | AP Tank Farm Turnover to Operations | OPEN | $300,000 | $0 | $300,000 |
| PBI-2.1.g.01 | 1. Complete 244-S DART Bypass | PAID | $350,000 | $350,000 | $0 |
| PBI-2.1.g.02 | Complete Installation of 50% of piping | PAID | $800,000 | $800,000 | $0 |
| PBI-2.1.g.03 | PBI-2.1.g.03, Turnover 244-S DART Bypass to Ops | PAID | $150,000 | $150,000 | $0 |
| PBI-2.1.h.01 | W-211 modification of AZ-156 Bldg. Fabricate Transfer Pipe | PAID | $540,000 | $540,000 | $0 |
| PBI-2.1.h.02 | 2. Install 3,500 linear feet of piping | PAID | $540,000 | $540,000 | $0 |
| PBI-2.1.h.03 | 3. Complete AZ-156 building modifications & turnover to Operations | PAID | $540,000 | $540,000 | $0 |
| PBI-2.1.i | Complete W-211/AZ-101 RS construction, except installation of transfer pump | PAID | $1,850,000 | $1,850,000 | $0 |
| PBI-2.1.j | Complete construction of waste transfer piping from the Tank Farms to the WTP interface point, except final installation of three pipe jumpers and related valve actuators | PAID | $1,500,000 | $1,500,000 | $0 |
| PBI 2.1.k | W-211 AN Infrastructure and AN-101 retrieval system construction, except mixer pump installation | PAID | $1,900,000 | $1,900,000 | $0 |
| PBI 2.1.L | W-211 AZ-102 retrieval system construction, except mixer pump installation | PAID | $2,000,000 | $768,000 | $1,232,000 |
| PBI 2.1.m | W-211 higher risk construction tasks for the AY-102 retrieval systems | PAID | $1,750,000 | $315,000 | $1,435,000 |
| PBI-2.1.n | Compl AP-101 Transfer Pump Replacement | PAID | $1,000,000 | $1,000,000 | $0 |
| PBI-2.1.o | Complete AN Clean-out Box Mods | PAID | $265,000 | $265,000 | $0 |
| PBI-2.1.p | Completion of SY Tank Farm pipeline upgrades | OPEN | $900,000 | $0 | $900,000 |
| PBI-2.1.q | Complete AZ-151 reroute | PAID | $450,000 | $450,000 | $0 |
| PBI-2.1.r | Complete AW Clean-out Box Mods | PAID | $1,100,000 | $825,000 | $275,000 |
| PBI-2.1.s | Complete 204-AR Upgrades | PAID | $33,726 | $33,726 | $0 |
| PBI-2.3.a.01.a | IDF Disp Sit Prep/Road/Uty Relocation | PAID | $540,000 | $540,000 | $0 |
| PBI-2.3.a.01.b | IDF Disposal Trench Excavation | PAID | $460,000 | $460,000 | $0 |
| PBI-2.3.a.02 | IDF-Completion of Construction | PAID | $2,000,000 | $2,000,000 | $0 |
| | **PBI - 2 - TOTAL** | | **$29,000,000** | **$22,768,000** | **$6,232,000** |
| **PBI-3** | | | | | |
| PBI-3 | Retrieve and Close M-45 High Risk SSTs | | | | |

27

3

# PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.1.aS112 | Retrieve S-112 | | | | $0 |
| PBI-3.1.aS112 | Complete Retrieval of S-112 | PAID | $200,000 | $200,000 | $0 |
| PBI-3.1.aS112(a) | S-112 - Complete Construction of Retrieval system. | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.aS112(b) | S-112 - Start Retrieval | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.aS112c) | S-112- Retrieval of 25% of tank volume | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.aS112(d) | S-112- Retrieval of 50% of tank volume | PAID | $50,000 | $50,000 | $0 |
| PBI-3.1.b | Complete Interim closure of S-112 | PAID | $500,000 | $500,000 | $0 |
| PBI-3.1.cS102 | Complete Retrieval of S-102 | OPEN | $200,000 | $0 | $200,000 |
| PBI-3.1.cS102a | Compl Constr S-102 Retrieval Sys | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.cS102b | Start Retrieval S-102 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.cS102c | Retrieve 25% of Volume S-102 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.1.cS102d | Retrieve 50% of Volume S102 | PAID | $50,000 | $50,000 | $0 |
| PBI-3.1.d | Interim Close S-102 | PAID | $500,000 | $500,000 | $0 |
| PBI-3.2.aC106 | Complete removal of Waste C-106 | PAID | $200,000 | $200,000 | $0 |
| PBI-3.2.aC106(a) | Remove Waste C-106 - 1) Complete construction of retrieval system | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.aC106(b) | Remove Waste C-106-2) Start retrieval | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.aC106 c) | Remove Waste C-106-3) Retrieval of 25% tank volume | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.aC106(d) | Remove Waste C-106-4) retrieval of 50% of tank volume | PAID | $50,000 | $50,000 | $0 |
| PBI-3.2.bC106e | Complete Demonstration of interim closure of C-106 | PAID | $500,000 | $500,000 | $0 |
| PBI-3.2.cC201a | Complete Construction C-201 Retrieval system | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC201b | Start Retrieval C-201 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC201c | Complete Retrieval of C-201 | PAID | $325,000 | $325,000 | $0 |
| PBI-3.2.cC202a | Complete Construction C-202 Retrieval system | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC202b | Start Retrieval C-202 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC202c | Complete Retrieval of C-202 | PAID | $325,000 | $325,000 | $0 |

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.2.cC203a | Complete Construction C-203 Retrieval System | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC203b | Start Retrieval C-203 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC203c | Complete Retrieval of C-203 | PAID | $325,000 | $325,000 | $0 |
| PBI-3.2.cC204a | Complete Construction C-204 Retrieval System | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC204b | Start Retrieval C-204 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.2.cC204c | Complete Retrieval of C-204 | OPEN | $325,000 | $0 | $325,000 |
| **PBI-3.3** | **Retrieve and Interim Close Additional Single-Shell Waste Tanks** | | | | |
| PBI-3.3.a | | | | | |
| PBI-3.3.b | | | | | |
| **PBI-3.3.c** | **Retrieve 15 additional SST's** | | | | |
| **PBI-3.3.cC103a** | Complete Construction of C103 Retrvl Syst. | PAID | $250,000 | $250,000 | $0 |
| PBI-3.3.cC103b | Start Retrieval of C-103 | PAID | $250,000 | $250,000 | $0 |
| PBI-3.3.cC103c | Retrieve 25% of Tank Volume | PAID | $250,000 | $250,000 | $0 |
| PBI-3.3.cC103d | Retrieve 50% of Tank Volume | PAID | $50,000 | $50,000 | $0 |
| PBI-3.3.cC103e | Complete Retrieval of C-103 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C104** | | | | | |
| PBI-3.3c C104a | Complete Construction of C104 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C104b | Start Retrieval of C-104 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C104c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C104d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C104e | Complete Retrieval of C-104 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C105** | | | | | |
| PBI-3.3c C105a | Complete Construction of C105 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C105b | Start Retrieval of C-105 | OPEN | $250,000 | $0 | $250,000 |