## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.3c C105c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C105d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C105e | Complete Retrieval of C-105 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C107** | | | | | |
| PBI-3.3c C107a | Complete Construction of C107 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C107b | Start Retrieval of C-107 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C107c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C107d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C107e | Complete Retrieval of C-107 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C108** | | | | | |
| PBI-3.3c C108a | Complete Construction of C108 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C108b | Start Retrieval of C-108 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C108c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C108d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C108e | Complete Retrieval of C-108 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C109** | | | | | |
| PBI-3.3c C109a | Complete Construction of C109 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C109b | Start Retrieval of C-109 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C109c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C109d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C109e | Complete Retrieval of C-109 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C110** | | | | | |
| PBI-3.3c C110a | Complete Construction of C110 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C110b | Start Retrieval of C-110 | OPEN | $250,000 | $0 | $250,000 |

30

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.3c C110c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C110d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C110e | Complete Retrieval of C-110 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C111** | | | | | |
| PBI-3.3c C111a | Complete Construction of C111 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C111b | Start Retrieval of C-111 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C111c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C111d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C111e | Complete Retrieval of C-111 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C112** | | | | | |
| PBI-3.3c C112a | Complete Construction of C112 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C112b | Start Retrieval of C-112 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C112c | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C112d | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C112e | Complete Retrieval of C-112 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C102** | | | | | |
| PBI-3.3c C102 | Complete Construction of Tank 10 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C102 | Start Retrieval of Tank 10 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C102 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C102 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C102 | Complete Retrieval of Tank 10 | OPEN | $25,000 | $0 | $25,000 |
| **PBI-3.3c C101** | | | | | |
| PBI-3.3c C101 | Complete Construction of Tank 11 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C101 | Start Retrieval of Tank 11 | OPEN | $250,000 | $0 | $250,000 |

31

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.3c C101 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c C101 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c C101 | Complete Retrieval of Tank 11 | OPEN | $25,000 | $0 | $25,000 |
| PBI-3.3c U201 | | | | | |
| PBI-3.3c U201 | Complete Construction of Tank 12 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U201 | Start Retrieval of Tank 12 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U201 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U201 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c U201 | Complete Retrieval of Tank 12 | OPEN | $25,000 | $0 | $25,000 |
| PBI-3.3c U202 | | | | | |
| PBI-3.3c U202 | Complete Construction of Tank 13 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U202 | Start Retrieval of Tank 13 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U202 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U202 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c U202 | Complete Retrieval of Tank 13 | OPEN | $25,000 | $0 | $25,000 |
| PBI-3.3c U203 | | | | | |
| PBI-3.3c U203 | Complete Construction of Tank 14 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U203 | Start Retrieval of Tank 14 | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U203 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U203 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c U203 | Complete Retrieval of Tank 14 | OPEN | $25,000 | $0 | $25,000 |
| PBI-3.3c U204 | | | | | |
| PBI-3.3c U204 | Complete Construction of Tank 15 Retrieval Sys | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c U204 | Start Retrieval of Tank 15 | OPEN | $250,000 | $0 | $250,000 |

32

# PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.3c.U204 | Retrieve 25% of Tank Volume | OPEN | $250,000 | $0 | $250,000 |
| PBI-3.3c.U204 | Retrieve 50% of Tank Volume | OPEN | $50,000 | $0 | $50,000 |
| PBI-3.3c.U204 | Complete Retrieval of Tank 15 | OPEN | $25,000 | $0 | $25,000 |
| PBI-3.3.d | Interim Close 5 additional SSTs(**$200K per Tank)** | Paid | $500,000 | **$500,000** | **$0** |
| PBI-3.3.d(a | Close Tank 1 (C-201) | | | | |
| PBI-3.3.d(b | Close Tank 2 (C-202) | | | | |
| PBI-3.3.d(c | Close Tank 3 (C-203) | | | | |
| PBI-3.3.d(d | Close Tank 4 (C-204) | | | | |
| PBI-3.3.d(e | Close Tank 5 (C-103) | | | | |
| PBI-3.3.e.01 | Acceleration Fee for retrieval above 15 SSTs: Incremental Fee for >15 SSTs of $1.5M | | | | |
| PBI-3.3.e.02 | Acceleration fee for interim closure of above 5 SSTs per $500K/SST | | | | |
| | **Tanks for Retrieval/Closure-no specific Decree:S-101,S-103,S-104,S-105,S-106,S-107, S-108, S-109, S-110, S-111, SX-101, SX-102, SX-103, SX-104,SX-105, SX-106, SX-107, SX-108, SX-109, SX-110, SX-111, SX-112, SX-113, SX-114, SX-115, T-101, T-102, T-103, T-104, T-105, T-106, T-107, T-108, T-109, T-110, T-111, T-112, T-201, T-202, T-203, T-204, TX-101, TX-102, TX-103, TX-104, TX-105, TX-106, TX-107, TX-108, TX-109, TX-110,TX-111, TX-112, TX-113, TX-114, TX-115, TX-116, TX-117, TX-118, TY-101,TY-102, TY-103, TY-104, TY-105, TY-106, U-101,U-102,U-103, U-104, U-105, U-106, U-107, U-108, U-109,U-110, U-111, U-112, U-201, U-202, U-203, U-204.** | | | | |
| PBI-3.4.a | | | | | |
| PBI-3.5.a | Complete Interim Stabilization 244-AR Vault | PAID | $500,000 | **$500,000** | **$0** |
| **PBI-3.6** | **Complete Single-Shell Tank Retrieval Infrastructure Upgrades and Vapor Solution Upgrades** | | | | |
| PBI-3.6.a.01 | Complete procurement and receive C farm HVAC skids | PAID | $600,000 | **$600,000** | **$0** |
| PBI-3.6.a.02 | Install and start-up C-Farm HVAC skids | OPEN | $175,000 | $0 | $175,000 |
| PBI-3.6.b.01 | Complete 15 single-shell tank head space samples | PAID | $375,000 | **$375,000** | **$0** |
| PBI-3.6.b.02 | Complete an additional 15 single-shell tank head space samples | PAID | $375,000 | **$375,000** | **$0** |
| PBI-3.6.c.01 | Install single-shell breather filter stack extensions | PAID | $75,000 | **$75,000** | **$0** |

