Attachment 1
Added Scope
Impacts of Vapor Issue Resolution

| Added Scope | | | | | |
|---|---|---|---|---|---|
| WBS | Description | FY04/FY05 Actuals ($ in 000's) | FY06 Actual | Total | Reference |
| 5.7.1.2.11 | Industrial Safety Program-$2,418.4K/5.7.1.2.13 Environmental Health Program-$5,198.2K--This work scope is in support of contracting for outside consultants to support establishment of IH program improvements including training as well as an IH automated database. This also included the head space vapor sampling and analysis costs in the tank farms, at WSCF, and private labs. Purchase of Mass Spec Chromatograph (2) and Turbomatrix Thermal desorber (2) to enhance WSCF capabilities for vapor analysis, and one desorber for 222-S. Also, includes costs to establish the baseline and source term monitoring for the A Complex (exclude $3,017.2K for previously incentivized Head Space Sampling). | $7,616 | $8,031 | $15,647 | Section A |
| 5.8.2.1.3 | Office of VP Project Delivery $7,178K. Costs associated with this scope include establishment and maintenance of the IH Technical basis (~$2M), independent toxicological reviews (~$.4M), wireless video application for the tank farms (~$.2M), stack extensions (~$.7M), Lab analysis (~$.3M), IH Field Instrument Sensitivity testing (~$.3M), vapor material and analyzers (~$.9M), and project management, engineering program managers, field support (~$2.1M). (Exclude $655K for 9 stack extensions and $170K for installation of 6 cameras that were previously incentivized, and ~$2M C-Farm exhauster). | $7,178 | $105 | $7,283 | Section B |
| 5.8.2.6.1 | SRP Project Management-$657.1K/5.8.2.6.5 C-Farm Stack Relocation-$1,170.2K--Costs associated with the project management and design and engineering for the planned relocation of the tank farm exhaust stacks. Other Stack Relocation costs - $175.2K. | $2,002 | $17 | $2,019 | Section C |
| 5.8.5.12.1 | SST Operations Essential Material-$398K--costs associated with the design, procurement, and construction of a new facility for refilling of breathing air bottles. | $398 | $410 | $808 | Section D |
| 5.10.1.2.6 | 222-S Technology Development-$837K--costs for development of vapor sampling capabilities at the 222-S labs. Costs include procurement of material and labor resources. | $837 | $33 | $870 | Section E |
| | **Subtotal Added Scope** | **$18,031** | **$8,596** | **$26,627** | |
| | Proposed Earned Fee for Added Scope<br>Recommendation:<br>1.) Cash payment of $4.0M for recognition of completed work. (15.4% Fee calculation based on FY06 new PBIs. ) | | | **$4,100** | |

Attachment 1
Incremental Costs

| | Incremental Costs | FY04/FY05 | FY06 Actual | Total | Reference |
|---|---|---|---|---|---|
| | Total Incremental costs | $74,685 | $30,050 | $104,735 | Section F |
| | Less: Work Scope already incentivized<br>*Additional Headspace Sampling<br>*Stack Extensions - 9 stacks<br>*Camera Installation - 6 cameras<br>*C-Farm exhauster | ($5,842) | | | |
| | Total non-incentivized incremental cost | $68,843 | $30,050 | $98,893 | |
| | Less: Added scope noted above | ($18,031) | ($8,596) | ($26,627) | |
| | **Net Incremental Costs** | **$50,812** | **$21,454** | **$72,266** | |
| | Current estimate for retrieval of a SST is approximately $20.0M per tank. Incremental costs for vapor resolution has impacted the retrieval of approximately 4 SST's--Fee impact of 4 SST Retrievals at $825K per tank. (3.61 tanks X $825 = $2,980) | | | **$2,980** | |

The table listed below provides a WBS listing of the total value identified in Section F of attachment 1 which totals $104,735,290. The note references correspond with detail data provided in corresponding labeled tabs for Min Safe, Closure Ops, Miscellaneous Support, and Projects.

