# BREAKDOWN OF VAPORS CLAIM

| **$ 4.1M Earned fee for Added Scope** | |
|---|---|
| Additional work (e.g. stack extensions and exhausters) completed for vapor mitigation. | $ 26,627,000 |
| CH claims it should have earned 15.4% fee on the work it completed.<br>- **26.627M x 15.4% = 4.1M** | |

| **$3.135M Fee that Would Have Been Earned** | |
|---|---|
| Work scope added or affected by vapors | $ 107,898,000 |
| Less: Accounting adjustment for estimate v. actuals. | ($5,842,000) |
| Less: Work scope already accounted for in claim for added work scope (above) | ($ 26,627,000) |
| Total Amount of $ CH alleges they could have spent on SST Retrieval but for Vapors Issues | $ 75,429,000 |
| CH's estimate for retrieval of a SST is $20M per tank.<br>- 75.429M ÷ 20M per tank = 3.8 tanks<br>- **3.8 tanks x 825K possible fee per tank = $3.135M** | |

**$4.1M + 3.135M = 7.235M TOTAL VAPORS CLAIM**