UNITED STATES
CIVILIAN BOARD OF CONTRACT APPEALS

NOTICE OF DOCKETING

**CBCA 708 - CH2M HILL HANFORD GROUP, INC. v. DEPARTMENT OF ENERGY**

April 16, 2007

The Board has received your notice of appeal, which has been docketed as **CBCA 708**. That docket number should be referenced in all future correspondence.

Enclosed for respondent is a copy of the notice of appeal (**contract number DE-AC27-99RL14047, filed April 16, 2007 [fax]**).

The Clerk's Office is located at 6th floor, 1800 M Street, N.W., Washington, DC 20036. Filings made in person or by courier should be sent to this location. The Board's mailing address is 1800 F Street, N.W., Washington, DC 20405. Filings made via the United States Postal Service should be sent to this address. The Office of the Clerk will receive all papers submitted for filing from 8:00 a.m. to 4:30 p.m. on each day that is not a Saturday, Sunday, or federal holiday. The Board's telephone number is: (202) 606-8800 and its facsimile number is: (202) 606-0019. The filing of a document by facsimile transmission occurs upon receipt by the Board of the entire printed submission

**Due to delays in delivery of U.S. Postal Service mail, please transmit responses by overnight delivery or fax.**

This case has been assigned to **Board Judge R. Anthony McCann,** who will initiate proceedings in the case. **All future correspondence/telephone inquiries should be directed to Judge McCann's telephone number is (202) 606-8822.**

BEATRICE JONES
Clerk of the Board

cc:

Kenneth B. Weckstein, Esq. FAX 202-861-3509
Shlomo D. Katz, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037

**[government representative until notice of appearance entered]**
Gena E. Cadieux, Esq. FAX 202-586-4546
Procurement and Financial Assistance (GC-61) PH 202-586-6902
Office of General Counsel
U.S. Department of Energy
1000 Inpendence Avenue, S.W.
Washington, DC 20585
enclosure - notice of appeal

Cloette B. Reid, Contracting Officer FAX 509-376-5177
Office of River Protection
U.S. Department of Energy
P.O. Box 450, MSIN H6-60
Richland, WA 99352
enclosure - notice of appeal

**BEFORE THE**
**CIVILIAN BOARD OF CONTRACT APPEALS**
1800 M Street NW, 6th Floor
Washington, D.C. 20036

| | | |
|---|---|---|
| CH2M Hill Hanford Group, Inc.<br>APPELLANT<br><br>v.<br><br>United States<br>Department of Energy<br>RESPONDENT<br><br>Contract No. DE-AC27-99RL14047 | : | CBCA No. 708 |

## NOTICE OF APPEARANCE

To: Hon. R. Anthony McCann
Board Judge, Civilian Board of Contract Appeals

Please enter the appearance of counsel on behalf of the Respondent, U.S. Department of Energy, in the above captioned appeal. Please direct any future correspondence to the office below.

Richard V. Gonzales
U.S. Department of Energy
Office of River Protection
P.O. Box 450 , MSIN H6-60
Richland, WA 99352
Tel: 509.376.1314
Fax: 509.376.5177

Washington State Bar No. 19409

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was delivered by fax this 17th day of April, 2007, to Kenneth B. Weckstein, Esq., Epstein Becker & Green, P.C. fax number 202.861-3509.

Richard V. Gonzales

UNITED STATES
CIVILIAN BOARD OF CONTRACT APPEALS

ORDER ON PROCEEDINGS: April 24, 2007

CBCA 708

CH2M HILL HANFORD GROUP, INC.,

Appellant,

v.

DEPARTMENT OF ENERGY,

Respondent.

Kenneth B. Weckstein and Shlomo D. Katz of Epstein Becker & Green, P.C., Washington, DC, counsel for Appellant.

Richard V. Gonzales, Office of River Protection, Department of Energy, Richland, WA, counsel for Respondent.

McCANN, Board Judge.

ORDER

The Board has docketed an appeal from a contracting officer's final decision. This appeal is proceeding before the Board under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601-613 (U.S.C.A.2006). This Board is an independent tribunal that hears and decides contract disputes between contractors and the civilian agencies of the United States.

