IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-494C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 3 days, to and including November 8, 2007, within which to file a reply to the response to our motion to consolidate a board case with this case. Our reply is currently due on November 5, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

Counsel has nearly completed a draft reply, but he has not yet had an opportunity to circulate the draft for comments and corrections.

The full enlargement of time requested is needed. Time is needed for certain limited research regarding the facts and law, and for completion of the draft reply. In addition, time is needed for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

November 5, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 5, 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier