**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**CH2M HILL Hanford Group, Inc.**
***Plaintiff,***

***v.***

**The United States,**
***Defendant.***

**No. 07-494C**
**(Chief Judge Damich)**

**JOINT STIPULATION OF DISMISSAL OF COUNT IV OF THE COMPLAINT**

Pursuant to R.C.F.C. 41(a)(1)(ii), Plaintiff CH2M HILL Hanford Group, Inc. ("CH2M HILL") and Defendant United States hereby stipulate to the dismissal of Count IV (Reformation) of CH2M HILL's Complaint in the above-referenced action dated July 2, 2007. This Stipulation relates only to paragraphs 67-72 and paragraph "B" and the first paragraph "C"[1] of the prayer for relief section of the Complaint.

Each party shall bear its own costs.

[1] The Complaint inadvertently was filed with two paragraphs "C" in the prayer for relief.

Dated: November 6, 2007

Respectfully submitted,

By: /s/ Kenneth B. Weckstein
Kenneth B. Weckstein
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3560
kweckstein@ebglaw.com

Counsel of Record for Plaintiff

Of Counsel:

Shlomo D. Katz
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3509
skatz@ebglaw.com

Stanley J. Bensussen
Chief Counsel
CH2M HILL Hanford Group, Inc.
P.O. Box 1500, MSIN H6-18
Richland, WA 99352
Telephone: 509-372-3800
Facsimile: 509-372-1397

By: Peter D. Keisler
Assistant Attorney General

Jeanne E. Davidson
Director

/s/ Donald E. Kinner
Donald E. Kinner
Assistant Director

/s/ James W. Poirier
James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor, 1100 L. St. N.W.
Washington, D.C. 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969

Attorneys for Defendant