IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 7 days, to and including December 17, 2007, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by December 10, 2007. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 14 days. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

Counsel for the United States was on leave and away from the office from November 28, 2007 through December 6, 2007, to care for his young son. As a result, the time available for him to meet his responsibilities in this case and other cases has become compressed.

In addition, it is possible that the Court will rule upon our motion for consolidation soon. If that were to occur, then the parties would be able to identify relevant issues in the JPSR

more confidently. Thus, it is in the interests of justice and judicial economy to enlarge the time for filing the JPSR.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 10, 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier