IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT’S MOTION TO CONSOLIDATE IN THIS COURT, A COMPANION CASE, CURRENTLY PENDING BEFORE THE CIVILIAN BOARD OF CONTRACT APPEALS

Pursuant to Rule 1 of the Rules of the United States Court of Federal Claims, defendant, the United States, hereby respectfully requests expedited consideration of our motion to consolidate this case with a companion case, filed by the plaintiff, CH2M Hill Hanford Group, Inc. (CH2M), which is currently pending before the Civilian Board of Contract Appeals (CBCA or board): CH2M HILL Hanford Group, Inc., v United States Department of Energy, No. 708 (CBCA).

As demonstrated in our motion and in our reply brief, consolidation is necessary to avoid inconsistent findings, double recovery, and wasteful duplication of effort. Expedited consideration is needed to prevent confusion and wasteful duplication of effort from occurring before the Court rules upon our motion.

CH2M has not agreed to stay the board case, and is initiating discovery in that case. The United States has declined to propound discovery in the board case, in the hope that the board case will soon be consolidated before this Court.

We believe that our approach is reasonable and in the interests of justice and judicial economy, but it puts us at some risk. The risk grows with each passing day. Accordingly, we respectfully request that the Court grant us expedited consideration of our motion to consolidate these two cases.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 11, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 11, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTION TO CONSOLIDATE IN THIS COURT, A COMPANION CASE, CURRENTLY PENDING BEFORE THE CIVILIAN BOARD OF CONTRACT APPEALS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier