**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

| | |
|---|---|
| **CH2M HILL Hanford Group, Inc.**<br>***Plaintiff,***<br>***v.***<br>**The United States,**<br>***Defendant.*** | **No. 07-494C**<br>**(Chief Judge Damich)** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTION TO CONSOLIDATE**

Pursuant to R.C.F.C. 7.2(a), Plaintiff CH2M HILL Hanford Group, Inc. ("CH2M HILL") files this response to Defendant's Motion for Expedited Consideration of Defendant's Motion to Consolidate. Plaintiff takes no position for or against expediting a decision, but files this response so that the record is clear that Plaintiff continues to oppose consolidation. Alternatively, Plaintiff continues to submit that if this case is consolidated with CBCA No. 708, that consolidation should be in the Civilian Board of Contract Appeals.

Also, Plaintiff files this response to correct any incorrect impression created by Defendant's motion about the status of the Board case. There has been significant activity in the Board case. Plaintiff already has taken five depositions in the Board case. Plaintiff has propounded interrogatories in the Board case and Defendant has served answers and supplemental answers to those interrogatories. Plaintiff is preparing additional written discovery requests, and a sixth deposition is being scheduled to take place immediately after the holiday season.

Dated: December 11, 2007

Respectfully submitted,

By: /s/ Kenneth B. Weckstein

Kenneth B. Weckstein
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3560
kweckstein@ebglaw.com

Counsel of Record for Plaintiff

Of Counsel:

Shlomo D. Katz
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3509
skatz@ebglaw.com

Stanley J. Bensussen
Chief Counsel
CH2M HILL Hanford Group, Inc.
P.O. Box 1500, MSIN H6-18
Richland, WA 99352
Telephone: 509-372-3800
Facsimile: 509-372-1397