IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 21 days, to and including January 7, 2008, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by December 17, 2007. This is our third request for an enlargement of time for this purpose, the Court having granted enlargements of 14 days and 7 days, respectively. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

Since the middle of October, counsel for the United States has missed three weeks of work; nearly all of this leave was taken to care for his son. As a consequence, many deadlines have become compressed.

During the past week, counsel filed five motions in the United States Court of Appeals for the Federal Circuit, worked on four settlements, and attended to overdue discovery responses. By this Friday, December 21, 2007, counsel must file suit in a

customs fraud case or the suit is likely to be barred by the statute of limitations.

The full enlargement of time requested is needed. Counsel plans to draft the JPSR immediately after Christmas, but it is unlikely that prompt review of the draft by agency counsel and other agency personnel can be achieved during the holidays. In addition, time is needed for review by a supervisor at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 17, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 17, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier