IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of three days, to and including January 10, 2008, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due to be filed by January 7, 2008. This is our fourth request for an enlargement of time for this purpose, the Court having granted enlargements of 14 days, 7 days and 21 days, respectively. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

The parties have exchanged draft JPSRs, and are negotiating the final language before presenting a final draft to CH2M, to agency counsel, and to a supervisor at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 7, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier