# In the United States Court of Federal Claims

No. 07-494C

(Filed: January 30, 2008)

******************************************
**CH2M HILL HANFORD GROUP, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
******************************************

## ORDER

The joint preliminary status conference in this case, originally scheduled for this afternoon, is rescheduled for **Tuesday, February 5, 2008 at 3:00 p.m.** Eastern Time. As requested in the previous status conference order, one business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at 202/357-6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio-recording of the conference and reminds the parties that a written transcript can be ordered at the parties' expense via a form located on the Court's website.

The Court also wishes to point out a number of issues of which the parties should be aware. First, a detailed review of all filings in this case has revealed that the parties have neglected to file a copy of the contract at issue in this case. Pursuant to Section 7 of the Court's Special Procedures Order, which the parties received shortly after the filing of the Complaint in this matter, this document is relevant to disputed facts and issues of law alleged with particularity in the pleadings. The parties are, therefore, ORDERED to file a copy of the contract with this Court on or by **Friday, February 1, 2008 at 9:00 a.m.**

Second, the Court has also noted that the text of the first docket entry on the Court's electronic case filing system, which regards the filing of Plaintiff's Complaint, also contains a reference to additional attachments added on July 3, 2007. There is, however, no filing listed for that date. The Court ORDERS that Plaintiff file any materials that were meant to be attached to the Complaint on or by **Friday, February 1, 2008 at 9:00 a.m.**

Third, the Court's preliminary review of Defendant's Motion to Consolidate, In This Court, A Companion Case, Currently Pending Before The Civilian Board of Contract Appeals ("CBCA") and Plaintiff's Opposition to Defendant's Motion to Consolidate this Action with CBCA No. 708 has indicated that the Government was to file an answer to Plaintiff's complaint in the CBCA before that forum by June 15, 2007. The Court believes that a copy of this answer would assist in its analysis of the issues concerning the possible consolidation of this case. Consequently, Defendant is ORDERED to file a copy of this answer on or by **Monday, February 4, 2008 at 5:00 p.m.**

Finally, the Court would like to inform the parties of its intention to extensively discuss Defendant's motion to consolidate at the status conference. The parties are advised to prepare accordingly. In particular, the Court will be interested in learning the exact status of proceedings in the CBCA matter and the extent to which issues and evidence presented in that matter will also be presented in the action before the Court.

Any questions regarding the instructions in this Order should be directed to law clerk Ernesto Sanchez at 202/357-6486.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge