**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

| | |
|---|---|
| **CH2M HILL Hanford Group, Inc.**<br>***Plaintiff,***<br>***v.***<br>**The United States,**<br>***Defendant.*** | **No. 07-494C**<br>**(Chief Judge Damich)** |

**PLAINTIFF'S NOTICE OF FILING OF CONTRACT**

Pursuant to Chief Judge Damich's Order dated January 30, 2008, Plaintiff CH2M HILL Hanford Group, Inc. ("CH2M HILL") hereby files a copy of the Contract to which this dispute relates. The Contract is being filed as eight (8) electronic attachments to this notice.

Regarding the reference on the docket to "Additional attachment(s) added on 7/3/2007," CH2M HILL did not file any additional documents. Counsel has called the clerk, and the clerk explained that the entry refers to an action taken by the clerk, *i.e.,* appending the Civil Cover Sheet to the Complaint. Accordingly, no additional documents are being filed by CH2M HILL in response to the Court's January 30, 2008 Order.

Dated: January 31, 2008

Respectfully submitted,

By: /s/ Kenneth B. Weckstein

Kenneth B. Weckstein
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3560
kweckstein@ebglaw.com

Counsel of Record for Plaintiff

Of Counsel:

Shlomo D. Katz
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-1860
Facsimile: (202) 861-3509
skatz@ebglaw.com

Stanley J. Bensussen
Chief Counsel
CH2M HILL Hanford Group, Inc.
P.O. Box 1500, MSIN H6-18
Richland, WA 99352
Telephone: 509-372-3800
Facsimile: 509-372-1397