Office of River Protection

# Tank Farm Management Contract Extension Conformed Copy to Include Modification M120 with Excerpts from Modification M126

## October 2006

## Contract No. DE-AC27-99RL14047

**Section / Title**

**A – Signature Page Standard Form 30**
**B – Supplies or Services and Prices/Costs**
**C – Statement of Work**
**D – Packaging and Marking**
**E – Inspection and Acceptance**
**F – Deliveries or Performance**
**G – Contract Administration Data**
**H – Special Provisions**
**I – Contract Clauses (index only) ***
**J – Documents, Exhibits, and Other Attachments**

- J – A Key Personnel
- J – B Advance Understanding on Personnel Costs, Policies and Procedures
- J – C DOE Directives
- J – D Performance Based Incentives
- J – E Guidance for Other Required Plans
- J – F Environment, Safety, and Health Budget Planning and Execution
- J – G Guidance for Preparation of Diversity Plan
- J – H Reserved
- J – I Funding Profile
- J – J Advance Understanding of Costs
- J – K Listing of WTP Conceptual Design and Supporting Information
- J – L Small Disadvantaged Business Participation Program Targets
- J – M Davis-Bacon Wage Determination
- J – N Hanford Site Stabilization Agreement
- J – O Interface Documents Specific to WTP Interfaces
- J – P Provisional Payment of Fee Methodology

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 159 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| M120 | See Block 16C | N/A | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY *(If other than item 6)* CODE |
|---|---|
| **U. S. Department of Energy**<br>**Office of River Protection**<br>**P. O. Box 450, MS H6-60**<br>**Richland, WA 99352** | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (✓) | |
|---|---|---|
| **CH2M HILL Hanford Group, Inc.**<br>**P.O. Box 1500**<br>**Richland, WA 99352** | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>**DE-AC27-99RL14047** |
| CODE / FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>**September 30, 1999** |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>**FAR 6.302-1** ***Only one responsible source and no other supplies or services will satisfy agency requirements*** |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**The purpose of this modification is to:**

- **A.** **Extend Contract No. DE-AC27-99RL14047 for a period of two years, effective October 1, 2006 through September 30, 2008.**
- **B.** **Update and replace all Sections of the Contract to represent the extension period scope of work, fee-earning opportunities on six new Performance Based Incentives, and all other requirements associated with the work scope on the Tank Farm Contract.**
- **C.** **All terms and conditions set forth in this modification are to be initiated beginning October 1, 2006.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| **Mark S. Spears, President and Chief Executive Officer** | | **Roy J. Schepens, Head Contracting Authority** | |
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY **/Signed Original/**<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>**9/26/06** |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**PART I – THE SCHEDULE**
**SECTION B**
**SUPPLIES OR SERVICES AND PRICES/COSTS**

**TABLE OF CONTENTS**


| Clause | Title | Page |
|---|---|---|
| B.1 | SERVICES BEING ACQUIRED | 2 |
| B.2 | OBLIGATION OF FUNDS | 2 |
| B.3 | ESTIMATED COST AND FEE | 2 |
| B.4 | AVAILABILITY OF APPROPRIATED FUNDS | 4 |

## PART I – THE SCHEDULE
## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS[1]

### B.1 SERVICES BEING ACQUIRED

The Contractor shall be responsible for planning, managing, and executing the U.S. Department of Energy (DOE) Office of River Protection (DOE-ORP) River Protection Project (RPP) operations, projects, and other activities as described throughout all sections of this Contract.

### B.2 OBLIGATION OF FUNDS

Pursuant to the Section I Clause entitled, *Obligation of Funds*, the total amount obligated by the Government with respect to the scope of this Contract is estimated to be **$2,258,528,918.00** in total.

