# PART I – THE SCHEDULE
# SECTION D
# PACKAGING AND MARKING

## TABLE OF CONTENTS


| Clause | Title | Page |
|---|---|---|
| D.1 | PACKAGING | 1 |
| D.2 | MARKING | 1 |

# PART I – THE SCHEDULE
# SECTION D
# PACKAGING AND MARKING

## D.1 PACKAGING

Preservation, packaging, and packing for shipping or mailing all work delivered hereunder shall be in accordance with good commercial practices and adequate to ensure acceptance by common carrier and safe transportation at the most economical rate(s).

## D.2 MARKING

(a) Each package, report or other deliverable shall be accompanied by a letter or other document which:

(1) Identifies the applicable Contract number for the item being delivered; and

(2) Identifies the deliverable item number or report requirement that requires the delivered item(s).

(b) For any package, report or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required in paragraph (a) above shall be simultaneously provided to the office administering the Contract, as identified in Section G, *Contract Administration Data*, of this Contract.

# PART I – THE SCHEDULE
# SECTION E
# INSPECTION AND ACCEPTANCE

## TABLE OF CONTENTS


| Clause | Title | Page |
|---|---|---|
| E.1 | FAR 52.246-3 INSPECTION OF SUPPLIES – COST-REIMBURSEMENT (APR 1984) | 1 |
| E.2 | FAR 52.246-5 INSPECTION OF SERVICES – COST-REIMBURSEMENT (MAR 2001) | 3 |
| E.3 | ACCEPTANCE | 3 |

# PART I – THE SCHEDULE
## SECTION E
## INSPECTION AND ACCEPTANCE

### E.1 FAR 52.246-3 INSPECTION OF SUPPLIES – COST-REIMBURSEMENT (MAR 2001)

(a) *Definitions.*

"Contractor's managerial personnel," as used in this clause, means any of the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of–

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operation at a plant or separate location at which the contract is being performed; or

(3) A separate and complete major industrial operation connected with performing this contract. "Supplies," as used in this clause, includes but is not limited to raw materials, components, intermediate assemblies, end products, lots of supplies, and, when the contract does not include the Warranty of Data clause, data.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the supplies, fabricating methods, and special tooling under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test the contract supplies, to the extent practicable at all places and times, including the period of manufacture, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in the contract performance. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) Unless otherwise specified in the contract, the Government shall accept supplies as promptly as practicable after delivery, and supplies shall be deemed accepted 60 days after delivery, unless accepted earlier.

(f) At any time during contract performance, but no later than 6 months (or such other time as may be specified in the contract) after acceptance of the supplies to be delivered under the contract, the Government may require the Contractor to replace or correct any supplies that are nonconforming at time of delivery. Supplies are nonconforming when they are defective in material or workmanship or are otherwise not in conformity with contract requirements. Except as otherwise provided in paragraph (h) below, the cost of replacement or correction shall be included in allowable cost, determined as provided in the Allowable Cost and Payment clause, but no additional fee shall be paid. The Contractor shall not tender for acceptance supplies required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

(g) (1) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, the Government may–

(i) By contract or otherwise, perform the replacement or correction and charge to the Contractor any increased cost or make an equitable reduction in any fixed fee paid or payable under the contract;

(ii) Require delivery of undelivered supplies at an equitable reduction in any fixed fee paid or payable under the contract; or

(iii) Terminate the contract for default.

(2) Failure to agree on the amount of increased cost to be charged to the Contractor or to the reduction in the fixed fee shall be a dispute.

(h) Notwithstanding paragraphs (f) and (g) above, the Government may at any time require the Contractor to correct or replace, without cost to the Government, nonconforming supplies, if the nonconformances are due to–

(1) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or

(2) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

(i) This clause applies in the same manner to corrected or replacement supplies as to supplies originally delivered.

(j) The Contractor shall have no obligation or liability under this contract to replace supplies that were nonconforming at the time of delivery, except as provided in this clause or as may be otherwise provided in the contract.

