**PART II – CONTRACT CLAUSES**
**SECTION I**
**CONTRACT CLAUSES**

| [illegible] | FAR/DEAR [illegible] | [illegible] | [illegible] Information [illegible] |
|---|---|---|---|
| I.1 | FAR 52.202-1 | Definitions (JUL 2004) (as supplemented by DEAR 952.202-1) | None |
| I.2 | FAR 52.203-3 | Gratuities (APR 1984) | None |
| I.3 | FAR 52.203-5 | Covenant Against Contingent Fees (APR 1984) | None |
| I.4 | FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government (JUL 1995) | None |
| I.5 | FAR 52.203-7 | Anti-Kickback Procedures (JUL 1995) | None |
| I.6 | FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (JAN 1997) | None |
| I.7 | FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (JAN 1997) | None |
| I.8 | FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (SEP 2005) | None |
| I.9 | FAR 52.204-4 | Printing/Copying Double-Sided on Recycled Paper (AUG 2000) | None |
| I.10 | FAR 52.204-7 | Central Contractor Registration – Alternate I (OCT 2003) | (b) December 31, 2003 |
| I.11 | FAR 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JAN 2005) | None |
| I.12 | FAR 52.211-5 | Material Requirements (AUG 2000) | None |
| I.13 | FAR 52.215-2 | Audit and Records – Negotiation (JUN 1999) | None |
| I.14 | FAR 52.215-8 | Order of Precedence – Uniform Contract Format (OCT 1997) | None |
| I.15 | FAR 52.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications (OCT 1997) | None |
| I.16 | FAR 52.215-13 | Subcontractor Cost or Pricing Data – Modifications (OCT 1997) | None |
| I.17 | FAR 52.215-15 | Pension Adjustments and Asset Reversions (OCT 2004) | None |
| I.18 | FAR 52.215-17 | Waiver of Facilities Capital Cost of Money (OCT 1997) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-in Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.19 | FAR 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (JUL 2005) | None |
| I.20 | FAR 52.215-19 | Notification of Ownership Changes (OCT 1997) | None |
| I.21 | FAR 52.216-7 | Allowable Cost and Payment (DEC 2002) | None |
| I.22 | FAR 52.219-8 | Utilization of Small Business Concerns (MAY 2004) | None |
| I.23 | FAR 52.219-9 | Small Business Subcontracting Plan (JUL 2005) – Alternate II (OCT 2001) | None |
| I.24 | FAR 52.219-16 | Liquidated Damages – Subcontracting Plan (JAN 1999) | None |
| I.25 | FAR 52.222-1 | Notice to the Government of Labor Disputes (FEB 1997) | None |
| I.26 | FAR 52.222-3 | Convict Labor (JUN 2003) | None |
| I.27 | FAR 52.222-4 | Contract Work Hours and Safety Standards Act – Overtime Compensation (JUL 2005) | None |
| I.28 | FAR 52.222-6 | Davis-Bacon Act (JUL 2005) | None |
| I.29 | FAR 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) | None |
| I.30 | FAR 52.222-26 | Equal Opportunity (APR 2002) | None |
| I.31 | FAR 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (DEC 2001) | None |
| I.32 | FAR 52.222-36 | Affirmative Action for Workers with Disabilities (JUN 1998) | None |
| I.33 | FAR 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (DEC 2001) | None |
| I.34 | FAR 52.222-39 | Notification of Employee Rights Concerning Payment of Union Dues or Fees | None |
| I.35 | FAR 52.222-41 | Service Contract Act of 1965, as Amended (JUL 2005) | None |
| I.36 | FAR 52.222-47 | SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (MAY 1989) | None |
| I.37 | FAR 52.223-3 | Hazardous Material Identification and Material Safety Data (JUN 1997) – Alternate I (JUL 1995) | (b) None |
| I.38 | FAR 52.223-5 | Pollution Prevention and Right-to-Know Information (AUG 2003) | None |
| I.39 | FAR 52.223-6 | Drug-Free Workplace (MAY 2001) | None |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| I.40 | FAR 52.223-10 | Waste Reduction Program (AUG 2000) | None |
| I.41 | FAR 52.223-12 | Refrigeration Equipment and Air Conditioners (MAY 1995) | None |
