**PART III – LIST OF DOCUMENTS EXHIBITS, AND OTHER ATTACHMENTS**
**SECTION J**
**LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

| Appendix | Title |
|---|---|
| A | Standard Form 33 |
| B | Advance Understanding on Personnel Costs, Policies and Procedures |
| C | DOE Directives |
| D | Performance Based Incentives |
| E | Guidance for Other Required Plans |
| F | Environment, Safety, and Health Budget Planning and Execution |
| G | Guidance for Preparation of Diversity Plan |
| H | Make or Buy Plan (Requirement has been deleted) |
| I | Small Business Subcontracting Plan |
| J | Wage Determinations under the Service Contract |
| K | Special Bank Account Agreement |
| L | Reserved |
| M | Davis-Bacon Wage Determination |
| N | Hanford Site Stabilization Agreement |
| O | Interface Documents Specific to WTP Interfaces |
| P | Provisional Payment of Fee Methodology/Criteria (Deleted) |

## SECTION J
## APPENDIX A - KEY PERSONNEL

| Name | Title |
|---|---|
| M. S. Spears | President and General Manager |
| J. W. Long | Vice President, Waste Feed Operations |
| V. M. Pizzuto | Vice President, Closure Operations |

# Section J

## APPENDIX B - ADVANCE UNDERSTANDING ON PERSONNEL COSTS POLICIES AND PROCEDURES [1]

### JB.1 INTRODUCTION

This Advance Understanding sets forth the basis for determining the allowability of Contractor human resource management policies and related expenses that have cost implications under the Contract. This agreement is intended to cover the majority of the human resources costs incurred by the Contractor for work performed by employees assigned to work tasks authorized by the U.S. Department of Energy (DOE), Office of River Protection (DOE-ORP) in accordance with this Contract. Costs not specifically addressed in this advance understanding will be treated in accordance with applicable Federal Acquisition Regulation (FAR) cost principles.

The Contractor shall select, employ, manage, and direct the work force, and apply the policies set forth herein in general conformity with the methods used in the Contractor's private operations insofar as those methods are consistent with this Contract. The Contractor shall use effective management review procedures and internal controls to assure that the allowable costs set forth herein are not exceeded, and that areas which require prior approval of the DOE Contracting Officer or designated representative are reviewed and approved prior to incurrence of costs.

The Contractor shall promptly furnish all reports and information required or otherwise indicated in this Appendix to the Contracting Officer or designated representative. The Contractor recognizes that other data requests may be made from time to time and the Contractor agrees to cooperate in meeting such requests.

### JB.2 GENERAL

Subject to the specific limitations, conditions, and exclusions of FAR Subpart 31.2 as supplemented by Department of Energy Regulation (DEAR) 931.2, and to the special conditions set forth below, personnel and related costs incurred for work under this contract by the Contractor in accordance with the Contractor's corporate-wide policies consistently and uniformly applied throughout the corporation's domestic operations, and approved by DOE-ORP, are allowable. Such policies will be summarized and submitted in the form of a Personnel Policies Manual applicable to this Contract by January 31, 2001.

Revisions to corporate-wide or contract-only policies and employee benefit plans which increase costs will be provided to DOE-ORP for review for allowability prior to incurrence of costs.

### JB.3 DEFINITIONS

(a) Contractor – CH2M HILL Hanford Group, Inc.

(b) Credited Service – Length of service for employees shall mean employment with the Contractor or Major Subcontractors including recognized credited service with predecessor DOE Hanford Contractors. Service credit will be applied in accordance with this Contract and the Contractor's service credit policies regarding leave accrual, severance pay, and other benefit programs.

(c) FAR – Federal Acquisition Regulation

(d) Work Week – The basic (or regular) work week shall be 40 hours. Alternative work weeks may be established with the approval of the Contracting Officer. Submit all Proposed Alternative work weeks to the Contracting Officer for approval by April 1, 2001.

### JB.4 DIRECT COMPENSATION

---

[1] This conformed copy of Contract No. DE-AC27-99RL14047 has incorporated text referencing the Rocky Flats Pension and Post Retirement Benefit Plans (PRB) from Modification M126.

The Contractor shall submit its Compensation Program applicable to work under this Contract to the Contracting Officer for initial approval by April 1, 2001. Proposed Compensation Program design changes, which affect costs, will also be submitted for review and approval by the Contracting Officer.

(a) Administration of Wages and Salaries of Nonrepresented Employees Administration of Wages and Salaries of Nonrepresented Employees shall be carried out in accordance with sound wage and salary administration principles and in a manner which shall provide for equitable treatment of personnel on a definitive, systematic basis consistent with economic business practices and judicious expenditure of public funds and which shall result in payment of total compensation to individual employees conforming to the standards of reasonableness as contemplated by FAR Subpart 31.205-6.

