**SECTION J**
**APPENDIX D - PERFORMANCE BASED INCENTIVES**

This Appendix D, in combination with Section C, *Statement of Work*, constitutes the minimum performance requirements of the Contract. In addition, successful achievement of all funded work set forth in Section C and the performance-based incentives (PBI) contained in this Appendix D, constitutes satisfactory Contract performance. Table D-1 (Revision 6) is a summary of the fiscal year (FY) 2001 through 2006 PBIs, including a list of potential SSPBI areas. These PBIs were only effective during FY 2001 and FY 2002. Effective October 1, 2002, all existing PBIs prior to FY 2003 are cancelled and remaining unearned fee is reallocated in accordance with Contract Clause H.1(e). The PBIs for FY 2003 through FY 2006 are included in this section. These included: PBI-1, Store; PBI-2, Waste Treatment Plant Production Support (Feed Delivery and Product Receipt); PBI-3, Single-Shell Tank (SST) Retrieval and Closure; PBI-4, Supplemental Waste Treatment and Disposal; PBI-5, Closure Mission Advancement; and, PBI 6 – Maintain Operability and Integrity of Tank Farm Systems. Effective October 1, 2006, all existing PBIs prior to FY 2007 are cancelled.

The PBIs for FY 2007 through FY 2008 are included in this section. These include: PBI 0 – Improve Safety & Efficiency of the Tank Farm Project Operations, PBI -1, Improve Performance of Tank Farm Personnel, Equipment and Procedures (Infrastructure) for the Long Term ORP Mission; PBI-2, Double-Shell Tank Upgrades; PBI-3, Single-Shell Tank (SST) Retrieval; PBI-4, Demonstration Bulk Vitrification System (DVBS); PBI-5, 242-A Evaporator Upgrades.

**Summary of FY2006 through FY2008**
**Performance Based Incentives**

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| PBI-0 | Improve Safety and Efficiency of the Tank Farm Project Operations | $3,250,000 |
| PBI-1 | Improve Performance of Tank Farms Personnel, Equipment, and Procedures (Infrastructure) for the Long Term ORP Mission | $8,900,000 |
| PBI-2 | Double Shell Tank Upgrades | $1,350,000 |
| PBI-3 | Single Shell Tank (SST) Waste Retrieval | $11,350,000 |
| PBI 4 | Demonstration Bulk Vitrification System (DBVS) | $1,500,000 |
| PBI 5 | 242-A Evaporator Upgrades | $500,000 |
| | **Total Available Performance Based Fee** | **$26,850,000** |
| Fee | PBI 4 provides the opportunity to earn Fee, available only if activated by written direction from ORP for the purpose of Demonstrating DBVS Tank Waste Immobilization Technology | $2,150,000 |
| Acceleration Fee | Available providing Contractor is able to fund and complete defined work scope through savings on other work scope | $9,500,000 |
| | **Total Fee Available, including PBIs 0 through 5, Fee and Acceleration Fee** | **$38,500,000** |

Note: Completion criteria are attached to each PBI.

PBI-0

**Performance Based Incentive (PBI) Title: Improve Safety and Efficiency of the Tank Farm Project Operations.**

**Performance Fee available and assigned to this PBI: $3,250,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T. Smith | D. Noyes | | |

**Desired Endpoint/Outcome**

The contractor is managerially and operationally in control of the Tank Farms and is meeting the mission performance expectations of the Department as stipulated within the contract. Operations are completed with increasing efficiency and effectiveness allowing more resources to be applied to mission critical work. The short and long term strategic planning and support activities are completed in a manner that incrementally improves mission performance.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein, Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

**Fee Bearing Milestones**

1. Improve overall safety and efficiency of Tank Farm Project operations. The contractor shall earn incremental payments based on semi-annual evaluations with a maximum available performance fee of $812,500 for each complete 6-month period. The first six (6) month evaluation period starts October 1, 2006.

   The objective criteria used for this milestone are the jointly owned performance indicators listed below. The monthly scoring of the performance indicator is a consensus determination of the CH2M HILL "owner" and the DOE "owner". The incremental fee shall be distributed equally to each key performance indicator. The fee will be paid based on monthly score at the rate of 100 percent for blue, 90 percent for green, 75 percent for yellow and 0 percent for red performance.

   - Achieve and exceed Tank Farm Project cost and schedule performance.
     1. Cost Performance Index – Company Level
     2. Schedule Performance Index – Company Level

   - Environmental, Safety, and Health performance
     1. Days Away and Restricted Workday Summary – Company Level
     2. Recordable Injury / Illness Summary – Company Level
     3. Reportable Environmental Releases
     4. Regulatory Agency Notices of Correction/Violation.

   - Operational Safety Basis Performance
     1. Technical Safety Requirement Violations

   - Maintain operability of safety related equipment
     1. System Health Ratings – Waste Feed Operations
     2. System Health Ratings – Closure Operations
     3. Corrective Maintenance Backlog – Company Level
     4. Overdue Preventative Maintenance Backlog – Company Level.

**PBI- 0**

**Signature Block**

Mark S. Spears, President
And Chief executive Officer
CH2M HILL Hanford Group, Inc.

Date

Roy J. Schepens, Manager
U.S. Department of Energy, Office of River Protection

Date

**Completion Criteria**
**PBI-0 Improve Safety and Efficiency of Tank Farm Project Operations**

1. Improve overall safety and efficiency of Tank Farm Project operations.

- Work scope/completion criteria: The objective criteria used for this milestone are the jointly owned performance indicators listed in the incentive. The monthly scoring of the performance indicator is a consensus determination of the CH2M HILL owner and the DOE owner. The fee shall be calculated as the cumulative average of monthly scores for each fee bearing six month evaluation period at the rate of 100 percent blue, 90 percent for green, 75 percent for yellow, and 0 percent for red performance for each performance indicator.

- Completion document: Submit the monthly score for each of the 11 performance indicators for the six (6) month period.

**PBI-1**

**Performance Based Incentive (PBI) Title: Improve Performance of Tank Farms Personnel, Equipment, and Procedures (Infrastructure) for the Long Term ORP Mission.**

**Performance Fee available and assigned to this PBI: $8,900,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T. Smith | D. Noyes | | |

**Desired Endpoint/Outcome**

The contractor is managerially and operationally in control of the Tank Farms and is meeting the mission performance expectations of the Department as stipulated within the contract. Operations are completed with increasing efficiency and effectiveness allowing more resources to be applied to mission critical work. The short and long term strategic planning and support activities are completed in a manner that incrementally improves mission performance.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein, Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

The fee bearing milestones shall be completed by the delivery schedule date. If the delivery schedule date is not achieved the unearned fee will be reduced to the following amounts: 90% for first quarter, 80% for second quarter, 50% for third quarter, and entire amount for one year.

