## SECTION J
## APPENDIX E - GUIDANCE FOR OTHER REQUIRED PLANS

### JE.1 INTRODUCTION

The Contractor shall provide the following subject specific plans which expand on the discussion in Section C, *Statement of Work*, or applicable contract clause.

(a) Integrated Environment, Safety and Health Management System (ISMS) Plan

Specific guidance on the ISMS Plan is found in the Section I Clause entitled, *Integration of Environment, Safety, and Health Into Work Planning and Execution*.

(b) Systems Engineering Management Plan

The Systems Engineering Management Plan shall describe in detail the approach the Contractor will take to integrate a Systems Engineering functional analysis in which mission requirements drive functions, and functions drive architecture, into the overall management and integration of the River Protection Project (RPP) workscope. System engineering techniques and principles shall be utilized to establish the technical integrity of the RPP workscope. Innovative technologies shall be evaluated against the baseline.

(c) Risk Management Plan

The Contractor shall provide a Risk Management Plan which describes the system to be used for identifying, evaluating, assessing and mitigating site risks of all types (e.g., financial, technical, safety, mortgages, environment, etc.). The Plan shall also describe how risk management is integrated and implemented into planning, work prioritization, and RPP decision-making. The application of innovative technologies to mitigate the risks is expected. Plan to collect history of adverse impacts and effectiveness of mitigation actions to support future planning.

(d) Internal Audit Plan

The Contractor shall submit an annual plan for internal audits of the Contractor and for audits of cost reimbursement subcontractors. The Plan shall list planned actual audits or areas to be audited and a schedule for such audits. The official audit report(s), including the working papers (as required), shall be submitted or made available to the Contracting Officer or his/her designee.

## SECTION J
## APPENDIX F - ENVIRONMENT, SAFETY, AND HEALTH BUDGET PLANNING AND EXECUTION

The following represents additional criteria for environment, safety and health (ES&H) budget planning and execution, to be included as part of the requirements of this Contract.

### JF.1 ES&H PLAN FOR BUDGET EXECUTION YEAR

Respond to the most recent Unicall Submittal, incorporate budget decisions, and include any new information for the upcoming execution year.

(a) ES&H Risk Management Conclusions

Summarize the risk management conclusions for the upcoming execution year (updated to reflect recent budgeting decisions), including a summary decision of the major risks and important ES&H issues being managed at the facility.

(b) ES&H Budget Summary

Summarize the ES&H budget for the upcoming execution year (analogous to the cost prepared for the Unicall Submittal).

(c) Performance Measures and Commitments

Include the proposed ES&H performance commitments (measures) for the upcoming execution year. It is important that these performance measures address the most significant risks identified, and have performance criteria that are measurable.

### JF.2 SUMMARY OF PREVIOUS YEAR'S ES&H PERFORMANCE

Provide a summary of the previous year's ES&H performance, including the actual costs of implementing the ES&H activities.

(a) Status of Performance Measures and Commitments

Status of the previous year's performance with respect to the measures and commitments negotiated for the previous year.

Summary level conclusions from the previous year's self-assessments of ES&H programs and activities.

Status of any major commitments arising from Consent Orders or Agreements with State Agencies or the EPA regarding environmental/ecological obligations.

(b) Summary of Actual Costs

Summarize the actual ES&H expenditures for the previous year, and how this information will be used in preparing the ES&H Plan for the next budget cycle.

(See DOE letter 98-PRO-645 clarifying Appendix F.)

## SECTION J
## APPENDIX G - GUIDANCE FOR PREPARATION OF DIVERSITY PLAN

The purpose of this Guidance is to assist the Contractor in understanding the information being sought by the U.S. Department of Energy (DOE) for each of the Diversity elements and where these issues may already be addressed in a contract package. To the extent these issues are already addressed in a contract, the Contractor need only summarize or cross reference the parts of the Plan already developed elsewhere in the contract.

### JG.1 WORK FORCE

This Contract includes certain provisions on Equal Opportunity and Affirmative Action. These provisions are found in clauses contained in the Section I Clauses entitled, *Equal Opportunity, Affirmative Action Compliance Requirements for Construction, Affirmative Action for Disabled Veterans – Veterans of the Vietnam War, Affirmative Action For Workers with Disabilities, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era*, and regulatory guidance is found at Federal Acquisition Regulation (FAR) Part 22 (48 Code of Federal Regulation (CFR) Part 22). The Contractor should discuss its policies and plans for implementing these provisions in its operations. If the Contractor already has procedures in place, these should be discussed and copies of any policies provided.

### JG.2 EDUCATIONAL OUTREACH

The Contractor should outline or discuss any programs already provided, or which it intends to provide, which will provide employees an opportunity to improve their employment skills and opportunities. These programs may include: educational assistance allowances, provision for outside training programs either during or outside regular work hours, and executive training programs for non-executive employees. The Contractor should also discuss any plans to participate in any programs supporting Historically Black Colleges and Universities.

Employee training and educational opportunities may also be subject to collective bargaining agreements at the site. If that is the case, it is not DOE intent that the Contractor develops an independent structure for employee training and educational opportunities. In preparation of its Diversity Plan, the Contractor should outline the requirements already placed on it under existing bargaining agreements, discuss any proposals for changes to be raised at any future bargaining sessions, and discuss any educational or training programs which it operates, or will operate, independently of those provided by the unions.

### JG.3 COMMUNITY INVOLVEMENT AND OUTREACH

Contractor community relations activities could include support for the following activities: support for science, mathematics and engineering education; support for community service organizations; assistance to governmental and community service organizations and for equal opportunity activities; and community assistance in connection with work force reduction plans. The Contractor may provide support to these activities through direct sponsorship or making individual employees available to work with the specific community activity. Depending upon the terms negotiated between the Department and the Contractor, some of these costs may be reimbursable. The Contractor's Diversity Plan should discuss the Contractor's existing and planned activities promoting community involvement of its employees as well as the corporation.

