IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING A COPY OF THE BOARD ANSWER

Pursuant to the Court's order, dated January 30, 2008, defendant, the United States, respectfully submits the attached copy of respondent's amended answer, filed August 20, 2007, in appeal No. 708, before the Civilian Board of Contract Appeals.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

February 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 4, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING A COPY OF THE BOARD ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier