IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CH2M HILL HANFORD GROUP, INC., Plaintiff, | |
| v. | No. 07-494C |
| THE UNITED STATES, Defendant. | (Chief Judge Damich) |

NOTICE OF FILING CONTRACT AMENDMENTS

Pursuant to the order of the Court at the hearing in this case, held on February 5, 2008, plaintiff, CH2M Hill Hanford Group, Inc. (CH2M HILL), and defendant, the United States, respectfully submit the attached contract amendments. The parties stipulate that these amendments include the contract text relied upon by the parties in connection with the motion to consolidate this case with a board case, previously filed by the United States.

Lockheed Martin Hanford Company (LMHC) became the Tank Farm prime contractor after DOE formed the Office of River Protection (ORP) in 1998. LMHC and DOE entered into Contract No. DE-AC06-99RL14047 on September 30, 1999.

CH2M HILL purchased LMHC in December 1999. Modification 006 to the contract recognized the name change, and stated that "all rights and obligations of the Government and the Contractor under this contract are unaffected by this change." Modification 026 changed the contract number from DE-AC06-99RL14047 to DE-AC27-99RL14047, but made no substantive changes to the contract.

(Modifications 006 and 026 are available through the website links previously provided to the Court.)

The first amendment attached to this notice is modification 30. In general terms, modification 30 substitutes new contract provisions for the period October 1, 2002 through September 30, 2006. Both this suit and the board case make claims for fee during this period.

The remaining amendments attached to this notice include changes to provisions related to incentive fee, the baseline, or funding. These amendments are numbered: 47, 48, 50, 54, 57, 60, 64, 66. 70, 77, 79, 82, 96, 100, 115, and 116.

Respectfully submitted,

S/ Kenneth B. Weckstein
KENNETH B. WECKSTEIN
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
Tele: 202-861-1860
Fax: 202-296-2882

Attorney for Plaintiff

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

February 8, 2008

CERTIFICATE OF FILING

I hereby certify that on February 8, 2008 a copy of the foregoing "NOTICE OF FILING CONTRACT AMENDMENTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier