0100041

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 168

2. AMENDMENT/MODIFICATION NO. M030

3. EFFECTIVE DATE See Block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO. DE-AC27-99RL14047

10B. DATED (SEE ITEM 13) September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
$0.00 N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ✓ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Mutual agreement, and Section F, Clause F.3 "Option to Extend the Term of the Contract (Modification A000)" |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this contract modification is to exercise the Government's option to extend the term of the contract, and replaces in their entirety Sections B through I, and Section J, Appendices A through C, and Appendices E through H, of the existing contract, with the attached Sections B through I, and Section J, Appendices A through C, and Appendices E through H. The existing cover page of Section J, Appendix D, is replaced by the attached Section J, Appendix D cover page. This modification also incorporates the attached Performance Incentives and Table D-1 into the contract at Section J, Appendix D. The attached performance incentives are effective as of October 1, 2000. All remaining provisions of this modification are effective as of the date in Block 16C. In addition, there is no change to the existing Section J, Appendices I, J, and K. See attached.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Mary P. DeLozier, President and General Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Harry L. Boston, Manager

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
*(Signature of Contracting Officer)*

16C. DATE SIGNED

Section A

Section B

# PART I – THE SCHEDULE
## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

### TABLE OF CONTENTS


| Clause | Title | Page |
|---|---|---|
| B.1 | Services Being Acquired | 1 |
| B.2 | Obligation of Funds | 1 |
| B.3 | Estimated Cost and Fee | 1 |
| B.4 | Availability of Appropriated Funds | 2 |

**PART I – THE SCHEDULE**
**SECTION B**
**SUPPLIES OR SERVICES AND PRICES/COSTS**

## B.1 SERVICES BEING ACQUIRED

The Contractor shall be responsible for planning, managing, and executing the U.S. Department of Energy (DOE) Office of River Protection (DOE-ORP) River Protection Project (RPP) operations, projects, and other activities as described in Section C, Statement of Work, of this Contract.

## B.2 OBLIGATION OF FUNDS

Pursuant to the Section I Clause entitled, *Obligation of Funds*, the total amount obligated by the Government with respect to this Contract is $222,405,775.33.

## B.3 ESTIMATED COST AND FEE

The estimated cost of the Contract is the total Budget Authority (BA) provided to the Contractor from October 1, 1999, through September 30, 2000, ($404,392,374.76), plus the estimated new BA of $2,197,700,000 for the period October 1, 2000, through September 30, 2006, for an estimated total of $2,602,092,374.76.

The estimated BA for fiscal year (FY) 2001 through FY 2006 is set forth in Table B-1. The BA includes Contractor Available Fee Pool, but excludes the DOE controlled budgetary accounts, "Safeguards and Security Assessments," "Headquarters Assessments," and "DOE-ORP Support Accounts."

BA set forth in Table B-1 is an estimate until the BA is formally provided to the Contractor at or near the beginning of each fiscal year.

If the estimated total BA for the baseline work for a fiscal year as set forth in Table B-1 varies from the actual funding by more than plus or minus 10%, or the complexity of the work scope changes significantly, the Contracting Officer may adjust the table (BA and Fee), for that year. The Fee adjustment shall be based on the fee curves and fee policy contained in the Department of Energy Acquisition Regulations (DEAR).

Unearned fee that is not forfeited for failure to meet contract or performance-based incentive requirements shall be accrued, if appropriate, or recorded as a commitment.

**Table B-1**
Estimated Budget Authority for Fiscal Years 2001-2006

| ($ in millions) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **FY01** | **FY02** | **FY03** | **FY04** | **FY05** | **FY06** | **Total** |
| New BA (Includes Fee) | $402.7 | $355 | $360 | $360 | $360 | $360 | $2,197.7 |
| Fee | $19.8 | $17.1 | $17.3 | $17.3 | $17.3 | $17.3 | $106.1 |

**B.4 AVAILABILITY OF APPROPRIATED FUNDS**

The duties and obligations of the Government calling for the expenditure of appropriated funds shall be subject to the availability of funds appropriated by the United States Congress, which the DOE may legally spend for authorized purposes. Any work performed beyond the funds obligated and/or performed without the written consent of the Contracting Officer shall be at the Contractor's own risk.

Section C

**PART I - THE SCHEDULE**
**SECTION C**
**STATEMENT OF WORK**

**TABLE OF CONTENTS**


| Clause | Title | Page |
|---|---|---|
| C.1 | Summary Description of Work | 1 |
| C.2 | Management Workscope | 2 |
| C.3 | River Protection Project | 13 |
| C.4 | Interim Design/Operations of Waste Treatment Project | 20 |
| C.5 | Support for Waste Treatment Project Contractor | 21 |
| C.6 | *Cross-Cutting Services* | 21 |
| C. 7 | Interactions with Other Prime Contractors | 21 |

**PART I - THE SCHEDULE**
**SECTION C**
**STATEMENT OF WORK**

## C.1 SUMMARY DESCRIPTION OF WORK

The Hanford Site has two major missions: (1) cleanup, and (2) science and technology. There are two major Office of Environmental Management (EM) programs associated with cleanup. The first is the River Protection Project (RPP), which entails cleanup of Hanford Site high- level waste (HLW), and is managed by the U.S. Department of Energy (DOE) Office of River Protection (DOE-ORP). The second is Project Hanford, which entails cleanup of the remainder of the Hanford Site, and is managed by the DOE Richland Operations Office (RL). The RPP will execute its workscope as part of the Hanford Waste Treatment Complex (HWTC) to treat and disposition Hanford Site HLW.

RPP is composed of two major scopes of work performed by two separate contractors. CH2M HILL Hanford Group, Inc ("Contractor") shall be responsible for planning, managing, and executing the Tank Farm Contract (TFC) projects, operations, and other activities as described in more detail in Section C.3, *River Protection Project -Technical Scope*, of this Statement of Work. The Hanford Waste Treatment and Immobilization Plant (WTP) contractor will design, construct and commence operations of the WTP for treating the tank farm waste.

The Contractor shall be responsible for interfacing and coordinating with other Hanford Site prime contractors in the performance of this work. Contractor shall ensure that requirements for services provided by Contractor to other Hanford Site contractors and received from other site contractors are integrated with other Hanford Site contractors and provided for in the Baseline identified in Section H Clause entitled, *Project Controls*. The Contractor shall establish appropriate arrangements with other Hanford Site prime contractors for the tasking and incentivization of work, consistent with the approved Hanford Site Services Manual.

The Contractor shall conduct business at the Hanford Site consistent with the following outcomes, which flow from the Hanford Strategic Plan.

- Maintain Tank Farms waste and infrastructure in a safe and stable configuration.
- Retrieve tank wastes to the extent needed for tank closure and deliver to the WTP contractor for treatment and immobilization.
- The immobilized low-activity waste (ILAW) fraction will be disposed onsite in a 200 Area disposal system.
- The immobilized high-level waste (IHLW) fraction will be interim stored until it can be shipped offsite for disposal (planned for the Yucca Mountain geologic repository).
- Incorporate the cesium/strontium capsules declared as waste into the HLW process for repository disposal.
- Efficiently and cost effectively close all Hanford Tank Farms.

Success in achieving these outcomes shall consider the following factors:

- Protection of worker safety and health, public safety and health, and the environment;
- Leadership and management effectiveness (Operations Management);
- Management responsiveness to customers (Customer Service);
- Responsive communications with external and internal Hanford customers; and
- Proficient partnering with other Hanford Site prime contractors.

Specific performance objectives, measures, and expectations are detailed in Section J, Appendix D, *Performance Based Incentives*, and Section C.3, *River Protection Project – Technical Scope*.

The Contractor shall integrate safety and environmental awareness into all activities, including those of subcontractors at all levels consistent with Integrated Safety Management principles. Work must be accomplished in a manner that achieves high levels of quality, protects the environment, the safety and health of workers and the public, and complies with requirements. The Contractor shall identify hazards, manage risks, identify and implement good management practices, and make continued improvements in environment, safety, health, and quality (ESH&Q) performance.

The Contractor shall seek ways to streamline work processes by the use of necessary and sufficient standards and requirements. This includes requesting relief in the form of exemptions from requirements when appropriate, such as when the cost of the requirement will exceed its expected benefits.

The Contractor shall furnish, or cause to be furnished, all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government), and otherwise do all things necessary for, or incident to, providing its best efforts so as to carry out in an efficient and effective manner all necessary work set forth in this Contract.

This Contract is intended to perform work necessary to reduce the potential risk to the public and the environment from the HLW on the Hanford Site. It is also intended to meet the DOE legal obligations and commitments in carrying out this work. DOE is in the process of modifying commitments with its regulators to better assure protection of the public and the environment. The work scope in this Contract is intended to meet ongoing changes and commitments with the regulators, as of the effective date of this contract extension. This Contract will be changed as required to assure that applicable legal obligations and commitments will be met.

The work scope of this Contract will be performed for the specified annual funding in Section B, *Supplies or Services and Prices/Costs*. Upon entering into this Contract the estimated Budgeted Cost of Work Scheduled (BCWS) is in excess of the total funding committed to in Section B. The Contractor is incentivized to perform the full work scope of this Contract, as set forth in the TFC Baseline, for the specified funding by planning and performing work more efficiently. The work scope of this Contract is incentivized such that Contractor fee is at risk if the scope of work is not performed as agreed.

## C.2 MANAGEMENT WORKSCOPE

(a) Project Planning

The Contractor shall:

(1) Perform planning based on the requirements, interfaces, endpoint targets and performance objectives provided in DOE guidance. This planning activity shall utilize systems engineering techniques assuring that the Contractor's workscope is integrated. The Contractor shall support required revisions of the Hanford Strategic Plan and will participate with other DOE prime contractors, regulators, stakeholders, and customers in strategic situation analysis, integrated baseline development discussions and issue definition, and resolution. This planning shall look beyond the period of this contract to the life-cycle of RPP projects.

(2) Complete and maintain an integrated life-cycle baseline which reflects: (a) technical scope of work specified in this Contract, (b) project/program schedules with critical paths identified, and (c) a validated cost profile based on a resource-loaded schedule. The Contractor shall use industry-proven methodology, which will interface with DOE specific management information systems, in the preparation of this technical, schedule and cost baseline. The Baseline shall be the basis for budget development, input to risk analysis, and prioritization of

work. The Baseline shall be developed and implemented in the Contractor's management system and shall be linked to the WTP contractor baselines to provide an integrated RPP baseline. Specifically, the Contractor shall:

(i) Organize the technical scope of work to be planned, managed, integrated, and reported using conventional project management techniques. The Contractor shall develop and use a Work Breakdown Structure (WBS), which will align with the DOE-ORP WBS.

(ii) Implement a systems engineering process, which supports the management and integration of workscope activities. The Contractor shall describe its approach to systems engineering in a Systems Engineering Management Plan as required in Section J, Appendix E, *Guidance for Other Required Plans*. The Contractors' selected approach to systems engineering should be based on best industry practices and should utilize a graded approach, as necessary.

(iii) Develop and implement a risk management process, which supports the management and integration activities under the authority of the Contract. The Contractor shall describe the approach to risk management specifically in the Risk Management Plan as required in Section J, Appendix E, *Guidance for Other Required Plans*.

(iv) Use a "graded approach" to determine applicable sets of requirements for use in design, management and operation of the individual facilities, and execution of projects and programs, with due consideration for industry standards, elimination of redundant requirements, value added, and the level of risk associated with each facility or program.

(v) Incorporate the requirements of the *National Environmental Policy Act of 1969* (NEPA) into the planning process for activities covered in this Contract.

(vi) Provide support to DOE-ORP planning and integration activities. Conduct studies and analyses of RPP/Hanford systems and information, which supports DOE-ORP internal and external management needs. The Contractor shall provide support in: 1) corporate strategic planning, 2) policy development, 3) management information systems, and 4) baseline management and reporting. Studies and analyses include identification and development in conjunction with DOE of breakthroughs that significantly improve baseline performance and lifecycle costs or improve work processes.

(vii) Provide operational and constructability review support to DOE for WTP design and permitting. Operational reviews will provide operations experts to assess documentation to assure long term operability, reliability and maintainability of the WTP

(viii) Provide support for review of TFC planning and operations by both internal (DOE-ORP) and external (DOE-Headquarters, Inspector General, Defense Nuclear Facilities Safety Board, U.S Environmental Protection Agency, Washington State Department of Ecology, etc.) agencies. This will include resolution of issues and concerns following a review.

(ix) Revise the existing RPP Baseline to reflect changes made by this Contract and work with the WTP contractor and DOE-ORP to resolve schedule discrepancies. The revised baseline shall contain sufficient levels of detail to promote understanding of the logical sequence of major DOE-ORP, WTP, and TFC activities and identify all major interfaces between performing organizations. The revised RPP Baseline shall be delivered to DOE-ORP by May 15, 2001, and contain a level of detail similar to that in the Expanded Management Summary Schedule, Revision 0, and be consistent with WTP Contractor Deliverables 1.2, *Project Execution Plan*, and 1.5, *WTP Project Baseline* (Table C5.1-1) of Contract No. DE-AC27-01RV14136. Integrate updated WTP construction and operations schedules into the RPP Baseline and resolve all logic flaws, and then deliver the revised RPP Baseline and supporting TFC baseline information to DOE-ORP by September 1, 2001. The RPP Baseline will be maintained, revised, and updated, if needed, annually. The Contractor shall provide the supporting TFC baseline package to DOE-ORP each year on March 1st, fully integrated with the WTP contractor and supporting other Hanford contractor baseline packages. By December 15 of each year, the Contractor shall provide to DOE-ORP the appropriate allocation of funds for the next fiscal year by PBS and by line item.

(3) Translate specific fiscal year guidance from the Contracting Officer into direction for updating project baselines. DOE-ORP must approve the baselines and the supporting documentation before the Contracting Officer authorizes the commencement of work.

(b) Management System

The Contractor is responsible to have systems which are managerially and financially in control for its own and other Hanford Site work as required by DOE. In furtherance of this, the Contractor shall:

(1) Establish and maintain management systems to ensure that the Contract work is managed in a business-like manner to promote integration, enhance customer and stakeholder confidence, provide accurate and timely information for proactive decision-making, and ensure worker and public safety and protection of the environment. Systems and methodologies shall be established to identify, evaluate, and manage risks, and establish priorities based on project life-cycle considerations.

(2) Obtain, integrate, analyze, report, and maintain appropriate and accurate TFC information to support DOE in the integration and management of the Hanford Site. This information includes, but is not limited to, data critical to effective management of the Hanford Site such as movement of wastes on or off the site, compliance with regulatory action assignments, or utilization of site services.

(3) Develop and maintain a management system, which reflects appropriate and accurate information to control, evaluate, and integrate project/mission management. This system shall reflect the following:

(i) Management, control, and reporting of technical, schedule, cost, and financial elements of the TFC life-cycle baseline and the supporting project execution plans, as required by the Earned Value Management System clause of this contract, including:

(A) Appropriate change control processes, which ensure documentation of all monitored elements of the baseline, are maintained up-to-date. This includes the configuration baseline of all technical systems and structures, and includes revision to the baseline and critical path as appropriate upon approval of changes.

(B) Tracking and measuring tools to provide DOE-ORP continual assessment of Contractor performance against the baseline;

(C) Tools which allow the evaluation of the consequences (technical, cost, and schedule) of new information, alternative activities, and/or new financial scenarios;

(D) Estimating procedures based on proven commercial techniques, such as activity-based cost estimating and benchmarking against industry standards, providing DOE-ORP with cost estimates, which can be independently validated;

(E) Cost accounting practices used for accumulating and reporting costs shall be consistent with those used in estimating costs for work under the contract, and as such, amenable to the same validation as above;

(ii) Provide DOE-ORP with appropriate integrated financial, schedule, and critical path analysis, and activity tracking data to effectively manage the baseline(s) through automated reporting emphasizing performance measurements, change control, and trending data. This system shall support DOE ability to both control and report direct and indirect costs in a manner satisfactory to DOE.

(iii) Maintain flexible information systems compatible with DOE information systems, including reporting, budget, and financial systems, and allow efficient data interchange among site contractors and DOE. This includes compatibility with DOE Integrated Planning, Accountability, and Budgeting System-Information System.

(iv) Create the ability to accommodate electronic transfer of data between a diverse set of hardware, software, and communications platforms. Use standard data definitions, time schedules, and rules for the provision of information to the Management Information System (MIS) to ensure accuracy and consistency. All data and information provided to DOE relating to the Contractor or the subcontractors shall be prepared using common and consistent definitions, principles, and methodologies (e.g., Full-Time Equivalent [FTE] employees).

(v) Use a centralized system of reporting unusual occurrences, near misses, environmental events, safety events, etc., and ensure that lessons learned from such occurrences are provided to DOE, the Contractor, and subcontractor workforces as defined in Section C.2.(d)(1)(e).

(vi) Maintain comprehensive management and technical oversight and corrective action programs, including tracking of issues and lessons-learned program effectiveness.

(4) Establish an RPP configuration management system based on industry consensus standards, which with other management tools, such as change control, assures a sound technical basis for the TFC life-cycle baselines.

(5) Provide to DOE via a computerized file, periodic accounting entries regarding government property acquisitions, dispositions, and monthly depreciation charges. These entries shall provide consistent information and allow reconciliation of the Contractor's detailed property records.

(6) Participate in the management of interfaces between the Contractor and any other RPP or Hanford Site organization and provide ORP with information and notification on all interface activities. The Contractor shall provide the resources needed to fully participate in the interface management process for the RPP. The Contractor shall also fully participate in the preparation for interface management activities that may occur beyond the period of contract performance.

Interface Documents will specifically be developed and maintained to define interface agreements among the parties involved with the interfaces. The Contractor shall comply with the interface agreements reached with them and shall utilize the approved change control processes to obtain changes to the interface documents. The Contractor shall recognize the DOE role as owner and as the final decision authority for any interface issues that are not resolved between the parties. Applicable Interface Document requirements associated with these agreements will also be incorporated into the TFC baseline.

(7) Participate in the development of interfaces between the Contractor and WTP contractor to: 1) establish the physical and administrative interfaces, 2) develop any delivery requirements and acceptance criteria at the point of transition, 3) provide the necessary Contractor contributions to all Interface Control Documents that control each interface, and 4) provide necessary services and utilities.

(c) Manage and Integrate Resources

The Contractor shall manage and integrate its resources for optimal achievement of outcomes set forth in Section C.1 above. In furtherance of this, the Contractor shall:

(1) Support the annual budget submission process by working with DOE and other prime contractors to develop budget formulation documentation. The Contractor shall prepare documentation for its own work activities. Support to DOE during this process shall include but is not limited to assisting DOE to:

(i) Develop project budget data.
(ii) Prepare budget justification analyses and budget scenario studies.
(iii) Provide support to all crosscutting budget formulation documents (i.e., ESH&Q, Information Resources Management, etc.).
(iv) Obtain regulator and other stakeholder participation in budget development, including assistance in response to stakeholder and regulator inquiries.

