(i) The requirements of this paragraph are in addition to, and shall not relieve the Contractor of any obligation imposed by other clauses of the Contract, including those entitled, *Davis Bacon Act, Contract Work Hours and Safety Standards Act-Overtime Compensation, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds,* and *Contract Termination-Debarment.*

(j) The Contractor agrees to maintain its bid or proposal records showing rates and amounts used for computing wages and other compensation, and its payroll and personnel records during the course of work subject to this paragraph, and to preserve such records for a period of three (3) years thereafter, for all employees performing such work. Such records will contain the name, address, social security number of each such employee, correct classification, rate of pay, daily and weekly number of hours worked, and dates and hours of the day within which work was performed, deductions made, and amounts for wages and other compensation covered by paragraphs (c), (d), (e), (f), and (g) of this Contract Clause. The Contractor agrees to make these records available for inspection by the Contracting Officer and will permit employee interviews during working hours on the job.

(k) The Contractor agrees to insert this Clause, including this paragraph (k), in all subcontracts for the performance of work subject to the *Davis-Bacon Act.*

**H.37 WORKERS COMPENSATION**

The Section I Clause entitled, *Insurance-Litigation and Claims* is implemented as follows with respect to Workers Compensation:

Pursuant to State of Washington Revised Code (RCW) Title 51, Section 51.04.130 Industrial Insurance Coverage for Hanford Worker - Special Agreements, the U.S. Department of Energy (DOE) Office of River Protection (DOE-ORP) is a group self-insurer for purposes of workers' compensation coverage. The coverage afforded by the workers' compensation statutes shall, for performance of work under this Contract at the Hanford Site, be subject to the following:

(a) The Contractor shall be relieved of all obligations to pay premiums for such coverage, DOE having agreed, under the terms of a Contract with the U.S. Department of Labor and Industries of the State of Washington (L&I) to bear the actual cost of such coverage.

(b) The Contractor shall submit to DOE (or other party as designated by DOE), for transmittal to the L&I, such payroll records as are required by the said statutes.

(c) The Contractor shall submit to DOE (or other party as designated by DOE), for transmittal to DOE, the accident reports provided for by RCW Title 51, Section 51.28.010.

(d) The Contractor shall take such action, and only such action, as DOE requests in connection with any accident reports, including assistance in the investigation and disposition of any claim thereunder and, subject to the direction and control of DOE, the conduct of litigation in the Contractor's own name in connection therewith.

(e) The Contractor shall be responsible for making all payments and submitting all reports required by RCW Title 51, Section 51.32.073.

**H.38 INFORMATION**

(a) Release of Information

(1) The Contractor shall be responsible for developing, planning, and coordinating proactive approaches to timely dissemination of information regarding U.S. Department of Energy (DOE) unclassified activities onsite and offsite as directed by the Contracting Officer.

(2) The Contractor shall be responsible for following DOE guidelines and/or procedures for all oral, written and audio/visual information material prepared for public use, including technical information.

(b) Unclassified, Controlled, Nuclear Information (UCNI): Documents originated by the Contractor or furnished by the Government to the Contractor, in connection with this contract, may contain Unclassified, Controlled, and Nuclear Information as determined pursuant to Section 148 of the *Atomic Energy Act of 1954*, as amended. The Contractor shall be responsible for protecting such information from unauthorized dissemination in accordance with DOE regulations and directives, and Section I Clauses entitled, *Security* and *Classification/Declassification*.

(c) Confidentiality of Information: To the extent that the work under this contract requires that the Contractor be given access to confidential or proprietary business, technical, or financial information belonging to the Government or other companies, the Contractor shall, after receipt thereof, treat such information as confidential and agrees not to appropriate such information to its own use or to disclose such information to third parties unless specifically authorized by the Contracting Officer in writing. The foregoing obligations, however, shall not apply to:

(1) Information which, at the time of receipt by the Contractor, is in the public domain;

(2) Information that is published after receipt thereof by the Contractor or otherwise becomes part of the public domain through no fault of the Contractor;

(3) Information that the Contractor can demonstrate was in its possession at the time of receipt thereof and was not acquired directly or indirectly from the Government or other companies;

(4) Information that the Contractor can demonstrate was received by it from a third party that did not require the Contractor to hold it in confidence.

The Contractor shall obtain the written agreement, in a form satisfactory to the Contracting Officer, of each employee permitted access to such information, whereby the employee agrees that he will not discuss, divulge or disclose any such information or data to any person or entity except those persons within the Contractor's organization directly concerned with the performance of the contract.

The Contractor agrees, if requested by the Government, to sign an agreement identical, in all material respects, to the provisions of this subparagraph (d), with each company supplying information to the Contractor under this contract, and to supply a copy of such agreement to the Contracting Officer. From time to time upon request of the Contracting Officer, the Contractor shall supply the Government with reports itemizing information received as confidential or proprietary and setting forth the company or companies from which the Contractor received such information.

The Contractor agrees that upon request by DOE, it will execute a DOE-approved agreement with any party whose facilities or proprietary data it is given access to or is furnished, restricting use and disclosure of the data or the information obtained from the facilities. Upon request by DOE, Contractor personnel shall also sign such an agreement.

(d) The Government reserves the right to require the Contractor to include this Clause or a modified version of this Clause in any subcontract as directed in writing by the Contracting Officer.

**H.39 LOBBYING RESTRICTIONS (*ENERGY AND WATER DEVELOPMENT APPROPRIATIONS ACT, 2001)***

The Contractor or awardee agrees that none of the funds obligated on this award shall be expended, directly or indirectly, to influence congressional action on any legislation or appropriation matters pending before Congress, other than to communicate to Members of Congress as described in 18 United States Code 1913. This restriction is in addition to those prescribed elsewhere in statute and regulation.

**H.40 LOBBYING RESTRICTIONS (*DEPARTMENT OF INTERIOR AND RELATED AGENCIES APPROPRIATIONS ACT, 2001*)**

The Contractor agrees that none of the funds obligated on this award shall be made available for any activity of the publication or distribution of literature that in any way tends to promote public support or opposition to any legislative proposal on which Congressional action is not complete. This restriction is in addition to those prescribed elsewhere in statute and regulation.

**H.41 AGREEMENT REGARDING PROPOSED CLAUSES**

This contract modification includes clauses that have not been finalized through the formal rule making process (e.g., Section I Clause entitled, *Conditional Payment of Fee, Profit, or Incentives*, etc.). The U.S. Department of Energy (DOE) anticipates promulgation of formal clauses, or revisions to the clauses, contained in this contract modification prior to, or shortly after, the effective date of this modification. Subsequent to such promulgation, the Contractor agrees to negotiate, in good faith, the substitution of these revised clauses for the corresponding existing contract clauses. Absent material changes to the above clauses in the Final Rule(s) promulgating the clauses that would substantially increase the Contractor's financial or corporate risk, the Contractor agrees to accept the final DOE versions of these Clauses.

**H.42 USE OF DOE FACILITIES**

The Contractor may conduct programs of local community assistance to mitigate adverse impacts of closure or reconfiguration of U.S. Department of Energy (DOE) facilities. Such programs may provide for the lease or transfer of DOE property at less than fair market value in accordance with the *Hall Amendment* (Public Law 103-160, Section 3154 and 3155). Any lease or transfer of DOE property must be prior-approved in writing by the Contracting Officer.

**H.43 SHARING EARNED FEES WITH EMPLOYEES**

The Contractor will establish an employee fee-sharing program under this contract. The Contractor shall set aside at least five (5) percent of its earned fee to be shared with its employees consistent with the performance objectives set by its Board of Directors. The fee sharing process and percentage of earned fee to be shared will be described in its procedures.

**H.44 PURCHASE OF AMERICAN-MADE EQUIPMENT AND PRODUCTS-SENSE OF CONGRESS**

It is the sense of the Congress that, to the greatest extent practicable, all equipment and products purchased with funds made available under this award should be American-Made.

Section I

**PART II – CONTRACT CLAUSES**
**SECTION I**
**CONTRACT CLAUSES**

| Clause No. | FAR/DEAR Reference | Title | Fill-In Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.1 | FAR 52.201-1 | Definitions (OCT 1995) | None |
| I.2 | FAR 52.203-3 | Gratuities (APR 1984) | None |
| I.3 | FAR 52.203-5 | Covenant Against Contingent Fees (APR 1984) | None |
| I.4 | FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government (JUL 1995) | None |
| I.5 | FAR 52.203-7 | Anti-Kickback Procedures (JUL 1995) | None |
| I.6 | FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (JAN 1997) | None |
| I.7 | FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (JAN 1997) | None |
| I.8 | FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (JUN 1997) | None |
| I.9 | FAR 52.204-4 | Printing/Copying Double-Sided on Recycled Paper (JUN 1996) | None |
| I.10 | FAR 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JUL 1995) | None |
| I.11 | FAR 52.211-5 | Material Requirements (OCT 1997) | None |
| I.12 | FAR 52.215-2 | Audit and Records – Negotiation (JUN 1999) | None |
| I.13 | FAR 52.215-8 | Order of Precedence – Uniform Contract Format (OCT 1997) | None |
| I.14 | FAR 52.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications (OCT 1997) | None |
| I.15 | FAR 52.215-13 | Subcontractor Cost or Pricing Data – Modifications (OCT 1997) | None |
| I.16 | FAR 52.215-15 | Pension Adjustments and Asset Reversions (DEC 1998) | None |
| I.17 | FAR 52.215-17 | Waiver of Facilities Capital Cost of Money (OCT 1997) | None |
| I.18 | FAR 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (OCT 1997) | None |
| I.19 | FAR 52.215-19 | Notification of Ownership Changes (OCT 1997) | None |
| I.20 | FAR 52.216-7 | Allowable Cost and Payment (MAR 2000) | None |
| I.21 | FAR 52.219-8 | Utilization of Small Business Concerns (OCT 2000) | None |
| I.22 | FAR 52.219-9 | Small Business Subcontracting Plan (OCT 2000) – Alternate II (JAN 1999) | None |
| I.23 | FAR 52.219-16 | Liquidated Damages – Subcontracting Plan (JAN 1999) | None |
| I.24 | FAR 52.222-1 | Notice to the Government of Labor Disputes (FEB 1997) | None |
| I.25 | FAR 52.222-3 | Convict Labor (AUG 1996) | None |
| I.26 | FAR 52.222-4 | Contract Work Hours and Safety Standards Act – Overtime Compensation (SEP 2000) | None |
| I.27 | FAR 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) | None |
| I.28 | FAR 52.222-26 | Equal Opportunity (FEB 1999) | None |
| I.29 | FAR 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) | None |
| I.30 | FAR 52.222-36 | Affirmative Action for Workers with Disabilities (JUN 1998) | None |
| I.31 | FAR 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (JAN 1999) | None |
| I.32 | FAR 52.222-41 | Service Contract Act of 1965, as Amended ((MAY 1989) | None |
| I.33 | FAR 52.222-47 | SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (MAY 1989) | None |
| I.34 | FAR 52.223-3 | Hazardous Material Identification and Material Safety Data (JAN 1997) – Alternate I (JUL 1995) | (b) None |

