6. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval construction (to include physical systems including those necessary for LDMM) by July 30, 2006. (Earn 41% of fee.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. The CTTMF must allow the testing and evaluation of waste transfer components in simulated tank conditions and will provide a training area for the crews that remove/install waste transfer systems and components. By January 15, 2001, submit the CTTMF acquisition strategy to ORP documenting the procurement strategy, schedule, and necessary DOE actions and due dates. By July 30, 2001, release the procurement documentation. Completion is defined by CHG issuance of the Request for Proposal. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG-approved procurement package to ORP. By August 30, 2001, the RPP baseline must reflect a completion for obtaining beneficial occupancy and initiate testing by June 30, 2002.

2. Complete and submit to ORP by September 28, 2001, the CDR for C-104 Retrieval. The CDR will meet the requirements of a standard CDR with sufficient detail to support updating cost, schedule, and initiation of final design. Preliminary conceptual design activities may be initiated prior to obtaining Critical Decision 1.

3. Complete draft F&R document for tank C-104 and submit to the DOE (ORP) by April 30, 2001. This F&R document will address the elements discussed in M-45-03-T04 (e.g., Retrieval Performance Evaluations, LDMM strategy, lessons learned as well as standard F&R elements). Note for information only, this document will be submitted to Ecology for their comments (not approval) to support completion of the M-45-03-T04 TPA milestone.

4. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval cold demonstration. The demonstration will establish the performance of the equipment specified in the functions and requirements document. A letter report will be submitted to ORP to document the results of the cold demonstration. This product will meet the elements specified in TPA M-45-03G and will be submitted as a contractor approved document to ORP on or before April 30, 2004. (TPA date is 6/30/04 for ORP to submit letter to Ecology.)

5. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design (to include physical systems including design and operating strategies necessary for LDMM. Design will be considered complete when CHG has approved 90% of the design for fabrication and/or construction and a letter is submitted to ORP documenting compliance with this requirement by the Contractor on or before July 31, 2004. This product will meet the elements specified in TPA M-45-03H. (TPA date is 9/30/2004.)

6. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval construction (to include physical systems including those necessary for leak detection monitoring and mitigation). Construction will be considered complete when process equipment is installed and acceptance test procedures (ATPs) are completed. The contractor will submit a letter documenting the completion of this activity to ORP on or before July 30, 2006. (TPA date is 9/30/2006.) This product will meet the elements specified in TPA M-45-03I.

**DEFINITIONS:** *(define terms)*

None identified.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter reports to ORP documenting CTTMF: a) acquisition strategy (procurement strategy, schedule, and necessary DOE actions and due dates, b) procurement documentation, c) baseline update to reflect completion of the CTTMF facility, and d) documenting beneficial occupancy and initiation of testing in the CTTMF.
2. Formal Contractor-approved CDR, C-104 Retrieval Demonstration.
3. Formal engineering report, F&R for C-104 Retrieval Demonstration. (DRAFT for Ecology review).
4. Letter report documenting the results of the cold demonstration which will establish the performance of the equipment specified in the functions and requirements document.
5. Letter to ORP documenting completion of the Design of the C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design.
6. Letter to ORP documenting completion of construction of the C-104 sludge/hard heel, confined sluicing and robotic retrieval demonstration systems.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. The Critical Decision process, or other ORP required reviews or approvals, will be formally responded to within a time period of 30 calendar days. For example, ORP shall formally respond to Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of milestones will be given to the Contractor for delays beyond the 30 calendar day review.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer's Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-08
Revision No. 0 Date 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Facility Stabilization

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS) 1.01.05

Maximum Available Incentive Fee: 4.7 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

### SECTION 2
### Technical Contacts

*ORP Point of Contact: D. Bryson/M. Barnard*

*Contractor Point of Contact: D. Allen/J. Holder*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Establish acceptance criteria for transferring 242-T evaporator for Deactivation and Demolition (D&D). (10/30/02) (Earn 7% of Fee)
2. Complete the interim stabilization of 244-AR vault in accordance with M-45-11A. (9/30/03) (Earn 45% of Fee)
3. Complete the interim stabilization of 244-CR Vault per RPP-6029 Rev 0. (9/30/04) (Earn 21% of Fee)
4. Perform all work defined in the acceptance criteria for turnover of 242-T evaporator to the D&D contractor. (9/30/05) (Earn 27% of Fee)

### SECTION 4
### Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1, 3, and 4 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1, 3, or 4 are completed late, the fee associated with the missed performance expectation(s) will be deferred until completion of Performance Expectations 1, 3, and 4. Performance Expectations 1, 3, and 4 must be completed by 9/30/06, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectations 1, 3, and 4.

1. The acceptance criteria shall:
   - Define the deliverables and organizational responsibilities, scope of work, and required objectives to achieve turnover of the 242-T evaporator to the D&D contractor.
   - Provide a cost estimate for performing the scope of work.
   - Provide a schedule for performing the scope of work.
   - Complete the scope of work as defined by the acceptance criteria for transitioning to the 242-T evaporator facility.

2. Complete Stabilization of the 244-AR Vault in accordance with TPA agreement M-45-11A as defined in "244-AR Vault Interim Stabilization Project Plan," RPP-5635, Rev. 0, dated March 24, 2000.
   - Removal of pumpable liquid from 244-AR Vault tanks.
   - Removal of pumpable liquids from the vault itself and its associated sumps.
   - Isolation of the 244-AR vault.
   - Provisions for the removal of pumpable liquids which may accumulate in the future.
   - Installation of intrusion prevention mechanisms as may be necessary.
   - Establishment of periodic liquid level monitoring systems for the detection of accumulating liquids prior to final closure.

3. Complete the interim stabilization of 244-CR Vault per RPP-6029, Rev. 0, "244-CR Vault Interim Stabilization Project Plan."
   - Removal of pumpable liquid from 244-CR Vault tanks.
   - Removal of pumpable liquids from the vault itself and its associated sumps.
   - Isolation of the 244-CR vault.
   - Provisions for the removal of pumpable liquids which may accumulate in the future.
   - Installation of intrusion prevention mechanisms as may be necessary.
   - Establishment of periodic liquid level monitoring systems for the detection of accumulating liquids prior to final closure.

4. Complete the scope of work defined in the acceptance criteria for turnover of 242-T evaporator to the D&D contractor.

**DEFINITIONS:** *(define terms) None*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Acceptance criteria.
2. Letter from Contractor documenting completion of TPA M-45-11A, 244-AR interim stabilization.
3. Letter from Contractor documenting completion of 244-CR interim stabilization.
4. Letter from Contractor documenting turnover of 242-T evaporator to the D&D contractor.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

None

| SECTION 5<br>Signatures | |
|---|---|
| ORP ~~Contracting Officer's Representative/Date~~ | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-09
Revision No. 0 Date 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Life Cycle Asset Management

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS) 1.01.01.02

Maximum Available Incentive Fee: 6.4 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

### SECTION 2
### Technical Contacts

*ORP Point of Contact: A. Sidpara/D. Bryson*

*Contractor Point of Contact: D. Allen/J. Holder*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

***Specific Requirements:***

The contractor shall:

Using a life cycle asset management approach, implement processes and programs to enhance the reliability of Tank Farm equipment, and evaluate the capability of that equipment to support long-term missions. This Performance Based Incentive (PI) consists of seven elements:

1. Implement and commence execution of the Reliability Centered Maintenance (RCM) program for the Double Shell Tank (DST) Farms. Scope is to develop an administrative procedure for RCM, train key operations, maintenance and engineering personnel and implement as a pilot on one DST system. (9/30/2001) (Earn 19% of fee)

2. Condition assessment evaluations for four tank farms – AW, AP, AY and SY. Scope includes updating the present condition assessment survey procedure to incorporate DOE O 430.1A requirements as it relates to condition assessments, assessing the capability of critical systems to support the long-term Waste Feed Delivery (WFD) mission, and evaluating essential spares and the required maintenance of spares needed to support the WFD mission. (2/28/2002) (Earn 25% of fee)

3. Expand the RCM program developed in FY 2001 to encompass DST ventilation systems. The expanded program will be operational. (9/30/2003) (Earn 13% of fee)

4. Implement pilot predictive maintenance program for DST ventilation systems. (6/30/2003) (Earn 10% of fee)

5. Update Master Equipment List and provide an Operations and Maintenance (O&M) strategy for Tank Farm operations through 2018. (12/31/2004) (Earn 13% of fee)

**FY 2001 - 2006 PERFORMANCE BASED INCENTIVE**

6. Accomplish C Farm upgrades to support retrieval of C-104. (7/30/2006) (Earn 5% of fee)

7. Complete LCAM Baseline Assessments 5 Year update. (6/30/2006) (Earn 15% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. Completion documentation for RCM implementation and commencement of execution shall consist of:
   - Administrative procedure defining RCM implementation for Double Shell Tank Farms
   - Training materials and course completion rosters
   - Report documenting completion of implementation for the pilot system, including system analysis and the resulting new and/or revised maintenance tasks

2. Completion documentation for condition assessment shall consist of:
   - Reports for AP, AW, AY, and SY documenting results and recommendations from the condition assessment evaluations

3. Completion documentation for RCM implementation shall consist of:
   - Report documenting completion of implementation of RCM for DST ventilation systems, including system analysis and the resulting new and/or revised maintenance tasks

4. Completion documentation for implementation of pilot predictive maintenance program for DST ventilation systems shall consist of a letter to ORP providing a copy of the implementing procedure, training rosters, and a report of the baseline readings obtained on the ventilation systems.

