# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 13

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| M047 | See Block 16C | | |

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 00352

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

, 10A. MODIFICATION OF CONTRACT/ORDER NO.
DE-AC27-99RL14047

10B. DATED (SEE ITEM 13)
September 30, 1999

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

✓ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
Section I, Clause I.63 Changes - Cost Reimbursement (AUG 1987) - Alternate III (APR 1984) and by Mutual Agreement

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☐ , is required to sign and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**The purpose of this modification is to:**

See following page(s)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| S. J. Bensussen | Harry L. Boston, Manager |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | BY *(Signature of Contracting Officer)* | |

FORM 30 (REV. 10-83)

PREVIOUS EDITION UNUSABLE
Prescribed by GSA

FAR

(48 CFR) 53.243

**Block 14 Continuation:**

**1. Insert Clause H.45 - Contingent Fee**

**The purpose of this clause is to establish the contingent payment of fee.**

**A. W-314 Project Cost and Schedule Recovery**

**CHG agrees that its retention of any fee paid for fiscal year (FY) 2001 Project W-314 Performance Based Incentive (PBI) ORP-01 will be subject to the three conditions and contingent upon the successful recovery of the project's cost and schedule status to the DOE approved performance baseline by September 30, 2002. In addition, if the project is not within the baseline cost and schedule variance thresholds as stated in Clause H.1(d)(1), by September 30, 2002, then any fee allocated in FY2002 for W-314 PBIs cannot be earned.**

**Recovery of the Project W-314 cost and schedule performance consists of the following three (3) deliverables:**

**1) Submittal of a Recovery Plan, by January 14, 2002, which addresses the following areas and is considered to be reasonable and achievable by DOE.**

**Acceptable Recovery Plan shall contain:**

- **i. Resource Loaded Schedule at WBS Level 7**
- **ii. Critical Path Logic at WBS Level 7**
- **iii. Monthly manpower plan (number of FTEs by labor classification (COCS) including subcontract labor FTEs)**
- **iv. Projected monthly spending plan that is within FY funding limitations**
- **v. Plan must encompass all carryover workscope from prior FYs as well as FY2002 BCWS**

**2) Monthly status report on W-314 Recovery Plan actions to be included in the Monthly Management Performance Report (MRM).**

**3) Successful accomplishment of the actions outlined in the DOE approved Recovery Plan by September 30, 2002, which results in the following:**

**a. Behind-schedule and over-cost conditions on Project W-314 as of October 1, 2001 will be improved such that the cumulative projects unfavorable schedule and cost variance shall not exceed 7.5%. Upon receipt of the CHG Project Recovery Plan DOE will make an assessment relative to the projects cost variance criteria for gateway calculation.**

**b. FY2002 Baseline workscope is accomplished within the Clause H.1(d)(1) cost and schedule variance thresholds.**

**CHG is required to demonstrate to DOE's satisfaction the above three deliverables.**

**If CHG fails to achieve Project W-314 recovery to DOE's satisfaction, as defined above, by September 30, 2002, and therefore CHG fails the condition subsequent to retain the contingent fee paid on FY2001 PBIs for W-314, then the contingent fee paid, plus**

**interest, will be offset against any CHG fee earned in FY2002. If CHG's total fee earned in FY2002 is insufficient to offset the entire W-314 contingent fee paid in FY2001, CHG shall reimburse any remaining amount**

**to DOE up to the amount earned during the full performance period of this contract.**

**B. Termination**

**In the event CHG is terminated for default, any contingent fee that has been paid for Project W-314 shall be repaid with interest.**

**2. Contract Clause H.1(d)(1) is hereby modified to clarify "L Curve" calculation and earned value application as follows:**

**H.1(d)(1)**
**In order for any PBI expectation to be considered performed, not only must it meet the PBI performance requirements, but the work must be accomplished within the funding thresholds specified in this Contract, and as follows:**

**The cost and/or schedule variance as measured at Level 4 of the WBS (except for interim stabilization and characterization, which are measured at WBS Level 3), shall not exceed an unfavorable cost variance of 5% or an unfavorable schedule variance of 7.5%. The above cost/schedule variance will be measured at the above WBS level with the exception of Capital or Expense Projects, as defined by DOE 413.3, that are established and measured at WBS level 5. The cost and schedule variances are to be based upon the DOE approved fiscal year baseline and the performance of that work, including stretch goals and excluding Superstretch performance incentives and non-current fiscal year baseline work performance. Any cost or schedule variance for Superstretch Performance Based Incentive (SSPBI) work shall not be used in determining cost variance and schedule variance for funded work.**

**3. The following is a list of requirements necessary to improve CHG's business management practices.**

**a. Implement Change and Reporting Thresholds as identified in attachments 1, 1A, and 2. Complete by January 18, 2002. Note: Level 3 Thresholds will be reviewed by June 30, 2002.**

**b. Submit a copy all FY2002, Class 3 Baseline Change Requests for DOE evaluation and approval. Complete by January 7, 2002.**

**c. Establish detailed quarterly assessment of project status similar to the FY2001 year-end assessment conducted by DOE. Provide electronic file copy to DOE within 30 calendar days of the completion of each quarter, commencing quarter ending December 2001.**

