# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 84

2. AMENDMENT/MODIFICATION NO.: M050

3. EFFECTIVE DATE: See Block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO.: DE-AC27-99RL14047

10B. DATED (SEE ITEM 13): September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

**Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:**
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.** If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Section I, Clause I.63, Changes - Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this Modification is to make changes to Section J, to modify the Key Personnel, to add new attachments M and N, the Davis Bacon Wage Determination, and the Hanford Site Stabilization Agreement, respectively, and to modify Section G, to reflect the new Contracting Officer, to incorporate miscellaneous text changes in Sections C and H, and to add Performance Incentive ORP 14 Revision 1 and ORP-15 Revision 1.

**Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.**

15A. NAME AND TITLE OF SIGNER *(Type or print)*

Stanley J. Bensussen
Vice President and Chief Counsel

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

Judith S. O'Connor

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY

*(Signature of Contracting Officer)*

16C. DATE SIGNED

**Block 14 Continuation:**

Description of the Change:

1. Under Section H, SPECIAL PROVISIONS, Clause H.26, "Environmental Responsibility," delete and replace paragraph (g) with the following text:

   Delete: "(g) Certifications. The Contractor shall provide a written certification statement attesting that information DOE is requested to sign was prepared in accordance with applicable requirements. The Contractor shall include the following certification statement in the submittal of such materials to DOE:"

   Replace with: "(g) Certifications. When DOE is required to certify a document to an external agency or regulator, the Contractor shall provide to DOE a written certification statement as required by the applicable regulations of the agency or regulator to which the document shall be submitted. Should the applicable regulations not provide certification requirements, the Contractor shall include the following certification statement in the submittal of such materials to DOE:"

2. Under Section G, CONTRACT ADMINISTRATION DATA, Clause G.1, "Correspondence Procedures," paragraph (b), delete and replace the second sentence with the following:

   Delete: "The primary Contracting Officer responsible for administration of this Contract is Jewel J. Short, II, Procurement Division."

   Replace with: "The primary Contracting Officer responsible for administration of this Contract is Judith S. O'Connor, Procurement Division."

3. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, add Attachment M, "Davis-Bacon Wage Determination," (WA 010009 dated 12/7/2001, attached to this modification).

4 Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, add new Attachment N, "Hanford Site Stabilization Agreement."

5. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix A, "Key Personnel," delete M. P. DeLozier as President and General Manager of CH2M HILL Hanford Group, Inc., and replace with E. S. Aromi.

6. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix A, "Key Personnel," delete M. A. Payne as Senior Vice President of CH2M HILL Hanford Group, Inc., and replace with To Be Determined.

7. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix A, "Key Personnel," delete E. S. Aromi as Executive Vice President of CH2M HILL

Hanford Group, Inc., and replace with To Be Determined.

8. Under Section C, STATEMENT OF WORK, Clause C.2, "Management Workscope," delete paragraph (2)(a)(ix) in its entirety and replace with the following:

Delete: Revise the existing RPP Baseline to reflect changes made by this Contract and work with the WTP contractor and DOE-ORP to resolve schedule discrepancies. The revised baseline shall contain sufficient levels of detail to promote understanding of the logical sequence of major DOE-ORP, WTP, and TFC activities and identify all major interfaces between performing organizations. The revised RPP Baseline shall be delivered to DOE-ORP by May 15, 2001, and contain a level of detail similar to that in the Expanded Management Summary Schedule, Revision 0, and be consistent with WTP Contractor Deliverables 1.2, Project Execution Plan, and 1.5, WTP Project Baseline (Table C5.1-1) of Contract No. DE-AC27-01RV14136. Integrate updated WTP construction and operations schedules into the RPP Baseline and resolve all logic flaws, and then deliver the revised RPP Baseline and supporting TFC baseline information to DOE-ORP by September 1, 2001. The RPP Baseline will be maintained, revised, and updated, if needed, annually. The Contractor shall provide the supporting TFC baseline package to DOE-ORP each year on March 1st, fully integrated with the WTP contractor and supporting other Hanford contractor baseline packages. By December 15 of each year, the Contractor shall provide to DOE-ORP the appropriate allocation of funds for the next fiscal year by PBS and by line item.

Replace with: Revise the existing RPP Baseline to reflect changes made by this Contract and work with the WTP contractor and DOE-ORP to resolve schedule discrepancies. The revised baseline shall contain sufficient levels of detail to promote understanding of the logical sequence of major DOE-ORP, WTP, and TFC activities and identify major interfaces between performing organizations. The revised RPP Baseline shall be delivered to DOE-ORP by May 15, 2001, and contain a level of detail similar to that in the Expanded Management Summary Schedule, Revision 0, and be consistent with WTP Contractor Deliverables 1.2, Project Execution Plan, and 1.5, WTP Project Baseline (Table C5.1-1) of Contract No. DE-AC27-01RV14136. Integrate updated WTP construction and operations schedules into the RPP Baseline and resolve all logic flaws, and then deliver the revised RPP Baseline and supporting TFC baseline information to DOE-ORP by September 1, 2001. The RPP Baseline will be maintained, revised, and updated, if needed, annually. Following the WTP Contractors submission of their annual Baseline Update on April 15, the Contractor shall perform an analysis of the integration of the WTP Contractor's and Contractor schedules and prepare an integrated River Protection Project (RPP) baseline. *DOE-ORP will provide the Contractor with an electronic copy of the WTP Level 3 Baseline within five working days of receipt from the WTP Contractor. ORP shall provide the Contractor with a day-for-day delay delivery of the July 15 deliverable if*

*there are changes to the WTP Contractor Level 3 Schedule after May 15.* The Contractor shall provide the supporting TFC baseline package to DOE-ORP each year on July 15, fully integrated with the WTP contractor and supporting other Hanford contractor baseline packages. Any changes to the Contractors current baseline shall be documented via a Baseline Change Request. By September 15 the Contractor shall submit a risk assessment of the RPP Integrated Baseline. By December 15 of each year, the Contractor shall provide to DOE-ORP the appropriate allocation of funds for the next fiscal year by PBS and by line item.

9. Under Section J, Appendix C, "DOE Directives," delete DOE 4330.4B, *Maintenance Management,* and add DOE O 433.1, *Maintenance Management Program for DOE Nuclear Facilities*, with the following footnote to be added to page JC-1:

   *The regulations and Orders listed in the second paragraph of the Contractor Requirements Document (CRD), Attachment 1 of DOE O 433.1, and those referenced in requirements 1 through 5 of the CRD are listed in the CRD for reference only. Should ORP consider one of these requirement documents to be necessary, they will be included in the contract (if not already) by Contract Modification. The Contractor Maintenance Implementation Plan shall be submitted by August 30, 2002.

10. Under Section H, SPECIAL PROVISIONS, Clause H.7.01, "Project Control System Requirements," delete paragraph (h) in its entirety.

11. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix C, "DOE Directives," delete DOE/RW-0333P Rev. 8, and replace with DOE/RW-0333P Rev. 10 along with the following footnote being added.

    * Implementation will occur in W-464 Detailed Design following ORP approval of key Project Documents as required by contract requirements (i.e., QAPP and QARM)

12. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-14, *Single Shell Tank Retrieval – Tank S-102*, Revision No. 1.

13. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-15, *Corporate Performance (Comprehensive)* Revision No. 1.

Contractor's Statement of Release

The Contractor hereby releases the Government from any and all liability under this Contract for any further equitable adjustments attributable to the changes set forth above.

GENERAL DECISION WA010009 12/07/2001 WA9

Date: December 7, 2001
General Decision Number WA010009

Superseded General Decision No. WA000009

State: Washington

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):
BENTON FRANKLIN

BENTON AND FRANKLIN COUNTIES (D.O.E. HANFORD SITE ONLY)

BUILDING (does not include residential construction consisting of single family homes and apartments up to and including 4 stories), HEAVY and HIGHWAY CONSTRUCTION

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 12/07/2001 |

COUNTY(ies):
BENTON FRANKLIN

SUWA1001B
(D.O.E. HANFORD SITE ONLY)

* SUWA1001B 09/03/2001

| | Rates | Fringes |
|---|---|---|
| ASBESTOES WORKER/INSULATORS | 26.00 | 7.08 |
| *BOILERMAKERS | | |
| (effective 10/1/2001 | 24.16 | 12.95 |
| BRICKLAYERS | 23.16 | 8.41 |
| CARPENTERS: | | |
| Carpenters | 23.18 | 6.00 |
| Piledriver | 23.45 | 6.00 |
| Boom man | 22.72 | 6.00 |
| Sawfiler, Stationary Power Woodworking Tool Operator | 23.34 | 6.00 |
| Millwright & Machine erector | 24.29 | 6.00 |
| CEMENT MASONS: | | |
| GROUP 1 | 22.18 | 5.63 |
| GROUP 2 | 22.80 | 5.63 |
| GROUP 3 | 23.31 | 5.63 |

*ELECTRICIANS

| | | |
|---|---|---|
| (effective 12/01/2001) | | |
| Electricians | 28.20 | 3%+8.18 |
| Cable Splicers | 29.61 | 3%+8.18 |
| IRONWORKERS | 24.52 | 11.25 |
| MARBLE MASONS (inside) | 21.30 | 6.68 |
| PAINTERS(includes tape finishers, soft floor covers, glaziers, spray painters, steel painters, steam clean and acid etching | 19.92 | 4.59 |
| PLUMBERS/PIPEFITTERS | 28.85 | 11.55 |
| ROOFERS | 20.17 | 5.60 |
| SHEET METAL WORKERS | 25.43 | 8.88 |
| SPRINKLER FITTERS | 24.35 | 8.05 |
| TILE SETTER and TERRAZZO WORKERS | 21.12 | 6.68 |
| LABORERS: | | |
| GROUP 1 | 19.76 | 5.00 |
| GROUP 2 | 20.03 | 5.00 |
| GROUP 3 | 20.30 | 5.00 |
| GROUP 4 | 20.58 | 5.00 |
| GROUP 5 | 21.14 | 5.00 |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 21.49 | 6.02 |
| GROUP 2 | 21.81 | 6.02 |
| GROUP 3 | 22.42 | 6.02 |
| GROUP 4 | 22.58 | 6.02 |
| GROUP 5 | 22.74 | 6.02 |
| GROUP 6 | 23.02 | 6.02 |
| GROUP 7 | 23.29 | 6.02 |
| GROUP 8 | 24.39 | 6.02 |
| GROUP 9 | 25.73 | 6.02 |
| TRUCK DRIVERS: | | |
| GROUP 1 | 18.54 | 8.52 |
| GROUP 2 | 20.81 | 8.52 |
| GROUP 3 | 20.85 | 8.52 |
| GROUP 4 | 21.14 | 8.52 |
| GROUP 5 | 21.25 | 8.52 |
| GROUP 6 | 21.42 | 8.52 |
| GROUP 7 | 21.95 | 8.52 |
| GROUP 8 | 22.28 | 8.52 |

CEMENT MASON CLASSIFICATIONS

GROUP 1: Rodding, tamping, floating, troweling, patching, stoning, rubbing, sack rubbing; All exposed aggregate finishing; Setting of screeds, screeds forms, curb and gutter and sidewalk forms; Preparation of all concrete for caulking of the joints and the caulking of expansion joints; Preparation of concrete for the

application of hardners, sealers and curing compounds and their application; Grouting and dry packing of machine base; Removal of snap ties and she bolts prior to patching of concrete

GROUP 2: Power troweling machine operator; Troweling of magnesite, torganal or material with epoxy bases of oxichloride base; All power grinders, bushing hammer, chipping gun; All sandblasting for architectural finishes and exposing of aggregate for finish; Concrete sawing and cutting for expansion joints and scoring for decorative patterns; Operating of Clary-type floats, Longitudinal Floats, Rodding Machines and Belting Machines; Scarifiers; Working on scaffolds

GROUP 3: Grinding, bushing or chipping of toxic materials or high density concrete; Operating of power tools on a scaffold

LABORER CLASSIFICATIONS

GROUP 1: Brush Hog Feeder; Carpenter Tender; Cement Handler; Concrete Ssignalman; Concrete Crewman (to include Stripping of forms, hand operating jacks on slip form construction, application of concrete curing compounds, pumpcrete machine, signaling, handling the nozzle of squeezcrete or similar machine-6 inches and smaller); Crusher Feeder; Demolition (to include clean-up, burning, loading, wrecking and salvage of all material); Dumpman; Fence Erector (to include Guard Rail, guide and reference posts, sign posts, and right-of-way markers); Flagman; Form cleaning machine feeder; Stacker; General Laborer; Group Machine Header Tender; Miner, Class "A" (to include bull gang, concrete crewman, dumpman and pumpcrete crewman, including distributing pipe, assembly and dismantle, and nipper); Nipper; Riprap Man; Sandblast Tailhoseman, wood or steel; Scaleman; Stake Jumper; Structural Mover (to include separating foundation, preparation, cribbing, shoring, jacking and unloading of structures); Tailhoseman (water nozzle); Timber Bucker and Faller (by hand); Truck Loader; Wellpoint Man; Window Cleaner

GROUP 2: Asphalt Raker; Asphalt Roller, walking; Cement Finisher Tender; Concrete Saw, walking; Demolition Torch; Dope Pot Fireman, non-mechanical; Driller Tender (when required to move and position machine); Form Setter, paving; Grade Checker using level optional; Jackhammer Operator; Miner, Class "B" (to include brakeman, finisher, vibrator, and form setter); Nozzleman (to include squeeze and flow-crete nozzle); Nozzleman, water, air or steam; Pavement Breaker (under 90 lbs); Pipelayer, corrugated metal culvert; Pipelayer, multi-section; Pot Tender; Power Buggy Operator; Power Tool Operator, gas, electrical, pneumatic; Rodder and Spreader; Tamper (to include operation of Barco, Essex and similar Tampers); Trencher, Shawnee; Tugger Operator; Wagon Drills; Wheelbarrow, power driven; Water Pipe Liner