33

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-3.6.c.02 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.03 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.04 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.05 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.06 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.07 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.c.08 | Install single-shell breather filter stack extensions | PAID | $75,000 | $75,000 | $0 |
| PBI-3.6.d | Install stack extension on the AP tank farm exhauster | PAID | $250,000 | $250,000 | $0 |
| PBI-3.6.e | Install AN-106 transfer pump | PAID | $500,000 | $500,000 | $0 |
| PBI-3.6.f | Install 3 RCRA groundwater monitoring wells | PAID | $500,000 | $500,000 | $0 |
| PBI-3.6.g | Install remote tank farm monitoring system in 2 tank farms | PAID | $150,000 | $150,000 | $0 |
| PBI-3.7 | Remote Water Lance (RWL) technology development for hard heel waste | PAID | $500,000 | $500,000 | $0 |
| PBI-3.7.a | Demonstrate RWL technology with existing retrieval technology | OPEN | Incremental - Non-Fee | $0 | $0 |
| PBI-3.7.b | Complete and issue technology report for the RWL test | OPEN | Incremental - Non-Fee | $0 | $0 |
| | **PBI - 3 - TOTAL** | | **$25,200,000** | **$12,925,000** | **$12,275,000** |
| **PBI-4** | | | | | |
| PBI 4.1 | Treat and Disposition TRU and LAW | | | | |
| PBI-4.1.b | Complete procurement and receive B-200s vacuum retrieval system and associated vacuum masts | PAID | $825,000 | $825,000 | $0 |
| PBI-4.1.c | Complete procurement and receive T-200s vacuum retrieval system and associated vacuum masts | PAID | $825,000 | $825,000 | $0 |
| PBI-4.1.d | Complete procurement and receive TRU HVAC skid | PAID | $750,000 | $750,000 | $0 |
| PBI-4.1.e | Complete procurement and receive TRU dryer skid | PAID | $1,250,000 | $1,250,000 | $0 |
| PBI-4.1.f | Complete Cold Ops Accept. Test of TRU Treatment system offsite | PAID | Incremental - Non-Fee | $0 | $0 |
| PBI-4.1.g | Remove Treat and package 100k gal of TRU waste for WIPP | PAID | Incremental - Non-Fee | $0 | $0 |
| PBI-4.1.h | Remove Treat and package 100k gal of TRU waste for WIPP | PAID | Incremental - Non-Fee | $0 | $0 |
| PBI-4.1.i | Remove Treat and package 84k gal of TRU waste for WIPP | PAID | Incremental - Non-Fee | $0 | $0 |