Incremental Cost Detail

| WBS | WBS Title | FY04-FY05 Value | FY06 Value | Total | Note Ref |
|---|---|---|---|---|---|
| 5.7.1.1.4.29 | WFO Maintenance Management | $ 1,258,806 | $ 898,231 | $ 2,157,037 | 1 |
| 5.7.1.1.5.1 | WFO Maintenance Materials | $ 314,623 | $ 224,502 | $ 539,125 | 2 |
| 5.7.1.1.2.18 | Control Spare Parts/Materials | $ 168,700 | $ 155,497 | $ 324,197 | 3 |
| 5.8.5.11.2.1 | CP Safe Storage Surv/Monitoring Operations | $ 2,238,092 | $ 2,062,936 | $ 4,301,028 | 4 |
| 5.8.5.11.1.2 | CP Preventive Maintenance | $ 400,000 | $ 217,400 | $ 617,400 | 4a |
| 5.7.1.1.1.1 | WFO Surveil/Monitoring | $ 472,115 | $ 336,881 | $ 808,996 | 5 |
| 5.7.1.1.9.1 | WFO Rad Con | $ 786,685 | $ 561,345 | $ 1,348,030 | 6 |
| 5.8.5.12.1.1 | SST Corrective Maintenance | $ 5,319,291 | $ 4,902,994 | $ 10,222,285 | 7 |
| 5.7.1.8.2.1 | WFO Essential Services | $ 3,147,013 | $ 2,245,574 | $ 5,392,587 | 8 |
| | Subtotal Minimum Safe: | $ 14,105,325 | $ 11,605,360 | $ 25,710,685 | |
| 5.7.1.2.7.1 | Sampling Management & Admin | $ 447,811 | $ 370,804 | $ 818,615 | 9 |
| 5.7.1.2.7.10 | Core Sample Analysis | $ 16,438 | $ 55,985 | $ 72,423 | 10 |
| 5.7.1.2.7.11 | Grab Sample Analysis | $ 70,549 | $ 85,430 | $ 155,979 | 11 |
| 5.7.1.2.7.13 | Tank Chemistry Control | $ 37,691 | $ - | $ 37,691 | 12 |
| 5.7.1.2.7.3 | Sampling Equipment Modification Program | $ 6,661 | $ - | $ 6,661 | 13 |
| 5.7.1.2.7.6 | Waste Compatibility Program | $ 74,019 | $ - | $ 74,019 | 14 |
| 5.7.1.2.7.7 | Core Samples | $ 1,305,053 | $ 1,054,521 | $ 2,359,574 | 15 |
| 5.7.1.2.7.8 | Grab Samples | $ 793,294 | $ 427,726 | $ 1,221,020 | 16 |
| 5.7.1.2.7.9 | Vapor Samples | $ 5,880 | $ 18,836 | $ 24,717 | 17 |
| 5.8.5.9.3.7 | 244-AR Deactivation Planning | $ 113 | $ - | $ 113 | 18 |
| 5.8.5.9.4.1 | 244-CR Vault Project Management | $ 194,451 | $ 5,631 | $ 200,082 | 19 |
| 5.8.5.9.4.2 | 244 CR Vault Design | $ 1,364 | $ - | $ 1,364 | 20 |
| 5.8.5.9.4.3 | 244 CR Vault Procurement | $ 1,270 | $ - | $ 1,270 | 21 |
| 5.8.5.9.4.4 | 244 CR Vault Fabrication | $ 310 | $ - | $ 310 | 22 |
| 5.8.5.9.4.5 | 244 CR Vault Construction | $ 566,169 | $ 19,135 | $ 585,303 | 23 |
| 5.8.5.9.4.8 | 244-CR Vault Stack Isolation | $ 23,635 | $ 31,870 | $ 55,506 | 24 |
| 5.8.6.6.13.1 | C-201-204 Retrieval Project Management | $ 176,719 | $ 13,493 | $ 190,211 | 25 |
| 5.8.6.6.13.2 | C-201-204 Retrieval Design and Engineering | $ 161,918 | $ 25,813 | $ 187,731 | 26 |
| 5.8.6.6.13.3 | C-201-204 Retrieval Procurement | $ 16,039 | $ - | $ 16,039 | 27 |
| 5.8.6.6.13.4 | C-201-204 Retrieval System Installation | $ 829,307 | $ 310,690 | $ 1,139,997 | 28 |