To facilitate further proceedings in this appeal, the Board herewith issues the following **ORDERS:**

1. The contracting officer, through Government agency counsel, shall, on or before **Wednesday, May16, 2007,** file with the Board an appeal file containing the documents and any other materials relevant to this dispute. This appeal file shall include (1) the contracting officer's decision, if any, from which the appeal is taken; (2) the contract, if any, including amendments thereto, and specifications, plans, and drawings associated with the contract; (3) all correspondence between the parties that is relevant to the appeal, including the written claim or claims that are the subject of the appeal, and evidence of their certification, if any; (4) affidavits or statements of any witnesses on the matter in dispute and transcripts of any testimony taken before the filing of the notice of appeal; (5) all documents and other tangible things on which the contracting officer relied in rendering the decision that has been appealed, and any correspondence relating thereto; (6) the abstract of bids, if relevant; and (7) any additional existing evidence or information deemed necessary to determine the merits of the appeal.

Appeal file exhibits may be originals or true, legible, and complete copies of documents. They shall be arranged in chronological order within each submission, with earliest documents first and bound in a loose-leaf binder on the left margin except where size or shape makes such binding impracticable. Exhibits should be numbered; tabbed; and indexed. The numbering shall be consecutive, in whole arabic numerals (no letters, decimals, or fractions), and continuous from one submission to the next, so that the complete file, after all submissions, will consist of one set of consecutively numbered exhibits. In addition, the pages within each exhibit shall be numbered consecutively unless the exhibit already is paginated in a logical manner. Consecutive pagination of the entire file is not required. The index should include the date and a brief description of each exhibit and shall indicate which exhibits, if any, have been filed with the Board <u>in camera</u> or under protective order or otherwise have not been served on every other party.

2. At the same time that the appeal file is filed with the Board, a copy of the appeal file shall be served on the appellant. Appellant should review the appeal file and, if it thinks any additional documents belong in it, appellant should make a supplemental appeal file submission, to include any documents or other tangible things relevant to the appeal that have not been submitted by the contracting officer. A copy of appellant's appeal file exhibits should be sent to the Board and to Government trial counsel on or before **Friday, June 15, 2007.**

3. Appellant shall, on or before **Wednesday, May 16, 2007**, file with the Board its complaint. The complaint shall set forth appellant's claim or claims in simple, concise and direct terms.

4. The Government's answer to the complaint shall be filed with the Board on or before **Friday, June 15, 2007.** The answer shall set forth simple, concise, and direct statements of the Government's defenses to the claim or claims asserted in the complaint, as well as any affirmative defenses it chooses to assert. A dispositive motion or a motion for a more definite statement may be filed in lieu of the answer only with the permission of the Board. If no answer is timely filed, the Board may enter a general denial, in which case the respondent may thereafter amend the answer to assert affirmative defenses only by leave of the Board. A copy of that answer must be sent directly to the appellant.

5. Following the submission of the pleadings and appeal files as provided above, counsel for the parties shall confer and endeavor to agree upon a schedule for processing this appeal to resolution. This schedule shall be set forth in a joint status report to be submitted to the Board no later than **Wednesday, July 11, 2007.** In the status report, the parties should propose time frames for the conduct and completion of discovery if discovery is desired by the parties. The parties should advise the Board whether they will require a hearing or will submit the appeal for decision on the written record, and propose dates and location for a hearing or dates for a record submission following completion of discovery. In addition, the parties should address the possible use of alternative dispute resolution techniques to resolve the dispute, whether they contemplate filing any dispositive motions, and, finally, should raise any other matter concerning the processing of this appeal that may need to be addressed. If the parties are unable to agree on a mutually acceptable proposed schedule, they may file status reports separately, proposing the schedule they prefer, or, alternatively, may contact the Board, at (202) 606-8822, to schedule a telephonic conference.

6. Pending the publication of interim rules for the newly consolidated Civilian Board of Contract Appeals, the Board will be guided by the Federal Rules of Civil Procedure, and specific orders issued, as appropriate, in processing this appeal.

R. Anthony McCann

R. ANTHONY McCANN
Board Judge

**BEFORE THE**
**CIVILIAN BOARD OF CONTRACT APPEALS**
1800 M Street NW, 6th Floor
Washington, D.C. 20036

| | | |
|---|---|---|
| CH2M Hill Hanford Group, Inc.<br>APPELLANT<br><br>v.<br><br>United States<br>Department of Energy<br>RESPONDENT<br><br>Contract No. DE-AC27-99RL14047 | ) | CBCA No. 708 |

**RESPONDENT'S APPEAL FILE**

To: Hon. R. Anthony McCann
Board Judge, Civilian Board of Contract Appeals

In accordance with Board's order issued on April 24, 2007, Respondent hereby submits its Appeal File in the above-captioned appeal.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Respondent's Appeal File was delivered by Federal Express overnight mail this 14th day of May, 2007, to: Kenneth B. Weckstein, Esq., Epstein Becker & Green, P.C., 1227 25th Street, N.W., Suite 700, Washington, DC 20037 and S. J. Bensussen, CH2M HILL Hanford Group, , Inc. 2440 Stevens Drive, MSIN H6-18, Richland, Washington 99352.