### B.3 ESTIMATED COST AND FEE

The estimated cost of the Contract is the total Budget Authority (BA) DOE received for Tank Farms activities during the period of October 1, 1999, through September 30, 2000, ($404,392,374.76), plus the estimated BA of $2,328,700,000.00 for the period of October 1, 2000, through September 30, 2006, for an estimated total of $2,733,092,374.76. Estimated budget authority for the period of October 1, 2006, through September 30, 2008, is **$520,000,000.00.**

The estimated BA for fiscal year (FY) 2001 through FY 2006 as augmented by FY2007 and FY2008, is set forth in Table B-1. The BA includes Contractor Available Fee Pool, but excludes the DOE-controlled budgetary accounts, *Safeguards and Security Assessments*, *Headquarters Assessments*, and *DOE-ORP Support Accounts*.

BA set forth in Table B-1 is an estimate until the BA is formally provided to the Contractor at or near the beginning of each fiscal year.

If the estimated total BA for the baseline work for a fiscal year as set forth in Table B-1 varies from the actual funding by more than plus or minus 10%, or the complexity of the work scope changes significantly, the Contracting Officer may adjust the table (BA and Fee) for that year. The Fee adjustment will be based on the fee curves and fee policy contained in the U.S. Department of Energy Acquisition Regulations (DEAR).

Unearned fee that is not forfeited for failure(s) to meet contract or performance-based incentive requirements shall be accrued, if appropriate, or recorded as a commitment. Incentive compensation, bonuses and project assignment allowances shall be paid from fee unless specifically approved in advance by the Contracting Officer.

---

[1] This conformed copy of Contract No. DE-AC27-99RL14047 has incorporated text referencing the Rocky Flats Pension and Post retirement Benefit Plans (PRB) from Modification M126.

**Table B-1**
**Estimated Budget Authority for Fiscal Years 2001-2006**

| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | TOTAL |
|---|---|---|---|---|---|---|---|
| New BA Includes Fee | $402.7* | $355* | $410* | $386* | $387* | $388* | $2,328.7* |
| Fee | $19,760,849. | $16,351,536. | $16* | $22* | $20* | $14* | $108.1* |

| | FY07 | FY08 | Total | |
|---|---|---|---|---|
| New BA Includes Fee | $262* | $258* | $520* | |
| Fee | $12.375* | $14.475* | $26.850* | |

* Amounts stated in Millions of dollars.

**B.3.a. Estimated Cost and Fee – Transition, Management, and Plan Sponsorship of Rocky Flats Pension and Post Retirement Benefit (PRB) Plans**

The following section applies to the work described in Sections C.7, C.8, and C.9 of the Statement of Work.

(a) Subject to the other provisions of this Contract, reasonable and necessary costs incurred by the Contractor to accept transfer of sponsorship, administration and management of the Rocky Flats Pension and Post Retirement Benefit (PRB) Plans as identified in Section C.7 of this Contract, which are currently sponsored and administered by Kaiser-Hill Company L.L.C. ("Kaiser-Hill") pursuant to contract DE-AC34-00RF001904, shall be reimbursable under this Contract, including, but not limited to:

(1) Costs necessary to receive, and accept transfer of, the Plans from Kaiser-Hill to Contractor; provided, however, that costs necessary to effectuate the transfer to Contractor and to comply with all legal and regulatory requirements associated with the transfer, shall be paid by Kaiser-Hill;

(2) Subsequent to the transfer, costs of sponsorship and management and administration of the Plans, including but not limited to pension contributions, and compliance with applicable current and existing laws and regulations and other requirements of this Contract, exclusive of those administration costs which are properly chargeable to Plan funds; and

(3) Costs associated with transfer of the Plans upon completion or termination of this Contract in accordance with paragraph C.8 herein.

(b) Fee. The Contractor shall earn no incremental fee for sponsorship, management and administration of the Rocky Flats Pension and Post Retirement Benefit Plans during the remainder of this Contract and during any extension to this Contract.

## B.4 AVAILABILITY OF APPROPRIATED FUNDS

The duties and obligations of the Government calling for the expenditure of appropriated funds shall be subject to the availability of funds appropriated by the United States Congress, which DOE may legally spend for authorized purposes. Any work performed beyond the funds obligated and/or performed without the written consent of the Contracting Officer shall be at the Contractor's own risk.