(k) Except as otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

(End of clause)

**E.2 FAR 52.246-5 INSPECTION OF SERVICES -- COST-REIMBURSEMENT (APR 1984)**

(a) *Definition*. "Services," as used in this clause, includes services performed, workmanship, and material furnished or used in performing services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all places and times during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If any of the services performed do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, for no additional fee. When the defects in services cannot be corrected by reperformance, the Government may--

(1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

(2) Reduce any fee payable under the contract to reflect the reduced value of the services performed.

(e) If the Contractor fails to promptly perform the services again or take the action necessary to ensure future performance in conformity with contract requirements, the Government may--

(1) By contract or otherwise, perform the services and reduce any fee payable by an amount that is equitable under the circumstances; or

(2) Terminate the contract for default.

(End of clause)

**E.3 ACCEPTANCE**

The Contracting Officer or any other duly authorized representative shall accomplish acceptance for all work and effort under this Contract.

# PART I – THE SCHEDULE
# SECTION F
# DELIVERIES OR PERFORMANCE

## TABLE OF CONTENTS

| Clause | Title | Page |
|---|---|---|
| F.1 | PERIOD OF PERFORMANCE | 2 |
| F.2 | PRINCIPAL PLACE OF PERFORMANCE | 2 |
| F.3 | REPORTING REQUIREMENTS | 2 |

**Tables**

| | | |
|---|---|---|
| Table F-1 | Minimum Reporting Requirements and Frequency (Revision 1) | 3 |
| Table F-2 | RPP Baseline Change Thresholds (Revision 3) | 4 |
| Table F-3 | ORP Control Level by WBS (Revision 3) | 6 |
| Table F-4 | TFC Reporting Level by WBS (Revision 3) | 7 |
| Table F-5 | RPP Technical Baseline Documents Requiring DOE Approval (Revision 1) | 8 |

# PART I – THE SCHEDULE
# SECTION F
# DELIVERIES OR PERFORMANCE

## F.1 PERIOD OF PERFORMANCE

The period of performance for the work specified in Section C, *Statement of Work*, of this Contract commenced October 1, 1999, and shall continue through September 30, 2008, unless sooner terminated as provided for in other provisions of this Contract.

## F.2 PRINCIPAL PLACE OF PERFORMANCE

The principal place of performance of this Contract shall be the Hanford Site, near Richland, Washington and other facilities as directed by the Contracting Officer.

## F.3 REPORTING REQUIREMENTS

(a) The Contractor shall provide a reporting system capable of management information in the form of electronic databases and will report program performance on the technical work, schedule, and cost profile defined in the River Protection Project Baseline. Additional reporting requirements are found in the Section H Clause entitled, *Project Controls*.

(b) The Contractor's databases and reporting shall be available to the U.S. Department of Energy Office of River Protection (DOE-ORP) no later than 10 working days after the close of the reporting period.

(c) The Contractor shall provide the information necessary to support DOE-ORP in the preparation of reports required by regulatory agreements, such as, the *Hanford Federal Facility Agreement and Consent Order* (also known as the Tri-Party Agreement (TPA)) and legislative mandates or DOE Headquarters required specific data (e.g., Integrated Planning and Budgeting System (IPABS)), which must be supported by the reporting system.

(d) The monthly Contract Funds Status Report shall indicate cumulative-to-date amounts for budget authority (BA) allotted, obligated, and committed. Cost and funds data shall be in work breakdown structure (WBS) format, and also the DOE budget and reporting (B&R) classification structure, (e.g., project breakdown structure (PBS), User's Accountability System (UAS)) unless otherwise directed by the Contracting Officer.

(e) Minimum reporting requirements and the frequency of submission are provided in Table F-1, *Minimum Report Requirements and Frequency*. The Contractor shall provide written notification of provider or changes in provider to the Contracting Officer at a minimum annually. Table F-1 is not complete and is subject to change at the discretion of the Contracting Officer as provided to the Contractor in writing. In addition, Table F-1 does not include reports that may be required by other terms of this Contract or by DOE directives that are applicable to this Contract. The Contracting Officer will determine content, format and distribution.