| I.42 | FAR 52.223-14 | Toxic Chemical Release Reporting (AUG 2003) | None |
| I.43 | FAR 52.224-1 | Privacy Act Notification (APR 1984) | None |
| I.44 | FAR 52.224-2 | Privacy Act (APR 1984) | None |
| I.45 | FAR 52.225-1 | Buy American Act – Supplies (JUN 2003) | None |
| I.46 | FAR 52.225-13 | Restrictions on Certain Foreign Purchases (FEB 2006) | None |
| I.47 | FAR 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises (JUN 2000) | None |
| I.48 | FAR 52.227-1 | Authorization and Consent (JUL 1995) | None |
| I.49 | FAR 52.227-2 | Notice and Assistance Concerning Patent and Copyright Infringement (AUG 1996) | None |
| I.50 | FAR 52.227-3 | Patent Indemnity (APR 1984) | None |
| 1.51 | FAR 52.227-23 | Rights to Proposal Data (JUN 1987) | None |
| I.52 | FAR 52.230-2 | Cost Accounting Standards (APR 1998) | None |
| I.53 | FAR 52.230-6 | Administration of Cost Accounting Standards (APR 2005) | None |
| I.54 | FAR 52.232-17 | Interest (JUN 1996) | None |
| I.55 | FAR 52.232-22 | Limitation of Funds (APR 1984) | None |
| I.56 | FAR 52.232-24 | Prohibition of Assignment of Claims (JAN 1986) | None |
| I.57 | FAR 52.232-25 | Prompt Payment (OCT 2003) | None |
| I.58 | FAR 52.233-1 | Disputes (JUL 2002) – Alternate I (DEC 1991) | None |
| I.59 | FAR 52.233-3 | Protest After Award (AUG 1996) – Alternate I ((JUN 1985) | None |
| I.60 | FAR 52.236-8 | Other Contracts (APR 1984) | None |
| I.61 | FAR 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation (APR 1984) | None |
| I.62 | FAR 52.237-3 | Continuity of Services (JAN 1991) | None |
| I.63 | FAR 52.242-1 | Notice of Intent to Disallow Costs (APR 1984) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-in Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.64 | FAR 52.242-3 | Penalties for Unallowable Costs (MAR 2001) | None |
| I.65 | FAR 52.242-4 | Certification of Final Indirect Costs (JAN 1997) | None |
| I.66 | FAR 52.242-13 | Bankruptcy (JUL 1995) | None |
| I.67 | FAR 52.242-15 | Stop-Work Order (AUG 1989) – Alternate I (APR 1984) | None |
| I.68 | FAR 52.243-2 | Changes-Cost Reimbursement (AUG 1987) – Alternate II (APR 1984) | None |
| I.69 | FAR 52.243-6 | Change Order Accounting (APR 1984) | None |
| I.70 | FAR 52.243-7 | Notification of Changes (APR 1984) | (b) 10 days. (d) 30 days. |
| I.71 | FAR 52.244-2 | Subcontracts (AUG 1998) – Alternate II (AUG 1998) | (e) None |
| I.72 | FAR 52.244-5 | Competition in Subcontracting (DEC 1996) | None |
| I.73 | FAR 52.244-6 | Subcontracts for Commercial Items and Commercial Components (DEC 2004) | None |
| I.74 | FAR 52.246-25 | Limitation of Liability – Services (FEB 1997) | None |
| I.75 | FAR 52.247-1 | Commercial Bill of Lading Notations (APR 1984) | (a) U.S. Department of Energy...(b) U.S. Department of Energy...Contract No. DE-AC27-99RL14047...U.S. Department of Energy, Office of River Protection, Acquisition Management Division, H6-60, P.O. Box 450, Richland, WA 99352 |
| I.76 | FAR 52.249-6 | Termination (Cost Reimbursement) (MAY 2004) | None |
| I.77 | FAR 52.249-14 | Excusable Delays (APR 1984) | None |
| I.78 | FAR 52.251-1 | Government Supply Sources (APR 1984) | None |
| I.79 | FAR 52.251-2 | Interagency Fleet Management System Vehicles and Related Services (JAN 1991) | None |

| [illegible] | [illegible] | [illegible] | Fill-in Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.80 | FAR 52.252-2 | Clauses Incorporated by Reference (FEB 1998) | http://www.arnet.gov/far; http://www.pr.doe.gov/dear.html |
| I.81 | FAR 52.252-6 | Authorized Deviations in Clauses (APR 1984) | (b) The use in this contract of any Department of Energy Acquisition Regulation (48 CFR Part 9) Clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation |
| I.82 | FAR 52.253-1 | Computer Generated Forms (JAN 1991) | None |
| | | **DEAR 952 CLAUSES** | |
| I.83 | DEAR 952.202-1 | Definitions (MAR 2002) | None |