(1) Compensation Increase Plan – No later than November 1 of each salary program year, the Contractor will develop and justify, in a manner prescribed by the Contracting Officer, a Compensation Increase Plan for exempt employees and a Compensation Increase Plan for non-exempt non-bargaining employees for review and approval. ORP will review/comment and approve within 60 calendar days of submittal of this plan. The funds are calculated as a percentage of exempt and non-exempt, non-bargaining base payroll at the end of the prior salary year, expressed as an annualized amount. The plans will include a separate fund for retention and recruitment incentives as defined in the FAR.

All increases are charged to the fund on an annualized basis. Once an individual's salary increase is charged to the fund, reuse of that amount, i.e., recovery, for any other purpose during the salary year is unallowable. If an individual terminates before receiving an increase, the portion of the fund allocated for that increase might remain in the fund.

The Contractor shall also provide a copy of the annually developed salary guidelines prepared for supervisory use, indicating the parameters for granting various increases based on employee performance and current salary.

The dollar amounts of the funds shall be subject to review and adjustment by the Contracting Officer upon a significant reduction in Contractor employment levels, as in a reduction-in-force.

(2) Individual Employee Salary Approval – The base annual salary costs for employees of the Contractor designated as Key Personnel are reimbursable only to the extent each such salary has been approved on DOE Form 3220.5, *Application for Contractor Compensation Approval*, or other approved form, by the Contracting Officer.

The Contractor will provide supporting information with DOE Form 3220.5 (or other approved form) on all such compensation actions in advance of the effective date.

Effective March 7, 2003, no reimbursable base annual salary costs for individual CHG employees, who are not Key Personnel, can exceed the approved reimbursable salary for the lowest paid Key Personnel salary approved by the CO. All exceptions shall be approved by the CO in advance of the effective date.

(3) Incentive Compensation, Bonuses and Project Assignment Allowances will not be allowable costs under this Contract unless specifically approved in advance by the Contracting Officer.

(4) Salary Structures – The Contractor shall establish separate salary structures containing position grades, classifications, and salary ranges for exempt and for non-exempt, non-bargaining employees who are assigned to work on the

Contract. The structures shall be submitted to the Contracting Officer for review and approval in advance of incurrence of costs and no later than January 31, 2001, and as required thereafter. As long as the structures are within the guidelines of paragraph JB.4 (a)(1), "Compensation Increase Plan," a submittal will not be required. No salary above the maximum of the salary range shall be allowable except in those cases where the Contracting Officer authorizes a "red circle" rate.

(5) RESERVED

(6) Premium Pay - The Compensation Program shall contain provisions for any established premium payments to employees, such as overtime, shift differential and special qualification or certification pay.

(7) Compensation Reports - The Contractor shall submit reports and information relating to the administration of wages, salaries and benefits as the Contracting Officer may require from time-to-time to evaluate the reasonableness of the Contractor's total compensation program.

(a) Compensation - Employee Welfare and Other Benefit Plans

(1) General
Net costs of employer payments for the following non-statutory employee benefit plans, as related to work under this Contract, are allowable subject to the limitations and conditions set out in FAR 31.2. The initial terms and conditions of the plans shall be submitted to and must be approved by the Contracting Officer. Copies of employee communications, such as Summary Plan Descriptions, shall be provided to DOE when issued. Costs incurred in the administration of the following plans are allowable:

(i) Life Insurance (Basic, AD&D, Personal Accident, Dependent, other)

(ii) Disability Plans (Short Term and Long Term)

(iii) Medical Insurance Plan (Indemnity, HMO, PPO, other)

(iv) Dental Insurance Plans

(v) Vision Plan

(vi) Retiree Medical and Life Insurance Plans

Other Benefit Plans

(vii) Flexible Spending Account(s) and similar programs (e.g., VEBAs)

(viii) Employee Assistance Program

(ix) Other supplemental employee paid plans such as Group Universal Life, Long Term Care

(x) Rocky Flats PRB Plans as identified in Section C.7 of the Statement of Work

(2) Separation Pay

(i) The cost of separation pay allowances for employees with one (1) or more years of continuous service, who are involuntarily separated, will be allowable in accordance with the Contractor's

policy. The initial policy, and any changes thereto which increase costs, require the approval of the Contracting Officer.

(ii) In the event that responsibility for performance of work and services or operation of part or all of the government-owned facilities under this Contract (including standby protection and maintenance functions) is assumed by another Contractor or Government agency, employees who are transferred to the employ of, or who are offered employment within their same classification or at positions of comparable responsibility by such Contractor or agency, which employment will commence within thirty (30) days after being laid off, will not be paid any separation pay allowance.