**Fee Bearing Milestones**

1. Vadose Zone and Surface Geophysical Exploration. Performance fee $2,500,000.

   a. Complete the near-surface vadose zone characterization utilizing the hydraulic hammer direct push technology for 35 direct push samples by September 30, 2007. The Contractor shall earn $300,000 in incremental fee.

   b. Complete the near-surface vadose zone characterization utilizing the hydraulic hammer direct push technology for 35 direct push samples by September 30, 2008. The Contractor shall earn $300,000 in incremental fee.

   c. Deploy Surface Geophysical Exploration in two of the following 4 tank farms TX, TY, U, and B (B Farm includes B, BX, and BY) by September 30, 2007. The Contractor shall earn $375,000 in incremental fee.

   d. Deploy Surface Geophysical Exploration in the remaining two tank farms not completed in 1.c above by September 30, 2008. The Contractor shall earn $375,000 in incremental fee.

   e. Construct surface barrier over T-106 tank and associate affected area or other area with ORP concurrence by September 30, 2007. The Contractor shall earn $375,000 in incremental fee.

   f. Construct one borehole, perform sampling and borehole decommission or 25 direct push samples by September 30, 2008. The Contractor shall earn $375,000 in incremental fee.

   g. Complete the Phase I RCRA Field Investigation (RFI) Report. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date of January 31, 2008. The contractor shall earn $200,000 in incremental fee.

h. Complete the Corrective Measure Study (CMS) for corrective measures for Waste Management Area C. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date of September 30, 2008. The Contractor shall earn $200,000 in incremental fee.

2. Complete Double-Shell Tank (DST) Integrity Testing. Performance Fee $1,100,000.

   a. Complete DST integrity testing including Ultrasonic testing (UT) and video examination of 4 DST. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date. The Contractor shall earn $600,000 in incremental fee.

   b. Complete DST integrity testing including UT and video examination of 3 DST (in addition to the DST in 2.a) in support of continuing integrity testing of DSTs by September 30, 2008. The Contractor shall earn $500,000 in incremental fee.

3. Tank Chemistry optimization in double-shell tanks AN-102 and AN-107. Performance Fee $300,000.

   a. Chemistry optimization AN-107 and implementation of revised chemistry limits by September 30, 2008. The Contractor shall earn $200,000 in incremental fee.

   b. Chemistry optimization AN-102 and closure of the existing Technical Safety Requirements recover plan by September 30, 2008. The Contractor shall earn $100,000 in incremental fee.

4. DST volume reductions supporting SST retrieval utilizing 242-A Evaporator operations. Performance fee $2,000,000.

   a. A 242-A evaporator campaign that treats at least 650,000 gals as measured in the feed tank by September 30, 2007. The Contractor shall earn $1,000,000 in incremental fee.

   b. A 242-A evaporator campaign that treats at least 650,000 gals as measured in the feed tank by September 30, 2008. The Contractor shall earn $1,000,000 in incremental fee.

5. Complete 242-A Evaporator and Double-Shell Tank Integrity Assessment. Performance fee $3,000,000.

   a. Complete the 242-A Evaporator integrity assessment field inspections in accordance with WAC 173-303-640 (2) and considering the recommendation of the 1998 242-A Interim Evaporator Tank System Integrity Assessment Report, HNF-2905, Rev. 0 by September 30, 2008. The Contractor shall earn $750,000 in incremental fee.

   b. Complete the field pressure testing of five (5) double-shell tank transfer lines encasements by September 30, 2008. The Contractor shall earn $750,000 of incremental fee.

   c. Complete 3 core samples and analysis in support to the Double-Shell Tank System chemistry control by September 30, 2007. The contractor shall earn $500,000 of incremental fee.

   d. Complete 3 core samples in support to the Double-Shell Tank System chemistry control by September 30, 2008. The contractor shall earn $500,000 of incremental fee.

   e. Complete 5 grab samples and analysis in support to the Double-Shell Tank System chemistry control by September 30, 2007. The contractor shall earn $250,000 of incremental fee.

   f. Complete 5 grab samples in support to the Double-Shell Tank System chemistry control by September 30, 2008. The contractor shall earn $250,000 of incremental fee.

**PBI-1**
**Signature Block**

________________________________________ ____________
Mark S. Spears, President Date
And Chief executive Officer
CH2M HILL Hanford Group, Inc.

________________________________________ ____________
Roy J. Schepens, Manager Date
U.S. Department of Energy, Office of River Protection

**Completion Criteria**

**PBI-1 Improve Performance of Tank Farm Personnel, Equipment, and Procedures (Infrastructure) for the Long-Term ORP Mission**

1. Vadose Zone and Surface Geophysical Exploration (SGE) Technology.

   a. Complete the near-surface vadose zone characterization utilizing the hydraulic hammer direct push technology for 35 direct push samples.

      - Work scope/completion criteria: Complete the near-surface vadose zone characterization utilizing the hydraulic hammer/direct push technology as per work plans developed in coordination with the site wide ground water protection program and approved by ORP which shall include geophysical logging of direct push probes and obtaining shallow soil samples using direct push technology for geochemical analysis.

      - Completion document: Samples collected per work plan and report of analytical results submitted to the ORP.

   b. Complete the near-surface vadose zone characterization utilizing the hydraulic hammer direct push technology for 35 direct push samples.

      - Work scope/completion criteria: Complete the near-surface vadose zone characterization utilizing the hydraulic hammer/direct push technology as per work plans developed in coordination with the site wide ground water protection program and approved by ORP which shall include geophysical logging of direct push probes and obtaining shallow soil samples using direct push technology for geochemical analysis.

      - Completion document: Samples collected per work plan and report of analytical results submitted to the ORP.

   c. Deploy Surface Geophysical Exploration in two of the following tank farms TX, TY, U, and B (B Farm includes B, BX, and BY).

      - Work scope/completion criteria: Deploy SGE technology in selected farms. Develop and demonstrate performance of SGE technology in accordance with work plans integrated with the site wide ground water protection program and approved by ORP in coordination with the groundwater integration program for the selected Tank Farms. The work plans will produce an SGE performance assessment report detailing the capability of the technology to identify contamination sources, estimate of contamination volumes, depths, and inventories.

      - Completion document: An SGE performance assessment report submitted to ORP detailing the capability and results of the technology application to identify the contamination sources, volumes, and inventories for the selected tank farms.

   d. Deploy Surface Geophysical Exploration in remaining two tank farms not completed in 1.c.

      - Work scope/completion criteria: Deploy SGE technology in selected farms. Develop and demonstrate performance of SGE technology in accordance with work plans integrated with the site wide ground water protection program and approved by ORP in coordination with the groundwater integration program for the remaining two Tank Farms. The work plans will

produce a SGE performance assessment report detailing the capability of the technology to identify contamination sources, estimate of contamination volumes, depths, and inventories.