## JG.4 SUBCONTRACTING

The Contract contains Section I Clauses entitled, *Small Business Subcontracting Plan*, and other small business-related clauses (e.g., Section I Clauses entitled, *Utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, Liquidated Damages-Subcontracting Plan*). Additional guidance is provided in Appendix H, *Small Business and Small Disadvantaged Business Subcontracting Plan*. If the Contractor has already met the requirements under Section I Clause entitled, *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan*, and the referenced Appendix, this information should be briefly summarized and/or provided as an attachment to the Diversity Plan. If the Contractor is participating, or plans to participate, in the DOE Mentor Protégé Program, this involvement, or planned involvement, should be summarized or discussed. Information concerning its subcontracting plans already developed and submitted by the Contractor does not need to be redeveloped or renegotiated by the Contractor.

## JG.5 ECONOMIC DEVELOPMENT (INCLUDING TECHNOLOGY TRANSFER)

Many of the DOE contract actions include Technology Transfer provisions that may be found in the Section I, *Contract Clauses*, or among the patent and intellectual property clauses of Section I. Planning or activities developed under the Technology Transfer clause may apply to this element of the Contractor's Diversity Plan. Additionally, some of the subcontracting activities planned by the Contractor with small business or small disadvantaged businesses may be entered into for the purpose of assisting the economic development of or transferring technology to such a business. The Contractor's Diversity Plan should outline and discuss its planned activities promoting economic diversification of the local community.

SECTION J
APPENDIX H – MAKE OR BUY PLAN

The requirement for a Make or Buy Plan was deleted per Policy Flash 2006.23 entitled "Final Rule – Elimination of the Make-or-Buy Plan Requirements for Management and Operating Contracts". April 2006

# SECTION J
## APPENDIX I - SMALL BUSINESS SUBCONTRACTING PLAN

This Section reserved for FY2006 and FY2007 Small Business Subcontracting Plans.

## SECTION J
## APPENDIX J - WAGE DETERMINATION UNDER THE SERVICE CONTRACT ACT

Wage Determination No. 1994-2569 Rev (24) with a revision date of 05/23/2005 is attached.

WAGE DETERMINATION NO: 94-2569 REV (24) AREA: WA,YAKIMA

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2570

*****************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER<br>THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C. 20210 |
| William W.Gross Division of<br>Director Wage Determinations | Wage Determination No.: 1994-2569<br>Revision No.: 24<br>Date Of Revision: 05/23/2005 |

States: Oregon, Washington

Area: Oregon Counties of Baker, Grant, Harney, Malheur, Morrow, Umatilla, Union, Wallowa, Wheeler
Washington Counties of Benton, Franklin, Walla Walla, Yakima

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 10.69 |
| 01012 - Accounting Clerk II | 11.99 |
| 01013 - Accounting Clerk III | 13.67 |
| 01014 - Accounting Clerk IV | 16.51 |
| 01030 - Court Reporter | 16.45 |
| 01050 - Dispatcher, Motor Vehicle | 16.34 |
| 01060 - Document Preparation Clerk | 12.01 |
| 01070 - Messenger (Courier) | 9.70 |
| 01090 - Duplicating Machine Operator | 12.01 |
| 01110 - Film/Tape Librarian | 13.35 |
| 01115 - General Clerk I | 10.01 |
| 01116 - General Clerk II | 11.26 |
| 01117 - General Clerk III | 12.29 |
| 01118 - General Clerk IV | 13.79 |
| 01120 - Housing Referral Assistant | 18.66 |
| 01131 - Key Entry Operator I | 11.26 |
| 01132 - Key Entry Operator II | 12.29 |
| 01191 - Order Clerk I | 11.26 |
| 01192 - Order Clerk II | 12.29 |
| 01261 - Personnel Assistant (Employment) I | 12.17 |
| 01262 - Personnel Assistant (Employment) II | 13.48 |
| 01263 - Personnel Assistant (Employment) III | 15.28 |
| 01264 - Personnel Assistant (Employment) IV | 17.11 |
| 01270 - Production Control Clerk | 18.72 |
| 01290 - Rental Clerk | 12.75 |
| 01300 - Scheduler, Maintenance | 14.12 |
| 01311 - Secretary I | 14.12 |
| 01312 - Secretary II | 15.78 |
| 01313 - Secretary III | 18.66 |
| 01314 - Secretary IV | 20.92 |