(2) Provide leadership, project, and personnel management skills necessary to ensure compliance with the RPP goals and the *Hanford Federal Facility Agreement and Consent Order* (also known as the Tri-Party Agreement or TPA), and to motivate the workforce to:

(i) Achieve quality work performance;
(ii) Mandate attention to worker and public safety and health, environmental protection, and the tenets of Conduct of Operations; and,
(iii) Be fiscally and ethically responsible in the management of government and public resources, including property, equipment, funds, and time.

(3) Use the existing "People Core" system at the Hanford Site to enhance human resources functions sitewide.

(4) Continually "right-size" its own workforce and that of its subcontractors to have the size of workforce equal to that necessary to accomplish the authorized workscope.

(5) Resolve employee concerns (including complaints on harassment, intimidation, retaliation, and discrimination) at the appropriate level. The Contractor shall support and provide cooperative membership in an approved "appeals avenue/forum" for resolving significant employee concerns (i.e., environmental, safety, health, and quality). The Contractor shall review and make recommendations to DOE to make the charter/process consistent with this Contract. The continued need for the "appeals avenue/forum" shall be reviewed annually and a recommendation submitted to DOE for discussion.

(6) Continually promote diversity in all aspects of the work under this Contract. An updated revision to the Diversity Plan, as set forth in Section J, Appendix G, *Guidance for Preparation of Diversity Plan*, shall be submitted to DOE-ORP for review and approval by February 1, 2001, and will be updated annually, thereafter.

(7) Provide an independent internal audit capability to review its activities and those of its subcontractors. An updated revision to the Internal Audit Plan as set forth in Section J, Appendix E, *Guidance for Other Required Plans* shall be submitted to ORP for approval by February 1, 2001, and updated annually thereafter.

(d) Environment, Safety, Health and Quality (ESH&Q)

(1) The Contractor shall establish an Integrated Safety Management System (ISMS), in compliance with the Section I Clauses entitled, *Integration of Environment, Safety and Health into Work Planning and Execution*, and *Conditional Payment of Fee, Profit or Incentives*, that clearly communicates the roles, responsibilities, and authorities of line managers; holds line managers accountable for the performance of work in a manner ensuring protection of workers, the public, and the environment; and ensures quality work and products.

The Contractor shall:

(i) Establish effective management systems to identify deficiencies and resolve them in a timely manner; ensure that corrective actions are implemented that address the extent of conditions, root causes, and measures to prevent recurrence; and prioritize and track commitments and actions as well as identify and implement lessons learned from other DOE sites, contractors, or commercial activities. The Contractor shall have and maintain an effective Lessons Learned Program to capture lessons learned from both internally and externally identified deficiencies and good practices. The Lessons Learned Program shall be rigorous and comprehensive such that the Contractor can demonstrate actions taken to address significant occurrences from both inside and outside of

the DOE complex. Lessons learned information should be targeted and made available to the personnel in the Contractor's organization actually conducting the type of work involved and most able to benefit from the information.

(ii) Establish a structured, standards-based approach to planning and control of work including identification, management and implementation of ESH&Q standards and requirements that are appropriate for the work to be performed and for controlling related hazards, while facilitating the effective and efficient delivery of work. The Contractor shall implement the requirements identified in the Section I Clause entitled, *Laws, Regulations and DOE Directives*.

(iii) Establish an organization that supports effective ESH&Q management by ensuring appropriate levels of staffing and competence.

(iv) Establish disciplined self-assessment, feedback, continuous improvement processes, and conduct of operations discipline in the performance of all work.

(v) Implement a program to track and address environmental compliance issues and implement requirements (including but not limited to permitting, environmental reporting, Consent Decrees, Tri-Party Agreement reporting/management, NEPA, pollution prevention, waste minimization), and comply with all aspects of the Section H Clause entitled, *Environmental Responsibility*.

(vi) Recommend and implement ESH&Q performance measures to monitor the effectiveness of the implementation of ESH&Q programs.

(vii) The Hanford Environmental Health Foundation (HEHF) currently provides occupational Health Services to the Hanford Site. The Contractor shall obtain for itself and require all subcontractors performing work on the Hanford Site to obtain the following services from HEHF: occupational medical evaluations including return to work evaluations and work restriction reviews, medical surveillance evaluations, occupational primary care, health care centers/first aid, work conditioning, case management, work site health programs including blood-borne pathogens and immunizations, and behavioral health services including employee assistance programs, and health information services such as medical records and medical scheduling. The Contractor shall coordinate with HEHF and reach agreement regarding service requirements and delivery, including data gathering and sharing. The agreement should emphasize a comprehensive public health approach as being integral to a well-run health and safety program and address cost and resources effectiveness. This agreement shall be subject to approval and validation by DOE-ORP.

(viii) Maintain, implement and improve the TFC nuclear safety authorization basis in support of safe, effective, and efficient work accomplishment.

(ix) In accordance with the ISMS, Authorization Agreements (AAs) will be developed, mutually agreed to, and executed between the Contractor and DOE-ORP. The Contractor will maintain the AAs. The AAs are to serve as a mechanism whereby DOE-ORP, and the Contractor, jointly clarify and agree to the key conditions for conducting work safely, effectively and efficiently for Hazard Category 1 and 2 nuclear facilities. They are to be updated annually, or as required to reflect changing conditions and contractor responsibilities.

(x) Establish annual safety goals with performance indicators, such as worker radiation exposure, lost workdays, restricted work days, etc.

(2) The safety and health of workers and the public, protection and restoration of the environment, and implementation of quality assurance programs are fundamental responsibilities of the Contractor. Accordingly, the Contractor shall:

(i) Take necessary actions to prevent serious injuries/illnesses and /or fatalities and prevent radiological or chemical exposures to workers and environmental releases in excess of established limits;

(ii) Establish clear environmental, safety, health and quality plans and priorities and manage activities in proactive ways, including visible management field presence, that effectively and efficiently protect the environment, public and worker safety and health, and ensure the quality of work and work products;

(iii) Carry out all activities in a manner that complies with human health, safety, environmental, and quality regulations; minimizes the generation of wastes, releases or emissions into the atmosphere, and releases to soil and surface or groundwater; and complies with applicable regulatory requirements and DOE directives;

(iv) Empower workers through the use of committees, employee involvement and the tenants of the DOE Voluntary Protection Program (VPP);

(v) Engender a "Safety Conscious Work Environment" in which safety issues are promptly identified and effectively resolved, and in which employees feel free of recrimination, harassment, intimidation, or other actions that induce peer pressure to not raise safety issues or otherwise create an environment where safety issues are not identified and resolved.

(e) Economic Transition and Outsourcing

The Contractor shall:

(1) Be responsible for the performance of the work under this Contract in a manner that helps the community establish a stable economic base over the long term. This shall be accomplished through appropriate private sector participation in cleanup, making available for effective private use DOE assets no longer required or under-utilized by the Government, and investment of private resources in the community.

(2) The Contractor shall:

(i) Recommend to DOE-ORP the use (by the Contractor, subcontractors, or other private entities) of Government-owned assets (equipment, facilities, or land) on a non-interfering basis to promote, assist, or otherwise foster creation of new private sector jobs.

(ii) Accomplish changes in the workforce in a way that minimizes social and economic impacts and complies with Section 3161 of Public Law 102-484.

(f) Technology Management

The Contractor shall implement the DOE-established technology management process to identify TFC project-specific technology needs and effective, acceptable solutions. For each area of technology needs the Contractor shall work with the best-in-class within the DOE National Laboratories to identify the areas of highest technical risk and uncertainty, align technology investments with the areas of highest risk, and seek and apply innovative technical solutions. The Contractor shall work with Pacific Northwest National Laboratory (PNNL) to provide linkages with the national science and technology programs. Specific technology tasks shall include:

(1) Coordinate and conduct science and technology assessments to identify and quantify the areas of high technical risk/uncertainty for the RPP life cycle.

(2) Develop near and long-term mitigation plans (e.g., technology roadmaps, technology plans, technology insertion points, etc.) and links these plans with project baselines.

(3) Seek innovative technical solutions and make appropriate investments to buy-down areas of highest risk consistent with mitigation plans.

(4) Communicate and cooperate with appropriate Hanford Site and National Technology Development teams and build partnerships with the science and technology community.

(g) External/Internal Communications

(1) The Contractor shall participate in the DOE-ORP external/internal communications program to ensure that the full range of stakeholders receive information in a timely, accurate, complete, and professional manner. Contractor external communications actions shall comply with the DOE Openness Initiatives and Public Involvement Policy and will be approved in advance by DOE-ORP.

(2) The Contractor shall work with DOE to ensure that external/internal communications activities represent a singular and consistent DOE source of information about the DOE-ORP mission and its relationship to the Hanford Site.

(3) Contractor external/internal communications efforts and/or corporate communications not directly related to the DOE-ORP mission at Hanford, and/or approved by DOE-ORP, are not allowable costs under this Contract.

(4) The Contractor shall keep the Hanford Site workforce related directly to the work performed by the Contractor and subcontractors under this contract informed in a timely manner of all significant issues that could impact those workers.

(5) At DOE-ORP direction, the Contractor shall:

(i) Provide timely and consistent support for inter-Governmental liaison activities, including activities with Federal, State, local and Native American Governments.

(ii) Provide logistical support for the Hanford Advisory Board and other public meetings.

(iii) Respond in a timely fashion with information as requested by DOE-ORP in support of *Freedom of Information Act* and/or *Privacy Act* requests.

(6) External/internal communications activities shall include, but not be limited to:

(i) Public Information

(ii) Public Involvement

(iii) Emergency Communications Activities

(iv) Media Relations

(v) Site Tours, including transportation for tours

(vi) Preparation/Maintenance of public information Audio/Video Products and Printed Materials

(h) Training

The Contractor shall coordinate training needs through the Hazardous Materials Management and Emergency Response facility (HAMMER) and the Hanford Site-training program as applicable.

(i) Emergency Preparedness

The Contractor shall provide an emergency response capability for facilities under its control that implements the Hanford Emergency Management Plan (DOE/RL-94-02, Revision 2), as modified from time to time. Because of the potential for the Contractor to become the Event Contractor as defined in the Hanford Emergency Management Plan, implementation includes, but is not limited to, maintaining a 24 hour per day, 7 days per week, capability to adequately staff the required Hanford Site and Tank Farms specific Emergency Response organization positions within 60 minutes of receipt of notification from the Occurrence Notification Center of a Hanford Site emergency.

(j) Environmental Monitoring

The Contractor shall manage its facilities and operable units to assure compliance with environmental requirements and agreements. The Contractor shall work with the PHMC in providing legally and regulatory required air and liquid effluent and near facility environmental monitoring. The Contractor shall collect, compile, and/or integrate air and liquid effluent monitoring data from operations and activities under their control. The Contractor shall compare the monitoring data with regulatory and/or permit standards applicable to their activities and/or operations and provide the data and analyses to the Project Hanford Management Contractor (PHMC) for use in preparing the mandatory State and Federal environmental reports for the Hanford Site.

PNNL monitors the Hanford environment to protect public safety and Hanford Site ecological and cultural resources. This includes providing real time localized weather information for routine safety operations and emergency response, performing Hanford Site and off-site environmental monitoring, as well as determining radiological exposure to the public and the environment. The Contractor shall provide appropriate environmental data for its facility and operable units to support Hanford Site assessments and preparation of the Hanford Site Environmental Report.

PNNL is responsible for Hanford Site groundwater monitoring. The Contractor will be knowledgeable of actions PNNL completes to develop monitoring plans for Contractor facilities and operable units. The Contractor shall maintain regulatory oversight capability to ensure that compliance for their facility and operable units is maintained, for the groundwater-monitoring program by PNNL.

The Contractor will perform vadose zone characterization around the Tank Farms in accordance with TPA and other regulatory requirements. This effort will be integrated with the PNNL groundwater monitoring effort and DOE-ORP *Resource Conservation and Recovery Act of 1976* (RCRA) Facility Investigation/Corrective Measures Studies.

**C.3 RIVER PROTECTION PROJECT**

(a) Technical Scope of the Contract

The River Protection Project (RPP) scope of this Contract encompasses activities identified in the August 4, 2000, Tank Farm Contract River Protection Project Baseline (hereafter "Tank Farm Contract River Protection Project Baseline" or "Baseline") as amended by approved Baseline Change Requests (BCRs) through December 15, 2000, and as supplemented by Contractor proposed baseline adjustments in support of the extension of the current Contract (Contractor's proposed baseline adjustments are set forth in Technical Exhibit A attached hereto), needed to: (1) safely store, operate and interim stabilize tank waste within an approved authorization basis for such operations applying appropriate life cycle asset management; (2) retrieve waste from single shell tanks consistent with the M-45-00-01A Proposed TPA Change dated August 30, 2000, and retrieve waste from double shell tanks, including completion of upgrades and waste retrieval and transfer systems; (3) construct, operate, and maintain facilities necessary for storage/disposal of immobilized waste, including balance of plant construction; (4) stabilize facilities and preparation of tank closure plans for SSTs as contemplated in the M-45-00-01A Proposed TPA Change dated August 30,2000; (5) execute supporting project management responsibilities including strategic analysis, baseline management, contracting functions, compliance, finance and administration; and (6) perform decommissioning and decontamination to support improved long term operational efficiencies, as set forth in the following sections:

(1) Safe Tank Waste Storage

(i) General Description

Contractor shall provide an adequate, comprehensive, and reliable safety basis for the management and storage of waste managed by Contractor under the scope of this contract. This will be accomplished by developing, operating to and maintaining an integrated Authorization Basis (AB), and by resolving outstanding safety issues and unreviewed safety questions to ensure safe storage and retrieval of waste. Proposals to modify the AB shall be made as appropriate to provide a cost effective AB for safe and reliable waste retrieval, feed delivery, and immobilized product storage. Waste sampling and characterization will be performed as required to assure safe storage conditions. Waste monitoring, characterization, treatment, disposal and reporting will be performed as required to meet regulatory requirements. HLW within the waste acceptance criteria will be received into the double-shell tank (DST) system from Hanford Site facilities as required to support the Hanford Site cleanup mission. The Contractor shall provide a basis for the recommended removal of all tanks from the Watch List established by Public Law 1010-510, Section 3137.

The Contractor will also adequately perform operations and maintenance; effectively manage, plan, and utilize resources; and implement an approved life-cycle asset management system.

(ii) Tank Farm Upgrades

Contractor shall upgrade tank farms to support safe and reliable operation and tank waste retrieval, staging and delivery efforts. This includes performing waste transfer system upgrades necessary to provide a compliant system to support waste feed delivery to the WTP and will include completion of additional waste system upgrades contained in the Baseline. The Contractor will comply with all regulations; and improve infrastructure reliability, operability and maintainability (including upgrades to transfer systems, instrumentation and control systems, electrical distribution and ventilation systems).

(iii) Interim Stabilization

The Contractor shall remove pumpable liquids from the single-shell tanks (SSTs) and transfer to DSTs to reduce environmental risk. The criteria and milestones in the Interim Stabilization Consent Decree shall be met. Entry points into stabilized SSTs shall be capped or plugged as required such that waste and water will not re-enter the tank.

(iv) Completion Criteria

The following key performance objectives and interim milestones will be used in evaluating the Contractors performance as specified in Section J, Appendix D, *Performance Based Incentives*.

(A) Key Performance Objectives

- Manage and maintain tank farm equipment and infrastructure to meet current and future operational use needs in accordance with DOE Order 430.1A; and
- Complete Interim Stabilization of SSTs.

(B) Interim Milestones:

<u>FY2001</u>

- Provide technical basis to close Flammable Gas Safety issues.
- Adjust DST waste pH to meet operational specifications.
- Complete Interim Stabilization of three SST in accordance with the Interim Stabilization Consent Decree (ISCD), CT-99-5076-EFS.
- Start Saltwell pumping of 8 SSTs in accordance with ISCD.
- Reduce Organic Complexed Pumpable Liquids to 5% of Total Volume in accordance with ISCD.
- Submit DST System integrity plans and tests in accordance with tank integrity Administrative Orders (TIAO) 00NWPKW-1250 and –1251.

<u>FY2002</u>

- Reduce SST Liquids to 18% total volume in accordance with ISCD.
- Submit ultrasonic test reports for 4 DSTs in accordance with TIAO.
- Start Saltwell pumping of 9 SSTs in accordance with ISCD.

- Complete Saltwell pumping of 4 SSTs in accordance with ISCD.

FY2003

- Reduce SST liquid to 2% of total volume.
- Complete Saltwell pumping of 200 East Area tanks in accordance with ISCD.
- Complete Saltwell pumping of 200 West Area Tanks in accordance with ISCD.
- Submit ultrasonic test reports for 4 DSTs in accordance with TIAO.

FY2004

- Submit ultrasonic test reports for 4 DSTs for transmittal to Washington State Department of Ecology.
- Complete Interim Stabilization of SSTs.

FY2005

- Complete SST intrusion prevention.
- Complete 242A Evaporator upgrade construction.
- Submit ultrasonic test reports for 4 DSTs in accordance with TIAO.

FY2006

- Submit DST integrity assessment report in accordance with TIAO.
- Submit ultrasonic test reports for 2 DSTs.

(2) Waste Retrieval

(i) General Description

Contractor shall in an environmentally sound, safe, secure, and cost-effective manner:

- Retrieve wastes from SSTs, DSTs, and designated miscellaneous underground storage tanks (MUSTs); and
- Provide waste to the WTP contractor for processing.

The waste retrieval and feed delivery workscope will be projectized to assure required deliverables are met. Contractor shall establish the functions and requirements and install the equipment needed to reliably deliver the proper waste feed on schedule to the WTP contractor for Phase I waste treatment as defined in the WTP Contract.

The *Tank Waste Remediation System (TWRS) Environmental Impact Statement Record of Decision* calls for retrieval of wastes from all 149 SSTs, 28 DSTs, and MUSTs. Until all waste is retrieved, the DSTs must function to store and prepare waste retrieved from SSTs and MUSTs for waste treatment facilities while optimizing utilization of DST space.

(ii) Single Shell Tank Retrieval

Contractor shall develop methods, systems and requirements for retrieving wastes from the Single Shell Tanks to the extent needed to close them in accordance with RCRA and the *Atomic Energy Act of 1954* (AEA). SST retrieval methods and requirements shall support SST retrieval demonstrations.

Single shell tank retrieval demonstration objectives include developing technologies to retrieve salt cake, hard heel, and other wastes from SSTs; determining technology limitations, retrieval efficiencies, safety and environmental concerns, and cost impacts for SST retrieval systems; evaluating alternative retrieval technologies for SSTs that have leaked or may leak; and supporting the transition and closure of SSTs and tank farms.