| Clause No. | FAR/DEAR Reference | Title | Fill-In Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.35 | FAR 52.223-5 | Pollution Prevention and Right-to-Know Information (APR 1998) | None |
| I.36 | FAR 52.223-6 | Drug-Free Workplace (JAN 1997) | None |
| I.37 | FAR 52.223-10 | Waste Reduction Program (OCT 1997) | None |
| I.38 | FAR 52.223-12 | Refrigeration Equipment and Air Conditioners (MAY 1995) | None |
| I.39 | FAR 52.223-14 | Toxic Chemical Release Reporting (OCT 2000) | None |
| I.40 | FAR 52.224-1 | Privacy Act Notification (APR 1984) | None |
| I.41 | FAR 52.224-2 | Privacy Act (APR 1984) | None |
| I.42 | FAR 52.225-13 | Restrictions on Certain Foreign Purchases (JUL 2000) | None |
| I.43 | FAR 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises (FEB 2000) | None |
| I.44 | FAR 52.227-1 | Authorization and Consent (JUL 1995) | None |
| I.45 | FAR 52.227-2 | Notice and Assistance Concerning Patent and Copyright Infringement (AUG 1996) | None |
| I.46 | FAR 52.227-3 | Patent Indemnity (APR 1984) | None |
| I.47 | FAR 52.230-2 | Cost Accounting Standards (APR 1998) | None |
| I.48 | FAR 52.230-6 | Administration of Cost Accounting Standards (NOV 1999) | None |
| I.49 | FAR 52.232-17 | Interest (JUN 1996) | None |
| I.50 | FAR 52.232-22 | Limitation of Funds (APR 1984) | None |
| I.51 | FAR 52.232-24 | Prohibition of Assignment of Claims | None |
| I.52 | FAR 52.232-25 | Prompt Payment (JUN 1997) | None |
| I.53 | FAR 52.233-1 | Disputes (DEC 1998) – Alternate I (DEC 1991) | None |
| I.54 | FAR 52.233-3 | Protest After Award (AUG 1996) – Alternate I ((JUN 1985) | None |
| I.55 | FAR 52.236-8 | Other Contracts (APR 1984) | None |
| I.56 | FAR 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation (APR 1984) | None |
| I.57 | FAR 52.237-3 | Continuity of Services (JAN 1991) | None |
| I.58 | FAR 52.242-1 | Notice of Intent to Disallow Costs (APR 1984) | None |
| I.59 | FAR 52.242-3 | Penalties for Unallowable Costs (OCT 1995) | None |
| I.60 | FAR 52.242-4 | Certification of Final Indirect Costs (JAN 1997) | None |
| I.61 | FAR 52.242-13 | Bankruptcy (JUL 1995) | None |
| I.62 | FAR 52.242-15 | Stop-Work Order (AUG 1989) – Alternate I (APR 1984) | None |
| I.63 | FAR 52.243-2 | Changes-Cost Reimbursement (AUG 1987) – Alternate II (APR 1984) | None |
| I.64 | FAR 52.243-6 | Change Order Accounting (APR 1984) | None |
| I.65 | FAR 52.243-7 | Notification of Changes (APR 1984) | (b) 10 days. (d) 30 days. |
| I.66 | FAR 52.244-2 | Subcontracts (AUG 1998) – Alternate II (AUG 1998) | (e) None |
| I.67 | FAR 52.244-5 | Competition in Subcontracting (DEC 1996) | None |
| I.68 | FAR 52.244-6 | Subcontracts for Commercial Items and Commercial Components (OCT 1998) | None |
| I.69 | FAR 52.246-25 | Limitation of Liability – Services (FEB 1997) | None |
| I.70 | FAR 52.247-1 | Commercial Bill of Lading Notations (APR 1984) | (a) U.S. Department of Energy…(b) U.S. Department of Energy…Contract No. DE-AC27-99RL14047…U.S. Department of Energy, Office of River Protection, Office of Business Management and Administration, H6-60, P.O. Box 450, Richland, WA 99352 |
| I.71 | FAR 52.247-67 | Submission of Commercial Transportation Bills to the General Services Administration for Audit (JUN 1997) | None |
| I.72 | FAR 52.249-6 | Termination (Cost Reimbursement) (SEP 1996) | None |
| I.73 | FAR 52.249-14 | Excusable Delays (APR 1984) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-In Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.74 | FAR 52.251-1 | Government Supply Sources (APR 1984) | None |
| I.75 | FAR 52.251-2 | Interagency Fleet Management System Vehicles and Related Services (JAN 1991) | None |
| I.76 | FAR 52.252-2 | Clauses Incorporated by Reference (FEB 1998) | http://www.arnet.gov/far; http://www.pr.doe.gov/dear.html |
| I.77 | FAR 52.252-6 | Authorized Deviations in Clauses (APR 1984) | (b) The use in this contract of any Department of Energy Acquisition Regulation (48 CFR Part 9) Clause with an authorized deviation is indicated by the addition of "(DEVIATION)' after the name of the regulation |
| I.78 | FAR 52.253-1 | Computer Generated Forms (JAN 1991) | None |
| | | **DEAR 952 CLAUSES** | |
| I.79 | DEAR 952.202-1 | Definitions (JAN 1997) | None |
| I.80 | DEAR 952.203-70 | Whistleblower Protection for Contractor Employees (DEC 2000) | None |
| I.81 | DEAR 952.204-2 | Security (SEP 1997) | None |
| I.82 | DEAR 952.204-70 | Classification/Declassification (SEP 1997) | None |
| I.83 | DEAR 952.204-71 | Sensitive Foreign Nations Controls (APR 1994) | None |
| I.84 | DEAR 952.204-72 | Disclosure of Information (APR 1994) | None |
| I.85 | DEAR 952.204-73 | Foreign Ownership, Control, or Influence Over Contractor (Representation) (JUL 1997) | None |
| I.86 | DEAR 952.204-74 | Foreign Ownership, Control, or Influence Over Contractor (APR 1984) | (c) Submit Questionnaire Prior to Award |
| I.87 | DEAR 952.204-75 | Public Affairs (DEC 2000) | None |
| I.88 | DEAR 952.208-7 | Tagging of Leased Vehicles (APR 1984) | None |
| I.89 | DEAR 952.208-70 | Printing (APR 1984) | None |
| I.90 | DEAR 952.209-72 | Organizational Conflicts of Interest (JUN 1997) – Alternate I | None |
| I.91 | DEAR 952.215-70 | Key Personnel (DEC 2000) | Section J, Appendix A |
| I.92 | DEAR 952.217-70 | Acquisition of Real Property (APR 1984) | None |
| I.93 | DEAR 952.223-75 | Preservation of Individual Occupational Radiation Exposure Records ((APR 1984) | None |
| I.94 | DEAR 952.224-70 | Paperwork Reduction Act (APR 1994) | None |
| I.95 | DEAR 952.226-74 | Displaced Employee Hiring Preference (JUN 1997) | None |
| I.96 | DEAR 952.227-9 | Refund of Royalties (FEB 1995) | None |
| I.97 | DEAR 952.227-13 | Patent Rights-Acquisition by the Government (SEP 1997) | None |
| I.98 | DEAR 952.242-70 | Technical Direction (DEC 2000) | None |
| I.99 | DEAR 952.247-70 | Foreign Travel (DEC 2000) | None |
| I.100 | DEAR 952.250-70 | Nuclear Hazards Indemnity Agreement (JUN 1996) | None |
| I.101 | DEAR 952.251-70 | Contractor Employee Travel Discounts (DEC 2000) | None |
| | | **DEAR 970 CLAUSES** | |
| I.102 | DEAR 970.5203-1 | Management Controls (DEC 2000) | None |
| I.103 | DEAR 970.5203-2 | Performance Improvement and Collaboration (DEC 2000) | None |
| I.104 | DEAR 970.5203-3 | Contractor's Organization (DEC 2000) | None |
| I.105 | DEAR 970.5204-1 | Counterintelligence (DEC 2000) | None |
| I.106 | DEAR 970.5204-2 | Laws, Regulations, and DOE Directives (DEC 2000) | None |
| I.107 | DEAR 970.5204-3 | Access to and Ownership of Records (DEC 2000) | None |
| I.108 | DEAR 970.5215-1 | *Total Available Fee: Base Fee Amount and Performance* Fee Amount (DEC 2000) | *(a) (base fee is zero)* |
| I.109 | DEAR 970.5215-2 | Make-or-Buy Plan (DEC 2000) | None |

| Clause No. | FAR/DEAR Reference | Title | Fill-In Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.110 | DEAR 970.5215-3 | Conditional Payment of Fee, Profit, or Incentives (DEC 2000) – Alternate I (DEC 2000) | None |
| I.111 | DEAR 970.5215.4 | Cost Reduction (DEC 2000) | None |
| I.112 | DEAR 970.5222-1 | Collective Bargaining Agreements Management and Operating Contracts (DEC 2000) | None |
| I.113 | DEAR 970.5222-2 | Overtime Management (DEC 2000) | None |
| I.114 | DEAR 970.5223-1 | Integration of Environment, Safety, and Health into Work Planning and Execution (DEC 2000) | None |
| I.115 | DEAR 970.5223-2 | Acquisition and Use of Environmentally Preferable Products and Services (DEC 2000) | None |
| I.116 | DEAR 970.5223-4 | Workplace Substance Abuse Programs at DOE Sites (DEC 2000) | None |
| I.117 | DEAR 970.5226-1 | Diversity Plan (DEC 2000) | None |
| I.118 | DEAR 970.5226-2 | Workforce Restructuring Under Section 3161 of the National Defense Authorization Act for Fiscal Year 1993 (DEC 2000) | None |
| I.119 | DEAR 970.5226-3 | Community Commitment (DEC 2000) | None |
| I.120 | DEAR 970.5227-1 | Rights in Data – Facilities (DEC 2000) | None |
| I.121 | DEAR 970.5227-4 | Authorization and Consent (DEC 2000) | None |
| I.122 | DEAR 970.5227-5 | Notice and Assistance Regarding Patent and Copyright Infringement (DEC 2000) | None |
| I.123 | DEAR 970.5227-6 | Patent Indemnity – Subcontracts (DEC 2000) | None |
| I.124 | DEAR 970.5227-7 | Royalty Information (DEC 2000) | None |
| I.125 | DEAR 970.5227-8 | Refund of Royalties (DEC 2000) | None |
| I.126 | DEAR 970.5228-1 | Insurance – Litigation and Claims (DEC 2000) | None |
| I.127 | DEAR 970.5229-1 | State and Local Taxes (DEC 2000) | None |
| I.128 | DEAR 970.5231-4 | Preexisting Conditions (DEC 2000) | (a) September 30, 1999 |
| I.129 | DEAR 970.5232-1 | Reduction or Suspension of Advance, Partial, or Progress Payments (DEC 2000) | None |
| I.130 | DEAR 970.5232-2 | Payments and Advances (DEC 2000) – Alternate II (DEC 2000) and Alternate IV (DEC 2000) | (c) "Appendix K" |
| I.131 | DEAR 970.5232-3 | Accounts, Records, and Inspection (DEC 2000) | None |
| I.132 | DEAR 970.5232-4 | Obligation of Funds (DEC 2000) | (a) See Section B, Clause B.2 for amount |
| I.133 | DEAR 970.5232-5 | Liability with Respect to Cost Accounting Standards (DEC 2000) | None |
| I.134 | DEAR 970.5232-6 | Work for Others Funding Authorization (DEC 2000) | None |
| I.135 | DEAR 970.5232-7 | Financial Management System (DEC 2000) | None |
| I.136 | DEAR 970.5236-1 | Government Facility Subcontract Approval (DEC 2000) | None |
| I.137 | DEAR 970.5237-2 | Facilities Management (DEC 2000) | None |
| I.138 | DEAR 970.5244-1 | Contractor Purchasing System (DEC 2000) | None |
| I.139 | DEAR 970.5245-1 | Property (DEC 2000) | None |
| | | **CONSTRUCTION CLAUSES** | |
| I.140 | FAR 52.202-1 | Definitions (OCT 1995) – Alternate I (APR 1984) | See Note |
| I.141 | FAR 52.211-10 | Commencement, Prosecution and Completion of Work (APR 1984) – Alternate I (APR 1984) | See Note |
| I.142 | FAR 52.211-12 | Liquidated Damages – Construction (SEP 2000) | See Note |
| I.143 | FAR 52.216-9 | Fixed Fee – Construction (MAR 1997) | See Note |
| I.144 | FAR 52.222-6 | Davis-Bacon Act (FEB 1995) | See Note |
| I.145 | FAR 52.222-7 | Withholding of Funds (FEB 1988) | See Note |
| I.146 | FAR 52.222-8 | Payrolls and Basic Records (FEB 1988) | See Note |
| I.147 | FAR 52.222-9 | Apprentices and Trainees (FEB 1988) | See Note |
| I.148 | FAR 52.222-10 | Compliance with Copeland Act Requirements (FEB 1988) | See Note |
| I.149 | FAR 52.222-11 | Subcontracts (Labor Standards) (FEB 1988) | See Note |
| I.150 | FAR 52.222-12 | Contract Termination – Debarment (FEB 1988) | See Note |
| I.151 | FAR 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations (FEB 1988) | See Note |