5. Completion documentation for the updates accomplished to the Master Equipment List shall consist of a letter detailing the updates made. Complete letter report detailing O&M strategy through 2018.

6. Completion documentation for the C Farm upgrades to support retrieval of C-104 shall be a letter detailing the upgrades.

7. Completion documentation for 5-year update to the LCAM Assessments shall consist of a report for each DST Tank Farm documenting results and recommendations from the condition assessment evaluations, consistent with the acceptance criteria defined by DOE.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter documenting completion of the RCM Implementation.
   - Administrative procedure defining the implementation of RCM in the DST Farms.
   - Training materials and course completion rosters for RCM.
   - Supporting document detailing the RCM analysis of the pilot system.

- New/revised maintenance procedures to implement the results of the RCM evaluation of the pilot system.

2. Letter documenting Completion of the condition assessments:
   - Supporting documents for AW, AP, AY, and SY tank farm condition assessments.

3. Completion documentation for RCM implementation shall consist of:
   - Report documenting completion of implementation of RCM for DST ventilation systems, including system analysis and the resulting new and/or revised maintenance tasks.
   - New/revised maintenance procedures to implement the results of the RCM evaluation.

4. Letter to ORP providing a copy of the implementing procedure, training rosters, and a report of the baseline readings obtained on the ventilation systems.

5. Letter to ORP detailing the updates made to the Master Equipment List.

6. Letter to ORP detailing the upgrades made to C Tank Farm to support retrieval of C-104.

7. Completion documentation for 5 year update to the LCAM Assessment shall consist of a report for DST Tank Farms documenting results and recommendations from the condition assessment evaluations.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-10
Revision No. 0 Date: 01/16/01

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Double Shell Tank Integrity Assessment Reports

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 1.01.01.02.04

Maximum Available Incentive Fee: *3.4 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: D. Bryson/R. Harwood*

*Contractor Point of Contact: D. Allen/J. Holder*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Perform Double Shell Tank (DST) integrity testing and reporting in accordance with State of Washington Administrative Orders 00NWPKW-1250 and 1251. Reporting documentation will be submitted to ORP 30 calendar days prior to the legal requirement to allow DOE review, comment incorporation, and transmittal to Ecology. Ecology's input to deliverables will be actively solicited. (15% total fee)

   a) Submit a written report to ORP which meets the requirements of Section 5 of the above Administrative Orders by November 16, 2000. (Earn 5% of fee)

   b) Submit a written report to ORP which meets the requirements of Section 6 of the above Administrative Orders by June 18, 2001. (Earn 5% of fee)

   c) Submit a written report to ORP which meets the requirements of Section 7 of the above Administrative Orders by August 30, 2001. (Earn 5% of fee)

   If the contractor fails to achieve one or more of the contract deliverable due dates above, and the contractor supports ORP to provide the deliverable to Ecology by the Administrative Order due dates, 3% of fee may be earned each for 1a, 1b and 1c. (Earn 3% of fee for each missed deliverable [1a, 1b and 1c] each for a total of up to 9% fee)

2. Submit a project plan to ORP that includes the deliverables required and defined by the above Administrative Orders by November 30, 2000. (Earn 4% of fee total)

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

3. Perform DST integrity testing and reporting in accordance with State of Washington Administrative Orders 00NWPKW-1250 and 1251. Reporting documentation will be submitted to ORP 30 calendar days prior to the legal requirement to allow DOE review, comment incorporation, and transmittal to Ecology. Ecology's input to deliverables will be actively solicited.

   a) Submit a written report to ORP, which meets the requirements of Section 8 of the Administrative Order, documenting results of ultrasonic testing of the primary tank walls in four DSTs not previously examined by ultrasonic testing by August 30, 2002. (Earn 19% of fee)

   b) Submit a written report to ORP, which meets the requirements of Section 9 of the Administrative Order, documenting results of ultrasonic testing of the primary tank walls in four DSTs not previously examined by ultrasonic testing by August 30, 2003. (Earn 19% of fee)

   c) Submit a written report to ORP, which meets the requirements of Section 10 of the Administrative Order, documenting results of ultrasonic testing of the primary tank walls in four DSTs not previously examined by ultrasonic testing by August 30, 2004. (Earn 19% of fee)

   d) Submit a written report to ORP, which meets the requirements of Section 11 of the Administrative Order, documenting results of ultrasonic testing of the primary tank walls in four DSTs not previously examined by ultrasonic testing by August 30, 2005. (Earn 14% of fee)

   e) Submit a written report to ORP, which meets 2 of 6 of the requirements of Section 13 of the Administrative Order, documenting results of ultrasonic testing of the primary tank walls in two DSTs previously examined by ultrasonic testing by August 30, 2006. (Earn 2% of fee)

   f) Submit a written Integrity Assessment report for the DST system to ORP, which meets the requirements of Section 12 of the Administrative Order by February 28, 2006. (Earn 8% of fee)

   If the contractor fails to achieve one or more of the contract deliverable due dates above, and the contractor supports ORP to provide the deliverable to Ecology by the Administrative Order due dates, 9% of fee may be earned each for 3a through 3d. (9% of fee for each missed deliverable [3a through 3d] each for a total of up to 36% fee)

Contractor's failure to meet any of the administrative order requirements associated with the above milestone(s) may result in forfeiture of the fee for the associated milestone(s). If Ecology can demonstrate that a deliverable does not meet the administrative order requirement then the associated fee paid above may be revoked.

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)

1. Completion requirements for requirements 1.a) through 1.c), are defined in State of Washington Administrative Order 00NWPKW-1250 and 1251. ORP will provide comment to CHG within 10 working days of report delivery. CHG will provide revised report to ORP with comments resolved at least 5 working days prior to required delivery date of the Administrative Orders.

Tank System Structural Integrity Program Plan* will define and integrate the life cycle baseline for accomplishing the Administrative Order deliverables. Required scope, schedule and cost will be defined and submitted for incorporation into the ORP Baseline.

*Tank System Structural Integrity Program Plan will not include associated actions from requirement 3.1.a).

3. Completion requirements for requirements 3.a) through 3.f) are defined in State of Washington Administrative Order 00NWPKW-1250 and 1251. ORP will provide comment to CHG within 10 working days of report delivery. CHG will provide revised report to ORP with comments resolved at least 5 working days prior to required delivery date of the Administrative Orders.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. For requirement 1.a) through 1.c), Written reports as defined in State of Washington Department of Ecology Administrative Order 00NWPKW-1250 and 1251.
2. For requirement 2, Tank System Structural Integrity Program Plan.
3. For requirement 3.a) through 3. f), written reports as defined in State of Washington Department of Ecology Administrative Order 00NWPKW-1250 and 1251.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG ~~President and General Manager~~/Date: |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-11
Revision No. 0 Date 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: 242-A Evaporator Life Cycle Asset Management

Project Baseline Summary (PBS): TW08 Work Breakdown Structure (WBS): 1.01.01.02.01.03

Maximum Available Incentive Fee: *1.3 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: D. Bryson/M. Royack*

*Contractor Point of Contact: D. Allen/J. Holder*

**SECTION 3**
**Performance Expectations and Earning Schedule**

General:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes..
3. Acceptable product completion represents technical adequacy and good value to the government.

***Specific Requirements:***

The contractor shall:

Using a life cycle asset management approach, implement processes and programs to enhance the reliability of the 242-A Evaporator to extend the life of the facility to 2016. This Performance Based Incentive (PI) consists of two elements:

1. Preparation and issuance of engineering evaluations, studies and reports, and design of the required upgrades identified in HNF-3327, Rev 0., "242-A Evaporator Life Extension Study," to ensure the continued availability of the Evaporator. If subsequent engineering studies and evaluations identify additions or deletions to the planned scope a Baseline Change Request will be processed to add/delete this scope consistent with the provisions of this contract. (9/30/2003) (Earn 13% of fee)
2. Complete Construction and acceptance testing of the upgrades. (9/30/2005) (Earn 87% of fee)

**Office of River Protection**

Performance Incentive Number ORP-11
Revision No. 0 Date 01/16/01

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 and 2 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1 or 2 are completed late, the fee associated with the missed performance expectation(s) will be deferred until the performance expectation(s) is completed. The Performance Expectations 1 and 2 must be completed by 9/30/06, in order to earn full available fee. All deferred fee will be paid upon completion of both Performance Expectations 1 and 2.

1. Completion documentation for the engineering evaluations, studies and reports shall consist of:

    - Preparation and issuance of engineering evaluations, studies and reports, and design of the required upgrades identified in HNF-3327, Rev. 0., "242-A Evaporator Life Extension Study," to ensure the continued availability of the Evaporator.

2. Completion documentation, including acceptance testing, for construction of 242-A Evaporator upgrades shall be transmitted by a letter reporting completion of the upgrades.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for ach Performance Expectation.)*

1. Issued Engineering Evaluation in accordance with HNF-3327, Rev. 0., on the life extension upgrades and designing documentation.