**d. Improve quality of baseline changes to include the analysis of their impact on programmatic risk. Implement by March 31, 2002.**

**e. Implement and demonstrate consistent Project Controls practices across CHG. Complete by September 30, 2002.**

**f. Establish procedures for the joint management of contingency, management reserve and funding changes between DOE and CHG. Complete by April 15, 2002.**

g. **CHG shall obtain an independent assessment of its Cost Schedule Control System by a DOE approved contractor. Complete by April 1, 2002.**

**4. Attachments 1 *RPP Baseline Change Thresholds* and 1A *CHG Control Level by***

***WBS*** **shall be used for determining the approval level for proposed changes to the RPP baseline, effective immediately. Levels 6 and 7 Thresholds and Control Levels as applied to capital projects will be reviewed by DOE no later than January 15, 2002.**

**5. Summary level performance status reports are to be submitted at the PBS and Capital Project levels. In addition, CHG should make available to ORP performance data at the levels of detail shown in Attachment 2 CHG Reporting Level by WBS. The summary report shall contain a list of those control level WBS elements (per attachment 2) where the schedule and cost variances exceed the limits as stated in CHG contract, paragraph H.1(d)(1). The list shall contain a brief explanation for the variance. Reporting requirements shall take effect with the next regular monthly reporting cycle.**

**6. All other terms and conditions of this contract remain unchanged.**

| Threshold | Approval Authority | Technical Baseline | Scope Baseline | Cost and Funding Baselines | Schedule Baseline | Milestones | Interfaces |
|---|---|---|---|---|---|---|---|
| **DOE-HQ Authority Level** | | | | | | | |
| Level 0 | DOE-HQ: EM-1 | Impacts to Tier 0 Technical Baseline documents per the RPP Technical Baseline Document Hierarchy, as determined by the DAS to require EM-1 approval. | PBS Baseline Section- End state narratives:<br>- Changes to scope that affect mission need requirements (for example, facility capacity/throughput, release limits, ES&H/QA requirements, area or volume to be built, restored, remediated, or deactivated, major utilities, end state constraints, operating resources, location, and/or technical process) as determined by site lead.<br><br>Changes to PBS Structure: Any additions or deletions of PBS's as determined by the DAS to require EM-1 approval. | Cost increase >= $10M to current PBS Baseline.<br><br>Line Item:<br>- Major System Projects - Any increase in TPC and/or TEC.<br>- Other Projects -<br>>= $5 M or 25% of TPC/TEC | | For Major Milestones and PBS end dates, as agreed to between HQ and ORP Manager:<br>- Milestone date extension > 12 months and 10% of the remaining duration to achieve the milestone.<br><br>Line Item:<br>- Major System Projects/Other Projects -<br>>= 6 months (cumulative) extension of a project-level schedule milestone date. | Impacts on other sites (end state, end date, major milestones and cost):<br>- Any mutually agreed to changes that would cause activities at other site(s) to exceed EM-1 thresholds or changes specifcally based on DAS and Field Manager recommendation. |
| Level 1 | DOE-HQ: Deputy Assistant Secretary (DAS) - Program Secretarial Officer | Impacts to Tier 0 Technical Baseline documents per the RPP Technical Baseline Document Hierarchy. | PBS Baseline Section- End state narratives:<br>- Changes to scope that affect mission need requirements (for example, facility capacity/throughput, release limits, ES&H/QA requirements, area or volume to be built, restored, remediated, or deactivated, major utilities, end state constraints, operating resources, location, and/or technical process).<br><br>Changes to PBS Structure: Any additions or deletions of PBSs. | Cost increase >= $5M and < $10M to current PBS Baseline.<br><br>Line Item:<br>- Major System Projects - Any change to project cost sub-elements as defined in the Project execution Plan.<br>- Other Projects -<br>Any increase in TPC and/or TEC. | | For Major Milestones and PBS end dates, as agreed to between HQ and ORP Manager:<br>- Milestone date extension > 6 months and 10% of the remaining duration to achieve the milestone.<br><br>Line Item:<br>- Major System Projects/Other Projects -<br>3 - 6 months (cumulative) extension of a project-level schedule milestone date. | Impacts on other sites (end state, end date, major milestones and cost):<br>- Any mutually agreed to changes that would cause activities at other site(s) to exceed DAS thresholds or changes not agreed to by affected sites. |