GROUP 3: Air Track Drill; Bit Grinder; Brush Machine (to include Horizontal construction joint clean-up brush machine, power propelled); Caisson Worker, free air; Chain Saw Operator and Faller; Concrete Stack (to include Laborers when working on free standing concrete stacks for smoke or fume control above 40 ft high); Gunnite (to include operation of machine and nozzle); High Scaler; Hod Carrier; Miner, Class "C" (to include miner, nozzleman for concrete, and laser beam oeprator on tunnels); Monitor Operator (air track or similar mounting); Mortar Mixer; Nozzleman (to include jet blasting nozzleman, over 1200 lbs., jet

blast machine, power propelled, sandblast nozzle); Pipelayer (to include working topman, caulker, collarman, jointer, mortarman, rigger, jacker, shorer, valve or meter installer, tamper); Pipewrapper; Vibrators (all)

GROUP 4: Drills with dual masts; Miner Class "D" (to include raise and shaft miner, laser beam operator on raises and shafts)

GROUP 5: Powderman

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Bit Grinders; Bolt Threading Machine; Compressors (under 2000 CFM, gas, diesel or electric power); Crusher Feeder (mechanical); Deck Hand; Drillers Tender; Fireman and Heater Tender; Grade Checker; Tender Mechanic or Welder, H.D.; Hydro-seeder, Mulcher, Nozzleman; Oiler; Oiler and Cable Tender, Mucking Machine; Pumpman; Rollers, all types on subgrade (farm type, Case, John Deere and similar, or Compacting Vibrator), except when pulled by Dozer with operable blade; Steam Cleaner; Welding Machine

GROUP 2: A-Frame Truck (single drum); Assistant Refrigeration Plant (under 1000 ton); Assistant Plant Operator, Fireman or Pugmixer (asphalt); Bagley or Stationary Scraper; Belt Finishing Machine; Blower Operator (cement); Cement Hog; Compresor (2000 CFM or over, 2 or more, gas, diesel or electric power); Concrete Saw (multiple cut); Distributor Leverman; Ditch Witch or similar; Elevator, hoisting materials; Dope Pots (power agitated); Fork Lift or Lumber Stacker, Hydra-lift and similar; Gin Trucks (pipeline); Hoist, single drum; Loaders (bucket, elevators and conveyors); Longitudinal Float; Mixer (portable - concrete); Pavement Breaker, Hydra-hammer and similar; Power Broom; Spray Curing Machine (concrete); Spreader Box (self-propelled); Straddle Buggy (Ross and similar on construction job only); Tractor (Farm type R/T with attachments, except Backhoe); Tugger Operator

GROUP 3: A-Frame Truck (2 or more drums); Assistant Regrigeration Plant and Chiller Operator (over 1000 ton); Backfillers (Cleveland and similar); Batch Plant and Wet Mix Operator single unit (concrete); Belt-crete Conveyors with power pack or similar; Belt Laoder (Kocal or similar); Bend Machine; Bob Cat; Boring Machine (earth); Boring Machine (rock under 8" bit) (Quarry Master, Joy or similar); Bump Cutter (Wayne, Saginau or similar); Canal Lining Machine (concrete); Chipper (without crane), Cleaning and Doping Machine (pipeline); Deck Engineer; Elevating Belt-type Loader (Euclid, Barber Green and similar); Elevating Grader-type Loader (Dumor, Adams or similar); Generator Plant Engineers (diesel, electric); Gunite Combination Mixer and Compressor; Locomotive Engineer; Mixermobile; Posthole Auger or Punch; Pump (grout or jet); Soil Stabilizer (P & H or similar); Spreader Machine; Tractor (to D-6 or equivalent) and Traxacavator; Traverse Finish Machine; Turnhead Operator

GROUP 4: Blade Operator (motor patrol and attachments); Concrete Pumps (squeeze-crete, flow-crete, pump-crete, Whitman and similar); Curb Extruder (asphalt or concrete); Drills (Churn, Core, Calyx, or Diamond); Equipment Serviceman, Greaser and

Oiler; Hoist (2 or more drums or Tower Hoist); Loaders (overhead and front-end, under 4 yards R/T); Refrigeration Plant Engineers (under 1000 ton): Rubber-tire skidders (R/T with or without attachments); Screed Operator; Surface Heater and Planer Machine; Trenching Machines (under 7 ft depth capacity); Turnhead (with re-screening); Vacuum Drill (reverse circulation drill under 8" bit)

GROUP 5: Drilling Equipment (8" bit and over) (Robbins, reverse circulation and similar); Hoe Ram; Paving (dual drum); Refrigeration Plant Engineer (1000 tons and over); Signalman (Whileys, Highline, Hammerheads or similar)

GROUP 6: Automatic Subgrader (Ditches and Trimmers) (Autograde, ABC, R.A. Hansen and similar on grade wire); Backhoe (under 1 yd); Batch Plant (over 4 units); Batch and Wet Mix Operator (mutiple units, 2 and including 4); Boat Operator; Cableway Controller (dispatcher); Cranes (25 tons and under); Derricks and Stifflegs (under 65 tons); Drill Doctor; Multiple Dozer Units with single blade; Paving Machine (asphalt and concrete); Piledriving Engineers; Rollerman (finishing pavement); Trenching Machines (7 ft depth and over)

GROUP 7: Asphalt Plant Operator (Backhoes (1 yd to 3 yds); Blade (finish and bluetop) Automatic, CMI, ABC and similar when used as automatic; Boom Cats (side); Cableway Operators; Clamshell Operators (under 3 yds); Concrete Slip Form Paver; Cranes (over 25 tons, including 45 tons); Crusher, Grizzle and Screening Plant Operator; Draglines (under 3 yds); Elevating Belt (holland type); Gradall (1 yd to 3 yds); H.D. Mechanic; H.D. Welder; Loader Operator (front-end and overhead, 4 yards, including 8 yds); Mucking Machine; Quadtrack or similar equipment; Rubber-tired Scrapers; Shovels (under 3 yds); Tractors (D-6 and equivalent and over)

GROUP 8: Backhoes (3 yds and over); Cranes (over 45 tons, and all climbing, rail and tower); Clamshell Operator (3 yds. and over); Derricks and Stifflegs (65 tons and over); Draglines (3 yds and over); Loader (360 degrees revolving Koehring Scooper or similar); Loaders (overhead and front-end, over 8 yds) Helicopter Pilot; Shovels (3 yds and over); Whirleys and Hammerheads, all

GROUP 9: Transi-lift

ALL CRANE BOOMS, INCLUDING TOWER CRANES:
Measure from center of rotation to center of shaft
(radius): 130' TO 200' .30 hr. additional to classification
Over 200' .60 hr. additional to classificaiton

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Escort Driver or Pilot Car tender and swamper, Pickup Hauling Employees or Materials

GROUP 2: Flat Bed Truck, single rear axle; Fork Lift, 3000 lbs and under; Leverperson Loading Trucks at Bunkers; Seeder and Mulcher; Stationary Fuel Operator; Team Driver; Tractor (small rubber tired, pulling trailer or similar equipment); Water Tank Truck, up to 1800 gallons

GROUP 3: Bus Driver or Employee Haul Driver; Flat Bed Truck, dual rear axle; Power Boat hauling employees or material

GROUP 4: Buggy Mobile and similar; Bulk Cement Tanker; Power Operated Sweeper; Straddle Carrier (Ross, Hyster and similar); Water Tank Truck, 1801-4000 gallons

GROUP 5: Auto Crane, 2000 lbs capacity; Bulk Cement Spreader; Dumptor (6 yds and under); Flat Bed Truck (with hydraulic system); Fork Lift (3001-16,000 lbs); Fuel Truck Driver, steam cleaner and washer; Rubber-tired Tunnel Jumbo; Scissors Truck; Slurry Truck Driver; Transite Mixers & mixers hauling concrete over 3 yd to and including 6 yd.; Wrecker and Tow Trucks

GROUP 6: Burner, Cutter and Welder; Service Greaser; Tireperson; Truck, side, end, and bottom & articulated end dump (over 6 yds to and including 12 yds); A-Frame; Water Tank Truck, 6001 to 8000 gallons

GROUP 7: Dumps, semi-end; Flagerty Spreader Box Driver; Flowboys; Fork lift, 16,000 lbs and over; Lowboy, 50 tons and under; Mechanic, Field; Oil Distributors Driver (road, bootperson, leverperson); and Oil Tank Driver; Self-Loading Roll Off and Dumpster over 6 yds; Stringer Truck (cable operated trailer); "Tractor with Steer Trailer; Transfer Truck & Trailer; Transit Mixers & Truck Hauling Concrete: over 6 yards to and including 20 yards; Truck & Pup; Trucks, side, end, bottom, & articulated end dump: over 12 yards to and including 100 yards; Turnarocker, DW's & similar, with 2 or or more 4 wheel-power tractor with trailer, gallonage or yardage scale, whichever is greater; Vacuum truck (super sucker, guzzler, etc.); Water Tank Truck, 12,001 to 14,000

GROUP 8: Helicopter Pilot hauling employees or material; Lowboy, over 50 tons; Prime movers & stinger truck; Transit Mixers and truck hauling concrete, over 20 yards; Trucks, side, end bottom and articulated end dump, over 100 yards.

----------------------------------------------------------------

SUWA1002A 03/22/1996

| | Rates | Fringes |
|---|---|---|
| LANDSCAPE LABORERS | 8.00 | |

----------------------------------------------------------------

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can

be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Single-Shell Tank Retrieval – Tank S-102

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS) 5.02.01.02.07.02

Maximum Available Incentive Fee: Stretch: *1.6 percent of the total available FY 2001 – FY 2006 incentive fee pool*

Superstretch: *Fee Potential = 10-20% of total BCWS**

*Total Superstretch BCWS =$73,731K BCWS*

Type: Stretch X, Superstretch X*

*To be negotiated by December 30, 2002

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Swailes/J. Cruz*

*Contractor Point of Contact: R. Raymond/R. Wilson*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:** Specific Requirement 1 is to be performed as a "Stretch" performance expectation and Specific Requirements 2, 3, 4 and 5 are to be performed as "Superstretch" performance expectations.

*Stretch:*

1. Complete contractor approved Functions and Requirements (F&R) document for tank S-102 and submit to ORP by August 31, 2002. The F&R document will detail SST target retrieval specification, leak detection monitoring and mitigation (LDMM) specification, both based on environmental risk/cost and retrieval/leak loss instrumentation and operational experience from DOE and industry as prescribed in the M45-05-T16 TPA milestone description. (Earn 100% of fee.)

*Superstretch:*

2. Award procurement subcontract(s) for equipment and/or systems that will be utilized in the retrieval of the contents of SST for tank S-102 by September 30, 2003. (Earn 10% of fee.)

3. Complete tank S-102 retrieval project design by January 31, 2004, to include physical systems including design and operating strategies necessary for LDMM. Design shall be submitted to ORP approved by the contractor meeting requirements of TPA M-45-05B. (Earn 35% of fee.)

4. Complete tank S-102 initial waste retrieval project construction by September 30, 2005, to include physical systems including those necessary for leak detection and monitoring and mitigation. Construction will be considered complete when process equipment is installed and acceptance tests are completed meeting the requirements of TPA M-45-05C. (Earn 35% of fee.)

5. Complete initial waste retrieval from Tank S-102 per TPA M-45-05A by July 31, 2006. Goals of this initial waste retrieval project shall include the retrieval to safe storage of approximately 490 curies of mobile long-lived radioisotopes (Tc-99, C-14, I-129, U-238, and Se) and 99% of tank contents by volume (per DOE best-basis inventory data, 8/01/2000). Completion of S-102 initial waste retrieval is subject to safe storage space availability consistent with M-45-00B. (Earn 20% of fee.)

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Item 1, below, is to satisfy the requirements of the "Stretch" portion of this Performance Based Incentive. Items 2, 3, 4 and 5, below, are to satisfy the requirements of the "Superstretch" portion of this Performance Based Incentive.

The completion dates for Performance Expectation 2 is a target date. Fee can be earned by completing the performance expectation by a target date. If Performance Expectation 2 is completed late, the fee associated with the missed performance expectation will be deferred until Performance Expectation 4 is completed. Performance Expectation 4 must be completed by 9/30/05, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 4.

1. Complete F&R documents for tank S-102 and submit as a contractor-approved document to the Department of Energy by August 31, 2002 (TPA date is October 30, 2002). This product will meet the elements specified in TPA M-45-05-T16. This document will establish demonstration system specifications (including LDMM system specifications) and will also include a scoping level Retrieval Performance Evaluation (RPE). The F&R document and its associated RPE shall also provide environmental and human health risk evaluation data/information associated with estimated waste volumes to be retrieved. The RPE will define the maximum volume, which could leak during retrieval, and risk from residual wastes and document known and estimated radionuclide contamination and contaminant migration within the vadose zone as bases of calculation. This document will incorporate lessons learned, including LDMM, retrieval, instrumentation, and operational experience from previous DOE and industry related retrieval projects. The S-102 LDMM strategy will be part of the F&R. Note for information only, this document will be submitted to Ecology for their comments (not approval) to support completion of the M-45-05-T16.

2. Develop procurement specification and award procurement subcontract(s) for equipment and/or systems that will be utilized in the retrieval of the contents of SST S-102.