**PBI'S 2003-2006**

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-4.1.j | Incremental accel. Fee for each 100K add. Waste retrieved and treated | PAID | $3,650,000 | $1,328,625 | $2,321,375 |
| PBI-4.2.a | PBI-4.2.a Complete testing using waste at a scale deemed... | PAID | $1,250,000 | $1,250,000 | $0 |
| PBI-4.2.b | Complete Full scale unit container of immobilized tank waste | OPEN | $1,250,000 | $0 | $1,250,000 |
| PBI-4.2.c | Complete Start-up of production test system/generate one unit | OPEN | $2,500,000 | $0 | $2,500,000 |
| PBI-4.2.d | Remove and immobilize each 10k gal for first 50K gal/ea. 10K next 150K | OPEN | Per Gallon- basis | $0 | Per Gallon basis |
| ORP deduct 04-ORP-054 | Conditional Payment of Fee Determination Ltr dated 8/25/04- Fee reduction of $300K -due to weaknesses in Conduct of Ops. | | | ($300,000) | |
| | | | | | |
| | | | | | |
| | **PBI 4 TOTAL** | | **$12,300,000** | **$5,928,625** | **$6,071,375** |
| **PBI-5** | $1,300,000 Total Fee assigned - PBI established 2/8/06 | | | | |
| PBI-5.1.a | Demonstrate hydraulic hammer/direct push technology for vertical & angle vadose zone pushes... | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-5.1.b | Complete near-surface vadose zone characterization utilizing the hydraulic hammer/direct push tech. per M-45-55 which shall include geophysical logging of 40 direct pushes and 20 shallow soil samples. | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-5.1.c | Install 2 moisture measuring arrays at T-Farm | PAID | $300,000 | $300,000 | $0 |
| PBI-5.2.a | Develp & demonstrate performance of SGE technology in T and S Farms to produce SGE performance assessment rpt | PAID | $600,000 | $600,000 | $0 |
| PBI-5.3.a | Complete intrusion prevention of high and medium risk components. Specific list of facilities-directed by DOE. Physical work based on potential for intrusion & approved by ORP. | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-5.3.b | Conduct liquid level assessments and video observation of 3 facilities (241-AX-IX, 241-AX-151, 241-BY-ITS-2) per plans under M-23-26. | PAID | $200,000 | $200,000 | $0 |
| PBI-5.4.a | Meet FFCA requirement for Stack Isolations -complete isolation of 6 stacks(296-P-16,296-A-25, 296-C-05, 296-B-28, 296-T-18, 296-S-22) | PAID | $200,000 | $200,000 | $0 |
| | **PBI 5 - TOTAL** | | **$1,300,000** | **$1,300,000** | **$0** |
| **PBI-6** | $1,200,000 Total Fee assigned - PBI established 2/8/06 | | | | |
| PBI-6.1.a | Complete AP Valve Pit & AP-02D Pit Integrity Assessment, painting & inspection. Issue Pit Integrity Rpt. | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.1.b | Pressure test 18 transfer line encasements including SN-261. Documented by transmittal to Ecology. | PAID | $200,000 | $200,000 | $0 |

35

## PBI'S 2003-2006

| PBI | Description | Status | Possible to achieve | Amount Awarded | Amount Unearned |
|---|---|---|---|---|---|
| PBI-6.2.a | Complete DST Integrity, UT and VE testing. Complete UT and VE on 3 DSTs (AN-107, AY-102, AW-103) | OPEN | $300,000 | $0 | $300,000 |
| PBI-6.3.a | Complete corrosion lab testing for AN-107 | Approved | Incremental - Non-Fee | $0 | $0 |
| PBI-6.3.b | Design, procure, install, test multi-function corrosion probe for replacing existing probe in tank AN-107. Documentation to certify installation | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.3.c | Upgrade AN-102 caustic mixing system to support completion of TSR recovery actions | PAID | $100,000 | $100,000 | $0 |
| PBI-6.4.a | Perform leak checks in the following pits- AN106 to AW106, Cross Site transfer: AN-A, AN01-A Pump pit, AZ-Valve pit, AP-02-D Pit and AP-02-A Pit. | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.4.b | Perform Pressure test on SN-285 (SY-102 to SY-A valve pit) | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.4.c | Perform one cross-site transfer from SY-101 to AP farm and from SY-102 to SY-101. Provide total volumes transferred into east area DST system. At completion of SY-102 transfer there shall be less than 210 inches of waste in SY-102. | PAID | $200,000 | $200,000 | $0 |
| PBI-6.5.a | Complete Training and certification to qualify operators on evaporator operations | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.5.b | Complete cold facility run to maintain facility readiness for operations | Complete | Incremental - Non-Fee | $0 | $0 |
| PBI-6.5.c | Compete a hot facility run to process the maximum amount of waste allowed by the parameters determined by process engineering. | PAID | $400,000 | $400,000 | $0 |
| | **PBI 6 - TOTAL** | | **$1,200,000** | **$900,000** | **$300,000** |

36

# FUNDING CLAIM PBIs

| PBI NUMBER | DESCRIPTION OF MILESTONE/PBI | VALUE CLAIMED |
|---|---|---|
| 2.1.c04 | Turnover AW Farm W-314 Upgrades to Operations | $390,000 |
| 2.1.d.01 | Complete Phase 2, W-314 Upgrades in SY Farm | $700,000 |
| 2.1.d.03 | Turnover SY Farm W-314 Upgrades to Operations | $300,000 |
| 2.1.f.01 | Complete Phase 2, W-314 Upgrades in AP Farm | $700,000 |
| 2.1.f.03 | Turnover AP Farm W-314 Upgrades to Operations | $300,000 |
| 2.1.p | Complete SY Pipeline Upgrades (E-525) | $900,000 |
| 3.3.c | Retrieve Tank 12 (U-201) | $825,000 |
| 3.3.c | Retrieve Tank 13 (U-202) | $825,000 |
| 3.3.c | Retrieve Tank 13 (U-203) | $825,000 |
| 3.3.c | Retrieve Tank 14 (U-204) | $825,000 |
| 3.6.a.02 | Startup C-Farm HVAC skid | $175,000 |
| 4.2.b | First Full scale unit immobilized tank waste | $1,250,000 |
| 4.2.c | Startup of an immobilized tank waste production test system and generate one unit of immobilized tank waste | $2,500,000 |
| TOTAL | | $10,515,000 |
| | | |

37