| 5.8.6.6.13.5 | C-201-204 Retrieval Startup and Readiness | $ 194,495 | $ 15,350 | $ 209,846 | 29 |
| 5.8.6.6.13.6 | C-201-204 Tank Retrieval Operation | $ 1,597,822 | $ 1,468,536 | $ 3,066,358 | 30 |
| 5.8.6.6.19.4 | C-Farm MS Retrieval System Installation | $ 414,088 | $ 992 | $ 415,080 | 31 |
| 5.8.6.6.3.4 | C-103 Retrieval System Installation | $ 1,042,643 | $ 162,006 | $ 1,204,649 | 32 |
| 5.8.7.1.12.1 | S-112 Design and Engineering | $ 159,122 | $ 11,725 | $ 170,847 | 33 |
| 5.8.7.1.12.11 | S-112 Retrvl Instrumentation | $ 15,640 | $ - | $ 15,640 | 34 |
| 5.8.7.1.12.12 | S-112 Tank Retrieval Operation | $ 851,297 | $ 281,991 | $ 1,133,288 | 35 |
| 5.8.7.1.12.2 | S-112 Procurement | $ 3,324 | $ 474 | $ 3,798 | 36 |
| 5.8.7.1.12.3 | S-112 Construction | $ 42,791 | $ 1,820 | $ 44,611 | 37 |
| 5.8.7.1.12.4 | S-112 Testing | $ 1,518 | $ - | $ 1,518 | 38 |
| 5.8.7.1.12.5 | S-112 Startup and Readiness | $ 5,068 | $ 692 | $ 5,760 | 38a |
| 5.8.7.1.12.6 | S-112 Project Management | $ 36,615 | $ - | $ 36,615 | 39 |
| 5.8.7.1.13.1 | S Farm Infrastructure Proj Management | $ 6,893 | $ 6,775 | $ 13,668 | 40 |
| 5.8.7.1.13.2 | S-Farm Infrastruc Design and Engineering | $ 1,428 | $ - | $ 1,428 | 41 |
| 5.8.7.1.13.4 | S-Farm Infrastructure Construction | $ 1,133 | $ - | $ 1,133 | 42 |
| 5.8.7.1.2.1 | S-102 Design and Engineering | $ 758,539 | $ 40,043 | $ 798,582 | 43 |
| 5.8.7.1.2.2 | S-102 Procurement | $ 5,251 | $ - | $ 5,251 | 44 |
| 5.8.7.1.2.3 | S-102 Construction | $ 629,638 | $ (2,635) | $ 627,003 | 45 |
| 5.8.7.1.2.5 | S-102 Startup and Readiness | $ 46,559 | $ 1,434 | $ 47,993 | 46 |
| 5.8.7.1.2.6 | S-102 Project Management | $ 83,183 | $ 23,629 | $ 106,811 | 47 |
| 5.8.7.1.2.9 | S-102 Tank Retrieval Operation | $ 920,385 | $ 153,894 | $ 1,074,279 | 48 |
| 5.8.7.1.3.2 | S-103 Retrieval Design and Engineering | $ 146 | $ - | $ 146 | 49 |
| 5.8.7.6.13.1 | U-201-204 Tank Project Management | $ 283,965 | $ - | $ 283,965 | 50 |
| 5.8.7.6.13.2 | U-201-204 Retrieval Design and Engineering | $ 201,350 | $ - | $ 201,350 | 51 |
| 5.8.7.6.13.3 | U-201-204 Retrieval Procurement | $ 7,165 | $ - | $ 7,165 | 52 |
| 5.8.7.6.13.4 | U-201-204 Retrieval System Installation | $ 81,614 | $ - | $ 81,614 | 53 |
| 5.8.7.6.13.5 | 5.8.7.6.13.5 - U-201-204 Retrieval Startup and Readiness | $ 20,372 | $ - | $ 20,372 | 54 |
| 5.8.7.6.13.6 | U-201-204 Tank Retrieval Operation | $ 3,432 | $ - | $ 3,432 | 55 |
| 5.8.7.6.17.6 | U to SY Transfer Pipeline | $ 2,317 | $ - | $ 2,317 | 56 |
| | **Subtotal Closure Operations:** | **$ 12,146,481** | **$ 4,586,659** | **$ 16,733,140** | |