Richard V. Gonzales

**BEFORE THE UNITED STATES CIVILIAN BOARD OF CONTRACT APPEALS**
**Washington, D.C.**

| | |
|---|---|
| **CH2M HILL Hanford Group, Inc.**<br>***Appellant,***<br>***v.***<br>**United States Department of Energy,**<br>***Respondent.*** | **CBCA No. 708**<br>**(Judge McCann)** |

RECEIVED
2007 MAY 16 P 3:45
CIVILIAN BOARD OF CONTRACT APPEALS

**COMPLAINT**

COMES NOW CH2M HILL Hanford Group, Inc. ("CH2M HILL"), by counsel, and for its Complaint, states as follows:

**Nature of the Case**

1. This Complaint arises from the Respondent's ordered changes and constructive changes to a cost reimbursement incentive contract between CH2M HILL and the United States Department of Energy ("DOE"). Under this contract, CH2M HILL does not receive any fee unless it achieves certain performance measures. And if DOE does not provide CH2M HILL with funds to perform fee bearing work, CH2M HILL never can earn any fee. Accordingly, a basic premise of the Contract was that DOE would provide CH2M HILL with funds to perform fee bearing work. Here, as a result of DOE's ordered and constructive changes, CH2M HILL was required to divert funding from fee-bearing work to non-fee-bearing work, thus losing the opportunity to earn fee under the Contract. Specifically, DOE required CH2M HILL to resolve so-called "legacy vapor issues," work that was not part of the Contract Performance Baseline. CH2M HILL does not dispute DOE's authority to require, under the Changes clause, that CH2M HILL perform additional in-scope work, including resolving legacy vapor issues. However, in

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
202.861.0900
FAX: 202.296.2882
EBGLAW.COM

SHLOMO D. KATZ
TEL: 202.861.1809
FAX: 202.861.3509
SKATZ@EBGLAW.COM

June 14, 2007

**VIA FEDERAL EXPRESS**

Hon. Judge R. Anthony McCann
Civilian Board of Contract Appeals
6th Floor
1800 M Street, N.W.
Washington, DC 20036

Re: CH2M HILL Hanford Group, Inc. v. Department of Energy
CBCA No. 708

Dear Judge McCann:

CH2M HILL Hanford Group, Inc. ("CH2M HILL"), through the undersigned counsel, hereby appeals the enclosed Supplemental Appeal File.

Thank you.

Very truly yours,

Shlomo Katz

Kenneth B. Weckstein
Shlomo D. Katz

Enclosure
cc: Richard V. Gonzales, Esquire

From: Origin ID: DCAA (202)861-0900
Shlomo D. Katz
Epstein Becker Green
1227 25th Street NW
STE 700
Washington, DC 20037

Ship Date: 14JUN07
ActWgt: 10 LB
System#: 1219017/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (202)606-8822 BILL SENDER

**Hon. Judge R. Anthony McCann**
**Civilian Board of Contract Appeals**
**1800 M Street, N.W.**
**6th Floor**
**Washington, DC 20036**

Ref # (363) 41613.008
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT** **FRI**

Deliver By:
15JUN07

TRK# **7913 2208 6491** FORM 0201

**IAD** A1

**20036** -DC-US

**19 JPNA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

PA10

**BEFORE THE**
**CIVILIAN BOARD OF CONTRACT APPEALS**
1800 M Street NW, 6th Floor
Washington, D.C. 20036

| | |
|---|---|
| CH2M Hill Hanford Group, Inc.<br>APPELLANT<br><br>v.<br><br>United States<br>Department of Energy<br>RESPONDENT<br><br>Contract No. DE-AC27-99RL14047 | CBCA No. 708 |

**RESPONDENT'S ANSWER**

To: Hon. R. Anthony McCann
Board Judge, Civilian Board of Contract Appeals

In accordance with the Board's order issued on April 24, 2007, Respondent hereby files its Answer in the above-captioned appeal.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Respondent's Appeal File" was delivered via mails this 14th day of June, 2007, to Kenneth B. Weckstein, Esq., Epstein Becker & Green, P.C., 1227 25th Street, N.W., Suite 700, Washington, DC 20037 and S. J. Bensussen, CH2M HILL Hanford Group, , Inc. P.O. Box 1500, MSIN H6-18, Richland, Washington 99352.