**Table F-1**
**Minimum Reporting Requirements and Frequency (Revision 1)**

| Report Name | Frequency |
|---|---|
| Work Breakdown Structure (WBS) | A |
| WBS Description | A |
| Budget Submittal | A |
| Monthly Performance Report | M |
| Integrated Planning, Accountability, and Budgeting System-Information System http://www.em.doe.gov/ipabs/hand.html | M |
| Contract Funds Status Report | M |
| Financial Statements Reporting Requirements Letter | Y |
| Functional Support Cost Report | A |
| Report of Compensation | Y |
| Report of Contractors Earning and Supplementary Compensation | Y |
| Pension Plan Actuarial Data | Y |
| Property Acquisition and Dispositions | M |
| Fire Replacement Report | Y |
| Physical Inventory Report | Y |

| Frequency Codes: | |
|---|---|
| A – As Required | Q – Quarterly |
| C – Change to Contractual Agreement | S – Semi-Annually |
| F – Final (end of effort) | Y – Yearly |
| M – Monthly | O – One after Award |

(f) All due dates for deliverables, submittals, or any other requirement in this Contract that fall on a non-Federal workday and/or a Hanford site closure day shall be deemed to be due on the next Federal/Hanford workday. Unless otherwise specified, all Contractor deliverables for external regulators or agencies will be provided to the U.S. Department of Energy at least one (1) month prior to the date it is due to the external regulator or agency, in accordance with Contract Clause H.27 entitled, *Contractor Deliverables for External Regulators or Agencies.*

(g) Implement change control thresholds, as provided in Table F-2, *RPP Baseline Change Thresholds* at the WBS levels, Table F-3, *Threshold Approval Levels for the DBVS Project*, and Table F-4,*ORP Control Level by WBS* by October 1, 2006. These Change Thresholds and Control levels will be used for determining the approval level for proposed changes to the Tank Farm Contract (TFC) baseline submitted during fiscal year (FY) 2002. Effective the beginning of FY 2006, the Contractor shall implement the change control thresholds provided in Table F-2, Rev. 2, at the WBS levels stated in Table F-4, Rev. 2. Table F-2, Rev.2 and Table F-4, Rev. 1, shall be used for all proposed changes submitted after October 1, 2006.

All subsequent Table F-5 revisions are effective in accordance with the Contract modification effective dates.

**Table F-2**
**RPP Baseline Change Thresholds (Revision 3)**

| Threshold | Level 1 Change | Level 2 Change | Level 3 Change |
|---|---|---|---|
| **Approval Authority** | DOE-HQ | DOE-ORP | CH2M HILL |
| **Technical Baseline** | Changes to Tier 0 Technical Baseline documents per the *RPP Technical Baseline Document List*, Table F-5, impacting Level 1 scope, cost or schedule baseline thresholds. | Changes to Tier 1 Technical Baseline documents per the *RPP Technical Baseline Document List*, Table F-5, impacting Level 2 scope, cost, or schedule baseline thresholds. | |
| **Scope Baseline** | Changes<br>• EM Corporate Performance Metric<br>• PBS cleanup end states/end points (criteria that define mission completion);<br>• PBS structure;<br>• WIPP transportation baseline; or<br>• ORP-0014 Project Execution Plan | Changes resulting in any addition or deletion within or transfer of scope between the ORP designated control levels of the WBS elements per Table F-3, as documented in the WBS Dictionaries maintained at or above the designated ORP Control Level of the WBS per Table F-3. | Changes in scope of work that do not affect the Level 1 or Level 2 thresholds as defined in this table. |
| **Cost Baseline** | Changes that impact any of the following criteria:<br>• An increase in lifecycle cost by PBS;<br>• An increase in a PBS lifecycle cost by year that exceeds the DOE approved lifecycle cost baseline. | Changes that impact any of the following criteria:<br>• Fiscal year cost baseline changes>=15% or >$7.5M between WBS elements as defined in Table F-3. | Changes in cost that do not affect the Level 1 or Level 2 thresholds as defined in this table. |
| **Milestones/ Schedule Baseline** | Changes that impact any of the following criteria:<br>• PBS end date<br>• Life Cycle Schedule | Changes that impact any of the following criteria:<br>• Baseline schedule/milestones resulting from TPA changes;<br>• Greater than 3 months cumulative extension in a project level milestone as defined in ORP-0014 PEP, Section 1.2.2 of enforceable project level milestones. | Changes in milestones or baseline schedules that do not affect the Level 1 or Level 2 thresholds as defined in this table. |
| **Interfaces** | Changes that impact other site's end states, end dates, or costs. | • Changes to WTP Interface Control Documents as described in the jointly developed *Interface Management Plan* (24590-WTP-PL-MG-01-001) and changes to other prime contractor agreements (excluding TFC-WTP agreements) will follow the process described in the CH2M HILL *Interface Management Procedure* (TFC-BSM-CP-CPR-C-17, Rev. A)<br>• Where interface change level is unclear, the scope, cost and milestone thresholds described in this table will be used for change level determinations. | Changes to interfaces that do not affect the Level 1 or Level 2 thresholds as defined in this table. |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **Approval Authority** | Level 0<br>Secretarial Acquisition Executive<br><br>Level 1<br>Assistant Secretary of Environmental Management (EM-1 | DOE-ORP | CH2M HILL |
| **Scope Baseline** | Level 0<br>• Changes to scope that affect mission need requirements.<br><br>Level 1<br>• Changes in scope that may affect operations function but does not affect mission need | • Any changes to scope or work statements in the Tank Farm Project WBS Dictionaries Levels 1 through 4 that do not affect operation functions and does not affect mission need. | Changes in scope of work that do not affect the Level 0 1 or Level 2 thresholds as defined in this table. |
| **Cost Baseline** | Level 0<br>• Baseline changes resulting in an increase of $5 Million, or 25% increase to TPC<br><br>Level 1<br>• Any increase in TPC. | • Fiscal year cost baseline changes >$1 Million between DBVS Project WBS elements as long as no increase in TPC. | Changes in cost that do not affect the Level 0,1, or Level 2 thresholds as defined in this table. |
| **Milestones/ Schedule Baseline** | Level 0<br>• >6 months (cumulative) extension of the project schedule completion date.<br><br>Level 1<br>• 3-6 months (cumulative) extension of the project schedule completion date. | • Up to 3 months of increase (cumulative) in the project schedule completion date. | Changes in schedule that do not affect the Level 0,1, or Level 2 thresholds as defined in this table. |