| I.84 | DEAR 952.203-70 | Whistleblower Protection for Contractor Employees (DEC 2000) | None |
| I.85 | DEAR 952.204-2 | Security (MAY 2002) | None |
| I.86 | DEAR 952.204-70 | Classification/Declassification (SEP 1997) | None |
| I.87 | DEAR 952.204-71 | Sensitive Foreign Nations Controls (APR 1994) | None |
| I.88 | DEAR 952.204-72 | Disclosure of Information (APR 1994) | None |
| I.89 | DEAR 952.204-73 | Facility Clearance (MAY 2002) | None |
| I.90 | DEAR 952.204-75 | Public Affairs (DEC 2000) | None |
| I.91 | DEAR 952.208-7 | Tagging of Leased Vehicles (APR 1984) | None |
| I.92 | DEAR 952.208-70 | Printing (APR 1984) | None |
| I.93 | DEAR 952.209-72 | Organizational Conflicts of Interest (JUN 1997) – Alternate I | None |
| I.94 | DEAR 952.215-70 | Key Personnel (DEC 2000) | Section J, Appendix A |
| I.95 | DEAR 952.217-70 | Acquisition of Real Property (APR 1984) | None |
| I.96 | DEAR 952.223-75 | Preservation of Individual Occupational Radiation Exposure Records ((APR 1984) | None |
| I.97 | DEAR 952.224-70 | Paperwork Reduction Act (APR 1994) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-in Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.98 | DEAR 952.226-74 | Displaced Employee Hiring Preference (JUN 1997) | None |
| I.99 | DEAR 952.227-9 | Refund of Royalties (FEB 1995) | None |
| I.100 | DEAR 952.227-13 | Patent Rights-Acquisition by the Government (SEP 1997) | None |
| I.101 | DEAR 952.242-70 | Technical Direction (DEC 2000) | None |
| I.102 | DEAR 952.247-70 | Foreign Travel (DEC 2000) | None |
| I.103 | DEAR 952.250-70 | Nuclear Hazards Indemnity Agreement (JUN 1996) | None |
| I.104 | DEAR 952.251-70 | Contractor Employee Travel Discounts (DEC 2000) | None |
| | | **DEAR 970 CLAUSES** | |
| I.105 | DEAR 970.5203-1 | Management Controls (DEC 2000) | None |
| I.106 | DEAR 970.5203-2 | Performance Improvement and Collaboration (DEC 2000) | None |
| I.107 | DEAR 970.5203-3 | Contractor's Organization (DEC 2000) | None |
| I.108 | DEAR 970.5204-1 | Counterintelligence (DEC 2000) | None |
| I.109 | DEAR 970.5204-2 | Laws, Regulations, and DOE Directives (DEC 2000) | None |
| I.110 | DEAR 970.5204-3 | Access to and Ownership of Records (JUL 2005) | None |
| I.111 | DEAR 970.5208-1 | Printing (DEC 2000) | None |
| I.112 | DEAR 970.5215-1 | Total Available Fee: Base Fee Amount and Performance Fee Amount (DEC 2000) | (a) (base fee is zero) |
| I.113 | RESERVED | | |
| I.114 | DEAR 970.5215-3 | Conditional Payment of Fee, Profit, or Incentives (JAN 2004) – Alternate I (JAN 2004) | None |
| I.115 | DEAR 970.5215.4 | Cost Reduction (DEC 2000) | None |
| I.116 | DEAR 970.5222-1 | Collective Bargaining Agreements Management and Operating Contracts (DEC 2000) | None |
| I.117 | DEAR 970.5222-2 | Overtime Management (DEC 2000) | None |
| I.118 | DEAR 970.5223-1 | Integration of Environment, Safety, and Health into Work Planning and Execution (DEC 2000) | None |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| I.119 | DEAR 970.5223-2 | Affirmative Procurement Program (MAR 2003) | None |
| I.120 | DEAR 970.5223-4 | Workplace Substance Abuse Programs at DOE Sites (DEC 2000) | None |
| I.121 | DEAR 970.5226-1 | Diversity Plan (DEC 2000) | None |
| I.122 | DEAR 970.5226-2 | Workforce Restructuring Under Section 3161 of the National Defense Authorization Act for Fiscal Year 1993 (DEC 2000) | None |
| I.123 | DEAR 970.5226-3 | Community Commitment (DEC 2000) | None |
| I.124 | DEAR 970.5227-1 | Rights in Data – Facilities (DEC 2000) | None |
| I.125 | DEAR 970.5227-4 | Authorization and Consent (AUG 2002) | None |
| I.126 | DEAR 970.5227-5 | Notice and Assistance Regarding Patent and Copyright Infringement (AUG 2000) | None |
| I.127 | DEAR 970.5227-6 | Patent Indemnity – Subcontracts (DEC 2000) | None |
| I.128 | DEAR 970 5227-7 | Royalty Information (DEC 2000) | None |