(3) FAS 106 Valuation – The Contractor will provide a copy of the FAS 106 Valuation to the DOE.

(c) Group Pension Plans

(1) General – Costs of the Contractor's participation with other Hanford Site Contractors in the Operations and Engineering Pension Plan, and the Hanford Contractors Multi-Employer Pension Plan for Hanford Atomic Metal Trades Council (HAMTC) Represented Employees, or identical plans as approved by the Contracting Officer, will be allowable for the purpose of providing retirement benefits only to employees under the Contract, and former employees of predecessor Hanford Contractors, who are eligible to participate in one or the other of the Plans in accordance with their terms. The Plans must be established and maintained as qualified defined benefit plans under the regulations of the Internal Revenue Code Service. The Plan and Trust documents and any amendments thereto which effect substantive changes or increase costs are subject to the approval of DOE. With respect to each of the plans, the parties agree as follows:

(i) The Contractor shall continue as a sponsor of the Multi-Employer Pension Plan (MEPP), which includes the Operations and Engineering Pension Plan, and the Hanford Contractors' Multi-Employer Pension Plan for Hanford Atomic Metal Trades Council (HAMTC) Represented Employees, or identical plans as approved by the Contracting Officer. Costs of the Contractor's participation with other Hanford Site contractors in the MEPP and its component Plans will be allowable for the purpose of providing retirement benefits only to employees under the Contract. The MEPP and its component Plans must be established and maintained as qualified defined benefit plans under the regulations of the Internal Revenue Code.

(ii) Rocky Flats Pension Plans. The Contractor shall become a sponsor of the following Rocky Flats Pension Plans: Rocky Flats Multiple Employer Pension Plan and the Kaiser-Hill Retirement Plan for Hourly Plant Protection Employees. These Pension Plans will be managed and administered separately from the Hanford Site Multi-Employer Pension Plan to preserve the Plans' separate and distinct identities. The Plan and trust documents and any amendments thereto are subject to the approval of the Contracting Officer. The provisions of subsections (3), (5), and (6) of Appendix B, JB.4, subpart (c) shall apply to sponsorship,

management and administration of the Rocky Flats Pension Plans.

(2) Administration of the Plans

(i) Costs of employer contributions incurred under the terms of said plans and costs incurred in the course of their administration are allowable to the extent approved by the Contracting Officer. At DOE request, the Contractor shall provide an itemization of costs incurred for administration. The plan fund, not the Contractor, shall be liable for costs incurred in the course of administration.

(ii) The Contractor will provide to DOE copies of the following annual reports:

(A) Accounting reports and annual actuarial valuations. The reports and valuations will include at least the information specified in DOE Order 350.1, Chapter VI.

(B) DOL Form 5500 with schedules and attachments, as submitted to the Department of Labor each year.

(C) Financial Accounting Standards Board (FASB) Statement 87 Report. A copy of the FASB 87 report is prepared each year to satisfy the expense-reporting requirement of the Office of Management and Budget. The final accounting period shall end with the effective date of Contract termination or expiration.

(iii) Actuarial gains and losses developed by annual valuations will be taken into account for purposes of establishing contributions to the Plan as soon as reasonably possible and consistent with requirements of the Employee Retirement Income Security Act of 1974, amendments thereto, and any other applicable laws.

(iv) The aggregate annual contribution to the pension fund may range from the minimum specified by the Internal Revenue Code (IRC) Section 412(b) to the amount necessary to fully fund the year-end expected current liability. However, the aggregate annual contribution to each plan shall be no less than the minimum specified by IRC Section 412(b) nor greater than the tax-deductible limit specified by the IRC Section 404. All contributions to each pension fund shall equal the total amount currently attributable to participants in the plans. These contributions will be based on the actuarial valuation, as determined by the *Employee Retirement Income Security Act of 1974* (ERISA), as amended valuation for the most recent plan year. The fund shall be a trust.

(v) If requested by DOE to do so, the Contractor will participate in pension plans established on a multiple or multi-employer basis applicable to some or all DOE prime cost-type Contractors on the Hanford Site. The Contractor will take no action concerning the termination, merger, or spin-off or other action affecting the status of the plans as separate contract-only plans without the approval of the Contracting Officer.

(vi) Unless otherwise required by federal law or resulting from the collective bargaining process, no amendment to any of the pension plans shall result in allowable costs under this contract if the adoption date of such amendment is later than twelve (12) months before the termination or expiration date of the Contract.

(3) Administration of the Rocky Flats Pension Plans

(i) The Contractor will sponsor, manage, and administer the Rocky Flats Pension Plans as identified in Section C.7 of this Contract. The costs of administration of each plan shall be costs of each Plan individually.