- Completion document: An SGE performance assessment report submitted to ORP detailing the capability and results of the technology application to identify the contamination sources, volumes, and inventories for the remaining tank farms.

e. Construct surface barrier over T-106 tank and associate affected area or other area with ORP concurrence.

- Work scope/completion criteria: Construct one surface barrier over single-shell tank T-106. The barrier shall be greater than 1 acre designed to control infiltration greater than 25 years with limited maintenance.

- Completion document: Letter transmitting work package documenting completion of installation of a surface barrier that meets or exceeds the completion criteria.

f. Construct one borehole, perform sampling and borehole decommission or 25 direct push samples.

- Work scope/completion criteria: Construct one borehole, perform sampling and borehole decommission. The borehole shall be located as per the Integrated Approved Workplan with specifications for characterization and decommissioning similar to currently approved TPA workplans. Alternately if using direct push, complete the near-surface vadose zone characterization utilizing the hydraulic hammer/direct push technology as per work plans developed in coordination with the site wide ground water protection program and approved by ORP which shall include geophysical logging of direct push probes and obtaining shallow soil samples using direct push technology for geochemical analysis.

- Completion document: Letter report documenting completion of construction of one borehole, sample chain of custody records, and borehole decommission. Alternately if using direct push, samples collected per work plan and report of analytical results submitted to the ORP.

g. Complete the Phase I RCRA Field Investigation (RFI) Report.

- Work scope/completion criteria: The Phase 1 RCRA Field Investigation Report integrating the data gathering activities and evaluations for all single-shell tanks waste management areas. The identified data gaps, results of science and technology, deep vadose zone inventory, conceptualization and modeling must be consistent and integrated with the groundwater integration effort. The documents shall meet or exceed the RCRA requirements and HFFACO milestone M-045-55 by January 31, 2008. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date.

- Completion document: The Phase 1 RCRA Field Investigation Report integrating the data gathering activities and evaluations for all single-shell tanks waste management areas.

h. Complete the Corrective Measure Study (CMS) for interim corrective measures for Waste Management Area C.

- Work scope/completion criteria: The RCRA Corrective Measures Study for corrective measures for waste management area C. The document shall include treatability evaluations, in the areas of deep vadose zone mitigation, must be an integrated effort approved by ORP in coordination with the groundwater integration effort. The documents shall meet or exceed the RCRA requirements and HFFACO milestone M-045-58 by

September 30, 2008. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date.

- Completion document: The RCRA Corrective Measures Study for corrective measures for waste management area C.

2. Complete Double-Shell Tank (DST) integrity Testing.

   a. Complete DST integrity testing including Ultrasonic testing (UT) and video examination of 4 DST. The fee is forfeited if the work is not completed on or before the HFFACO milestone due date.

      - Work scope/completion criteria: Complete and document DST Integrity Testing, including DST UT, and video examinations of four DSTs per the requirement of HFFACO Milestone M-48-15.

      - Completion document: Issue of Four (4) DST ultrasonic testing and video examination reports to the ORP for transmittal to the State of Washington Department of Ecology (Ecology) by September 30, 2007, to meet HFFACO Milestone M-48-15. (Two (2) DSTs of the six (6) UT reports required for M-48-15 will be completed in FY 2006.)

   b. Complete DST integrity testing including UT and video examination of 3 DST (in addition to the DST in 3.a) in support of continuing integrity testing of DSTs.

      - Work scope/completion criteria: Complete DST Integrity Testing, including DST UT, and video examinations of three DSTs, per same technical requirement as those performed for M-48-15, in support of continuing integrity testing of DSTs.

      - Completion document: Issue three (3) DST Ultrasonic testing and video examination reports to the ORP.

3. Tank Chemistry optimization in double-shell tanks AN-102 and AN-107.

   a. Chemistry optimization AN-107 and implementation of revised chemistry limits.

      - Work scope/completion criteria: Required activities include AN-107 corrosion probe turnover and monitoring, removal of corrosion coupons for forensic examination, if required, submittal of a tank waste chemistry safety basis amendment and the implementation of the safety basis amendment.

      - Completion document: Implementation of the safety basis amendment and completion of all actions of Tank 241-AN-107 Recovery Plan, Rev 0. Letter notifying ORP of completion.

   b. Chemistry optimization AN-102 and closure of the existing Technical Safety Requirements recover plan.

      - Work scope/completion criteria: Required activities include grab sampling, core sampling, and caustic additions, if required, associated with a technical safety requirement (TSR) recovery plan for low hydroxide in the waste solids; and implementation of revised waste chemistry limits.

      - Completion document: Letter report to ORP documenting completion of all required actions due prior to September 30, 2008 of Tank 241-AN-102 Recovery Plan, Rev 6 or latest revision as of September 30, 2007.

4. DST volume reductions supporting SST retrieval utilizing 242-A evaporator operations.

a. A 242-A evaporator campaign that treats at least 650,000 gals as measured in the feed tank.

- Work scope/completion criteria: Operate the 242-A evaporator as a key component of the transfer and treatment system for tank farms to meet or exceed 650,000 gals of feed by volume as measured in the feed tank. The evaporator campaign will process the waste to the parameters determined by process engineering. The volume reduction will be determined by the process control plan (e.g., specific gravity goal and limits on the amount of waste removed from AW-102). This Evaporator campaign and that of 4.b shall be scheduled to ensure maintenance of sufficient proficiency of Tank Farm personnel operating the evaporator and to avoid the need for an Operational Readiness Review.

- Completion document: Letter report documenting that the feed volume has been achieved and summarizing the volume reduction results.

b. A 242-A evaporator campaign that treats at least 650,000 gals as measured in the feed tank.

- Work scope/completion criteria: Operate the 242-A evaporator as a key component of the transfer and treatment system for tank farms to meet or exceed 650,000 gals of feed by volume as measured in the feed tank. The evaporator campaign will process the waste to the parameters determined by process engineering. The volume reduction will be determined by the process control plan (e.g., specific gravity goal and limits on the amount of waste removed from AW-102). This Evaporator campaign and that of 4.b shall be scheduled to ensure maintenance of sufficient proficiency of Tank Farm personnel operating the evaporator and to avoid the need for an Operational Readiness Review.

- Completion document: Letter report documenting that the feed volume has been achieved and summarizing the volume reduction results.

5. Complete 242-A Evaporator and Double-Shell Tank Integrity Assessment.

a. Complete the 242-A Evaporator integrity assessment field inspections in accordance with WAC 173-303-640 (2) and considering the recommendation of the 1998 242-A Interim Evaporator Tank System Integrity Assessment Report, HNF-2905, Rev, 0.

- Work scope/completion criteria: Completion of field inspections as identified in the IQRPE inspection plan that is in accordance with WAC 173-303-640 (2) and the recommendation of the 1998 242-A Interim Evaporator Tank System Integrity Assessment Report, HNF-2905, Rev, 0.