| | |
|---|---|
| 01315 - Secretary V | 2[illegible].14 |
| 01320 - Service Order Dispatcher | 16.61 |
| 01341 - Stenographer I | 13.21 |
| 01342 - Stenographer II | 14.66 |
| 01400 - Supply Technician | 20.92 |
| 01420 - Survey Worker (Interviewer) | 13.81 |
| 01460 - Switchboard Operator-Receptionist | 11.42 |
| 01510 - Test Examiner | 15.78 |
| 01520 - Test Proctor | 15.78 |
| 01531 - Travel Clerk I | 12.20 |
| 01532 - Travel Clerk II | 13.12 |
| 01533 - Travel Clerk III | 14.03 |
| 01611 - Word Processor I | 11.84 |
| 01612 - Word Processor II | 13.29 |
| 01613 - Word Processor III | 14.87 |
| 03000 - Automatic Data Processing Occupations | |
| 03010 - Computer Data Librarian | 12.17 |
| 03041 - Computer Operator I | 14.50 |
| 03042 - Computer Operator II | 16.78 |
| 03043 - Computer Operator III | 20.58 |
| 03044 - Computer Operator IV | 23.79 |
| 03045 - Computer Operator V | 25.52 |
| 03071 - Computer Programmer I (1) | 17.97 |
| 03072 - Computer Programmer II (1) | 23.03 |
| 03073 - Computer Programmer III (1) | 27.62 |
| 03074 - Computer Programmer IV (1) | 27.62 |
| 03101 - Computer Systems Analyst I (1) | 26.40 |
| 03102 - Computer Systems Analyst II (1) | 27.62 |
| 03103 - Computer Systems Analyst III (1) | 27.62 |
| 03160 - Peripheral Equipment Operator | 14.50 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automotive Body Repairer, Fiberglass | 18.71 |
| 05010 - Automotive Glass Installer | 16.84 |
| 05040 - Automotive Worker | 16.84 |
| 05070 - Electrician, Automotive | 17.78 |
| 05100 - Mobile Equipment Servicer | 14.95 |
| 05130 - Motor Equipment Metal Mechanic | 18.71 |
| 05160 - Motor Equipment Metal Worker | 16.84 |
| 05190 - Motor Vehicle Mechanic | 18.71 |
| 05220 - Motor Vehicle Mechanic Helper | 14.00 |
| 05250 - Motor Vehicle Upholstery Worker | 15.88 |
| 05280 - Motor Vehicle Wrecker | 16.84 |
| 05310 - Painter, Automotive | 17.78 |
| 05340 - Radiator Repair Specialist | 16.84 |
| 05370 - Tire Repairer | 14.44 |
| 05400 - Transmission Repair Specialist | 18.71 |
| 07000 - Food Preparation and Service Occupations | |
| (not set) - Food Service Worker | 9.89 |
| 07010 - Baker | 15.66 |
| 07041 - Cook I | 13.97 |
| 07042 - Cook II | 15.66 |
| 07070 - Dishwasher | 9.89 |
| 07130 - Meat Cutter | 15.66 |
| 07250 - Waiter/Waitress | 11.04 |
| 09000 - Furniture Maintenance and Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 17.78 |
| 09040 - Furniture Handler | 11.71 |
| 09070 - Furniture Refinisher | 17.78 |
| 09100 - Furniture Refinisher Helper | 14.00 |
| 09110 - Furniture Repairer, Minor | 15.88 |

| | |
|---|---|
| 09130 - Upholsterer | 17.78 |
| 11000 - General Services and Support Occupations | |
| 11030 - Cleaner, Vehicles | 10.30 |
| 11060 - Elevator Operator | 10.88 |
| 11090 - Gardener | 15.35 |
| 11121 - House Keeping Aid I | 8.76 |
| 11122 - House Keeping Aid II | 10.39 |
| 11150 - Janitor | 11.97 |
| 11210 - Laborer, Grounds Maintenance | 12.13 |
| 11240 - Maid or Houseman | 9.22 |
| 11270 - Pest Controller | 17.88 |
| 11300 - Refuse Collector | 11.97 |
| 11330 - Tractor Operator | 14.51 |
| 11360 - Window Cleaner | 13.35 |
| 12000 - Health Occupations | |
| 12020 - Dental Assistant | 15.03 |
| 12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 14.21 |
| 12071 - Licensed Practical Nurse I | 13.43 |
| 12072 - Licensed Practical Nurse II | 15.05 |
| 12073 - Licensed Practical Nurse III | 16.85 |
| 12100 - Medical Assistant | 13.05 |
| 12130 - Medical Laboratory Technician | 14.05 |
| 12160 - Medical Record Clerk | 12.74 |
| 12190 - Medical Record Technician | 13.95 |
| 12221 - Nursing Assistant I | 8.51 |
| 12222 - Nursing Assistant II | 9.56 |
| 12223 - Nursing Assistant III | 10.43 |
| 12224 - Nursing Assistant IV | 11.70 |
| 12250 - Pharmacy Technician | 14.10 |
| 12280 - Phlebotomist | 13.01 |
| 12311 - Registered Nurse I | 21.08 |
| 12312 - Registered Nurse II | 25.81 |
| 12313 - Registered Nurse II, Specialist | 25.81 |
| 12314 - Registered Nurse III | 31.23 |
| 12315 - Registered Nurse III, Anesthetist | 31.23 |
| 12316 - Registered Nurse IV | 37.40 |
| 13000 - Information and Arts Occupations | |
| 13002 - Audiovisual Librarian | 19.71 |
| 13011 - Exhibits Specialist I | 16.31 |
| 13012 - Exhibits Specialist II | 20.37 |
| 13013 - Exhibits Specialist III | 22.58 |
| 13041 - Illustrator I | 16.31 |
| 13042 - Illustrator II | 20.37 |
| 13043 - Illustrator III | 22.58 |
| 13047 - Librarian | 24.50 |
| 13050 - Library Technician | 14.95 |
| 13071 - Photographer I | 15.80 |
| 13072 - Photographer II | 17.86 |
| 13073 - Photographer III | 22.21 |
| 13074 - Photographer IV | 25.64 |
| 13075 - Photographer V | 28.46 |
| 15000 - Laundry, Dry Cleaning, Pressing and Related Occupations | |
| 15010 - Assembler | 8.96 |
| 15030 - Counter Attendant | 8.96 |
| 15040 - Dry Cleaner | 11.32 |
| 15070 - Finisher, Flatwork, Machine | 8.96 |
| 15090 - Presser, Hand | 8.96 |
| 15100 - Presser, Machine, Drycleaning | 8.96 |
| 15130 - Presser, Machine, Shirts | 8.96 |
| 15160 - Presser, Machine, Wearing Apparel, Laundry | 8.96 |