(iii) Double Shell Tank Retrieval and Waste Feed Delivery

Contractor shall design, construct, install and test systems for retrieving wastes from the DSTs to meet the waste feed requirements of the WTP. The Contractor will also maintain these systems to be operational when required to deliver waste. This will require providing DST waste retrieval systems that can supply waste feed in composition sufficient to meet waste feed delivery in quantities and rates sufficient to support the WTP processing capacities. This shall also include providing tank characterization and waste samples to support WTP planning and testing requirements, as identified in the Baseline. Also included is support for the development of the RPP flowsheet and planning inclusive of all major process steps and/or systems including but not limited to: SSTs, DSTs, pre-treatment, immobilization, immobilized product storage and disposal, as identified in the Baseline. Development of the RPP flowsheet includes improving the quality of input data, developing flowsheet assumptions, identifying inputs and outputs at each step, and developing constraints/requirements at each step.

(iv) Completion Criteria

The following Key performance objectives and interim milestones will be used in evaluating the Contractors performance as specified in Section J, Appendix D, *Performance Based Incentives*. Construction completion must meet the criteria in the Project Design Requirements Document and be complete in accordance with design drawings and procurement specifications including all DOE-ORP directed changes to such documents.

(A) Key Performance Objectives:

- Complete W-314 Tank Farm upgrades.
- Retrieve S-112 in accordance with proposed M-45-00-01A TPA change.
- Retrieve S-102 in accordance with proposed M-45-00-01A TPA change.
- Complete construction of tank C-104 retrieval system in accordance with proposed M-45-00-01A TPA change
- Complete construction and staging of 1st ILAW tank.
- Complete construction and staging of 1st HLW tank.

(B) Interim Milestones

FY2001

- Submit Functions and Requirements Document for tank S-112 in accordance with proposed TPA M-45-00-01A change.
- Submit Functions and Requirements Document for tank C-104 in accordance with proposed TPA M-45-00-01A change.

FY2002

- Submit Functions and Requirements Document for tank S-102 in accordance with proposed TPA M-45-00-01A change.
- Complete W-314 construction of AW, AY and AZ Master Pump Shutdown system.
- Complete W-211 construction of control building upgrades and AN Caustic Dilution System.

FY2003

- Complete S-112 Saltcake waste retrieval demonstration design.
- Complete W-314 Construction of Phase 2 upgrades for AZ Tank Farm.
- Complete W-314 Construction of Phase 2 upgrades for AY Tank Farm.

FY2004

- Complete W-211 Construction of AZ 101 Retrieval System.
- Complete W-314 Construction of Phase 2 upgrades for AP Tank Farm.
- Complete AP-101 Transfer pump replacement.
- Complete Cold Demonstration for Tank C-104 in accordance with proposed TPA M-45-00-01A change.

FY2005

- Complete S-112 Saltcake waste retrieval demonstration in accordance with proposed TPA M-45-00-01A change.
- Complete W-314 Construction of Phase 2 upgrades for AN, AW, and SY Tank Farm.
- Complete Project W-314 meeting TPA milestone M-43-00, *Complete Tank Farm Upgrades.*

FY2006

- Complete S-102 Initial retrieval in accordance with proposed TPA M-45-00-01A.
- Complete Construction of Tank C-104 retrieval system in accordance with proposed TPA M-45-00-01A change.
- Complete C-Farm upgrades to support tank C-104 retrieval.
- Complete design of additional SST retrieval system in accordance with proposed TPA M-45-00-01A change.

(3) Treat Waste - Support

(i) General Description

Contractor shall design, procure, construct and operate infrastructure sufficient to enable the WTP facilities to be constructed and operated in accordance with the WTP contract, and consistent with the Interface Control Documents for infrastructure activities. Infrastructure shall be designed and constructed to support the addition of infrastructure needed to increase the WTP operations capacities consistent with the expandability requirements of the Contract.

(ii) Completion Criteria

The following key performance objectives and interim milestones will be used in evaluating the Contractors performance as specified in Section J, Appendix D, *Performance Based Incentives*.

(A) Key Performance Objectives

- Complete Infrastructure upgrades in accordance with WTP Interface Control Documents; and
- Provide services and utilities to support the WTP in accordance with the WTP Interface Control Documents.

(4) Storage/Disposal

(i) General Description

The Contractor shall provide safe storage and final near-surface disposal on the Hanford Site for ILAW and failed or decommissioned melters from the WTP. Safe interim storage for IHLW shall also be provided.

The ILAW Disposal Project shall be complete when the ILAW is disposed of on the Hanford Site, long-term surveillance and monitoring of the ILAW disposal site is ongoing, and interim storage facilities have been decontaminated and decommissioned. The ILAW Storage and Disposal facilities will receive accepted immobilized low activity tank waste from WTP contractor. The ILAW waste packages will be placed in near surface storage and disposal facilities. The near surface disposal systems along with the waste packages shall meet regulatory requirements for transportation and near-surface disposal of low-level waste.

The IHLW Interim Storage Facility will receive accepted IHLW, and transport these products to a Canister Storage Building (CSB), where the product will be stored until shipped to a geologic repository. Storage of the Phase I product in the CSB will consolidate the high level waste in one area and provide a safe, environmentally sound storage of the IHLW product. HLW Interim Storage will provide additional storage capacity during Phase II treatment. In addition HLW Interim Storage will provide loadout capability for shipment of IHLW canisters to a geologic repository.

(ii) Completion Criteria

The following key performance objectives and interim milestones will be used in evaluating the Contractors performance as specified in Section J, Appendix D, *Performance Based Incentives*.

(A) Key Performance Objectives

- Start Construction – W-464; and
- Start Construction – W-520.

(B) Interim Milestone

FY2003
- Submit ILAW disposal Part B permit application.
- Submit Canister Storage Building Part B permit application.
- Complete W-464 PSAR.

FY2004
- Start W-520 ILAW disposal facility design.
- Start W-464 IHLW storage facility design.

FY2005
- Complete IHLW failed melter transport system design.
- Complete ILAW failed melter disposal trench and transport system design.
- Complete W-464 design.
- Start W-520 construction.
- Start W-464 construction.

FY2006
- Complete procurement of ILAW and IHLW sample transport systems.

(5) Close Facilities

(i) General Description

Contractor shall undertake facilities stabilization preparatory for the transition of such facilities for deactivation and decommissioning. Contractor shall develop closure plans in conformance with NEPA analysis developed to support tank closure and applicable RCRA requirements. The plans shall provide closure definition, system design, authorization basis, work plans, approvals and other information necessary for closing the SSTs in accordance with the closure requirements of DOE Manual 435.1-1 and TPA Milestone M 45-00.

(ii) Completion Criteria

The following Key performance objectives and interim milestones will be used in evaluating the Contractors performance as specified in Section J, Appendix D, *Performance Based Incentives*.

(A) Key Performance Objectives

- 244 CR Vault Stabilization; and
- 244 AR Vault Stabilization.

(B) Interim Milestones

FY2002
- Submit Tank Farm Closure/Post-Closure Work Plan Update in accordance with proposed TPA M-45-00-01A change.

FY2003
- Complete 244AR Vault stabilization.

FY2004
- Complete 244CR Vault stabilization.
- Submit Tank Farm Closure/Post-Closure Work Plan Update in accordance with proposed TPA M-45-00-01A.

FY2006

- Submit Tank Farm Closure/Post-Closure Work Plan Update in accordance with proposed TPA M-45-00-01A.

(6) Manage Projects

(i) General Description

Contractor shall establish and maintain necessary systems and organizational components necessary to execute the technical work scope set forth in this section of the Contract. This includes but is not limited to organizational components responsible for strategic analysis and integration; business management; contracts; compliance; finance and administration, consistent with the WBS descriptions in the DOE Mission Analysis Report.

(ii) Completion Criteria

The following Key performance objectives and interim milestones will be used in evaluating the Contractor's performance as specified in Section J, Appendix D, *Performance Based Incentives*.

(A) Key Performance

- Revise integrated baseline to include and support, without delays to, WTP design, construction and operations schedule.

(b) Required Investment by DOE – (Government Furnished Services/Items)

DOE and the Contractor both recognize that the successful execution of the Scope of Work of this contract will require cooperative efforts by both parties to minimize non-value added transactions. Within this recognition there are certain commitments and actions required on the part of the Government to achieve the desired performance within the level funding assumptions underlying the Baseline.

## C.4 INTERIM DESIGN/OPERATIONS OF WASTE TREATMENT PROJECT

The Contractor shall also be responsible for WTP interim responsibilities consistent with DOE-ORP direction in the four letters listed below. All interim responsibility will conclude upon the program transition to the new WTP contractor, which is expected to be completed 45 days after the projected WTP contract award date of January 15, 2001. If any of the letters below imply that the operations/design work shall continue beyond the transition, then this work statement supercedes such implications. However, the Contractor may perform operability oversight of the WTP after the transition as specifically directed by DOE-ORP.

| | |
|---|---|
| 00-AMSA-36 | "Clarification of Scope for Interim Design of the Waste Treatment and Immobilization Plant (WTP)" dated September 6, 2000. |
| 00-ORP-082 | "Radiological and Nuclear Safety Workscope Guidance" dated August 31, 2000. |
| 00-ORP-035 | "Realignment of Responsibilities for the Hanford Waste Treatment and Immobilization Plant and Tasking for Interim Design Responsibilities" dated June 28, 2000. |
| 00-BMA-070 | "Operation of the Waste Treatment Plant (WTP)" dated June 8, 2000. |

## C.5 SUPPORT FOR WASTE TREATMENT PROJECT CONTRACTOR

The Contractor shall be responsible for providing support to the Hanford Waste Treatment Complex Project. Part of the RPP mission is to separate the Hanford Site tank waste into LAW and HLW fractions and to immobilize and dispose of them in an environmentally sound, safe, and cost-effective manner.

The Contractor shall be responsible for coordinating the WTP contractor's requirements for infrastructure, utility, and service support with the PHMC, who shall provide such support as specified in RPP Interface Control Documents. Required services include waste sampling and characterization.

## C.6 CROSS-CUTTING SERVICES

The Contractor shall obtain samples from high-level waste tanks for WTP, and the PHMC and its subcontractors at the Hanford Site. The sampling techniques may include grab sampling for liquids, core sampling for liquids and solids, and vapor sampling. Contractor will also provide coordination of laboratory analysis and data interpretation.

The Contractor shall receive liquid radioactive wastes that meet Contractor tank waste acceptance criteria from other site-wide facilities for storage in the DST systems and eventual immobilization and disposal.

The Contractor shall provide support for groundwater/vadose zone integration activities consistent with DOE-ORP approved interface management agreements.

The Contractor shall provide sitewide ventilation and balance services.

## C. 7 INTERACTIONS WITH OTHER PRIME CONTRACTORS

The Contractor may, from time to time, provide services to and receive services from other Hanford Site DOE prime contractors by memoranda of agreement or other subcontract arrangements. The Contractor is encouraged to utilize the specified expertise of the PHMC, PNNL, the Site Occupational Medical Contract (SOMC), the Environmental Restoration Contractor (ERC), and the Energy Savings Performance Contractor (ESPC) to accomplish the TFC mission. In the event the Contractor determines that services may be obtained from more cost effective sources of supply, Contractor shall notify DOE of its proposal to utilize other sources and provide Contractor's cost/benefit analysis to DOE. The Contractors shall work with each other in identifying yearly requirements for services. DOE approval will be obtained prior to changing service providers.

Technical Exhibit A
(Dollars in Thousands)

| PBS | "UNIT OF ANALYSIS" | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 |
|---|---|---|---|---|---|---|---|
| TW01 | RPP CHAR'ZN -SUPPT TO MIN SAFE OPS | 4,616 | 4,409 | 10,306 | 11,787 | 4,768 | 12,047 |
| TW01 | RPP CHAR'ZN - SUPPORT TO FLAMMABLE GAS | 0 | 0 | 0 | 0 | 0 | 0 |
| TW01 | RPP CHAR'ZN - SUPPORT TO EVAPORATOR | 836 | 2,285 | 2,956 | 2,379 | 1,632 | 1,095 |
| TW01 | RPP CHAR'ZN - SUPPORT TO ORP | 0 | ~~128~~ | ~~130~~ | ~~133~~ | ~~135~~ | ~~138~~ |
| TW01 | RPP CHAR'ZN - SUPPORT TO ORP | | 0 | 0 | 0 | 0 | 0 |
| TW01 | RPP CHAR'ZN (SUPPORT TO TANK PUMPING ) | 1,625 | 3,208 | 0 | 0 | 0 | 0 |
| TW01 | RPP CHAR'ZN - SUPPT TO RETRIEVAL / PRIVATIZATION | 18,090 | 17,868 | 13,778 | 7,858 | 18,571 | 6,044 |
| TW01 | RPP CHAR'ZN - SUPPORT TO SAFETY SCREENING | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Subtotal Baseline** | **25,167** | **27,898** | **27,170** | **22,156** | **25,107** | **19,324** |
| | **Subtotal CHG Proposal** | **25,167** | **27,771** | **27,040** | **22,023** | **24,971** | **19,186** |
| | | | | | | | |
| TW02 | RPP FLAMMABLE GAS MINIMUM SAFE OPERATIONS | 3,328 | 2,221 | 2,200 | 1,798 | 1,611 | 1,588 |
| TW02 | RPP SAFETY, USQ, AUTHORIZATION BASIS | 6,443 | 5,537 | 5,923 | 5,793 | 6,161 | 6,036 |
| TW02 | RPP SY 101 USQ LEVEL GROWTH | 5,506 | 0 | 0 | 0 | 0 | 0 |
| TW02 | RPP SAFETY - SUPPORT TO ORP | ~~5,161~~ | ~~587~~ | ~~608~~ | ~~610~~ | ~~622~~ | ~~635~~ |
| TW02 | RPP SAFETY - SUPPORT TO ORP | 0 | 0 | 0 | 0 | 0 | 0 |
| TW02 | RPP ORGANIC OPERATIONS | 0 | 0 | 0 | 0 | 0 | 0 |
| TW02 | RPP FLAMMABLE GAS ADDIT'L MONIT'G UPGRADES | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | **Subtotal Baseline** | **20,438** | **8,344** | **8,720** | **8,202** | **8,394** | **8,258** |
| | **Subtotal CHG Proposal** | **15,277** | **7,757** | **8,122** | **7,591** | **7,772** | **7,623** |
| TW03 | RPP DST MINIMUM SAFE OPERATIONS | 50,252 | 55,721 | 53,657 | 53,973 | 48,291 | 48,660 |
| TW03 | RPP SST MINIMUM SAFE OPERATIONS | 10,182 | 9,862 | 9,813 | 9,922 | 8,709 | 8,851 |
| TW03 | RPP TRANSFERS & WASTE STAGING | 1,171 | 1,424 | 2,749 | 1,411 | 2,160 | 832 |
| TW03 | RPP ECN INCORPORATION | 379 | 355 | 363 | 370 | 188 | 191 |
| TW03 | RPP EMERG. PREPAREDNESS DRILL REQ'TS | 267 | 272 | 279 | 283 | 290 | 296 |
| TW03 | RPP CONFIGURATION / ALARM MGMT. | 3,525 | 2,097 | 2,138 | 2,182 | 2,146 | 1,866 |
| TW03 | RPP WDOE ENVIRONMENTAL RECORDS | 68 | 69 | 71 | 72 | 58 | 61 |
| TW03 | RPP AIR OPERATING PERMIT IMPLEMENTATION | 623 | 575 | 619 | 628 | 434 | 442 |
| TW03 | RPP AS-BUILT DRAWINGS AND COMPONENT LABELING | 1,674 | 709 | 0 | 62 | 438 | 1 |
| TW03 | RPP INTEGRATED SAFETY MGMT SYSTEM | 77 | 79 | 52 | 53 | 3 | 3 |
| TW03 | RPP 702 AZ UPGRADES | 1,006 | 125 | 420 | 326 | 331 | 338 |
| TW03 | RPP PROCESS SYSTEMS UPGRADE | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP CAM REPLACEMENT | 83 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP TMACS AND ENRAF | 2,151 | 1,876 | 2,235 | 0 | 0 | 0 |
| TW03 | RPP DST RCRA PART B APPLICATION | 225 | 37 | 0 | 0 | 0 | 0 |
| TW03 | RPP WASTE ACCEPTANCE PROGRAM | 21 | 21 | 22 | 22 | 8 | 8 |
| TW03 | RPP OPERATIONS - SUPPORT TO ORP | ~~2,030~~ | ~~2,257~~ | ~~1,860~~ | ~~934~~ | ~~906~~ | ~~821~~ |
| TW03 | RPP OPERATIONS - SUPPORT TO ORP | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP ROVER PATROL / SAFEG. & SECURITY (SAS) | ~~6,648~~ | ~~5,764~~ | ~~6,874~~ | ~~6,994~~ | ~~5,968~~ | ~~6,115~~ |
| TW03 | RPP ROVER PATROL / SAFEG. & SECURITY (SAS) | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP PAAA COMPLIANCE | 669 | 682 | 697 | 711 | 701 | 712 |
| TW03 | RPP FIRE HAZARD ANALYSIS | 74 | 75 | 77 | 79 | 81 | 83 |
| TW03 | RPP INTEGRITY INSPECTION | 2,949 | 2,997 | 3,067 | 3,128 | 3,194 | 3,282 |
| TW03 | RPP INTERIM STAB'N & ISOLATION | 27,621 | 23,203 | 17,852 | 5,381 | 6,915 | 0 |
| TW03 | RPP INTERIM STAB'N: PUMPING | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP W-314: TF RES & SAFE OPS | 4,602 | 8,595 | 4,331 | 5,956 | 3,521 | 629 |
| TW03 | RPP W-314: TF RES & SAFE OPS -LI | 42,899 | 40,877 | 27,429 | 39,537 | 11,187 | 0 |
| TW03 | RPP TF RES & SAFE OPS (W-314) - PHASE 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP TF RES & SAFE OPS (W-314) - LI - PHASE 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP RAW WATER FLOW TOTALIZERS INSTALL'N | 129 | 0 | 134 | 0 | 0 | 0 |
| TW03 | RPP TRANSFER PUMP REPLACEMENT 104-AW | 2,587 | 0 | 0 | 0 | 0 | 0 |
| TW03 | DRAWINGS/ DOC'N FOR INACTIVE SYSTEMS | 10 | 7 | 7 | 7 | 0 | 0 |
| TW03 | NATURAL PHENOMENON HAZARD MITIG'N | 117 | 0 | 0 | 0 | 0 | 0 |
| TW03 | RPP CASS CLOSURE | 535 | 0 | 0 | 0 | 0 | 0 |
| TW03 | TANK PH ISSUE RESOLUTION | 0 | 403 | 3,641 | 466 | 505 | 277 |
| TW03 | FACILITY DEACTIVATION | 4,399 | 4,588 | 1,766 | 102 | 9,137 | 1,347 |
| TW03 | DST SSC ANALYSIS & DESIGN RECONSTITUTION | 277 | 0 | 1,650 | 111 | 114 | 147 |
| TW03 | SST SSC ANALYSIS & DESIGN RECONSTITUTION | 0 | 0 | 1,207 | 56 | 57 | 59 |
| TW03 | RPP TANK ISOLATION & ABANDONED EQUIP | 0 | 0 | 2,087 | 0 | 517 | 0 |
| TW03 | REMOVE INACTIVE SYSTEMS FROM OPERATIONS | 236 | 253 | 258 | 263 | 282 | 0 |
| TW03 | TANK STRUCTURAL ISSUE RESOL'N | 833 | 0 | 629 | 36 | 0 | 0 |
| TW03 | UPGRADE DST HARDWARE & TECH. BASELINE | 654 | 0 | 29 | 30 | 30 | 31 |
| TW03 | UPGRADE SST HARDWARE & TECH. BASELINE | 77 | 0 | 63 | 65 | 66 | 67 |
| TW03 | LOW INSTALLATIONS | 0 | 0 | 0 | 623 | 1,057 | 691 |
| TW03 | METRIFICATION PROGRAM | 0 | 0 | 41 | 0 | 0 | 0 |
| TW03 | RPP W-420 STACK MONITORING | 909 | 2 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | **Subtotal Baseline** | **168,959** | **162,926** | **145,117** | **132,783** | **107,294** | **75,909** |
| | **Subtotal CHG Proposal** | **161,281** | **154,905** | **137,384** | **125,856** | **100,421** | **68,873** |