| Clause No. | FAR/DEAR Reference | Title | Fill-In Information (See FAR 52.104(d)) |
|---|---|---|---|
| I.152 | FAR 52.222-14 | Disputes Concerning Labor Standards (FEB 1988) | See Note |
| I.153 | FAR 52.222-15 | Certification of Eligibility (FEB 1988) | See Note |
| I.154 | FAR 52.222-20 | Walsh-Healey Public Contracts Act (DEC 1996) | See Note |
| I.155 | FAR 52.222-22 | Previous Contracts and Compliance Reports (FEB 1999) | See Note |
| I.156 | FAR 52.222-23 | Notice of Requirements for Affirmative Action to Ensure Equal Employment Opportunity for Construction (FEB 1999) | See Note |
| I.157 | FAR 52.222-27 | Affirmative Action Compliance Requirements for Construction (FEB 1999) | See Note |
| I.158 | FAR 52.225-11 | Buy American Act – Balance of Payments Program – Construction Materials under Trade Agreements (FEB 2000) | See Note |
| I.159 | FAR 52.225-12 | Notice of Buy American Act/Balance of Payments Program Requirement-Construction Materials Under Trade Agreements (FEB 2000) | See Note |
| I.160 | FAR 52.225-13 | Restrictions on Certain Foreign Purchases (FEB 2000) | See Note |
| I.161 | FAR 52.227-4 | Patent Indemnity-Construction Contracts (APR 1984) | See Note |
| I.162 | FAR 52.229-4 | Federal, State, and Local Taxes (Noncompetitive Contracts) (JAN 1991) | See Note |
| I.163 | FAR 52.232-5 | Payments Under Fixed-Price Construction Contracts (MAY 1997) | See Note |
| I.164 | FAR 52.232-27 | Prompt Payment for Construction Contracts (JUN 1997) | See Note |
| I.165 | FAR 52.236-1 | Performance of Work by the Contractor (APR 1984) | See Note |
| I.166 | FAR 52.236-2 | Differing Site Conditions (APR 1984) | See Note |
| I.167 | FAR 52.236-3 | Site Investigation and Conditions Affecting the Work (APR 1984) | See Note |
| I.168 | FAR 52.236-4 | Physical Data (APR 1984) | See Note |
| I.169 | FAR 52.236-5 | Material and Workmanship (APR 1984) | See Note |
| I.170 | FAR 52.236-6 | Superintendence by the Contractor (APR 1984) | See Note |
| I.171 | FAR 52.236-8 | Other Contracts (APR 1984) | See Note |
| I.172 | FAR 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements (APR 1984) | See Note |
| I.173 | FAR 52.236-10 | Operations and Storage Areas (APR 1984) | See Note |
| I.174 | FAR 52.236-11 | Use and Possession Prior to Completion (APR 1984) | See Note |
| I.175 | FAR 52.236-12 | Cleaning Up (APR 1984) | See Note |
| I.176 | FAR 52.236-13 | Accident Prevention (NOV 1991) | See Note |
| I.177 | FAR 52.236-14 | Availability and Use of Utility Services (APR 1984) | See Note |
| I.178 | FAR 52.236-17 | Layout of Work (APR 1984) | See Note |
| I.179 | FAR 52.236-18 | Work Oversight in Cost-Reimbursement Construction Contracts (APR 1984) | See Note |
| I.180 | FAR 52.236-19 | Organization and Direction of the Work (APR 1984) | See Note |
| I.181 | FAR 52.236-21 | Specifications and Drawings for Construction (FEB 1997) | See Note |
| I.182 | FAR 52.242-14 | Suspension of Work (FEB 1984) | See Note |
| I.183 | FAR 52.243-2 | Changes – Cost Reimbursement (AUG 1987) – Alternate III (APR 1984) | See Note |
| I.184 | FAR 52.243-4 | Changes (AUG 1987) | See Note |
| I.185 | FAR 52.245-2 | Government Property (Fixed-Price Contracts) (DEC 1989) | See Note |
| I.186 | FAR 52.245-3 | Identification of Government-Furnished Property (APR 1984) | See Note |
| I.187 | FAR 52.245-18 | Special Test Equipment (FEB 1993) | See Note |
| I.188 | FAR 52.249-2 | Termination for Convenience of the Government (Fixed-Price) (SEP 1996) – Alternate I (SEP 1996) | See Note |
| I.189 | FAR 52.249-10 | Default (Fixed-Price Construction) (APR 1984) | See Note |

Note: The Construction Clauses shall apply WHEN APPLICABLE to construction work performed under this Contract whether performed by the Contractor or a subcontractor.

Section J

**PART III - LIST OF DOCUMENTS EXHIBITS, AND OTHER ATTACHMENTS**
**SECTION J**
**LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

| Appendix | Title |
|---|---|
| A | Key Personnel |
| B | Advance Understanding on Personnel Costs, Policies and Procedures |
| C | DOE Directives |
| D | Performance Based Incentives |
| E | Guidance for Other Required Plans |
| F | Environment, Safety, and Health Budget Planning And Execution |
| G | Guidance for Preparation of Diversity Plan |
| H | Reserved |
| I | Small Business Subcontracting Plan (See Modification No. M021) |
| J | Wage Determinations under the Service Contract Act (See Modification No. M023) |
| K | Special Bank Account Agreement (See Modification No. M028) |

**APPENDIX A - KEY PERSONNEL**

| Name | Title |
| --- | --- |
| M. P. DeLozier | President and General Manager, CH2M HILL Hanford Group, Inc. |
| A. M. Parker | Executive Vice President, CH2M HILL Hanford Group, Inc. |
| M. A. Payne | Senior Vice President, CH2M HILL Hanford Group, Inc. |
| D. I. Allen | Senior Vice President, CH2M HILL Hanford Group, Inc. |

**APPENDIX B - ADVANCE UNDERSTANDING ON PERSONNEL COSTS POLICIES AND PROCEDURES**

## JB.1 INTRODUCTION

This Advance Understanding sets forth the basis for determining the allowability of Contractor human resource management policies and related expenses that have cost implications under the Contract. This agreement is intended to cover the majority of the human resources costs incurred by the Contractor for work performed by employees assigned to work tasks authorized by the U.S. Department of Energy (DOE), Office of River Protection (DOE-ORP) in accordance with this Contract. Costs not specifically addressed in this advance understanding will be treated in accordance with applicable Federal Acquisition Regulation (FAR) cost principles.

The Contractor shall select, employ, manage, and direct the work force, and apply the policies set forth herein in general conformity with the methods used in the Contractor's private operations insofar as those methods are consistent with this Contract. The Contractor shall use effective management review procedures and internal controls to assure that the allowable costs set forth herein are not exceeded, and that areas which require prior approval of the DOE Contracting Officer or designated representative are reviewed and approved prior to incurrence of costs.

The Contractor shall promptly furnish all reports and information required or otherwise indicated in this Appendix to the Contracting Officer or designated representative. The Contractor recognizes that other data requests may be made from time to time and the Contractor agrees to cooperate in meeting such requests.

## JB.2 GENERAL

Subject to the specific limitations, conditions, and exclusions of FAR Subpart 31.2 as supplemented by Department of Energy Regulation (DEAR) 931.2, and to the special conditions set forth below, personnel and related costs incurred for work under this contract by the Contractor in accordance with the Contractor's corporate-wide policies consistently and uniformly applied throughout the corporation's domestic operations, and approved by DOE-ORP, are allowable. Such policies will be summarized and submitted in the form of a Personnel Policies Manual applicable to this Contract by January 31, 2001.

Revisions to corporate-wide or contract-only policies and employee benefit plans which increase costs will be provided to DOE-ORP for review for allowability prior to incurrence of costs.

## JB.3 DEFINITIONS

(a) Contractor – CH2M HILL Hanford Group, Inc.

(b) Credited Service – Length of service for employees shall mean employment with the Contractor or Major Subcontractors including recognized credited service with predecessor DOE Hanford Contractors. Service credit will be applied in accordance with this Contract and the Contractor's service credit policies regarding leave accrual, severance pay, and other benefit programs.

(c) FAR – Federal Acquisition Regulation

(d) Work Week – The basic (or regular) work week shall be 40 hours. Alternative work weeks may be established with the approval of the Contracting Officer. Submit all Proposed Alternative work weeks to the Contracting Officer for approval by April 1, 2001.

**JB.4 DIRECT COMPENSATION**

The Contractor shall submit its Compensation Program applicable to work under this Contract to the Contracting Officer for initial approval by April 1, 2001. Proposed Compensation Program design changes, which affect costs, will also be submitted for review and approval by the Contracting Officer.

(a) Administration of Wages and Salaries of Nonrepresented Employees

Administration of Wages and Salaries of Nonrepresented Employees shall be carried out in accordance with sound wage and salary administration principles and in a manner which shall provide for equitable treatment of personnel on a definitive, systematic basis consistent with economic business practices and judicious expenditure of public funds and which shall result in payment of total compensation to individual employees conforming to the standards of reasonableness as contemplated by FAR Subpart 31.205-6.

(1) Compensation Increase Plan – Prior to each salary program year, the Contractor will develop and justify, in a manner prescribed by the Contracting Officer, a Compensation Increase Plan for exempt employees and a Compensation Increase Plan for non-exempt.

Non-bargaining employees for review and approval. The funds are calculated as a percentage of exempt and non-exempt, non-bargaining base payroll at the end of the prior salary year, expressed as an annualized amount. The plans will include a separate fund for retention and recruitment incentives as defined in the FAR.

All increases are charged to the fund on an annualized basis. Once an individual's salary increase is charged to the fund, reuse of that amount, i.e., recovery, for any other purpose during the salary year is unallowable. If an individual terminates before receiving an increase, the portion of the fund allocated for that increase might remain in the fund.

The Contractor shall also provide a copy of the annually developed salary guidelines prepared for supervisory use, indicating the parameters for granting various increases based on employee performance and current salary.

The dollar amounts of the funds shall be subject to review and adjustment by the Contracting Officer upon a significant reduction in Contractor employment levels, as in a reduction-in-force.

(2) Individual Employee Salary Approval – The base annual salary costs for employees of the Contractor designated as Key Personnel are reimbursable only to the extent each such salary has been approved on DOE Form 3220.5, *Application for Contractor Compensation Approval*, or other approved form, by the Contracting Officer.

The Contractor will provide supporting information with DOE Form 3220.5 (or other approved form) on all such compensation actions in advance of the effective date.

(3) Incentive Compensation, Bonuses and Project Assignment Allowances will not be allowable costs under this Contract unless specifically approved in advance by the Contracting Officer.

(4) Salary Structures – The Contractor shall establish separate salary structures containing position grades, classifications, and salary ranges for exempt and for non-exempt, non-bargaining employees who are assigned to work on the Contract. The structures shall be submitted to the Contracting Officer for review and approval in advance of incurrence of costs and no later than January 31, 2001. No salary above the maximum of the salary range shall be allowable except in those cases where the Contracting Officer authorizes a "red circle" rate.

(5) Overtime Control Plan – The Contractor shall submit to the Contracting Officer for approval an annual overtime control plan that includes at a minimum (1) an overtime premium fund (maximum dollar amount); (2) specific controls for casual overtime for nonexempt employees; and (3) an evaluation of alternatives to the use of overtime.

The Overtime Control Plan shall also include the following historical data for non-exempt and exempt employees:

(i) Total cost of overtime;
(ii) Total cost of straight-time;
(iii) Overtime cost as a percentage of straight-time cost;
(iv) Total overtime hours;
(v) Total straight-time hours; and
(vi) Overtime hours as a percentage of straight-time hours.

Exempt employees are not eligible for overtime pay except as approved by the Contracting Officer.

The Contractor shall submit to the Contracting Officer for approval any additional overtime premium funds or plan changes based on mission requirements.

The Contractor shall submit any request for an extended workweek to the Contracting Officer for approval. An extended workweek is a workweek regularly scheduled and established in excess of the basic workweek of 40 hours and for a period of more than four consecutive weeks.