2. Letter documenting completion of construction and acceptance testing of 242-A Evaporator upgrades. Attachments will include completed acceptance test plan and acceptance test procedures.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

None

## SECTION 5
## Signatures

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-12
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Tank Characterization

Project Baseline Summary (PBS): TW01 Work Breakdown Structure (WBS): 1.01.06.08.01

Maximum Available Incentive Fee: 1.8 *percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: D. Bryson/Wen-Shou Liou*

*Contractor Point of Contact: D. Allen/R. Powell*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Perform the following tank waste samples by September 30, 2001: (60% of fee)

- Complete 10 Core Samples
- Complete 14 Grab Samples
- Complete 6 Type IV Vapor Samples

2. Complete Laboratory Analysis Reports (LARs) for the following tank waste samples by September 30, 2001: (20% of fee)

- 2 LARs Based on Core Samples
- 12 LARs Based on Grab Samples
- 6 LARs Based on Vapor Samples

3. Complete the Draft and Final FY 2002 Technical Sampling Basis – Waste Information Requirements Documents (TSB-WIRD), as follows: (10% of fee)

- Complete the Draft TSB-WIRD by June 15, 2001 (5%)
- Complete Final TSB-WIRD by August 20, 2001 (5%)

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

4. Complete the following: (10% of fee)
- 12 Tank Characterization Reports (TCRs) by September 20, 2001,
- deliverables defined in the FY01 TSB-WIRD by September 30, 2001. This includes changes documented in the FY01 TSB-WIRD quarterly reports. In addition, the record of completion will be documented in the fourth quarter TSB-WIRD quarterly Status Report due to DOE-ORP October 20, 2001, and
- inputting the LAR Characterization Data into the electronic database within 7 days of LAR publication.

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. A core [grab, vapor] sample is completed when the last segment [sample bottle, vapor sample container] as specified in the Tank Sampling and Analysis Plan (TSAP) has been received by the analytical laboratory, and the chain of custody has been signed by the laboratory's sample receiving official. ORP will provide personnel to perform field verification.

2. A LAR is completed on the date of the document's cover page is signed.

3. The draft FY 2002 TSB-WIRD is complete when ORP coordination comments are resolved. The final FY 2002 TSB-WIRD is complete when DOE-ORP and Washington State Department of Ecology comments on the draft FY 2002 TSB-WIRD have been resolved and the final FY 2001 TSB-WIRD has been delivered to DOE-ORP.

4. The TCRs are completed when DOE-ORP comments have been resolved and the TCR is released to the public via the Tank Waste Information Network System (TWINS) at internet address http://twins.pnl.gov/twins3/twins.htm. The FY 2001 WIRD deliverables expectation is complete when completion of the field activities as of September 30, 2001, are documented in the fourth quarter FY 2001 WIRD Quarterly Status Report due in October 2001.

**DEFINITIONS:** *(define terms)*

1. A Core Sample is composed of one to 23, nineteen-inch segments of tank waste depending on the depth of the waste in the tank. The number of core samples required to meet programmatic needs is documented in the individual TSAP.

2. A Grab Sample is a volume of liquid or soft sludge taken from one tank riser at multiple tank depths. Sampling cost increases as volume increases. Therefore, Grab Samples are defined as follows:

| Volume | Grab Sampling Events |
|---|---|
| 0 - 1 (using 125ml sampler) or 0-5L (using 500ml sampler) | 1 |
| 1 - 2 (using 125ml sampler) or 0-5L (using 500ml sampler) | 1.2 |
| 2 - 3 (using 125ml sampler) or 0-5L (using 500ml sampler) | 1.3 |
| 3 - 4 (using 125ml sampler) | 1.5 |
| 4 - 5 (using 125ml sampler) | 1.7 |

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Chain-of-Custody form for each tank waste sample completed.
2. Laboratory Analysis Reports – name is dependent on tank sampled. Document number is to be assigned.
3. Technical Sampling Basis-Waste Information Requirements Document for FY 2002.
4. Tank Characterization Reports. Availability of the Tank Characterization Reports on the TWINS at internet address http://twins.pnl.gov/twins3/twins.htm shall constitute the documentation of completion.
5. TSB-WIRD fourth quarterly report, letter from contractor to DOE-ORP.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-13
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Tank Farm – Closure Support

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 1.01.05.01

Maximum Available Incentive Fee: *6.4 percent of total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: L. Erickson/R. Yasek-R. Lober*

*Contractor Point of Contact: R. Raymond/R. Wilson/C. DeFigh-Price*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Complete and submit to ORP a draft update to the Single Shell Tank (SST) Closure Work Plan by August 30, 2001. Tank Closure Work Plan will include lessons learned from vadose zone RCRA Facility Investigation (RFI)/CMS and groundwater monitoring, regulatory uncertainties associated with retrieval and closure, C-106 retrieval path forward evaluation, and Retrieval Performance Evaluation on AX Tank Farm as prescribed in M45-06-T05. (2% of fee)
2. Complete and submit to ORP by April 15, 2001, the Options Report for identifying and assessing actions necessary to increase compliant tank space to retrieve SST waste as prescribed in M-45-12-T01. Draft will precede by 15 calendar days. (2% of fee)
3. Complete actions to minimize infiltration and run-on of water at Single-Shell Tank (SST) farms as identified in Engineering Report: "Single-Shell Tank Farms Interim Measures to Limit Infiltration Through the Vadose Zone," RPP-5002, Rev 0. Specific actions include:
   a. Decommissioning unneeded water lines in Waste Management Area (WMA) S-SX that are currently active and potentially leaking water to the surrounding soil by August 30, 2001. (1% of fee)
   b. Construct surface barriers or diversions to prevent run-on of water, at WMA U by August 30, 2001. (1% of fee)

. Complete soil sampling in two characterization boreholes per approved work plan in WMA B-BX-BY by August 30, 2001. (4% of fee)

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

5. T/TX-TY activities:
   a. Issue to ORP the T/TX-TY site-specific work plan addendum for submittal to the Washington State Department of Ecology by March 22, 2001. (2% of fee)
   b. Complete borehole sampling by September 30, 2002, at WMAs T/TX-TY in accordance with the T/TX-TY site-specific work plan addendum submitted for M-45-54. (6% of fee)
6. Submit to ORP for review and comment the Field Investigation Report (FIR) for WMA B-BX-BY by September 15, 2002 to support M-45-55-T02. (4% of fee)
7. Submit to ORP an update to the SST Closure Work Plan by March 15, 2002. This work plan will incorporate Ecology comments that were provided on the FY 2001 draft update to the SST Closure Work Plan. This document will incorporate the elements of TPA M-45-06-T05. (3% of fee)
8. Submit to ORP for review and comment an FIR for WMA T/TX-TY by May 15, 2003 to support M-45-55-T03. (25% of fee)
9. Submit to ORP for review and approval a Phase 1 RFI Report integrating results of data gathering activities and evaluations for WMAs S-SX, T/TX-TY, and B-BX-BY and related activities, including groundwater monitoring and impacts assessment using Hanford Site groundwater models, with conclusions and recommendations by January 15, 2004, to support M-45-55. (13% of fee)
10. Complete and submit to ORP a draft update to the SST Closure Work Plan by May 30, 2004. This work plan update will incorporate updates to the vadose zone data as well as planning and fieldwork results for tank retrieval. This document will incorporate the elements of TPA M-45-06-T06. (12% of fee)
11. Submit to ORP a draft update to the SST Closure Work Plan by May 30, 2006. This update will incorporate changes or new information resulting from updated retrieval performance evaluations, vadose zone characterizations regulatory evaluations and retrieval actions. This document will incorporate the elements of TPA-M-45-06-T07. (25% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. Submit to ORP a draft update to the SST Closure Work Plan by August 30, 2001, which includes lessons learned from vadose zone RFI/CMS and groundwater monitoring, regulatory uncertainties associated with retrieval and closure, C-106 retrieval path forward evaluation, and the Retrieval Performance Evaluation on AX Tank Farm as prescribed in M45-06-T05.
2. Complete and submit to ORP by March 31, 2001 the draft Options Report for identifying and assessing actions necessary to increase compliant tank space to retrieve SST waste as required by M-45-12-T01. ORP has 5 working days to provide any comments. The final Options Report will be transmitted to ORP by April 15, 2001.
3. Complete decommissioning unneeded water lines in or near WMA S-SX that are currently active and potentially leaking water to the surrounding soil and construct surface barriers or diversions to prevent run-on of water at WMA U by August 30, 2001. Completion will be documented in a letter report that includes field logs, photographs of capped

lines, results of line pressure testing and a description of the diversion/barrier added.

4. Complete soil sampling in two characterization boreholes in WMA B-BX-BY by August 30, 2001. If the locations of the soil boreholes cannot be used, ORP and Ecology will be notified of the reasons along with a proposed new location(s). A new location must be approved by ORP and Ecology within 10 working days of notification. Completion will be when samples have been taken as specified in the Work Plan, packaged and transported to the laboratory(s) for analysis. Completion will be documented in a letter to ORP documenting receipt of the samples at the laboratory(s).