| Threshold | Approval Authority | Technical Baseline | Scope Baseline | Cost and Funding Baselines | Schedule Baseline | Milestones | Interfaces |
|---|---|---|---|---|---|---|---|
| **DOE-ORP Authority Level** | | | | | | | |
| Level 2 | DOE-ORP | Impacts to Tiers 1A, 1, 2, and 3 Technical Baseline documents per the RPP Technical Baseline Document Hierarchy. | Any transfer of scope between PBSs.<br>Any change to scope of work as documented in Work Breakdown Structure (WBS) Dictionaries in DOE/ORP-2001-21.<br><br>CHG specific:<br>Any change to WBS Dictionaries in the designated CHG control level, per Attachment 1A.<br><br>BNI specific:<br>Any change to the WTP scope of work as defined in the contract. | Any change >=$1M and <$5M (sum of absolute value of all elements of proposed cost baseline changes) to current baseline by PBS by FY.<br>Sum of absolute value of any cost baseline (Budget) transfers between PBSs >=$1M and <$5M.<br>CHG specific:<br>Any change to cost baseline as documented at the designated control level, per Attachment 1A, for CHG assigned elements of the RPP.<br>Line Item:<br>Any change (sum of absolute value) in Budgeted Cost of Work Scheduled (cost baseline) >=$1M, with no net TPC and/or TEC increase.<br>All uses of LI Contingency.<br>BNI specific:<br>Any change to the Contract Target value as documented in the WTP Contract.<br><br>Funding:<br>Any funding change by PBS by FY.<br>Any funding change that results in an increase or decrease to CHG Management Reserve. | Any activity or logic change to the RPP Expanded Management Summary Schedule.<br><br>Any RPP Integrated Mission Schedule activity or logic change that results in a schedule activity moving on to the mission summary critical path.<br><br>Any baseline schedule change that results in a >= 30 calendar day impact to duration or start or end dates to any activity on the RPP Integrated Mission Schedule, or any of the designated control level schedules. | For Major Milestones and PBS end dates, as agreed to between HQ and ORP Manager:<br>Any change to agreed to milestones.<br><br>Any change to ORP control level and above milestones including performance incentives.<br><br>Line Item:<br>Major System Projects / Other Projects-<br>Up to 3 months (cumulative) extension of a project-level schedule milestone date.<br><br>BNI Specific:<br>Any change to milestones as defined in Section F.1 of the WTP Contract. | Impact to Hanford interfaces external to RPP including interface boundaries, requirements or specifications, dates, etc..<br><br>Impact to interfaces within or between RPP WBS Level 2 elements including interface boundaries, requirements or specifications, dates, etc.<br><br>Impact to interfaces between CHG (Tank Farm Contractor) and BNI (Waste Treatment Plant Contractor) including boundaries, requirements or specifications, dates, etc. |
| **Contractor Authority Level** | | | | | | | |
| Level 3 | CHG or BNI | Impacts to Tier 4 Technical Baseline documents per the RPP Technical Baseline Document Hierarchy. | CHG Specific:<br>Any change to scope of work statements in Work Breakdown Structure (WBS) Dictionaries maintained below the designated CHG control level of the WBS, per Attachment 1A.<br><br>BNI Specific:<br>Any change to scope of work within the allowances of the contract. | Sum of absolute value of cost baseline changes <$1M with no funding change by PBS by FY. Cumulative affect of all level 3 changes shall not exceed $1M by PBS by FY.<br><br>Sum of absolute value of any cost baseline (Budget) transfers between PBSs <$1M with no funding change by PBS by FY.<br><br>BNI Specific:<br>Use of BNI contingency within the WTP approved Contract Target Value for in-scope changes. | RPP Integrated Mission Schedule activity or logic change that does not result in a schedule activity moving on to the mission summary critical path.<br><br>Any baseline schedule change that results in a < 30 calendar day impact to duration or start or end dates with no impact to critical path. | Contractor Milestone baseline changes that do not affect ORP controlled or higher level milestones or the schedule thresholds as shown under "Schedule Baseline". | |

**Terminology to be Defined or Documented:**

**"Project -level schedule milestone" for Major System and Other Projects**
**"Major Milestone"**
**"PBS End Date"**
**"Mission Summary Critical Path"**
**"RPP Technical Baseline Document Hierarchy"**