3. Complete tank S-102 retrieval project design, to include physical systems including design and operating strategies necessary for LDMM. Design will be considered complete when the contractor has approved 90% of the design for fabrication and/or construction. Design shall be submitted to ORP approved by the Contractor. A letter from the contractor to ORP will be transmitted on or before January 31, 2004 (TPA date is March 31, 2004), documenting compliance with this completion requirement. This product will meet the elements specified in TPA M-45-05B.

4. Complete tank S-102 waste retrieval project construction, to include physical systems including those necessary for LDMM. Construction will be considered complete when the process equipment is installed and acceptance tests (ATPs) are completed. A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before September 30, 2005 (TPA date is November 30, 2005). This product will meet the elements specified in TPA M-45-05C.

5. Complete initial waste retrieval from Tank S-102. Goals of this initial waste retrieval project shall include the retrieval to safe storage of approximately 490 curies of mobile long-lived radioisotopes and 99% of tank contents by volume (per DOE best-basis inventory data, 8/01/2000). A letter will be transmitted by the contractor to ORP documenting compliance with this completion requirement on or before July 31, 2006 (TPA date is September 30, 2006), stating the amount of material (curies and tank contents by volume) retrieved from Tank S-102. This product will meet the elements specified in TPA M-45-05A.

**DEFINITIONS:** *(define terms)*

None identified.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Contractor approved F&R Document for Tank S-102.
2. Letter from Contractor documenting initiation of procurement.
3. Letter from Contractor documenting completion of design as stipulated in this document.
4. Letter from Contractor documenting completion of the construction as stipulated in this document.
5. Letter from Contractor documenting completion of the initial retrieval of the contents from Tank S-102 as stipulated in this document.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

- The Critical Decision process, or other ORP required review and approval, will be performed within a time period of 30 calendar days. For example, ORP shall provide approval for Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of the milestones will be given to the contractor for delays beyond the 30-calendar day review.

- If tank storage space is not available to retrieve S-102, this PI will be renegotiated.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Corporate Performance (Comprehensive)

Project Baseline Summary (PBS): TW10 Work Breakdown Structure (WBS): 5.06.06

Maximum Available Incentive Fee: 14.7 *percent of the total available FY 2001-2006 incentive fee pool*

Type: Other

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Schwier*

*Contractor Point of Contact: K. Adamson*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Fiscal Year 2001**

**Specific Requirements:**

1. Baseline Management (Earn 40% of fee.)
   - Modify the Tank Farm Contractor (TFC) RPP baseline consistent with contract extension by May 15, 2001, and WTP contract by September 1, 2001. Provide the supporting TFC baseline package to ORP each year by March 1 fully integrated with the WTP contractor and supporting other Hanford contractors' baseline packages.
   - The CHG baseline shall be derived from an existing set of integrated requirements that define and achieve the ORP mission. Activities affecting cost, schedule, and technical performance are included in the baseline.
   - CHG understands and manages risks and uncertainties in the baseline.
   - Changes to the CHG baseline are controlled through a documented process that follows configuration management principles.
   - CHG has defined and implemented a project management system that meets the requirements of DOE O 413.3. CHG understands and uses the Project Definition Rating Index of the Office of Project Management (EM-6) as a basis for self-assessment.
   - CHG demonstrates ownership and accountability for the baseline. CHG management effectively evaluates the implications of proposed changes to the baseline and communicates clearly to ORP.
   - By December 15 of each year CHG will provide to ORP the appropriate allocation of funds for the next fiscal year by PBS and by line item.
   - Support Hanford Site by accepting compliant high-level waste in accordance with the baseline.
   - Support Hanford Site by performing vent and balance services.
   - Coordinate with and support other DOE contractors and sites interdependent with the River Protection Project. This will be a key determinate in fee earned for Baseline Management.

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

2. Quality Assurance (Earn 10% of fee.)

- The CHG Quality Assurance (QA) program fully meets the requirements of DOE O 414.1A, 10 CFR 830.120, and, as applicable, the requirements of DOE/RW-0333P, Rev. 8. The program is approved by ORP.
- The CHG QA program ensures that all items delivered and services and tasks performed meet applicable standards.
- The CHG QA program is fully integrated with the CHG integrated environment, safety and health management system.
- CHG management and staff understand and have implemented their responsibilities under the CHG QA program.
- CHG managers routinely assess organizational performance. Continuous quality improvement occurs and corrective actions are promptly, effectively, and completely addressed.
- CHG maintains a lessons learned process that captures and shares lessons learned from both internally and externally identified deficiencies and good practices and assures these lessons learned are effectively implemented by the organization.
- Implement a CHG independent level assessment program.
- Manage the Price Anderson Amendment Act (PAAA) compliance to minimize formal ORP involvement.

3. Technical Foundation (Earn 20% of fee.)

- CHG shall update and keep current the Systems Engineering Management Plan (SEMP) (Peck, 1998). Additionally, the Waste Feed Delivery Program System Engineering Implementation Plan, HNF-3384 (O'Toole, 1999), should be updated to describe the current retrieval engineering work flow.
- CHG engineering management should review the current overall status of the Level 1 and 2 specifications and develop an action plan to resolve remaining technical issues that will lead to the near-term release of all Level 1 and 2 specifications as baseline documents. Once established, Level 1 and 2 specifications shall be placed under configuration control.
- CHG shall develop a two-tiered technical requirements database as specified above. Once established, this database shall be maintained and placed on line for easy access for all engineering and design personnel to access.
- CHG will affectively manage tank space to maximize capacity for Hanford Site and ORP requirements.

4. Conduct of Engineering Program (Earn 20% of fee.)

- Cost effective implementation of authorization agreements.
- Timely resolution of emerging technical issues that could impact short and long-term operation of the Waste Treatment Complex.
- Proactive interactions with regulators and stakeholders to assure regulatory deliverables result in favorable mission outcomes.

5. Conduct of Operations (Earn 10% of fee.)

- Assure a sound conduct of operations program is maintained consistent with DOE regulatory framework.
- Direct involvement of management in directing and managing Tank Farm Operations.
- Maintain a management program assuring worker participation and involvement in Tank Farm Operations.
- CHG to continuously strive for identifying and implementing effective measures resulting in minimization of level of efforts and improvement of productivity.

**<u>Fiscal Year 2002</u>**

Under this incentive, the contractor is responsible for activities associated with managing the Waste Tank Farm Project. This incentive develops and maintains a programmatic plan incorporating baseline costs, schedules, and performance objectives to monitor progress. The Contractor will develop strategic plans to identify and manage technological and administrative change and resolve issues and/or barriers to success.

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**Performance Objective 1: Baseline Management** (Earn 25% of fee.)

The overall expectations are for achievement of Baseline Management excellence. The structure of incentives for this area focus on improvements necessary in the following areas: documentation and communication of proposed baseline changes, quality of baseline estimates, effective risk management, schedule integration, and baseline documentation improvement.

Provide the supporting TFC baseline package to ORP each year by July 15 fully integrated with the WTP contractor and supporting other Hanford contractors' baseline packages.

**Performance Objective 2: Safety Basis Implementation** (Earn 30% of fee.)

The overall goal in this Performance Objective is to improve the implementation of the Safety Basis for Tank Farms.

**Performance Objective 3: Engineering Excellence-Tank Farm Operations** (Earn 30% of fee.)

In this incentive the engineering excellence element evaluates the contractor's performance in management, execution and results from engineering efforts to include, but not limited to, planning, research, testing, analyses, design, projects, constructions, and operations. This includes all disciplines of engineering. Safe, effective and compliant tank farm operations are essential and are a prerequisite for waste retrieval and treatment operations in accordance with the Ten Point letter (00-ORP-120, December 29, 2000). ORP expects significant improvement in these areas and challenges CHG to raise expectations and increase performance. Consideration will be given to the quality of the products, effective and efficient use of engineering processes, contribution to the work scope and use of an appropriately trained and skilled workforce.

**Performance Objective 4: Quality Assurance** (Earn 15% of fee.)

The overall goal of this performance objective is to assure the QA program is fully implemented in a manner that, where applicable, will meet DOE requirements as indicated in 10 CFR 830, DOE Order 414.1A and OCRWM. The QA expectation is that the contractor will integrate QA into the overall management system. The incentives for this objective are focused on areas viewed by DOE to need improvement. It is DOE's continued expectation that the contractor fully meet all QA commitments made in the contract, where these objectives identify areas DOE feels needs attention.

**<u>FY 2001 – 2006 FEE ALLOCATION</u>**

DOE will conduct a semi-annual assessment of the Contractor's performance on the criteria described above and provide a formal report. Fee determination will be provided on an annual basis.

Fee will be allocated as follows:

| | | |
|---|---|---|
| Unsatisfactory | 0% | |
| Marginal | 40% to 69% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Satisfactory | 70% to 79% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Good | 80% to 92% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |
| Superior | 93% to 100% | of the available award fee based upon the ORP Manager's assessment of the criteria stated above |

## SECTION 4
## Performance Requirements

**Fiscal Year 2001**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Contractor may submit a self-assessment input to be considered for the ORP Manager's review.

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

See Section 3 for completion documents.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**Fiscal Year 2002**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

**1. Baseline Management (Earn 25% of fee.)**

The overall expectations are for achievement of Baseline Management excellence. The structure of incentives for this area focus on improvements necessary in the following areas, documentation and communication of proposed baseline changes, quality of baseline estimates, effective risk management, schedule integration, baseline documentation, and CHG management commitment to the joint baseline improvement process with ORP.

**WBS ELEMENT**

5.0 for the entire performance objective

a. CHG Management has an understanding and control of the proposed changes and effectively communicates the effect of baseline changes on cost, schedule, technical, and risk to ORP Management through a disciplined, documented process prior to the submission of the BCR to ORP for approval. This includes, but is not limited to:
    1. Changes to the baseline are clearly documented in accordance with quality criteria established by ORP and processed in accordance with established thresholds and control levels.
    2. Proposals in support of Baseline Change Requests will contain detailed cost estimates.
    3. BCRs describe the impact of the change on the cost, schedule, safety and technical requirements of the contract with respect to the impact on CHG's ability to meet the contract requirements for delivery of waste and receipt of immobilized waste from the WTP.
b. Cost estimates will be documented for both expense and capital funded activities that identify estimated contractor and subcontractor resources and costs required for the work, broken out into discrete and sufficient measurable activities.
c. Implement a Risk Management Process by April 30, 2002, which will include a baseline risk tool for the purpose of tracking, communicating risk data, and management decisions; mitigation plans; and benchmarking techniques.
d. Ensure that baseline performance reporting accurately reflects actual work performance (earned value) and cost status at the WBS level. This includes, but is not limited to:
    1. Performance variances and trends are analyzed and corrective actions are incorporated into forecasts as appropriate. And develop a process that measures and analyzes the effectiveness of the cost estimates in predicting the actual cost of performing work at the WBS level for tank farm operations by July 1, 2002.
    2. Include the analysis of cost estimates and the actual costs incurred in the performance of work at a sufficiently

detailed level of the WBS to analyze trends and demonstrate a cost collection database for archiving current estimates and developing future cost estimates.

e. Logically link the resource-loaded schedules for capital projects, Tank Farm Operations, and subprojects using predecessor and successor activities and logically link the Tank Farm performance baseline subproject schedules for capital projects, Tank Farm Operations, and other activities consistent with the baseline improvement process.

**2. Safety Basis Implementation (Earn 30% of fee.)**

The overall goal in this Performance Objective is to improve the implementation of the Safety Basis for Tank Farms.

**WBS ELEMENTS**:

- 5.06.06.02

a. Coordinate with ORP to reduce conservatism within the approved Safety Basis.

1. Conduct a "Safety Basis Summit" with ORP to determine over-conservative areas for SB improvement (complete by 6/30/02)
2. Implement a presubmittal design review process with ORP to ensure adequacy of SB submittals (complete by 9/30/02)
3. Develop Critical Path Method schedule to track Nuclear Safety and Licensing activities, including CHG to ORP delivery milestones, ORP review completion milestones, and CHG implementation milestones (complete by 6/30/02)

b. Improve Technical Safety Requirement Implementation performance.

1. Develop process to implement SB amendments consistent with other DOE sites (complete by 6/30/02)
2. Provide list of SB amendments implemented by new process (complete by 9/30/02)

c. Coordinate activities with other DOE sites relevant to the implementation of 10 CFR 830 Safety Requirements.

1. Implement applicable guidance obtained from the ORP/CHG Nuclear Working Group (evidence of completion ORP/CHG Nuclear Working Group meeting minutes by 9/30/02)
2. Document guidelines or processes used in the FY 2002 development of the 10 CFR 830-compliant Final Safety Analysis Report/Technical Safety Requirements (complete by 9/30/02)

**3. Engineering Excellence-Tank Farm Operations (Earn 30% of fee.)**

In this incentive the engineering excellence element evaluates the contractor's performance in management, execution and results from engineering efforts to include, but not limited to, planning, research, testing, analyses, design, projects, constructions, and operations. This includes all disciplines of engineering. Safe, effective, and compliant tank farm operations are essential and are a prerequisite for waste retrieval and treatment operations in accordance with the Ten Point letter (00-ORP-120, December 29, 2000). ORP expects significant improvement in these areas and challenges CHG to raise expectations and increase performance. Consideration will be given to the quality of the products, effective and efficient use of engineering processes, contribution to the work scope, and use of an appropriately trained and skilled workforce.