# Incremental Cost Detail – Continued

| WBS | WBS Title | FY04-FY05 Value | FY06 Value | Total | Note Ref |
|---|---|---|---|---|---|
| 5.7.1.2.13.1 | Environmental Health Remove AWA 05 | $ - | $ - | $ - | 57 |
| 5.7.1.2.11.3 | Remove Existing Resource Loads BCR-011 | $ - | $ - | $ - | 58 |
| 5.7.1.2.11.3 | Safety and Health Technical Support | $ - | $ - | $ - | 59 |
| 5.7.1.2.13.1 | IH Program Management | $ 1,005,915 | $ 1,469,700 | $ 2,475,615 | 60 |
| 5.7.1.2.13.2 | IH Assessments | $ 20,224 | $ 4,200 | $ 24,424 | 61 |
| 5.7.1.2.13.3 | IH Instrumentation | $ 340,057 | $ 305,000 | $ 645,057 | 62 |
| 5.7.1.2.13.4 | IH Sampling & Analysis | $ 272,988 | $ 720,000 | $ 992,988 | 63 |
| 5.7.1.2.13.5 | IH Technical Support | $ 379,685 | $ 459,300 | $ 838,985 | 64 |
| 5.7.1.2.13.7 | IH Program Improvements | $ 5,544,749 | $ 897,700 | $ 6,442,449 | 65 |
| 5.7.1.2.13.8 | Lab Equipment - CENRTC | $ 295,676 | $ 3,600 | $ 299,276 | 66 |
| 5.7.1.2.13.9 | A-Prefix Sampling | $ 345,800 | $ 803,300 | $ 1,149,100 | 67 |
| 5.7.1.2.13.10 | C-Farm Sampling | $ 10,100 | $ 1,264,800 | $ 1,274,900 | 68 |
| 5.7.1.2.13.11 | S-Farm Sampling | $ - | $ 1,103,500 | $ 1,103,500 | 69 |
| 5.7.1.2.13.12 | Vaport Technical Basis | $ - | $ 618,800 | $ 618,800 | 70 |
| 5.7.1.2.13.13 | Independent Toxicology Panel | $ - | $ 91,600 | $ 91,600 | 71 |
| 5.7.1.2.13.14 | Vapor Issue Resolution Proj Mgmt | $ - | $ 77,000 | $ 77,000 | 72 |
| 5.7.1.2.13.15 | Vapor Technical Results Communication | $ - | $ 37,000 | $ 37,000 | 73 |
| 5.7.1.2.13.19 | Ops Readiness to Suppor Relief from SCBA | $ - | $ 10,600 | $ 10,600 | 74 |
| 5.7.1.2.13.20 | Portable GC/MS - Equip Lease | $ - | $ 12,000 | $ 12,000 | 75 |
| 5.7.1.2.13.21 | Portable GC/MS - Hapsite Monitor | $ - | $ 152,700 | $ 152,700 | 76 |
| 5.10.1.2.6.1 | 222-S Technology Development | $ 837,300 | $ 33,200 | $ 870,500 | 77 |
| 5.8.2.1.3.7 | Chemical Vapor Sppt (PD) | $ 10,003,534 | $ 105,200 | $ 10,108,734 | 78 |
| 5.8.2.6.1 | SRP Project Management | $ 657,109 | $ (19,728) | $ 637,381 | 79 |
| 5.8.2.6.2 | AN Farm Stack Relocation | $ 127,400 | $ 400 | $ 127,800 | 80 |
| 5.8.2.6.3 | AY/AZ Farm Stack Relocation | $ 25,600 | $ 400 | $ 26,000 | 81 |
| 5.8.2.6.4 | A/AX Farm Stack Relocation | $ 22,200 | $ 400 | $ 22,600 | 82 |
| 5.8.2.6.5 | C-Farm Stack Relocation | $ 1,170,200 | $ 1,660 | $ 1,171,860 | 83 |
| 5.7.4.1.3.4 | AMH Services | $ 349,605 | $ 209,621 | $ 559,226 | 84 |
| 5.7.1.9.2.2 | WFO Vapor Protection | $ 3,833,723 | $ 927,200 | $ 4,760,923 | 85 |
| 5.8.5.12.1.2 | Closure Project Tank Vapor Protection | $ 6,611,402 | $ 1,721,200 | $ 8,332,602 | 86 |
| 5.7.1.2.7.9 | Vapor Samples | $ 240,825 | $ 159,100 | $ 399,925 | 87 |
| 5.7.3.1.2.6 | Vapor Communications | $ 186,277 | $ 103,400 | $ 289,677 | 88 |
| 5.7.2.11.1.9 | Mercury Vapor Concerns Investigation | $ 76,208 | $ (245) | $ 75,963 | 89 |
| 5.7.1.2.11.13 | Chemical Vapor Sppt (Safety) | $ 2,418,432 | $ - | $ 2,418,432 | 90 |
| | **Subtotal Miscellaneous Support:** | **$ 34,775,009** | **$ 11,272,608** | **$ 46,047,618** | |
| 5.8.3.2 | W-211 Construction | $ 3,129,091 | $ 451,415 | $ 3,580,507 | 91 |
| 5.8.4.1 | W-314 Construction | $ 4,772,141 | $ 1,066,805 | $ 5,838,946 | 92 |
| 5.8.4.2 | E-525 Construction | $ 5,757,167 | $ 1,067,228 | $ 6,824,394 | 93 |
| | **Subtotal WFO Projects:** | **$ 13,658,399** | **$ 2,585,448** | **$ 16,243,847** | |
| | **Total:** | **$ 74,685,215** | **$ 30,050,075** | **$ 104,735,290** | |