Richard V. Gonzales

JOB STATUS REPORT

TIME : 07/10/2007 16:40
NAME :
FAX# :
TEL# :
SER.# : 000005040277

| | |
|---|---|
| DATE,TIME | 07/10 16:39 |
| FAX NO./NAME | 6060019#1817 |
| DURATION | 00:00:58 |
| PAGE(S) | 06 |
| RESULT | OK |
| MODE | STANDARD ECM |

EBG
EPSTEIN BECKER & GREEN P.C.

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
TEL: 202.861.0900
FAX: 202.296.2882

**FACSIMILE COVER SHEET**

DIRECT: 202.861.1809 DIRECT FAX: 202.861.3509

**PRIVILEGED AND CONFIDENTIAL**

| To: | Fax Number: | Telephone Number: |
|---|---|---|
| Clerk, CBCA | 606-0019 | |

| | | | | |
|---|---|---|---|---|
| From: | Shlomo D. Katz | Atty. No. | 363 | Pages (including cover): |
| Date: | July 10, 2007 | Client No.: | 41613.008 | |

Please file the attached JSR.

Thank you.

**BEFORE THE UNITED STATES CIVILIAN BOARD OF CONTRACT APPEALS**
**Washington, D.C.**

| | |
|---|---|
| **CH2M HILL Hanford Group, Inc.**<br>***Appellant,***<br>*v.*<br>**United States Department of Energy,**<br>***Respondent.*** | **CBCA No. 708**<br>**(Judge McCann)** |

**JOINT STATUS REPORT AND PROPOSED SCHEDULING PLAN**

Pursuant to the Board's Order on Proceedings dated April 24, 2007, Appellant and Respondent, through their respective counsel, submit this Joint Status Report and Proposed Scheduling Plan. Appellant and Respondent are in disagreement over scheduling dates which are reflected below.

**Applicable Rules**

The Board's April 24th Order stated that the Federal Rules of Civil Procedure would be applicable "pending the publication of interim rules" for the Civilian Board of Contract Appeals ("CBCA"). The CBCA's interim rules were published on July 5, 2007. Pursuant to CBCA Rule 1(a), the parties understand that this appeal will henceforth be governed by the CBCA interim rules.

**Discovery**

The parties may utilize all forms of discovery permitted by CBCA Rules 13, 14 and 15. There shall be no limits on the amount of discovery permitted except pursuant to CBCA Rule 13(c).

Discovery requests shall be served by email attachment prepared in a commercial word-processing format, preferably Microsoft® Word. Discovery requests shall be deemed served on the day sent, if received before 5:30 P.M. in the locality of

UNITED STATES
CIVILIAN BOARD OF CONTRACT APPEALS

PREHEARING ORDER/NOTICE OF HEARING: July 26, 2007

CBCA 708

CH2M HILL HANFORD GROUP, INC.,

Appellant,

v.

DEPARTMENT OF ENERGY,

Respondent.

Kenneth B. Weckstein and Shlomo D. Katz of Epstein Becker & Green, P.C., Washington, DC, and Stanley J. Bensussen of CH2M Hill Hanford Group, Inc., Richland, WA, counsel for Appellant.

Richard V. Gonzales, Office of River Protection, Department of Energy, Richland, WA, counsel for Respondent.

**McCANN**, Board Judge.

PREHEARING ORDER

A conference call was held on Thursday, July 19, 2007, as previously scheduled. The following directions will apply to the forthcoming hearing:

1. **Voluntary Discovery.** The parties will conclude their effort at voluntary discovery by **Wednesday, April 30, 2008.** (The last day for serving written discovery requests shall therefore be **Monday, March 31, 2008.**) Any discovery thereafter sought, unless consented to by the opposing party, may be had only upon order of the Board.