Table F-3
**ORP Control Level by WBS (Revision 3)**

| WBS | WBS Title | LI or Exp. Proj. | ORP Control Level | PBS |
|---|---|---|---|---|
| 5.07 | Base Operations | Exp. | 2 | ORP0014 |
| 5.08 | Retrieve and Close | Exp. | 2 | ORP0014 |
| 5.08.03 | DST Retrieval Program | Exp. | 4 | ORP0014 |
| 5.08.04.01 | Project W-314 | Exp. | 4 | ORP0014 |
| 5.08.04.02 | Project E-525 | Exp. | 4 | ORP0014 |
| 5.08.06/7 | SST Retrieval/Closure East/West Area | Exp. | 3 | ORP0014 |
| 5.08.13 | SST Closure | Exp. | 3 | ORP0014 |
| 5.09 | Treat and Dispose Waste | Exp. | 2 | ORP0014/HQ-HLW-0014X |
| 5.09.02.05 | Bulk Vitrification System (BVS) Project | Exp. | 4 | ORP0014 |
| 5.09.03.01 | Integrated Disposal Facility | EXP | 4 | ORP0014 |
| 5.09.03.04 | Initial IHLW Storage Facility (W-464) | LI | 4 | ORP0014 |
| 5.10 | Analytical/Technical Services | Exp. | 2 | ORP0014 |

(h) Submit a copy of all FY 2002, Class 3 or 2 Baseline Change Requests for DOE evaluation and approval. Complete by January 7, 2002.

(i) RESERVED

(j) Improve quality of baseline changes to include the analysis of their impact on programmatic risk. Implement by March 31, 2002.

(k) Summary level performance status reports are to be submitted at the PBS and Capital Project levels. In addition, the Contractor shall make available to DOE-ORP performance data at the levels of detail shown in Contract Section F, *Deliveries or Performance*, Clause F.4, *Reporting Requirements* Table F-5, *TFC Reporting Level by WBS*. The summary report shall contain a list of those reporting level WBS elements (per Table F-4). Note: Reporting is only required for WBS elements active during the contract period.

(l) Table F-5 represents DOE approval authority levels.