| I.129 | | RESERVED | |
| I.130 | DEAR 970.5227-8 | Refund of Royalties (AUG 2002) | None |
| I.131 | DEAR 970.5228-1 | Insurance – Litigation and Claims (MAR 2002) | None |
| I.132 | DEAR 970.5229-1 | State and Local Taxes (DEC 2000) | None |
| I.133 | DEAR 970.5231-4 | Preexisting Conditions (DEC 2000) | (a) September 30, 1999 |
| I.134 | DEAR 970.5232-1 | Reduction or Suspension of Advance, Partial, or Progress Payments (DEC 2000) | None |
| I.135 | DEAR 970.5232-2 | Payments and Advances (DEC 2000) – Alternate II (DEC 2000) and Alternate IV (DEC 2000) | (c) "Appendix K" |
| I.136 | DEAR 970.5232-3 | Accounts, Records, and Inspection (DEC 2000) | None |
| I.137 | DEAR 970.5232-4 | Obligation of Funds (DEC 2000) | (a) See Section B, Clause B.2 for amount<br><br>(c) 60,60 see letter 02-BMA-084 for further clarification |
| I.138 | DEAR 970.5232-5 | Liability with Respect to Cost Accounting Standards (DEC 2000) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-in Information See (See FAR 52.104(d)) |
|---|---|---|---|
| I.139 | DEAR 970.5232-6 | Work for Others Funding Authorization (DEC 2000) | None |
| I.140 | DEAR 970.5232-7 | Financial Management System (DEC 2000) | None |
| I.141 | DEAR 970.5236-1 | Government Facility Subcontract Approval (DEC 2000) | None |
| I.142 | DEAR 970.5237-2 | Facilities Management (DEC 2000) | None |
| I.143 | DEAR 970 5242-1 | Penalties for Unallowable Costs (DEC 2000) | None |
| I.144 | DEAR 970 5243-1 | Changes (Dec 2000) | None |
| I.145 | DEAR 970.5244-1 | Contractor Purchasing System (DEC 2000) | None |
| I.146 | DEAR 970.5245-1 | Property (DEC 2000) | None |
| | | **CONSTRUCTION CLAUSES** | |
| I.147 | FAR 52.202-1 | Definitions (JUL 2004)<br>(As supplemented by DEAR 952.202-1) | See Note |
| I.148 | FAR 52.222-6 | Davis-Bacon Act (JUL 2005) | See Note |
| I.149 | FAR 52.222-7 | Withholding of Funds (FEB 1988) | See Note |
| I.150 | FAR 52.222-8 | Payrolls and Basic Records (FEB 1988) | See Note |
| I.151 | FAR 52.222-9 | Apprentices and Trainees (JUL 2005) | See Note |
| I.152 | FAR 52.222-10 | Compliance with Copeland Act Requirements (FEB 1988) | See Note |
| I.153 | FAR 52.222-11 | Subcontracts (Labor Standards) (JUL 2005) | See Note |
| I.154 | FAR 52.222-12 | Contract Termination – Debarment (FEB 1988) | See Note |
| I.155 | FAR 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations (FEB 1988) | See Note |
| I.156 | FAR 52.222-14 | Disputes Concerning Labor Standards (FEB 1988) | See Note |
| I.157 | FAR 52.222-15 | Certification of Eligibility (FEB 1988) | See Note |
| I.158 | FAR 52.222-20 | Walsh-Healey Public Contracts Act (DEC 1996) | See Note |
| I.159 | FAR 52.222-27 | Affirmative Action Compliance Requirements for Construction (FEB 1999) | See Note |
| I.160 | FAR 52.225-11 | Buy American Act – Balance of Payments Program – Construction Materials under Trade Agreements (JAN | See Note |

| [illegible] | [illegible] | [illegible] | [illegible] Information (See FAR 52.[illegible](d)) |
|---|---|---|---|
| | | 2005) | |
| I.161 | FAR 52.225-12 | Notice of Buy American Act/Balance of Payments Program Requirement-Construction Materials Under Trade Agreements (JAN 2005) | See Note |
| I.162 | FAR 52.225-13 | Restrictions on Certain Foreign Purchases (MAR 2005) | See Note |
| I.163 | FAR 52.232-27 | Prompt Payment for Construction Contracts (DEC 2002) | See Note |
| I.164 | FAR 52.236-5 | Material and Workmanship (APR 1984) | See Note |
| I.165 | FAR 52.236-18 | Work Oversight in Cost-Reimbursement Construction Contracts (APR 1984) | See Note |
| I.166 | FAR 52.236-19 | Organization and Direction of the Work (APR 1984) | See Note |

Note: The Construction Clauses shall apply WHEN APPLICABLE to construction work performed under this Contract whether performed by the Contractor or a subcontractor.