(ii) The Contractor will maintain a sufficient number of trained and qualified personnel to perform all of the functions reasonably necessary to sponsor, manage and administer the Plans.

(iii) The Contractor is subject to applicable laws, regulations, and DOE Directives, including timely reporting and submission of Financial Accounting Standard (FAS) 87 data and actuarial valuations. The Contractor shall provide the reports identified in Section C.9, and such other reports as required by the Contracting Officer.

(iv) Plan assets shall be managed in a prudent manner. The Contractor shall develop and submit to the Contracting Officer, Investment Policy Statements for the Rocky Flats Pension Plans that clearly define investment return objectives and risk tolerances, and shall perform annual Pension Plan Investment Performance Self-Assessments. The Contractor Performance Self-Assessments shall address investment objectives, development of the plans to achieve investment objectives, execution of the Plans, performance monitoring, and appropriate corrective action planning and execution. The Contractor shall provide the Contracting Officer with a copy of each annual Rocky Flats Pension Plans Investment Performance Self-Assessment.

(v) The Contractor shall comply with the Investment Policy Statements developed for the Rocky Flats Pension Plans. Should the Contractor incur higher costs because the Contractor fails to comply with all or part of the established Investment Policy Statements provided to the Department, the additional costs incurred are unallowable.

(vi) With respect to each of the Plans, the parties shall agree to the following:

- The Plans shall be maintained as qualified plans under the regulations of the Internal Revenue Code.
- Costs of employer contributions incurred and accrued under the terms of the Plans are allowable, subject to compliance with other provisions of this Contract and subject to available funding.
- The Contractor shall provide an itemization of costs incurred for administration and investment annually to the Contracting officer within 60 days of the end of each plan year for each Plan.

- In the event of termination or expiration of this contract, any assets in the trust funds of these Plans to be transferred to a follow-on contractor pursuant to Section C. 8 of this Contract shall be managed by the Contractor in accordance with applicable Investment Policy Statements and other Contract requirements until the follow-on contractor is able to assume responsibility for those assets.

- Unless otherwise required by applicable law or approved by the Contracting Officer, no amendment to any of the Plans shall result in allowable costs under this Contract.

- Amendments to the Plans and trust documents shall be approved in advance by the Contracting Officer.

- The costs incurred in the course of the administration of these Plans shall be paid out of the assets in the Plan's funds

(4) Actions Required at Contract Termination or Expiration

(i) No Replacement Contractor - In the event that the Contract expires or is terminated without a replacement contractor; all employee-accrued benefits are to become 100 percent vested immediately irrespective of the Plan's vesting schedule. All employees would receive benefits equivalent to the value of their vested portion consistent with ERISA, as amended.

(ii) Replacement Contractor Situation - In the event of reassignment of all or a portion of the Contractor's work under this contract to a replacement Contractor(s) or upon termination or expiration of said contract followed by a replacement Contractor(s) the Contractor will assist DOE in the necessary arrangements for the replacement Contractor(s) to take over the plans, plan assets and plan liabilities. Such arrangements shall include preserving for these employees their accrued pension benefit and vesting service time under the Contract by carrying forward Contractor pension service time to the replacement Contractor. Granting of such service credits shall not result in duplicate benefits for the same service time.

(iii) Change of Plan Sponsor - The DOE shall have the unilateral right to change a plan sponsor upon termination or expiration of the Contract.

(iv) Determination of Contract Service Pension Plan Assets and Liabilities

(A) Contract Service Assets - Contract Service Assets shall be determined in accordance with paragraph JB.4(c)(2)(ii)(A) above and shall include all assets attributable to DOE-funded employer contributions (including investment earnings thereon) and the employee accumulations (including investment earnings thereon) determined at current market value until the date of payment or transfer.

(B) Liabilities for Present and Future Benefits - The Contractor's actuary shall quantify liabilities for employee

plan benefits as of the contract termination or expiration date.

(5) Financial Requirements – Funds to be paid or transferred to any party as a result of settlements relating to pension plan termination or spin-off shall be placed in short-term investment funds from a date stipulated by the Contracting Officer until the actual date of funds transfer. The Contractor shall actively manage any DOE-reimbursed assets awaiting transfer to a successor trustee or to DOE until the successor trustee or DOE is able to assume stewardship of those assets.

(6) Special Programs – The Contractor shall request DOE prior approval for each early-out program, window benefit, disability program, plan-loan feature, employee contribution refund, asset reversion, or incidental benefit. Such costs are unallowable until specifically approved by the Contracting Officer.