- Completion document: Issuance of integrity report documenting the results of field inspections required by the IQRPE plan.

b. Complete the field pressure testing of five (5) double-shell tank transfer lines encasements.

- Work scope/completion criteria: Completion of field pressure testing of five (5) lines double-shell tank transfer line encasements to the criteria specified in the assessment inspection plan and inspection of associated Tank Farm Pits. The lines shall be SL-168, SL-166, SN-266, SN-268 and SL-168. The pit inspections should included valve pits AN-A, AN-B and pit AW-02A. The specific lines and pits may be modified with ORP concurrence.

- Completion document: Completed work package(s) documenting the completion of the specified encasement pressure tests.

c. Complete 3 core samples and analysis in support to the Double-Shell Tank System chemistry control by September 30, 2007.

- Work scope/completion criteria: Completion of 3 core samples and analysis. The specific core sampling activities, which do not directly support another incentivized activity, shall be documented in RPP-26781, "Tank Farm Contractor Process Sampling Requirements Through Fiscal Year 2007" or subsequent revision(s). The plan shall identify; the type of sample, the technical need for the sampling activity, the location of the samples, the sampling requirements, the analytical requirements, and the documentation requirements for the sampling activity.

- Completion document: Completed analytical reports documenting the result of the sampling activity.

d. Complete 3 core samples in support to the Double-Shell Tank System chemistry control by September 30, 2008.

- Work scope/completion criteria: Completion of 3 core samples and analysis. The specific core sampling activities, which do not directly support another incentivized activity, shall be documented in RPP-26781, "Tank Farm Contractor Process Sampling Requirements Through Fiscal Year 2007" or subsequent revision(s). The plan shall identify; the type of sample, the technical need for the sampling activity, the location of the samples, the sampling requirements, the analytical requirements, and the documentation requirements for the sampling activity.

- Completion document: Completed chain of custody records documenting the delivery to the 222-S laboratory.

e. Complete 5 grab samples and analysis in support to the Double-Shell Tank System chemistry control by September 30, 2007.

- Work scope/completion criteria: Completion of 5 grab samples and analysis. The specific grab sampling activities, which do not directly support another incentivized activity, shall be documented in RPP-26781, "Tank Farm Contractor Process Sampling Requirements Through Fiscal Year 2007" or subsequent revision(s). The plan shall identify; the type of sample, the technical need for the sampling activity, the location of the samples, the sampling requirements, the analytical requirements, and the documentation requirements for the sampling activity.

- Completion document: Completed analytical reports documenting the result of the sampling activity.

f. Complete 5 grab samples in support to the Double-Shell Tank System chemistry control by September 30, 2008.

- Work scope/completion criteria: Completion of 5 grab samples and analysis. The specific grab sampling activities, which do not directly support another incentivized activity, shall be documented in RPP-26781, "Tank Farm Contractor Process Sampling Requirements Through Fiscal Year 2007" or subsequent revision(s). The plan shall identify; the type of sample, the technical need for the sampling activity, the location of the samples, the sampling requirements, the analytical requirements, and the documentation requirements for the sampling activity.

- Completion document: Completed chain of custody records documenting the delivery to the 222-S laboratory.

**PBI-2**

**Performance Based Incentive (PBI) Title: Double-Shell Tank Upgrades**

**Performance Fee available and assigned to this PBI: $1,350,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T Smith | D Noyes | | |

**Desired Endpoint/Outcome**

The Double-Shell Tank (DST) storage, transfer, ancillary systems, and facilities will be ready to support the storage, ongoing retrievals, and future Waste Treatment operations. This work completes the DST upgrades initiated, but not completed, prior to the extension of the Tank Farm Management Contract.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein, Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

**Fee Bearing Milestones**

1. Complete the W-314 electrical systems upgrades for AN, AP, AW, and SY Tank Farms and turnover to operations by September 30, 2008. The Contractor shall earn $250,000 incremental fee at completion of the upgrades.

2. Complete the W-314 HVAC systems upgrades for AN and AW Tank Farms and turnover to operations by September 30, 2008. The Contractor shall earn $700,000 of incremental fee at the completion of the upgrades.

3. Complete the W-314 Master Pump Shut-down systems upgrades for AN, AP, AW, and SY Tank Farms and turnover to operations by September 30, 2008. The Contractor shall earn $400,000 of incremental fee at the completion of the systems startup.

PBI-2

**Signature Block**

Mark Spears, President
and Chief Executive Officer,
CH2M HILL Hanford Group, Inc.

Date

Roy J. Schepens, Manager
U.S. Department of Energy, Office of River Protection

Date

**Completion Criteria**
**PBI-2 Double-Shell Tank Upgrades**

1. Complete the W-314 electrical system upgrades for AN, AP, AW, SY Tank Farms and turnover to operations.

   - Work scope/completion criteria: Complete Project W-314 electrical system upgrades for AN, AP, AW, SY Tank Farms and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Preliminary Design Requirements Document for Project W-314 Tank Farm Restoration and Safe Operations, HNF-SD-W314-DRD-001, Section 3.1, Table 3-1. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

   - Completion document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

2. Complete the W-314 HVAC system upgrades for AN and AW Tank Farms and turnover to operations.

   - Work scope/completion criteria: Complete Project W-314 HVAC system upgrades and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Preliminary Design Requirements Document for Project W-314 Tank Farm Restoration and Safe Operations, HNF-SD-W314-DRD-001, Section 3.1, Table 3-1. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

   - Completion document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

3. Complete the W-314 Master Pump Shut Down System (MPSS)/Monitoring and Control System (M&CS) upgrades AN, AP, AW, and SY Tank Farms and turnover to operations.

   - Work scope/completion criteria: Complete Project W-314 Master Pump Shut Down System (MPSS)/Monitoring and Control System (M&CS) upgrades and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Preliminary Design Requirements Document for Project W-314 Tank Farm Restoration and Safe Operations, HNF-SD-W314-DRD-001, Section 3.1, Table 3-1. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

   - Completion document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

**PBI-3**

**Performance Based Incentive (PBI) Title: Single-Shell Tank (SST) Waste Retrieval**

**Performance Fee available and assigned to this PBI: $11,350,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T Smith | D Noyes | | |

**Desired Endpoint/Outcome**

Complete interim retrieval activities that meet and/or exceed requirements established in the Hanford Federal Facility Agreement and Consent Order (HFFACO) or Tri-Party Agreement M-45 series milestones and Appendix I, Single-Shell Tank System Waste Retrieval and Closure Process. The Contractor is responsible for establishing the technical and regulatory pathway for tank farm retrieval (including National Environmental Policy Act, M-45 requirements, U.S. Department of Energy (DOE) Order 435.1, "Radioactive Waste Management," requirements, etc.). Additionally, the Contractor will develop and demonstrate the retrieval capability including the use of risk-informed approaches to properly align the retrieval, and closure approaches with the risk associated with the wastes in each tank.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein, Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

The fee bearing milestones shall be completed by the delivery schedule date. If the delivery schedule date is not achieved the unearned fee will be reduced to the following amounts: 90% for first quarter, 80% for second quarter, 50% for third quarter, and entire amount for one year.