| | |
|---|---|
| 15190 - Sewing Machine Operator | 12.11 |
| 15230 - Tailor | 12.90 |
| 15250 - Washer, Machine | 9.75 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 19.85 |
| 19040 - Tool and Die Maker | 24.06 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 17.35 |
| 21020 - Material Coordinator | 18.32 |
| 21030 - Material Expediter | 18.32 |
| 21040 - Material Handling Laborer | 10.66 |
| 21050 - Order Filler | 11.41 |
| 21071 - Forklift Operator | 12.44 |
| 21080 - Production Line Worker (Food Processing) | 12.44 |
| 21100 - Shipping/Receiving Clerk | 12.03 |
| 21130 - Shipping Packer | 12.03 |
| 21140 - Store Worker I | 10.09 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 13.76 |
| 21210 - Tools and Parts Attendant | 12.44 |
| 21400 - Warehouse Specialist | 12.76 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 20.53 |
| 23040 - Aircraft Mechanic Helper | 15.40 |
| 23050 - Aircraft Quality Control Inspector | 21.65 |
| 23060 - Aircraft Servicer | 17.47 |
| 23070 - Aircraft Worker | 18.52 |
| 23100 - Appliance Mechanic | 19.56 |
| 23120 - Bicycle Repairer | 14.44 |
| 23125 - Cable Splicer | 22.64 |
| 23130 - Carpenter, Maintenance | 20.56 |
| 23140 - Carpet Layer | 18.52 |
| 23160 - Electrician, Maintenance | 23.74 |
| 23181 - Electronics Technician, Maintenance I | 18.43 |
| 23182 - Electronics Technician, Maintenance II | 20.50 |
| 23183 - Electronics Technician, Maintenance III | 21.69 |
| 23260 - Fabric Worker | 17.64 |
| 23290 - Fire Alarm System Mechanic | 21.69 |
| 23310 - Fire Extinguisher Repairer | 16.27 |
| 23340 - Fuel Distribution System Mechanic | 21.69 |
| 23370 - General Maintenance Worker | 16.84 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 18.71 |
| 23430 - Heavy Equipment Mechanic | 21.15 |
| 23440 - Heavy Equipment Operator | 20.54 |
| 23460 - Instrument Mechanic | 21.69 |
| 23470 - Laborer | 10.66 |
| 23500 - Locksmith | 17.78 |
| 23530 - Machinery Maintenance Mechanic | 20.02 |
| 23550 - Machinist, Maintenance | 19.95 |
| 23580 - Maintenance Trades Helper | 14.00 |
| 23640 - Millwright | 21.69 |
| 23700 - Office Appliance Repairer | 20.29 |
| 23740 - Painter, Aircraft | 20.29 |
| 23760 - Painter, Maintenance | 17.78 |
| 23790 - Pipefitter, Maintenance | 23.43 |
| 23800 - Plumber, Maintenance | 22.26 |
| 23820 - Pneudraulic Systems Mechanic | 21.69 |
| 23850 - Rigger | 21.69 |
| 23870 - Scale Mechanic | 18.99 |
| 23890 - Sheet-Metal Worker, Maintenance | 22.64 |
| 23910 - Small Engine Mechanic | 17.81 |

| | |
|---|---|
| 23930 - Telecommunication Mechanic I | 21.86 |
| 23931 - Telecommunication Mechanic II | 22.83 |
| 23950 - Telephone Lineman | 21.69 |
| 23960 - Welder, Combination, Maintenance | 18.71 |
| 23965 - Well Driller | 21.69 |
| 23970 - Woodcraft Worker | 21.69 |
| 23980 - Woodworker | 16.27 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 9.13 |
| 24580 - Child Care Center Clerk | 12.40 |
| 24600 - Chore Aid | 10.51 |
| 24630 - Homemaker | 13.13 |
| 25000 - Plant and System Operation Occupations | |
| 25010 - Boiler Tender | 22.75 |
| 25040 - Sewage Plant Operator | 21.39 |
| 25070 - Stationary Engineer | 22.75 |
| 25190 - Ventilation Equipment Tender | 18.71 |
| 25210 - Water Treatment Plant Operator | 21.33 |
| 27000 - Protective Service Occupations | |
| (not set) - Police Officer | 25.74 |
| 27004 - Alarm Monitor | 15.04 |
| 27006 - Corrections Officer | 18.00 |
| 27010 - Court Security Officer | 22.25 |
| 27040 - Detention Officer | 18.00 |
| 27070 - Firefighter | 21.26 |
| 27101 - Guard I | 11.98 |
| 27102 - Guard II | 15.04 |
| 28000 - Stevedoring/Longshoremen Occupations | |
| 28010 - Blocker and Bracer | 18.99 |
| 28020 - Hatch Tender | 18.99 |
| 28030 - Line Handler | 18.99 |
| 28040 - Stevedore I | 17.64 |
| 28050 - Stevedore II | 20.34 |
| 29000 - Technical Occupations | |
| 21150 - Graphic Artist | 19.54 |
| 29010 - Air Traffic Control Specialist, Center (2) | 31.40 |
| 29011 - Air Traffic Control Specialist, Station (2) | 21.71 |
| 29012 - Air Traffic Control Specialist, Terminal (2) | 23.92 |
| 29023 - Archeological Technician I | 14.36 |
| 29024 - Archeological Technician II | 16.05 |
| 29025 - Archeological Technician III | 19.89 |
| 29030 - Cartographic Technician | 21.05 |
| 29035 - Computer Based Training (CBT) Specialist/ Instructor | 27.19 |
| 29040 - Civil Engineering Technician | 20.48 |
| 29061 - Drafter I | 11.56 |
| 29062 - Drafter II | 12.99 |
| 29063 - Drafter III | 16.69 |
| 29064 - Drafter IV | 19.89 |
| 29081 - Engineering Technician I | 13.26 |
| 29082 - Engineering Technician II | 14.88 |
| 29083 - Engineering Technician III | 17.97 |
| 29084 - Engineering Technician IV | 21.05 |
| 29085 - Engineering Technician V | 26.52 |
| 29086 - Engineering Technician VI | 35.66 |
| 29090 - Environmental Technician | 19.95 |
| 29100 - Flight Simulator/Instructor (Pilot) | 30.38 |
| 29160 - Instructor | 21.09 |
| 29210 - Laboratory Technician | 17.26 |
| 29240 - Mathematical Technician | 20.14 |
| 29361 - Paralegal/Legal Assistant I | 16.69 |