Technical Exhibit A
(Dollars in Thousands)

| PBS | "UNIT OF ANALYSIS" | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 |
|---|---|---|---|---|---|---|---|
| TW04 | RPP SST (C-106) RETRIEVAL OPERATIONS | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP DISPOSAL - SUPPORT TO ORP | ~~267~~ | ~~762~~ | ~~3,346~~ | ~~3,427~~ | ~~3,481~~ | ~~3,637~~ |
| TW04 | RPP DISPOSAL - SUPPORT TO ORP | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP VADOSE ZONE CHARACTERIZATION | ~~9,537~~ | ~~9,344~~ | ~~8,943~~ | ~~9,739~~ | ~~10,333~~ | ~~9,621~~ |
| TW04 | RPP VADOSE ZONE CHARACTERIZATION | 9,037 | 8,834 | 8,423 | 9,208 | 9,792 | 9,069 |
| TW04 | RPP TANK FARM CLOSURE | 0 | 0 | 0 | ~~1,024~~ | ~~1,071~~ | ~~840~~ |
| TW04 | RPP TANK FARM CLOSURE | | | | 0 | 0 | 0 |
| ~~TW04~~ | ~~RPP W-211: INITIAL TK RETRIEVAL SYS (ITRS) DST~~ | ~~769~~ | ~~871~~ | ~~387~~ | ~~396~~ | ~~403~~ | ~~408~~ |
| TW04 | RPP W-211: INITIAL TK RETRIEVAL SYS (ITRS) DST | | 871 | 1,000 | 1,000 | 1,000 | 1,000 |
| TW04 | RPP W-211: INITIAL TK RETRIEVAL SYS DST -LI | 5,476 | ~~10,082~~ | ~~20,063~~ | ~~18,362~~ | ~~14,804~~ | ~~15,854~~ |
| TW04 | RPP W-211: INITIAL TK RETRIEVAL SYS DST -LI | | 10,082 | 9,918 | 6,000 | 11,000 | 16,342 |
| TW04 | RPP W-521 WASTE FEED DELIVERY SYSTEMS | 1,339 | 818 | 1,646 | 1,908 | 901 | 1,081 |
| TW04 | RPP W-521 WASTE FEED DELIVERY SYSTEMS - L.I. | 9,174 | ~~33,412~~ | ~~27,104~~ | ~~20,590~~ | ~~25,046~~ | ~~38,802~~ |
| TW04 | RPP W-521 WASTE FEED DELIVERY SYSTEMS - L.I. | | 4,000 | 9,000 | 4,000 | 12,000 | 15,000 |
| TW04 | RPP DST WASTE RETRIEVAL | 12,810 | 14,875 | ~~21,500~~ | ~~33,390~~ | ~~20,205~~ | 19,444 |
| TW04 | RPP DST WASTE RETRIEVAL | | | 18,300 | 25,690 | 15,906 | |
| TW04 | RPP W-522: DST WASTE RETRIEVAL -LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP HIGH-LEVEL WASTE SUPPORT PHASE 1 | 1,954 | 1,833 | 2,052 | 2,122 | 2,621 | 1,960 |
| ~~TW04~~ | ~~RPP W-525: TANK FARM UPGRADES~~ | ~~0~~ | ~~326~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ |
| TW04 | RPP W-525: TANK FARM UPGRADES - LI | 0 | 6 | 1,594 | ~~10,131~~ | ~~18,565~~ | ~~20,360~~ |
| TW04 | RPP W-525: TANK FARM UPGRADES - LI | | | | 7,000 | 19,000 | 19,650 |
| TW04 | PRR SST PROGRAM DEFINITION | 2,536 | 2,107 | 1,867 | 1,810 | 1,839 | 2,105 |
| TW04 | RPP W-523: SST HLW RETRIEVAL SYS - PHASE 1 | 4,487 | 4,756 | 3,067 | 5,123 | 3,898 | 2,530 |
| TW04 | RPP W-523: SST HLW RETRIEVAL SYS - PHASE 1-LI | 0 | 2,547 | 5,835 | 24,315 | 21,035 | 10,881 |
| TW04 | RPP SST LAW RETRIEVAL SYSTEMS - PHASE 1 | 0 | 26 | 168 | 0 | 2,312 | 2,884 |
| TW04 | RPP SST LAW RETRIEVAL SYSTEMS - PHASE 1-LI | 0 | 0 | 0 | 0 | 0 | 9,617 |
| TW04 | RPP SST TECHNOLOGY TEST & DEPLOYM'T PHASE 1 | 11,867 | 24,549 | 24,272 | 29,081 | 22,321 | 14,129 |
| TW04 | RPP 241-C-106 OPERAT'L CLOSURE-PHASE 1 | 422 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RTP RISK ALLOWANCE :TW04 | 0 | 0 | 19,704 | 17,314 | 6,730 | 11,910 |
| TW04 | RPP HANFORD TANKS INIT'VE: EM-30 | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST RETRIEVAL TO DST AVAILABLE SPACE | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST RETRIEVAL TO DST AVAILABLE SPACE-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST TECH. TEST/DEPLOYM'T -DST BACKFILL-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST PRIVATIZED RETRIEVAL ACTIV'S-PHASE 2 | 0 | 0 | 0 | 2,324 | 3,342 | 7,162 |
| TW04 | RPP SST PROGRAM DEVELOPMENT/RETRIEVAL | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST PROGRAM DEVELOPMENT/RETIEVAL - LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | DST WASTE RETRIEVAL-PHASE 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST PROGRAM DEVELOPMENT | 0 | 0 | 0 | 0 | 0 | 0 |
| TW04 | RPP SST PROGRAM DEVELOPMENT-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Subtotal Baseline** | **69,460** | **112,473** | **148,506** | **187,029** | **165,128** | **179,261** |
| | **Subtotal CHG Proposal** | **68,893** | **81,788** | **113,804** | **142,868** | **139,919** | **150,899** |
| | | | | | | | |
| TW05 | RPP PRIVATIZATION PROGRAM MGMT (WIT) PHASE 1 | 0 | ~~6,120~~ | ~~6,240~~ | ~~6,366~~ | ~~6,492~~ | ~~6,624~~ |
| TW05 | RPP PRIVATIZATION PROGRAM MGMT (WIT) PHASE 1 | | 0 | 0 | 0 | 0 | 0 |
| TW05 | RPP M & I VENDOR INTERFACE | 1,068 | 1,452 | 1,401 | 1,436 | 1,457 | 1,482 |
| | **Subtotal Baseline** | **1,068** | **7,572** | **7,641** | **7,802** | **7,949** | **8,106** |
| | **Subtotal CHG Proposal** | **1,068** | **1,452** | **1,401** | **1,436** | **1,457** | **1,482** |
| | | | | | | | |
| TW08 | RPP W-519 PRIV'ZN INFRASTRUCTURE PROJECT | 496 | 416 | 30 | 16 | 0 | 0 |
| TW08 | RPP W-519 PRIV'ZN INFRASTRUCTURE PROJECT-LI | 10,801 | 1,098 | 0 | 0 | 0 | 0 |
| TW08 | RPP UTILITY & OPERATIONS: PHASE 1 SUPPORT | 552 | 2,397 | 4,196 | 4,281 | 4,230 | 4,299 |
| TW08 | RPP INFRASTRUCTURE PROGRAM ADMIN / SYS. DEF'N | 923 | 940 | 958 | 981 | 715 | 288 |
| TW08 | RPP WASTE MANAGEMENT PRIV. INFRAST. PH 1 SUPPO | 1,634 | 623 | 384 | 1,924 | 2,781 | 0 |
| TW08 | RPP 106/108AP TURNOVER (PROC/ENGRG/ADMIN) | 0 | 0 | 0 | 0 | 0 | 0 |
| TW08 | SOLID WASTE SUPPORT | 0 | 0 | 0 | 0 | 0 | 0 |
| TW08 | RPP PRIVATIZATION INFRASTRUCTURE (PHASE II) | 0 | 0 | 2,130 | 8,321 | 3,033 | 997 |
| TW08 | RPP PRIV'ZN INFRASTRUCTURE (PHASE II)-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Subtotal Baseline** | **14,406** | **5,475** | **7,698** | **15,523** | **10,758** | **5,584** |
| | **Subtotal CHG Proposal** | **14,406** | **5,475** | **7,698** | **15,523** | **10,758** | **5,584** |

Technical Exhibit A
(Dollars in Thousands)

| PBS | "UNIT OF ANALYSIS" | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TW09 | RPP IMMOBILIZATION WASTE - RL SUPPORT | ~~102~~ | ~~102~~ | ~~106~~ | ~~108~~ | ~~110~~ | ~~112~~ |
| | | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP IHLW - PROGRAM, SYSTEMS DEF'N/OPS | 1,163 | 1,080 | 1,294 | 1,858 | 1,917 | 5,356 |
| TW09 | RPP IHLW - PROGRAM, SYS DEF'N/OPS-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-464, IHLW INTERIM STG FACILITY | 1,190 | ~~1,374~~ | ~~1,063~~ | ~~1,546~~ | ~~2,096~~ | ~~2,465~~ |
| TW09 | RPP W-464, IHLW INTERIM STG FACILITY | | 1,012 | 1,476 | 394 | 1,306 | 4,575 |
| TW09 | RPP W-464, IHLW INTERIM STG FACILITY - LI | | 2,796 | 4,481 | 2,466 | 18,132 | 36,246 |
| TW09 | RPP ILAW PROGRAM, SYSTEMS DEF'N / OPER'NS | 4,199 | 4,039 | 5,206 | 6,330 | 8,512 | 8,426 |
| TW09 | RPP ILAW PROGRAM, SYSTEMS DEF'N / OPER'NS-LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-529 ILAW PA Borehole #2 | 267 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-529 ILAW PA Borehole #2 - LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-465 ILAW INTERIM STG FACILITY | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-465 ILAW INTERIM STG FACILITY - LI | 0 | 0 | 0 | 0 | 0 | 0 |
| TW09 | RPP W-520 ILAW DISPOSAL COMPLEX | 1,335 | ~~617~~ | ~~620~~ | ~~850~~ | ~~1,102~~ | ~~1,243~~ |
| TW09 | RPP W-520 ILAW DISPOSAL COMPLEX | | 754 | 610 | 714 | 786 | 521 |
| TW09 | RPP W-520 ILAW DISPOSAL COMPLEX-LI | 0 | ~~0~~ | ~~525~~ | ~~4,790~~ | ~~14,519~~ | ~~24,275~~ |
| TW09 | RPP W-520 ILAW DISPOSAL COMPLEX-LI | | | 2,514 | 5,323 | 13,874 | 22,330 |
| | **Subtotal Baseline** | **9,531** | **10,614** | **16,941** | **35,087** | **64,228** | **59,422** |
| | **Subtotal CHG Proposal** | **9,429** | **9,682** | **15,582** | **17,086** | **44,527** | **77,454** |
| | | | | | | | |
| TW10 | RPP MGMT SUPPT-ENV. SAFETY QUAL ASSMT & HEALT | 2,914 | 2,846 | 2,902 | 3,074 | 3,020 | 3,021 |
| TW10 | RPP MGMT SUPPT - ENGINEERING MGMT & ADMIN | 1,533 | 1,525 | 1,566 | 1,587 | 1,618 | 1,600 |
| TW10 | RPP GENERAL & ADMINISTRATIVE | 10,868 | 10,841 | 11,552 | 11,531 | 11,759 | 11,986 |
| TW10 | RPP DOH | 8,792 | 8,969 | 9,145 | 9,329 | 9,514 | 7,856 |
| TW10 | RPP SITE SERVICES | 19,034 | 25,741 | 29,154 | 28,292 | 30,172 | 33,257 |
| TW10 | RPP MANAGEMENT SUPPORT - FEE | ~~16,103~~ | ~~16,206~~ | ~~18,312~~ | ~~18,046~~ | ~~18,078~~ | ~~17,382~~ |
| TW10 | RPP MANAGEMENT SUPPORT - FEE | 17,364 | 17,100 | 17,288 | 17,288 | 17,288 | 17,288 |
| TW10 | RPP MGMT SUPPT - SUPPORT TO ORP | 2,530 | ~~818~~ | ~~834~~ | ~~853~~ | ~~168~~ | ~~169~~ |
| TW10 | RPP MGMT SUPPT - SUPPORT TO ORP | 0 | 0 | 0 | 0 | 0 | 0 |
| TW10 | RPP MGMT. SUPPORT-PROJ PLNG INTG & CONTROL | 12,317 | 11,182 | 12,378 | 11,970 | 13,535 | 12,366 |
| TW10 | PAYMENT -IN-LIEU OF TAXES (PILT) | 0 | 1,067 | 1,088 | 1,110 | 1,132 | 1,150 |
| TW10 | TRAINING & RECRUITMENT COSTS | 278 | 460 | 467 | 3,405 | 0 | 0 |
| TW10 | RPP PROJ. INTEGRAT'N OFFICE (PIO) | 4,516 | 3,475 | 3,584 | 3,757 | 3,791 | 3,853 |
| TW10 | RPP MGMT. SUPPORT-SYS ENGRG | 1,755 | 1,791 | 1,826 | 1,862 | 1,901 | 1,811 |
| TW10 | RPP MANAGEMENT SUPPORT-WORK MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 0 |
| TW10 | RPP MGMT - RESERVE | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | **Subtotal Baseline** | **80,640** | **84,920** | **92,809** | **95,715** | **94,687** | **94,451** |
| | **Subtotal CHG Proposal** | **79,371** | **84,996** | **90,950** | **93,205** | **93,729** | **94,187** |
| | | | | | | | |
| | **SUBTOTAL (TFC Baseline)** | **389,669** | **420,222** | **454,601** | **504,296** | **483,546** | **450,315** |
| | **SUBTOTAL (CHG Proposal)** | **374,692** | **373,826** | **401,981** | **425,588** | **423,556** | **425,288** |
| | **Identified Changes Through 12/19/00** | **4,315** | **11,854** | **(1,525)** | **(1,053)** | **(155)** | **(255)** |
| | **TOTAL Tank Farm Contract (CHG Proposal)** | **379,007** | **385,680** | **400,456** | **424,535** | **423,401** | **425,033** |

| | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | Total |
|---|---|---|---|---|---|---|---|
| **Waste Treatment Plant** | **56,500** | | | | | | |
| **Total Revised CHG Proposal** | **435,507** | **385,680** | **400,456** | **424,535** | **423,401** | **425,033** | **2,494,612** |

Section D

# PART I - THE SCHEDULE
# SECTION D
# PACKAGING AND MARKING

## TABLE OF CONTENTS

| Clause | Title | Page |
| --- | --- | --- |
| D.1 | Packaging | 1 |
| D.2 | Marking | 1 |

**PART I - THE SCHEDULE**
**SECTION D**
**PACKAGING AND MARKING**

## D.1 PACKAGING

Preservation, packaging, and packing for shipping or mailing all work delivered hereunder shall be in accordance with good commercial practices and adequate to ensure acceptance by common carrier and safe transportation at the most economical rate(s).

## D.2 MARKING

(a) Each package, report or other deliverable shall be accompanied by a letter or other document which:

(1) Identifies the applicable Contract number for the item being delivered; and

(2) Identifies the deliverable item number or report requirement that requires the delivered item(s).

(b) For any package, report or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required in paragraph (a) above shall be simultaneously provided to the office administering the Contract, as identified in Section G, *Contract Administration Data*, of this Contract.

Section E

**PART I - THE SCHEDULE**
**SECTION E**
**INSPECTION AND ACCEPTANCE**

**TABLE OF CONTENTS**


| Clause | Title | Page |
|---|---|---|
| E.1 | FAR 52.246-3 Inspection of Supplies--Cost-Reimbursement (APR 1984) | 1 |
| E.2 | FAR 52.246-5 Inspection of Services--Cost-Reimbursement (APR 1984) | 3 |
| E.3 | Acceptance | 3 |

**PART I - THE SCHEDULE**
**SECTION E**
**INSPECTION AND ACCEPTANCE**

## E.1 FAR 52.246-3 INSPECTION OF SUPPLIES--COST-REIMBURSEMENT (APR 1984)

(a) *Definitions.*

"Contractor's managerial personnel," as used in this clause, means any of the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of--

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operation at a plant or separate location at which the contract is being performed; or

(3) A separate and complete major industrial operation connected with performing this contract. "Supplies," as used in this clause, includes but is not limited to raw materials, components, intermediate assemblies, end products, lots of supplies, and, when the contract does not include the Warranty of Data clause, data.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the supplies, fabricating methods, and special tooling under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test the contract supplies, to the extent practicable at all places and times, including the period of manufacture, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in the contract performance. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) Unless otherwise specified in the contract, the Government shall accept supplies as promptly as practicable after delivery, and supplies shall be deemed accepted 60 days after delivery, unless accepted earlier.

(f) At any time during contract performance, but no later than 6 months (or such other time as may be specified in the contract) after acceptance of the supplies to be delivered under the contract, the Government may require the Contractor to replace or correct any supplies that are nonconforming at time of delivery. Supplies are nonconforming when they are defective in material or workmanship or are otherwise not in conformity with contract requirements. Except as otherwise provided in paragraph (h) below, the cost of replacement or correction shall be included in allowable cost, determined as provided in the Allowable Cost and Payment clause, but no additional fee shall be paid. The Contractor shall not tender for acceptance supplies required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

(g) (1) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, the Government may--

(i) By contract or otherwise, perform the replacement or correction and charge to the Contractor any increased cost or make an equitable reduction in any fixed fee paid or payable under the contract;

(ii) Require delivery of undelivered supplies at an equitable reduction in any fixed fee paid or payable under the contract; or

(iii) Terminate the contract for default.