Overtime pay shall be based on a 40-hour workweek.

Overtime work performed by employees of affiliate companies of the Contractor assigned to Contract work on a temporary basis, will be administered and paid in accordance with the policies of the affiliate.

(6) Premium Pay - The Compensation Program shall contain provisions for any established premium payments to employees, such as overtime, shift differential and special qualification or certification pay.

(7) Compensation Reports - The Contractor shall submit reports and information relating to the administration of wages, salaries and benefits as the Contracting Officer may require from time-to-time to evaluate the reasonableness of the Contractor's total compensation program.

(b) Compensation - Employee Welfare and Other Benefit Plans

(1) General

Net costs of employer payments for the following non-statutory employee benefit plans, as related to work under this Contract, are allowable subject to the limitations and conditions set out in FAR 31.2. The initial terms and conditions of the plans shall be submitted to and must be approved by the Contracting Officer. Copies of employee communications, such as Summary Plan Descriptions, shall be provided to DOE when issued. Costs incurred in the administration of the following plans are allowable:

(i) Life Insurance (Basic, AD&D, Personal Accident, Dependent, other)
(ii) Disability Plans (Short Term and Long Term)
(iii) Medical Insurance Plan (Indemnity, HMO, PPO, other)
(iv) Dental Insurance Plans
(v) Vision Plan
(vi) Retiree Medical and Life Insurance Plans

Other Benefit Plans

(vii) Flexible Spending Account(s) and similar programs (e.g., VEBAs)
(viii) Employee Assistance Program
(ix) Other supplemental employee paid plans such as Group Universal Life, Long Term Care

(2) Separation Pay

(i) The cost of separation pay allowances for employees with one (1) or more years of continuous service, who are involuntarily separated, will be allowable in accordance with the Contractor's policy. The initial policy, and any changes thereto which increase costs, require the approval of the Contracting Officer.

(ii) In the event that responsibility for performance of work and services or operation of part or all of the government-owned facilities under this Contract (including standby protection and maintenance functions) is assumed by another Contractor or Government agency, employees who are transferred to the employ of, or who are offered employment within their same classification or at positions of comparable responsibility by such Contractor or agency, which employment will commence within thirty (30) days after being laid off, will not be paid any separation pay allowance.

(3) FAS 106 Valuation – The Contractor will provide a copy of the FAS 106 Valuation to the DOE.

(c) Group Pension Plans

(1) General – Costs of the Contractor's participation with other Hanford Site Contractors in the Operations and Engineering Pension Plan, and the Hanford Contractors Multi-Employer Pension Plan for Hanford Atomic Metal Trades Council (HAMTC) Represented Employees, or identical plans as approved by the Contracting Officer, will be allowable for the purpose of providing retirement benefits only to employees under the Contract, and former employees of predecessor Hanford Contractors, who are eligible to participate in one or the

other of the Plans in accordance with their terms. The Plans must be established and maintained as qualified defined benefit plans under the regulations of the Internal Revenue Code Service. The Plan and Trust documents and any amendments thereto which effect substantive changes or increase costs are subject to the approval of DOE. With respect to each of the plans, the parties agree as follows:

(2) Administration of the Plans

(i) Costs of employer contributions incurred under the terms of said plans and costs incurred in the course of their administration are allowable to the extent approved by the Contracting Officer. At DOE request, the Contractor shall provide an itemization of costs incurred for administration. The plan fund, not the Contractor, shall be liable for costs incurred in the course of administration.

(ii) The Contractor will provide to DOE copies of the following annual reports:

(A) Accounting reports and annual actuarial valuations. The reports and valuations will include at least the information specified in DOE Order 350.1, Chapter VI.

(B) DOL Form 5500 with schedules and attachments, as submitted to the Department of Labor each year.

(C) Financial Accounting Standards Board (FASB) Statement 87 Report. A copy of the FASB 87 report is prepared each year to satisfy the expense-reporting requirement of the Office of Management and Budget.

The final accounting period shall end with the effective date of Contract termination or expiration.

(iii) Actuarial gains and losses developed by annual valuations will be taken into account for purposes of establishing contributions to the Plan as soon as reasonably possible and consistent with requirements of the Employee Retirement Income Security Act of 1974, amendments thereto, and any other applicable laws.

(iv) The aggregate annual contribution to the pension fund may range from the minimum specified by the Internal Revenue Code (IRC) Section 412(b) to the amount necessary to fully fund the year-end expected current liability. However, the aggregate annual contribution to each plan shall be no less than the minimum specified by IRC Section 412(b) nor greater than the tax-deductible limit specified by the IRC Section 404. All contributions to each pension fund shall equal the total amount currently attributable to participants in the plans. These contributions will be based on the actuarial valuation, as determined by the *Employee Retirement Income Security Act of 1974* (ERISA), as amended valuation for the most recent plan year. The fund shall be a trust.

(v) If requested by DOE to do so, the Contractor will participate in pension plans established on a multiple or multi-employer basis applicable to some or all DOE prime cost-type Contractors on the Hanford Site.

The Contractor will take no action concerning the termination, merger, or spin-off or other action affecting the status of the plans as separate contract-only plans without the approval of the Contracting Officer.

(vi) Unless otherwise required by federal law or resulting from the collective bargaining process, no amendment to any of the pension plans shall result in allowable costs under this contract if the adoption date of such amendment is later than twelve (12) months before the termination or expiration date of the Contract.

(3) Actions Required at Contract Termination or Expiration

(i) No Replacement Contractor - In the event that the Contract expires or is terminated without a replacement contractor; all employee-accrued benefits are to become 100 percent vested immediately irrespective of the Plan's vesting schedule. All employees would receive benefits equivalent to the value of their vested portion consistent with ERISA, as amended.

(ii) Replacement Contractor Situation - In the event of reassignment of all or a portion of the Contractor's work under this contract to a replacement Contractor(s) or upon termination or expiration of said contract followed by a replacement Contractor(s) the Contractor will assist DOE in the necessary arrangements for the replacement Contractor(s) to take over the plans, plan assets and plan liabilities. Such arrangements shall include preserving for these employees their accrued pension benefit and vesting service time under the Contract by carrying forward Contractor pension service time to the replacement Contractor. Granting of such service credits shall not result in duplicate benefits for the same service time.

(iii) Change of Plan Sponsor - The DOE shall have the unilateral right to change a plan sponsor upon termination or expiration of the Contract.

(iv) Determination of Contract Service Pension Plan Assets and Liabilities

(A) Contract Service Assets - Contract Service Assets shall be determined in accordance with paragraph JB.4(c)(2)(ii)(A) above and shall include all assets attributable to DOE-funded employer contributions (including investment earnings thereon) and the employee accumulations (including investment earnings thereon) determined at current market value until the date of payment or transfer.

(B) Liabilities for Present and Future Benefits - The Contractor's actuary shall quantify liabilities for employee plan benefits as of the contract termination or expiration date.

(4) Financial Requirements – Funds to be paid or transferred to any party as a result of settlements relating to pension plan termination or spin-off shall be placed in short-term investment funds from a date stipulated by the Contracting Officer until the actual date of funds transfer. The Contractor shall actively manage any DOE-reimbursed assets awaiting transfer to a successor trustee or to DOE until the successor trustee or DOE is able to assume stewardship of those assets.

(5) Special Programs – The Contractor shall request DOE prior approval for each early-out program, window benefit, disability program, plan-loan feature, employee contribution refund, asset reversion, or incidental benefit. Such costs are unallowable until specifically approved by the Contracting Officer.

(d) Group Savings Plans

The Contractor will maintain two savings plans for employees who are eligible to participate in accordance with their terms; one plan for bargaining unit employees and one plan for non-bargaining employees (exempt and nonexempt). The plans must be established and maintained as qualified defined contribution plans under the regulations of the IRC. The plan and trust documents and any amendments thereto which effect substantive changes or increase costs are subject to the approval of the Contracting Officer. With respect to the Plans, the parties agree as follows:

(1) Costs of employer matching contributions incurred and accrued under the terms of the plans are allowable. The plan fund, not the Contractor, shall be liable for the costs incurred in the course of its administration.

(2) The Contractor will provide DOE with annual accounting reports within seven months after the close of a plan year. In addition, a copy of IRS Form 5500 will be provided to DOE each year when prepared by the Contractor.

(3) Employee forfeitures of accrued benefits shall be in accordance with the terms of the Plan and such forfeitures shall be used to reduce Contractor contributions made on behalf of remaining participating employees.

(4) In the event of Contract expiration or termination, the Contractor, if requested by DOE to do so, will transfer to a replacement Contractor the Plan, plan assets and plan liabilities.

(5) The Contractor will take no action concerning termination, merger, spin-off, or other action affecting the status of the plans as separate, contract-only plans without the approval of DOE.

(e) Paid Absences

(1) Personal Time Off – A Personal Time Bank (PTB) is established for eligible employees. Absences for leisure time off, personal time off, facility closure days (holidays), time away from work due to illness or injury, family emergencies or medical/dental appointments will be charged to the employee's PTB account if the employee wishes to receive pay for the absence.

(i) Eligible Employee: Regular full-time or part-time exempt and salaried non-exempt employees.

(ii) Pay Rate: Hours taken as time off will be paid at the employee's base salary rate in effect at the time of absence.

(iii) Composition: Accrual rates will include the following:

(iv) Vacation:

| | |
|---|---|
| 0-5 years service | 80 hrs/yr |
| >5 years service | 120 hrs/yr |
| >10 years service | 160 hrs/yr |
| >20 years service | 200 hrs/yr |

(v) Holidays: 72 hours designated as facility closure
Days 8 hours designated by employee as floater

The facility closure days include New Year's Day, President's Day*, Memorial Day*, July 4th, Labor Day, Thanksgiving Day, Friday After Thanksgiving, December 24, and Christmas Day.

*These days are observed on the day specified by Federal Law

(vi) Sick/Personal:

| | |
|---|---|
| Exempt | 40 hrs/yr |
| Salaried non-exempt | 56 hrs/yr |

(vii) Time Not Included: Absences for the following will not be taken from an employee's PTB account: Death in the family (up to 5 days per event), excused absence (EA) time (8 hours per year for employees who work north of the Wye Barricade), jury duty, military, road conditions, plant injury, volunteerism, and miscellaneous absences as defined in the PTB Policy.

(viii) Cash Out Provision: During periods of active service, eligible employees may request partial cash out of accrued PTB hours.

(A) Employees will be allowed one cash out in a calendar year except in those cases where the employee is terminating.

(B) At least 120 hours must remain in the employee's account after the cash out.

(C) The maximum hours which may be cashed out in a calendar year are 120 hours in 2000 and thereafter.

(D) The rate of cash out will be at the base salary at the time of cash out. Cash out will be in one-hour increments.

(E) Employees may opt to put the cash directly into their after-tax Savings Plan account.

(ix) Maximum PTB Hours: An employee may accumulate up to a maximum number of PTB hours as follows:

(A) In 2001 and thereafter – 1000 hours

(2) EXEMPT ACCRUALS (hours per biweekly pay period)

| | <u>2000 and thereafter</u> |
|---|---|
| 0-5 years of service | 7.69 |
| 5-10 years of service | 9.23 |
| 10 to 20 years of service | 10.77 |
| More than 20 years of service | 12.31 |

(3) SALARIED NONEXEMPT ACCRUALS (hours per biweekly pay period)

| | <u>2000 and thereafter</u> |
|---|---|
| 0-5 years of service | 8.31 |
| 5-10 years of service | 9.85 |
| 10-20 years of service | 11.38 |
| More than 20 years of service | 12.92 |

(f) Corporate Employees

Certain employees of the Contractor transferred from an affiliate to work under the Contract may continue to participate in their corporate group insurance, pension and savings, and severance pay plans. Costs for such continued participation while assigned to work under the Contract shall be billed to the Contract pursuant to applicable FAR cost principles and/or Cost Accounting Standards. DOE shall have no further obligation for costs incurred by the parent organizations on behalf of such employees after reassignment or termination from Contract work.