5. T/TX-TY Activities

- Issue to ORP the T/TX-TY site-specific work plan addendum for submittal to the Washington State Department of Ecology by March 22, 2001. ORP shall have 10 working days to provide comments. Issuance will occur when ORP comments are appropriated addressed, document modified accordingly, released through the engineering release station and transmitted to ORP.

- Complete soil sampling in boreholes as specified in applicable site-specific work plan addendum for WMAs T/TX-TY. Completion will be when samples have been taken as specified in the Work Plan, packaged and transported to the laboratory(s) for analysis. Completion will be documented in a letter to ORP documenting receipt of the samples at the laboratory(s). If the estimated cost and/or scheduled duration for the scope of work for this item exceeds the budget and/or schedule in the baseline, this PI shall be renegotiated.

6. Complete the FIR for B-BX-BY by September 15, 2002. ORP shall have 10 working days to provide comments. Completion is defined as when ORP comments are appropriately addressed, the document modified accordingly and provided to ORP for submittal to the Washington State Department of Ecology. M-45-55-T02 (due on October 31, 2002 in TPA)

7. Submit to ORP an update to the SST Closure Work Plan by March 15, 2002. ORP shall have 10 working days to provide comments. This draft update to ORP will incorporate the elements identified in TPA M-45-06-T05 (due on June 30, 2002 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 15, 2002.

8. Complete the FIR for T/TX-TY by May 15, 2003. ORP shall have 10 working days to provide comments. Completion is defined as when ORP comments are appropriately addressed and the document modified accordingly and provided to ORP for submittal to the Washington State Department of Ecology. M-45-55-T03 (due on June 30, 2003 in TPA).

9. Submit to ORP for approval by January 15, 2004, a Phase 1 RFI Report integrating results of data gathering activities and evaluations for WMAs S-SX, T/TX-TY, and B-BX-BY and related activities, including groundwater monitoring and impacts assessment using Hanford Site groundwater models, with conclusions and recommendations. ORP will transmit the document to Ecology for their review and concurrence to satisfy requirements of M-45-55 (due February 28, 2004 in TPA).

10. Submit to ORP a draft update to the SST Closure Work Plan by May 30, 2004. This draft update will incorporate the elements identified in TPA M-45-06-T06 (due on June 30, 2004 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 15, 2004.

11. Complete and submit to ORP draft update to the SST Closure Work Plan by May 30, 2006. This draft update will incorporate the elements identified in TPA M-45-06-T07 (due on 6/30/2006 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 15, 2006.

**DEFINITIONS:** *(define terms)*

The content of the FIRs and Remedial Field Investigation Report is defined in the Phase RFI/Corrective Measures Study Work Plan for SST Waste Management Areas and through refinements as a result of discussions between Ecology and DOE.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Issue draft SSTClosure Work Plan update (update to DOE/RL 89-16, Rev 1).
2. Report on Options for Increasing Compliant Tank Space. Draft will precede by 15 calendar days (03/31/01).
3. Letter report documenting cutting/capping lines by S/SX farm and adding diversion barrier at U Farm.
4. Letter documenting that soil samples from WMA B-BX-BY have been received at laboratory.

a. Issue addendum to T/TX-TY site-specific work plan
b. Issue letter documenting soil samples from WMA T/TX-TY have been received at laboratory.

6. FIRs for WMA B-BX-BY.
7. Update to SST Closure Plan document (DOE/RL 89-16) as Rev 2.
8. FIRs for WMA T/TX-TY
9. RFI Report integrating results of data gathering activities and evaluations for Waste Management Areas S-SX, T/TX-TY and B-BX-BY.
10. SST Closure Work Plan updates (1 draft, 3 final).

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

ORP will have 10 working days from receipt of FIR documents to provide final and complete comments back to the contractor for consideration and resolution. A day for day slip in dependent deliverables will result if the 10 working days is exceeded.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Single Shell Tank Retrieval – Tank S-102

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS) 1.01.02.01

Maximum Available Incentive Fee: Stretch: *1.6 percent of the total available FY 2001 – FY 2006 incentive fee pool*

Superstretch: *Fee Potential = 10-20% of total BCWS*

*Total Superstretch BCWS =$73,731K BCWS*

Type: Stretch X, Superstretch X

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: L. Erickson/R. Lober*

*Contractor Point of Contact: R. Raymond/R. Wilson*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:** Specific Requirement 1 is to be performed as a "Stretch" performance expectation and Specific Requirements 2, 3, 4 and 5 are to be performed as "Superstretch" performance expectations.

*Stretch:*

1. Complete contractor approved Functions and Requirements (F&R) document for tank S-102 and submit to ORP by August 31, 2002. The F&R document will detail SST target retrieval specification, leak detection monitoring and mitigation (LDMM) specification, both based on environmental risk/cost and retrieval/leak loss instrumentation and operational experience from DOE and industry as prescribed in the M45-05-T16 TPA milestone description. (Earn 100% of fee.)

*Superstretch:*

2. Award procurement subcontract(s) for equipment and/or systems that will be utilized in the retrieval of the contents of SST for tank S-102 by September 30, 2003. (Earn 10% of fee.)

3. Complete tank S-102 retrieval project design by January 31, 2004, to include physical systems including design and operating strategies necessary for LDMM. Design shall be submitted to ORP approved by the contractor meeting requirements of TPA M-45-05B. (Earn 35% of fee.)

4. Complete tank S-102 initial waste retrieval project construction by September 30, 2005, to include physical systems including those necessary for leak detection and monitoring and mitigation. Construction will be considered complete when process equipment is installed and acceptance tests are completed meeting the requirements of TPA M-45-05C. (Earn 35% of fee.)

5. Complete initial waste retrieval from Tank S-102 per TPA M-45-05A by July 31, 2006. Goals of this initial waste retrieval project shall include the retrieval to safe storage of approximately 490 curies of mobile long-lived radioisotopes (Tc-99, C-14, I-129, U-238, and Se) and 99% of tank contents by volume (per DOE best-basis inventory data, 8/01/2000). Completion of S-102 initial waste retrieval is subject to safe storage space availability consistent with M-45-00B. (Earn 20% of fee.)

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Item 1, below, is to satisfy the requirements of the "Stretch" portion of this Performance Based Incentive. Items 2, 3, 4 and 5, below, are to satisfy the requirements of the "Superstretch" portion of this Performance Based Incentive.

The completion dates for Performance Expectation 2 is a target date. Fee can be earned by completing the performance expectation by a target date. If Performance Expectation 2 is completed late, the fee associated with the missed performance expectation will be deferred until Performance Expectation 4 is completed. Performance Expectation 4 must be completed by 9/30/05, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 4.

1. Complete F&R documents for tank S-102 and submit as a contractor-approved document to the Department of Energy by August 31, 2002 (TPA date is October 30, 2002). This product will meet the elements specified in TPA M-45-05-T16. This document will establish demonstration system specifications (including LDMM system specifications) and will also include a scoping level Retrieval Performance Evaluation (RPE). The F&R document and its associated RPE shall also provide environmental and human health risk evaluation data/information associated with estimated waste volumes to be retrieved. The RPE will define the maximum volume, which could leak during retrieval, and risk from residual wastes and document known and estimated radionuclide contamination and contaminant migration within the vadose zone as bases of calculation. This document will incorporate lessons learned, including LDMM, retrieval, instrumentation, and operational experience from previous DOE and industry related retrieval projects. The S-102 LDMM strategy will be part of the F&R.

2. Develop procurement specification and award procurement subcontract(s) for equipment and/or systems that will be utilized in the retrieval of the contents of SST S-102.

Complete tank S-102 retrieval project design, to include physical systems including design and operating strategies necessary for LDMM. Design will be considered complete when the contractor has approved 90% of the design for fabrication and/or construction. Design shall be submitted to ORP approved by the Contractor. A letter from the contractor to ORP will be transmitted on or before January 31, 2004 (TPA date is March 31, 2004), documenting compliance with this completion requirement. This product will meet the elements specified in TPA M-45-05B.

4. Complete tank S-102 waste retrieval project construction, to include physical systems including those necessary for LDMM. Construction will be considered complete when the process equipment is installed and acceptance tests (ATPs) are completed. A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before September 30, 2005 (TPA date is November 30, 2005). This product will meet the elements specified in TPA M-45-05C.

5. Complete initial waste retrieval from Tank S-102. Goals of this initial waste retrieval project shall include the retrieval to safe storage of approximately 490 curies of mobile long-lived radioisotopes and 99% of tank contents by volume (per DOE best-basis inventory data, 8/01/2000). A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before July 31, 2006 (TPA date is September 30, 2006), stating the amount of material (curies and tank contents by volume) retrieved from Tank S-102. This product will meet the elements specified in TPA M-45-05A.

**DEFINITIONS:** *(define terms)*

None identified.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each rformance Expectation.)*

1. Contractor approved F&R Document for Tank S-102.
2. Letter from Contractor documenting initiation of procurement.
3. Letter from Contractor documenting completion of design as stipulated in this document.
4. Letter from Contractor documenting completion of the construction as stipulated in this document.
5. Letter from Contractor documenting completion of the initial retrieval of the contents from Tank S-102 as stipulated in this document.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

- The Critical Decision process, or other ORP required review and approval, will be performed within a time period of 30 calendar days. For example, ORP shall provide approval for Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of the milestones will be given to the contractor for delays beyond the 30-calendar day review.