Attachment 1A

# CHG Control Level by WBS

| WBS Number | WBS Title | PP Level | CHG Control Level |
|---|---|---|---|
| 5.01.01.01 | Operations Monitoring & Response | 4 | 4 |
| 5.01.01.02 | Operations Data Mgmt & Evaluation | 4 | 4 |
| 5.01.01.03 | Authorization Basis Compliance Verification | 4 | 4 |
| 5.01.01.04 | Security and Emergency Services | 4 | 4 |
| 5.01.01.05 | Event Reporting | 4 | 4 |
| 5.01.02.01.01 | SST Facility Operations | 5 | 5 |
| 5.01.02.02.01 | Maintain Single Shell Tank Facilities | 5 | 5 |
| 5.01.02.03.01 | SST Flammable Gas Safety Issue Closure | 5 | 5 |
| 5.01.02.03.02 | SST Technical Baseline Issue Closure | 5 | 5 |
| 5.01.02.04.01 | SST Facility Upgrade Projects | 5 | 5 |
| 5.01.03.01.01 | DST Operations Support | 5 | 5 |
| 5.01.03.01.02 | DST Operations Management/Support/Admin | 5 | 5 |
| 5.01.03.02.01 | Maintain DST Facilities | 5 | 5 |
| 5.01.03.02.02 | Maintain DST Management/Support/Admin | 5 | 5 |
| 5.01.03.03 | DST Safety Issues Closure | 4 | 4 |
| 5.01.03.04.01 | DST Life Extension Planning | 5 | 5 |
| 5.01.03.04.02 | DST Facility Upgrade Projects | 5 | 5 |
| 5.01.03.05.01 | Project Management & Administration | 5 | 5 |
| 5.01.03.05.02 | DST Integrity Assessments | 5 | 5 |
| 5.01.03.05.03 | DST Corrosion Mitigation | 5 | 5 |
| 5.01.03.05.04 | DST Structural Analysis & Studies | 5 | 5 |
| 5.01.03.05.05 | DST Corrosion Probe Surveillance | 5 | 5 |
| 5.01.03.05.06 | DST Chemistry | 5 | 5 |
| 5.01.03.06.01 | Sample Analysis | 5 | 5 |
| 5.01.03.06.02 | Sampling Equipment Modification Program | 5 | 5 |
| 5.01.03.06.03 | Laboratory Interfaces | 5 | 5 |
| 5.01.03.06.04 | Data Analysis | 5 | 5 |
| 5.01.03.06.05 | Capacity & Inventory Project Management | 5 | 5 |
| 5.01.03.06.06 | Acquire Samples | 5 | 5 |
| 5.01.04.01.01 | Stabilization Pumping Operations | 5 | 5 |
| 5.01.04.01.02 | Interim Stabilization Proj Execution & Control | 5 | 5 |
| 5.01.04.02.01 | SST 241-A TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.02 | SST 241-AX TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.03 | SST 241-BY TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.04 | SST 241-C TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.05 | SST 241-S TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.06 | SST 241-SX TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.07 | SST 241-T TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.08 | SST 241-U TF Stabilize/Isolate | 5 | 5 |
| 5.02.01.01.01 | SST Retrieval Project Definition | 5 | 5 |
| 5.02.01.01.02 | Technology Development | 5 | 5 |
| 5.02.01.01.03 | SST Retrieval Demonstrations | 5 | 5 |
| 5.02.01.01.04 | Cold Test Training & Mock-up Facilities | 5 | 5 |
| 5.02.01.02.01 | Construct A Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.02 | Construct AX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.03 | Construct B Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.04 | Construct BX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.05 | Construct BY Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.06 | Construct C Farm Retrieval Systems | 5 | 5 |

# CHG Control Level by WBS

Attachment 1A

| WBS Number | WBS Title | PP Level | CHG Control Level |
|---|---|---|---|
| 5.02.01.02.07 | Construct S Farm Retrieval Systems | 5 | |
| 5.02.01.02.07.01 | Construct S-101 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.02 | Construct S-102 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.03 | Construct S-103 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.04 | Construct S-104 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.05 | Construct S-105 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.06 | Construct S-106 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.07 | Construct S-107 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.08 | Construct S-108 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.09 | Construct S-109 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.10 | Construct S-110 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.11 | Construct S-111 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.12 | Construct S-112 Farm Retrieval Systems | | 6 |
| 5.02.01.02.07.13 | Construct S Farm Infrastructure Retrieval Upgrades | | 6 |
| 5.02.01.02.08 | Construct SX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.09 | Construct T Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.10 | Construct TX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.11 | Construct TY Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.12 | Construct U Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.13 | Construct MUST/MUST Farm Retrieval Systems | 5 | 5 |
| 5.02.01.03.01 | Construct A/AX Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.02 | Construct B/BX/BY Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.03 | Construct C Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.04 | Construct S/SX Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.05 | Construct T/TX/TY Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.06 | Construct U Farm Transfer Systems | 5 | 5 |
| 5.02.01.04.01 | Retrieve and Transfer A Farm Waste | 5 | 5 |
| 5.02.01.04.02 | Retrieve and Transfer AX Farm Waste | 5 | 5 |
| 5.02.01.04.03 | Retrieve and Transfer B Farm Waste | 5 | 5 |
| 5.02.01.04.04 | Retrieve and Transfer BX Farm Waste | 5 | 5 |
| 5.02.01.04.05 | Retrieve and Transfer BY Farm Waste | 5 | 5 |
| 5.02.01.04.06 | Retrieve and Transfer C Farm Waste | 5 | 5 |
| 5.02.01.04.07 | Retrieve and Transfer S Farm Waste | 5 | 5 |
| 5.02.01.04.08 | Retrieve and Transfer SX Farm Waste | 5 | 5 |
| 5.02.01.04.09 | Retrieve and Transfer T Farm Waste | 5 | 5 |
| 5.02.01.04.10 | Retrieve and Transfer TX Farm Waste | 5 | 5 |
| 5.02.01.04.11 | Retrieve and Transfer TY Farm Waste | 5 | 5 |
| 5.02.01.04.12 | Retrieve and Transfer U Farm Waste | 5 | 5 |
| 5.02.01.04.13 | Retrieve and Transfer MUST/MUST Farm Waste | 5 | 5 |
| 5.02.02.01 | DST Retrieval and Transfer Systems Development | 4 | 4 |
| 5.02.02.02.01 | 1 DST Retrieval System (AP-101) | 5 | 5 |
| 5.02.02.02.02 | 10 DST Retrieval Systems (W-211) | 5 | |
| 5.02.02.02.02.01 | W-211 Project Management | | 6 |
| 5.02.02.02.02.02 | W-211 Permitting and Safety | | 6 |
| 5.02.02.02.02.03 | W-211 Project Support | | 6 |
| 5.02.02.02.02.04 | W-211 Title I Design | | 6 |
| 5.02.02.02.02.05 | W-211 Retrieval Systems | | 6 |
| 5.02.02.02.02.06 | W-211 Startup Support | | 6 |
| 5.02.02.02.02.07 | AP Transfer System | | 6 |