**WBS ELEMENTS**

- 5.1 - Store Waste (5.1.1, 5.1.2, 5.1.3, 5.1.4)
- 5.2 - Retrieve Waste (5.2.1, 5.2.2)
- 5.4 - Dispose Waste (5.4.1, 5.4.2, 5.4.3)
- 5.5 - Close Facilities (5.5.1, 5.5.2, 5.5.3, 5.5.4)

a. Demonstrate sufficient engineering staffing to support the tank farm contractor mission. This includes, but is not limited to:

1. Identifying staffing needs over the next 5 years to assure that attrition is planned for and that staffing decisions support the long-term tank farm contractor needs – Due May 1, 2002.
2. Implementing a training and qualification program for key areas, to include Design authorities, to assure there are trained and qualified staff to support mission needs – Issue Plan by June 20, 2002, implement by September 30, 2002.

b. Demonstrate implementation of a System Engineering process. This includes, but is not limited to:
   1. Completing final qualification of system engineers and management, to include necessary training, testing and qualification process implementation. Complete final qualification of system and component engineers by September 30, 2002.
   2. Demonstrating that an assessment baseline (e.g., system health report, management assessment) is in place for Mission Critical Systems (MCS) and that a program exists to periodically assess the operational effectiveness of those systems. Due by September 30, 2002.

c. Demonstrate improvement in the technical quality of engineering products including the evaluation of technical risks and risk reduction activities (e.g. salt separation, tank waste volume reduction, and tank structure life extension activities). This includes, but is not limited to:
   1. Establishing a balanced risk mitigation posture.
   2. Developing System Design Descriptions (SDDs), and provide a viable cost/schedule and staffing plans for completion of remainder of the SDDs Due – September 30, 2002.
   3. Establishing sufficient robust feedback mechanisms (i.e., performance metrics, internal and external assessments) to implement and measure improvement in overall rigor and quality of technical products. Quarterly reports on activities and summary evaluation of mechanisms and results due by September 31, 2002.

d. Establish key performance indicators to monitor, trend, and predict performance for each of the improvement areas identified in the Ten Point letter (00-ORP-120, December 29, 2000). Establish a performance basis in these areas by May 1, 2002.

**4. Quality Assurance (Earn 15% of fee)**

**WBS ELEMENTS:**

- Quality Assurance (5.06.06.02.03)
- Manage ESH&Q Program (5.06.06.02.05)

The overall goal of this performance objective is to assure the QA program is fully implemented in a manner that, where applicable, will meet DOE requirements as indicated in 10 CFR 830, DOE Order 414.1A and OCRWM. The QA expectation is that the contractor will integrate QA into the overall management system. The incentives for this objective are focused on areas viewed to need improvement. It is ORP's continued expectation that the contractor fully meet all QA commitments made to ORP in the contract, where these objectives identify areas ORP feels needs attention.

a. Improve the CHG QA program to ensure that all Project items delivered and services and tasks performed meet applicable standards.
   1. Assess effectiveness of supplier evaluation efforts of FH/AVS; initiate corrective action as required. (June 30, 2002)
   2. Resolve issues as identified associated with disconnects in the implementation of the procurement and receiving process (identified in CHG self assessment and DOE ORP oversight activities).
   3. By August 1, 2002, schedule and perform assessments of procurement and receipt inspection activities to assure:
      a) Effective systems/processes exist which specify and verify acceptance criteria for materials and services procured.
      b) Effective systems/processes exist which verify that contracted tasks performed meet applicable standards.
      c) Adequate project oversight exists of subcontractor activities.

b. Improve CHG Management assessment of organizational performance.
   1. Complete development and implement a Management Assessment strategy that fully satisfies DOE requirements with regard to scope, frequency, and participation. DOE's expectations regarding management assessment are described in DOE G 414.1-1A, "Management Assessment and Independent Assessment Guide and the EH-10 Enforcement Guidance Supplement EGS 01-02.
   2. Develop an annual management assessment schedule that includes assessing work performed by CHG and subcontractors (update at least quarterly).
   3. Assess the effectiveness of the management assessment program, assuring management assessments are being performed at all levels, including subcontractor activities, and initiate corrective actions where needed.

c. Complete implementation of the CHG trending program and perform effectiveness assessments to assure deficiencies are properly evaluated for trends that are used to drive improvement. (Due by July 31, 2002)

d. Improve the management of the Price Anderson Amendment Act (PAAA) implementation process to minimize formal ORP involvement.

1. Demonstrate that a formal PAAA program/process exists and is effectively implemented; reporting criteria is properly implemented for NTS, and issues are properly evaluated to determine deportability, corrective actions are identified and completed, and the effectiveness verified.
2. Improve the PAAA evaluation prioritization process to eliminate the existing backlog of evaluations and to ensure evaluations are timely in the future.
3. Improve the PAAA evaluation process to include formal review criteria, to strengthen the tie in between root cause analysis and the associated corrective actions, to establish criteria for the compilation of closure packages, and to determine what constitutes appropriate objective evidence to include in closure packages. Due by July 2, 2002

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

See Section 3 for completion documents.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# CORRESPONDENCE DISTRIBUTION COVERSHEET

| Author | Addressee | Correspondence No. |
|---|---|---|
| J. L. Jacobsen, FH<br>W. M. Hines/372-3261<br>A. M. Kion/376-5884 | S. A. Sieracki, RL | FH-0106337<br>CONTRACT NO. DE-AC06-96RL13200<br>NOV 01 2001 |

Subject: REQUEST FOR APPROVAL OF MODIFICATIONS TO APPENDIX A OF THE HANFORD SITE STABILIZATION AGREEMENT

## DISTRIBUTION

| Approval | Date | Name | Location | w/att |
|---|---|---|---|---|
| | | Correspondence Control | A3-01 | X |
| | | <u>Fluor Hanford, Inc.</u> | | |
| | | President's Office | H5-20 | |
| FAB | 10-31-01 | F. A. Blowe | H8-24 | X |
| | | J. T. Curtis | B3-64 | X |
| BJH | 11/1/2001 | B. J. Hanni | H7-01 | X |
| | | J. L. Jacobsen | B3-70 | X |
| AmK | 11/1/01 | A. M. Kion | B3-70 | X |
| JRK | 11/1/01 | J. R. Kirkendall | B3-70 | X |
| CKM | 11/1/2001 | C. K. MacLeod (signature) | B3-64 | X |
| | | <u>Fluor Federal Services</u> | | |
| | | W. M. Hines | S2-80 | X |

Enclosure 1

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Hanford Site Stabilization Agreement Wage Adjustments –
2001 Settlement – HSSA Wage and Fringe Data

Consisting of 4 pages,
including cover page

**HANFORD SITE STABILIZATION AGREEMENT**
**WAGE ADJUSTMENTS AND OTHER REVISIONS**
**AUGUST 15, 2001**

On August 15, 2001, the Administrative Committee of the Hanford Site Stabilization Agreement (HSSA) concluded a review of wages and fringe benefits paid under the Appendix of the HSSA as provided by Article XV thereof. Set forth below are the terms of the agreement on wage and fringe benefit adjustments which were subsequently and jointly agreed upon by the Employers(s) and the Union(s).

1. Effective September 3, 2001 (12:01 a. m. ), an hourly wage increase of up to $1.40 per hour shall be added to the wage and/or fringe benefit scales currently in effect under separate Schedule A's, PROVIDED however:

(A) The net total hourly wage and fringe benefit rates for each union shall not exceed the "Pasco Wage and Fringe Benefit Rates" set forth in the respective local building trades agreements applicable to construction work in Benton and Franklin Counties in the State of Washington, except that

(B) Future adjustments of wage rates and fringe benefit and apprenticeship contributions shall be made in accordance with Section 1of Article XV of the HSSA.

(C) If wage differential is reached, balance of wage settlement may be applied to recognized pensions of the local union not to exceed the established pension rate(s).

(D) This shall applicable to any wage/fringe increase either previously negotiated or previously scheduled for regular negotiations and to be effective on or before December 31, 2001.

(E) The employers recognize that the Electricians have wage/fringe disparity between the HSSA wages/fringes and those contained in local agreements. Accordingly, the disparity as of December 1, 2001 will be closed in the following manner:

(1) Up to $0.40 per hour to be added to wage/fringe total effective December 1, 2001.

(2) This equity adjustment is based upon a unique condition existing August 15, 2001.

2. As soon as practicable, these revisions shall be prepared and distributed to each local union and to the Building and Construction Trades Department, AFL-CIO.

3. By agreement of the Administrative Committee of the HSSA, the review of the wage scales, fringe benefits and apprenticeship contributions set forth in Article XV shall be made on the basis of future adjustments in the applicable wage scales and contributions set forth in the respective local union building trades agreements then in effect in the cities of Pasco and Spokane, Washington and Portland, Oregon. The data from these agreements from these three cities shall be used only as "guidelines", it being specifically agreed that any resultant modifications shall be made by the Administrative Committee without regard to any predetermined "indexing" or "formalization" of such data.

EMPLOYER

Frank A.Blowe, Jr.
Senior Manager, Industrial Relations
Fluor Hanford, Inc.

W. M. Hines
Manager, Industrial Relations
Fluor Federal Services, Inc.

John R. Monrean
Manager, Labor Relations
Bechtel Hanford, Inc.

UNION
BUILDING AND CONSTRUCTION
TRADES DEPARTMENT, AFL-CIO

Edward C. Sullivan, President

William P. Kaczorowski
Director of Field Services

DATED AUGUST 15, 2001

## 2001 SETTLEMENT

## HANFORD SITE STABILIZATION AGREEMENT
## WAGE AND FRINGE DATA

| CRAFT | HSSA CURRENT WAGE ($) | PASCO CURRENT WAGE ($) | AMOUNT OF WAGE INCREASE ($) | NEW HSSA WAGE ($) | AMOUNT OF FRINGE INCREASE ($) |
|---|---|---|---|---|---|
| Boilermakers | 23.76 | 24.16 | .40 | 24.16 | 1.00 |
| Bricklayers | 22.76 | 23.16 | .40 | 23.16 | .25 |
| Carpenters | 22.83 | 23.18 | .35 | 23.18 | N/A |
| Cement Masons Group III | 22.95 | 23.31 | .36 | 23.31 | N/A |
| Electricians | 27.47 | 28.20 | .73 | 28.20 | 1.01 |
| Insulators | 25.27 | 26.00 | .73 | 26.00 | NA |
| Iron Workers | 24.12 | 24.52 | .40 | 24.52 | .20 |
| Laborers Group III | 20.04 | 20.30 | .26 | 20.30 | N/A |
| Millwrights | 23.94 | 24.29 | .35 | 24.29 | N/A |
| Operating Engineers Group VII | 23.11 | 23.29 | .18 | 23.29 | N/A |
| Painters | 19.50 | 19.92 | .42 | 19.92 | N/A |
| Pipefitters | 28.35 | 28.85 | .50 | 28.85 | N/A |
| Roofers | 19.31 | 20.17 | .86 | 20.17 | N/A |
| Sheet Metal Workers | 25.39 | 25.43 | .04 | 25.42 | 1.04 |
| Sprinkler Fitters | 24.20 | 24.35 | .15 | 24.35 | 1.10 |
| Teamsters Group V | 20.94 | 21.25 | .31 | 21.25 | .19 |

HSSAWAGE.01

RECEIVED
OCT - 2000
BY:

# Western States Field Construction Negotiating Committee, Inc.

851 Burlway Road, Suite 216, California 94083-2584 Tel. (650) 558-8384 Fax (650) 558-8387

**Date:** September 30, 2000

**To:** All Contractors Signatory To Western States Articles Of Agreement Between Western Field Construction Negotiating Committee and International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers and Helpers of America

**From:** Tom Dillon, WFCNC Secretary

**Subject:** Wage And Fringe Benefit Increase - Effective October 1, 2000

Under the terms contained in Western States Articles of Agreement Between The Western Field Construction Negotiating Committee and the International Brotherhood of Boilermakers there is a $1 per hour increase which becomes effective October 1, 2000. That increase is allocated as follows:

| Article | Subject | Increase | New Hourly Rate |
|---|---|---|---|
| 13 | Wages | $0.25 | (See enclosed sheets) |
| 19 | Health & Welfare | 0.10 | $3.70 |
| 22 | Annuity | 0.35 | $1.35 |
| 24 | Vacation Trust | 0.30 | $1.60 |

While the wage increase becomes payable with the first payroll period during which hours are worked on or after October 1, the increases for Health & Welfare, Annuity and Vacation will not actually be payable until November, 2000 when the billing for October hours is received.

The rates payable for other fringe benefits remain unchanged. They are as follows:

| Article | Subject | Hourly Rate |
|---|---|---|
| 20 | Pensions | $3.50 |
| 21 | Apprenticeship | $0.40 |
| 23 | MOST | $0.24 |

If you have any questions concerning the foregoing, please contact our office at (650) 558-8384

**BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND**

SUITE 522
754 MINNESOTA AVE.
KANSAS CITY, KANSAS 66101-2766

Harry J. Reynolds, Jr. *Chairman* | Sam H. May *Secretary* | V. Keith Reed *Executive Administrator* | David E. Hanson *Financial Director*

November, 1999

To All Local Lodges and Employers
Participating in the Boilermakers
National Health and Welfare Fund

Gentlemen:

The employer contribution rates for active Plan G and Reduced G will increase by 10¢ per hour each January 1st for the next four years. This is the first contribution rate increase for the active plans in six years. The employer contribution rate for retiree Plan Z is also increasing on January 1, 2000 by 5¢ per hour. Aside from a 5¢ per hour increase in 1997 for the special widows extension, this is the first increase in the contribution rate for Plan Z in nearly 20 years.

These contribution increases are now necessary in order to maintain the current level of benefits under the Fund's health plans without jeopardizing the future financial stability of the Fund. While these increases are expected to cover experience over the next few years, escalations in costs due to higher inflation or increased usage, or a drop in employment levels could result in an adjustment to these rate changes prior to the completion of four years.

A resurgence of health care inflationary costs reminiscent of the mid-1980s is now being seen by health plan sponsors and insurers, particularly in the area of prescription drug costs.