# Tank Farm Contractor Work Breakdown Structure - Data as of RPP-06-003

Note: This structure is FY06 - Lifecycle

- **5.07 Base Operations**
  - **5.07.01 Base Operations**
    - 5.07.01.01 TSR Surveillance & Maintenance
      - .01 - WFO Safe Storage Surv/Monitoring
      - ~~.02 - SST TSR/Basic Maintenance~~
      - .03 - Engineering Program
      - .04 - WFO TSR/Basic Maintenance
      - .05 - WFO Parts/Materials/Tools
      - ~~.06 - K1A/P28/K444 Exhauster Replacements~~
      - ~~.07 - CP Safe Storage Surv/Monitoring~~
      - ~~.08 - CP Central Spare Parts, Materials Tools~~
      - .09 - Waste Feed Operations Radcon Surveys
    - 5.07.01.02 TSR Admin Controls
      - .01 - Administer Criticality Program
      - .02 - Event Reporting & Investigation
      - ~~.03 - Source Inventory~~
      - .04 - Flammable Gas Monitoring (FGEAB)
      - .05 - Emergency Preparedness
      - .06 - WFO Waste Compatibility Program
      - .07 - Tank Waste Sampling
      - .08 - Lifting Bails/Crane & Rigging
      - .09 - Dome Loading
      - .10 - Radiation Protection Program
      - .11 - Industrial Health & Safety/HASP
      - .12 - Tank Chemistry Control
      - .13 - Environmental Health Program
    - 5.07.01.03 AB/USQ Process Maintenance
      - .01 - Upgrade & Maintain Authorization Basis
    - 5.07.01.04 AB Implementation
      - ~~.01 - CP AB Implementation~~
      - ~~.02 - SB Improvement~~
      - .03 - AB Implementation
    - 5.07.01.05 Training Program
      - .01 - Core Training Program
      - ~~.02 - Waste Feed Ops Training~~
      - ~~.03 - Closure Projects Training~~
    - 5.07.01.06 Procedure Program
      - .01 - Core Procedure Program
      - ~~.02 - Waste Feed Ops Procedures~~
      - ~~.03 - Closure Projects Procedures~~
    - 5.07.01.07 Quality Assurance Program
      - .01 - Quality Assurance Program
      - ~~.02 - Quality Assessments and Surveillances~~
    - 5.07.01.08 Assessments, PAAA, & Director of Safety Programs
      - .01 - Assessments
      - .02 - PAAA Program
      - .03 - Safety Programs Subproject Management & Admin
      - ~~.04 - Regulatory Compliance~~
      - ~~.05 - ISMS Program~~
      - ~~.06 - ESH&Q Training~~
    - 5.07.01.09 Operations Essential Services
      - ~~.01 - SST Essential Services~~
      - .02 - WFO Essential Services
      - .03 - Office of VP-Operations
      - .04 - WFO Facilities Operations Management
      - .05 - WFO Bargaining Unit Training
      - ~~.06 - SST Operations Management~~
      - ~~.07 - SST Training~~
      - ~~.08 - Infrastructure~~
      - .09 - WFO Infrastructure
      - ~~.10 - CP Office of the VP~~
      - .11 - Nuclear Operations Program Management
  - **5.07.02 Env/TPA Milestone Achievement**
    - ~~5.07.02.01 SST & MUST Integrity (M-23)~~
      - ~~.01 - M-23 Comment Resolution~~
      - ~~.02 - Leak Detect/Monit Upgrds+LOW Ven~~
      - ~~.03 - M-23-25 LOW Installations~~
    - 5.07.02.02 Environmental Data Acquisition/Analysis
      - .01 - Environmental Data Acquisition/Analysis
    - 5.07.02.03 Basic Safe Ops Environmental Services
      - .01 - Environmental Support & Assessment Program
      - .02 - PCB/TSCA Program
      - .03 - OSDs
    - 5.07.02.05 DST Integrity (M-48)
      - .01 - DST Integrity Project
      - ~~.02 - DSTIP Archived WBS Elements~~
    - 5.07.02.06 Characterization
      - .01 - Characterization
    - 5.07.02.07 DST Space Evaluation
      - .01 - DST Space Evaluation
    - ~~5.07.02.08 Solid Waste Management~~