2. **Appeal File Documents.** The parties may submit supplements, if any, to the appeal file on or before **Friday, September 26, 2008. With regard to this date and all subsequent dates referenced in this order, filing shall occur upon receipt by the Office of the Clerk of the Board during the Board's working hours, which are 8:00a.m. to 4:30 p.m. on each day that is not a Saturday, Sunday, or federal holiday.** Supplemental documents must be appropriately indexed with all documents completely legible and bound on the left margin only.

Copies of all supplementary documents must be furnished to the opposing party. Appeal file documents will be admitted into the record of these proceedings at the beginning of the hearing. Objections to any documents submitted as part of the appeal file documents must be made on or before **Friday, October 10, 2008.**

3. **Witness Lists.** The parties will exchange witness lists on or before **Wednesday, August 20, 2008**, with a copy to the Board. Each shall identify proposed witnesses by name, address, current employer and position and will include a statement of all material points which counsel proposes to establish by the testimony of each such witness. Refusal or willful failure of counsel to disclose a material point may render evidence on that point inadmissible at the hearing. **A party may present at the hearing only persons listed on that party's witness list.**

4. **Expert Witnesses.** If either party intends to introduce into evidence a report or testimony by an expert, it shall disclose to the other party the identity of such expert, and provide a written report prepared and signed by the expert witness, no later than **Friday, February 29, 2008.** Each expert report must be prepared in the way specified in Fed.R.Civ.Pro. 26(a)(2)(B).

5. **Exhibits.** On or before **Friday, September 26, 2008**, the parties will exchange, with a copy to the Board, lists of the documentary exhibits which they intend to offer at the hearing, each list and the copy to the Board to be accompanied by copies of the exhibits listed. **Only documents included on the list of exhibits will be accepted as evidentiary exhibits.** All documents exchanged as proposed exhibits shall be deemed admitted unless written objection is filed prior to **Friday, October 10, 2008.**

a. Appellant shall use the prefix **"AE-"** for its exhibits beginning with "AE-1." Respondent shall pre-mark its exhibits in like manner using the prefix **"RE-"** and beginning with "RE-100."

b. Items of evidence contained in the appeal file or its supplements shall not be listed or included with the parties' exhibits.

6. **Stipulations of Fact and Joint Statement of Issues.** Counsel may jointly prepare and file with the Board a written stipulation of all uncontested facts and a joint statement of the issues in dispute.

7. **Quantum Schedule.** Quantum is not in issue at this hearing.

8. **Hearing Procedures.** Appellant shall first present its case in chief, followed by respondent. Upon request of any party, the Board will order witnesses excluded so that they cannot hear the testimony of other witnesses. Under such circumstances, each party may designate one representative, and that representative, together with that party's counsel, may remain in the hearing room.

9. **Pre-hearing Conference.** A pre-hearing telephone conference will be held on **Thursday, October 16, 2008, at 2:00 p.m.**

10. **ADR Conference Call**. A conference call to discuss ADR will be held **Monday, May 12, 2008, at 2:00 p.m.**

11. **Dispositive Motions**. The last day for the filing of dispositive motions is **Friday, June 27, 2008.**

12. **Amended Answer**. Respondent will file an amended answer on or before **Wednesday, August 20, 2007**. Appellant's Motion To Strike Respondent's Answer As Non Responsive is **withdrawn.**

**NOTICE OF HEARING**

**The hearing in this appeal will commence on Monday, October 27, 2008, at 9:00 a.m. in Richland, Washington, and continue until concluded. The parties will be advised at a later date of the hearing location.**

R. Anthony McCann

R. ANTHONY McCANN
Board Judge

**Shlomo Katz**

**From:** Shlomo Katz
**Sent:** Tuesday, September 25, 2007 10:35 AM
**To:** 'Richard_V_Gonzales@RL.gov'
**Subject:** CH2M HILL Hanford Group v. DOE -- Appellant's First Set of Interrogatories (Vapors)
**Attachments:** CH2M HILL Hanford Group v. DOE -- Appellant's First Set of Interrogatories (Vapors).DOC; APPELLANT'S FIRST SET OF INTERROGATORIES.pdf

Rick:

Attached please find both Word and PDF versions of Appellant's First Set of Interrogatories. I understand that we have agreed to serve discovery by email only. If you need a paper copy please let me know immediately.

Sincerely,

Shlomo David Katz
Senior Counsel, Government Contracts
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1809
Fax (202) 861-3509
skatz@ebglaw.com
http://www.ebglaw.com/showbio.aspx?Show=2342