Table F-4
TFC Reporting Level by WBS (Revision 3)

| WBS | WBS Title | LI or Exp. Proj. | ORP Control Level | PBS |
|---|---|---|---|---|
| 5.07 | Base Operations | Exp. | 2 | ORP-0014 |
| 5.07.02 | Environmental/TPA Milestone Achievement | Exp. | 3 | ORP-0014 |
| 5.08 | Retrieve and Close | Exp. | 2 | ORP-0014 |
| 5.08.02 | WTP Feed Delivery Program | Exp. | 3 | ORP-0014 |
| 5.08.03 | DST Retrieval Program | Exp. | 4 | ORP-0014 |
| 5.08.04.01 | Project W-314 (DST Infrastructure Upgrades) | Exp. | 4 | ORP-0014 |
| 5.08.04.02 | Project E-525 (Upgrade Transfer Systems) | Exp. | 4 | ORP-0014 |
| 5.08.05 | Retrieval/Closure Program | Exp. | 3 | ORP-0014 |
| 5.08.06/7 | SST Retrieval/Closure East/West Area | Exp. | 3 | ORP-0014 |
| 5.08.13 | SST Closure | Exp. | 3 | ORP-0014 |
| 5.09 | Treat and Dispose Waste | Exp. | 2 | ORP-0014/HQ-HLW-0014X |
| 5.09.02.02 | TRU/LLW Packaging | Exp. | 4 | ORP-0014 |
| 5.09.02.03 | LAW Treatment | Exp. | 4 | ORP-0014 |
| 5.09.02.05 | Bulk Vitrification System (BVS) Project | Exp. | 4 | ORP-0014 |
| 5.09.03.01 | Integrated Disposal Facility | EXP | 4 | ORP-0014 |
| 5.09.03.04 | Initial IHLW Storage Facility (W-464) | LI | 4 | ORP-0014 |
| 5.10 | Analytical/Technical Services | Exp. | 2 | ORP-0014 |

## Table F-5
## RPP Technical Baseline Documents Requiring DOE Approval (Revision 1)

| Title of Document | Number | Prepared By: | Approved/Concurred by |
|---|---|---|---|
| **Tier 0: HQ Approval Authority – Functions and Requirements (Strategic Management)** | | | |
| Final Hanford Comprehensive Land Use Plan Environmental Impact Statement | DOE/EIS-0222-F | DOE-RL | DOE-HQ |
| Record of Decision: Hanford Comprehensive Land-Use Plan EIS | | DOE-RL | DOE-HQ |
| Final Environment Impact Statement for TWRS (1996) | DOE/EIS-0189 | RL/WDOE | DOE-HQ |
| Record of Decision for the TWRS (1997) | 62 FR 8693 | DOE-RL | DOE-HQ |
| Safe Interim Storage of Hanford Tank Waste, Final EIS (1995) | DOE/EIS-0212 | DOE-RL | DOE-HQ |
| Record of Decision for Safe Interim Storage (1995) | 60 FR 61687 | DOE | DOE-HQ |
| Memorandum of Agreement for Acceptance of Department of Energy Spent Nuclear Fuel and High-Level Radioactive Waste (1999) | None | DOE | DOE-HQ |
| Hanford Immobilized Low-Activity Waste Performance Assessment | DOE/ORP-2000-24 | Contractor | DOE-HQ |
| Disposal Authorization for Immobilized Low-Activity Waste Disposal Facility | Memorandum (11/1/01) | DOE-HQ | DOE-HQ |
| Project Execution Plan for the River Protection Tank Farm Project (ORP-0014) | DOE/ORP-2003-14 | ORP | DOE-HQ |
| **Tier 1: ORP Manager Approval Authority – Functions and Requirements (Baseline Management)** | | | |
| NEPA Supplemental Analysis for RPP | As Required to Support NEPA | Contractor | ORP |
| Hanford Federal Facility Agreement and Consent Order (including Consent Decrees) Legal and Class I Changes | None | DOE/EPA/WDOE | DOE/EPA/Ecology |
| Limited Construction Authorization Agreement | None | ORP | Contractor/ORP |
| Tank Waste Remediation System Standards/Requirements Identification Document (S/RIDS) | HNF-SD-MP-SRID-001 | Contractor | Contractor/ORP |
| Integrated Safety Management System Description (Tank Farms) | RPP-MP-003 | Contractor | Contractor/ORP |
| Radiation Protection Program (Tank Farms) | HNF-IP-5164 | Contractor | Contractor/ORP |
| Quality Assurance Program Description (Tank Farms) | RPP-MP-600 | Contractor | Contractor/ORP |
| Waste Acceptance Criteria for the Immobilized Low-Activity Disposal Facility | RPP-8402 | Contractor | Contractor/ORP |
| Functional Design Criteria for the Initial Tank Retrieval System (Project W-211) | HNF-SD-W211-FDC-001 | Contractor | Contractor/ ORP |
| Design Requirements Document, Project W-314 | HNF-SD-W314-DRD-001 | Contractor | Contractor/ ORP |
| System Specification for Immobilized High-Level Waste Interim Storage | RPP-6222 | Contractor | Contractor/ ORP |
| Upper Tier Functions and Requirements (F&R) Documents or Level 1 Specifications as required for new projects | When issued | Contractor | Contractor/ ORP |