(d) Group Savings Plans

The Contractor will maintain two savings plans for employees who are eligible to participate in accordance with their terms; one plan for bargaining unit employees and one plan for non-bargaining employees (exempt and nonexempt). The plans must be established and maintained as qualified defined contribution plans under the regulations of the IRC. The plan and trust documents and any amendments thereto which effect substantive changes or increase costs are subject to the approval of the Contracting Officer. With respect to the Plans, the parties agree as follows:

(1) Costs of employer matching contributions incurred and accrued under the terms of the plans are allowable. The plan fund, not the Contractor, shall be liable for the costs incurred in the course of its administration.

(2) The Contractor will provide DOE with annual accounting reports within seven months after the close of a plan year. In addition, a copy of IRS Form 5500 will be provided to DOE each year when prepared by the Contractor.

(3) Employee forfeitures of accrued benefits shall be in accordance with the terms of the Plan and such forfeitures shall be used to reduce Contractor contributions made on behalf of remaining participating employees.

(4) In the event of Contract expiration or termination, the Contractor, if requested by DOE to do so, will transfer to a replacement Contractor the Plan, plan assets and plan liabilities.

(5) The Contractor will take no action concerning termination, merger, spin-off, or other action affecting the status of the plans as separate, contract-only plans without the approval of DOE.

(e) Paid Absences

(1) Personal Time Off – A Personal Time Bank (PTB) is established for eligible employees. Absences for leisure time off, personal time off, time away from work due to illness or injury, family emergencies or medical/dental appointments will be charged to the employee's PTB account if the employee wishes to receive pay for the absence. Non-exempt salaried employees will charge PTB for the above time off per FLSA requirements and Contractor PTB procedure as approved by Contracting Officer.

(i) Eligible Employee: Regular full-time or part-time exempt and salaried non-exempt employees.

(ii) Pay Rate: Hours taken as time off will be paid at the employee's base salary rate in effect at the time of absence.

(iii) Composition: Accrual rates will include the following:

| | | |
|---|---|---|
| (iv) Vacation: | 0-5 years service | 80 hrs/yr |
| | >5 years service | 120 hrs/yr |
| | >10 years service | 160 hrs/yr |
| | >20 years service | 200 hrs/yr |

| | | |
|---|---|---|
| (v) Sick/Personal: | Exempt | 40 hrs/yr |
| | Salaried non-exempt | 56 hrs/yr |

(vi) Time Not Included: Absences for the following will not be taken from an employee's PTB account: Death in the family (up to 5 days per event), excused absence (EA) time (8 hours per year for salaried nonexempt employees who work north of the Wye Barricade), jury duty, military, road conditions, plant injury, volunteerism, and miscellaneous absences as defined in the PTB Policy.

(vii) Cash Out Provision: Effective December 15 through December 31, 2005, employees may cash out all but 40 hours PTB hours (a minimum of 40 hours must remain in the employee's account). No PTB cash out requests will be permitted after December 31, 2005, pending a final determination regarding the new IRS regulations for the American Job Creation Act (AJCA) that changes the taxation of deferred compensation plans.

(A) The rate of cash out will be at the base salary at the time of cash out. Cash out will be in one-hour increments.

(B) Employees may opt to put the cash directly into their after-tax Savings Plan account.

(viii) Maximum PTB Hours: An employee may accumulate up to a maximum number of PTB hours as follows:

(A) In 2001 through December 31, 2005 – 1000 hours

(B) January 1, 2006 and thereafter – 2080 hours

(2) EXEMPT ACCRUALS (hours per biweekly pay period)

| | 2003 and thereafter |
|---|---|
| 0-5 years of service | 4.615 |
| 5-10 years of service | 6.154 |
| 10 to 20 years of service | 7.692 |
| More than 20 years of service | 9.231 |

(3) SALARIED NONEXEMPT ACCRUALS (hours per biweekly pay period)

| | 2003 and thereafter |
|---|---|
| 0-5 years of service | 5.231 |
| 5-10 years of service | 6.769 |
| 10-20 years of service | 8.308 |
| More than 20 years of service | 9.846 |

(f) Holidays: There shall be nine (9) days per calendar year designated as Facility Closure days. These shall be paid as full day absences. The nine approved facility closure days are: New Year's Day, President's Day*, Memorial Day*, July 4th, Labor Day, Thanksgiving Day, Friday After Thanksgiving, December 24 and Christmas Day. *These days are observed on the day specified by Federal Law.

(g) Applicable Collective Bargaining Agreement shall cover bargaining unit personnel.

(h) The Contractor shall submit a report one year plus 30 days after the implementation of the revised PTB policy. The report will address requirements set forth in ORP letter 02-AMIC-082.