**Fee Bearing Milestones**

Provisional fee paid for the complete procurement and receive C Farm HVAC Skids shall be converted to incremental fee payment.

Provisional fee paid on Items 1.a through 1.c below, as of 9/30/2006, shall be converted to Incremental fee payments.

"Complete waste retrieval" shall mean completion to the goals of the HFFACO and submittal of the retrieval data report in accordance with Appendix I or with ORP concurrence, the appropriate Appendix H documentation.

1. Complete Waste Retrievals from the following SSTs that are in progress. Performance Fee: $5,350,000

   a. Complete waste retrieval of C-204 by September 30, 2007. The Contractor shall earn $325,000 of incremental fee at the completion of retrieval.

   b. Complete waste retrieval of C-103 by September 30, 2007. The Contractor shall earn $25,000 of incremental fee at the completion of retrieval.

   c. Complete waste retrieval of S-102 by September 30, 2008. The Contractor shall earn $ 4,000,000 incremental fee at the following completion points. Completion of retrieval operations on or before March 31, 2007 (HFFACO milestone M-45-05A). The Contractor shall earn an additional $500,000 in Acceleration Fee.

| | Milestones | Incremental Fee |
|---|---|---|
| 1 | Completion of Construction and operational acceptance testing of a new retrieval technology or technique consistent with the approved Tank Waste | $750,000 |

| | | |
|---|---|---|
| | Retrieval Work Plan. | |
| 2 | Retrieval of 65% of the waste by volume | $750,000 |
| 3 | Retrieval of 80% of the waste by volume | $850,000 |
| 4 | Completion of retrieval operations | $1,550,000 |
| 5 | Complete Retrieval Data Report | $100,000 |

d. Complete waste retrieval of S-112 by September 30, 2008. The Contractor shall earn $1,000,000 incremental fee at the completion of retrieval.

| | Milestones | Incremental Fee |
|---|---|---|
| 1 | Completion of retrieval operations | $900,000 |
| 2 | Complete Retrieval Data Report | $100,000 |

2. Complete Waste Retrievals from additional SSTs. Performance Fee: $6,000,000

a. Complete waste retrieval of next new start C-Farm SST, (C-108 or other C Farm SST with ORP concurrence) by September 30, 2008. The Contractor shall earn $3,000,000 of incremental fee at the following completion points.

| | Milestones | Incremental Fee |
|---|---|---|
| 1 | Completion of Construction and operational acceptance testing consistent with the approved Tank Waste Retrieval Work Plan. | $500,000 |
| 2 | Retrieval of 25% of the waste by volume | $500,000 |
| 3 | Retrieval of 50% of the waste by volume | $500,000 |
| 4 | Retrieval of 75% of the waste by volume | $500,000 |
| 5 | Completion of retrieval operations | $900,000 |
| 6 | Complete Retrieval Data Report | $100,000 |

b. Complete waste retrieval of next new start C-Farm SST after 2.a. (C-109 or other C Farm SST with ORP concurrence) by September 30, 2008. The Contractor shall earn $3,000,000 of incremental fee at the following completion points.

| | Milestones | Incremental Fee |
|---|---|---|
| 1 | Completion of Construction and operational acceptance testing consistent with the approved Tank Waste Retrieval Work Plan | $500,000 |
| 2 | Retrieval of 25% of the waste by volume | $500,000 |
| 3 | Retrieval of 50% of the waste by volume | $500,000 |
| 4 | Retrieval of 75% of the waste by volume | $500,000 |
| 5 | Completion of retrieval operations | $900,000 |
| 6 | Complete Retrieval Data Report | $100,000 |

c. Completion of retrieval operations and demonstration that the TPA volume goal has been achieved for new start retrievals identified in milestones 2.a, and/or 2.b utilizing HFFACO approved Data Quality Objectives. The Contractor shall earn an additional $500,000 in Acceleration Fee for each retrieval (2.a and/or 2.b).

3. Complete Waste Retrievals from additional SSTs.

a. Complete waste retrieval of new start C-Farm SST after 2.a and 2.b. (C-110 or other C Farm SST categorized as an assumed leaker with ORP concurrence) by September 30, 2008. The retrieval

technology/technique shall be designed for use in a 100 series SST which has assumed to leaked. The Contractor shall earn $4,000,000 acceleration fee at the following completion points.

| | Milestones | Acceleration Fee |
|---|---|---|
| 1 | Completion of Construction and operational acceptance testing consistent with the approved Tank Waste Retrieval Work Plan | $1,000,000 |
| 2 | Retrieval of 25% of the waste by volume | $1,500,000 |
| 3 | Retrieval of 50% of the waste by volume | $500,000 |
| 4 | Retrieval of 75% of the waste by volume | $450,000 |
| 5 | Completion of retrieval operations | $450,000 |
| 6 | Complete Retrieval Data Report | $100,000 |

b. Complete waste retrieval of new start C-Farm SST after 2.a and 2.b. (C-104 or other C Farm SST with ORP concurrence) by September 30, 2008. The Contractor shall earn $4,000,000 acceleration fee at the following completion points.

| | Milestones | Acceleration Fee |
|---|---|---|
| 1 | Completion of Construction and operational acceptance testing consistent with the approved Tank Waste Retrieval Work Plan. | $1,000,000 |
| 2 | Retrieval of 25% of the waste by volume. | $1,500,000 |
| 3 | Retrieval of 50% of the waste by volume | $500,000 |
| 4 | Retrieval of 75% of the waste by volume | $450,000 |
| 5 | Completion of retrieval operations | $450,000 |
| 6 | Complete Retrieval Data Report | $100,000 |

**Government Furnished Services/Items (GFS/I)**

Provide DOE review/approval of HFFACO deliverables within 15 working days of receipt, except as specified below.

The Office of River Protection (ORP) will respond to all other Contractor submittals (e.g., Authorization Basis, Safety Analysis Reports, Baseline Change Requests) required to complete this activity within 15 working days provided the submittals are complete and ORP is provided with reasonable notice of the intent to submit.

If Critical Decision process is required, then action will be taken by the ORP decision authority within 15 working days of submittal. If the decision authority is at DOE Headquarters then action will be taken by the DOE Headquarters decision authority within 30 working days of submittal.

**Definitions**

"GFS/I" are those work elements that the DOE commits to perform to support the completion of this PBI. If DOE cannot provide GFS/I as described herein, then it shall be treated as a change in accordance with Contract Clause I.64, Federal Acquisition Regulation 52.243-2, "Changes-Cost Reimbursement, Alt II."