| | |
|---|---|
| 29362 - Paralegal/Legal Assistant II | 8.89 |
| 29363 - Paralegal/Legal Assistant III | 22.49 |
| 29364 - Paralegal/Legal Assistant IV | 27.21 |
| 29390 - Photooptics Technician | 20.14 |
| 29480 - Technical Writer | 20.64 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 20.02 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 24.22 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 29.03 |
| 29494 - Unexploded (UXO) Safety Escort | 20.02 |
| 29495 - Unexploded (UXO) Sweep Personnel | 20.02 |
| 29620 - Weather Observer, Senior (3) | 18.61 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 16.74 |
| 29622 - Weather Observer, Upper Air (3) | 16.74 |
| 31000 - Transportation/ Mobile Equipment Operation Occupations | |
| 31030 - Bus Driver | 14.13 |
| 31260 - Parking and Lot Attendant | 10.18 |
| 31290 - Shuttle Bus Driver | 12.63 |
| 31300 - Taxi Driver | 11.88 |
| 31361 - Truckdriver, Light Truck | 12.28 |
| 31362 - Truckdriver, Medium Truck | 13.95 |
| 31363 - Truckdriver, Heavy Truck | 16.89 |
| 31364 - Truckdriver, Tractor-Trailer | 16.89 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Animal Caretaker | 12.19 |
| 99030 - Cashier | 9.28 |
| 99041 - Carnival Equipment Operator | 13.74 |
| 99042 - Carnival Equipment Repairer | 14.68 |
| 99043 - Carnival Worker | 10.29 |
| 99050 - Desk Clerk | 9.13 |
| 99095 - Embalmer | 20.02 |
| 99300 - Lifeguard | 10.52 |
| 99310 - Mortician | 20.02 |
| 99350 - Park Attendant (Aide) | 13.21 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 10.52 |
| 99500 - Recreation Specialist | 15.29 |
| 99510 - Recycling Worker | 15.13 |
| 99610 - Sales Clerk | 11.18 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 11.54 |
| 99630 - Sport Official | 10.52 |
| 99658 - Survey Party Chief (Chief of Party) | 21.48 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 18.47 |
| 99660 - Surveying Aide | 13.50 |
| 99690 - Swimming Pool Operator | 19.25 |
| 99720 - Vending Machine Attendant | 15.89 |
| 99730 - Vending Machine Repairer | 19.25 |
| 99740 - Vending Machine Repairer Helper | 15.89 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. Al operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

REGISTER OF WAGE DETERMINATION UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON D.C. 20210

William W.Gross, Director
Division of Wage Determinations

Wage Determination No.: CBA-2006-188
Revision No.: 0
Date Of Last Revision: 3/7/2006

State: Washington

Area: Benton

---

Employed on Department of Energy, Office of River Protection. contract for planning, managing, and executing the Tank Farm Contract projects, operations, and other activities. Design, construct and commence operations of the Waste Treatment Plant for treating the tank farm waste..

Collective Bargaining Agreement between contractor: CH2M HILL Hanford Group, Inc., and union: Hanford Atomic Metal Trades Council (HAMTC), AFL-CIO, effective 4/1/2002 through 3/31/2007.

In accordance with Section 2(a) and 4(c) of the Service Contract Act, as amended, employees employed by the contractor(s) in performing services covered by the Collective Bargaining Agreement (s) are to be paid wage rates and fringe benefits set forth in the current collective bargaining agreement and modified extension agreement(s).

**SECTION J**
**APPENDIX K - SPECIAL BANK ACCOUNT AGREEMENT**

Contract No. 402794-A-C3 between the United States of America, represented by the Department of Energy (DOE) and Battelle memorial Institute, corporation/legal entity existing under the laws of the State of Ohio, has been extended to June 30, 2006. This Special Bank Account Agreement covers CH2M HILL Hanford.

SECTION J
APPENDIX L – RESERVED

**SECTION J**
**APPENDIX M – DAVIS-BACON WAGE DETERMINATION**

Wage Determination No. WA030009 dated December 02, 2005 is attached.

Superseded General Decision Number: WA020009

State: Washington

Construction Types: Building, Heavy and Highway

Counties: Benton and Franklin Counties in Washington.
(D.O.E. HANFORD SITE ONLY)

BENTON AND FRANKLIN COUNTIES (D.O.E. HANFORD SITE ONLY)
BUILDING (does not include residential construction consisting of single family homes and apartments up to and including 4 stories), HEAVY and HIGHWAY CONSTRUCTION

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 01/30/2004 |
| 2 | 01/14/2005 |
| 3 | 04/08/2005 |
| 4 | 07/08/2005 |
| 5 | 11/04/2005 |
| 6 | 12/02/2005 |