(2) Failure to agree on the amount of increased cost to be charged to the Contractor or to the reduction in the fixed fee shall be a dispute.

(h) Notwithstanding paragraphs (f) and (g) above, the Government may at any time require the Contractor to correct or replace, without cost to the Government, nonconforming supplies, if the nonconformances are due to--

(1) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or

(2) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

(i) This clause applies in the same manner to corrected or replacement supplies as to supplies originally delivered.

(j) The Contractor shall have no obligation or liability under this contract to replace supplies that were nonconforming at the time of delivery, except as provided in this clause or as may be otherwise provided in the contract.

(k) Except as otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

(End of clause)

**E.2 FAR 52.246-5 INSPECTION OF SERVICES--COST-REIMBURSEMENT (APR 1984)**

(a) *Definition.* "Services," as used in this clause, includes services performed, workmanship, and material furnished or used in performing services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all places and times during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If any of the services performed do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, for no additional fee. When the defects in services cannot be corrected by reperformance, the Government may--

(1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

(2) Reduce any fee payable under the contract to reflect the reduced value of the services performed.

(e) If the Contractor fails to promptly perform the services again or take the action necessary to ensure future performance in conformity with contract requirements, the Government may--

(1) By contract or otherwise, perform the services and reduce any fee payable by an amount that is equitable under the circumstances; or

(2) Terminate the contract for default.

(End of clause)

**E.3 ACCEPTANCE**

The Contracting Officer or any other duly authorized representative shall accomplish acceptance for all work and effort under this Contract.

**PART I - THE SCHEDULE**
**SECTION F**
**DELIVERIES OR PERFORMANCE**

**TABLE OF CONTENTS**

| Clause | Title | Page |
|---|---|---|
| F.1 | Period of Performance | 1 |
| F.2 | Principal Place of Performance | 1 |
| F.3 | Reporting Requirements | 1 |

**PART I - THE SCHEDULE**
**SECTION F**
**DELIVERIES OR PERFORMANCE**

## F.1 PERIOD OF PERFORMANCE

The period of performance for the work specified in Section C, *Statement of Work*, of this Contract commenced October 1, 1999, and shall continue through September 30, 2006, unless sooner terminated as provided for in other provisions of this Contract.

## F.2 PRINCIPAL PLACE OF PERFORMANCE

The principal place of performance of this contract shall be the Hanford Site, near Richland, Washington and other facilities as directed by the Contracting Officer.

## F.3 REPORTING REQUIREMENTS

(a) The Contractor shall provide a reporting system capable of management information in the form of electronic databases and will report program performance on the technical work, schedule, and cost profile defined in the River Protection Project Baseline. Additional reporting requirements are found in the Section H Clause entitled, *Project Controls*.

(b) The Contractor's databases and reporting shall be available to the U.S. Department of Energy Office of River Protection (DOE-ORP) no later than 10 working days after the close of the reporting period.

(c) The Contractor shall provide the information necessary to support DOE-ORP in the preparation of reports required by regulatory agreements, such as, the *Hanford Federal Facility Agreement and Consent Order* (also known as the Tri-Party Agreement (TPA)) and legislative mandates or DOE Headquarters required specific data (e.g., Integrated Planning and Budgeting System (IPABS)), which must be supported by the reporting system.

(d) The monthly Contract Funds Status Report shall indicate cumulative-to-date amounts for budget authority (BA) allotted, obligated, and committed. Cost and funds data shall be in work breakdown structure (WBS) format, and also the DOE budget and reporting (B&R) classification structure, (e.g., project breakdown structure (PBS), User's Accountability System (UAS)) unless otherwise directed by the Contracting Officer.

(e) Minimum reporting requirements and the frequency of submission are provided in Table C-1. The Project Hanford Management Contractor (PHMC) on the Contractor's behalf shall provide some of the reports. The Contractor shall provide written notification of provider or changes in provider to the Contracting Officer at a minimum annually. Table C-1 is not complete and is subject to change at the discretion of the Contracting Officer as provided to the Contractor in writing. In addition, Table C-1 does not include reports that may be required by other terms of this Contract or by DOE directives that are applicable to this Contract. The Contracting Officer will determine content, format and distribution.

Table F-1
Minimum Reporting Requirements and Frequency

| Report Name | Frequency |
|---|---|
| Critical Path Analysis Report | M |
| Work Breakdown Structure (WBS) | A |
| WBS Description | A |
| PBS Submittal | Y,C |
| Monthly Performance Overview | M, |
| Integrated Planning, Accountability, and Budgeting System-Information System http:\\www.em.doe.gov\ipabs\hand.html | M, |
| Contract Funds Status Report | M |
| Financial Statements Reporting Requirements Letter | Y |
| Functional Support Cost Report | S |
| Report of Compensation | Y |
| Report of Contractors Earning and Supplementary Compensation | Y |
| Pension Plan Actuarial Data | Y |
| Property Acquisitions and Dispositions | M |
| Fire Replacement Report | Y |
| Physical Inventory Report | Y |

| FREQUENCY CODES: | |
|---|---|
| A - As Required | Q - Quarterly |
| C - Change to Contractual Agreement | S - Semi-Annually |
| F - Final (end of effort) | Y - Yearly or Upon Renewal of Contractual Agreement |
| M - Monthly | O - Once After Award |

Section G

**PART I - THE SCHEDULE**
**SECTION G**
**CONTRACT ADMINISTRATION DATA**

**TABLE OF CONTENTS**

| Clause | Title | Page |
|---|---|---|
| G.1 | Correspondence Procedures. | 1 |
| G.2 | Billing Instructions | 1 |
| G.3 | Government Property | 2 |

**PART I - THE SCHEDULE**
**SECTION G**
**CONTRACT ADMINISTRATION DATA**

## G.1 CORRESPONDENCE PROCEDURES.

To promote timely and effective administration under this Contract, the Contractor shall be subject to the following procedures:

(a) Technical and Administrative Correspondence/Matters. Technical and administrative correspondence concerning performance of this Contract shall be addressed to the responsible officials designated in U.S. Department of Energy Office of River Protection (DOE-ORP) Manual 411.1-1, *Office of River Protection Functions, Responsibilities, and Authorities Manual (FRAM),* using the latest published edition.

(b) Contractual Correspondence/Matters. Correspondence involving contractual matters shall be addressed to the Contracting Officer. The primary Contracting Officer responsible for administration of this Contract is Jewel J. Short, II, Procurement Division. This individual shall be primarily responsible for all contractual actions required to be taken by the Government under the terms of this Contract.

Notwithstanding the above, in the event that the above named individual is absent for an extended period or an urgent action is required, any other duly appointed Contracting Officer assigned to DOE-ORP shall be authorized to take the required contractual action(s) within the limits of his/her authority.

(c) DOE Contracting Office. The Contracting Officer's address is:

Procurement Division
U.S. Department of Energy
Office of River Protection
Post Office Box 450/2440 Stevens Center
Richland, WA 99352-0450

(d) All correspondence sent to the Contracting Officer shall contain a subject line commencing with the contract number as illustrated below:

SUBJECT: CONTRACT NO. DE-AC27-99RL14047

A copy of all correspondence addressed to the Contracting Officer shall be provided to the Manager, ORP at the address stated in paragraph (c) above.

## G.2 BILLING INSTRUCTIONS.

(a) The Contractor shall provide periodic electronic invoices (or data supporting letter of credit drawdowns) and cost accrual and accrual reversal records to DOE-ORP. Within the electronic invoice submission, the Contractor shall provide all invoice data elements required to: (1) ascertain all goods and services provided by the Contractor were allowable and reasonable per the terms and conditions of the contract, and (2) properly record all contract costs and payments in the DOE accounting system. This includes, but is not limited to: work breakdown structure (WBS) numbers, budget and reporting (BNR) numbers, fund-type, project baseline summaries (PBS) numbers, the fiscal year the funds were provided, DOE-ORP project/task number, object classes, cost elements, resource types, and plant and equipment line item number (if applicable).

(b) Upon request, the Contractor shall also provide the Contracting Officer written documentation to support the electronic invoices at the address identified herein.

**G.3 GOVERNMENT PROPERTY**

The point of contact for contract administration relating to Government property is as follows:

U.S. Department of Energy
Richland Operations Office
Organizational Property Management Officer
Office of Training and Asset Transition MSIN A2-45
P.O. Box 550 or 825 Jadwin Avenue
Richland, WA 99352

Section H

**PART I – THE SCHEDULE**
**SECTION H**
**SPECIAL PROVISIONS**

**TABLE OF CONTENTS**


| Clause | Title | Page |
|---|---|---|
| H.1 | Performance Based Incentives, Fee Distribution and Fee Pool | 1 |
| H.2 | Provisional Payments of Fee | 4 |
| H.3 | Modification Authority | 4 |
| H.4 | Guarantee of Performance | 4 |
| H.5 | Responsible Corporate Official | 4 |
| H.6 | Representations and Certifications | 5 |
| H.7 | Project Controls | 5 |
| H.8 | Small Business Subcontracting Plan | 11 |
| H.9 | Subcontracts | 12 |
| H.10 | Withdrawal of Work | 12 |
| H.11 | Assignment of DOE Prime Contracts | 12 |
| H.12 | Assignment | 13 |
| H.13 | Legal Management Plan | 13 |
| H.14 | Third Parties | 13 |
| H.15 | Emergency Clause | 13 |
| H.16 | Shutdown Authorization | 13 |
| H.17 | Payment Bonds and Performance Bonds | 14 |
| H.18 | Travel Restrictions | 14 |
| H.19 | Separate Business Unit | 15 |
| H.20 | Segregation of Costs | 16 |
| H.21 | Indirect Cost Allocations | 16 |
| H.22 | Earned Value Management System | 16 |
| H.23 | Financial Management System | 16 |
| H.24 | Engineering Standards, Design Criteria, and Construction Standards | 17 |
| H.25 | Legal Agreements (Tri-Party Agreement and Others) | 17 |
| H.26 | Environmental Responsibility | 18 |
| H.27 | Contractor Deliverables for External Regulators or Agencies | 21 |
| H.28 | Hazardous Materials | 21 |
| H.29 | Preservation of Antiquities and Land Areas | 21 |
| H.30 | Quality Assurance System | 22 |
| H.31 | Subcontractor Environment, Safety, Quality, and Health Requirements | 22 |
| H.32 | Labor Relations | 23 |
| H.33 | Advance Understanding on Personnel Costs, Policies and Procedures | 24 |
| H.34 | Determination of Appropriate Labor Standards | 24 |
| H.35 | Service Contract Act (Sca) Wage Determination | 24 |
| H.36 | Implementation of the Hanford Site Stabilization Agreement | 24 |
| H.37 | Workers Compensation | 26 |
| H.38 | Information | 27 |
| H.39 | Lobbying Restrictions (*Energy And Water Development Appropriations Act, 2001*) | 28 |
| H.40 | Lobbying Restrictions (*Department Of Interior And Related Agencies Appropriations Act, 2001*) | 28 |
| H.41 | Agreement Regarding Proposed Clauses | 28 |
| H.42 | Use Of DOE Facilities | 28 |
| H.43 | Sharing Earned Fees with Employees | 28 |
| H.44 | Purchase of American-Made Equipment and Products-Sense of Congress | 29 |

**PART I – THE SCHEDULE**
**SECTION H**
**SPECIAL PROVISIONS**

## H.1 PERFORMANCE BASED INCENTIVES, FEE DISTRIBUTION AND FEE POOL

(a) Establishment of Performance Based Incentives (PBIs)

Performance Based Incentives (PBIs), set forth agreed upon performance expectations and the requirements, criteria and/or specifications for acceptable performance of the expectations. The PBI format is included in Section J, Appendix D, *Performance Based Incentives*.

PBIs and related fee distribution for the term of the contract shall be established based on the work activities set forth in the Baseline, (as defined in the Section H Clause entitled, *Project Controls*), and Section C, *Statement of Work*. PBI completion criteria will be derived from Section C, *Statement of Work*, as applicable. The PBIs and related fee distribution will be incorporated into the Contract in Section J, Appendix D, *Performance Based Incentives*.

PBIs and fee distribution will emphasize completion of mission scope set forth in the Baseline. A corporate performance incentive may be established to incentivize overall management initiatives during the term of the Contract.

PBIs including the corporate performance incentive shall be mutually agreed upon at the beginning of the Contract term. PBIs may be updated as necessary and new PBIs may be created during the Contract term. The U.S. Department of Energy (DOE) shall incorporate the agreed to PBIs into the Contract.

If agreement on the PBIs cannot be reached, the Contracting Officer may make the final determination of PBIs and related fee distribution, and may unilaterally incorporate into the Contract. However, if the Contractor disagrees with the DOE established PBIs and related fee distribution, the Contractor may appeal to the Head of Contracting Activity (HCA), who shall unilaterally decide the issue.

(b) Interference

In the event that the Contractor believes that DOE has interfered with its ability to meet specific performance expectations, it may present evidence to support this position along with a proposed adjustment to the HCA. The HCA shall make a unilateral determination and shall provide a copy of that determination to the Contractor.

(c) Positive and Negative Incentives

The performance expectations defined in the PBIs may have fee directly assigned to their accomplishment or have a negative deduction from earned fee for failure to accomplish.

If fee is assigned to individual expectations defined in a PBI, then in order to earn the individually assigned fee, all defined performance requirements supporting the individual expectation must be met.

If a negative fee deduction is assigned to an individual expectation defined in a PBI, and if the performance requirements supporting the individual expectation are not met, no fee will be paid for the expectation, and the defined negative deduction will be made from other fees earned. However, in no event would the aggregate of all negative deductions arising from negative fee PBIs exceed 20 percent of the total available fee under the contract.

(d) PBI/SSPBI Cost and Schedule Constraints

(1) In order for any PBI expectation to be considered performed, not only must it meet the PBI performance requirements, but the work must be accomplished within the funding thresholds specified in this Contract, and as follows:

The cost and/or schedule variance as measured at Level 4 of the WBS (except for interim stabilization and characterization, which are measured at WBS Level 3), shall not exceed an unfavorable cost variance of 5% or an unfavorable schedule variance of 7.5%. The above cost/schedule variance will be measured at the PBS level until such time as the revised WBS is implemented. This implementation shall take place by September 30, 2001. This applies to the work authorized and funded (including stretch goals, but excluding Superstretch performance incentives). Any cost or schedule variance for Superstretch Performance Based Incentive (SSPBI) work shall not be used in determining cost variance and schedule variance for funded work.

(2) For SSPBIs, the aggregate sum of actual cost and earned fee for all Superstretch incentives will be less than or equal to DOE approved savings as recorded in the Contractor's Management Reserve account (i.e., savings from work efficiencies and deletions) at fiscal year end.

(e) Fee Re-Allocation due to Cancellation or Changes

If, for any reason, DOE cancels an expectation defined in a PBI, DOE and Contractor shall seek to mutually agree to any partial fee payable to Contractor for partial completion of the cancelled PBI. Any unpaid fee attached to that expectation of the cancelled PBI shall be reallocated to a new PBI expectation, or to existing other PBI expectations, or to both new and existing PBI expectations. The Contracting Officer shall make the reallocation decision and the final determination of entitlement to partial fee. However, if the Contractor disagrees with the Contracting Officer's decision, the Contractor may appeal to the HCA, who shall unilaterally decide the issue.

(f) Fee Determinations

PBIs may be either annual or multi-year in duration and include annual or multi-year end points. When a PBI expectation is completed, DOE will make final fee determination. The final determination on the acceptability of the work performed by the Contractor under this provision and incentive fee determination shall be made solely at the unilateral discretion of the HCA.

(g) Superstretch Performance Based Incentives (SSPBIs)

This incentive provision is established to challenge the Contractor to accomplish significant and mission critical work activities that are in the baseline but not currently funded or which significantly accelerate workscope. SSPBIs should be developed and agreed to prior to the beginning of the fiscal year, but may be developed and implemented during the term of the Contract. The SSPBIs will be incorporated into the contract in Section J, Appendix D, *Performance Based Incentives*.

When the Contractor is ready to activate one of the SSPBIs and after the associated BCWS and fee have been negotiated, it will submit a Baseline Change Request (BCR), if required, to the Contracting Officer. The BCR shall document the scope, cost, and funding source necessary to incorporate the SSPBI workscope into the contract period baseline. The Contracting Officer will notify the Contractor within 20 business days of receipt of the BCR whether or not to proceed with the SSPBI. Failure by the Contracting Officer to provide negative notice within 20 business days of Contractor submission of the BCR to the DOE Change Board shall constitute BCR approval. Upon approval, the Contractor may process the BCR and start work associated with the SSPBI. Should the Contracting Officer disapprove the SSPBI BCR, the Contractor shall be allowed to substitute other SSPBIs of equivalent value. When the work is complete, a package documenting completion of the work will be prepared and submitted to the Contracting Officer for approval. Approval of the completion package by the Contracting Officer will authorize payment to the Contractor of the fee earned.

The funds for accomplishment of SSPBIs will be obtained from cost savings realized through efficiencies and/or workscope deletions and not deferrals. The Contracting Officer shall approve workscope deletions prior to their use as a source of funding for SSPBIs. The SSPBIs must be performed in accordance with the cost and schedule criteria defined in the Contract.

The fee for accomplishment of SSPBIs will be paid from a share of the cost of the designated work and will be outside the fee pool identified in the Section B Clause entitled, *Estimated Cost and Fee*. SSPBI fee may be up to 20 percent of the agreed to budgeted cost of work scheduled (BCWS) of the designated workscope. The fee payments from accomplishment of SSPBIs will be separate from and not subject to or impact the provisional payment of fee limitations described in the Section H Clause entitled, *Provisional Payments of Fee*.

(h) Multi-Year Performance Based Incentives

A multi-year performance based incentive is any PBI in which the requirements are established in one fiscal year but the final completion date extends into a future fiscal year.

(i) Fee Pool:

It is the intent of the parties that the entire fee pool identified in the Section B Clause entitled, *Estimated Cost and Fee*, will be allocated and made available during the contract term by assigning fee to the Corporate, annual, or multi-year PBIs. However, an "unallocated" pool of fee will be maintained which has not been assigned to the Corporate, annual, or multi-year PBIs. The Contracting Officer shall allocate the unallocated fee to meaningful work efforts during the term of the contract. The allocation is at the unilateral discretion of the Contracting Officer. However, if the Contractor disagrees with the Contracting Officer's decision, the Contractor may appeal to the HCA, who shall unilaterally decide the issue.