**JB.5 TRAVEL AND RELOCATION COSTS**

Necessary and reasonable expenses incurred by employees and prospective employees for travel and relocation at the request of the company in connection with work under this Contract are allowable, subject to applicable provisions of FAR Subpart 31.2. Project Assignment Allowances and outbound relocation costs upon termination or expiration are unallowable. In accordance with these regulations, Contractor employees transferred from corporate entities will be administered under the Contractor's common Relocation and Travel policies, which are subject to the review and approval of the Contracting Officer.

**JB.6 COLLECTIVE BARGAINING AGREEMENTS**

The Contractor will consult with DOE on all parameters before and during negotiations.

**JB.7 WORK FORCE RESTRUCTURING**

The Contractor will comply with the requirements of the applicable Hanford Site Work Force Restructuring Plan, which implements Section 3161 of the *National Defense Authorization Act for Fiscal Year 1993*. Costs associated with the implementation shall be allowable for those activities described in the applicable Plan

**JB.8 EMPLOYEE MORALE, RECREATION, SERVICE AWARDS, AND WELFARE PROGRAMS**

Costs incurred for such programs are allowable in an amount not to exceed thirty-five dollars ($35.00) per employee per year.

**APPENDIX C - DOE DIRECTIVES**

Federal Regulations and applicable Washington Administrative Code (i.e., WAC 173-303, etc.) governing DOE activities, and the following directives as revised are applicable to work and activities conducted/accomplished by contractors at the Hanford Site. The applicability of given Environment, Safety, and Health (ES&H) directives to a specific facility or work activity/project may be determined through the Standards/Requirements Identification Document (S/RID) process, as approved by the appropriate DOE authority. Upon approval of an S/RID, that set of requirements is the ES&H directive/requirements set applicable to the facility, work/activity or project and supersedes the ES&H directives included in this list of directives.

**DOE ORDERS AND NOTICES**

| ORDER NUMBER/CHANGES | TITLE |
|---|---|
| DOE O 110.3 | Conference Management |
| DOE O 130.1 | Budget Formulation Process |
| DOE M 140.1-1A | Interface with the Defense Nuclear Facilities Safety Board |
| DOE N 142.1 | Unclassified Foreign Visits and Assignments |
| DOE O 151.1/1&2 | Comprehensive Emergency Management System |
| DOE N 205.1 | Unclassified Cyber Security Program |
| DOE O 210.1/1&2 | Performance Indicators and Analysis of Operations Information |
| DOE O 224.1 | Contractor Performance-Based Business Management Process |
| DOE O 225.1A | Accident Investigations |
| DOE O 231.1 | Environment, Safety, and Health Reporting |
| DOE O 232.1A | Occurrence Reporting and Processing of Operations Information |
| DOE M 232.1-1A | Occurrence Reporting and Processing of Operations Information |
| DOE O 241.1 | Scientific and Technical Information Management |
| DOE O 251.1A | Directives System Order |
| DOE O 311.1A | Equal Opportunity and Diversity Program |
| DOE O 350.1 | Contractor Human Resources Management Programs |
| DOE O 413.1 | Management Control Program |
| DOE O 413.3 | Program and Project Management for the Acquisition of Capital Assets |
| DOE O 414.1A | Quality Assurance |
| DOE O 420.1/2 | Facility Safety |
| DOE O 425.1A | Startup and Restart of Nuclear Facilities |
| DOE O 434.1 CRD | Accounting |
| DOE O 430.1A | Life-Cycle Asset Management |
| DOE O 435.1 | Radioactive Waste Management |
| DOE O 440.1A | Worker Protection Management for DOE and Contractors |
| DOE O 440.2/1&2 | Aviation |
| DOE M 440.2 | Aviation Manual |
| DOE O 442.1 | Department of Energy Employee Concerns Program |
| DOE P 450.5 | Line Environment, Safety and Health Oversight |
| DOE O 451.1A | National Environmental Protection Act Compliance Program |
| DOE O 460.1A | Packaging and Transportation Safety |
| DOE O 460.2/1 | Departmental Materials Transportation and Packaging Management |
| DOE O 460.2 CRD | Departmental Materials Transportation and Packaging Management |
| DOE O 470.1/1 | Safeguards and Security Program |
| DOE O 470.2A | Safeguards and Security Independent Oversight Program |
| DOE O 471.1A | Identification and Protection of Unclassified Controlled Nuclear Information |

| | |
|---|---|
| DOE M 471.1-1 | Identification and Protection of Unclassified Controlled Nuclear Information Manual |
| DOE O 471.2A | Information Security Program |
| DOE M 471.2-1B | Classified Matter Protection and Control Manual |
| DOE O 472.1B | Personnel Security Activities |
| DOE O 474.1 | Control and Accountability for Nuclear Materials |
| DOE M 474.1-2/1&2 | Nuclear Materials Management and Safeguards System Reporting and Data Submission |
| DOE M 475.1/1 | Identifying Classified Information |
| DOE O 481-1 | Work for Others (Non Department of Energy Funded Work) |
| DOE M 481.1-1 | Reimbursable Work for Non-Federal Sponsors Process Manual |
| DOE O 534.1 | Accounting |
| DOE O 551.1A | Official Foreign Travel |
| DOE 1220.1A/1 | Congressional and Intergovernmental Affairs |
| DOE 1230.2 | American Indian Tribal Government Policy |
| DOE 1270.2B | Safeguards Agreement with the International Atomic Energy Agency |
| DOE 1340.1B | Management of Public Communications Publications and Scientific, Technical and Engineering Publications |
| DOE 1450.4 | Consensual Listening-In To or Recording Telephone/Radio Conversations |
| DOE 1800.1A/1 | Privacy Ac |
| DOE 2030.4B | Reporting Fraud, Waste, and Abuse to the Office of Inspector General |
| DOE 2100.8A | Cost Accounting, Cost Recovery, & Interagency Sharing of Information Technology Facilities |
| DOE 2110.1A/1&2 | Pricing of Departmental Materials and Services |
| DOE 2300.1B | Audit Resolution and Follow-Up |
| DOE 2320.1C | Cooperation with the Office of the Inspector General |
| DOE 2320.2B | Establishment of Departmental Position on Inspector General Reports |
| DOE 4330.2D | In-House Energy Management |
| DOE 4330.4B | Maintenance Management |
| DOE 5400.1 | General Environmental Protection Program |
| DOE 5400.5/1&2 | Radiation Protection of the Public and the Environment |
| DOE N 5400.9 | Sealed Radioactive Source Accountability |
| DOE 5480.10 | Contractor Industrial Hygiene Program |
| DOE 5480.11/1-3 | Radiation Protection for Occupational Workers |
| DOE N 5480.11 | Extension of Radiological Control Manual, Rev. 1 |
| DOE 5480.19/1 | Conduct of Operations Requirements for DOE Facilities |
| DOE 5480.20A | Personnel Selection, Qualifications, and Training Requirements for DOE Nuclear Facilities |
| DOE 5480.21 | Unreviewed Safety Questions |
| DOE 5480.22/1&2 | Technical Safety Requirements |
| DOE 5480.23/1 | Nuclear Safety Analysis Reports |
| DOE 5480.4/1-4 | Environmental Protection, Safety, and Health Protection Standards |
| DOE 5530.1A | Accident Response Group |
| DOE 5530.2 | Nuclear Emergency Search Team |
| DOE 5530.3/1 | Radiological Assistance Program |
| DOE 5530.4 | Aerial Measuring System |
| DOE 5530.5/1 | Federal Radiological Monitoring and Assessment Center |
| DOE 5560.1A | Priorities and Allocations Program |
| DOE 5610.13 | Joint Department of Energy/Department of Defense Nuclear Weapon Safety, Security, and Control Activities |
| DOE 5610.2/1 | Control of Weapon Data |
| DOE 5632.1C | Protection and Control of Safeguards and Security Interests |
| DOE M 5632.1C-1/1 | Manual for Protection and Control of Safeguards and Security Interests (Except Chapter III, paragraphs 1, 2, and 4 through 9) |
| DOE 5660.1B | Management of Nuclear Materials |

| | |
|---|---|
| DOE 5670.1A | Management and Control of Foreign Intelligence |
| DOE 5670.3 | Counterintelligence Program |
| DOE 5820.2A | Radioactive Waste Management |
| DOE 6430.1A | General Design Criteria |
| DOE/RW-0333P | Rev. 8, Quality Assurance Requirements and Descriptions |
| SEN-22-90 | DOE Policy an Signatures of RCRA Permit Applications |
| SEN-35-91 | Nuclear Safety Policy |

DOE Accounting Practices and Procedures Handbook (APPH), Chapter X, Product Cost Accounting, dated June 30, 1980.

**S/RIDS**

| DOC. NUMBER | REVISION | TITLE |
|---|---|---|
| HNF-SD-MP-SRID 001 | 2 | River Protection Project Standards/Requirements Identification Document |

**RL/DOE-ORP DIRECTIVES**

| DOC. NUMBER | TITLE |
|---|---|
| HSL&T-1 | Hanford Site Lock and Tag Standard, DOE-RL-SOD-INST-L&T.001 |
| ORPID 110.1A | ORP Facility Representative Program |
| DOE-0223 | RL Emergency Implementing Procedures |
| DOE-0225 | Hanford Emergency Assessment Resource Manual (HEARM) |
| HFID 232.1B | Notification, Reporting, and Processing Operations Information |
| RLID 430.1 | Systems Engineering Criteria Document and Implementing Directive |
| RLPD 430.1 | Hanford Site Systems Engineering Policy |
| RLPD 450.1 | Hanford Environment, Safety and Health Policy |
| RLID 470.1 | Safeguards and Security Corrective Action Management System |
| RLID 470.2 | Facility Approval and Registration of Activities |
| RLID 471.2B | Information Security Program |
| RLID 473.1 | Protection of Safeguards and Security Interests |
| RLID 473.2 | Hanford Site Access Eligibility |
| RLIPP 1322.1B | RL Forms Management |
| RLID 1360.2B | Unclassified Computer Security Program |
| RLID 5000.1 | Baseline Execution and Management Process |
| RLPD 5000.1 | Richland Operations Office Site Management System |
| RLID 5000.2 | Long Range Planning Process |
| HNF-5183 | Tank Farm Radiological Control Manual |
| RLID 5480.19 | Conduct of Operations Requirements for RL |
| RLID 5480.29 | RL Employee Concerns Program |
| RLID 5480.31 | Startup and Restart of Facilities Operational Readiness Review and Readiness Assessment |
| RLIP 5484.1A | Environmental Protection, Safety, and Health Protection Information Reporting Requirements |
| RLID 5633.3 | Control and Accountability of Nuclear Materials at RL |
| RLID 5635.1 | Special Access and Top Secret Access Authorization |
| RLID 5670.3A | Counterintelligence Program |
| DOE/RL-92-36 | Hanford Site Hoisting and Rigging Manual |
| DOE/RL-92-49 | Radiological Assistance Program Plan - Region 8 |
| DOE/RL-93-75 | Hanford Facility Contingency Plan |
| DOE/RL-94-02, Rev 2 | Hanford Emergency Response Plan |
| DOE/RL-94-55 | Hanford Analytical Services QA Plan |

| | |
|---|---|
| DOE/RL-94-97 | Selection of Analytical Methods for Mixed Waste Analysis at Hanford |
| DOE/RL-94-125 | Federal Building Self Protection Plan |
| DOE/RL-96-68 2 | Hanford Analytical Services Quality Assurance Requirements Document |
| DOE/RL-96-109 Rev 2 | Hanford Site Radiological Control Manual (HSRCM-1, Rev.2) |

**APPENDIX D - PERFORMANCE BASED INCENTIVES**

This Appendix D, in combination with Section C, *Statement of Work*, constitutes the minimum performance requirements of the Contract. In addition, successful achievement of all funded work set forth in Section C and the performance-based incentives (PBI) contained in this Appendix D, constitutes satisfactory Contract performance. Table D-1 is a summary of the fiscal year (FY) 2001 through 2006 PBIs, including a list of potential SSPBI areas.