- If tank storage space is not available to retrieve S-102, this PI will be renegotiated.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer's Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-15
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Corporate Performance (Comprehensive)

Project Baseline Summary (PBS): TW10 Work Breakdown Structure (WBS): 1.01.06.

Maximum Available Incentive Fee: 14.7 *percent of the total available FY 2001-2006 incentive fee pool*

Type: Other

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: L. Erickson*

*Contractor Point of Contact: A. Parker*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

***Specific Requirements:***

1. Baseline Management (Earn 40% of fee.)
   - Modify the Tank Farm Contractor (TFC) RPP baseline consistent with contract extension by May 15, 2001, and WTP contract by September 1, 2001. Provide the supporting TFC baseline package to ORP each year by March 1 fully integrated with the WTP contractor and supporting other Hanford contractors' baseline packages.
   - The CHG baseline shall be derived from an existing set of integrated requirements that define and achieve the ORP mission. Activities affecting cost, schedule, and technical performance are included in the baseline.
   - CHG understands and manages risks and uncertainties in the baseline.
   - Changes to the CHG baseline are controlled through a documented process that follows configuration management principles.
   - CHG has defined and implemented a project management system that meets the requirements of DOE O 413.3. CHG understands and uses the Project Definition Rating Index of the Office of Project Management (EM-6) as a basis for self-assessment.
   - CHG demonstrates ownership and accountability for the baseline. CHG management effectively evaluates the implications of proposed changes to the baseline and communicates clearly to ORP.
   - By December 15 of each year CHG will provide to ORP the appropriate allocation of funds for the next fiscal year by PBS and by line item.
   - Support Hanford Site by accepting compliant high-level waste in accordance with the baseline.
   - Support Hanford Site by performing vent and balance services.
   - Coordinate with and support other DOE contractors and sites interdependent with the River Protection Project. This will be a key determinate in fee earned for Baseline Management.

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

2. Quality Assurance (Earn 10% of fee.)

- The CHG Quality Assurance (QA) program fully meets the requirements of DOE O 414.1A, 10 CFR 830.120, and, as applicable, the requirements of DOE/RW-0333P, Rev. 8. The program is approved by ORP.
- The CHG QA program ensures that all items delivered and services and tasks performed meet applicable standards.
- The CHG QA program is fully integrated with the CHG integrated environment, safety and health management system.
- CHG management and staff understand and have implemented their responsibilities under the CHG QA program.
- CHG managers routinely assess organizational performance. Continuous quality improvement occurs and corrective actions are promptly, effectively, and completely addressed.
- CHG maintains a lessons learned process that captures and shares lessons learned from both internally and externally identified deficiencies and good practices and assures these lessons learned are effectively implemented by the organization.
- Implement a CHG independent level assessment program.
- Manage the Price Anderson Amendment Act (PAAA) compliance to minimize formal ORP involvement.

3. Technical Foundation (Earn 20% of fee.)

- CHG shall update and keep current the Systems Engineering Management Plan (SEMP) (Peck, 1998). Additionally, the Waste Feed Delivery Program System Engineering Implementation Plan, HNF-3384 (O'Toole, 1999), should be updated to describe the current retrieval engineering work flow.
- CHG engineering management should review the current overall status of the Level 1 and 2 specifications and develop an action plan to resolve remaining technical issues that will lead to the near-term release of all Level 1 and 2 specifications as baseline documents. Once established, Level 1 and 2 specifications shall be placed under configuration control.
- CHG shall develop a two-tiered technical requirements database as specified above. Once established, this database shall be maintained and placed on line for easy access for all engineering and design personnel to access.
- CHG will affectively manage tank space to maximize capacity for Hanford Site and ORP requirements.

4. Conduct of Engineering Program (Earn 20% of fee.)

- Cost effective implementation of authorization agreements.
- Timely resolution of emerging technical issues that could impact short and long-term operation of the Waste Treatment Complex.
- Proactive interactions with regulators and stakeholders to assure regulatory deliverables result in favorable mission outcomes.

5. Conduct of Operations (Earn 10% of fee.)

- Assure a sound conduct of operations program is maintained consistent with DOE regulatory framework.
- Direct involvement of management in directing and managing Tank Farm Operations.
- Maintain a management program assuring worker participation and involvement in Tank Farm Operations.
- CHG to continuously strive for identifying and implementing effective measures resulting in minimization of level of efforts and improvement of productivity.

DOE will conduct a semi-annual assessment of the Contractor's performance on the criteria described above and provide a formal report. Fee determination will be provided on an annual basis.

**Office of River Protection**

Performance Incentive Number ORP-15
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

Fee will be allocated as follows:

| | | |
|---|---|---|
| Unsatisfactory | 0% | |
| Marginal | 40% to 69% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Satisfactory | 70% to 79% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Good | 80% to 92% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Superior | 93% to 100% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Contractor may submit a self-assessment input to be considered for the ORP Manager's review.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

See Section 3 for completion documents.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

## SECTION 5
## Signatures

ORP ~~Contracting Officer Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

## FY 2001 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: WTP Interim Design and Transition

Project Baseline Summary (PBS): TW06 Work Breakdown Structure (WBS): 1.01.03

Maximum Available Incentive Fee: *2.3 percent of the total available FY 2001 – FY 2006 incentive fee pool*

Type: Standard

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: W. Taylor*

*Contractor Point of Contact: R. Ni*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

**General Assessment:**

Earn up to 50% of fee:

The Interim Design of the Waste Treatment and Immobilization Plant (WTP) workscope is detailed in the CHG letter CHG-0006687, "Interim Design of the Waste Treatment and Immobilization Plant; Resubmittal of Modified Statement of Work," dated December 7, 2000, and approved by ORP letter 00-SOD-074, "The U. S. Department of Energy (DOE), Office of River Protection (ORP) Approval and Comments on the Waste Treatment and Immobilization Plant (WTP) Work Plan and Statement of Work." As closure on the regulatory realignment is achieved, additional radiological, nuclear, process, and non-radiological worker safety details may be provided. Based upon a rating assigned by the ORP Transition Manager, the contractor may earn up to 50% of the fee assigned to this Performance Incentive (see the rating table below). General assessment areas include the following, and are detailed in the above letters:

- Transition to the new WTP Contractor
- Planning (Scope, Cost and Schedule)
- Research and Development
- Process and Facility Design
- Environmental Permitting
- Waste Form Qualification
- Quality Assurance
- Interfaces
- Radiological, nuclear and process safety
- Non-radiological worker safety

## FY 2001 PERFORMANCE BASED INCENTIVE

In accordance with the above letters, ORP and CHG agreed on a work plan that accomplishes the interim design and transition requirements. Changes to the work plan (i.e., schedule changes, deliverables, etc.) will be approved by DOE and will constitute a change in the completion criteria for this Performance Incentive.

To minimize the number of outstanding items and/or issues at the time of transition the following Product Quality Assurance Performance Incentive Expectations exist:

- CHG shall complete actions committed to in Deviation and Corrective Action Reports (DCAR) issued by the DOE-ORP to BNFL Inc. (BNFL). CHG shall take timely and judicious actions to address any DCARs subsequently issued by the DOE-ORP.
- CHG shall adequately address concerns and completed commitments identified in audits and surveillances issued by the DOE ORP to BNFL. CHG shall take timely and judicious actions to address any concerns and/or commitments subsequently identified by the DOE-ORP in audits and surveillances.
- CHG shall adequately complete self-identified Quality Assurance Program improvements, as previously identified under the BNFL contract. CHG shall take timely and judicious actions to complete any subsequent self-identified Quality Assurance Program improvements.
- CHG shall adequately address open and formal comments submitted by DOE on the WTP deliverables (i.e., BNFL April 24, 2000 deliverables). CHG shall aggressively pursue closure of open actions and comments.

| Assessment Rating | | % Fee Earned |
|---|---|---|
| Unsatisfactory | 0% | |
| Marginal | 40% to 69% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Satisfactory | 70% to 79% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Good | 80% to 92% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Superior | 93% to 100% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |

**Specific Deliverables:**

Earn up to 50% of fee:

1. CHG shall complete the organization of the major design products in accordance with the details in the ORP letter 00-AMSA-036, "Clarification of Scope for Interim Design of the Waste Treatment and Immobilization Plant (WTP)," Section 6.4 and 6.5 and as amended by CHG letter, R. F. Wood to J. J. Short, "Completion of CH2M HILL Hanford Group, Inc. Scope of Work," Serial CCN#015737C, dated October 16, 2000. (Earn 20% of fee)

2. CHG shall complete the assigned optimization studies, provide recommendations, and implement or transfer the study to the new contractor, as directed by DOE. The studies are detailed in ORP letter 00-PRD-065, "Final List of System Optimization Studies". (Earn 10% of fee)

3. CHG shall submit a detailed transition plan (CHG to new WTP contractor transition) in draft by December 1, 2000, and shall work with DOE to obtain concurrence on this transition plan prior to January 15, 2001. CHG shall complete the transition activities in accordance with the transition plan. A high importance is placed on completing an efficient transition including project records, design databases, processes, programs (product quality, QARD, QA, safety, management, etc.), procedures, systems, equipment, personnel, etc. to the new WTP Contractor within 45 calendar days of the WTP Contract award. (Earn 20% of fee)

Modifications of specifications, scope and schedule formally documented and agreed to between CHG and DOE-ORP will ınstitute a change in the criteria for the above deliverables.