# CHG Control Level by WBS

Attachment 1A

| WBS Number | WBS Title | PP Level | CHG Control Level |
|---|---|---|---|
| 5.02.02.02.03 | 8 DST Retrieval Systems (W-521) | 5 | 5 |
| 5.02.02.02.04 | 3 DST Retrieval Systems (W-522) | 5 | 5 |
| 5.02.02.02.05 | 6 DST Retrieval Systems (W-343) | 5 | 5 |
| 5.02.02.03.01 | Project W-314 Tank Farm Restoration & Safe Operations | 5 | |
| 5.02.02.03.01.01 | Project Management | | |
| 5.02.02.03.01.01.01 | Project Management & Integration | | 7 |
| 5.02.02.03.01.01.01C | W-314 Expense Item Contingency | | 7 |
| 5.02.02.03.01.01.02 | Project Engineering | | 7 |
| 5.02.02.03.01.01.03 | Systems Engineering | | 7 |
| 5.02.02.03.01.01.03C | W-314 Line Item Contingency | | 7 |
| 5.02.02.03.01.01.04 | Quality Assurance | | 7 |
| 5.02.02.03.01.02 | Permitting and Safety | | |
| 5.02.02.03.01.02.01 | Permits | | 7 |
| 5.02.02.03.01.02.02 | Safety Analysis | | 7 |
| 5.02.02.03.01.03 | Project Support (Expense) | | |
| 5.02.02.03.01.03.01 | Design & Construction Support Phase 1 | | 7 |
| 5.02.02.03.01.03.02 | Design & Construction Support Phase 2 | | 7 |
| 5.02.02.03.01.03.03 | Conceptual Design Phase 2 | | |
| 5.02.02.03.01.03.04 | Preliminary Safety Documentation Phase 2 | | |
| 5.02.02.03.01.03.05 | Permitting Plan Phase 2 | | |
| 5.02.02.03.01.03.06 | NEPA Documentation Phase 2 | | |
| 5.02.02.03.01.03.07 | Site Characterization Phase 2 | | |
| 5.02.02.03.01.03.08 | Independent Reviews | | 7 |
| 5.02.02.03.01.03.09 | Phase 2 Planning | | 7 |
| 5.02.02.03.01.04 | W-314 Farm Upgrades | | |
| 5.02.02.03.01.04.01 | Master Pump Shutdown - Phase 1 | | 7 |
| 5.02.02.03.01.04.02 | AN Farm Upgrades | | 7 |
| 5.02.02.03.01.04.21 | Phase 2 AN Upgrades | | 7 |
| 5.02.02.03.01.04.22 | Phase 2 AP Upgrades | | 7 |
| 5.02.02.03.01.04.23 | Phase 2 AW Upgrades | | 7 |
| 5.02.02.03.01.04.24 | Phase 2 AY Upgrades | | 7 |
| 5.02.02.03.01.04.25 | Phase 2 AZ Farm Upgrades | | 7 |
| 5.02.02.03.01.04.26 | Phase 2 SY Upgrades | | 7 |
| 5.02.02.03.01.04.27 | Phase 2 244-S DCRT Bypass | | 7 |
| 5.02.02.03.01.04.28 | Phase 2 A-A Valve Pit Bypass | | 7 |
| 5.02.02.03.01.04.03 | Phase 1 AZ Farm Upgrades | | 7 |
| 5.02.02.03.01.04.04 | AW Farm Upgr Phase 1 | | 7 |
| 5.02.02.03.01.04.05 | AY Farm | | 7 |
| 5.02.02.03.01.04.06 | Waste Transfer System (WTS) | | 7 |
| 5.02.02.03.01.04.07 | AP Farm | | 7 |
| 5.02.02.03.010.5 | Startup, Testing & Turnover | | |
| 5.02.02.03.01.05.01 | Startup, Testing & Turnover Phase 1 | | 7 |
| 5.02.02.03.01.05.02 | Startup, Testing & Turnover Phase 2 | | 7 |
| 5.02.02.03.01.05.03 | Operations Preparation/MSA Phase 1 | | 7 |
| 5.02.02.03.01.05.04 | Operations Preparation/MSA Phase 2 | | 7 |
| 5.02.02.03.02 | DST Compliance Upgrades | 5 | 5 |
| 5.02.02.04 | Retrieval and Transfer DST Waste | 4 | 4 |
| 5.03.01.02.01 | Construct Initial Infrastructure (W-519) | 5 | 5 |
| 5.03.01.02.02 | Infrastructure Services Phase 1 | 5 | 5 |
| 5.03.02.04.01 | Construct Balance of Infrastructure (W-XXX) | 5 | 5 |
| 5.03.02.04.02 | Infrastructure Services BOM | 5 | 5 |
| 5.03.02.04.03 | Infrastructure Program/Integrate BOM | 5 | 5 |