The Fund's current prescription drug benefit costs are double what they were just 4 ½ years ago. These costs now represent more than 20% of the Fund's total health care benefit costs. During the same 4 ½ year period, the Fund's other health plan benefit costs increased by nearly 50% for active boilermakers and more than 35% for retired boilermakers.

The outlook for at least the next three years is a continuing rise in the cost of prescription drugs and other health care services and supplies.

The Fund can no longer absorb these increased benefit costs without additional funding. The alternative would be to reduce benefit levels and/or increase the hours requirement for eligibility under the plans.

We trust this provides you with a better understanding of why the employer contribution rates are increasing.

Sincerely,

BOARD OF TRUSTEES

## BOILERMAKERS
## APPENDIX A

### WAGE RATES

| | 09/03/01 | 10/01/01 |
|---|---|---|
| General Foreman | Rate to be negotiated | Rate to be negotiated |
| Foreman | $25.01 | $25.41 |
| Assistant Foreman | 24.26 | 24.66 |
| Boilermaker/Blacksmith | 23.76 | 24.16 |

### FRINGE PAYMENTS

| | 09/03/01 | 10/01/01 |
|---|---|---|
| Health and Welfare | $3.80 | $3.80 |
| Pensions (per hour) | 3.50 | 4.50 |
| Apprenticeship (per hour) | 0.40 | 0.40 |
| Vacation (per hour) | 2.00 | 2.00 |
| National Annuity Trust (per hour) | 2.25 | 2.25 |
| MOST | 0.24 | 0.24 |

### APPRENTICE RATES

PERCENTAGE OF
JOURNEYMAN WAGE RATES

| Period | Indentured After 09/02/96 |
|---|---|
| 1st 6 months | 60% |
| 2nd 6 months | 65% |
| 3rd 6 months | 70% |
| 4th 6 months | 75% |
| 5th 6 months | 80% |
| 6th 6 months | 85% |
| 7th 6 months | 90% |
| 8th 6 months | 95% |

Enclosure 3

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Bricklayers' Appendix A

Consisting of 2 pages
Including this cover sheet

**BRICKLAYERS**
**PAGE 1 OF 1**
**EFFECTIVE DATE: 09/03/01**

## BRICK AND ALLIED CRAFTS
## APPENDIX A

### WAGE RATES

| | 09/03/01 |
|---|---|
| Journeyman Bricklayer | $23.16 |

Foreman shall receive a minimum of $1.00 over the hourly rate.

### FRINGE PAYMENTS

| | 09/03/01 |
|---|---|
| Masonry Welfare Trust | $3.85 |
| International Pension Trust | 1.00 |
| Northwest Pension Plan | 3.28 |
| Apprenticeship & Training | .28 |

### APPRENTICE RATES

| Period | Percentage of Journeyman Wage Rates |
|---|---|
| 1st 700 hours | 40% |
| 2nd 700 hours | 55% |
| 3rd 700 hours | 60% |
| 4th 700 hours | 70% |
| 5th 700 hours | 80% |
| 6th 700 hours | 90% |

Enclosure 4

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Carpenters Request for Increase

Consisting of 4 pages
Including this cover sheet

**WASHINGTON - IDAHO CARPENTERS - EMPLOYERS TRUST FUNDS**

Washington-Idaho Carpenters-Employers Health & Security Trust Fund
Washington-Idaho-Montana Carpenters-Employers Retirement Trust Fund
Washington-Idaho Carpenters-Employers Vacation Trust Fund
Washington-Idaho Carpenters-Employers Apprenticeship Trust Fund
111 W. CATALDO P.O. BOX 5434 Tel. (509) 328-0300
SPOKANE, WASHINGTON 99205

PAPERMILL PRINTING

RECEIVED
MAY 8
INDUSTRIAL RELATIONS

May 16, .2001

Mr. Monte Hines
Fluor Federal Services
PO Box 1050
MSIN S2-50
Richland WA 99352

Dear Mr. Hines:

In order to maintain the existing level of benefits provided by the Washington-Idaho Carpenters-Employers Health & Security Trust Fund, it is necessary to increase the existing contribution rate by 30¢. We request this increase be implemented subject to the Hanford Site Stabilization Agreement, Article 15, Section 1, Subsection (c), "Maintenance of Benefits".

This increase is effective June 1, 2001.

Should you need further information, please let us know. Thank you for your assistance in this matter.

Sincerely,

Leila Davis

(Mrs.) Leila Davis
Trust Representative

lrd

cc: Jerry Johnson

**CARPENTERS/MILLWRIGHTS/PILEDRIVERS**
**PAGE 1 OF 2**
**EFFECTIVE DATE: 09/04/00**

## CARPENTERS/MILLWRIGHTS
## APPENDIX A

## WAGE RATE

### CARPENTERS

| JOURNEYMAN CLASSIFICATION | 09/03/01 |
|---|---|
| Carpenter | $23.18 |
| Sawfiler, Stationary Power Woodworking Tool Operator | 23.34 |

### MILLWRIGHTS AND MACHINE ERECTORS

| JOURNEYMAN CLASSIFICATIONS | 09/03/01 |
|---|---|
| Millwrights & Machine Erector | $24.29 |

### PILEDRIVERS

| JOURNEYMAN CLASSIFICATIONS | 09/03/01 |
|---|---|
| Piledriver | $23.45 |
| Boom Man | 22.72 |

### DIVERS

Base pay for Divers in water not to exceed fifty (50) feet shall be:

| EFF. DATE | HOURLY | 4 HOURS | 8 HOURS |
|---|---|---|---|
| 09/01/98 | 51.98 | 207.92 | 415.84 |

6/1/81: Divers only:

1. The rate to be computed using the formula of 2.45 times the Piledriver hourly base wage scale.

2. All other classifications to receive the same hourly rate as negotiated as applied to the Piledriver hourly wage scale.

**CARPENTERS/MILLWRIGHTS/PILEDRIVERS**
**PAGE 2 OF 2**
**EFFECTIVE DATE: 06/01/01**

The wage rate for TENDERS shall be:

| CLASSIFICATION | 09/01/98 |
|---|---|
| Tenders | $25.18 |
| Diving Master | 32.20 |

FOREMAN: Foreman shall receive $1.60 per hour above the highest paid Journeyman wage classification working under him.

GENERAL FOREMAN: General Foreman shall receive $1.00 per hour above the Foreman rate.

**FRINGE PAYMENTS**

| | 06/01/01 |
|---|---|
| Health and Security | $3.05 |
| Pension | 2.00 |
| Apprenticeship and Training | .45 |
| Vacation (deduct from net wages) | (.50) |
| Supplemental 80 & Out Pension | .50 |

**APPRENTICE RATES**

CARPENTERS

| | | | |
|---|---|---|---|
| First Period | - 3 months - 60% | Fifth Period | - 6 months - 80% |
| Second Period | - 3 months - 65% | Sixth Period | - 6 months - 85% |
| Third Period | - 6 months - 70% | Seventh Period | - 6 months - 90% |
| Fourth Period | - 6 months - 75% | Eighth Period | - 12 months - 95% |

MILLWRIGHT & MACHINE ERECTOR

| | |
|---|---|
| First year | - 70% of Journeyman Rate |
| Second year | - 75% of Journeyman Rate |
| Third year | - 80% of Journeyman Rate |
| Fourth year | - 85% of Journeyman Rate |

Enclosure 5

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Cement Masons' Request for Increase

Consisting of 4 pages
Including this cover sheet

ZENITH
ADMINISTRATORS

201 Queen Anne Avenue North, Suite 100
Seattle, Washington 98109-4896
(206) 282-4100 FAX (206) 285-1701
1-800-426-5980

May 18, 2001

TO: Cement Mason Employers
Northwest Laborers-Employers Health & Security Trust Fund

RE: Hourly Rate Contribution

In order to preserve the current level of benefits, the Trustees have found it necessary to increase your monthly contribution rates. The increase becomes effective with hours worked beginning June 2001 for August 2001 eligibility. The new hourly rate for Health & Security is $3.10 per hour per employee. This new hourly rate will appear on your June 2001 hours billing.

Please keep in mind that the Davis-Bacon Act/Prevailing Wage Law does not apply to the Health & Security contribution rate.

Should you have any questions regarding this increase, you may contact your Local Business agent or the Trust Fund office.

Sincerely,

NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST FUND
Zenith Administrators, Inc.
Administrative Agent

Accounts Control Desk

/rj

cc: Paul McNeil
Cement Mason's Local 72 and Local 478
Ray Miller

[illegible] 23 2001

CEMENT MASONS
PAGE 1 OF 2
EFFECTIVE DATE: 10/01/93

CEMENT MASONS
APPENDIX A

CLASSIFICATIONS

GROUP I

- Rodding, tamping, floating, troweling, patching, stoning, rubbing, sack rubbing
- All exposed aggregate finishing
- Setting of screeds, screed forms, curb & gutter & sidewalk forms
- Preparation of all concrete for caulking of the joints and the caulking of expansion joints
- Preparation of concrete for the application of hardners, sealers and curing compounds and their application
- Grouting and dry packing of machine base
- Removal of snap ties and she bolts prior to patching of concrete

GROUP II

- Power Troweling Machine Operator
- Troweling of magnesite, torganal, or material with epoxy bases of oxicholoride base
- All Power Grinders, Bushing Hammer, Chipping Gun
- All sandblasting for architectural finishes and exposing of aggregate for finish
- Concrete Sawing and Cutting for expansion joints and scoring for decorative patterns
- Operating of Clary-type Floats, Longitudinal Floats, Rodding Machines and Belting Machines
- Scarifiers
- Working on scaffolds

**CEMENT MASONS**
**PAGE 2 OF 2**
**EFFECTIVE DATE: 09/03/01**

**GROUP III**

- Grinding, bushing or chipping of toxic materials or high density concrete
- Operating of power tools on a scaffold
-

**WAGE RATES**

| | 09/03/01 |
|---|---|
| GROUP I | $22.18 |
| GROUP II | 22.80 |
| GROUP III | 23.31 |

FOREMAN: $1.00 per hour above highest paid man on his crew.

GENERAL FOREMAN: To be paid $.50 per hour above the highest paid Foreman working under him.

**FRINGE PAYMENTS**

| | 06/01/01 |
|---|---|
| Health and Security | $3.10 |
| Pension | 2.25 |
| Training | .28 |
| Credit Union (Deduct from net wages) | (1.75) |

**APPRENTICE RATES**

Hours & Percentage
All Groups

1000 - 60%
1000 - 70%
1000 - 80%
1000 - 90%

Enclosure 6

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Electricians' Request for Increase

Consisting of 4 pages
Including this cover sheet

# INLAND EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST

140 South Arthur, Suite 301
Spokane, WA 99202
(509) 534-0600 • FAX (509) 535-7883

Date: November 27, 2000

To: All Participating Employers signatory to contracts with IBEW Local 112

Your collective bargaining agreement with IBEW Local 112 provides for additional contributions to be paid into the Health & Welfare Trust to be allocated as the union membership decides. The IBEW Local 112 membership has voted to fund $.25 per hour from their wage package effective December 1, 2000 into the Health & Welfare Trust for possible other health care uses.

Accordingly, the contribution to the Health & Welfare Fund is being increased from $2.83 per hour to $3.08 per hour effective with hours worked in December 2000.

If you have any questions, please contact the undersigned.

Very truly yours,

Timothy D. Yeager

Timothy D. Yeager
Administrative Agent

**ELECTRICIANS**
**PAGE 1 OF 2**
**EFFECTIVE DATE: 09/03/01**

## ELECTRICIANS
## APPENDIX A

### WAGE RATES

| | 09/03/01 | 12/01/01 |
|---|---|---|
| General Foreman (20% above Journeyman) | $33.36 | $33.84 |
| Foreman (10% above Journeyman) | 30.58 | 31.02 |
| Journeyman Wireman | 27.80 | 28.20 |
| Journeyman Technician | 27.80 | 28.20 |
| Journeyman Wireman Welder (10% above Journeyman)* | 30.58 | 31.02 |
| Journeyman Wireman Cable Splicer (5% above Journeyman)** | 29.19 | 29.61 |
| Vacation allowance deduct 10% at option of Employee | | |

* Journeyman Wireman when Welding - Certified welding will be paid for at 10% above Journeyman Wireman rate for a certified Journeyman Wireman when welding for a minimum of 2 hours.

** Journeyman Wireman Cable Splicer - Cable splicing and stress cones by whatever method on voltage over 2300 volts will be paid for at the rate of 5% above Journeyman Wireman rate for a minimum of 2 hours.

### FRINGE PAYMENTS

| | 09/03/01 |
|---|---|
| Health and Welfare | *$3.08 |
| Pension - National (NEBF 3%) | .83 |
| Pension Plans | ***4.80 |
| Apprentice Training | .30 |
| Vacation | 10% |
| (Deduct at Option of Employee, effective 09/01/99) | |

* Effective October 1, 1998

*** There will be no contributions made for first year apprentices. The contributions commence in the first half of the second year, for those apprentices indentured after July 1, 1987.