      - ~~.01 - Program Administration~~
      - ~~.02 - Operate Waste Management Program~~
    - 5.07.02.09 SST/DST Upgrades
      - ~~.01 - SST Upgrades~~
      - .02 - DST Facility Upgrades Project Management
      - ~~.03 - Proj W-420 Stack Mntr Upgrades GPP~~
      - ~~.04 - DST Infrastructure Upgrades~~
      - ~~.05 - Plan Maintenance Upgrades~~
      - ~~.06 - Equip Condition Monitoring~~
    - 5.07.02.10 Tank Waste Volume Management
      - .01 - DST to DST Transfer
      - .02 - Catch Tank Pumping
      - ~~.03 - Silver List Catch Tank Pumping (WFO)~~
      - ~~.04 - Silver List Catch Tank Pumping (CP)~~
      - ~~.05 - DST Space Options~~
      - .06 - Cross Site Transfers
      - .07 - SY PPP Line Replacement
    - 5.07.02.11 242-A Evaporator
      - .01 - 242-A Evaporator Operation & Maintenance
    - 5.07.02.12 DST Space Management Project
      - .01 - Technical Analysis and Decision Process
      - .02 - Increase Specific Gravity
      - .03 - Release Restricted Tank Space
      - .04 - Increased DST Fill Height
      - .05 - DST Improvement to Support SST Retrieval
      - ~~.06 - DST Infrastructure Upgrades~~
      - ~~.07 - DST Tank Farm Upgrades~~
  - **5.07.03 Project Support**
    - 5.07.03.01 Human Development & Communications
      - .01 - Human Resources
      - .02 - Communications
    - 5.07.03.02 Business Services
      - .01 - Procurement & Contracts
      - .02 - Finance
      - ~~.03 - Mission Control~~
      - .04 - RPP Baseline Integration Support
      - ~~.05 - Configuration/Records Mgmt~~
      - ~~.06 - Configuration Management~~
      - .07 - Information Resource Management
      - .08 - Travel and Computer
    - 5.07.03.03 TFC Executive Management
      - .01 - TFC Executive Management
      - .02 - Internal Audit
      - .03 - Management Reserve
    - 5.07.03.04 Legal
      - .01 - Legal Counsel
    - ~~5.07.03.05 Spares Inventory Charge Account~~
      - ~~.01 - Spare Parts Inventory~~
    - 5.07.03.06 Facility and Property Management
      - .01 - Manage Facilities and Property Services
    - 5.07.03.07 FEE
      - .01 - Contractor Fee
    - 5.07.03.08 Production Planning & Control
      - .01 - Production Planning & Control
      - ~~.02 - RPP Baseline Integration~~
    - 5.07.03.09 Safe Work Environment
      - .01 - Safe Work Environment
      - .02 - Standards and Compliance
  - **5.07.04 Essential Services**
    - 5.07.04.01 Essential Site Wide/Shared Services
      - .01 - Site-Wide Services
      - .02 - Shared Services
      - .03 - Miscellaneous Services
      - .04 - Liquidations
      - ~~.05 - Prior FY02 Site Services~~
      - ~~.06 - Fund Type Transition Account~~
  - **5.07.05 Other Mission Support**
    - 5.07.05.01 Admin Projects
      - ~~.01 - Interface Mgmt & RPP Integration Mgmt~~
      - .02 - DNFSB Liaison Interaction
      - .03 - Work Force Realignment & Restructure
      - ~~.04 - Senior Safety Review Board~~
    - 5.07.05.02 Field Projects/DST Life Extension
      - ~~.01 - DSA Completion/Maintenance~~
      - ~~.02 - DSA Implementation~~
      - ~~.03 - SHMS Program~~
      - .04 - Evaporator Upgrades
      - .05 - AY/AZ Farms Upgrade Projects
      - .06 - AP Farm Upgrade Project
      - .07 - AN Farm Upgrade Project
      - .08 - AW Farm Upgrade Project
      - .09 - SY Farm Upgrade Project
      - ~~.10 - WFP SHMS Program~~
      - .11 - DST Infrastructure Upgrades
      - .12 - Farm Upgrades Program Support