# PART I – THE SCHEDULE
## SECTION G
## CONTRACT ADMINISTRATION DATA

TABLE OF CONTENTS


| Clause | Title | Page |
|---|---|---|
| G.1 | CORRESPONDENCE PROCEDURES | 2 |
| G.2 | BILLING INSTRUCTIONS | 2 |
| G.3 | GOVERNMENT PROPERTY | 3 |

PART I – THE SCHEDULE
SECTION G
CONTRACT ADMINISTRATION DATA

## G.1 CORRESPONDENCE PROCEDURES

To promote timely and effective administration under this Contract, the Contractor shall be subject to the following procedures:

(a) Technical and Administrative Correspondence/Matters. Technical and administrative correspondence concerning performance of this Contract shall be addressed to the responsible officials designated in U.S. Department of Energy Office of River Protection (DOE-ORP) Manual 411.1-1, *Office of River Protection Functions, Responsibilities, and Authorities Manual (FRAM)*, using the latest published edition.

(b) Contractual Correspondence/Matters. Correspondence involving contractual matters shall be addressed to the Contracting Officer. The primary Contracting Officer responsible for administration of this Contract is Cloette B. Reid, Procurement Division. This individual shall be primarily responsible for all contractual actions required to be taken by the Government under the terms of this Contract.

Notwithstanding the above, in the event that the above named individual is absent for an extended period or an urgent action is required, any other duly appointed Contracting Officer assigned to DOE-ORP shall be authorized to take the required contractual action(s) within the limits of his/her authority.

(c) DOE Contracting Office. The Contracting Officer's address is:

Procurement Division
U.S. Department of Energy
Office of River Protection
P. O. Box 450/2440 Stevens Center
Richland, WA 99352-0450

(d) All correspondence sent to the Contracting Officer shall contain a subject line commencing with the Contract number as illustrated below:

SUBJECT: CONTRACT NO. DE-AC27-99RL14047

## G.2 BILLING INSTRUCTIONS

(a) The Contractor shall provide periodic electronic invoices (or data supporting letter of credit draw downs) and cost accrual and accrual reversal records to DOE-ORP. Within the electronic invoice submission, the Contractor shall provide all invoice data elements required to: (1) ascertain all goods and services provided by the Contractor were allowable and reasonable per the terms and conditions of the contract, and (2) properly record all contract costs and payments in the DOE accounting system. This includes, but is not limited to: work breakdown structure (WBS) numbers, budget and reporting (BNR) numbers, fund-type, project baseline summaries (PBS) numbers, the fiscal year the funds were provided, DOE-ORP project/task number, object classes, cost elements, resource types, and plant and equipment line item number (if applicable).

(b) Upon request, the Contractor shall also provide the Contracting Officer written documentation to support the electronic invoices at the address identified herein.

**G.3 GOVERNMENT PROPERTY**

The point of contact for contract administration relating to Government property is as follows:

Rick McNulty
Organizational Property Management Officer
Project Administration
U.S. Department of Energy
Office of River Protection
P.O. Box 450
Richland, WA 99352