(i) Corporate Employees

Certain employees of the Contractor transferred from an affiliate to work under the Contract may continue to participate in their corporate group insurance, pension and savings, and severance pay plans. Costs for such continued participation while assigned to work under the Contract shall be billed to the Contract pursuant to applicable FAR cost principles and/or Cost Accounting Standards. DOE shall have no further obligation for costs incurred by the parent organizations on behalf of such employees after reassignment or termination from Contract work.

(j) Administration of the Rocky Flats Post Retirement Benefit (PRB) Plans

(1) The Contractor shall sponsor, administer, and manage the Rocky Flats PRB Plans as identified in C.7 of this contract. The costs of administration of each Plan shall be the cost of each such Plan individually.

(2) The Contractor shall maintain a sufficient number of trained and qualified personnel to perform all of the functions reasonably necessary to sponsor, administer and manage the Plans.

(3) The Contractor shall provide all ordinary and normal administrative services and functions which may be reasonably required. The Contractor shall provide an itemization of costs incurred for administration of each Plan annually to the Contracting Officer within 60 days of the end of each Plan year.

(4) The Contractor shall be subject to applicable laws, regulations, and DOE Directives, including timely reporting and submission of Financial Accounting Standards (FAS) 106 data, and such other reports as required by the Contracting Officer. The Contractor shall submit to the Contracting Officer for advance approval a proposal for an annual PRB cost comparison analysis and a PRB Relative Benefit Value study every 2 years.

(5) Within 180 days of the execution of this modification, the Contractor shall calculate the per capita PRB (retiree medical and life insurance) costs and compare the per capita cost of the Rocky Flats PRB plans to the findings of a nationally recognized Contracting Officer approved benefit cost survey.

(6) Within 180 days of the execution of this modification, the Contractor shall use actuarial methods to measure the relative worth to retirees and their beneficiaries of the Rocky Flats PRB plans independent of the actual costs of the PRB programs and a minimum of 15 comparator PRB programs. The comparator PRB plan sponsors must be approved by the Contracting Officer in advance of the study.

(7) The Contracting Officer shall have the discretion to weigh the findings of the per capita PRB cost comparison against the PRB relative benefit value if the per capita PRB cost and relative value are more than 5% above market comparators. As required by the Contracting Officer, the contractor shall submit a corrective action plan that:

a. If applicable, identifies cost containment objectives and measures,

b. The steps necessary to bring value, and cost if applicable, to within 105% of market

c. Implementation milestones;

d. If applicable, quantifies the potential cost savings and/or avoidances;

e. Quantifies the impact on PRB relative value anticipated through implementation of the corrective action plan.

Implementation of the corrective action plan is contingent on DOE approval. Failure to implement Contracting Officer approved corrective action plans may result in an unallowable cost under the Contract.

(8) Any proposed changes to the existing PRB plans must be approved in advance by the Contracting Officer. DOE will evaluate all such proposed changes based on an analysis of the incremental cost, value and long term liability.

**JB.5 TRAVEL AND RELOCATION COSTS**

Necessary and reasonable expenses incurred by employees and prospective employees for travel and relocation at the request of the company in connection with work under this Contract are allowable, subject to applicable provisions of FAR Subpart 31.2. Project Assignment Allowances and outbound relocation costs upon termination or expiration are unallowable. In accordance with these regulations, Contractor employees transferred from corporate entities will be administered under the Contractor's common Relocation and Travel policies, which are subject to the review and approval of the Contracting Officer.

**JB.6 COLLECTIVE BARGAINING AGREEMENTS**

The Contractor will consult with DOE on all parameters before and during negotiations.

**JB.7 WORK FORCE RESTRUCTURING**

The Contractor will comply with the requirements of the applicable Hanford Site Work Force Restructuring Plan, which implements Section 3161 of the *National Defense Authorization Act for Fiscal Year 1993*. Costs associated with the implementation shall be allowable for those activities described in the applicable Plan.

**JB.8 EMPLOYEE MORALE, RECREATION, SERVICE AWARDS, AND WELFARE PROGRAMS**

Costs incurred for such programs are allowable in an amount not to exceed thirty-five dollars ($35.00) per employee per year.

# Section J
## APPENDIX C – DOE DIRECTIVES

Federal Regulations and applicable Washington Administrative Code (i.e., WAC 173-303, etc.) governing DOE activities, and the following directives are applicable to work and activities conducted/accomplished by contractors at the Hanford Site. The applicability of given Environment, Safety, and Health (ES&H) directives to a specific facility or work activity/project may be determined through the Standards/Requirements Identification Document (S/RID) process, as approved by the appropriate DOE authority. Upon approval of an S/RID, that set of requirements is the ES&H directive/requirements set applicable to the facility, work/activity or project and supersedes the ES&H directives included in this list of directives.