The Retrieval Report, as defined in Tank Farm Procedure TFC-ENG-CHEM-P-47. Rev A-1, January 20, 2005, Single-Shell Tank Retrieval Completion Evaluation, will be submitted to the ORP at the completion of bulk retrieval operations documenting technical information upon which the decision to cease retrieval operations was based.

The Tank Waste Retrieval Work Plan shall be developed in accordance with the HFFACO Appendix I.

Tank Farm Procedure TFC-PRJ-PM-C-03, Project Tailoring Approach, will be utilized to determine project delivery and execution requirements.

**Signature Block**

_______________________________ _______________
Mark S. Spears, President Date
and Chief Executive Officer,
CH2M HILL Hanford Group, Inc.

_______________________________ _______________
Roy J. Schepens, Manager Date
U.S. Department of Energy, Office of River Protection

**Completion Criteria**
**PBI-3 Single-Shell Tank (SST) Retrieval**

1. Complete Waste Retrievals from the following SSTs that are in progress:

   a. Complete waste retrieval of C-204.

      - Work scope/completion criteria: "Complete waste retrieval" shall mean completion to the goals of the HFFACO for residuals and submittal of the Retrieval Data Report in accordance with Appendix I or the appropriate Appendix H documentation.

      - Completion document: Submit the Retrieval Data Report for 241-C-204 documenting the completion of retrieval operations. With ORP concurrence, an Appendix H exception request may be issued in lieu of a Retrieval Data Report in accordance with HFFACO Appendix I. If the limits of waste retrieval technology capability is reached; the volume goal have not been achieved; and it is determine, with ORP concurrence, that the Appendix H documentation is not appropriate, the submittal of the Retrieval Report shall be the completion criteria of "complete waste retrieval".

   b. Complete waste retrieval of C-103.

      - Work scope/completion criteria: "Complete waste retrieval" shall mean completion to the goals of the HFFACO for residuals and submittal of the Retrieval Data Report in accordance with Appendix I or the appropriate Appendix H documentation. If the limits of waste retrieval technology capability is reached; the volume goal have not been achieved; and it is determine, with ORP concurrence, that the Appendix H documentation is not appropriate, the submittal of the Retrieval Report shall be the completion criteria of "complete waste retrieval".

      - Completion document: The 241-C-103 Retrieval Data Report, Appendix H exception, or Retrieval Report as identified in the completion criteria.

   c. Complete waste retrieval of S-102. The tank contains approximately 211,000 gallons of the initial 465,000 gallons of a mixture of Salt and Sludge materials. New retrieval technology/technique for use in this SST as needed to complete the retrieval. New technology/technique will be developed, implemented into the appropriate regulatory documentations, constructed, and retrieval completed.

| Milestones |
|---|
| 1. Completion of Construction and construction acceptance testing of a new retrieval technology or technique consistent with an approved Functions and Requirements or equivalent document.<br><br>• Work scope/completion criteria: Complete waste retrieval system construction and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) S-102 Initial Waste Retrieval Functions and Requirements 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006. |

- Completion Document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

2. Retrieval of 65% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 65% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.
- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 65% of the initial waste volume.

3. Retrieval of 80% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 80% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.
- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 80% of the initial waste volume.

4. Completion of retrieval operations.

- Work scope/completion criteria: Complete waste retrieval to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues. If the limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has not been achieved, then implementation of additional retrieval technologies is within the scope.
- Completion document: Retrieval Report documenting the completion of retrieval operations.

5. Complete Retrieval Data Report.

- Work scope/completion criteria: The limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has been achieved. Perform residual characterization and volumetric measurements and prepare a Retrieval Date Report in accordance with HFFACO, Appendix I.
- Completion document: Retrieval Data Report in accordance with HFFACO, Appendix I.

(Note: With ORP concurrence, an Appendix H exception may be issued in lieu of a Retrieval Data Report. In this case, fee allowed for the Retrieval Date Report would be provided for the Appendix H exception. This incentive is forfeited if the volume goal is not achieved and ORP does not concur with proceeding with an Appendix H exception.)

Completion of retrieval operations on or before March 31, 2007 (HFFACO milestone M-45-05A).

- Work scope/completion criteria: Complete waste retrieval on or before March 31, 2007 to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues and demonstration of the limit of the waste retrieval technology. If the limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has not been achieved, then implementation of additional retrieval technologies is within the scope.

- Completion document: Retrieval Report documenting the completion of retrieval operations.

d. Complete waste retrieval of S-112. The tank contains approximately 5,000 gallons of the initial 655,000 gallons of a mixture of Salt and Sludge materials. New retrieval technology/technique for use in this SST are needed to complete the retrieval. New technology/technique will be developed, implemented into the appropriate regulatory documentations, constructed, and retrieval completed.

| Milestones |
|---|
| 1. Completion of retrieval operations.<br><br>• Work scope/completion criteria: Complete waste retrieval to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues. If the limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has not been achieved, then implementation of additional retrieval technologies is within the scope.<br><br>• Completion document: Retrieval Report documenting the completion of retrieval operations. |
| 2. Complete Retrieval Data Report.<br><br>• Work scope/completion criteria: The limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has been achieved. Perform residual characterization and volumetric measurements and prepare a Retrieval Date Report in accordance with HFFACO, Appendix I.<br><br>• Completion document: Retrieval Data Report in accordance with HFFACO, Appendix I.<br><br>(Note: With ORP concurrence, an Appendix H exception may be issued in lieu of a Retrieval Data Report. In this case, fee allowed for the Retrieval Data Report would be provided for the Appendix H exception. This incentive is forfeited if the volume goal is not achieved and ORP does not concur with proceeding with an Appendix H exception.) |

2. Complete Waste Retrievals from additional SSTs

| Milestones |
|---|
| 1. Completion of Construction and construction acceptance testing of the waste retrieval system approved Tank Waste Retrieval Work Plan.<br><br>• Work scope/completion criteria: Complete waste retrieval system construction and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, |

including Operations. References: 1) Tank Waste Retrieval Work Plan 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion Document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

2. Retrieval of 25% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 25% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 25% of the initial waste volume.

3. Retrieval of 50% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 50% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 50% of the initial waste volume.

4. Retrieval of 75% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 75% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 75% of the initial waste volume.

5. Completion of retrieval operations.

- Work scope/completion criteria: Complete waste retrieval to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues and demonstration of the limit of the waste retrieval technology. If the limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has not been achieved, then implementation of additional retrieval technologies is beyond the scope of this incentive.