SUWA2001-001 09/03/2001

(D.O.E. HANFORD SITE ONLY)

| | Rates | Fringes |
|---|---|---|
| Asbestos/Insulator Worker......$ | 26.29 | 11.28 |
| Boilermaker....................$ | 28.10 | 17.62 |
| Bricklayer.....................$ | 24.46 | 9.71 |
| Carpenters: | | |
| Boom man....................$ | 23.72 | 7.75 |
| Carpenters..................$ | 24.18 | 7.75 |
| Millwright & Machine erector$ | 25.29 | 7.75 |
| Piledriver..................$ | 24.45 | 7.75 |
| Sawfiler, Stationary Power Woodworking Tool Operator...$ | 23.34 | 6.00 |
| Cement Masons: | | |
| GROUP 1.....................$ | 22.73 | 7.43 |
| GROUP 2.....................$ | 23.35 | 7.43 |
| GROUP 3.....................$ | 23.86 | 7.43 |
| Electricians: | | |
| Cable Splicers..............$ | 31.45 | 3%+12.43 |
| Electricians................$ | 29.95 | 3%+12.43 |
| Ironworker.....................$ | 27.42 | 13.89 |
| Laborers: | | |
| GROUP 1.....................$ | 19.81 | 6.95 |
| GROUP 2.....................$ | 20.08 | 6.95 |
| GROUP 3.....................$ | 20.35 | 6.95 |
| GROUP 4.....................$ | 20.63 | 6.95 |
| GROUP 5.....................$ | 21.19 | 6.95 |
| Marble Mason (inside)..........$ | 21.30 | 6.68 |
| Painter (includes tape finishers, soft floor covers, glaziers, spray painters, steel painters, steam clean | | |

| | | |
|---|---|---|
| and acid etching, sign writers) | $ 20.84 | 6.53 |
| Plumber/Pipefitter | $ 31.61 | 16.61 |
| Power equipment operators: | | |
| GROUP 1 | $ 22.34 | 7.87 |
| GROUP 2 | $ 22.66 | 7.87 |
| GROUP 3 | $ 23.27 | 7.87 |
| GROUP 4 | $ 23.59 | 7.87 |
| GROUP 5 | $ 23.87 | 7.87 |
| GROUP 6 | $ 24.14 | 7.87 |
| GROUP 7 | $ 25.24 | 7.87 |
| GROUP 8 | $ 26.58 | 7.87 |
| Roofer, Waterprofer, Kettleman | $ 21.50 | 6.75 |
| Sheet metal worker | $ 25.87 | 12.75 |
| Sprinkler Fitter | $ 24.45 | 12.75 |
| Terrazzo Worker & Tile Setter | $ 21.12 | 6.68 |
| Truck Driver | | |
| GROUP 1 | $ 18.64 | 10.42 |
| GROUP 2 | $ 20.91 | 10.42 |
| GROUP 3 | $ 20.95 | 10.42 |
| GROUP 4 | $ 21.24 | 10.42 |
| GROUP 5 | $ 21.35 | 10.42 |
| GROUP 6 | $ 21.52 | 10.42 |
| GROUP 7 | $ 22.05 | 10.42 |
| GROUP 8 | $ 22.38 | 10.42 |

CEMENT MASON CLASSIFICATIONS

GROUP 1: Rodding, tamping, floating, troweling, patching, stoning, rubbing, sack rubbing; All exposed aggregate finishing; Setting of screeds, screeds forms, curb and gutter and sidewalk forms; Preparation of all concrete for caulking of the joints and the caulking of expansion joints; Preparation of concrete for the application of hardners, sealers and curing compounds and their application; Grouting and dry packing of machine base; Removal of snap ties and she bolts prior to patching of concrete

GROUP 2: Power troweling machine operator; Troweling of magnesite, torganal or material with epoxy bases of oxichloride base; All power grinders, bushing hammer, chipping gun; All sandblasting for architectural finishes and exposing of aggregate for finish; Concrete sawing and cutting for expansion joints and scoring for decorative patterns; Operating of Clary-type floats, Longitudinal Floats, Rodding Machines and Belting Machines; Scarifiers; Working on scaffolds

GROUP 3: Grinding, bushing or chipping of toxic materials or high density concrete; Operating of power tools on a scaffold

LABORER CLASSIFICATIONS

GROUP 1: Brush Hog Feeder; Carpenter Tender; Cement Handler; Concrete Ssignalman; Concrete Crewman (to include Stripping of forms, hand operating jacks on slip form construction, application of concrete curing compounds, pumpcrete machine, signaling, handling the nozzle of squeezcrete or similar machine- 6 inches and smaller); Crusher Feeder;

Demolition (to include clean-up, burning, loading, wrecking and salvage of all material); Dumpman; Fence Erector (to include Guard Rail, guide and reference posts, sign posts, and right-of-way markers); Flagman; Form cleaning machine feeder; Stacker; General Laborer; Group Machine Header Tender; Miner, Class "A" (to include bull gang, concrete crewman, dumpman and pumpcrete crewman, including distributing pipe, assembly and dismantle, and nipper); Nipper; Riprap Man; Sandblast Tailhoseman, wood or steel; Scaleman; Stake Jumper; Structural Mover (to include separating foundation, preparation, cribbing, shoring, jacking and unloading of structures); Tailhoseman (water nozzle); Timber Bucker and Faller (by hand); Truck Loader; Wellpoint Man; Window Cleaner

GROUP 2: Asphalt Raker; Asphalt Roller, walking; Cement Finisher Tender; Concrete Saw, walking; Demolition Torch; Dope Pot Fireman, non-mechanical; Driller Tender (when required to move and position machine); Form Setter, paving; Grade Checker using level optional; Jackhammer Operator; Miner, Class "B" (to include brakeman, finisher, vibrator, and form setter); Nozzleman (to include squeeze and flow-crete nozzle); Nozzleman, water, air or steam; Pavement Breaker (under 90 lbs); Pipelayer, corrugated metal culvert; Pipelayer, multi-section; Pot Tender; Power Buggy Operator; Power Tool Operator, gas, electrical, pneumatic; Rodder and Spreader; Tamper (to include operation of Barco, Essex and similar Tampers); Trencher, Shawnee; Tugger Operator; Wagon Drills; Wheelbarrow, power driven; Water Pipe Liner