Fee from the Corporate, annual, and multi-year PBIs, which is unearned for failure to meet PBI requirements, is forfeited, shall not be returned to the unallocated fee pool, and may be applied by the Contracting Officer to perform other baseline work.

The total estimated fee pool may be adjusted in accordance with the Section B Clause entitled, *Estimated Cost and Fee*.

**H.2 PROVISIONAL PAYMENTS OF FEE**

(a) If interim payments of fee are paid before the final determination of fee, those payments shall be provisional pending that final determination as described in the individual Performance Based Incentives. Such provisional payments may be made at the discretion of the Contracting Officer on a monthly basis up to a maximum amount for the fiscal year not-to-exceed 70 percent of the total available performance fee.

(b) The U.S. Department of Energy (DOE) agrees to pay to the Contractor, at the discretion of the Contracting Officer, on a provisional basis an amount up to 10 percent of the annual performance fee pool in each of the first two calendar months of each fiscal year and 5 percent in each calendar month thereafter. The Contractor shall submit to the Contracting Officer at the beginning of each month the provisional fee for that month. DOE agrees to authorize payment of the provisional fee no later than the 10th working day of the following month.

(c) The Contracting Officer or the Head of the Contracting Activity will make the final fee determination, as appropriate, in accordance with the fee clauses of this Contract. In the event that overpayment results from the payment of fee on a provisional basis, the Contractor shall reimburse such overpayment to DOE upon demand; payable with interest in accordance with the Section I Clause entitled, *Interest*.

**H.3 MODIFICATION AUTHORITY**

Not withstanding any of the other provisions of this contract, the Contracting Officer shall be the only individual on behalf of the Government authorized to:

(a) Accept non-conforming work;

(b) Waive any requirement of this Contract; or

(c) Modify any term or condition of this Contract.

**H.4 GUARANTEE OF PERFORMANCE**

The Contractor or the Contractor's parent organization(s) has (have) provided a Guarantee of Performance in a manner and form acceptable to the Contracting Officer assuring the performance, duties, and responsibilities of the Contractor, including repayment of unearned provisional fee, will be satisfactorily fulfilled. The Guarantee of Performance submitted on the date of this Contract modification is incorporated herein by reference and made part of this Contract.

**H.5 RESPONSIBLE CORPORATE OFFICIAL**

The Contractor shall guarantee performance as evidenced by the Guarantee of Performance referred to in Section H Clause entitled, *Guarantee of Performance*. If a separate business entity is established for this Contract, the Contractor's parent company shall guarantee performance as evidenced by the Guarantee of Performance referred to in Section H Clause entitled, *Guarantee of Performance*. If the Contractor is a joint venture or other similar entity where more than one company is involved, the parent companies shall assume joint and several liability for the performance of the Contractor. In the event that any of the signatories to the Guarantee of Performance enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish written notification of the bankruptcy to the Contracting Officer. Notwithstanding the provisions of this Clause, the Government may contact, as necessary, the single responsible corporate official identified below, who is at a level above the Project Manager for the Contractor and who is accountable for the performance of the Contractor, regarding Contractor performance issues. Should the responsible corporate official change during the period of the

Contract, the Contractor shall promptly notify the Contracting Officer in writing of the change in the individual to Contract.

| | |
|---|---|
| Name: | Ralph Peterson |
| Position/Company: | President and CEO, CH2M HILL, LTD. |
| Position/Organization: | Chairman, Board of Directors, CH2M HILL Hanford Group, Inc. |
| Address: | 6060 S. Willow Drive, Greenwood Village, CO 80111-5142 |
| Phone: | (303) 713-2522 |
| Facsimile: | (303) 220-5106 |
| E-mail: | rpeterso@ch2m.com |

## H.6 REPRESENTATIONS AND CERTIFICATIONS

The Representations and Certifications, (Section K) submitted by the Contractor dated November 14, 2000, are hereby incorporated into this Contract by reference.

## H.7 PROJECT CONTROLS

### H.7.01 Project Control System Requirements

(a) In the performance of this contract, the Contractor shall establish, maintain and use a project control system meeting the requirements specified in the Contract, in the following paragraphs titled "Baseline Development," "Baseline Performance," and "Baseline Change Management" of this Section. The Contractor may use a pre-existing project control system if such system satisfactorily addresses the system requirements defined below.

(b) The project control system must meet the requirements of the following DOE guidance:

(1) DOE Order 430.1A, *Life-Cycle Asset Management (LCAM)*, October 14, 1998;
(2) *Integrated Planning, Accountability, and Budgeting System – Information Systems (IPABS-IS) Data Requirements*, December 18, 1998;
(3) *Integrated Planning, Accountability, and Budgeting System (IPABS) Handbook*, February 16, 1999;
(4) *HQ Baseline Change Control Charter*, Office of Environmental Management, Rev. 0, June 23, 1999; and
(5) DOE Order 413.3, *Program and Project Management for the Acquisition of Capital Assets*.

(c) The Contractor shall provide the Contracting Officer with a detailed written description of the proposed project control system for review and approval within thirty (30) days after award of the Contract.

(d) Upon system approval by the Contracting Officer, the Contractor shall fully implement the project control system. The Contractor shall not make any significant changes to the approved system without the prior written approval of the Contracting Officer.

(e) Contractor and DOE will agree within sixty (60) days after execution of this Contract extension to the appropriate reporting level at which the project controls system shall be predicated (the Reporting Level). However, DOE or designated representatives shall be provided with access to all pertinent records, data, and plans for purposes of initial approval, approval of proposed changes and ongoing operation of the project control system, approval of costs, and approval of fee.

**H.7.02 Baseline Development**

(a) Tank Farm Contract River Protection Project Baseline

(1) Work Breakdown Structure. The Work Breakdown Structure (WBS) shall provide the framework for all project control system components, including estimating, scheduling, budgeting, performing, managing, and reporting, as required under this contract.

(2) Baseline. The workscope of this Contract is detailed in the Baseline. The Baseline shall be established and maintained in a manner that ensures identification and accomplishment of work, performance can be objectively measured, and its configuration is controlled and changes managed by formal processes. The Reporting Level of the WBS is the fundamental grouping of work at which the Contracting Officer will receive routine status reports, evaluate and measure project performance, and exercise change control authority. However, the Contracting Officer may request reports at a lower level of the WBS.

(b) Roles and Responsibilities

WBS Manager Responsibilities. The WBS manager shall have the responsibility and authority to plan and budget the work, and control the resources and work activities within the approved technical, schedule, and cost baselines. The WBS manager is also responsible to report status to allow complete project rollup of technical, schedule, and cost performance for current period, cumulative to-date, and at-completion.

(c) Cost Estimating

(1) Estimating Methodologies. Estimates shall be integrated with the WBS and use estimating methodologies that are consistent with DOE Order 430.1A, *Life-Cycle Asset Management*.

(2) Estimate Preparation. Estimates shall be prepared consistent with the established project baseline and can be identified by each WBS element and rolled up to the total Baseline.

(d) Planning and Scheduling

(1) Planning Constraints. A planning process shall be established and maintained throughout the project life that identifies programmatic, operational, legislative, institutional, and other requirements, constraints, and assumptions that may affect work scope, schedule, and cost. Potential impacts are identified and considered in managing the Baseline through contingency planning and management.

(2) Project Risk Management. A Risk Management Plan shall be developed that identifies the various internal and external risks to achieving the Baseline. The Risk Management Plan will include possible alternatives to mitigate impacts, select and definitize specific alternatives, including cost and implementation schedules for each alternative, and provide for routine reporting and updating of the Plan at least quarterly.

(3) Schedule Development. Schedules shall be developed that integrate with the WBS and cost estimates, and represent all project work scope regardless of funding source. Certain non-project level of effort work scope may be excluded. Each activity will have assigned duration representing work scope accomplishment. Activity logic links shall depict all work scope constraints and decision points and shall be integrated into a total project network schedule. Work scope critical path network schedules are required for the total project and each WBS element that exceed $5 million in life-cycle cost.

(4) Schedule . The Contractor's schedule including construction projects shall clearly depict critical path activities and milestones from which actual performance for activities and milestones can be compared, and from which performance forecasts can be derived.

(5) Intermediate Schedules. The project schedule shall be developed in a manner that allows extraction of intermediate and detail level schedules, for individual WBS elements. Milestones shall be identified and maintained as part of the schedules.

(e) Cost

(1) Cost Accounts. A cost account structure shall be integrated with the WBS and facilitate collection of cost by WBS element. All work scope for each WBS element shall be identified and a budget for that work developed. Budget projections shall be time-phased consistent with the schedule and anticipated resources, and shall be reconcilable with the cost estimate. The Contractor shall notify DOE thirty (30) days prior to the use of project contingencies. The Contractor may use contingency up to the levels established for each phase of work execution, but contingency use requires approval by the cognizant Contracting Officer's Representative.

(2) Total Value of Accounts. All work shall be represented in the WBS structure and the sum of the WBS budgets, plus contingency and management reserve and fee, equals the Baseline

(3) Managing Cost Accounts. A practical and effective method for controlling and measuring performance of the cost accounts shall be used, that is verifiable and consistent with schedule performance management. The Contractor shall exercise specific control and decision authority at the reporting level.

**H.7.03 Baseline Performance**

(a) Funds Management

(1) Funding Limits. Baseline commitment and expenditures shall not exceed funding limits in accordance with the Section I Clause entitled, *Obligation of Funds*. Funding controls as established in the Contractor's control system shall provide early warning before funding limits are exceeded.

(2) Funding Changes. The Contractor shall analyze DOE proposed or directed funding changes for their impact on work scope, schedule, and cost elements of the Baseline. Baseline changes to adjust for significant funding changes may be proposed consistent with Change Control procedures.

(3) Funding. An ability to forecast funding requirements to execute remaining baseline work shall be maintained on a monthly basis by the Contractor. Analysis of the variance between currently authorized funds and estimated costs at completion shall be used by the Contractor to make adjustments to budgets or release contingency funds to WBS Managers as appropriate.

(b) Accounting

(1) Recording Costs. All actual costs, both direct and indirect, incurred in the performance of work shall be recorded on a timely basis each month. Cost assignments shall be made in accordance with an established and auditable system that conforms to Generally Accepted Accounting Principles and Cost Accounting Standards. Actual costs incurred must be recorded in the same accounting period that performance is measured and recorded.

(2) Collecting Costs. Costs shall be collected at the Cost Account level of the WBS or lower. Costs shall also be summarized by Project Baseline Summary (PBS). Managers shall be provided appropriate reports and information to analyze monthly charges and are held responsible for the validity of charges to their cost account.

(c) Work Authorization

(1) Work Authorization. Approval of this Contract provides authorization for the Contractor to complete the full scope of work in the Contract. Any Contractor requested changes or DOE directed changes shall be addressed through the established Change Control process.

(2) Contract Funding. The Integrated Baseline with any approved revisions provides the basis for authorization of funds to the Contractor for each fiscal year. The Manager of the U.S. Department of Energy, Office of River Protection (DOE-ORP) will under normal conditions obligate to the contract the full annual baseline funding per the profile set forth in the Section B Clause entitled, *Estimated Cost and Fee*, when the funds become available to DOE-ORP for obligation to the Contract. Contract funding under this contract shall be subject to the administrative controls as described below:

*Annual Work Analysis.* Prior to the release of funds for each fiscal year, the DOE will analyze the technical, schedule, and cost baseline for that upcoming fiscal year. By May 31st each year the DOE will provide an estimate of any budget restrictions, or specific technical or schedule guidance for the upcoming fiscal years through the remainder of the contract term. The Contractor shall prepare a project performance forecast for all upcoming fiscal years from the approved Baseline and the DOE guidance. By July 31st each year the Contractor shall submit to the Contracting Officer or designee a comprehensive analysis of total project status, including impacts to work scope, schedule, and cost elements of the Baseline and the projected budget allocations to WBS elements with a focus to activities described in the baseline for the upcoming fiscal year. This deliverable is known as the Annual Work Analysis (AWA), as derived from the Baseline. Variations from the Baseline described in the AWA, which exceed established thresholds, shall be addressed through established change control procedures and if necessary, incorporated into the contract by modification.

(3) Resolving Conflicts. In the event there is a conflict between the requirements of this Clause and the referenced DOE Orders and guidance, the Contractor shall obtain guidance from the DOE Contracting Officer.

(d) Performance Analysis

(1) Project Performance. Differences between planned and actual performance, shall be analyzed and reviewed monthly against the Baseline for the current fiscal year portion of the total project. Performance analysis techniques shall be commercially accepted and documented, and shall utilize earned-value methods and shall be reported to DOE at the Reporting level of the WBS. Objective measures are preferred for measurement of all technical work scope. For variances between planned and actual that exceed thresholds established by the Contracting Officer, the analysis shall describe the causes for variance, impact on other cost accounts and WBS elements, and corrective action required.

(2) Project Risk and Contingency Management. The risk from project and program factors that may affect work scope, schedule, or cost aspects shall be included in the development of the Baseline. Changes in the nature of these risks due to evolving social, political, organizational, environmental or other factors shall be analyzed quarterly, and resulting impacts to the project baseline evaluated. Risk plans shall be adjusted and risk management actions taken as appropriate, including performance improvements, reallocation of budgets to cost accounts, release of contingency funds, or baseline change proposals submitted if thresholds are exceeded.

(3) Estimate at Completion. Quarterly the Estimate at Completion (EAC) for the term of the contract shall be reviewed and evaluated for consistency with observed trends in performance, emerging or resolved issues, and changes in the assessment of project risk.

(e) Reporting

(1) Periodic Plans and Reports. The Contractor shall submit periodic plans and reports in such form and substance as required by the Contracting Officer. These periodic plans and reports shall address general management, schedule/labor/cost, performance measurement, financial incentives, and other technical information relating to performance under the Contract. Section F, Clause entitled, *Reporting Requirements*, provides specific information regarding the required plans and reports, frequency, due dates, reporting levels, distribution, and thresholds that apply. Where specific forms are required for individual plans and reports, the Contracting Officer shall provide such forms to the Contractor.

(2) Report Consistency. Plans and reports shall be prepared in such a manner as to provide for consistency with the Contract Statement of Work, baseline, approved WBS, PBSs, and correlation of data among the various plans and reports. The reporting system established and maintained by the Contractor pursuant to this Clause shall recognize changes in work effort directed by the Contracting Officer. The Contractor's reporting system shall be able to provide for the following at reporting level and for individual construction projects:

(i) Timely incorporation of contractual changes affecting estimated cost and schedule;

(ii) Reconciliation of estimated costs for those elements of the WBS or discrete cost accounts with current performance measurement budgets in terms of changes to the authorized work and internal replanning;

(iii) Changes to records pertaining to work performed that will change previously reported costs for correction of errors and routine accounting adjustments;

(iv) Revisions to the Contract estimated costs for Government-directed changes to the contractual effort.

(3) Full Access. The Contractor shall provide the Contracting Officer, or designated authorized representatives, access to any and all information and documents comprising the Contractor's project control and reporting system.

(4) Flow-Down of Reporting. The Contractor shall include graded reporting requirements adequate to fairly evaluate performance in all subcontracts. The full requirements of this Clause shall be in all cost-reimbursement type contracts when:

(i) The value of the subcontract is greater than $2 million per year, unless specifically waived by the Contracting Officer; or,

(ii) The Contracting Officer determines that the contract/subcontract effort is, or involves, a critical task related to the contract.

**H.7.04 Baseline Change Management**

(a) Baseline Changes. The baseline (defined in Section C, *Statement of Work*) is the source document for all project control and baseline change management. Baseline changes shall be proposed when necessitated by significant workscope changes, events or other impacts.

(b) Change Thresholds. Except for capital line item projects that will meet the requirements of DOE Order 413.3, Attachment 5, *Baseline Change Control Approval Thresholds*, baseline changes to scope, schedule, and cost may be made by the Contractor at or below the reporting level provided that:

(1) There is no change to milestones defined in the Performance Based Incentives;

(2) It does not impact regulatory milestones;

(3) It does not otherwise require DOE Contracting Officer approval (e.g., Operational Readiness Reviews, critical decisions, requirement changes);

(4) It does not move an activity onto the mission summary critical path;

(5) It has no net impact to the total funding committed to this Contract, as set forth in the funding profile in Section B, *Supplies or Services and Prices/Costs*, and in accordance with EIA Standards set forth in Section H Clause entitled, *Earned Value Management System*; or

(6) It does not require changes to requirements in DOE-controlled technical documents, such as Authorization Agreement, all DOE-controlled items for each Critical Decision, Maintenance Implementation Plan, and Acceptance Inspection Plans.

DOE shall have access to all pertinent records, data, and plans as allowed by other Clauses of this Contract

(c) Funds only Changes. The change control system shall track, manage, and provide for approval of changes in funding level as an integrated part of the overall change control process. Change control records shall maintain clear distinction between approved changes in funding and baseline changes.

(d) Change Control Processing. Change proposals shall be initiated and processed in a timely fashion consistent with the requirements of this contract. The Contracting Officer will establish specific change control time frames for consideration and approval. Each change control threshold level shall accommodate emergency changes. A record of all approved changes, at any level, shall be maintained through the life of the project.

(e) An update to the baseline will be submitted consistent with provisions of Section C, *Statement of Work*.

(f) The Contractor shall have the right to implement the revised baseline subject to adjustments agreed between the parties. Any pending or approved superstretch incentives identified in the current contract period shall be unaffected by the update of the baseline during the extension period of this contract.

**H.8 SMALL BUSINESS SUBCONTRACTING PLAN**

(a) The Contractor shall submit a Small Business Subcontracting Plan for fiscal year (FY) 2001, and shall submit a revision to the plan within thirty (30) days of the beginning of each subsequent FY of the contract period. Once the Contracting Officer approves the plan, it will be incorporated into the Contract as Section J, Appendix I, *Small Business Subcontracting Plan*. Any revisions thereto shall be approved by the Contracting Officer and incorporated into the contract by a separate Contract modification.

(b) The subcontracting plan will identify goals as specified by the Section I Clauses entitled, *Utilization of Small Business Concerns* and *Small Business Subcontracting Plan*. The plans shall provide meaningful opportunities for local and Regional businesses.

(c) The Contractor commits to strengthen its small business subcontracting program.

(1) The Contractor's program will identify candidate work scope areas for which competitions among all categories of small businesses may be held, (categories of small businesses as defined in the Federal Acquisition Regulation (FAR) in Part 19 and elsewhere in the FAR, and as supplemented by the Department of Energy Acquisition Regulation e.g., small disadvantaged businesses, HUBZone businesses, women-owned small businesses, veteran owned small businesses, and other small businesses).