Table D-1

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Percent of Available Fee Pool | Available Fee Pool | Estimated Cost of Work Scope (000) |
|---|---|---|---|---|
| ORP-1 | Project W-314 | 15.40% | | $ 236,256 |
| ORP-2 | Retrieval Systems (W-211 and W-521) | 4.10% | | $ 43,213 |
| ORP-3 | Store Immobilized High Level Waste (IHLW) | 2.90% | | $ 55,873 |
| ORP-4 | Dispose of Immobilized Low Activity Waste (ILAW) | 5.50% | | $ 65,324 |
| ORP-5 | SST Interim Stabilization | 8.00% | | $ 80,972 |
| ORP-6 | Initial Waste Feed Delivery | 5.70% | | $ 112,366 |
| ORP-7 | SST Retrieval - Tank C-104 | 9.60% | | $ 88,475 |
| ORP-8 | Facility Stabilization | 4.70% | | $ 25,236 |
| ORP-9 | Life Cycle Asset Management | 6.40% | | $ 49,693 |
| ORP-10 | DST Integrity Assessment Reports | 3.40% | | $ 18,617 |
| ORP-11 | 242-A Evaporator Life Cycle Asset Management | 1.30% | | $ 6,536 |
| ORP-12 | Tank Characterization | 1.80% | | $ 25,167 |
| ORP-13 | Tank Farm - Closure Support | 6.40% | | $ 57,939 |
| ORP-14 | SST Retrieval - Tank S-102 (Note: includes SSPBI work, see below) | 1.60% | | $ 18,998 |
| ORP-15 | Corporate Performance | 14.70% | | NA |
| ORP-16 | WTP Interim Design and Transition | 2.30% | | $ 56,500 |
| | Unallocated Fee (See Clause H.1) | 6.20% | | NA |
| | **Total** | 100.00% | $ 106,100,000 | |
| | **FY 2000 through FY 2006 Super Stretch Performance Incentives** | | | |
| **Number** | **Title** | **Available Fee** | | |
| | **The following SSPBIs are Negotiated and Approved:** | | | See Note 2 |
| | | | | |
| ORP2.1.3S | Advanced Preparation of 241-SY-101 for Retrieval and for Receiving and Staging | $ 1,390,000 | | $ 6,948 |
| ORP3.8.2S | Transfer Waste from 241-AW-104 to Evaporator Feed Tank | $ 760,000 | | $ 4,526 |
| ORP8.1.2S | Acceleration of Project W-519 | $ 400,000 | | NA |
| ORP-19 | DST Caustic Addtion | $ 1,386,000 | | $ 8,047 |
| | **Total** | $ 3,936,000 | | |
| | | | | |
| | **The following SSPBIs are Pending Final Negotiation:** | | | |
| | | | | |
| ORP-14 | SST Retrieval - Tank S-102 | TBD | | $ 73,731 |
| ORP-17 | FY2001 Deferred Work Scope | TBD | | $ 8,994 |
| ORP-18 | Accelerate W-520 Construction of the ILAW Disposal Facility | TBD | | $ 11,826 |
| ORP-20 | SST Retrieval Tank S-112 | TBD | | $ 36,870 |
| ORP-22 | Accelerate W-464 Construction of IHLW Storage Facility | TBD | | $ 30,000 |
| ORP-23 | Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades | TBD | | $ 47,576 |
| See Note 1 | | | | |
| | Estimated Cost of Work Associated with Specific Incentives | | | $ 1,169,683 |
| | Estimated Cost of Work Subject to ORP-15 and Unallocated Fee | | | $ 1,324,929 |
| | Baseline per Section C, Clause C.3(a) and Technical Exhibit A | | | $ 2,494,612 |
| | | | | |
| | | | | |
| Note 1: The number "ORP-21" is Reserved at this time. | | | | |
| Note 2: Estimated cost of SSPBI work scope excludes fee. | | | | |

| | | | | |
|---|---|---|---|---|
| | **The following is a list of Potential SSPBI Areas** | | | |
| | | | | |
| | Remove Organic Layer from C-103 | | | $ 2,500 |
| | Accelerate Salt Cake Retrieval | | | $ 2,700 |
| | Remove SY-103 from Watch List | | | $ 8,630 |
| | Vadose Zone Work Accleration in Support of SST Farm Closure | | | $ 1,330 |
| | Accelerate SST Retrieval Crawler Development | | | $ 2,000 |
| | C-106 Closure Evaluation | | | $ 1,325 |
| | Accelerate SST Leak Detection Upgrade | | | $ 3,050 |
| | Enhanced Interim Stabilization of Equipment | | | $ 15,000 |
| | Enhance Interim Stabilization of BY-103 and A-103 | | | $ 4,600 |
| | | | | |
| | **Subtotal Estimated Cost of Work (Excluding Fee) for Potential SSPBI Areas** | | | $ 41,135 |
| | | | | |

**Office of River Protection**

Performance Incentive Number ORP-01
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Project W-314

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS) 1.01.02.02.02.01

Maximum Available Incentive Fee: *15.4 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

### SECTION 2
### Technical Contacts

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: D. Allen/R. Root*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Complete the following upgrades by September 30, 2001: Items a) through c) below, provide a general scope of construction.
   a) AY tank farm upgrades for Pit AY-02A and line SN-633 backfill and new SY tank farm annulus ventilation exhauster. (Earn 9% of fee.)

   b) AW tank farm upgrades: AW tank farm definitive design, Pit AW-B construction that requires open pit, complete new cover block installation, remove cover blocks from Pit AW-A, complete fabrication of nozzle seals, drain plugs, valve handles and actuators, and pour new cover blocks. (Earn 9% of fee.)

   c) AZ tank farm upgrades: for Pit AZ-01A, Pit AZ-02A and backfill of Lines SN-631, SN-632, and DR-100. (Earn 8% of fee.)

2. a) Complete Installation of the Master Pump Shutdown System by 9/30/02. (Earn 8% of fee.)
   b) 200 East Waste Transfer System upgrades: new AZ valve pit, lines SLN-3150 and SLL-3160 Acceptance Test Procedures (ATPs) (pressure boundary testing) lines SN-630, SN-634, SN-636, and SN-637 ATPs (pressure boundary testing) by 09/30/02. (Earn 8% of fee.)

3. Complete AZ/AY Transfer System Upgrades and AN Tank Farm Upgrades (Phase 1 and 2) by 9/30/03. (Earn 21% of fee)

4. Complete AP Tank Farm Upgrades by 9/30/04. (Earn 16% of fee.)

5. Complete Project W-314 baseline scope by 6/30/05. (Earn 21% of fee.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 through 4 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1, 2, 3, or 4 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 5 is completed. Performance Expectation 5 must be completed by 6/30/05, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 5.

1. Items a) through c) below give a general scope of construction.
   a) AY & SY tank farm upgrades:
      a. Complete ATP for Pit AY-02A.
      b. Complete Line SN-633 backfill.
      c. Complete Operational Test Procedure (OTP) for SY annulus ventilation exhauster.
   b) AW tank farm upgrades:
      a. Complete AW tank farm definitive design.
      b. Complete Pit AW-B construction that requires open pit, complete new cover block installation, leak detector installation, and pour shield collar.
      c. Remove cover blocks from Pit AW-A, complete fabrication of nozzle seals, drain plugs, valve handles and actuators, and pour new cover blocks.
   c) AZ tank farm upgrades:
      a. Complete ATP for Pit AZ-01A upgrades.
      b. Complete ATP for Pit AZ-02A upgrades.
      c. Complete backfill of Lines SN-631, SN-632, and DR-100.

2. The Master Pump Shutdown System (Programmable Logic Controllers and Human Machine Interfaces) will be installed and the Acceptance Test Report will be issued. Complete ATPs for Waste Transfer System (WTS) Construction.

3. Completion of AZ and AY valve pit and transfer line and AN Tank Farm Upgrade construction.

4. Complete ATPs for AP Tank Farm Upgrades.

5. Project W-314 construction and required startup and turnover activities will be complete. CHG will complete the approved baseline (that is within the CHG/DOE contract period) for project completion including startup and turnover for operation.

Construction completion must meet the criteria in the Project Design Requirements Document and be complete in accordance with design drawings and procurement specifications, which are relied upon by ORP, this would include ORP directed changes to such documents subject to change control approval.

Pit Upgrades & New Pit Construction: Completion is successfully completing construction in accordance with design documents, Acceptance Inspections and ATP, unless otherwise defined in 1-5 above.

For Transfer & Drain lines: Welding complete and accepted and lines hydro tested. Line SN-633, SN-631, SN-632, and DR-100 will be backfilled.

For WTS:

- for pits completion is successfully completing construction in accordance with design documents, and Acceptance Inspections and ATPs.
- for transfer lines completion is successfully completing construction in accordance with design documents, and Acceptance Inspections and ATPs (lines hydro tested).
- WTS transfer lines will be tied into the cross site transfer prior to completion of Project W-314.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Completion of definitive designs shall be documented by an approved Engineering Data Transmittal (EDT).

Completion of construction and testing activities shall be documented by an approved Job Control System sign-off sheet or status sheet for work related packages and by a Contractor letter documenting completion.

Submittal of the Acceptance Test Report (ATR) is evidence that ATP is complete and shall be submitted with the Performance Expectation Completion Notice.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-02
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Retrieval Systems (W-211/W-521)

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 1.01.02.02.01

Maximum Available Incentive Fee: *4.1 percent of the total available FY 2001 - 2006 incentive fee pool*

Type: Standard

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: D. Allen/R. Root*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Complete AZ-101 Title II design, which includes detailed design of a transfer pump, piping jumpers, and supporting equipment that will work in conjunction with the existing AZ-101 mixer pumps to deliver feed to the future processing plant. Designs shall be completed by 9/30/01. (Earn 6% of fee.)
2. Complete TFC/WTP Title II design, which includes detailed design of four transfer lines from the proposed location of the new AP valve pit interface point to the Waste Treatment Plant property line (interface point). Designs shall be completed by 9/30/01. (Earn 6% of fee.)
3. Complete W-211 construction of the new AP-271 annex and existing AP-271 building modifications (W-211-AP24-C2 package), the AZ-156 control building modifications (W-211-AN5-C2 package), and the new AN caustic supply system (W-211-AN5-C3 package) by 5/16/01. (Earn 8% of fee.)
4. Complete AZ-101 retrieval system procurement and construction by 9/30/04. (Earn 20% of fee.)
5. Complete AN-101 retrieval system design, procurement and construction by 9/30/05. (Earn 40% of fee.)
6. Complete Construction/Procurement for AP Farm to Waste Treatment Plant transfer system, including pit modifications and new transfer line by 9/30/06. (Earn 20% of fee.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 through 5 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1, 2, 3, 4, or 5 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 6 is completed. Performance Expectation 6 must be completed by 9/30/06, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 6.

1. By 9/30/01, release the approved AZ-101 design media into the Hanford Document Control System. Completion is defined by approval of the Engineering Data Transmittal associated with the design package. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG-approved design to ORP for critical review.

2. By 9/30/01, release the approved TFC-WTP pipeline design media into the Hanford Document Control System. Completion is defined by approval of the Engineering Data Transmittal associated with the design package. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG-approved design to ORP for critical review.

3. By 5/16/01, complete W-211 construction of the AP-271/AZ-156 control building modifications and the AN caustic supply system. Completion is defined by approval of the Acceptance of Completed Work form.

4. Complete AZ-101 retrieval system procurement and construction. Completion is defined as:
   - Acceptance Test Procedures (ATP) – Each ATP developed during definitive design shall be completed with all steps signed off, exceptions noted, and signed by the government's A/I representative.
   - As-Built Drawings – Field walkdowns shall be completed, Engineering Change Notices (ECNs) and Nonconformance Reports (NCRs) incorporated, and drawings released to Engineering Document Control.
   - Acceptance for Beneficial Use (ABU) – Each ABU requirement shall be verified as complete, with the ABU approved by Project Management and Operations.
   - Construction Completion – Construction completion shall be documented on the Construction Completion Document approved by the Project, Operations, and the Acceptance Inspection (A/I), and submitted to ORP.