**Office of River Protection**

Performance Incentive Number ORP-16
Revision No.0 Date: 01/16/01

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.*)

The Contractor may submit any self-assessment input within 14 calendar days after completion of transition, in order to be considered for the ORP Transition Manager's review.

**DEFINITIONS:** *(define terms)*

Transition – Transfer of most BNFL acquired personnel, subcontracts, equipment (e.g., office space, computers, office furniture, etc.), technical data, cost data, and information technology to the new WTP contractor. Details in the referenced letters.

Contract transition will begin on January 15, 2001 and is anticipated to be complete 45 days later.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Completion Documents or products are identified in the ORP letters:

- ORP 00-AMSA-036, "Clarification of Scope for Interim Design of the Waste Treatment and Immobilization Plant (WTP)," dated September 6, 2000.
- ORP 00-ORP-082, "Radiological and Nuclear Safety Workscope Guidance," dated August 31, 2000.
- ORP 00-SOD-074, "The U.S. Department of Energy (DOE), Office of River Protection (ORP) Approval and Comments on the Waste Treatment and Immobilization Plant (WTP) Work Plan and Statement of Work," dated December 22, 2000.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer Representative~~/Date    CHG President and General Manager/Date

ORP Contracting Officer/Date    CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-17
Revision No. 0 Date: 01/16/01

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: FY 2001 Deferred Work Scope

Project Baseline Summary (PBS): TW01-04 Work Breakdown Structure (WBS): 1.01

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% of BCWS* [1]
*Total Estimated Superstretch BCWS = $8,994K*

Type: Superstretch

[1] *Subject to final negotiations prior to authorization to proceed with the work associated with this Superstretch Performance Incentive.*

### SECTION 2
### Technical Contacts

*ORP Point of Contact: L. Erickson*

*Contractor Point of Contact: A. Parker*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

Pursuant to Baseline Change Request (BCR) Number RPP-01-054, complete the following (fee for individual items will be earned in the year in which the work is completed):

1. Evaporator Condenser Replacement. (BCWS $1200K)
2. Deactivation of 702-A. (BCWS $737K)
3. Final Safety Analysis Report (FSAR) Crosswalk Closure/Tracking. (BCWS $115K)
4. Long-length contaminated equipment (LLCE) Deployment. (BCWS $400K)
5. Resolve Single-Shell Tank (SST) Domeload Conservatism. (BCWS $462K)
6. FHA/FSAR Integration. (BCWS $108.9K)
7. Standard Hydrogen Monitoring System (SHMS), remove and isolate. (BCWS $248.4K)
8. Information Resource Management (IRM) Integrated Data Management System Pilot. (BCWS $390K)
9. Inactive S/SX Work. (BCWS $246K)
10. TMACS A/AZ Farms. (BCWS $727.3K)
11. CASS to TMACS. (BCWS $307.6K)
12. Reduce Contamination Zones in SST Farms. (BCWS $1,183K)
13. ENRAF - Liquid Level Gauge Upgrades. (BCWS $267K)
14. Drawing Upgrades. (BCWS $797K)
15. Raw Water Totalizers. (BCWS $109K)
16. Project W-420 Stack Monitoring Upgrade. (BCWS $700K)
17. Electrical Circuit Verification Elementary Drawings. (BCWS $513K)

**Office of River Protection**

Performance Incentive Number ORP-17
Revision No. 0 Date: 01/16/01

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

18. Evaluate Retrieval Technology Solutions - defer Fluidics portion of scope. (BCWS $145K)
19. Vadose Zone Activities - Assessment and Logging of Readily Accessible SX Tank Farm Laterals (BCWS $175K)
20. Characterization Project Office (CPO) New Spray Wash Systems. (BCWS $61.6K)
21. Liquid detection monitoring and mitigation (LDMM) Technology Assessment Comparison Report. (BCWS $100K)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*
The Contractor will submit a letter report documenting completion for each item noted in the table below:

**FY 2001 WORKSCOPE**
**Unfunded BCWS**

1. Evaporator Condenser replacement. (partial scope) — $1,200.0
2. Deactivation of 702-A. (entire scope) — $737.0
3. FSAR Crosswalk closure/tracking workscope. (partial scope) — $115.0
4. Weather storage and partial upgrades for LLCE. (partial scope) — $400.0
5. Reevaluation and analysis of existing dome-load restrictions for operational efficiencies. (entire scope) — $462.0
6. All workscope for FHA integration with FSAR. (entire scope) — $108.9
7. Removal of up to three (3) SHMS and isolation of up to two (2) SHMS. (entire scope) — $248.4
8. Pilot in process for CHG Procedures area. IDMS includes workflow and electronic approvals (partial scope) — $390.0
9. Removal of eight (8) WFIEs, one (1) Heat Trace Cabinet, two (2) Inactive Exhausters and Deactivation of sixteen (16) Vertical Storage Units in S and SX Farms. — $246.0
10. Completion of sixteen (16) TMACS Connections. (partial scope) — $727.3
11. Completion of CASS to TMACS Phase One installations for six (6) locations. Completion of CASS to TMACS Phase Two installations for nine (9) locations. — $307.6
12. Reduction of contamination zones by approximately 400,000 square meters in Single Shell Tank Farms. — $1,183.0

13. Completion of seven (7) ENRAF installations. (partial scope)
$267.2

14. H-14 system drawing development for 244-TX; 244-U; 244-BX; 204-AR. Label replacement preparation and installation in C Farm; 244-A; 244-S; 244-TX; 244-U. (partial scope)
$797.2

15. Installation of three (3) Raw Water Totalizers. (entire scope)
$109.7

16. Design and fabrication workscope except for remaining monthly Management Reports, alternative engineering study and cost estimates. (partial scope)
$700.0

17. Completion of eighteen (18) Tank Farms, five (5) DCRTs and two (2) facilities electrical circuit verifications (identification of power feeds to instrument cabinets).
$513.2

18. Development/assessment of specifications for fluidic technologies (e.g., AEA, Russian) to support TFA (EM-50). Includes supporting documentation. (partial scope)
$145.0

19. Assessment and Logging of Readily Accessible SX Tank Farm Laterals (partial scope)
$175.0

20. Providing two (2) new spray wash systems. (partial scope)
$61.6

21. Final comparison report for LDMM technology assessment.
$100.0

***Total:***
***$8,994.1***

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

The Contractor will submit a letter report documenting completion for each item in Section 3.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative/Date~~ | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-18
Revision No. 0 Date: 01/16/01

## FY 2001–2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Accelerate Project W-520 Construction of the Immobilized Low Activity Waste Disposal Facility

Project Baseline Summary (PBS): TW08 Work Breakdown Structure (WBS): 1.01.04.01.02

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% of BCWS* [1]
*Total Estimated Superstretch BCWS = $11,826K*

Type: Superstretch

[1] *Subject to final negotiations prior to authorization to proceed with the work associated with this Superstretch Performance Incentive.*

### SECTION 2
### Technical Contacts

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: D. Allen/R. Root*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Complete 20 percent physical progress of construction of the Project W-520 Immobilized Low Activity Waste (ILAW) Disposal Facility by 9/30/05. (Earn 43% of fee.)
2. Complete 80 percent physical progress of construction of the Project W-520 ILAW Disposal Facility by 9/30/06. (Earn 57% of fee.)

### SECTION 4
### Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. Completion is defined as achieving 20 percent physical progress of construction of the Project W-520 ILAW Disposal Facility.

   Percent Complete = (Total Project Construction BCWP/Total Project Construction BCWS) X 100

   Completion is defined as achieving 80 percent physical progress of construction of the Project W-520 ILAW Disposal Facility.

   Percent Complete = (Total Project Construction BCWP/Total Project Construction BCWS) X 100

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter reporting completion of 20 percent of the construction of the Project W-520 ILAW Disposal Facility. The letter will contain the basis for the determination that construction is 20 percent complete.
2. Letter reporting completion of 80 percent of the construction of the Project W-520 ILAW Disposal Facility. The letter will contain the basis for the determination that construction is 80 percent complete.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

**Office of River Protection**

Performance Incentive Number ORP-19
Revision No. 0 Date: 01/16/01

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Descriptive Short Title: Double-Shell Tank Caustic Addition

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 1.01.01.02.

Maximum Available Incentive Fee: Superstretch Fee Potential = $1,386K
*$1,266K (FY 2001), $120K (FY 2002)*[2]

Type: Superstretch

[1]FY 2001: $7,448K BCWS + $1,266K Fee = $8,714K Funds

[2]FY 2002: $599K BCWS + $120K Fee = $719K Funds

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: D. Bryson/R. Harwood*

*Contractor Point of Contact: D. Allen/J. Holder*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

SUPERSTRETCH (100%)

A. Complete the addition of sufficient caustic to Tank AY-101 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 9% of fee.

B. Complete the addition of sufficient caustic to Tank AY-102 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 9% of fee.

C. Complete the addition of sufficient caustic to Tank AN-102 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 29% of fee.

D. Complete the addition of sufficient caustic to Tank AN-107 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 32% of fee.