# CHG Control Level by WBS

Attachment 1A

| WBS Number | WBS Title | PP Level | CHG Control Level |
|---|---|---|---|
| 5.03.02.05 | Prepare Cs/Sr Capsules for Disposal | 4 | 4 |
| 5.04.01.01 | Initial ILAW Storage Facility (W-520) | 4 | 4 |
| 5.04.01.02 | Additional ILAW Storage Facilities (W-NNN) | 4 | 4 |
| 5.04.01.03 | Receive and Dispose ILAW | 4 | 4 |
| 5.04.02.01 | Initial IHLW Storage Facility (W-464) | 4 | 4 |
| 5.04.02.02 | Additional IHLW Storage Facilities (W-XXX & W-YYY) | 4 | 4 |
| 5.04.02.03 | Receive and Store IHLW | 4 | 4 |
| 5.04.02.04 | Prepare to Ship IHLW (W-QQQ) | 4 | 4 |
| 5.04.03.01 | Dispose Tank Farm Secondary Waste | 4 | 4 |
| 5.04.03.02 | Dispose WTP Secondary Waste | 4 | 4 |
| 5.04.03.03 | Failed Melter Disposal Facility | 4 | 4 |
| 5.05.01.01 | Prepare Closure Basis | 4 | 4 |
| 5.05.01.02 | SST Closure Demos | 4 | 4 |
| 5.05.01.03 | Close SSTs and MUSTs | 4 | 4 |
| 5.05.02.01 | Close DSTs | 4 | 4 |
| 5.05.03.01 | General Support Facilities | 4 | 4 |
| 5.05.03.02 | Immobilized Waste Facilities | 4 | 4 |
| 5.05.04.01 | Post Closure Monitoring | 4 | 4 |
| 5.06.06.01 | Project Execution & Control | | |
| 5.06.06.01.01.01 | Engineering Program | 6 | 6 |
| 5.06.06.01.01.02 | Engineering Systems | 6 | 6 |
| 5.06.06.01.01.03 | TFC Interface Management | 6 | 6 |
| 5.06.06.01.01.04 | Technical and Administrative Procedures | 6 | 6 |
| 5.06.06.01.01.05 | Training | 6 | 6 |
| 5.06.06.01.02.01 | RPP Baseline Integration Support | 6 | 6 |
| 5.06.06.01.02.02 | TFC Baseline Development & Control | 6 | 6 |
| 5.06.06.01.03 | Procurements and Contracts | 5 | 5 |
| 5.06.06.01.04.01 | Operate, Store, Close (OSC) Tank Farms Program | 6 | 6 |
| 5.06.06.01.04.02 | Retrieve and Dispose Tank Farms Program | 6 | 6 |
| 5.06.06.02 | ESH&Q | | |
| 5.06.06.02.01 | Safety and Health Program | 5 | 5 |
| 5.06.06.02.02 | Authorization Basis | 5 | 5 |
| 5.06.06.02.03 | Quality Assurance | 5 | 5 |
| 5.06.06.02.04 | Environmental Management | 5 | 5 |
| 5.06.06.02.05 | Manage ESH&Q Program | 5 | 5 |
| 5.06.06.03 | Business & Administration | | |
| 5.06.06.03.01 | Finance | 5 | 5 |
| 5.06.06.03.02 | Hanford Site Services | 5 | |
| 5.06.06.03.02.01 | Hanford Site-wide Services | | 6 |
| 5.06.06.03.02.02 | FH/CHG Shared Services | | 6 |
| 5.06.06.03.02.03 | Hanford Miscellaneous Services | | 6 |
| 5.06.06.03.02.04 | Capital/Work for Others | | 6 |
| 5.06.06.03.03.01 | Executive Administration | 6 | 6 |
| 5.06.06.03.03.02 | Legal Counsel | 6 | 6 |
| 5.06.06.03.03.03 | Human Resources | 6 | 6 |
| 5.06.06.03.03.04 | Communications | 6 | 6 |
| 5.06.06.03.03.05 | Information Resource Management | 6 | 6 |
| 5.06.06.03.03.06 | Manage Materials & Facilities Services | 6 | 6 |

Notes:
CHG Control Level is the same as the Planning Package level except in WBS legs (5.2.1.2.7), (5.2.2.2.2), (5.2.2.3.1), and (5.6.6.3.2) .
Additional control is required for these areas of the WBS due to high dollar value baselines and the need for tighter constraints

## CHG Control Level by WBS

Attachment 1A

| WBS Number | WBS Title | PP Level | CHG Control Level |
|---|---|---|---|

on Line Item projects based on historical experience.