**ELECTRICIANS**
**PAGE 2 OF 2**
**EFFECTIVE DATE: 9/01/99**

**APPRENTICE RATES**

APPRENTICES INDENTURED
AFTER JUNE 1, 1999

0 - 1000 hours - 1st period - 45%
1000 - 2000 hours - 2nd period - 50%
2000 - 3500 hours - 3rd period - 55%
3500 - 5000 hours - 4th period - 70%
5000 - 6500 hours - 5th period - 80%
6500 - 8000 hours - 6th period - 90%
8000+ hours with State License - 95%

APPRENTICES INDENTURED
PRIOR TO JUNE 1, 1999

0 - 1000 hours – 1st period – 45%
1000 – 2000 hours – 2nd period – 50%
2000 – 3500 hours – 3rd period – 55%
3500 – 5000 hours – 4th period – 65%
5000 – 6500 hours – 5th period – 75%
6500 – 8000 hours – 6th period – 85%

Enclosure 7

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Insulators' Appendix A

Consisting of 2 pages
Including this cover sheet

**INSULATORS**
**PAGE 1 OF 1**
**EFFECTIVE DATE: 09/03/01**

**INSULATORS**
**APPENDIX A**

**WAGE RATES**

| | <u>09/03/01</u> |
|---|---|
| Journeyman | $26.00 |

<u>Foreman</u> - 10% above the Journeyman's base rate of pay

<u>General Foreman</u> - 20% above the Journeyman's base rate of pay

**FRINGE PAYMENTS**

| | <u>09/03/01</u> |
|---|---|
| Pension | $3.36 |
| Occupational Health | .07 |
| Health and Welfare | 3.53 |
| Apprenticeship | .12 |
| Credit Union (deduct) | 2.25 or 3.50 (option of employee) |

**APPRENTICE RATES**

1st year - 60% of Journeyman wage
2nd year - 70% of Journeyman wage
3rd year - 80% of Journeyman wage
4th year - 90% of Journeyman wage

Enclosure 8

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Iron Workers' Request for Increase

Consisting of 3 pages
Including this cover sheet

Northwest Iron Workers Trusts
Administered by
Welfare and Pension Administration Service, Inc.

RETIREMENT • HEALTH and SECURITY • VACATION • ANNUITY • APPRENTICESHIP
2323 SECOND AVENUE • SUITE 300 • P.O. BOX 34203 • SEATTLE, WASHINGTON 98124
TELEPHONE (206) 441-7574 • FAX (206) 441-9110

35.77

May 9, 2001

TO: All Employers – Area 3
Northwest Iron Workers Trust Funds

Your Labor Agreement with the Iron Workers District Council of the Pacific Northwest requires an hourly increase of $1.00 effective with all employment July 1, 2001 and thereafter. The new rates are as follows:

| | Current Rate | Increase | New Rate |
|---|---|---|---|
| Wage Rate | $24.22 | $0.30 | $24.52 |
| Annuity | $ 3.45 | $0.10 | $ 3.55 |
| Health & Welfare | $ 3.25 | $0.50 | $ 3.75 |
| Pension | $ 3.35 | $0.10 | $ 3.45 |
| Apprenticeship | $ 0.50 | $0.00 | $ 0.50 |
| *Vacation | $ 1.50 | $0.00 | $ 1.50 |
| Drug Testing | $ 0.10 | $0.00 | $ 0.10 |
| *Industry | $ 0.01 | $0.00 | $ 0.01 |
| *JM Assessment | $ 0.61 | $0.00 | $ 0.61 |
| *APR Assessment | $ 0.44 | $0.00 | $ 0.44 |
| *Market Recovery | $ 0.70 | $0.00 | $ 0.70 |

*Wage Deduction

You will note that Apprenticeship, Vacation, Drug Testing, Industry, JM Assessment, APR Assessment and Market Recovery rates remain the same.

If you have any questions as to what your contribution rate should be or if you are of a different understanding, please call the Union Business Representative in your geographical area, or me at (253) 984-0514.

Ron Piksa
President
Iron Workers District Council of the Pacific Northwest.

RJP: mld opeiu#11
UserWord SharedSec\Docs\F15\WageIncrease2001

cc: Iron Workers Local 14

This communication paid for by the Iron Workers District Council of the Pacific Northwest

MAY 11 2001

IRONWORKERS
PAGE 1 OF 1
EFFECTIVE DATE: 09/03/01

IRONWORKERS
APPENDIX A

WAGE RATES

| CLASSIFICATIONS | 09/03/01 |
| --- | --- |
| Structural Ironworkers,<br>Ornamental Ironworkers,<br>Machinery Mover, Machine Erector,<br>Riggers,Signal Men,<br>Welders & Burners, Fence Erectors<br>Sheeters, Reinforcing Ironworkers | $24.52 |

FOREMEN: $1.50 per hour over Journeyman rate

GENERAL FOREMAN: $2.50 per hour over Journeyman rate

FRINGE PAYMENTS

| | 09/03/01 |
| --- | --- |
| Health and Welfare | $3.75 |
| Pension | 3.45 |
| Apprenticeship | .50 |
| Annuity | 3.55 |

VACATION: Deduct from Net Wages - $1.50 per hour

APPRENTICE RATES
09/01/99

*1st 6 months - 65% of Journeyman Ironworker Rates
*2nd 6 months - 70% of Journeyman Ironworker Rates
3rd 6 months - 75% of Journeyman Ironworker Rates
4th 6 months - 80% of Journeyman Ironworker Rates
5th 6 months - 90% of Journeyman Ironworker Rates
6th 6 months - 90% of Journeyman Ironworker Rates
7th 6 months - 95% of Journeyman Ironworker Rates
8th 6 months - 95% of Journeyman Ironworker Rates

*No pension or annuity

Enclosure 9

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Laborers' Request for Increase

Consisting of 6 pages
Including this cover sheet

ZENITH
ADMINISTRATORS

201 Queen Anne Avenue North, Suite 100
Seattle, Washington 98109-4896
(206) 282-4100 FAX (206) 285-1701
1-800-426-5980

May 18, 2001

TO: Eastern Washington and Northern Idaho Signatory Contractors
Northwest Laborers-Employers Trust Funds

RE: Hourly Rate Contributions

Effective June 1, 2001 the fringe benefit allocations for the Northwest Laborers-Employer Health & Security and Pension fund will be increased effective with June 2001 hours, per your Labor Agreement. The new Health & Security rate that will appear on your billing for June hours is $3.10 and the new Pension rate is $1.60, both per hour worked per employee.

Please keep in mind that the Davis-Bacon Act/Prevailing Wage Law does not apply to the Health & Security contribution rate.

Should you have any questions regarding this increase, you may contact your Local Business agent, the Washington & Northern Idaho District Council of Laborers or the Trust fund office.

Sincerely,

NORTHWEST LABORERS-EMPLOYERS TRUST FUNDS
Zenith Administrators, Inc.
Administrative Agent

Accounts Control Desk

/rj

cc: Local Unions
Paul McNeil

MAY 23 2001

LABORERS
PAGE 1 OF 4
EFFECTIVE DATE: 09/02/91

LABORERS
APPENDIX A

CLASSIFICATIONS

GROUP I

Brush Hog Feeder
Carpenter Tender
Cement Handler
[1]Concrete Crewman
Concrete Signal Man
Crusher Feeder
[2]Demolition
Dumpman
[3]Fence Erector
Flagman
Form Cleaning Machine Feeder, Stacker
General Laborer
Group Machine Header Tender
[5]Miner, Class "A"
Nipper
Riprap Man
Sandblast Tailhoseman
Scaffold Erector, wood or steel
Scaleman
Stake Jumper
[4]Structural Mover
Tailhoseman (water nozzle)
Timber Bucker & Faller (by Hand)
Track Laborer (RR)
Well-Point Man
Window Cleaner

[1]TO INCLUDE: Stripping of forms, hand operating jacks on slip form construction, application of concrete curing compounds, pumpcrete machine,. Signaling, handling the nozzle of squeezecrete or similar machine - 6 inches or smaller.
[2]TO INCUDE: Clean-up, burning, loading, wrecking and salvage of all material.
[3]TO INCLUDE: Guard rails, guide and reference posts, signposts, and right-of-way markers.
[4]TO INCLUDE: Separating foundation, preparation, cribbing, shoring, jacking and unloading of
[5]TO INCLUDE: Bull Gang, Concrete Crewman, Dumpman and Pumpcrete Crewman, including distributing pipe, assembly & dismantle, and Nipper.

GROUP II

Asphalt Raker
Asphalt Roller, walking
Cement Finisher Tender
Concrete Saw, walking
Demolition Torch
Dope Pot Fireman, nonmechanical
Driller Helper (when required Move & position machine)
Form Setter, paving
Pipelayer, multisection
Pot Tender
Powderman Helper
Power Buggy Operator
Power Tool Operator, gas, Electrical, pneumatic
Railroad Equipment, power Driven, except dual mobile Power spiker or puller

GROUP II (continued)

Grade Checker using Level
Optional
Jackhammer Operator
[3]Miner, Class "B"
[1]Nozzleman
Nozzleman, water, air, or steam
Pavement Breaker, under 90 lbs.
Pipelayer, corrugated metal culvert
Railroad Power Spiker or Puller, dual mobile
Rodder & Spreader
[2]Tamper
Trencher, Shawnee
Tugger Operator
Wagon Drills
Wheelbarrow, power driven
Water Pipe Liner

[1]TO INCLUDE: Squeeze and Flow-crete nozzle.
[2]TO INCLUDE: Operation of Barco, Essex and similar tampers.
[3]TO INCLUDE: Brakeman, Finisher, Vibrator, and Form Setter.

GROUP III

Air Track Drill
Bit Grinder
[1]Brush Machine
Caisson Worker, free air
Chain Saw Operator & Faller
[2]Concrete Stack
[3]Cunite
High Scaler
Hod Carrier
[4]Laser Beam Operator
[7]Miner, Class "C"
Monitor Operator, air track or Similar mounting
Mortar Mixer
[5]Nozzleman
Pavement Breaker, 90 lbs. & Over
[6]Pipelayer
Pipewrapper
Vibrators, ALL

[1]TO INCLUDE: Horizontal construction joint clean-up brush machine, power propelled.

[2]TO INCLUDE: Laborers when working on free standing concrete stacks for smoke or fume control above 40 feet high.

[3]TO INCLUDE: Operation of machine and nozzle.

[4]TO INCLUDE: Grade Checkers and elevation control.

[5]TO INCLUDE: Jet blasting nozzleman, over 1200 lbs., jet blast machine power-propelled, sandblast nozzle.

[6]TO INCLUDE: Working topman, caulker, collarman, jointer, mortarman, rigger, jacker, shorer, valve or meter installer, tamper.

[7]TO INCLUDE: Miner, Nozzleman for concrete, and Laser Beam Operator on tunnels.

**LABORERS**
**PAGE 3 OF 4**
**EFFECTIVE DATE: 09/03/01**

**GROUP IV**

Drills with dual masts
[1]Miner, Class "D"
Welder, electric, manual or automatic

[1]TO INCLUDE: Raise and Shaft Miner, Laser Beam Operator on raises and shafts.

**GROUP V:** Powderman

**GROUP VI:** Sand Hogs

**GROUP VII:** Hod Carriers

**WAGE RATES**

| | 09/03/01 |
|---|---|
| GROUP I | $19.76 |
| GROUP II | 20.03 |
| GROUP III | 20.30 |
| GROUP IV | 20.58 |
| GROUP V | 21.14 |

**GROUP VI:** Sand Hogs (Under Compressed Air Conditions)

| LBS. | HRS. WORK | OT DIV. | 09/03/01 |
|---|---|---|---|
| 1-14 | 6 | 7-1/2 | $172.00 |
| 14-28 | 6 | 7-1/2 | 176.93 |
| 18-25 | 4 | 7-1/2 | 177.21 |
| 18-22 | 6 | 10 | 199.07 |
| 22-26 | 4 | 7-1/2 | 181.53 |
| 26-32 | 4 | 7-1/2 | 184.15 |
| 32-38 | 3 | 7-1/2 | 187.11 |
| 38-44 | 2 | 7-1/2 | 188.52 |
| Outside Lock and Gauge Tender | | | 163.49 |

**LABORERS**
**PAGE 4 OF 4**
**EFFECTIVE DATE: 09/03/01**

**GROUP VII:** Hod Carriers $21.35

FOREMAN: $1.00 above highest group supervised

GENERAL FOREMAN: $1.50 ($.50 above the highest Foreman)

**FRINGE PAYMENTS**

| | 06/01/01 |
|---|---|
| Health and Security | $3.10 |
| Pension | 1.60 |
| Training | .25 |
| LECET (Training Fund)* | .05 |
| Credit Union (deduct from net wages) | (1.00) |

*Effective 09/01/99

**NEW ENTRANT TRAINING PROGRAM**
(PERCENT COMPUTED ON GROUP I RATES)

| | | |
|---|---|---|
| Trainee | I | 0 to 750 hours - 60% |
| Trainee | II | 751 to 1500 hours - 70% |
| Trainee | III | 1501 to 2250 hours - 80% |
| Trainee | IV | 2251 to 3000 hours - 90% |

Enclosure 10

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Operating Engineers' Request for Increase

Consisting of 8 pages
Including this cover sheet

# Washington-Idaho Operating Engineers and Employers Health and Welfare Fund

UNION TRUSTEES
JERRY STEPHENSON
MIKE MITCHELL
CURT KOEGEN

EMPLOYER TRUSTEES
NEAL DEGERSTROM
GARY HITE

P.O. BOX 63, SPOKANE, WASHINGTON 99210 – (509) 624-3257

May 30, 2001

Mr. Monty Hines
Industrial Relations
FLUOR FEDERAL SERVICES, NWS, INC.
PO Box 1050 MSIN B4-54
Richland, Washington 99350-1050

RE: Health and Welfare increases effective June 1, 2000
Training fund increase effective June 1, 2001

Dear Mr. Hines:

This letter is to advise that the Collective Bargaining agreement negotiated effective June 1, 2001 has allowed for an increase of 20 cents per compensable hour worked into the Health and Welfare Trust Fund for all hours worked on or after June 1, 2001. This will increase the hourly rate from $2.90 per hour to $3.10 per hour. This increase is for maintenance of current benefits and no new benefits are being purchase with this increase.