The DOE directives found in the following list constitute the *List B – List of Applicable Directives*, referenced in the Section I Clause entitled, *Laws, Regulations, and DOE Directives*. The Contractor shall follow the established procedure to obtain relief from requirements of these directives where applicable. The Contractor has identified that the items marked with an asterisk ("*") may represent an impact on cost and schedule during the Contract extension period (FY07 and FY08). The Contracting Officer determined to include these requirements as part of the extension with the knowledge that the Contractor has not completed its cost and schedule impact analysis. The Contractor may submit its cost and impact analysis to the ORP on or after September 30, 2006 with regard to those marked with an asterisk.

It is anticipated that during the performance of this Contract the conditions for applicability of certain DOE directives may no longer exist. In any situation where the Contractor seeks relief from the requirements of such DOE directives, the Contractor may notify the Contracting Officer in writing explaining the reasons for its belief that the DOE directives no longer apply to contract performance. The Contracting Officer may determine that the conditions for applicability of a DOE directive still exist, and may direct the Contractor to continue compliance with the DOE directive.

| DOE DIRECTIVES | |
|---|---|
| **Document Number** | **Title** |
| DOE O 110.3 CRD | Conference Management |
| DOE O 130.1 CRD | Budget Formulation Process |
| DOE M 140.1-1B CRD | Interface with the Defense Nuclear Facilities Safety Board |
| DOE O 142.1 | Classified Visits Involving Foreign Nationals |
| DOE O 142.2 | Safeguards Agreement and Protocol with the International Atomic Energy Agency (S/RID) |
| DOE O 142.3 | Unclassified Foreign Visits and Assignments Program(S/RID) |
| DOE O 151.1C* | Comprehensive Emergency Management System (S/RID) |

| | |
|---|---|
| DOE O 203.1* | Limited Personal Use of Government Office Equipment including information Technology (S/RID) |
| DOE O 205.1 | Department of Energy Cyber Security Management Program(S/RID) |
| DOE M 205.1-1* | Incident Prevention, Warning, and Response (IPWAR) Manual (S/RID) |
| DOE M 205.1-2 | Clearing, Sanitization, and Destruction of Information System Storage Media, Memory Devices, and Related Hardware Manual (S/RID) |
| DOE O 210.2 | DOE Corporate Operating Experience Program |
| DOE O 221.1 CRD | Reporting Fraud, Waste, and Abuse to the Office of Inspector General |
| DOE O 221.2 | Cooperation with the Office of Inspector General |
| DOE O 225.1A | Accident Investigations |
| DOE O 226.1 | Department of Energy Oversight Policy (S/RID) |
| DOE O 231.1A, Change 1* | Environment, Safety, and Health Reporting (S/RID) |
| DOE G 231.1-1* | Occurrence Reporting and Performance Analysis Guide (S/RID) |
| DOE M 232.1-2* | Occurrence Reporting and Processing of Operations Information (S/RID) |
| DOE O 241.1A, Change 1* | Scientific and Technical Information Management (S/RID) |
| DOE O 251.1B CRD | Directives System Order |
| DOE O 350.1, Change 1 CRD | Contractor Human Resources Management Programs |
| DOE O 413.1A | Management Control Program |
| DOE O 413.3A | Program and Project Management for the Acquisition of Capital Assets |
| DOE O 414.1C | Quality Assurance |
| DOE O 425.1C | Startup and Restart of Nuclear Facilities |
| DOE O 430.1B | Real Property Asset Management (S/RID) |
| DOE O 430.2A* | Departmental Energy and Utilities Management (S/RID) |

| | |
|---|---|
| DOE O 433.1[1] | Maintenance Management Program for DOE Nuclear Facilities (S/RID) |
| DOE O 435.1, Change 1* | Radioactive Waste Management (S/RID) |
| DOE O 440.1 | Worker Protection Management for DOE Federal and Contractor Employees Guide |
| DOE O 440.1A | Worker Protection Management for DOE and Contractors |
| DOE M 440.1-1A | DOE Explosives Safety Manual |
| DOE O 442.1A | Department of Energy Employee Concerns Program S/RID |
| DOE O 450.1, Change 2 | Environmental Protection Program |
| DOE G 450.4-1B | Integrated Safety Management System Guide (Volume 1) for use with Safety Management System Policies (DOE P 450.4, DOE P 450.5, and DOE P 450.6); the Functions, Responsibilities, and Authorities Manual; and the DOE Acquisition Regulation |
| DOE O 451.1B Change 1 | National Environmental Protection Act Compliance Program |
| DOE O 460.1B* | Packaging and Transportation Safety S/RID |
| DOE O 460.2A | Departmental Materials Transportation And Packaging Management S/RID |
| DOE O 470.1 | Safeguards and Security Program (S/RID) |
| DOE O 470.2B | Independent Oversight and Performance Assurance Program |
| DOE O 470.4 | Safeguards and Security Program (S/RID) |
| DOE M 470.4-1 Change 1 | Safeguards and Security Program Planning and Management (S/RID) |
| DOE M-470.4-2 | Physical Protection (S/RID) |
| DOE M 470.4-4 | Information Security (S/RID) |
| DOE M 470.4-5 | Personnel Security (S/RID) |
| DOE M 470.4-6 | Nuclear Material Control and Accountability (S/RID) |