- Completion document: Retrieval Report documenting the completion of retrieval

| |
|---|
| operations. |
| 6. Complete Retrieval Data Report.<br><br>• Work scope/completion criteria: The limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has been achieved. Perform residual characterization and volumetric measurements and prepare a Retrieval Date Report in accordance with HFFACO, Appendix I.<br><br>• Completion document: Retrieval Data Report in accordance with HFFACO, Appendix I.<br><br>(Note: With ORP concurrence, an Appendix H exception may be issued in lieu of a Retrieval Data Report. In this case, fee allowed for the Retrieval Data Report would be provided for the Appendix H exception. This incentive is forfeited if the volume goal is not achieved and ORP does not concur with proceeding with an Appendix H exception.) |

c. Completion of retrieval operations and demonstration that the TPA volume goal has been achieved for new start retrievals identified in milestones 2.a and/or 2.b utilizing HFFACO approved Data Quality Objectives.

- Work scope/completion criteria: Complete waste retrieval to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues (specifically including the 360 cubic feet volume goal) and demonstration of the limit of the waste retrieval technology. The residual volume shall be determined using the HFFACO approved methodology. Physical samples shall be taken in accordance with the HFFACO sampling methodology, but the sample's analytical report and Retrieval Data Report are not within the work scope.

- Completion document: Retrieval Report for 2.a and/or 2.b documenting the completion of retrieval operations meeting limit of technology and HFFACO volume goal, as measured by specified methodology. The Retrieval Report shall document the physical sampling of the residuals

3. Initiate Waste Retrievals from additional SSTs.

| **Milestones** |
|---|
| 1. Completion of Construction and construction acceptance testing of the waste retrieval system approved Tank Waste Retrieval Work Plan.<br><br>• Work scope/completion criteria: Complete waste retrieval system construction and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Tank Waste Retrieval Work Plan 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.<br><br>• Completion Document: Contractor approved, including Operations, Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work. |
| 2. Retrieval of 25% of the waste by volume.<br><br>• Work scope/completion criteria: Perform waste retrieval activities to meet and/or |

exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 25% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 25% of the initial waste volume.

3. Retrieval of 50% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 50% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 50% of the initial waste volume.

4. Retrieval of 75% of the waste by volume.

- Work scope/completion criteria: Perform waste retrieval activities to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones and the Tank Waste Retrieval Work Plan. The retrieval of 75% of initial SST waste by volume shall be based on an initial volume determine from the latest BBI information or a pre-retrieval volume determination if completed. The retrieved volume will be an estimate based on material balance calculations.

- Completion document: The submittal of material balance data and engineering calculations summary information demonstrating retrieval of 75% of the initial waste volume.

5. Completion of retrieval operations.

- Work scope/completion criteria: Complete waste retrieval to meet and/or exceed performance requirements in the HFFACO M-45-00 series milestones for residues and demonstration of the limit of the waste retrieval technology. If the limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has not been achieved, then implementation of additional retrieval technologies is beyond the scope of this incentive.

- Completion document: Retrieval Report documenting the completion of retrieval operations.

6. Complete Retrieval Data Report.

- Work scope/completion criteria: The limit of the waste retrieval technology is reached and the M-45-00 residual volume goal has been achieved. Perform residual characterization and volumetric measurements and prepare a Retrieval Date Report in accordance with HFFACO, Appendix I.

- Completion document: Retrieval Data Report in accordance with HFFACO, Appendix I.

(Note: With ORP concurrence, an Appendix H exception may be issued in lieu of a Retrieval Data Report. In this case, fee allowed for the Retrieval Data Report would be provided for the Appendix H exception. This incentive is forfeited if the volume goal is not achieved and ORP does not concur with proceeding with an Appendix H exception.)

**PBI-4**

**Performance Based Incentive (PBI) Title: Demonstration Bulk-Vitrification System (DBVS)**

**Performance Fee available and assigned to this PBI: $1,500,000**

**Additional Performance Fee in not available and assigned unless activated by written direction from ORP. If activated Performance Based Incentive (PBI): up to $2,150,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T Smith | D Noyes | | |

**Desired Endpoint/Outcome**

The objective of this PBI is to continue the DBVS Research and Development Project to fully investigate the Bulk Vitrification technology application to effectively treat tank waste such that:

1. A net savings is achieved relative to the U.S. Department of Energy (DOE) established costs of treating the wastes via vitrification in the WTP,

2. All retrieved tank waste completes treatment via a combination of supplemental non-WTP treatment and treatment in the WTP, and

3. Wastes with high sulfate, chromate, or other chemical constituents that limit overall waste loading in glass are preferentially treated outside the WTP resulting in higher net WTP throughputs and efficiencies.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

**Fee Bearing Milestones**

1. Complete DBVS full scale dryer testing activities as a risk reduction measure prior to DBVS construction. The Contractor shall earn $1,500,000 of incremental fee upon completion DBVS full scale dryer testing.

2. Demonstrate DBVS Tank Waste Immobilization Technology. Performance Fee: $2,150,000. (The Performance Fee in not available unless activated by written direction from ORP.)

   a. Achieve readiness to initiate construction. The Contractor shall earn $500,000 of incremental fee upon completion of readiness to initiate construction. (The Performance Fee in not available unless activated by written direction from ORP.)

   b. Complete Best & Brightest review and corrective action report. The contractor shall earn $400,000 of incremental fee upon completion of corrective action report. (The Performance fee in not available unless activated by written direction from ORP.)

   c. Complete DBVS Construction and perform testing for Area 31, Clean Soil and Glass Formers. The contractor shall earn $500,000 of incremental fee upon completion of construction. (The Performance fee in not available unless activated by written direction from ORP.)

d. Complete DBVS Construction and perform testing for Area 35, ICV Box Building. The contractor shall earn $250,000 of incremental fee upon completion of construction. (The Performance fee in not available unless activated by written direction from ORP.)

e. Complete DBVS Construction and perform testing for Area 37, Secondary Waste System. The contractor shall earn $500,000 of incremental fee upon completion of construction. (The Performance fee in not available unless activated by written direction from ORP.)

**Government Furnished Services/Items (GFS/I)**

Provide DOE review/approval of Hanford Federal Facility Agreement and Consent Order or Tri-Party Agreement deliverables within 15 working days of receipt, except as specified below.

ORP will respond to all other Contractor submittals (e.g., Authorization Basis, Safety Analysis Reports, Baseline Change Requests) required to complete this activity within 15 working days provided the submittals are complete and ORP is provided with reasonable notice of the intent to submit.

**Definitions**

"GFS/I" are those work elements that the DOE commits to perform to support the completion of this PBI. If DOE cannot provide GFS/I as described herein, then it shall be treated as a change in accordance with Contract Clause I.64, Federal Acquisition Regulation 52.243-2, "Changes-Cost Reimbursement, Alt II."

**Signature Block**

Mark S. Spears, President
and General Manager,
CH2M HILL Hanford Group, Inc.

Date

Roy J. Schepens, Manager
U.S. Department of Energy, Office of River Protection

Date

**Completion Criteria**

**PBI-4 Demonstration Bulk-Vitrification System (DBVS)**

1. Dryer System Performance Test and Integrated Dryer System and Melter Test

   - Work scope/completion criteria: Completion of the testing listed below and the documentation of the results

     - An integrated Dryer System and Melter test shall be conducted. This test shall include full scale Dryer System performance testing and integrated Dryer and Melter testing in accordance with ORP approved Integrated Dryer Test Plan.