GROUP 3: Air Track Drill; Bit Grinder; Brush Machine (to include Horizontal construction joint clean-up brush machine, power propelled); Caisson Worker, free air; Chain Saw Operator and Faller; Concrete Stack (to include Laborers when working on free standing concrete stacks for smoke or fume control above 40 ft high); Gunnite (to include operation of machine and nozzle); High Scaler; Hod Carrier; Miner, Class "C" (to include miner, nozzleman for concrete, and laser beam oeprator on tunnels); Monitor Operator (air track or similar mounting); Mortar Mixer; Nozzleman (to include jet blasting nozzleman, over 1200 lbs., jet blast machine, power propelled, sandblast nozzle); Pavement Breaker, 90 lbs. & over; Pipelayer (to include working topman, caulker, collarman, jointer, mortarman, rigger, jacker, shorer, valve or meter installer, tamper); Pipewrapper; Vibrators (all)

GROUP 4: Drills with dual masts; Miner Class "D" (to include raise and shaft miner, laser beam operator on raises and shafts)

GROUP 5: Powderman

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Bit Grinders; Bolt Threading Machine; Compressors (under 2000 CFM, gas, diesel or electric power); Crusher Feeder (mechanical); Deck Hand; Drillers Tender; Fireman and Heater Tender; Grade Checker; Tender Mechanic or

Welder, H.D.; Hydro-Seeder, Mulcher, Nozzleman; Oiler; Oiler and Cable Tender, Mucking Machine; Pumpman; Rollers, all types on subgrade (farm type, Case, John Deere and similar, or Compacting Vibrator), except when pulled by Dozer with operable blade; Steam Cleaner; Welding Machine

GROUP 2: A-Frame Truck (single drum); Assistant Refrigeration Plant (under 1000 ton); Assistant Plant Operator, Fireman or Pugmixer (asphalt); Bagley or Stationary Scraper; Belt Finishing Machine; Blower Operator (cement); Cement Hog; Compresor (2000 CFM or over, 2 or more, gas, diesel or electric power); Concrete Saw (multiple cut); Distributor Leverman; Ditch Witch or similar; Elevator, hoisting materials; Dope Pots (power agitated); Fork Lift or Lumber Stacker, Hydra-lift and similar; Gin Trucks (pipeline); Hoist, single drum; Loaders (bucket, elevators and conveyors); Longitudinal Float; Mixer (portable - concrete); Pavement Breaker, Hydra-hammer and similar; Power Broom; Spray Curing Machine (concrete); Spreader Box (self-propelled); Straddle Buggy (Ross and similar on construction job only); Tractor (Farm type R/T with attachments, except Backhoe); Tugger Operator

GROUP 3: A-Frame Truck (2 or more drums); Assistant Regrigeration Plant and Chiller Operator (over 1000 ton); Backfillers (Cleveland and similar); Batch Plant and Wet Mix Operator single unit (concrete); Belt-crete Conveyors with power pack or similar; Belt Laoder (Kocal or similar); Bend Machine; Bob Cat; Boring Machine (earth); Boring Machine (rock under 8 inch bit) (Quarry Master, Joy or similar); Bump Cutter (Wayne, Saginau or similar); Canal Lining Machine (concrete) Chipper (without crane), Cleaning and Doping Machine (pipeline); Curb Extruder (Asphalt and Concrete); Deck Engineer; Elevating Belt-type Loader (Euclid, Barber Green and similar); Elevating Grader-type Loader (Dumor, Adams or similar); Generator Plant Engineers (diesel, electric); Gunite Combination Mixer and Compressor; Locomotive Engineer; Mixermobile; Posthole Auger or Punch; Pump (grout or jet); Soil Stabilizer (P & H or similar); Spreader Machine; Surface Heater and Planer Machine; Tractor (to D-6 or equivalent) and Traxacavator; Traverse Finish Machine; Turnhead Operator

GROUP 4: Blade Operator (motor patrol and attachments); Concrete Pumps (squeeze-crete, flow-crete, pump-crete, Whitman and similar); Drilling Equipment (8 inch bit and over) (Robbins, reverse circulation and similar); Drills (Churn, Core, Calyx, or Diamond); Equipment Serviceman, Greaser and Oiler; Hoe Ram; Hoist (2 or more drums or Tower Hoist); Loaders (overhead and front-end, under 4 yards R/T); Paving (Dual Drum) Rubber Tire; Refrigeration Plant Engineers (under 1000 ton); Signalman (Whileys, Highline, Hammerheads or similar); Skidders (R/T with or without attachments); Screed Operator; Trenching Machines (under 7 ft depth capacity); Vacuum Drill (reverse circulation drill under 8 inch bit)

GROUP 5: Automatic Subgrader (Ditches and Trimmers) (Autograde, ABC, R.A. Hansen and similar on grade wire); Backhoe (under 1 yd); Batch Plant (over 4 units); Batch and

Wet Mix Operator (multiple units, 2 and including 4); Boat Operator; Cableway Controller (dispatcher); Concrete Pump Boom Truck; Conveyor Aggregate Placement Equipment; Cranes (25 tons and under); Derricks and Stifflegs (under 65 tons); Drill Doctor; Multiple Dozer Units with single blade; Paving Machine (asphalt and concrete); Piledriving Engineers; Rollerman (finishing pavement); Trenching Machines (7 ft depth and over)