(2) The Contractor will seek to pre-qualify a pool of small businesses that are eligible for placement of task orders. The Contractor will develop placement procedures that will provide each small business (awardee) a fair opportunity to be considered for each order. The Contractor will not use any method (such as allocation or designation of any preferred awardee) that would not result in fair consideration being given to all awardees prior to placing each order. Exceptions are as follows: (a) only one awardee is capable of providing the supplies or services required at the level of quality required, because the supplies or services ordered are unique or highly specialized, (b) the order must be issued on a sole-source basis in the interest of economy and efficiency as a logical follow-on to an order already issued under the contract, provided that all awardees were given a fair opportunity to be considered for the original order, or (c) it is necessary to place an order to satisfy a minimum guarantee.

(3) The Contractor will designate an ombudsman for this program. The ombudsman must review complaints from the small businesses in the program and ensure they are afforded a fair opportunity to be considered, consistent with the procedures in the individual subcontracts.

**H.9 SUBCONTRACTS**

(a) Prior to the placement of subcontracts and in accordance with Section I Clause entitled, *Contractor Purchasing System*, the Contractor shall ensure that any required prior notice and description of the subcontract is given to the Contracting Officer and any required consent is received. Except as may be expressly set forth therein, any consent by the Contracting Officer to the placement of subcontracts shall not be construed to constitute approval of the Subcontractor or any subcontract terms or conditions, determination of the allowability of any cost, revision of this contract or any of the respective obligations of the parties thereunder, or creation of any Subcontractor privity of contract with the Government.

(b) The Contactor commits to increase the amount of subcontracting so that it equates to at least 60 percent of the obligated funds available to the Contractor under this Contract less the total available fee pool.

(c) The Contractor shall award subcontracts for conceptual and detailed design, and construction contemplated under the contract, unless prior Contracting Officer approval is obtained. The Contractor further agrees to identify its core competencies and consider these in all of its make or buy decisions. The identification of core competencies shall be submitted to the Contracting Officer within ninety (90) days of execution of this Contract.

**H.10 WITHDRAWAL OF WORK**

(a) The Contracting Officer reserves the right to have any of the work contemplated by Section C, *Statement of Work*, of this contract performed by either another Contractor or to have the work performed by Government employees.

(b) Work may be withdrawn: (1) in order for the Government to conduct pilot programs; (2) if the Contractor's estimated cost of the work is considered unreasonable; (3) for less than satisfactory performance by the Contractor; or (4) or any other reason deemed by the Contracting Officer to be in the best interests of the Government. The U.S. Department of Energy (DOE) reserves the right to direct the assignment of any subcontract, including lower-tier subcontracts, to DOE whenever it deems it in its best interests.

(c) If the withdrawn work has been authorized and funds obligated under Section B Clause entitled, *Obligation of Funds*, the work shall be terminated in accordance with the procedures in the Section I Clause entitled, *Termination (Cost-Reimbursement).*

(d) If the Contracting Officer withdraws any work, the Contractor agrees to fully cooperate with the new performing entity and to provide whatever support is required.

**H.11 ASSIGNMENT OF DOE PRIME CONTRACTS**

During the period of performance of this Contract it may become necessary for the U.S. Department of Energy (DOE) to transfer and assign to this Contract (and Contractor agrees to accept) existing or future DOE prime contracts supporting River Protection Project work. The transfer of these prime contracts will be for administration purposes and in effect the transferred contracts will become subcontracts to this Contract.

**H.12 ASSIGNMENT**

Neither this Contract nor any interest therein nor claim thereunder shall be assigned or transferred by the Contractor except as expressly authorized in writing by the Contracting Officer.

**H.13 LEGAL MANAGEMENT PLAN**

This Contract is subject to the requirements of 10 Code of Federal Regulations Part 719, expected to be published in the Federal Register in January 2001, and the Contractor agrees to comply with the requirements as published therein. The Contractor is authorized to continue operating under its DOE approved Litigation Management Plan, until the proposed rule becomes final and the new Legal Management Plan is approved.

**H.14 THIRD PARTIES**

Nothing contained in this Contract or its amendments shall be construed to grant, vest, or create any rights in any person not a party to this Contract. This provision is not intended to limit or impair the rights, which any person may have under applicable Federal Statutes.

**H.15 EMERGENCY CLAUSE**

(a) The Manager, U.S. Department of Energy, Office of River Protection (DOE-ORP), or designee shall have sole discretion to determine when an emergency situation exists as a result of facility operations within the physical boundaries defined by this contract affecting personnel, public health, safety, the environment, or security. The Manager, Richland Operations Office, or designee has the discretion to determine when an emergency condition exists elsewhere on the Hanford Site that may affect DOE-ORP employees. In the event the Manager, DOE-ORP, or designee determines such an emergency exists, the Manager, DOE-ORP, or designee will have the authority to direct any and all activities of the Contractor and subcontractors necessary to resolve the emergency situation. The Manager, DOE-ORP, or designee may direct the activities of the Contractor and subcontractors throughout the duration of the emergency.

(b) The Contractor shall include this Clause in all subcontracts at any tier for work performed at the Hanford Site.

**H.16 SHUTDOWN AUTHORIZATION**

(a) In the event of a specific imminent environmental, health, or safety hazard, identified by facility line management, U.S. Department of Energy (DOE) Facility Representatives, operators, or facility health and safety personnel overviewing facility operations, the individual or group identifying the specific imminent hazard situation shall immediately take actions to eliminate or mitigate the hazard. This shall be accomplished by directing the operator/implementer of the activity or process causing the imminent hazard to shutdown the activity or the facility or by initiating emergency response actions or other actions to protect the health and safety of the workers and the public and to protect DOE facilities and the environment. (DOE designated Facility Representatives provide technical oversight of operations to help line management ensure that the facilities are operated in a safe, healthful, and environmentally acceptable manner in accordance with DOE Orders and other requirements. As such, they have "Stop Work" and "Shutdown Authorization" authority.)

In the event an imminent environmental, health, or safety hazard is identified, the individual or group that identified the hazard shall coordinate with an appropriate Contractor official, who will direct as needed, broader shutdown actions or other actions, as required. Such mitigating actions shall be subsequently coordinated with the Manager, Office of River Protection, the facility/site DOE management, and the facility/site Contractor management. The shutdown direction shall be promptly confirmed in writing from the cognizant Contracting Officer.

This authority is in addition to the Section I Clause entitled, *Stop-Work Order.*

(b) In the event of a non-imminent environmental, health, or safety hazard identified by facility line managers, facility operators, health and safety personnel overviewing facility operations, or by independent oversight organizations, the individual or group identifying the potential environmental, health or safety hazard may recommend corrective action or facility shutdown. However, the recommendation must be coordinated with the Contractor management at the facility, the responsible DOE manager, and the Manager, Office of River Protection. Any written direction to shutdown operations will be issued in coordination with the Contracting Officer.

(c) After shutdown by DOE, an operation or facility may become operational only after receiving written authorization from the Manager, Office of River Protection, or his delegated authority, in coordination with the Contracting Officer.

(d) The Contractor shall provide in its purchasing system policies, practices, and procedures for flowdown of appropriate requirements of this Clause to subcontractors performing work on-site at a DOE-owned or -leased facility. Such subcontracts shall provide for the right to stop work under the conditions described herein.

## H.17 PAYMENT BONDS AND PERFORMANCE BONDS

The Contractor will not be required to furnish payment bonds and performance bonds. However, all fixed-price subcontractors will be required to submit the necessary payment bonds and performance bonds as required by the *Miller Act*. Specific requirements and penal amounts can be found in Federal Acquisition Regulation (FAR) 28.102.

## H.18 TRAVEL RESTRICTIONS

(a) For Contractor travel expenses incurred on or after October 1, 2000, a ceiling limitation of $450,000 (Fiscal Year 2001) shall apply to all reimbursements made for Contractor travel expenses funded by the *Energy and Water Development Appropriations Act* under this Contract. Expended funds, which exceed the established ceiling, will be unallowable unless otherwise authorized by the Contracting Officer. This ceiling will be updated annually by a letter from the Contracting Officer.

(b) Some travel costs are exempt from the ceiling, examples are:

(1) Travel performed under work for others agreements;

(2) Travel of subcontractors;

(3) Travel of non-DOE users to participate in experiments at DOE user facilities;

(4) Travel costs of travel management centers;

(5) Travel costs funded by other appropriations;

(6) Relocation costs;

(7) Costs of workshops/seminars (other than travel costs), such as, rental of meeting rooms, public address equipment, speakers' fees;

(8) Registration costs of training classes;

(9) Travel expenses within the Laboratory Directed Research and Development Program; and

(10) Travel associated with recruitment.

(c) Notwithstanding any other provisions of the Contract or the source of funding, the Contractor further agrees that none of the funds obligated under the Contract may be used to reimburse employee travel costs, which exceed the rates and amounts that apply to federal employees under subchapter I of Chapter 57 of Title 5, United States Code. Costs, which exceed these rates and amounts, will be unallowable. This restriction is in addition to those prescribed elsewhere in statute or regulation.

(d) Costs incurred for lodging, meals, and incidental expenses are considered reasonable and allowable to the extent that they do not exceed the maximum per diem rates in effect at the time of travel as set forth in:

(1) Federal Travel Regulations (FTR) for travel within the 48 states;

(2) Joint Travel Regulations (JTR) for travel in Alaska, Hawaii, the Commonwealth of Puerto Rico, and territories and possessions of the United States; or

(3) Standardized Regulations (SR) for travel allowances in foreign areas.

(e) Subparagraph (c) does not incorporate the regulations cited above in their entirety. Only the coverages in the referenced regulations addressing the maximum per diem rates, the definitions of lodging, meals, and incidental expenses, and special or unusual situations are applicable to Contractor travel.

(f) Airfare costs in excess of the lowest customary standard, coach, or equivalent airfare offered during normal business hours are unallowable except when such accommodations require circuitous routing, require travel during unreasonable hours, excessively prolong travel, result in increased cost that would offset transportation savings, are not reasonably adequate for the physical or medical needs of the traveler, or are not reasonably available to meet mission requirements. However, in order for airfare costs in excess of the above standard airfare to be allowable, the applicable condition(s) set forth above must be documented and justified.

**H.19 SEPARATE BUSINESS UNIT**

The work performed under this Contract by the Contractor shall be conducted by a separate corporate entity from its parent company. The separate corporate entity must be set up solely to perform this Contract and shall be totally responsible for all Contract activities.

**H.20 SEGREGATION OF COSTS**

(a) Whenever the Contract contains both fixed price and cost type arrangements, the Contractor shall maintain separate accounts for each unique contract type arrangement, by task order or other suitable accounting procedure, of all incurred segregable, direct costs of work, allocable to the work effort directly related to each contract arrangement.

(b) Whenever the contract contains a provision for an incentive for a portion of the work effort under the contract, the Contractor shall maintain separate accounts, by Work Authorization Directive or other suitable accounting procedure, of all incurred segregable, direct costs of work, allocable to the work effort directly related to the incentive arrangement.

(c) The Contractor shall maintain all such accounts, required pursuant to the paragraphs above, in accordance with the Section I Clauses entitled, *Ownership of Records* and *Accounts, Records and Inspection*, but, in no case, for a period of less than three (3) years following the Government's determination of the applicable incentive fee.

**H.21 INDIRECT COST ALLOCATIONS**

For the base contract period and any extension thereof, corporate home office costs/allocations may be allowable only when a directly causal and/or beneficial relationship to the U.S. Department of Energy program is demonstrated and approved by the Contracting Officer.

**H.22 EARNED VALUE MANAGEMENT SYSTEM**

(a) In the performance of this contract, the Contractor shall use an earned value management system (EVMS) that is recognized as meeting the best business practice guidelines provided in ANSI/EIA-748 Standard, *Earned Value Management System*.

(b) The Contractor shall apply the system to the contract and shall be prepared to demonstrate to the Contracting Officer that the EVMS meets the guideline referenced in paragraph (a) of this Clause.

(c) The Contracting Officer may require integrated baseline reviews. The objective of the integrated baseline review is for the U.S. Department of Energy (DOE) and Contractor to jointly assess areas, such as the Contractor's planning, to ensure complete coverage of the statement of work, logical scheduling of the work activities, adequate resourcing, and identification of inherent risks. The Contractor is responsible for evaluation of its system. This includes self-evaluation of the system, conformity with the standard, and notification to the Contracting Officer of any significant system changes.

(d) The Contractor agrees to provide access to all pertinent records and data requested by the Contracting Officer or duly authorized Contracting Officer's Representative (COR). Access is to permit Government surveillance to ensure that the EVMS complies, and continues to comply, with the criteria referenced in paragraph (a) of this Clause.

(e) The Contractor shall include a Clause similar to this in appropriate subcontracts.

**H.23 FINANCIAL MANAGEMENT SYSTEM**

(a) The Contractor's accounting system must have the electronic capability to generate and transmit by acceptable mode, the periodic detailed accounting information, at a minimum monthly and at year-end, to the U.S. Department of Energy (DOE) Primary Accounting System for reporting financial activity under this contract in accordance with DOE requirements.

(b) The Contractor shall maintain and administer a financial management system that (1) is suitable to provide proper accounting in accordance with Generally Accepted Accounting Principles, and Cost Accounting Standards, except as modified by DOE requirements; (2) provides accurate and reliable financial and statistical data on a timely basis; (3) ensures accountability for all assets; (4) supports financial planning and budget formulation, validation, execution, and the recasting or changing of DOE funding or task codes such as Budget and Reporting Numbers (B&R), program baseline summaries (PBS), and local projects/tasks; (5) maintains proper funding authorization; (6) provides sufficient management controls per Section I Clause entitled, *Management Controls*, and internal controls; (7) integrates and reports the financial information for subcontractors; and (8) provides all other necessary financial reports which shall include accumulating and reporting indirect and support costs by function. The Contractor will be requested, periodically, to provide certain functional cost information not normally provided to DOE on a routine basis, but should be otherwise available through query of the Contractor's accounting system.

(c) The Contractor shall submit a plan for DOE approval of any substantive change to the financial management system or subsystems at least sixty (60) days in advance of implementation. This plan must identify the cost and schedule for changing from the existing financial systems, and provide a comparison of the capabilities of the new system(s) to the existing system(s). Any new systems are subject to audit or review.

## H.24 ENGINEERING STANDARDS, DESIGN CRITERIA, AND CONSTRUCTION STANDARDS

The contractor shall develop a consistent and uniform set of Engineering Standards, Design Criteria, and Construction Standards based on the requirements of the applicable DOE Directives listed in accordance with the Section I Clause entitled, *Laws, Regulations, and DOE Directives.* This set of standards and criteria will be documented, placed under configuration control, and used uniformly across projects and programs in the design, construction, and modification of facilities, structures, systems, or major components. Where an authorization basis, agreement or document governs a facility, structure, system or major component, the criteria and standards will be considered a material part of the authorization basis, agreement or document.

## H.25 LEGAL AGREEMENTS (TRI-PARTY AGREEMENT AND OTHERS)

The U.S. Department of Energy (DOE), U.S. Environmental Protection Agency Region 10 (EPA), and Washington State Department of Ecology (Ecology) have entered into the *Hanford Federal Facility Agreement and Consent Order*, referred to as the Tri-Party Agreement (TPA) to ensure compliance with the *Resource Conservation and Recovery Act of 1976* (RCRA) and the *Comprehensive Environmental Response, Compensation, and Liability Act of 1989*, as amended (CERCLA). The TPA sets forth certain requirements and milestones for cleanup activities at the Hanford Site. The Contractor agrees to plan and perform the work under this contract in accordance with DOE direction concerning implementation of the TPA and achievement of current and future milestones in the TPA. TPA change requests will be prepared and processed as soon as possible to reconcile any discrepancies between the River Protection Project (RPP) baseline and the TPA.

Interim Stabilization Consent Decree: DOE and Ecology have entered into the Consent Decree (CT-99-5076-EFS). The Consent Decree sets forth certain requirements and milestones for risk reduction activities at RPP, such as interim stabilization of single-shell tanks and Waste Treatment and Immobilization Plant (WTP) contracting. The Contractor agrees to plan and perform the work under this contract in accordance with DOE direction concerning implementation of the Consent Decree and achievement of current and future milestones in the Consent Decree.

**H.26 ENVIRONMENTAL RESPONSIBILITY**

General. Contractor is required to comply with all environmental laws, regulations, and procedures applicable to the work being performed under this contract. This includes, but is not limited to, compliance with applicable Federal, State and local laws and regulations, interagency agreements such as the *Hanford Federal Facility Agreement and Consent Order* [referred to as the Tri-Party Agreement (TPA)], consent orders, consent decrees, administrative orders, and settlement agreements between the U.S. Department of Energy (DOE) and Federal and State regulatory agencies.

(a) Environmental Permits. The Contractor is responsible to DOE for operation of the treatment, storage and/or disposal (TSD) units known as the Single Shell Tank System (SST), Double Shell Tank System (DST), 204 AR Waste Unloading Station, and the Grout Treatment Facility (GTF) in compliance with the laws, regulations, etc., as stated in the paragraph above and in accordance with the terms of the environmental permits that have been certified in writing by the Contractor, and signed by DOE as "owner/operator" and by the Contractor as "co-operator."

(b) Contractor and DOE as Joint Permittees. Where appropriate, required by law, or required by applicable regulatory agencies, DOE shall sign permits as owner or co-operator with Contractor as operator or co-operator. DOE will co-sign Hazardous Waste permit applications as owner/co-operator where required by applicable law. In this scenario, the Contractor must coordinate its actions with DOE. The Contractor shall accept assignment as "co-operator" of environmental permits, permit applications, or other related documentation associated with the TSDs described in the above paragraph (a). DOE will sign Hazardous Waste and State Dangerous Waste Permit applications as "owner/operator." DOE is responsible for timely notification to the Contractor of any issues or changes in the regulatory environment that impact or may impact Contractor implementation of any permit requirement. The Contractor is responsible for timely notification to DOE of any issues or changes in the regulatory environment that impact or may impact implementation of any permit requirement.

(c) Multiple Contractors as Permittees. Where appropriate, in situations where multiple contractors are operators or co-operators of operations requiring environmental permits, DOE shall sign such permits as owner or co-operator and affected contractors shall sign as operators, or co-operators. In this scenario, the Contractor must coordinate as appropriate with DOE and other contractors affected by the permit.

(d) Permit Applications. The Contractor shall provide to DOE for review and comment in draft form any permit applications and other regulatory materials and permits submitted to regulatory agencies for the purposes of obtaining a permit. In the event the permit application is required to be co-signed, submitted by DOE, or is related to a permit in which DOE is a permittee, the Contractor shall provide the application for review and comment. Whenever reasonably possible, all such materials shall be provided to DOE initially not later than 90 days prior to the date they are to be submitted to the regulatory agency. Contractor shall normally provide final regulatory documents to DOE at least thirty (30) days prior to the date of submittal to the regulatory agencies for DOE's final review and signature or concurrence that shall be performed by DOE in a prompt manner. Special circumstances may require permits to be submitted in a shorter time frame.