5. Complete AN-101 retrieval system design and procurement and construction. Completion is defined as:
   - Acceptance Test Procedures (ATP) – Each ATP developed during definitive design shall be completed with all steps signed off, exceptions noted, and signed by the government's A/I representative.
   - As-Built Drawings – Field walkdowns shall be completed, ECNs and NCRs incorporated, and drawings released to Engineering Document Control.
   - Acceptance for Beneficial Use – Each ABU requirement shall be verified as complete, with the ABU approved by Project Management and Operations.
   - Construction Completion – Construction completion shall be documented on the Construction Completion Document approved by the Project, Operations, and the A/I, and submitted to ORP.

6. Complete Construction/Procurement for AP Farm to Waste Treatment Plant transfer system, including pit modifications and new transfer. Completion is defined as:
   - Acceptance Test Procedures (ATP) – Each ATP developed during definitive design shall be completed with all steps signed off, exceptions noted, and signed by the government's A/I representative.
   - As-Built Drawings – Field walkdowns shall be completed, ECNs and NCRs incorporated, and drawings released to Engineering Document Control.
   - Acceptance for Beneficial Use – Each ABU requirement shall be verified as complete, with the ABU approved by Project Management and Operations.
   - Construction Completion – Construction completion shall be documented on the Construction Completion Document approved by the Project, Operations, and the A/I, and submitted to ORP.

**DEFINITIONS:** *(define terms)*

**Design Milestones:**

Title II design will consist of H-14 drawings, a transfer pump procurement specification, and a construction specification.

The Engineering Data Transmittal is the form used to release the design into the Hanford Document Control System.

**Construction Milestones:**

The AP-271 control building construction consists of a new AP-271 annex and modifications to the existing AP-271 control building as shown in the W-211-AP24-C2 design package.

The AZ-156 control building construction consists of modifications to the existing AZ-156 control building as shown in the W-211-AN5-C2 design package.

The AN caustic supply system construction consists of the installation of a new caustic supply system near AN Tank Farm as shown in the W-211-AN5-C3 design package.

The Acceptance of Completed Work (ACW) is the form used to document acceptance of the completed construction by the facility. *In the case of the AN caustic supply system the ACW form will be used to document construction completion.*

1. **COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

   AZ-101 Retrieval System:

   - AZ-101 retrieval system H-14 design drawings, as shown on the final master drawing list.
   - AZ-101 transfer pump procurement specification.
   - AZ-101 construction specification.
   - Approved Engineering Data Transmittal for release of the design package.

2. TFC-WTP Pipeline:

   - TFC-WTP pipeline Pit H design drawings, as shown on the final master drawing list.
   - TFC-WTP pipeline pit procurement specifications.
   - TFC-WTP pipeline pit construction specifications.
   - Approved Engineering Data Transmittal for release of the design package.

3. Complete W-211 Construction:
   - ACWform for the AP-271 control building construction.
   - ACWform for the AZ-156 control building construction.
   - ACWform for the AN caustic supply system construction.

4. Requirements items 4, 5, and 6 will be documented through a letter of completion of construction.

   Completion of construction of systems shall be defined as: (see Section 4)
   a. Acceptance Test Procedure
   b. As-Built Drawings
   c. Acceptance for Beneficial Use
   d. Construction Completion Document

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are t within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative/Date~~ | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-03
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Store Immobilized High Level Waste (IHLW)

Project Baseline Summary (PBS): TW09 Work Breakdown Structure (WBS): 1.01.04.02.02

Maximum Available Incentive Fee: 2.9 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

### SECTION 2
### Technical Contacts

*ORP Point of Contact: W. Taylor/P. LaMont*

*Contractor Point of Contact: D. Allen/R. Root*

### SECTION 3
### Performance Expectations and Earning Schedule

General:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

Specific Requirements:

PI consists of six elements:

1. Issue Project W-464 Project Execution Plan (PEP) and Design Requirements Document (DRD) and award contract for Preliminary Design for W-464. Due 7/02/01. (Earn 17% of fee)
2. Submit Project W-464 Part B Application, Rev.0, to ORP in support of TPA Milestone M-20-056. Due 5/30/2002. (Earn 18% of fee)
3. Submit Project W-464 Canister Storage Building (CSB) Final Safety Analysis Report (FSAR) markup Preliminary Safety Analysis Report (PSAR) and Safety Analysis Report for Packaging (SARP) to ORP for approval. Due 9/30/2002. (Earn 10% of fee)
4. Complete Project W-464 Design. Due 7/31/2004. (Earn 28% of fee)
5. Design of Shielded Canister Transporter completed. Due 12/31/2005. (Earn 13% of fee)
6. Complete construction of CSB annex except for CSB wall breeching. Due 9/30/2006. (Earn 14% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectation 1 is a target date. Fee can be earned by completing the performance expectation by the target date. If Performance Expectation 1 is completed late, the fee associated with the missed performance expectation will be deferred until Performance Expectation 2 is completed. Performance Expectation 2 must be completed by 5/30/02, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 2.

The completion dates for Performance Expectations 3 through 5 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 3, 4, or 5 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 6 is completed. Performance Expectation 6 must be completed by 9/30/06, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 6.

1. By February 7, 2001, submit Draft Project W-464 PEP and DRD for DOE-ORP review and comment in accordance with Review Comment Record (RCR) process. Comments from DOE-ORP shall be returned within 15 working days of the draft submittal date. Comments will be dispositioned. If a comment is not accepted, it will be dispositioned with a written explanation of non-acceptance. Final PEP and DRD will be issued for Project implementation by May 18, 2001. By July 2, 2001 a letter providing the Notice of Award for Preliminary Design of Project W-464 will be issued.
2. Submittal of Project W-464 Part B Application, Rev. 0, to ORP. The RCR process (described in completion item #1) shall be used with an ORP review period of 30 working days provided prior to 5/30/2002.
3. Submit a copy of Project W-464 CSB FSAR markup (PSAR) and SARP to ORP for approval.
4. Release the approved Project W-464 design media into the Hanford Document Control System. Completion is defined by approval of the Engineering Data Transmittal associated with the design package. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG approved design to ORP for critical review.
5. Design of Shielded Canister Transporter approved by CHG.
6. Construction of CSB annex completed (except for CSB wall breeching) consistent with Title III inspection requirements defined in FY 2005.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter (Notice of Award).
2. Project W-464 Part B Application.
3. Letter to ORP providing a copy of Project W-464 CSB FSAR markup (PSAR) and SARP.
4. Letter documenting completion of Project W-464 Design.
5. Letter documenting CHG approval of design of Shielded Canister Transporter.
6. Letter documenting construction of CSB annex completed except for CSB wall breeching.

**Office of River Protection**

Performance Incentive Number ORP-03
Revision No. 0 Date: 01/16/01

**SSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. Assumes the Critical Decision process, or other ORP required reviews and approvals not specified in Section 4, will be performed within a time period of 30 calendar days. For example, ORP shall provide formal response for Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of the milestones will be given to the contractor for delays beyond the 30-calendar day response.
2. Assumes renegotiation of TPA Milestone M-90-11, "Complete Canister Storage Facility Construction," from 2/01/2007 to 9/30/2009.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer Representative/Date~~

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-04
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Dispose Immobilized Low Activity Waste (ILAW)

Project Baseline Summary (PBS): TW09 Work Breakdown Structure (WBS): 1.01.04.01.02

Maximum Available Incentive Fee: 5.5 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

### SECTION 2
### Technical Contacts

*ORP Author: W. Taylor/P. LaMont*

*Contractor Point of Contact: D. Allen/R. Root*

### SECTION 3
### Performance Expectations and Earning Schedule

General:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

Specific Requirements:

PI consists of ten elements:

1. Issue a draft FY 2001 Performance Assessment for review by U.S. Department of Energy Headquarters (DOE-HQ). Due 3/29/01. (Earn 5% of Fee)
2. Complete the Conceptual Design Report (CDR) for Project W-520. Due 5/31/01. (Earn 5% of Fee)
3. Obtain Borehole Number 2 samples and issue a summary report on the samples. Due 9/27/01. (Earn 5% of Fee)
4. Submit Project W-520 Part B Application, Rev.0, to ORP in support of TPA Milestone M-20-057. Due 7/31/2002. (Earn 10% of fee)
5. Issue Project W-520 Execution Plan. Due 9/30/2002. (Earn 5% of fee)
6. Submit a recommendation to ORP for the preferred concept and contractor scope of work for transportation and disposal of DOE immobilized high-level waste (IHLW) and immobilized low-activity waste (ILAW) samples and failed High Level and Low Activity melters. Due 12/31/2003. (Earn 12% of fee)
7. Complete Project W-520 design (TPA Milestone M-90-09-T01). Due 2/28/2005. (Earn 20 % of fee)
8. Submit Project W-520 Preliminary Safety Analysis Report (PSAR) and Safety Analysis Report for Packaging (SARP) to ORP for approval. Due 3/31/2005. (Earn 15% of fee)
9. Issue a draft FY 2005 Performance Assessment update for review by DOE-HQ. Due 3/31/2005. (Earn 9% of fee)
10. Start Construction of Project W-520 (TPA Milestone M-90-08). Due 2/28/2006. (Earn 14% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. By December 29, 2000, submit a draft FY 2001 Performance Assessment for U.S. Department of Energy – Office of River Protection (DOE-ORP) review and comment in accordance with the Review Comment Record (RCR) process. Comments from DOE-ORP shall be returned within 25 working days after December 29, 2000. Comments shall be dispositioned. If a comment is not accepted, it will be dispositioned as "not accepted" with a written explanation for nonacceptance. A revised draft FY 2001 Performance Assessment with RCR comments incorporated shall be submitted by March 29, 2001 for review by DOE-HQ.
2. By April 20, 2001, submit a draft 90% CDR to DOE-ORP for review and comment in accordance with the RCR process. The 90% draft will include sketches, outline specifications, preliminary safety evaluation, block flow diagrams, cost estimates, design and construction schedules, and Budget Authority/Budget Outlay [BA/BO] schedules. The CDR shall meet the requirements of DOE Order 430.1A. Comments from DOE-ORP shall be returned within 15 working days from the draft submittal date in accordance with the RCR process. Comments shall be dispositioned. If a comment is not accepted, it will be dispositioned as "not accepted" with a written explanation for nonacceptance. The final CDR shall be provided to DOE-ORP no later than May 31, 2001.
3. By March 29, 2001, complete drilling and collection of samples from Borehole Number 2 for the Immobilized Low-Activity Waste Disposal site. The borehole will be drilled, cased, and samples collected per the approved borehole sample plan. By August 30, 2001, a draft Borehole Number 2 Summary Report on sample properties shall be submitted to DOE-ORP for review and comment in accordance with the RCR process. Comments shall be returned within 15 working days from submittal of the draft report. Comments shall be dispositioned. If a comment is not accepted, it will be dispositioned as "not accepted" with a written explanation for nonacceptance. The final Borehole Number 2 Summary Report on sample properties will be issued by September 27, 2001.
4. Submittal of Project W-520 Part B, Rev.0, Application to ORP. The RCR process (described in completion item #1) shall be used with an ORP review period of 30 working days provided prior to 7/31/2002.
5. Submittal of Project W-520 Execution Plan. The RCR process (described in completion item #1) shall be used with an ORP review period of 30 working days provided prior to 9/30/2002.
6. Letter to ORP providing a recommendation for the preferred concept and the proposed contractor scope of work for transportation and disposal of DOE IHLW and ILAW samples and failed High Level and Low Activity melters. The letter report shall provide an evaluation of a range of options that address cost, schedule, implementation risk, and regulatory concerns for each option. The letter report shall provide sufficient basis for selecting a preferred option.
7. Release the approved Project W-520 design media into the Hanford Document Control System. Completion is defined by approval of the Engineering Data Transmittal associated with the design package. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG approved design to ORP for critical review.
8. Submittal of Project W-520 PSAR and SARP to ORP for approval.
9. Submittal of draft FY 2005 Performance Assessment update for review by DOE-HQ. The RCR process (described in completion item #1) shall be used with an ORP review period of 30 working days provided prior to 3/31/2005.
10. Letter reporting start of construction of Project W-520.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Project W-520 FY 2001 Performance Assessment.
2. Project W-520 Conceptual Design Report.
3. Borehole Number 2 Summary Report on sample properties
4. Submittal of Project W-520 Part B Application, Rev. 0, to ORP.
5. Submittal of Project W-520 Execution Plan.