E. Restore annulus ventilation flow to Tank AY-101, isolate source of water intrusion into the AY-101 annulus, and perform video inspection of the annulus for Tank AZ-102 by September 30, 2001. AN-107, AN-102, and AY-102 annulus ventilation *systems must also be in operation in accordance with the existing baseline to earn this fee. – earn 4% of fee.*

F. Replace tank AN-107 corrosion probe by September 30, 2001 – earn 3% of fee.

G. Procure an Ultra Sonic Testing (UT) crawler for the Tank Integrity Assessment Project by September 30, 2001 – earn 3% of fee.

H. Develop a Double-Shell Tank (DST) chemistry surveillance program for corrosion protection by September 30, 2001 – earn 2% of fee.

I. Complete verification sampling on tanks AY-101, AY-102, AN-102, and AN-107, and issue final report on chemistry status of tanks by September 30, 2002 – earn 9% of fee.

**FY 2001 – 2006 PERFORMANCE BASED INCENTIVE**

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Rebaseline scope, schedules, and completion milestones are provided in letter R. F. Wood, CHG, to J. J. Short, ORP, "Contract No. DE-AC27-99RL14047, Action Plan to Resolve Defense Nuclear Facilities Safety Board Issues Relating to the Hanford Site High-Level Waste Tank Structural Integrity Program," CHG-0004843 R2, dated November 15, 2000, including the "Double-Shell Tank Corrosion Mitigation Action Plan."

Completion of Expectations A-D shall be documented by CHG letter to ORP stating that the required calculated volume of caustic has been added to each tank per the specified Tank Farm Operating Procedure, with attached procedure data sheets. Characterization data necessary to verify caustic addition calculations will also be provided. This will provide the basis showing the tanks should now be in specification.

Completion of Expectation E shall be documented by CHG letter to ORP stating that the Tank AY-101 annulus vent system has been placed back into service per the applicable Tank Farm Operating Procedure, with attached procedure data sheets.

Completion of Expectation F shall be documented by CHG letter to ORP stating that the tank AN-107 corrosion probe has been replaced by September 30, 2001 as documented by an approved acceptance test report.

Completion of Expectation G shall be documented by CHG letter to ORP indicating that the UT crawler for the Tank Integrity Assessment Project has been procured, and attaching a copy of the receipt inspection report by September 30, 2001.

Completion of Expectation H shall be documented by CHG letter to ORP indicating that a plan containing a chemistry surveillance ·ogram for DST corrosion protection has been released by Document Control by September 30, 2001. Implementation of this .lan by October 30, 2001 will be a quality criteria for payment of fee.

Completion of Expectation I shall be documented by CHG letter to ORP attaching a copy of final report on chemistry status of tanks AY-101, AY-102, AN-102, and AN-107 by September 30, 2002.

**DEFINITIONS:** (define terms)

Sufficient Caustic: Calculations to determine "sufficient caustic" for Expectations A-D are based on the DST chemistry specifications contained in Tank Farm Operating Specification Document OSD-T-151-00007 and on tank characterization data.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Letters to ORP as indicated in Define Completion above.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

Expectation D assumes that ORP will expedite the approval of an AB amendment, if needed, within 20 working days of receipt from CHG. CHG will involve ORP in the development of any AB amendment to facilitate this process.

Expectation E, for isolation of annulus water intrusion, is limited to water systems and pit sealing.

Expectation G, Contractor studies have determined that the UT crawler was the appropriate technology for performing the tank integrity assessment.
The mixer pump and caustic addition lines in Tank AN-107, and the transfer pump in tank AN-102 can be made operable without aving to remove or replace them.

**FY 2001 – 2006 PERFORMANCE BASED INCENTIVE**

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP ~~Contracting Officer Representative~~/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Single-Shell Tank Retrieval Tank S-112

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS) 1.01.02.01

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% of BCWS* [1]
*Total Estimated Superstretch BCWS = $36,870K*

Type: Superstretch

[1] *Subject to final negotiations prior to authorization to proceed with the work associated with this Superstretch Performance Incentive.*

### SECTION 2
### Technical Contacts

*ORP Point of Contact: L. Erickson/R. Lober*

*Contractor Point of Contact: R. Raymond/R. Wilson*

### SECTION 3
### Performance Expectations and Earning Schedule

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Issue final Functions and Requirements (F&R) Document for tank S-112 to ORP. (Earn 23% of fee). (November 30, 2001)
2. Complete tank S-112 saltcake waste retrieval design (to include physical systems including design and operating strategies necessary for leak detection mitigation and monitoring (LDMM)) to meet the elements specified in M-45-03D. (Earn 23% of fee.) (March 31, 2003)
3. Complete tank S-112 saltcake waste retrieval construction (to include physical systems including design and operating strategies necessary for LDMM) to meet the elements specified in M-45-03E. (Earn 29% of fee) (July 31, 2004)
4. Complete full-scale saltcake waste retrieval demonstration at tank S-112. Waste shall be retrieved to the Double Shell Tank (DST) system to the limits of the technology (or technologies) selected. This product will meet the elements specified in M-45-03C. (Earn 25% of fee.) (July 31, 2005)

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

'he completion dates for Performance Expectation 1 is a target date. Fee can be earned by completing the performance expectation oy the target date. If Performance Expectations 1 is completed late, the fee associated with the missed performance expectation will be deferred until Performance Expectation 2 is completed. Performance Expectation 2 must be completed by 3/31/03, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 2.

1. Complete final F&R document for tank S-112 to submit to the ORP by November 30, 2001. This F&R document will address the elements discussed in M-45-03-T03 (e.g., Retrieval Performance Evaluations, LDMM strategy, lessons learned as well as standard F&R elements).

2. Complete tank S-112 Saltcake waste retrieval design (to include physical systems including design and operating strategies necessary for LDMM). Design will be considered complete when 90% of the design has been approved for fabrication and / or construction. Design shall be submitted to ORP approved by the contractor. A letter from the contractor to ORP will be transmitted on or before March 31, 2003. (TPA M-45-03D date is 5/31/03) documenting compliance with this completion requirement.

3. Complete S-112 Saltcake waste retrieval construction (to include physical systems including design and operating strategies necessary for LDMM.) Construction will be considered complete when the process equipment is installed and acceptance tests (ATPs) are completed. A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before July 31, 2004 (TPA M-45-03E date is 9/30/2004).

4. Complete full-scale saltcake waste retrieval technology demonstration at tank S-112. Waste shall be retrieved to the DST system to the limits of the technology (or technologies) selected, and the parties of this contract recognize and agree that this action is for demonstration and initial waste retrieval purposes. Documentation on the results of the waste retrieval operations/results, the operability and technical performance of the LDMM system and an evaluation as to the suitability for use of both the retrieval system and LDMM system in potentially leaking tanks will be provided. A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before July 31, 2005 (TPA M-45-03-C date is 9/30/2005).

**DEFINITIONS:** *(define terms)*
None identified.

**Office of River Protection**

Performance Incentive Number ORP-20
Revision No. 0 Date: 01/16/01

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Issuance of the Final Functions and Requirements Document for S-112 to ORP.
2. A letter from the contractor to ORP documenting compliance with the completion requirement for completion of the S-112 Saltcake waste retrieval technology demonstration design.
3. A letter will be transmitted by the contractor to ORP documenting compliance with the completion requirement for completion of construction.
4. A letter will be transmitted by the contractor to ORP documenting compliance with the completion requirement for full-scale saltcake waste retrieval demonstration for tank S-112.
5. Issuance of the Final F&R Document for tank S-112 to ORP.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. The Critical Decision process, or other ORP required review and approval, will be performed within a time period of 30 calendar days. For example, ORP shall provide approval for Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of the milestones will be given to the contractor for delays beyond the 30 calendar day review.

**SECTION 5**
**Signatures**

ORP ~~Contracting Officer's Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-22
Revision No. 0 Date: 01/16/01

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Accelerate Project W-464 Construction of the Immobilized High Level Waste (IHLW) Storage Facility

Project Baseline Summary (PBS): TW08 Work Breakdown Structure (WBS): 1.01.04.02.02

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% of BCWS* [1]
*Total Estimated Superstretch BCWS = $30,000K*

Type: Superstretch

[1] *Subject to final negotiations prior to authorization to proceed with the work associated with this Superstretch Performance Incentive.*

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: D. Allen/R. Root*

**SECTION 3**
**Performance Expectations and Earning Schedule**

General:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Complete 20 percent physical progress of construction of the Project W-464 modifications to the Canister Storage Building by 9/30/05. (Earn 39% of fee.)