Attachment 2

# CHG Reporting Level by WBS

| WBS Number | WBS Title | PP Level | CHG Reporting Level |
|---|---|---|---|
| 5.01.01.01 | Operations Monitoring & Response | 4 | 4 |
| 5.01.01.02 | Operations Data Mgmt & Evaluation | 4 | 4 |
| 5.01.01.03 | Authorization Basis Compliance Verification | 4 | 4 |
| 5.01.01.04 | Security and Emergency Services | 4 | 4 |
| 5.01.01.05 | Event Reporting | 4 | 4 |
| 5.01.02.01.01 | SST Facility Operations | 5 | 5 |
| 5.01.02.02.01 | Maintain Single Shell Tank Facilities | 5 | 5 |
| 5.01.02.03.01 | SST Flammable Gas Safety Issue Closure | 5 | 5 |
| 5.01.02.03.02 | SST Technical Baseline Issue Closure | 5 | 5 |
| 5.01.02.04.01 | SST Facility Upgrade Projects | 5 | 5 |
| 5.01.03.01.01 | DST Operations Support | 5 | 5 |
| 5.01.03.01.02 | DST Operations Management/Support/Admin | 5 | 5 |
| 5.01.03.02.01 | Maintain DST Facilities | 5 | 5 |
| 5.01.03.02.02 | Maintain DST Management/Support/Admin | 5 | 5 |
| 5.01.03.03 | DST Safety Issues Closure | 4 | 4 |
| 5.01.03.04.01 | DST Life Extension Planning | 5 | 5 |
| 5.01.03.04.02 | DST Facility Upgrade Projects | 5 | 5 |
| 5.01.03.05.01 | Project Management & Administration | 5 | 5 |
| 5.01.03.05.02 | DST Integrity Assessments | 5 | 5 |
| 5.01.03.05.03 | DST Corrosion Mitigation | 5 | 5 |
| 5.01.03.05.04 | DST Structural Analysis & Studies | 5 | 5 |
| 5.01.03.05.05 | DST Corrosion Probe Surveillance | 5 | 5 |
| 5.01.03.05.06 | DST Chemistry | 5 | 5 |
| 5.01.03.06.01 | Sample Analysis | 5 | 5 |
| 5.01.03.06.02 | Sampling Equipment Modification Program | 5 | 5 |
| 5.01.03.06.03 | Laboratory Interfaces | 5 | 5 |
| 5.01.03.06.04 | Data Analysis | 5 | 5 |
| 5.01.03.06.05 | Capacity & Inventory Project Management | 5 | 5 |
| 5.01.03.06.06 | Acquire Samples | 5 | 5 |
| 5.01.04.01.01 | Stabilization Pumping Operations | 5 | 5 |
| 5.01.04.01.02 | Interim Stabilization Proj Execution & Control | 5 | 5 |
| 5.01.04.02.01 | SST 241-A TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.02 | SST 241-AX TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.03 | SST 241-BY TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.04 | SST 241-C TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.05 | SST 241-S TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.06 | SST 241-SX TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.07 | SST 241-T TF Stabilize/Isolate | 5 | 5 |
| 5.01.04.02.08 | SST 241-U TF Stabilize/Isolate | 5 | 5 |
| 5.02.01.01.01 | SST Retrieval Project Definition | 5 | 5 |
| 5.02.01.01.02 | Technology Development | 5 | 5 |
| 5.02.01.01.03 | SST Retrieval Demonstrations | 5 | 5 |
| 5.02.01.01.04 | Cold Test Training & Mock-up Facilities | 5 | 5 |
| 5.02.01.02.01 | Construct A Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.02 | Construct AX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.03 | Construct B Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.04 | Construct BX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.05 | Construct BY Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.06 | Construct C Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.07 | Construct S Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.08 | Construct SX Farm Retrieval Systems | 5 | 5 |

# CHG Reporting Level by WBS

Attachment 2

| WBS Number | WBS Title | PP Level | CHG Reporting Level |
|---|---|---|---|
| 5.02.01.02.09 | Construct T Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.10 | Construct TX Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.10 | Construct TY Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.12 | Construct U Farm Retrieval Systems | 5 | 5 |
| 5.02.01.02.13 | Construct MUST/MUST Farm Retrieval Systems | 5 | 5 |
| 5.02.01.03.01 | Construct A/AX Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.02 | Construct B/BX/BY Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.03 | Construct C Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.04 | Construct S/SX Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.05 | Construct T/TX/TY Farm Transfer Systems | 5 | 5 |
| 5.02.01.03.06 | Construct U Farm Transfer Systems | 5 | 5 |
| 5.02.01.04.01 | Retrieve and Transfer A Farm Waste | 5 | 5 |
| 5.02.01.04.02 | Retrieve and Transfer AX Farm Waste | 5 | 5 |
| 5.02.01.04.03 | Retrieve and Transfer B Farm Waste | 5 | 5 |
| 5.02.01.04.04 | Retrieve and Transfer BX Farm Waste | 5 | 5 |
| 5.02.01.04.05 | Retrieve and Transfer BY Farm Waste | 5 | 5 |
| 5.02.01.04.06 | Retrieve and Transfer C Farm Waste | 5 | 5 |
| 5.02.01.04.07 | Retrieve and Transfer S Farm Waste | 5 | 5 |
| 5.02.01.04.08 | Retrieve and Transfer SX Farm Waste | 5 | 5 |
| 5.02.01.04.09 | Retrieve and Transfer T Farm Waste | 5 | 5 |
| 5.02.01.04.10 | Retrieve and Transfer TX Farm Waste | 5 | 5 |
| 5.02.01.04.11 | Retrieve and Transfer TY Farm Waste | 5 | 5 |
| 5.02.01.04.12 | Retrieve and Transfer U Farm Waste | 5 | 5 |
| 5.02.01.04.13 | Retrieve and Transfer MUST/MUST Farm Waste | 5 | 5 |
| 5.02.02.01 | DST Retrieval and Transfer Systems Development | 4 | 4 |
| 5.02.02.02.01 | 1 DST Retrieval System (AP-101) | 5 | 5 |
| 5.02.02.02.02 | 10 DST Retrieval Systems (W-211) | 5 | 5 |
| 5.02.02.02.03 | 8 DST Retrieval Systems (W-521) | 5 | 5 |
| 5.02.02.02.04 | 3 DST Retrieval Systems (W-522) | 5 | 5 |
| 5.02.02.02.05 | 6 DST Retrieval Systems (W-343) | 5 | 5 |
| 5.02.02.03.01 | Project W-314 | 5 | 5 |
| 5.02.02.03.02 | DST Compliance Upgrades | 5 | 5 |
| 5.02.02.04 | Retrieval and Transfer DST Waste | 4 | 4 |
| 5.03.01.02.01 | Construct Initial Infrastructure (W-519) | 5 | 5 |
| 5.03.01.02.02 | Infrastructure Services Phase 1 | 5 | 5 |
| 5.03.02.04.01 | Construct Balance of Infrastructure (W-XXX) | 5 | 5 |
| 5.03.02.04.02 | Infrastructure Services BOM | 5 | 5 |
| 5.03.02.04.03 | Infrastructure Program/Integrate BOM | 5 | 5 |
| 5.03.02.05 | Prepare Cs/Sr Capsules for Disposal | 4 | 4 |
| 5.04.01.01 | Initial ILAW Storage Facility (W-520) | 4 | 4 |
| 5.04.01.02 | Additional ILAW Storage Facilities (W-NNN) | 4 | 4 |
| 5.04.01.03 | Receive and Dispose ILAW | 4 | 4 |
| 5.04.02.01 | Initial IHLW Storage Facility (W-464) | 4 | 4 |
| 5.04.02.02 | Additional IHLW Storage Facilities (W-XXX & W-YYY) | 4 | 4 |
| 5.04.02.03 | Receive and Store IHLW | 4 | 4 |
| 5.04.02.04 | Prepare to Ship IHLW (W-QQQ) | 4 | 4 |
| 5.04.03.01 | Dispose Tank Farm Secondary Waste | 4 | 4 |
| 5.04.03.02 | Dispose WTP Secondary Waste | 4 | 4 |
| 5.04.03.03 | Failed Melter Disposal Facility | 4 | 4 |
| 5.05.01.01 | Prepare Closure Basis | 4 | 4 |
| 5.05.01.02 | SST Closure Demos | 4 | 4 |