In addition, the contribution rate for the training fund has increased from 37 cents per hour to 42 cents per hour effective with all hours worked on or after June 1, 2001.

The employers covered under the Hanford site agreement will be pre-listed at the new rate on the report sent from this office around July 1, 2001 for June hours worked.

If you have any questions, please call me or contact Mike Mitchell in the Local # 370 office in Pasco.

Thank you.

Sincerely,

Leonard Selzler
Trust Fund Manager
LS

Cc: Mike Mitchell-Pasco

## OPERATING ENGINEERS
## APPENDIX A

## CLASSIFICATIONS

**GROUP I**

- Bit Grinders
- Bolt Threading Machine
- Compressors (under 2000 CFM, gas, diesel, or electric power)
- Crusher Feeder (mechanical)
- Deck Hand
- Drillers Helper
- Fireman & Heater Tender
- Grade Checker
- Helper, Mechanic or Welder, H.D.
- Hydro-seeder, Mulcher, Nozzleman
- Oiler
- Oiler & Cable Tender, Mucking Machine
- Pumpman
- Rollers, all types on subgrade (farm type, Case, John Deere & similar, or Compacting Vibrator), except when pulled by Dozer with operable blade
- Steam Cleaner
- Welding Machine

**GROUP II**

- A-Frame Truck (single drum)
- Assistant Refrigeration Plant (under 1000 ton)
- Assistant Plant Operator, Fireman or Pugmixer (asphalt)
- Bagley or Stationary Scraper
- Belt Finishing Machine
- Blower Operator (cement)
- Cement Hog
- Compressor (2000 CFM or over, 2 or more, gas, diesel, or electric power)
- Concrete Saw (multiple cut)
- Distributor Leverman
- Ditch Witch or similar
- Elevator Hoisting Materials
- Dope Pots (power agitated)
- Fork Lift or Lumber Stacker, Hydra-lift, and similar
- Gin Trucks (pipeline)

GROUP II (continued)

Hoist, single drum
Loaders (bucket elevators and conveyors)
Longitudinal Float
Mixer (portable - concrete)
Pavement Breaker, Hydra-Hammer and similar
Power Broom
Railroad Ballast Regulation Operator (self-propelled)
Railroad Power Tamper Operator (self-propelled)
Railroad Tamper Jack Operator (self-propelled)
Spray Curing Machine (concrete)
Spreader Box (self-propelled)
Straddle Buggy (Ross and Similar on construction job only)
Tractor (Farm type R/T with attachments, except Backhoe)
Tugger Operator

GROUP III

A-Frame Truck (2 or more drums)
Assistant Refrigeration Plant & Chiller Operator (over 1000 ton)
Backfillers (Cleveland and similar)
Batch Plant & Wet Mix Operator, single unit (concrete)
Belt-Crete Conveyors with power pack or similar
Belt Loader (Kocal or similar)
Bend Machine
Bob Cat
Boring Machine (earth)
Boring Machine (rock under 8" bit) (Quarry Master, Joy, or similar
Bump Cutter (Wayne, Saginau, or similar)
Canal Lining Machine (concrete)
Chipper (without crane)
Cleaning and Doping Machine (pipeline)
Deck Engineer
Elevating Belt-type Loader (Euclid, Barber Green, and similar)
Elevating Grader-type Loader (Dumor, Adams, or similar)
Generator Plant Engineers (diesel, electric)
Gunite Combination Mixer and Compressor
Locomotive Engineer
Mixermobile
Posthole Auger or Punch
Pump (grout or jet)
Soil Stabilizer (P and H or similar)
Spreader Machine

Tractor (to D-6 or equivalent) and Traxcavator
Traverse Finish Machine
Turnhead Operator

GROUP IV

Blade Operator (motor patrol and attachments)
Concrete Pumps (squeeze-crete, flow-crete, pump-crete, Whitman and similar
Curb Extruder (asphalt or concrete)
Drills (churn, core, calyx, or diamond)
Equipment Serviceman, Greaser, and Oiler
Hoist (2 or more drums or Tower Hoist)
Loaders (overhead and front-end, under 4 yds R/T)
Refrigeration Plant Engineers (under 1000 ton)
Rubber-tire Skidders (R/T with or without attachments)
Screed Operator
Surface Heater & Planer Machine
Trenching Machines (under 7 ft. depth capacity)
Turnhead (with re-screening)
Vacuum Drill (reverse circulation drill under 8" bit)

GROUP V

Drilling Equipment (8" bit & over) (Robbins, reverse circulation, and similar
Hoe Ram
Paving (dual drum)
Railroad Track Liner Operator (self-propelled)
Refrigeration Plant Engineer (1000 tons and over)
Signalman (Whirleys, Highline, Hammerheads, or similar)

GROUP VI

Automatic Subgrader (Ditches & Trimmers) (Autograde, ABC, R. A. Hansen, and similar on grade wire
Backhoe (under 1 yd)
Batch Plant (over 4 units)
Batch and Wet Mix Operator (multiple units, 2 and including 4)
Boat Operator
Cableway Controller (dispatcher)
Crane (25 tons and under)
Derricks and Stifflegs (under 65 tons)
Drill Doctor
Multiple Dozer Units with single blade
Paving Machine (asphalt and concrete)
Piledriving Engineers

GROUP VI (continued)

Rollerman (finishing pavement)
Trenching Machines (7 ft. depth and over)

GROUP VII

Asphalt Plant Operator
Backhoes (1 yd. to 3 yds.)
Blade (finish and bluetop) Automatic, CMI, ABC, & similar when used as automatic
Boom Cats (side)
Cableway Operators
Clamshell Operator (under 3 yds.)
Concrete Slip Form Paver
Cranes (over 25 tons, including 45 tons)
Crusher, Grizzle and Screening Plant Operator
Draglines (under 3 yds.)
Elevating Belt (holland type)
Gradeall (1 yd. to 3 yds.)
H. D. Mechanic
H. D. Welder
Loader Operator (front-end and overhead, 4 yds, including 8 yds.)
Mucking Machine
Quad-track or similar equipment
Rubber-tired Scrapers
Shovels (under 3 yds.)
Tractors (D-6 and equivalent and over)
Vactor Guzzler, Super Sucker
Concrete Cleaning/Decontamination Machine
Heavy Equipment Robotics Operator
Master Environmental Maintenance Technician
Ultra High Pressure Waterjet Cutting Tool System (30,000 psi)
Vacuum Blasting Machine Operator

GROUP VIII

Backhoes (3 yds. and over)
Cranes (over 45 tons, and ALL climbing, rail and tower)
Clamshell Operator (3 yds. and over)
Derricks and Stifflegs (65 tons and over)
Draglines (3 yds and over)
Loader (360 degrees revolving Koehring Scooper or similar)
Loaders (overhead and front-end, over 8 yds)
Helicopter Pilot
Shovels (3 yds. and over)
Whirleys & Hammerheads, ALL

**OPERATING ENGINEERS**
**PAGE 5 OF 6**
**EFFECTIVE DATE: 09/03/01**

**GROUP IX**
Transi-Lift

**ALL CRANE BOOMS, INCLUDING TOWER CRANES:**

Measure from center of rotation to center of shaft (radius):
130' to 200' - $.30 hr. Additional to classification
Over 200' - $.60 hr. Additional to classification

## WAGE RATES

| | 09/03/01 |
|---|---|
| Group I | $21.49 |
| Group II | 21.81 |
| Group III | 22.42 |
| Group IV | 22.58 |
| Group V | 22.74 |
| Group VI | 23.02 |
| Group VII | 23.29 |
| Group VIII | 24.39 |
| Group IX | 25.73 |

FOREMAN: Shall be paid $1.00 per hour over the scale of the highest scale supervised.

## FRINGE PAYMENTS

| | 06/01/01 |
|---|---|
| Health and Welfare | $3.10 |
| Pension | 2.50 |
| Apprenticeship & Training | .42 |

APPRENTICE RATES
(COMPUTED ON GROUP VI RATES)

<u>BASE RATE</u>: (Group VI)

65% 1000 Hours
70% 1000 Hours
75% 1000 Hours
80% 1000 Hours
85% 1000 Hours
90% 1000 Hours

Enclosure 11

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Painters' Request for Increase

Consisting of 3 pages
Including this cover sheet

International Union of Painters & Allied Trades, AFL-CIO, CLC

# DISTRICT COUNCIL NO. 5

Washington
Oregon & Idaho

P.O. Box 11953 • Spokane, WA 99211 • 509 928-3556 • Fax 509 928-4119 • 1 888 741-6422

June 18, 2001

Monty Hines
Fluor Federal Services

RE: Painters & Allied Trades Health & Welfare Increase

Please be advised that the trustees for the Painters Health & Welfare voted in their January 2001 meeting to increase the hourly contribution rate for medical insurance forty cents ($0.40) per hour to maintain current levels of protection effective July 1, 2001.

Therefore the hourly rate for all our covered crafts is $2.45 per hour.

Sincerely

James B. Taylor, BR
Painters Trust Trustee

Cc Zenith Administration
Robert Matson, BM

**PAINTERS**
**PAGE 1 OF 1**
**EFFECTIVE DATE: 09/03/01**

## PAINTERS
## APPENDIX A

## WAGE RATES

| | 09/03/01 |
|---|---|
| Journeymen Painters, to include Taper Finishers, Soft Floor Coverers, Glazers, Spray Painters, Steel Painters, Steam Clean, Acid Etching, Sign Writers | $19.92 |

FOREMAN: Shall be paid an additional 10% over and above the average rate of pay of those Journeymen working under his supervision.

## FRINGE PAYMENTS

| | 09/03/01 |
|---|---|
| Health and Welfare | $2.45 |
| Pension | 1.90 |
| Apprenticeship | .24 |

District Council No. 54 Administration Fee check-off shall be 3% of the current Painters' basic wage, which is deducted from the wages, computed on actual hours worked.

## APPRENTICE RATES

| PAINTING APPRENTICES | | TAPING APPRENTICES | |
|---|---|---|---|
| PERIOD | % OF JOURNEYMAN'S WAGES | PERIOD | % OF JOURNEYMAN'S WAGES |
| 1st 6 months | 50% | 1st 3 months | 50% |
| 2nd 6 months | 55% | 2nd 3 months | 60% |
| 3rd 6 months | 60% | 3rd 3 months | 75% |
| 4th 6 months | 70% | 4th 3 months | 85% |
| 5th 6 months | 80% | 5th 3 months | 90% |
| 6th 6 months | 90% | 6th 3 months | 95% |
| Thereafter | 100% | Thereafter | 100% |

Enclosure 12

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Pipefitters Request for Increase

Consisting of 4 pages
Including this cover sheet

LOCAL UNION #598
PLUMBING & PIPE FITTING INDUSTRY TRUST FUNDS
Administrator: William C. Earhart Co., Inc.
Administration Office: 3140 N.E. BROADWAY • P.O. BOX 4143 • PORTLAND, OREGON 97208
Phone: (503) 282-5581 • Nationwide WATS: (800) 547-1314 • FAX: (503) 284-9386

Date: October 19, 2000

TO WHOM IT MAY CONCERN

**SUBJECT:** HEALTH AND WELFARE RATE INCREASE

Dear Sirs/Madams:

The Board of Trustees of Local 598 Plumbing & Pipefitting Industry Health & Welfare Trust and Vacation Savings Plan have found it necessary to increase the Health and Welfare contribution by eighty cents ($.80) per hour to maintain current benefits under the plan.

Therefore, effective with October 2000 hours worked (payable in November, 2000) the contribution rate for Health and Welfare benefits will be increased by $.80 per hour bringing the total contribution to four dollars and fifty cents ($4.50) per hour.

By Order of the Trustees

**PIPEFITTERS**
**PAGE 1 OF 2**
**EFFECTIVE DATE: 09/03/01**

**PIPEFITTERS**
**APPENDIX A**

**WAGE RATES**

| | 09/03/01 |
|---|---|
| Basic Hourly Wage Rate | $25.85 |
| Vacation | 3.00 |

Vacation pay shall be included in the basic rate for all computation of overtime, shift differential, working dues, or any rate of pay for all employees covered by this agrèement.

FOREMAN: 10% above basic rate inclusive of vacation.

GENERAL FOREMAN: 20% above basic rate inclusive of vacation.

**FRINGE PAYMENTS**

| | 09/03/01 |
|---|---|
| Health & Welfare | $4.50 |
| National Pension | 2.25 |
| State Pension | 2.00 |
| JATC* | .70 |
| Supplemental Pension | 2.10 |

* Includes $.05 to International Training Fund, effective 06/21/99.