[1] The regulations and Orders listed in the second paragraph of the Contractor Requirement Document (CRD), Attachment 1 of DOE O 433.1, and those referenced in requirements 1 through 5 of the CRD, are listed in the CRD for reference only. Should ORP consider one of these requirement documents to be necessary, the document will be included in the Contract (if not already) by Contract Modification. The Contractor Maintenance Implementation Plan shall be submitted by date.

| | |
|---|---|
| DOE O 471.1A | Identification and Protection of Unclassified Controlled Nuclear Information (S/RID) |
| DOE M 471.1-1 Change 1 | Identification and Protection of Unclassified Controlled Nuclear Information Manual (S/RID) |
| DOE M 471.2-2 | Classified Information Systems Security Manual (S/RID) |
| DOE O 471.3 | Identifying and Protecting Official Use Only Information (S/RID) |
| DOE M 471.3-1 | Manual for Identifying and Protecting Official Use Only Information (S/RID) |
| DOE O 475.1 | Counterintelligence Program (S/RID) |
| DOE M 475.1-1A | Identifying Classified Information (S/RID) |
| DOE O 481-1C | Work for Others (Non-Department of Energy) (S/RID) |
| DOE M 481.1-1 | Reimburse Work for Non-Department Energy Work |
| DOE M 481.1-1A, Change 1 | Reimbursable Work for Non-Federal Sponsors Process Manual |
| DOE N 481.1A | Reimbursable Work for Department of Homeland Security |
| DOE O 522.1 | Pricing of Departmental Materials and Services (S/RID) |
| DOE O 534.1B | Accounting |
| DOE O 551.1B | Official Foreign Travel |
| DOE O 580.1* | Department of Energy Personal Property Management Program (S/RID) |
| DOE 1230.2 | American Indian Tribal Government Policy |
| DOE 1340.1B | Management of Public Communications Publications and Scientific, Technical and Engineering Publications |
| DOE 1450.4 | Consensual Listening-In To or Recording Telephone/Radio Conversations |
| DOE 5480.19, Change 2* | Conduct of Operations Requirements for DOE Facilities (S/RID) |
| DOE 5480.20A, Change 1 | Personnel Selection, Qualifications, and Training Requirements for DOE Nuclear Facilities (S/RID) |
| DOE 5480.4-4, Change 4 | Environmental Protection, Safety, and Health Protection Standards (S/RID) |

| | |
|---|---|
| DOE 5530.3, Change 1 | Radiological Assistance Program |
| DOE 5610.13 | Joint Department of Energy/Department of Defense Nuclear Weapon Safety, Security, and Control Activities |
| DOE 5610.2, Change 1 | Control of Weapon Data |
| DOE 5660.1B Change 1 | Management of Nuclear Materials |
| DOE 5670.1A | Management and Control of Foreign Intelligence |
| DOE/RW-0333P Revision 11 | Quality Assurance Requirements and Descriptions |
| SEN-22-90 | DOE Policy and Signatures of RCRA Permit Applications |
| SEN-35-91 | Nuclear Safety Policy |
| DOE Accounting Practice and Procedures Handbook (APPH), Chapter X, Product Cost Accounting, dated June 30, 1980 | |
| S/RIDS | |
| Document Number | Title |
| HNF-SD-MP-SRID 001 | (Last Approved Revision) River Protection Project Standards/Requirements Identification Document |
| RL/DOE-ORP DIRECTIVES | |
| Document Number | Title |
| HSL&T-1 | Hanford Site Lock and Tag Standard, DOE-RL-SOD-INST-L&T.001 (S/RID) |
| ORP M 420.2B | Facility Representative Program |
| DOE-0 223 | RL Emergency Implementing Procedures |
| HNF-5183 | Tank Farm Radiological Control Manual (S/RID) |
| HNF-MP-5184 | Radiation Protection Program |
| DOE/RL-92-36 | Hanford Site Hoisting and Rigging Manual |
| DOE/RL-94-97 | Selection of Analytical Methods for Mixed Waste Analysis at Hanford |
| DOE/RL-96-68 Revision 3 | Hanford Analytical Services Quality Assurance Requirements Document |
| DOE-RL-2002-12 | Hanford Radiological Health and Safety Document, Revision 1 |