     - The Dryer system performance testing shall be conducted using Tank 241-S-109 waste simulant and glass forming agents. If this testing is successful in producing a consistent dried waste form which meets the performance requirements of the requirement of the Integrated Dryer Test Plan then the integrated dryer and melter test shall be performed.

     - The integrated Dryer System and Melter test shall:

       - Develop and evaluate the process controls necessary for the two systems to operate together,
       - Determine if the integrated system can produce a glass product which meets the glass performance requirements,
       - Evaluate the design changes resulting from the side wall joint leaking problem observed in Test 38C, and
       - Evaluate the performance of the prototypical feed in the production of molten ionic salts and leakage of molten ionic salts through the refractory which occurred in Test 38C.
       - For the integrated test, the Dryer System and the ICV box shall be physically located at the AMEC Horn Rapids Test Facility. The test shall be conduct using Tank 241-S-109 waste simulant and glass forming agents. The dried waste product shall be pneumatically transported from the dryer to the ICV box. The waste product shall be vitrified in the ICV box. The results shall be documented in a test report prepared in accordance with the test plan

   - Completion document: A final report(s) shall be produced for both test in accordance with the approve test plan.

2. <u>Demonstrate DBVS Tank Waste Immobilization Technology</u>.

   a. Achieve readiness to initiate construction.

      - Work scope/completion criteria: Complete demonstration facility final design and obtain CD-3 "Approval Start of Construction."

      - Completion document: ORP CD-3 approval.

   b. Completion of the DBVS Best and Brightest Review and addressing all finding and observations to support the approval to start construction.

      - Work scope/completion criteria: Completion of the corrective action report for the Best and Brightest Review.

- Completion document: Best and Brightest Review report and corrective action report.

c. Complete DBVS Construction and perform testing for Area 31, Clean Soil and Glass Formers.

- Work scope/completion criteria: Complete physical construction of Area 31, Clean Soil and Glass Formers of the Demonstration Bulk-Vitrification System including Construction Acceptance Testing. The Construction Completion Documents, Section Ib, "Completion of Exceptions," will be completed and approved by the Contractor. References: 1) Demonstration Bulk Vitrification Subsystems Specifications, RPP-17403. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion document: Contractor approved Construction Completion Document through Section Ib, "Completion of Exceptions" for the above listed work.

d. Complete DBVS Construction and perform testing for Area 35, ICV Box Building.

- Work scope/completion criteria: Complete physical construction of Area 35, ICV Box Building of the Demonstration Bulk-Vitrification System including Construction Acceptance Testing. The Construction Completion Documents, Section Ib, "Completion of Exceptions," will be completed and approved by the Contractor. References: 1) Demonstration Bulk Vitrification Subsystems Specifications, RPP-17403. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion document: Contractor approved Construction Completion Document through Section Ib, "Completion of Exceptions" for the above listed work.

e. Complete DBVS Construction and perform testing for Area 37, Secondary Waste System.

- Work scope/completion criteria: Complete physical construction of Area 37, Secondary Waste System of the Demonstration Bulk-Vitrification System including Construction Acceptance Testing. The Construction Completion Documents, Section Ib, "Completion of Exceptions," will be completed and approved by the Contractor. References: 1) Demonstration Bulk Vitrification Subsystems Specifications, RPP-17403. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion document: Contractor approved Construction Completion Document through Section Ib, "Completion of Exceptions" for the above listed work.

**PBI-5**

**Performance Based Incentive (PBI) Title: 242-A Evaporator Upgrades**

**Performance Fee available and assigned to this PBI: $500,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| T Smith | D Noyes | | |

**Desired Endpoint/Outcome**

The 242-A Evaporator will be used throughout the mission to reduce waste volumes stored in the Double-Shell Tank (DST) system, conserving tank space necessary to support Single-Shell Tank (SST) retrieval and other DST operations. Many of the evaporator system components, like the HVAC system, were installed with the original construction, and are prone to failure. The evaporator is a single-point failure facility. Many of the components are long-lead and replacement will take extended periods of time, leading to potential impacts to SST retrievals, waste feed delivery, and potentially WTP operations. The upgrades will significantly improve the safety and reliability of the 242-A Evaporator.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein Contractor will be paid incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee."

**Fee Bearing Milestones**

1. Complete 242-A Evaporator Upgrades. Performance Fee: $500,000.

   a. Complete 242-A Evaporator supply side HVAC system upgrades. The Contractor shall earn $300,000 of incremental fee upon completion of the upgrades.

   b. Complete 242-A Evaporator Monitoring and Control System upgrades. The Contractor shall earn $200,000 of incremental fee upon completion of the upgrades.

**Government Furnished Services/Items (GFS/I)**

Provide DOE review/approval of Hanford Federal Facility Agreement and Consent Order or Tri-Party Agreement deliverables within 15 working days of receipt, except as specified below.

ORP will respond to all other Contractor submittals (e.g., Authorization Basis, Safety Analysis Reports, Baseline Change Requests) required to complete this activity within 15 working days provided the submittals are complete and ORP is provided with reasonable notice of the intent to submit.

**Definitions**

"GFS/I" are those work elements that the DOE commits to perform to support the completion of this PBI. If DOE cannot provide GFS/I as described herein, then it shall be treated as a change in accordance with Contract Clause I.64, Federal Acquisition Regulation 52.243-2, "Changes-Cost Reimbursement, Alt II."

**PBI-5**

**Signature Block**

______________________________ ____________
Mark S. Spears, President
and General Manager,
CH2M HILL Hanford Group, Inc.
Date

______________________________ ____________
Roy J. Schepens, Manager
U.S. Department of Energy, Office of River Protection
Date

**Completion Criteria**
**PBI-5 242-A Evaporator Upgrades**

1. Complete 242-A Evaporator Upgrades.

a. Complete 242-A Evaporator HVAC system upgrades.

- Work scope/completion criteria: Complete 242-A Evaporator HVAC system upgrades and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Upgrades scope definition document TBD. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion document: Contractor approved Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.

b. Complete 242-A Evaporator Monitoring and Control system upgrades

- Work scope/completion criteria: Complete 242-A Evaporator Monitoring and Control system upgrades and turnover to operations. Operations related OTP will be completed and OTRs will be approved by the Contractor. The Construction Completion Documents, Section IIb, "Completion of Exceptions," will be completed and approved by the Contractor, including Operations. References: 1) Upgrades scope definition document TBD. 2) Construction Completion and Turnover, TFC-PRJ-CM-C-08, Rev B, issued May 8, 2006.

- Completion document: Contractor approved Construction Completion Document through Section IIb, "Completion of Exceptions" for the above listed work.