GROUP 6: Asphalt Plant Operator (Backhoes (1 yd to 3 yds); Blade (finish and bluetop) Automatic, CMI, ABC and similar when used as automatic; Boom Cats (side); Cableway Operators; Clamshell Operators (under 3 yds); Concrete Slip Form Paver; Cranes (over 25 tons, including 45 tons); Crusher, Grizzle and Screening Plant Operator; Draglines (under 3 yds); Elevating Belt (holland type); Gradall (1 yd to 3 yds); H.D. Mechanic; H.D. Welder; Loader Operator (front-end and overhead, 4 yards, including 8 yds); Mucking Machine; Quadtrack or similar equipment; Rubber-tired Scrapers; Shovels (under 3 yds); Tractors (D-6 and equivalent and over); Vactor Guzzler, Super Sucker; Concrete Cleaning/Decontamination Machine; Ultra High Pressure Waterjet Cutting Tool System (30,000 psi); Vacuum Blasting Machine Operator

GROUP 7: Backhoes (3 yds and over); Cranes (All Cranesover 45 tons, including 100 tons) Climbing, Rail and Tower Cranes up to including 45 tons; Clamshell Operator (3 yds. and over); Derricks and Stifflegs (65 tons and over); Draglines (3 yds and over); Lead Water Well Driller; Loader (360 degrees revolving Koehring Scooper or similar); Loaders (overhead and front-end, over 8 yds); Shovels (3 yds and over); Whirleys and Hammerheads, all

GROUP 8: Cranes(all cranes over 100 tons); Climbing, Rail and Tower Cranes over 45 tons

ALL CRANE BOOMS, INCLUDING TOWER CRANES:
Measure from center of rotation to center of shaft (radius):
130 ft TO 200 ft .30 hr. additional to classification
Over 200 ft .60 hr. additional to classificaiton

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Escort Driver or Pilot Car tender and swamper, Pickup Hauling Employees or Materials

GROUP 2: Flat Bed Truck, single rear axle; Fork Lift, 3000 lbs and under; Leverperson Loading Trucks at Bunkers; Seeder and Mulcher; Stationary Fuel Operator; Team Driver; Tractor (small rubber tired, pulling trailer or similar equipment); Trailer Mounted hydro Seeder and Mulcher; Water Tank Truck, up to 1800 gallons

GROUP 3: Bus Driver or Employee Haul Driver; Flat Bed Truck, dual rear axle; Power Boat hauling employees or material

GROUP 4: Buggy Mobile and similar; Bulk Cement Tanks and Spreader; Power Operated Sweeper; Straddle Carrier (Ross, Hyster and similar); Water Tank Truck, 1801-4000 gallons

GROUP 5: Auto Crane, 2000 lbs capacity; Dumptor (6 yds and under); Flat Bed Truck (with hydraulic system); Fork Lift (3001-16,000 lbs); Fuel Truck Driver, steam cleaner and washer; Rubber-tired Tunnel Jumbo; Scissors Truck; Slurry Truck Driver; Transite Mixers & mixers hauling concrete 3 yd to and including 6 yd.; Wrecker and Tow Trucks

GROUP 6: A-Frame; Service Greaser; Tireperson; Truck, side, end, and bottom & articulated end dump (up to and including 12 yds); Water Tank Truck, 4001 to 8000 gallons

GROUP 7: Dumps, semi-end; Flagerty Spreader Box Driver; Flowboys; Fork lift, 16,000 lbs and over; Lowboy, 50 tons and under; Mechanic, Field; Oil Distributors Driver (road, bootperson, leverperson); and Oil Tank Driver; Self-Loading Roll Off and Dumpster over 6 yds; Stringer Truck (cable operated trailer); Tractor with Steer Trailer; Transfer Truck & Trailer; Transit Mixers & Truck Hauling Concrete: over 6 yards to and including 20 yards; Truck & Pup; Trucks, side, end, bottom, & articulated end dump: over 12 yards to and including 100 yards; Truck Mounted Crane (with load-bearing surface, either mounted or pulled) up to 14 tons; Turnarocker, DWs & similar, with 2 or or more 4 wheel-power tractor with trailer, gallonage or yardage scale, whichever is greater; Vacuum truck (super sucker, guzzler, etc.); Water Tank Truck, 8,001 to 14,000

GROUP 8: Lowboy, over 50 tons; Prime movers & stinger truck; Transit Mixers and truck hauling concrete, over 20 yards; Trucks, side, end bottom and articulated end dump, over 100 yards.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination

* a Wage and Hour Division letter setting forth a position on
* a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISION

## SECTION J
## APPENDIX N – HANFORD SITE STABILIZATION AGREEMENT

The Hanford Site Stabilization Agreement (HSSA) is located at the following website:

http://www.hanford.gov/pmm/downloads/hssa/html. The contractor is responsible for complying with the most recent version of the HSSA.

## SECTION J
## APPENDIX O – INTERFACE DOCUMENTS SPECIFIC TO WTP INTERFACES

The following documents establish the Contractor's baseline performance obligations related to interfaces with the WTP.

### JO.1 Interface Management Plan

Interface Management Plan – Document Number 24590-WTP-PL-MG-01-001, Rev 1.

### JO.2 Interface Control Documents

The following are the active Interface Control Documents to be maintained and revised in accordance with the Interface Management Plan:

| | |
|---|---|
| ICD1: | Raw Water |
| ICD 2: | Potable Water |
| ICD 3: | Radioactive Solid Wastes |
| ICD 5: | Non-Radioactive, Non-Dangerous Liquid Effluents |
| ICD 6: | Radioactive Dangerous Liquid Effluents |
| ICD 9: | Land for Siting |
| ICD 11: | Electricity |
| ICD 12: | Roads |
| ICD 14: | Immobilized High-Level Waste |
| ICD 15: | Immobilized Low-Activity Waste |
| ICD 19: | Low-Activity Waste Feed |
| ICD 23: | Waste Treatability Samples |
| ICD 28: | Pit 30 Aggregate Supply for Construction |

## SECTION J
## APPENDIX P – PROVISIONAL PAYMENT OF FEE METHODOLOGY/CRITERIA

This section is deleted.