The Tank Farms are currently being operated under a *Resource Conservation and Recovery Act of 1976* (RCRA), Part A, Interim Status permit. Application for a Part B permit covering Tank Farm operations is being prepared for submission to the Washington State Department of Ecology (Ecology). Issuance of a Part B Permit during the remaining term of this Contract, may impact the Tank Farm Contractor River Protection Project (TFCRPP) baseline cost and schedule for completion of the work set forth in Section C, *Statement of Work*, of this contract. In such event, the Contractor shall constitute a change under the Section I Clause entitled, *Changes*.

(e) Financial Responsibility. DOE agrees that if bonds, insurance, or administrative fees are required as a condition for permits obtained by Contractor under this Contract, such costs shall be allowable. In the event such costs are determined by DOE to be excessive or unreasonable, DOE shall provide the regulatory agency with an acceptable form of financial responsibility. Under no circumstances shall the Contractor or its parent be required to provide any corporate resources or corporate guarantees to satisfy such regulatory requirements.

(f) Copies, Technical Information. The Contractor shall provide DOE copies of environmental permits, authorizations, and regulatory approvals issued to the Contractor by the regulatory agencies. DOE shall provide the Contractor access to copies of environmental permits, authorizations, and approvals issued by the regulatory agencies to DOE that the Contractor may need to comply with applicable law.

The Contractor and DOE shall provide to the other copies of documentation, such as, letters, reports, or other such materials transmitted either to or from regulatory agencies relating to the Contract work.

The Contractor and DOE shall maintain all necessary technical information required to support applications for revision of DOE or other Hanford Site contractor environmental permits when such applications or revisions are related to Contractor's operations. Upon request, Contractor or DOE shall provide to the other access to all necessary and available technical information required to support applications for or revisions to permits or permit applications. The Contractor and DOE shall provide to each other a certification statement relating to such technical information in the form required by the following paragraph.

(g) Certifications. The Contractor shall provide a written certification statement attesting that information DOE is requested to sign was prepared in accordance with applicable requirements. The Contractor shall include the following certification statement in the submittal of such materials to DOE:

> "I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

The individual authorized in writing by the Contractor to sign such certification statements submitted to Federal or State regulatory agencies under the applicable regulatory program shall sign the certification statement.

(h) Fines, Penalties, Allowable Costs. The Contractor shall accept, in its own name, service of proposed notices, or notices of, correction, penalty, fine, violation, administrative orders, citation, or notice of alleged violations, (e.g., NOC, NOP, NOF, PNOV, NOV, NOAV) and any similar type notices issued by Federal or State regulators to the Contractor resulting from or relating to Contractor's performance of work under this contract, without regard to liability. The Contractor shall immediately notify DOE of such receipt and shall provide copies or originals of such documents as soon as possible thereafter. The allowability of the costs associated with fines and provisions of this contract and applicable law shall govern penalties.

Liability and responsibility for civil fines or penalties arising from or related to violations of environmental requirements shall be borne by the party that caused, by its acts or failure to act, the violation irrespective of the fact that the cognizant regulatory authority may assess any such fine or penalty upon either party or both parties without regard to the allocation of responsibility or liability under this Contract. This contractual allocation shall be based upon the degree to which a party's negligence or willful misconduct lead or contributed to the imposition of the civil fine or penalty. This contractual allocation of liability for any such fine or penalty is effective regardless of which party signs permit applications, manifests, reports or other required documents, is a permittee, or is the named subject of an enforcement action or assessment of a fine or penalty. Nothing in subsection (h) shall be interpreted to limit or otherwise alter the obligation of the DOE to reimburse the Contractor in accordance with the Section I Clause entitled, *Pre-existing Conditions*, of this Contract.

(i) Negotiations. DOE may in its discretion choose to be in charge of, and direct, all negotiations with regulatory agencies regarding permits, fines, penalties, and any other proposed notice, notice, administrative order, and any similar type of notice as described in paragraph (h) above. As directed or required by DOE, the Contractor shall participate in negotiations with regulatory agencies; however, the Contractor shall not make any commitments or offers to regulators purporting to bind or binding the Government in any form or fashion, including monetary obligations, without receiving written authorization or concurrence from the Contracting Officer or his/her authorized representative prior to making such offers/commitments. Failure to obtain such advance written approval may result in otherwise allowable costs being declared unallowable and/or the Contractor being liable for any excess costs to the Government associated with or resulting from such offers/commitments. In the event DOE chooses to allow the Contractor to conduct such negotiations without direct DOE participation, the Contractor shall keep DOE fully advised as to the progress of such negotiations. It is recognized that the challenges posed by this contract, require that the Contractor actively participate with DOE in setting the long-term strategy for the Tank Farm work activities and participate with DOE in meetings with the regulators affecting the work scope of this contract. Contractor personnel will work closely with DOE environmental staff to assure that the proper preparations are made for meetings with the regulators and that strategies are developed and implemented that allow the Hanford Waste Treatment Complex to succeed at meeting regulatory and programmatic obligations for the least cost. DOE specifically recognizes that there may be instances where it would be preferable for the Contractor to take the lead in negotiations with the regulators, in particular where it may be necessary to obtain regulatory relief to insure that work scope and the Baseline are in compliance with Federal, State, and local regulatory requirements. DOE and Contractor shall work cooperatively to determine and agree when the best interests of the parties are served for the Contractor to take the lead in resolving and negotiating a particular regulatory matter.

(j) Termination, Expiration, Permit Transfer. In the event of expiration or termination of this contract, DOE may require the Contractor on an allowable cost basis to take all necessary steps to transfer to DOE some or all environmental permits held by the Contractor. DOE will assume responsibility for such permits, with the approval of the regulating agency, and the Contractor shall be relieved of all liability and responsibility to the extent that such liability and responsibility results from the acts or omissions of a successor Contractor, DOE, or their agents, representatives, or assigns. The Contractor shall remain liable for all unresolved costs; claims, demands, fines and penalties, including reasonable legal costs arising prior to the date such permits are transferred to another party. Contractor shall not be liable for any such claims occurring after formal transfer of this contract unless said claims result from Contractor's action or inaction

(k) Miscellaneous. The Contractor shall accept as co-operator assignment or transfer of permits currently held by DOE and its existing contractor. The Contractor may submit for DOE's consideration, requests for alternate review, comment, or signature schedules for environmental permit applications or other regulatory materials covered by this Clause. Any such schedule revision shall be effective only upon written approval from the Contracting Officer. In the case of permit applications that are cosigned by DOE with the Contractor, DOE may sign the application through either the Manager of the Richland Operations Office or the Manager of the Office of River Protection, or the Managers' authorized designees, as determined by DOE in its sole discretion.

**H.27 CONTRACTOR DELIVERABLES FOR EXTERNAL REGULATORS OR AGENCIES**

Unless otherwise specified all Contractor deliverables for external regulators or agencies will be provided to the U.S. Department of Energy (DOE) at least one (1) month prior to the date it is due to the external regulator or agency. DOE will provide comments to the submittal within ten (10) days of delivery. The Contractor will resolve comments and resubmit the revised deliverable at least five (5) working days prior to the required delivery date. This provision does not modify the requirements provided in Section H Clause entitled, *Permit Applications*.

**H.28 HAZARDOUS MATERIALS**

In implementation of the Section I Clause entitled, *Hazardous Material Identification and Material Safety Data*, the Contractor shall obtain, review and maintain a Material Safety Data Sheet (MSDS) in a readily accessible manner for each hazardous material (or mixture containing a hazardous material) ordered, delivered, stored, or used; and maintain an accurate inventory and history of use of hazardous materials at each use and storage location. After Contract award, the Offeror shall submit the information required by paragraph (b) of the Section I Clause referenced above. The MSDS shall conform to the requirements of 29 Code of Federal Regulations Part 1910.1200 (g). The MSDS shall be readily accessible during each work shift to employees when they are in their work areas.

**H.29 PRESERVATION OF ANTIQUITIES AND LAND AREAS**

Federal law provides for the protection of antiquities located on land owned or controlled by the U.S. Department of Energy (DOE). Antiquities include Indian graves or campsites, relics, and artifacts. The Contractor shall control the movements of its personnel and its subcontractors' personnel at the job site and provide appropriate training to ensure that any existing antiquities discovered thereon will not be disturbed or destroyed by such personnel. It shall be the duty of the Contractor to report to the Contracting Officer the existence of any antiquities so discovered. The Contractor shall also preserve all vegetation except where such vegetation must be removed for survey or construction purposes. Any removal of vegetation shall be in accordance with the terms of applicable habitat mitigation plans and permits.

**H.30 QUALITY ASSURANCE SYSTEM**

The Contractor shall develop and implement a company specific Quality Assurance Program (QAP), supported by documentation that describes its overall implementation of Quality Assurance (QA) requirements. The documentation shall identify the procedures, instructions, and manuals that will be used to implement the Contractor's QA Program within the Contractor's scope of work. The Contractor's documentation shall be submitted to the U.S. Department of Energy, Office of River Protection (DOE-ORP) for review and approval within one hundred eighty (180) days of contract execution.

The Contractor shall utilize a technically defensible "graded approach" to develop the Contractor's QA Program, based on the requirements of 10 Code of Federal Regulations (CFR) Part 830.120 (10 CFR 830.120) for all nuclear facilities and projects within the scope of that document and the Contractor's scope of work, based on DOE Order O 414.1A, *Quality Assurance*, requirements for facilities and projects not within the scope of 10 CFR 830.120, and based on the requirements of the Office of Civilian Radioactive Waste Management (OCRWM) Quality Assurance Requirements and Description (QARD), DOE/RW-0333P, for those elements of the Contractor's scope of work that involve the interim storage, and on-site transportation of Immobilized High Level Waste. The Contractor shall determine within one hundred eighty (180) days of Contract execution, and subject to DOE-ORP approval, if a Sampling and Analytical QA standard is applicable that the Contractor shall use at the waste feed interface between the Contractor and the Waste Treatment and Immobilization Plant (WTP) contractor.

**H.31 SUBCONTRACTOR ENVIRONMENT, SAFETY, QUALITY, AND HEALTH REQUIREMENTS**

The U.S. Department of Energy (DOE) and the Contractor are committed to zero accidents on the Hanford Waste Treatment Complex (HWTC). To that end, unless expressly approved by the Contracting Officer's Representative or the Head of Contracting Activity (HCA), the Contractor is required to evaluate, prior to subcontracting whether the subcontractor has an acceptable Environmental, Safety, Quality, and Health (ESQ&H) program and that satisfies the following minimum requirements:

(a) An ESQ&H program that is compliant with applicable local, State, Federal and DOE regulatory requirements;

(b) Employees are properly trained and equipped to perform their assigned work. The subcontractor has established an orientation program for new hires, which includes ESQ&H;

(c) Policies and procedures are in place to eliminate accidents, injuries/illnesses, and damage to property and equipment;

(d) ESQ&H records are adequately and properly maintained;

(e) Accidents/incidents are investigated promptly and required reports are generated. If the investigation discovers inadequacies in either the work process or the policies and procedures, the appropriate processes are put in place to avert the accident/incident in the future and personnel are provided proper training;

(f) Hazards are identified and appropriate measures are taken to ensure that personnel and equipment are adequately protected as a result of identified hazards;

(g) Employees have the right to report unsafe conditions and to interrupt or stop work without fear of reprisal;

(h) The frequency of ESQ&H meetings with employees to discuss the work to be performed and the hazards associated with the work is based on the scope of work and commensurate with the work hazards;

(i) ESQ&H inspections/audits are conducted to evaluate effectiveness of the program;

(j) The subcontractor has an average Experience Modification Rate (EMR), Occupational Safety and Health Administration (OSHA) Recordable, and Lost Workday case rate(s) of (1.0, 3.2, and 0.64), respectively, or less, for the previous three (3) years and shows an improving trend in safety performance; however, for construction subcontractors the values shall be less than 1.0, 3.2, and 3.0.

(k) The subcontractor has an established written Hazard Communication Program and a system within the program to maintain Material Safety Data Sheets (MSDS);

(l) The subcontractor has had no significant willful citations from OSHA or other regulatory organizations during the previous three (3) years;

(m) The subcontractor has received no fines for Nuclear Regulatory Commission non-compliances during the previous three (3) years.

The Contractor shall flow down all applicable ESQ&H program criteria to the lowest tier subcontractor performing construction, equipment fabrication or commissioning.

**H.32 LABOR RELATIONS**

(a) The Contractor, and its major subcontractors, will respect the rights of employees, (1) to organize, form, join, or assist labor organizations; bargain collectively through representatives of the employees own choosing; and engage in other protected concerted activities for the purpose of collective bargaining, or (2) to refrain from such activities.

(b) To the extent required by law, the Contractor and its major subcontractors shall give notice to any lawfully designated representative of its employees for purposes of collective bargaining and, upon proper request, bargain to good faith impasse or agreement, or otherwise satisfy applicable bargaining obligations.

(c) The Contractor shall promptly advise the Contracting Officer of, and provide all appropriate documentation regarding, any labor relations developments at the prime or subcontract level that involve or appear likely to involve:

(1) Possible strike situations affecting the facility;

(2) Referral to the Energy Labor-Management Relations Panel;

(3) Referral to the National Labor Relations Board at any level;

(4) Recourse to procedures under the *Labor-Management Act of 1947*, as amended, or any other Federal or state labor law; and

(5) Any grievance that may reasonably be assumed to be arbitrated under a Collective Bargaining Agreement.

Cost of wages and fringe benefits, to employees represented by collective bargaining units, not in excess of those in appropriate collective bargaining agreements including the Hanford Site Stabilization Agreement, shall be allowable. The costs associated with grievance processing and settlements, arbitration, and arbitration awards shall be allowable in accordance with the provisions of the Contract Section I Clause entitled, *Insurance – Litigation and Claims*.

**H.33 ADVANCE UNDERSTANDING ON PERSONNEL COSTS, POLICIES AND PROCEDURES**

The U.S. Department of Energy (DOE) has reached an advance understanding with the Contractor on certain personnel costs, related expenses, policies, and procedures. These costs are those associated with personnel policies and procedures, which the Contractor will apply to work under this Contract.

Advance review by DOE and written approval by the Contracting Officer of such personnel policies and procedures is required. Any exceptions noted in the Contracting Officer's written approval will govern the Contractor's application of the personnel policies and procedures under this contract. Any deviation from the personnel policies and procedures so approved must have DOE approval before costs occasioned thereby will be considered allowable (either direct or indirect) under the subject contract. In addition, DOE approval will be required for total annual compensation paid to each person designated as Key Personnel and identified in the Section I Clause entitled, *Key Personnel*, exclusive of bonus or incentive compensation pay which will not be an allowable cost under this contract. The Advance Understanding will be part of this Contract and included in Section J, *List of Documents, Exhibits, and Other Attachments*.

**H.34 DETERMINATION OF APPROPRIATE LABOR STANDARDS**

The U.S. Department of Energy (DOE) shall determine the appropriate labor standards in accordance with the *Davis-Bacon Act*, which shall apply to work performed under this contract. Where requested by DOE, the Contractor shall provide such information in the form and timeframe required by DOE, as may be necessary for DOE to make such labor standards determinations. The Contractor will then be responsible for ensuring that the appropriate labor standards provisions are included in subcontracts.

**H.35 SERVICE CONTRACT ACT (SCA) WAGE DETERMINATION**

For any subcontract subject wholly or in part to the provisions of the *McNamara-O'Hara Service Contract Act* (SCA), the Contractor shall require the subcontractor to pay service employees employed thereunder no less than the minimum wage and fringe benefits set forth in the applicable currently effective wage determination(s). Prior to the beginning of each contract year/option period, the agency Contracting Officer shall file a request for a revised wage determination with the U.S. Department of Labor. Any revised wage determination received shall be incorporated into the affected subcontract by modification.

**H.36 IMPLEMENTATION OF THE HANFORD SITE STABILIZATION AGREEMENT**

(a) The Site Stabilization Agreement for all construction work for the U.S. Department of Energy (DOE) at the Hanford Site, consists of a Basic Agreement dated September 10, 1984, plus an Appendix A. (The Site Stabilization Agreement is available in the DOE Public Reading Room. The Site Stabilization Agreement will be made a part of this Contract by reference upon award. The Contractor shall be required to comply with the most current Site Stabilization Agreement, and as modified throughout performance of the Contract.)

(b) This Clause applies to employees performing work under U.S. Department of Energy Office of River Protection (DOE-ORP) contracts or subcontracts subject to the *Davis-Bacon Act*, in the classifications set forth in the Site Stabilization Agreement for work performed at the Hanford Site.

(c) Contractors and subcontractors at all tiers who are parties to an agreement(s) for construction work with a Local Union having jurisdiction over DOE-ORP construction work performed at the Hanford Site, or who are parties to a national labor agreement for such construction work, shall become signatory to the Site Stabilization Agreement and shall abide by all of its provisions, including Appendix A. Subcontractors at all tiers who have subcontracts with a signatory contractor or subcontractor shall become signatory to the Site Stabilization Agreement and shall abide by all of its provisions, including its Appendix A.

(d) Contractors and subcontractors at all tiers who are not signatory to the Site Stabilization Agreement and who are not required under paragraph (c) above to become signatory to the Site Stabilization Agreement, shall pay not less and no more than the wages, fringe benefits, and other employee compensation set forth in Appendix A and shall adhere, except as otherwise directed by the Contracting Officer, to the following provisions of the Site Stabilization Agreement:

(1) Article VII, Employment, Section 2 only

(2) Article XII, Non-Signatory Contractor Requirements

(3) Article XIII, Hours of Work, Shifts, and Overtime

(4) Article XIV, Holidays

(5) Article XV, Wage Scales and Fringe Benefits, Sections 1 and 2 only

(6) Article XVII, Payment of Wages - Checking In and Out, Section 3 only

(7) Article XX, General Working Conditions

(8) Article XXI, Safety and Health

(e) The Contractor agrees to make no contributions in connection with this Contract to industry Promotion funds, or similar funds, except with the prior approval of the Contracting Officer.

(f) The obligation of the Contractor and its subcontractors to pay fringe benefits shall be discharged by making payments required by this Contract in accordance with the provisions of the amendments to the *Davis-Bacon Act* contained in the Act of July 2, 1964 (Public Law 88-349-78, Statutes 238-239), and the U.S. Department of Labor regulations in implementation thereof (29 Code of Federal Regulations (CFR) Parts 1, 3, 5).

(g) The Contracting Officer may direct the Contractor to pay amounts for wages, fringe benefits, and other employee compensation if the Site Stabilization Agreement, including its Appendix A, is modified by the involved parties.

(h) (1) In the event of failure to comply with paragraphs (c), (d), (e), (f), and (g) above, or failure to perform any of the obligations imposed upon the Contractor and its subcontractors, the Contracting Officer may withhold any payments due to the Contractor and may terminate the Contract for default.

(2) The rights and remedies of the Government provided in this paragraph (1) above shall not be exclusive and are in addition to any other rights and remedies of the Government provided by law or under this Contract.