Letter to ORP containing the proposed contractor scope of work for transportation and disposal of DOE IHLW and ILAW samples and failed High Level and Low Activity melters.

7. Letter reporting completion of Project W-520 design.
8. Submittal of Project W-520 PSAR and SARP to ORP for approval.
9. Submittal of draft FY 2005 ILAW Performance Assessment update to ORP for review by DOE-HQ.
10. Letter reporting start of construction of Project W-520.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. Assumes the Critical Decision process, or other ORP required reviews and approvals not specified in Section 4, will be performed within a time period of 30 calendar days. For example, ORP shall provide formal response for Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of the milestones will be given to the contractor for delays beyond the 30-calendar day response.
2. Assumes renegotiation of TPA Milestone M-90-09-T01, "Complete ILAW Disposal Facility Detailed Design," from 3/20/2004 to 3/31/2005.
3. Assumes renegotiation of TPA Milestone M-90-08, "Initiate ILAW Disposal Facility Construction," from 7/31/2004 to 3/31/2006.
4. Assumes renegotiation of TPA Milestone M-90-10, "Initiate Placement of ILAW Waste Canisters in ILAW Disposal Facility," from 1/31/2007 to 9/30/2008.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-05
Revision No. 0 Date: 01/16/01

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Single-Shell Tank Interim Stabilization

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 1.01.01.03

Maximum Available Incentive Fee: *8 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: D. Bryson/W. Abdul*

*Contractor Point of Contact: R Raymond/T. Hissong*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Complete Interim Stabilization of four tanks by September 30, 2001. (Earn 5% of fee per tank)
2. Reinitiate pumping of tanks A-101 and AX-101. (Earn 5.5% of fee per tank)
   a) Initiate pumping of tank A-101 by February 12, 2001.
   b) Initiate pumping of tank AX-101 by March 30, 2001.
3. Complete initiation of pumping of all Single-Shell Tanks (SSTs) (except tank C-103) listed in the Consent Decree no. CT-99-5076-EFS by September 30, 2002. (Earn 30% of fee)
4. Complete Interim Stabilization of all SSTs (except tank C-103) listed in the Consent Decree no. CT-99-5076-EFS by September 30, 2003. (Earn 31% of fee)
5. Complete Interim Isolation of remaining SSTs in accordance with the Project Plan (HNF-2358) by September 30, 2004. (Earn 8% of fee)

Contractor's failure to meet any of the Consent Decree requirements associated with the above milestone(s) may result in forfeiture of the fee for the associated milestone(s).

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

### SECTION 4
### Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Items 2, 3:

a) Initiation of interim stabilization for each tank will be accomplished when actual pump operation has commenced and the pump operates at least 60% of the time over a 72-hour consecutive period, transferring a total of not less than 500 gallons of pumpable liquid tank waste.
b) Submit an Initiate Pumping Report to the ORP Director for Operations within 30 calendar days of completing the above requirement. This report shall include contractor validation packages for completed work.

Items 1 and 4:

a) The Interim stabilization criteria are: (i) There is less than 5,000 gallons of supernate, and (ii) there is less than 50,000 gallons of drainable interstitial liquids, and (iii) the sustainable pumping rate (refill rate) is less than 0.05 gallons per minute. Requirement "(iii)" may be waived in the case of "major equipment failure," however, ORP may require the contractor to make the necessary repairs and pump additional liquid from the tank.

b) Submit letter within 10 working days after a tank pumping has been stopped in anticipation of meeting the interim stabilization criteria documenting the rationale for shut down at that point.

c) A cost benefit analysis shall also be provided in cases where the "major equipment failure criteria" are to be used. Tank will be considered interim stabilized only if it's accepted by DOE-ORP.

Item 5: Interim isolation is complete when the requirements for isolation specified in the Project Plan are met, and a letter is submitted to ORP documenting completion on or before 9/30/04.

Changes to the Project Plan shall be subject to ORP approval.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Liquid Waste Removal Reports
Initiate Pumping Reports
Tank stabilization reports.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

Completion of interim stabilization date is based on historical data for pumpable volume and liquid drain rates. Variations for actual pumpable volume or drain rates for a specific tank may constitute bases for adjustment and renegotiation assuming pump start dates and operating efficiencies of 45 percent were met for that specific tank.

| FY 2001-2006 PERFORMANCE BASED INCENTIVE | |
|---|---|
| **SECTION 5** **Signatures** | |
| ORP ~~Contracting Officer's Representative/Date~~ | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-06
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Initial Waste Feed Delivery

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 1.01.02.02.01

Maximum Available Incentive Fee: 5.7 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

### SECTION 2
### Technical Contacts

*ORP Point of Contact: N. Brown/J. Cruz*

*Contractor Point of Contact: D. Allen/R. Dodd*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Install Transfer pump into tank AP-101 by 9/30/04. (Earn 14% Fee)
2. Obtain waste treatment plant certification samples of AZ-101 by 9/30/05. (Earn 5% Fee)
3. Obtain waste treatment plant certification samples of AP-101 by 9/30/05. (Earn 5% Fee)
4. Complete AP-101 Transfer system preparations and Integrated testing. Complete CHG Startup Checklist for transfer of Tank Waste to the Waste Treatment Plant by 9/30/05. (Earn 19% of Fee)
5. Complete AN-101 transfer system preparation and operational testing. Complete CHG startup checklist for transfer of waste by 9/30/06. (Earn 28% of Fee)
6. Complete AZ-101 Transfer system preparations and Integrated testing. Complete CHG Startup Checklist for transfer of Tank Waste to the Waste Treatment Plant by 9/30/06. (Earn 29% Fee)

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 and 3 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1 or 3 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 4 is completed. Performance Expectation 4 must be completed by 9/30/05, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 4.

The completion date for Performance Expectation 2 is a target date. Fee can be earned by completing the performance expectation by a target date. If Performance Expectation 2 is completed late, the fee associated with the missed performance expectation will be deferred until Performance Expectation 6 is completed. Performance Expectation 6 must be completed by 9/30/06, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 6.

1. Install Transfer pump into tank AP-101
   - Procurement of new transfer pump and testing.
   - Removal and Disposal of the current pump.
   - Installation of new transfer pump and Connections.
   - Testing of the new transfer pump.

2. Obtain waste treatment plant certification samples of AZ-101.
   - Obtain core samples from AZ-101 to support the certification analysis.
   - Ship the samples to the laboratories.
   - Completion of analysis is not included in this Performance Based Incentive (PI).

. Obtain waste treatment plant certification samples of AP-101
   - Obtain grab samples from AP-101 to support the certification analysis.
   - Ship the samples to the laboratories Note: Completion of laboratory analysis is not included in this PI.

4. Complete AP-101 Transfer system preparations and Integrated testing to support transfer of LAW to the WTP
   - Trained operations, Engineering, and Maintenance personnel.
   - Complete Operations and Maintenance procedures.
   - Complete operational Testing on components required to be operational and not tested by the projects and test system interfaces.
   - Complete PMs, calibrations, and functional tests which will be due prior to transfer.
   - Complete AB/Environmental compliance matrix documenting the instrumentation and processes used to comply with requirements.
   - Complete a startup checklist verifying completion of project construction work, testing, PMs and calibrations, training, O&M procedures, AB and environmental permitting requirements documentation. This includes completion of prestart activities identified in the checklist.

5. Complete AN-101 transfer system preparations and operational testing
   - Trained Operations, Engineering, and Maintenance personnel.
   - Complete O&M procedures.
   - Complete Operational Testing on components required to be operational and not tested by the projects and test system interfaces.
   - Complete PMs, calibrations, and functional tests which will be due prior to transfer.
   - Complete AB/Environmental compliance matrix documenting the instrumentation and processes used to comply with various requirements.
   - Complete a startup checklist verifying completion of project construction work, testing, PMs and calibrations, training, O&M procedures, AB and environmental permitting requirements documentation. This includes completion of prestart activities identified in the checklist.

Complete AZ-101 Transfer system preparations and Integrated testing.

- Trained Operations, Engineering, and Maintenance personnel.
- Complete Operations and Maintenance (O&M) procedures.
- Complete Operational Testing on components required to be operational and not tested by the projects and test system interfaces.
- Complete preventive maintenance (PMs), calibrations, and functional tests which will be due prior to transfer.
- Complete authorization basis (AB)/Environmental compliance matrix documenting the instrumentation and processes used to comply with various requirements.
- Complete a startup checklist verifying completion of project construction work, testing, PMs and calibrations, training, O&M procedures, AB and environmental permitting requirements documentation. This includes completion of prestart activities identified in the checklist.

**DEFINITIONS:** *(define terms) None*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Install transfer pump into tank AP-101
   - Complete work package for the removal and installation of the new transfer pump.

2. Acceptance test report documenting satisfactory operation of the AP-101 pump.

3. Obtain waste treatment plant certification samples of AZ-101.
   - Chain of custody form from the laboratories documenting acceptance of the samples.

4. Obtain waste treatment plant certification samples of AP-101
   - Chain of custody form from the laboratories documenting acceptance of the samples.

5. Complete AP-101 transfer system preparations and integrated testing.
   - Training completion rosters for necessary people obtaining system training.
   - Completed operations and maintenance procedures.
   - Completed work packages for the satisfactory performance of PMs and calibrations for needed components.
   - Operational Test Report documenting satisfactory performance of the transfer system.
   - AB/Environmental compliance matrix.
   - Complete startup checklist for the AP-101 transfer system.

6. Letter from Contractor to ORP documenting readiness to transfer AP-101 waste as stipulated in this document.

7. Complete AN-101 transfer system preparations and integrated testing.
   - Training completion rosters for necessary people obtaining system training.
   - Completed operations and Maintenance procedures.
   - Completed work packages for the satisfactory performance of PMs and calibrations for needed components.
   - Operational Test Report documenting satisfactory performance of the transfer system.
   - AB/Environmental compliance matrix.
   - Complete startup checklist for the AN-101 transfer system.

Complete AZ-101 transfer system preparations and integrated testing.

- Training completion rosters for necessary people obtaining system training.
- Completed operations and maintenance procedures.
- Completed work packages for the satisfactory performance of PMs and calibrations for needed components.
- Operational Test Report documenting satisfactory performance of the transfer system.
- AB/Environmental compliance matrix.
- Complete startup checklist for the AZ-101 transfer system.

9. Letter from Contractor documenting readiness to transfer AZ-101 waste as stipulated in this document.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

- The AZ-101 mixer pumps currently installed remain functional and do not need to be replaced.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer's Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-07
Revision No. 0 Date: 01/16/01

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Single-Shell Tank Retrieval – Tank C-104

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 1.01.02.01

Maximum Available Incentive Fee: 9.6 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: L. Erickson/R. Lober*

*Contractor Point of Contact: R. Raymond/R. Wilson*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Acquire Cold Test, Training, and Mock-up Facility (CTTMF) and initiate testing in facility by June 30, 2002. The CTTMF must incorporate features that support the identified near term (2000-2006) needs of the Single-Shell Tank (SST) Program or have the capability to cost effectively add these features later to support the TPA milestone M-45 series. (Earn 17% of fee.)

2. Complete and submit to ORP the Conceptual Design Report (CDR) for C-104 Retrieval by September 28, 2001. (Earn 4% of fee.)

3. Complete draft Functions and Requirements (F&R) document for tank C-104, and submit to ORP by April 30, 2001. F&R document will detail SST target retrieval specification, leak detection monitoring and mitigation (LDMM) specification, both based on environmental risk/cost and retrieval/leak loss instrumentation and operational experience from DOE and industry as prescribed in M45-03-T04. (Earn 4% of fee.)

4. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval cold demonstration by April 30, 2004. This full-scale demonstration will be sufficient to support final design and testing of equipment, including LDMM approach used in the actual system. The demonstration must satisfy TPA M-45-03G). (Earn 17% of fee.)

5. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design (to include physical systems including design and operating strategies necessary for LDMM) by July 30, 2004. (Earn 17% of fee.)