2. Complete 60 percent physical progress of construction of the Project W-464 modifications to the Canister Storage Building by 9/30/06. (Earn 61% of fee.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. Completion is defined as achieving 20 percent physical progress of construction of the Project W-464 modifications to the Canister Storage Building.
   - Percent Complete = (Total Project Construction BCWP/Total Project Construction BCWS) X 100
2. Completion is defined as achieving 60 percent physical progress of construction of the Project W-464 modifications to the Canister Storage Building.
   - Percent Complete = (Total Project Construction BCWP/Total Project Construction BCWS) X 100

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter reporting completion of 20 percent of the construction of the Project W-464 modifications to the Canister Storage Building. The letter will contain the basis for the determination that construction is 20 percent complete.
2. Letter reporting completion of 60 percent of the construction of the Project W-464 modifications to the Canister Storage Building. The letter will contain the basis for the determination that construction is 60 percent complete.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

## SECTION 5
## Signatures

ORP ~~Contracting Officer Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

**Office of River Protection**

Performance Incentive Number ORP-23
Revision No. 0 Date: 01/16/01

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 1.01.02.02.03.02

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% BCWS* [1]
*Total Estimated Superstretch BCWS = $47,576K*

Type: Superstretch

[1] *Subject to final negotiations prior to authorization to proceed with the work associated with this Superstretch Performance Incentive.*

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: D. Allen/R. Root*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General:**

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

By 12/31/01, CHG will deliver Conceptual Design Report (CDR) and Project Implementation Plan for ORP review and approval by 03/31/02. The current project estimated BCWS for this workscope is $47.576M for the total project in this contract period. .

Specific requirements to be incentivized by this performance incentive including the BCWS and fee, will be negotiated based on the CDR and Project Implementation Plan.

**Office of River Protection**

Performance Incentive Number ORP-23
Revision No. 0 Date: 01/16/01

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

- Completion is To Be Determined.

**DEFINITIONS:** *(define terms)*

N/A

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

- Completion To Be Determined.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS:** *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

## SECTION 5
## Signatures

ORP ~~Contracting Officer Representative~~/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

## APPENDIX E - GUIDANCE FOR OTHER REQUIRED PLANS

### JE.1 INTRODUCTION

The Contractor shall provide the following subject specific plans which expand on the discussion in Section C, *Statement of Work*, or applicable contract clause.

(a) Integrated Environment, Safety and Health Management System (ISMS) Plan

Specific guidance on the ISMS Plan is found in the Section I Clause entitled, *Integration of Environment, Safety, and Health Into Work Planning and Execution*.

(b) Systems Engineering Management Plan

The Systems Engineering Management Plan shall describe in detail the approach the Contractor will take to integrate a Systems Engineering functional analysis in which mission requirements drive functions, and functions drive architecture, into the overall management and integration of the River Protection Project (RPP) workscope. System engineering techniques and principles shall be utilized to establish the technical integrity of the RPP workscope. Innovative technologies shall be evaluated against the baseline.

(c) Risk Management Plan

The Contractor shall provide a Risk Management Plan which describes the system to be used for identifying, evaluating, assessing and mitigating site risks of all types (e.g., financial, technical, safety, mortgages, environment, etc.). The Plan shall also describe how risk management is integrated and implemented into planning, work prioritization, and RPP decision-making. The application of innovative technologies to mitigate the risks is expected. Plan to collect history of adverse impacts and effectiveness of mitigation actions to support future planning.

(d) Internal Audit Plan

The Contractor shall submit an annual plan for internal audits of the Contractor and for audits of cost reimbursement subcontractors. The Plan shall list planned actual audits or areas to be audited and a schedule for such audits. The official audit report(s), including the working papers (as required), shall be submitted or made available to the Contracting Officer or his/her designee.

(e) Integrated RPP Communication Plan

The Contractor shall develop an Integrated RPP Communication Plan detailing how the full range of stakeholders will receive information in a timely, accurate, complete, and business-like manner. The Plan shall include the requirements of DOE Openness Initiatives and Public Involvement Polices.

**APPENDIX F - ENVIRONMENT, SAFETY, AND HEALTH BUDGET PLANNING AND EXECUTION**

The following represents additional criteria for environment, safety and health (ES&H) budget planning and execution, to be included as part of the requirements of this Contract.

**JF.1 ES&H PLAN FOR BUDGET EXECUTION YEAR**

Respond to the most recent Unicall Submittal, incorporate budget decisions, and include any new information for the upcoming execution year.

(a) ES&H Risk Management Conclusions

Summarize the risk management conclusions for the upcoming execution year (updated to reflect recent budgeting decisions), including a summary decision of the major risks and important ES&H issues being managed at the facility.

(b) ES&H Budget Summary

Summarize the ES&H budget for the upcoming execution year (analogous to the cost prepared for the Unicall Submittal).

(c) Performance Measures and Commitments

Include the proposed ES&H performance commitments (measures) for the upcoming execution year. It is important that these performance measures address the most significant risks identified, and have performance criteria that are measurable.

**JF.2 SUMMARY OF PREVIOUS YEAR'S ES&H PERFORMANCE**

Provide a summary of the previous year's ES&H performance, including the actual costs of implementing the ES&H activities.

(a) Status of Performance Measures and Commitments

Status of the previous year's performance with respect to the measures and commitments negotiated for the previous year.

Summary level conclusions from the previous year's self-assessments of ES&H programs and activities.

Status of any major commitments arising from Consent Orders or Agreements with State Agencies or the EPA regarding environmental/ecological obligations.

(b) Summary of Actual Costs

Summarize the actual ES&H expenditures for the previous year, and how this information will be used in preparing the ES&H Plan for the next budget cycle.

(See DOE letter 98-PRO-645 clarifying Appendix F.)

## APPENDIX G - GUIDANCE FOR PREPARATION OF DIVERSITY PLAN

The purpose of this Guidance is to assist the Contractor in understanding the information being sought by the U.S. Department of Energy (DOE) for each of the Diversity elements and where these issues may already be addressed in a contract package. To the extent these issues are already addressed in a contract, the Contractor need only summarize or cross reference the parts of the Plan already developed elsewhere in the contract.

### JG.1 WORK FORCE

This Contract includes certain provisions on Equal Opportunity and Affirmative Action. These provisions are found in clauses contained in the Section I Clauses entitled, *Equal Opportunity, Affirmative Action Compliance Requirements for Construction, Affirmative Action for Disabled Veterans – Veterans of the Vietnam War, Affirmative Action For Workers with Disabilities, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era*, and regulatory guidance is found at Federal Acquisition Regulation (FAR) Part 22 (48 Code of Federal Regulation (CFR) Part 22). The Contractor should discuss its policies and plans for implementing these provisions in its operations. If the Contractor already has procedures in place, these should be discussed and copies of any policies provided.

### JG.2 EDUCATIONAL OUTREACH

The Contractor should outline or discuss any programs already provided, or which it intends to provide, which will provide employees an opportunity to improve their employment skills and opportunities. These programs may include: educational assistance allowances, provision for outside training programs either during or outside regular work hours, and executive training programs for non-executive employees. The Contractor should also discuss any plans to participate in any programs supporting Historically Black Colleges and Universities.

Employee training and educational opportunities may also be subject to collective bargaining agreements at the site. If that is the case, it is not DOE intent that the Contractor develops an independent structure for employee training and educational opportunities. In preparation of its Diversity Plan, the Contractor should outline the requirements already placed on it under existing bargaining agreements, discuss any proposals for changes to be raised at any future bargaining sessions, and discuss any educational or training programs which it operates, or will operate, independently of those provided by the unions.

### JG.3 COMMUNITY INVOLVEMENT AND OUTREACH

Contractor community relations activities could include support for the following activities: support for science, mathematics and engineering education; support for community service organizations; assistance to governmental and community service organizations and for equal opportunity activities; and community assistance in connection with work force reduction plans. The Contractor may provide support to these activities through direct sponsorship or making individual employees available to work with the specific community activity. Depending upon the terms negotiated between the Department and the Contractor, some of these costs may be reimbursable. The Contractor's Diversity Plan should discuss the Contractor's existing and planned activities promoting community involvement of its employees as well as the corporation.

**JG.4 SUBCONTRACTING**

The Contract contains Section I Clauses entitled, *Small Business Subcontracting Plan*, and other small business-related clauses (e.g., Section I Clauses entitled, *Utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, Liquidated Damages-Subcontracting Plan*). Additional guidance is provided in Appendix H, *Small Business and Small Disadvantaged Business Subcontracting Plan*. If the Contractor has already met the requirements under Section I Clause entitled, *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan*, and the referenced Appendix, this information should be briefly summarized and/or provided as an attachment to the Diversity Plan. If the Contractor is participating, or plans to participate, in the DOE Mentor Protégé Program, this involvement, or planned involvement, should be summarized or discussed. Information concerning its subcontracting plans already developed and submitted by the Contractor does not need to be redeveloped or renegotiated by the Contractor.

**JG.5 ECONOMIC DEVELOPMENT (INCLUDING TECHNOLOGY TRANSFER)**

Many of the DOE contract actions include Technology Transfer provisions that may be found in the Section I, *Contract Clauses*, or among the patent and intellectual property clauses of Section I. Planning or activities developed under the Technology Transfer clause may apply to this element of the Contractor's Diversity Plan. Additionally, some of the subcontracting activities planned by the Contractor with small business or small disadvantaged businesses may be entered into for the purpose of assisting the economic development of or transferring technology to such a business. The Contractor's Diversity Plan should outline and discuss its planned activities promoting economic diversification of the local community.

**APPENDIX H - RESERVED**

**APPENDIX I - SMALL BUSINESS SUBCONTRACTING PLAN**

(See Modification No. M021)

**APPENDIX J - WAGE DETERMINATION UNDER THE SERVICE CONTRACT ACT**

(See Modification No. M023)

**APPENDIX K - SPECIAL BANK ACCOUNT AGREEMENT**

(See Modification No. M028)