# CHG Reporting Level by WBS

Attachment 2

| WBS Number | WBS Title | PP Level | CHG Reporting Level |
|---|---|---|---|
| 5.05.01.03 | Close SSTs and MUSTs | 4 | 4 |
| 5.05.02.01 | Close DSTs | 4 | 4 |
| 5.05.03.01 | General Support Facilities | 4 | 4 |
| 5.05.03.02 | Immobilized Waste Facilities | 4 | 4 |
| 5.05.04.01 | Post Closure Monitoring | 4 | 4 |
| 5.06.06.01 | Project Execution & Control | | 4 |
| 5.06.06.01.01.01 | Engineering Program | 6 | |
| 5.06.06.01.01.02 | Engineering Systems | 6 | |
| 5.06.06.01.01.03 | TFC Interface Management | 6 | |
| 5.06.06.01.01.04 | Technical and Administrative Procedures | 6 | |
| 5.06.06.01.01.05 | Training | 6 | |
| 5.06.06.01.02.01 | RPP Baseline Integration Support | 6 | |
| 5.06.06.01.02.02 | TFC Baseline Development & Control | 6 | |
| 5.06.06.01.03 | Procurements and Contracts | 5 | |
| 5.06.06.01.04.01 | Operate, Store, Close (OSC) Tank Farms Program | 6 | |
| 5.06.06.01.04.02 | Retrieve and Dispose Tank Farms Program | 6 | |
| 5.06.06.02 | ESH&Q | | 4 |
| 5.06.06.02.01 | Safety and Health Program | 5 | |
| 5.06.06.02.02 | Authorization Basis | 5 | |
| 5.06.06.02.03 | Quality Assurance | 5 | |
| 5.06.06.02.04 | Environmental Management | 5 | |
| 5.06.06.02.05 | Manage ESH&Q Program | 5 | |
| 5.06.06.03 | Business & Administration | | 4 |
| 5.06.06.03.01 | Finance | 5 | |
| 5.06.06.03.02 | Hanford Site Services | 5 | |
| 5.06.06.03.03.01 | Executive Administration | 6 | |
| 5.06.06.03.03.02 | Legal Counsel | 6 | |
| 5.06.06.03.03.03 | Human Resources | 6 | |
| 5.06.06.03.03.04 | Communications | 6 | |
| 5.06.06.03.03.05 | Information Resource Management | 6 | |
| 5.06.06.03.03.06 | Manage Materials & Facilities Services | 6 | |

Notes:
CHG Reporting Level is the same as the Planning Package level except in the Manage Project WBS Leg (WBS 5.06) .
The reporting level for WBS 5.06 elements will be at WBS level 4, which is 1-2 levels above the designated Planning Packages.

These reporting levels are not intended to force report submittals for WBS elements which contain only out-year work.
Current FY reports should contain all WBS elements that have planned or actual (BCWS, BCWP, or ACWP) work in the current FY.

Life cycle reports should reflect the total River Protection Project.