**PIPEFITTERS**
**PAGE 2 OF 2**
**EFFECTIVE DATE: 09/01/99**

**APPRENTICE RATES**

09/01/99

Apprentices shall be paid a percentage of Journeyman rate and receive fringe benefits as follows:

| APPRENTICE TIME | PERCENTAGE | NATIONAL PENSION | VACATION & ALL OTHER FRINGES |
|---|---|---|---|
| 1st 6 months | 45% | 45% | 100% |
| 2nd 6 months | 50% | 50% | 100% |
| 3rd 6 months | 55% | 55% | 100% |
| 4th 6 months | 60% | 60% | 100% |
| 5th 6 months | 65% | 65% | 100% |
| 6th 6 months | 70% | 70% | 100% |
| 7th 6 months | 75% | 75% | 100% |
| 8th 6 months | 80% | 80% | 100% |
| 9th 6 months | 85% | 85% | 100% |
| 10th 6 months | 85% | 85% | 100% |

Enclosure 13

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Roofers' Appendix A

Consisting of 2 pages
Including this cover sheet

**ROOFERS**
**PAGE 1 OF 1**
**EFFECTIVE DATE: 09/03/01**

## ROOFERS, WATERPROOFERS, AND ALLIED WORKERS
## APPENDIX A

### WAGE RATES

| | 09/03/01 |
|---|---|
| Journeyman Roofer, Waterproofer, Kettleman | $20.17 |

Foreman: 10% above Journeyman rate

### FRINGE PAYMENTS

| | 09/03/01 |
|---|---|
| Health and Security | $2.90 |
| National Pension | 2.55 |
| JATC | 0.15 |

### APPRENTICE RATES

| Period | Percentage of Journeyman Wage Rates |
|---|---|
| Pre-apprentice | 60% |
| 1st 700 hours. | 70% |
| 2nd 700 hours | 75% |
| 3rd 700 hours | 80% |
| 4th 700 hours | 85% |
| 5th 700 hours | 90% |
| 6th 700 hours | 95% |

Enclosure 14

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Sheet Metal Workers Request for Increase

Consisting of 5 pages
Including this cover sheet

NORTHWEST SHEET METAL WORKERS
HEALTH CARE PLAN
POST OFFICE BOX 5433
SPOKANE, WA 99205

TELEPHONE
(509) 534-0600
FAX
(509) 535-7883

Date: April 19, 2001

To: All Participating Employers, Local Unions & SMACNA Chapters

RE: New Contributions Rates Adopted by Northwest Sheet Metal Workers Health Care Trust

The Board of Trustees of the Northwest Sheet Metal Workers Health Care Trust has adopted new contribution rates necessary to maintain the benefits of the present Plan.

- Effective June 1, 2001, or your contract anniversary date that is within 60 days of that date, the Health Care Plan requires additional contributions of 50¢ per hour.

- In addition, the Trustees have adopted increased contribution rates for later years, as follows:
  - Effective June 1, 2002, or your contract anniversary date that is within 60 days of that date, an additional 34¢ per hour.
  - Effective June 1, 2003, or your contract anniversary date that is within 60 days of that date, an additional 34¢ per hour.

- In addition to the required employer contribution rates as set forth above, retired participants under Plan 3 will be required to have their contributions increased as follows:
  - If under age 65, the increase will be $40 per month effective for June 2001 payments.
  - If over age 65, the increase will be $31 per month effective for June 2001 payments.

- As noted above, retired participants covered under Plan 3 will have increased self-payments. Despite those increases, it is very apparent, based on actuarial studies, that the Trust needs to constantly review the funding of the Retiree Health Care benefits.

  Therefore, the Trustees have adopted, in principle, a Voluntary Employee Benefit Association Plan (VEBA) which will allow employer contributions to be accumulated in an individual's separate account which can then be used to fund the self-payments of the Retiree Health Care benefits when the person retires.

  During the next year, the VEBA Plan is going to be reviewed with the membership of all of the participating Local Unions. The Trustees then intend on looking into implementing a VEBA Plan, based on additional funding.

The Trustees, reluctantly, adopted these new contribution requirements for the following reasons:

- Contribution rates have remained at their present levels since June 1, 1993, a period of eight years.

  We have been able to maintain that rate by careful cost control, Plan design, and effective administration.

  However, everybody is aware of the rising costs of medical care – most particularly prescription drugs. We are not immune to those forces – and over the last several years, have been utilizing the reserves of the Plan to manage the costs.

- The Northwest Sheet Metal Workers Health Care Trust is fully self-insured – and therefore, it is necessary to maintain sufficient reserves to manage our overall program. The Trustees determined that reserves have reached a level, which required additional funding, not only to take care of current costs – but hopefully, to partially rebuild some of the reserves that have been depleted.

- With increased utilization of early retirement provisions in pension plans (both the National Pension Plan, as well as the Northwest Sheet Metal Workers Pension Plan) greater use of retiree health care benefits has taken place – and that area of cost has been particularly susceptible to very high rates of use.

  The last time we changed the contributions rates for the retirees was January 1, 1994. The only exception to that was when we added dental and vision coverage for Plan 3 retirees (effective November 1, 1997) at an increased contribution rate for those two Plans of $12 per month.

We are going to be preparing a special letter to the participants about these increases – because medical care costs affect everybody, and everybody, therefore, has to be an active participant in trying to manage the costs of the Plan.

While we regret the necessity of these contribution rate increases, we are proud that we have been able to hold the line until the present date, after many years in which no increases were adopted.

Sincerely yours,

THE BOARD OF TRUSTEES

Management
Rich Schrader, Chairman
Baron Derr
Jerry Kinsley
Philip Petersen

Labor
Ron Senger, Secretary
Warren Kitchens
Brent Moore
Charlie Mulcahy

**SHEETMETAL**
**PAGE 1 OF 2**
**EFFECTIVE DATE: 09/03/01**

## SHEET METAL
## APPENDIX A

## WAGE RATES

| | 09/03/01 |
|---|---|
| Journeyman | $25.43 |

FOREMAN: Journeyman Scale Plus 10%

GENERAL FOREMAN: Journeyman scale plus 20%

## FRINGE PAYMENTS

| JOURNEYMAN | 09/03/01 |
|---|---|
| Health and Welfare | $3.04 |
| Northwest Pension | 3.71 |
| National Pension | 1.02 |
| Northwest Supplemental Plan[1] | .68 |
| Local Training Fund | .26 |
| National Training Fund | .17 |
| Vacation (Deduct) | 1.02 |

| APPRENTICE | 09/03/01 |
|---|---|
| Health and Welfare | $3.04 |
| Northwest Pension[2] | 3.71 |
| National Pension[3] | 1.02 |
| Northwest Supplemental Plan | (3) |
| Local Training Fund | .26 |
| National Training Fund | .17 |
| Apprentice Vacation (Deduct)[4] | .52 |

(1) Contributions for each hour worked: Foreman - $.73, General Foreman - $.80.

(2) No contributions to the local Pension Plan will be made by the Contractor for Sheet Metal Apprentices until such apprentice begins the first half of the fourth year (70%), at which time the Contractor will pay the above applicable rate of contribution.

(3) There will be no contributions for first-year apprentices. The contributions commence in the first half of the second year (50% of Journeyman contribution) for all such apprentices.

(4) No vacation will be deducted for apprentices until the beginning of the second year (50%), unless it is requested in writing.

**SHEETMETAL**
**PAGE 2 OF 2**
**EFFECTIVE DATE: 06/01/90**

**APPRENTICE RATE**

Effective 06/01/90

| | |
|---|---|
| 1st 6 months | 40% |
| 2nd 6 months | 45% |
| 3rd 6 months | 50% |
| 4th 6 months | 55% |
| 5th 6 months | 60% |
| 6th 6 months | 65% |
| 7th 6 months | 70% |
| 8th 6 months | 75% |
| 9th 6 months | 80% |
| 10th 6 months | 85% |

then to 100% on completion of apprenticeship

Enclosure 15

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Sprinkler Fitters' Appendix A

Consisting of 2 pages
Including this cover sheet

**SPRINKLER FITTERS**
**PAGE 1 OF 1**
**EFFECTIVE DATE: 09/03/01**

## SPRINKLER FITTERS
## APPENDIX A

### WAGE RATES

09/03/01

| | |
|---|---|
| Journeyman | $24.35 |

Foreman: The rate of wage for Foreman shall be $1.25 per hour above the Journeyman's rate.

### FRINGE PAYMENTS

| | 9/03/01 |
|---|---|
| Health and Welfare | $3.40 |
| National Pension | 2.45 |
| Local Training Fund | .20 |
| Supplemental Pension | 2.00 |

### APPRENTICE RATES

All Apprentices shall be paid a progressive increasing rate of wage based upon the following schedule:

| | Percentage of Journeyman Rate |
|---|---|
| Class 1 | 45% |
| Class 2 | 50% |
| Class 3 | 55% |
| Class 4 | 60% |
| Class 5 | 65% |
| Class 6 | 70% |
| Class 7 | 75% |
| Class 8 | 80% |

Enclosure 16

FH – 0106337
CONTRACT NO. DE-AC06-96RL13200

REQUEST FOR APPROVAL OF MODIFICATIONS
TO THE HANFORD SITE STABILIZATION AGREEMENT

Teamsters Request for Increase

Consisting of 5 pages
Including this cover sheet

NWA NORTHWEST ADMINISTRATORS, INC.

2323 Eastlake Avenue E.
Seattle, WA 98102-3393
(206) 329-4900
(206) 726-3209 fax

April 2001

MEMORANDUM

TO: Participating Employers in the Teamster Construction Industry Welfare Trust

FROM: Trust Administrative Office

RE: Contribution Rate Adjustment
Effective with June 2001 Hours of Employment

The bargaining parties for the Building, Heavy and Highway Construction Labor Agreement have agreed to a twenty-five cent ($.31) increase to the Teamster Construction Industry Welfare Trust in order to maintain the current level of benefits.

Effective with June 2001 hours of employment (July contributions), the new hourly rate is as follows:

| Current Hourly Rate | July 2001 Based on June Hours |
|---|---|
| $3.91 | $4.22 |

The new rate will be reflected on your reporting form for June 2001.

If you have any questions, please contact the Trust Administrative Office at (206) 329-4900, extension 4259.

GF/gf

cc: Board of Trustees
Trust Consultant
Trust Legal Counsel
Participating Local Unions
AGC of Washington
Teamsters Joint Council 28

**TEAMSTERS**
**APPENDIX A**

**CLASSIFICATIONS**

**GROUP I**

Escort Driver or Pilot Car
Helper or Swamper
Pickup hauling employees or material

**GROUP II**

Ambulance Driver (when in operation)
Fish Truck
Flat Bed Truck, single rear axle
Fork Lift, 3,000 lbs. and under
Leverperson, loading trucks at bunkers
Seeder and Mulcher
Shop Mechanic
Stationary Fuel Operator
Team Driver
Tractor (small, rubber-tired, pulling trailer or similar equipment)
Trailer Mounted Hydro Seeder and Mulcher
Water Tank Truck, up to 1,800 gallons

**GROUP III**

Bus Driver or employee haul
Flat Bed Truck, dual rear axle
Power Boat hauling employees or material

**GROUP IV**

Buggy Mobile and similar
Bulk Cement Tanks and Spreader
Power Operated Sweeper
Straddle Carrier (Ross, Hyster, and similar)
Water Tank Truck: 0 - 4,000 gallons

**GROUP V**

Auto Crane: 2,000 lbs. capacity
Dumptor: 6 yds. and under
Flat Bed Truck with hydraulic system
Fork Lift: 3,001-16,000 lbs.
Fuel Truck Driver, Steam Cleaner, and Washer

**GROUP V (continued)**

Rubber-tired Tunnel Jumbo
Scissors Truck
Slurry Truck Driver
Transit Mixers and Mixers hauling concrete: 3 yds. to and including 6 yds.
Wrecker and Tow Truck

**GROUP VI**

A-Frame
Service Greaser
Tire person
Trucks, side, end, bottom, and articulated end dump: up to and including 12 yds.
Warehouseperson, to include shipping and receiving
Water Tank Truck, 4,001 - 8,000 gallons

**GROUP VII**

Dumps, semi-end
Flaherty Spreader Box Driver
Flowboys
Fork Lift, 16,000 lbs. and over
Lowboy, 50 tons and under
Mechanic, Field
Oil Distributor Driver (road, bootperson, leverperson, helper) and Oil Tank Driver
Self-loading Roll Off and Dumpster over 6 yds.
Semi-truck and Trailer, 50 tons and under Lowboy
Stringer Truck (cable operated trailer)
*Tractor with Steer Trailer *(both Operators to receive same rate and not to conflict with DW's and similar classification Group VI pulling trailer)
Transfer Truck and Trailer
Transit Mixers and Trucks Hauling Concrete: over 6 yds. to and including 20 yds.
Truck and Pup
Trucks, side, end, bottom, and articulated end dump: over 12 yds. to and incl. 100 yds.
Truck-mounted Crane (with load-bearing surface, either mounted or pulled) up to 14 tons
Turnarocker, DW's and similar, with 2 or more 4 wheel-power tractor with trailer, gallonage or yardage scale, whichever is greater
Vacuum Truck (super sucker, guzzler, etc.)
Water Tank Truck, 8,001 - 14,000 gallons

**GROUP VIII**

Helicopter Pilot, hauling employees or materials
Lowboy, over 50 tons
Prime Movers and Stinger Truck
Transit Mixers and Trucks hauling concrete, over 20 yds.
Trucks, side, end, bottom, and articulated end dump, over 100 yds.

**TEAMSTERS**
**PAGE 3 OF 3**
**EFFECTIVE DATE: 09/03/01**

## WAGE RATES

| GROUP | 09/03/01 |
|---|---|
| I | $18.54 |
| II | 20.81 |
| III | 20.85 |
| IV | 21.14 |
| V | 21.25 |
| VI | 21.42 |
| VII | 21.95 |
| VIII | 22.28 |

FOREMAN OR DISPATCHER: $1.00 over highest scale supervised

Truck-tractor pulling 2 trailers: add $.10 yardage scale (for second trailer)
Truck-tractor pulling 3 trailers: add $.20 yardage scale (for second trailer)
Truck pulling Farm, Tilt, Drop, Utility and Pole Trailer,
except semi-trucks or Lowboys: add $.15 over yardage scale

## FRINGE PAYMENTS

| | 09/03/01 |
|---|---|
| Health and Security | $4.22 |
| Pension | 3.53 |
| Training | .25 |
| Program for Enhanced Early Retirement (P.E.E.R.) | .52 |

## APPRENTICESHIP RATES

| | |
|---|---|
| 0 - 700 hours | 70% Journeyman Rate |
| 701 - 1400 hours | 80% Journeyman Rate |
| 1401 - 2100 hours | 90% Journeyman Rate |