# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 62

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| M054 | See Block 16C | | |

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO.
DE-AC27-99RL14047

10B. DATED (SEE ITEM 13)
September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Section I, Clause I.63, Changes - Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this Modification is to incorporate miscellaneous text changes in Sections B, C, and H, and make the following changes to Section J: delete Key Personnel, modify DOE Directives, incorporate the FY 2002 Small Business Subcontracting Plan, and add Performance Incentives ORP-05, Rev 1; ORP-07, Rev. 1; ORP-13, Rev 1; ORP-17, Rev 3; ORP-19, Rev 2; ORP-23, Rev. 2; ORP-24, Rev 2; ORP-27, Rev 0; ORP-28, Rev 0; and ORP-31, Rev. 0

**Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.**

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| Ralph F. Wood, Manager Prime Contract Administration | Judith S. O'Connor |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | BY *(Signature of Contracting Officer)* | |

**Block 14 Continuation:**

Description of the Change:

1. Under Section B, SUPPLIES OR SERVICES AND PRICES/COSTS, paragraph B.3 Estimated Cost and Fee, delete and replace Table B-1 as follows:

Table B-1
Estimated Budget Authority for Fiscal Years 2001-2006

Delete:

| ($ in millions) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | Total |
| New BA (Includes Fee) | $402.7 | $355 | $360 | $360 | $360 | $360 | $2,197.7 |
| Fee | $19.8 | $17.1 | $17.3 | $17.3 | $17.3 | $17.3 | $106.1 |

Replace with:

| ($ in millions) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | Total |
| New BA (Includes Fee) | $402.7 | $355 | $360 | $360 | $360 | $360 | $2,197.7 |
| Fee | $19.8 | $16.9 | $17.6 | $17.3 | $17.3 | $17.3 | $106.1 |

2. Under Section C, STATEMENT OF WORK, paragraph C.2(b)(7) add the following paragraph:

"The scope of Contractor's participation and obligations described in this subparagraph (7) shall be set forth in a jointly developed Interface Management Plan (IMP) and Interface Control Documents (ICD) developed pursuant to the IMP. The IMP and ICDs will be referenced in Appendix O and will be used to establish Contractor's baseline performance obligations to ORP."

3. Under Section H, SPECIAL PROVISIONS, Clause H.1, "Performance Based Incentives, Fee Distribution and Fee Pool," add new paragraph (j) as follows:

"(j) Definitions

PBIs consist of two types as follows:

**Standard Performance Based Incentive**: An incentive (technical, schedule, management, or cost) that is associated with the approved baseline work. This work is fully funded by the U. S. Department of Energy (DOE).

**Stretch Performance Based Incentive**: An incentive to motivate the Tank Farm Contractor to perform and complete partially funded work.

SSPBIs consist of the following:

**Superstretch Performance Based Incentive**: An incentive to motivate the Tank Farm Contractor to perform and complete unfunded work by identifying workscope for deletions, not deferrals and/or achieve cost savings/efficiencies. Timely negotiations of Superstretch Performance Based Incentives will allow the Tank Farm Contractor a reasonable opportunity to perform the workscope and earn fee. The Tank Farm Contractor can only perform work associated with the Superstretch Performance Based Incentive upon written authorization by the DOE Contracting Officer."

4. Under Section H, SPECIAL PROVISIONS, Clause H.2, "Provisional Payments of Fee," modify paragraph (b) as follows:

Delete:
"(b) The U.S. Department of Energy (DOE) agrees to pay to the Contractor, at the discretion of the Contracting Officer, on a provisional basis an amount up to 10 percent of the annual performance fee pool in each of the first two calendar months of each fiscal year and 5 percent in each calendar month thereafter. The Contractor shall submit to the Contracting Officer at the beginning of each month the provisional fee for that month. DOE agrees to authorize payment of the provisional fee no later than the 10th working day of the following month."

Replace with:
"(b) The U.S. Department of Energy (DOE) agrees to pay to the Contractor, at the discretion of the Contracting Officer, on a provisional basis an amount up to 10 percent of the annual performance fee pool in each of the first two calendar months of each fiscal year and 5 percent in each calendar month thereafter. The Contractor shall submit to the Contracting Officer at the beginning of each month the provisional fee for that month. DOE agrees to authorize payment of the provisional fee no later than 10 working days after receipt of the Contractor Provisional Payment of Fee request."

5. Under Section H, SPECIAL PROVISIONS, Clause H.7.03, "Annual Work Analysis," modify paragraph (c)(2), sentence 2, as follows:

Delete:
"By May 31st each year (excluding FY 01) the DOE will provide an estimate of any budget restrictions, or specific technical or schedule guidance for the upcoming fiscal years through the remainder of the contract term."

Replace with:
"By May 31st each year (excluding FY 01 and FY 02) the DOE will provide an estimate of any budget restrictions, or specific technical or schedule guidance for the upcoming fiscal years through the remainder of the contract term."

6. Under Section H, SPECIAL PROVISIONS, Clause H.18, "Travel Restrictions," modify paragraph (a) as follows:

Delete:
"(a) For Contractor travel expenses incurred on or after October 1, 2000, an annual ceiling limitation of $450,000 (Fiscal Year 2001) shall apply to all reimbursements made for Contractor travel expenses funded by the Energy and Water Development Appropriations Act under this Contract."

Replace with:
"(a) For Contractor travel expenses incurred on or after October 1, 2000, an annual ceiling limitation of $450,000 (Fiscal Years 2001 and 2002) shall apply to all reimbursements made for Contractor travel expenses funded by the Energy and Water Development Appropriations Act under this Contract."

7. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, incorporate the attached page J-i, which reflects the addition of new Appendix O.

8. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix A, "Key Personnel," delete:

TBD Senior Vice President, CH2M HILL Hanford Group, Inc.

9. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix C, "DOE Directives," incorporate the attached *Hanford Radiological Health and Safety Document*, with the following footnote to be added to the bottom of page JC-3:

* Paragraph A to be implemented by June 1, 2002, and paragraphs B through K by March 1, 2003.

10. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix C, "DOE Directives,"

| | | |
|---|---|---|
| Delete: | DOE O 442.1 | Department of Energy Employee Concerns Program |
| | DOE O 442.1A | Department of Energy Employee Concerns Program |
| Replace with: | DOE O 442.1A (Supplemented Rev. 0) | Department of Energy Employee Concerns Program |

11. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, incorporate the attached Table D-1 (Revision 4) "Summary of FY2001 through FY2006 Performance Based Incentives."

12. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS,

Appendix D, "Performance Based Incentives," incorporate the attached ORP-05, *Single-Shell Tank Interim Stabilization*, Revision No. 1, Dated May 08, 2002.

13. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-07, *Single-Shell Tank Retrieval – Tank C-104*, Revision No. 1, Dated May 29, 2002.

14. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-13, *Tank Farm – Closure Support*, Revision No. 1, Dated March 11, 2002.

15. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-17, *FY 2001 Deferred Work Scope*, Revision No. 3, Dated May 14, 2002.

16. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-19, *Double-Shell Tank Caustic Addition*, Revision No. 2, Dated May 3, 2002.

17. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-23, *Develop and Implement Strategy to Meet M-43 and Accelerate E-525 construction of the Tank Farm Infrastructure and Compliance Upgrades*, Revision No. 2, Dated February 22, 2002.

18. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-24, *Accelerate Saltcake Retrieval (U-107 Saltcake Dissolution Proof-Of-Concept)*, Revision No. 2, Dated May 3, 2002.

19. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-27, *Double-Shell Tank Integrity Project High Priority Caustic Additions, Video Inspections, and Ultra Sonic Testing Inspections*, Revision No. 0, Dated May 03, 2002.

20. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-28, *Accelerated Tank Closure Demonstration*, Revision No. 0, Dated May 13, 2002.

21. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-31, *FFCA Stack Closure*, Revision No. 0, Dated February 22, 2002.

22. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix I, "Small Business Subcontracting Plan," incorporate the attached Small Business Subcontracting Plan for Fiscal Year 2002.

23. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, incorporate the attached new Appendix O, "Interface Documents Specific to WTP Interfaces."

Contractor's Statement of Release

The Contractor hereby releases the Government from any and all liability under this Contract for any further equitable adjustments attributable to the changes set forth above.

Table D-1 (Revision 4)

Summary of FY2001 through FY2006
Performance Based Incentives

| | | | (000) |
|---|---|---|---|
| Number | Title | Percent of Available Fee Pool | Available Fee Pool |
| ORP-01 R1 | Project W-314 | 15.40% | |
| ORP-02 R1 | Retrieval Systems (W-211 and W-521) | 4.10% | |
| ORP-03 | Store Immobilized High Level Waste (IHLW) | 2.90% | |
| ORP-04 | Dispose of Immobilized Low Activity Waste (ILAW) | 5.50% | |
| ORP-05 R1 | SST Interim Stabilization | 8.00% | |
| ORP-06 | Initial Waste Feed Delivery | 5.70% | |
| ORP-07 R1 | SST Retrieval - Tank C-104 | 9.60% | |
| ORP-08 | Facility Stabilization | 4.70% | |
| ORP-09 R1 | Life Cycle Asset Management | 6.40% | |
| ORP-10 | DST Integrity Assessment Reports | 3.40% | |
| ORP-11 | 242-A Evaporator Life Cycle Asset Management | 1.30% | |
| ORP-12 | Tank Characterization | 1.80% | |
| ORP-13 R1 | Tank Farm - Closure Support | 6.40% | |
| ORP-14 R1 | SST Retrieval - Tank S-102 (Note: includes SSPBI work, see below) | 1.60% | |
| ORP-15 R1 | Corporate Performance | 14.70% | |
| ORP-16 | WTP Interim Design and Transition | 2.30% | |
| | Unallocated Fee (See Clause H.1) | 6.20% | |
| | **Total** | 100.00% | $ 106,100 |

**SuperStretch Performance Incentives (SSPBI)**

| Number | Title | Available Fee |
|---|---|---|
| | The following SSPBIs are Negotiated and Approved: | |
| ORP2.1.3S R1 | Advanced Preparation of 241-SY-101 for Retrieval and for Receiving and Staging | $ 1,355 |
| ORP3.8.2S | Transfer Waste from 241-AW-104 to Evaporator Feed Tank | $ 760 |
| ORP8.1.2S | Acceleration of Project W-519 | $ 400 |
| ORP-17 R3 | FY2001 Deferred Work Scope | $ 1,072 |
| ORP-19 R2 | DST Caustic Addtion | $ 1,802 |
| ORP-21 | 241-SY Primary Ventilation System Backup Exhauster | $ 201 |
| ORP-23 R2 | Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades | $ 352 |
| ORP-24 R2 | Accelerate Saltcake Retrieval (U-107) | $ 704 |
| ORP-25 | Vadose Zone Acceleration in Support of SST Farm Closure | $ 199 |
| ORP-26 | Ready 241-AP-102 as an Available Receiver Tank | $ 147 |
| ORP-27 | Double-Shell Tank Integrity Project High Priority Caustic Additions, Video Inspections, and Ultra Sonic Testing Inspections | $ 167 |
| ORP-28 | Accelerated Tank Closure Demonstration | $ 954 |
| ORP-31 | FFCA Stack Closure | $ 275 |
| | | |
| | **Total** | $ 8,388 |
| | | |
| | The following SSPBIs are Pending Final Negotiation: | |
| ORP-14 R1 | SST Retrieval - Tank S-102 | TBD |
| ORP-18 | Accelerate W-520 Construction of the ILAW Disposal Facility | TBD |
| ORP-20 | SST Retrieval Tank S-112 | TBD |
| ORP-22 | Accelerate W-464 Construction of IHLW Storage Facility | TBD |
| ORP-23 R2 | Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades | TBD |
| | The following is a list of Potential SSPBI Areas | |
| | Remove Organic Layer from C-103 | |
| | Remove SY-103 from Watch List | |
| | Accelerate SST Retrieval Crawler Development | |
| | C-106 Closure Evaluation | |
| | Accelerate SST Leak Detection Upgrade | |
| | Enhanced Interim Stabilization of Equipment | |
| | Enhance Interim Stabilization of BY-103 and A-103 | |
| | | |

# FY 2001-2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Single-Shell Tank Interim Stabilization

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 5.01.03.02.05

Maximum Available Incentive Fee: *8 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

## SECTION 2
## Technical Contacts

*ORP Point of Contact: D. Bryson/A. Stevens*

*Contractor Point of Contact: W. Ross/A. Youngblood*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements**:

1. Complete Interim Stabilization of four tanks by September 30, 2001. (Earn 5% of fee per tank)
2. Reinitiate pumping of tanks A-101 and AX-101. (Earn 5.5% of fee per tank)
   a) Initiate pumping of tank A-101 by February 12, 2001.
   b) Initiate pumping of tank AX-101 by March 30, 2001.
3. Complete initiation of pumping of all Single-Shell Tanks (SSTs) (except tank C-103) listed in the Consent Decree no. CT-99-5076-EFS by September 30, 2002. (Earn 20% of fee)
4. Complete pumping requirements to remove sufficient liquid from SSTs so that 18% or less of pumpable liquid is remaining in accordance with the Consent Decree no. CT-99-5076-EFS by September 30, 2002. (Earn 10% of fee)
5. Complete Interim Stabilization of all SSTs (except tank C-103) listed in the Consent Decree no. CT-99-5076-EFS by September 30, 2003. (Earn 31% of fee)
6. Complete Interim Isolation of remaining SSTs in accordance with the Project Plan (HNF-2358) by September 30, 2004. (Earn 8% of fee)

Contractor's failure to meet any of the Consent Decree requirements associated with the above milestone(s) may result in forfeiture of the fee for the associated milestone(s).

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

### SECTION 4
### Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Items 2, 3:

a) Initiation of interim stabilization for each tank will be accomplished when actual pump operation has commenced and the pump operates at least 60% of the time over a 72-hour consecutive period, transferring a total of not less than 500 gallons of pumpable liquid tank waste.
b) Submit an Initiate Pumping Report to the ORP Director for Operations within 30 calendar days of completing the above requirement. This report shall include contractor validation packages for completed work.

Items 1, 4, and 5:

a) The Interim stabilization criteria are: (i) There is less than 5,000 gallons of supernate, and (ii) there is less than 50,000 gallons of drainable interstitial liquids, and (iii) the sustainable pumping rate (refill rate) is less than 0.05 gallons per minute. Requirement "(iii)" may be waived in the case of "major equipment failure," however, ORP may require the contractor to make the necessary repairs and pump additional liquid from the tank.

b) Submit letter within 10 working days after a tank pumping has been stopped in anticipation of meeting the interim stabilization criteria documenting the rationale for shut down at that point.

c) A cost benefit analysis shall also be provided in cases where the "major equipment failure criteria" are to be used. Tank will be considered interim stabilized only if it's accepted by DOE-ORP.

Item 4: The percentage of pumpable liquid remaining to be removed is calculated by dividing the volume of pumpable liquid remaining to be removed from tanks not yet interim stabilized by the sum of the total amount of liquid that has been pumped and the pumpable liquid that remains to be pumped from all tanks in accordance with the Consent Decree no. CT-99-5076-EFS.

Item 6: Interim isolation is complete when the requirements for isolation specified in the Project Plan are met, and a letter is submitted to ORP documenting completion on or before 9/30/04.

Changes to the Project Plan shall be subject to ORP approval.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Liquid Waste Removal Reports
Initiate Pumping Reports
Tank stabilization reports.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

Completion of interim stabilization date is based on historical data for pumpable volume and liquid drain rates. Variations for actual pumpable volume or drain rates for a specific tank may constitute bases for adjustment and renegotiation assuming pump start dates and operating efficiencies of 45 percent were met for that specific tank.

## FY 2001-2006 PERFORMANCE BASED INCENTIVE

### SECTION 5
### Signatures

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001-2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Single-Shell Tank Retrieval – Tank C-104

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 5.02.01.01.04.01.02, 5.02.01.02.06.04.01, 5.02.01.01.03.02.04, 5.02.01.02.06.04.01, 5.02.01.02.06.04.03, 5.02.01.02.06.04.09

Maximum Available Incentive Fee: *9.6 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Swailes/R. Lober*

*Contractor Point of Contact: J. Eacker/R. Wilson*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Acquire Cold Test, Training, and Mock-up Facility (CTTMF) and initiate testing in facility by June 30, 2002. The CTTMF must incorporate features that support the identified near term (2000-2006) needs of the Single-Shell Tank (SST) Program or have the capability to cost effectively add these features later to support the TPA milestone M-45 series. (Earn 17% of fee.)

2. Complete and submit to ORP the Conceptual Design Report (CDR) for C-104 Retrieval by September 28, 2001. (Earn 4% of fee.)

3. Complete draft Functions and Requirements (F&R) document for tank C-104, and submit to ORP by April 30, 2001. F&R document will detail SST target retrieval specification, leak detection monitoring and mitigation (LDMM) specification, both based on environmental risk/cost and retrieval/leak loss instrumentation and operational experience from DOE and industry as prescribed in M45-03-T04. (Earn 4% of fee.)

4. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval cold demonstration by April 30, 2004. This full-scale demonstration will be sufficient to support final design and testing of equipment, including LDMM approach used in the actual system. The demonstration must satisfy TPA M-45-03G). (Earn 17% of fee.)

5. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design (to include physical systems including design and operating strategies necessary for LDMM) by July 30, 2004. (Earn 17% of fee.)

6. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval construction (to include physical systems including those necessary for LDMM) by July 30, 2006. (Earn 41% of fee.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. The CTTMF must allow the testing and evaluation of waste transfer components in simulated tank conditions and will provide a training area for the crews that remove/install waste transfer systems and components. By January 15, 2001, submit the CTTMF acquisition strategy to ORP documenting the procurement strategy, schedule, and necessary DOE actions and due dates. By July 30, 2001, release the procurement documentation. Completion is defined by CHG issuance of the Request for Proposal. If an ORP critical design review is performed, then completion is defined by transmittal of the CHG-approved procurement package to ORP. By August 30, 2001, the RPP baseline must reflect a completion for obtaining beneficial occupancy and initiate testing by June 30, 2002.

2. Complete and submit to ORP by September 28, 2001, the CDR for C-104 Retrieval. The CDR will meet the requirements of a standard CDR with sufficient detail to support updating cost, schedule, and initiation of final design. Preliminary conceptual design activities may be initiated prior to obtaining Critical Decision 1.

3. Complete draft F&R document for tank C-104 and submit to the DOE (ORP) by April 30, 2001. This F&R document will address the elements discussed in M-45-03-T04 (e.g., Retrieval Performance Evaluations, LDMM strategy, lessons learned as well as standard F&R elements). Note for information only, this document will be submitted to Ecology for their comments (not approval) to support completion of the M-45-03-T04 TPA milestone.

4. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval cold demonstration. The demonstration will establish the performance of the equipment specified in the functions and requirements document. A letter report will be submitted to ORP to document the results of the cold demonstration. This product will meet the elements specified in TPA M-45-03G and will be submitted as a contractor approved document to ORP on or before April 30, 2004. (TPA date is 6/30/04 for ORP to submit letter to Ecology.)

5. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design (to include physical systems including design and operating strategies necessary for LDMM. Design will be considered complete when CHG has approved 90% of the design for fabrication and/or construction and a letter is submitted to ORP documenting compliance with this requirement by the Contractor on or before July 31, 2004. This product will meet the elements specified in TPA M-45-03H. (TPA date is 9/30/2004.)

6. Complete C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval construction (to include physical systems including those necessary for leak detection monitoring and mitigation). Construction will be considered complete when process equipment is installed and acceptance test procedures (ATPs) are completed. The contractor will submit a letter documenting the completion of this activity to ORP on or before July 30, 2006. (TPA date is 9/30/2006.) This product will meet the elements specified in TPA M-45-03I.

**DEFINITIONS:** *(define terms)*

Initiate testing by June 30, 2002, is defined as beginning of testing of the Tank S-112 Waste Retrieval System Project's Waste Dissolution System in accordance with a CHG approved test plan.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter reports to ORP documenting CTTMF: a) acquisition strategy (procurement strategy, schedule, and necessary DOE actions and due dates, b) procurement documentation, c) baseline update to reflect completion of the CTTMF facility, d) documenting beneficial occupancy and initiation of testing in the CTTMF, and e) the test initiation will be witnessed by the ORP Single-Shell Tank Project Manager. Documentation of the test initiation shall include date stamped data sheet(s) that includes the ORP Single-Shell Tank Project Manager's witness point and signature, and date stamped still photographs taken from the videotape log of the test.
2. Formal Contractor-approved CDR, C-104 Retrieval Demonstration.
3. Formal engineering report, F&R for C-104 Retrieval Demonstration. (DRAFT for Ecology review).
4. Letter report documenting the results of the cold demonstration which will establish the performance of the equipment specified in the functions and requirements document.
5. Letter to ORP documenting completion of the Design of the C-104 sludge/hard heel, confined sluicing and robotic technologies, waste retrieval design.
6. Letter to ORP documenting completion of construction of the C-104 sludge/hard heel, confined sluicing and robotic retrieval demonstration systems.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. The Critical Decision process, or other ORP required reviews or approvals, will be formally responded to within a time period of 30 calendar days. For example, ORP shall formally respond to Critical Decision 2 within 30 calendar days of receiving the Contractor approved Critical Decision 2 Package. A day for day slip in completion of milestones will be given to the Contractor for delays beyond the 30 calendar day review.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Tank Farm – Closure Support

Project Baseline Summary (PBS): TW011 Work Breakdown Structure (WBS): 5.05.01.01.01

Maximum Available Incentive Fee: *6.4 percent of total available FY 2001 – 2006 incentive fee pool*

Type: Stretch

### SECTION 2
### Technical Contacts

*ORP Point of Contact: J. Swailes/J. Cruz*

*Contractor Point of Contact: R. Dodd*

### SECTION 3
### Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.
4. This PI was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension.

**Specific Requirements:**

1. Complete and submit to ORP a draft update to the Single Shell Tank (SST) Closure Work Plan by August 30, 2001. Tank Closure Work Plan will include lessons learned from vadose zone RCRA Facility Investigation (RFI)/CMS and groundwater monitoring, regulatory uncertainties associated with retrieval and closure, C-106 retrieval path forward evaluation, and Retrieval Performance Evaluation on AX Tank Farm as prescribed in M45-06-T05. (2% of fee)
2. Complete and submit to ORP by April 15, 2001, the Options Report for identifying and assessing actions necessary to increase compliant tank space to retrieve SST waste as prescribed in M-45-12-T01. Draft will precede by 15 calendar days. (2% of fee)
3. Complete actions to minimize infiltration and run-on of water at Single-Shell Tank (SST) farms as identified in Engineering Report: "Single-Shell Tank Farms Interim Measures to Limit Infiltration Through the Vadose Zone," RPP-5002, Rev 0. Specific actions include:
   a. Decommissioning unneeded water lines in Waste Management Area (WMA) S-SX that are currently active and potentially leaking water to the surrounding soil by August 30, 2001. (1% of fee)
   b. Construct surface barriers or diversions to prevent run-on of water, at WMA U by August 30, 2001. (1% of fee)
4. Complete soil sampling in two characterization boreholes per approved work plan in WMA B-BX-BY by August 30, 2001. (4% of fee)

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

5. T/TX-TY activities:
   a. Issue to ORP the T/TX-TY site-specific work plan addendum for submittal to the Washington State Department of Ecology by March 22, 2001. (2% of fee)

   b. Complete borehole sampling by September 30, 2002, at WMAs T/TX-TY in accordance with the T/TX-TY site-specific work plan addendum submitted for M-45-54. (6% of fee)
6. Submit to ORP for review and comment the Field Investigation Report (FIR) for WMA B-BX-BY by December 15, 2002 to support M-45-55-T02. (4% of fee)
7. Submit to ORP an update to the SST Closure Work Plan by April 15, 2002. This work plan will incorporate Ecology comments that were provided on the FY 2001 draft update to the SST Closure Work Plan. This document will incorporate the elements of TPA M-45-06-T05. (3% of fee)
8. Submit to ORP for review and comment an FIR for WMA T/TX-TY by May 15, 2003 to support M-45-55-T03. (25% of fee)
9. Submit to ORP for review and approval a Phase 1 RFI Report integrating results of data gathering activities and evaluations for WMAs S-SX, T/TX-TY, and B-BX-BY and related activities, including groundwater monitoring and impacts assessment using Hanford Site groundwater models, with conclusions and recommendations by January 15, 2004, to support M-45-55. (13% of fee)
10. Complete and submit to ORP a draft update to the SST Closure Work Plan by May 30, 2004. This work plan update will incorporate updates to the vadose zone data as well as planning and fieldwork results for tank retrieval. This document will incorporate the elements of TPA M-45-06-T06. (12% of fee)
11. Submit to ORP a draft update to the SST Closure Work Plan by May 30, 2006. This update will incorporate changes or new information resulting from updated retrieval performance evaluations, vadose zone characterizations regulatory evaluations and retrieval actions. This document will incorporate the elements of TPA-M-45-06-T07. (25% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. Submit to ORP a draft update to the SST Closure Work Plan by August 30, 2001, which includes lessons learned from vadose zone RFI/CMS and groundwater monitoring, regulatory uncertainties associated with retrieval and closure, C-106 retrieval path forward evaluation, and the Retrieval Performance Evaluation on AX Tank Farm as prescribed in M45-06-T05.
2. Complete and submit to ORP by March 31, 2001 the draft Options Report for identifying and assessing actions necessary to increase compliant tank space to retrieve SST waste as required by M-45-12-T01. ORP has 5 working days to provide any comments. The final Options Report will be transmitted to ORP by April 15, 2001.
3. Complete decommissioning unneeded water lines in or near WMA S-SX that are currently active and potentially leaking water to the surrounding soil and construct surface barriers or diversions to prevent run-on of water at WMA U by August 30, 2001. Completion will be documented in a letter report that includes field logs, photographs of capped lines, results of line pressure testing and a description of the diversion/barrier added.
4. Complete soil sampling in two characterization boreholes in WMA B-BX-BY by August 30, 2001. If the locations of the soil boreholes cannot be used, ORP and Ecology will be notified of the reasons along with a proposed new location(s). A new location must be approved by ORP and Ecology within 10 working days of notification. Completion will be when samples have been taken as specified in the Work Plan, packaged and transported to the laboratory(s) for analysis. Completion will be

documented in a letter to ORP documenting receipt of the samples at the laboratory(s).

5. T/TX-TY Activities

- Issue to ORP the T/TX-TY site-specific work plan addendum for submittal to the Washington State Department of Ecology by March 22, 2001. ORP shall have 10 working days to provide comments. Issuance will occur when ORP comments are appropriated addressed, document modified accordingly, released through the engineering release station and transmitted to ORP.
- Complete soil sampling in boreholes as specified in applicable site-specific work plan addendum for WMAs T/TX-TY. Completion will be when samples have been taken as specified in the Work Plan, packaged and transported to the laboratory(s) for analysis. Completion will be documented in a letter to ORP documenting receipt of the samples at the laboratory(s). If the estimated cost and/or scheduled duration for the scope of work for this item exceeds the budget and/or schedule in the baseline, this PI shall be renegotiated.

6. Complete the FIR for B-BX-BY by December 15, 2002. ORP shall have 10 working days to provide comments. Completion is defined as when ORP comments are appropriately addressed, the document modified accordingly and provided to ORP for submittal to the Washington State Department of Ecology. M-45-55-T02 (due on January 31, 2003 in TPA)
7. Submit to ORP an update to the SST Closure Work Plan by April 15, 2002. ORP shall have 10 working days to provide comments. This draft update to ORP will incorporate the elements identified in TPA M-45-06-T05 (due on June 30, 2002 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 11, 2002.
8. Complete the FIR for T/TX-TY by May 15, 2003. ORP shall have 10 working days to provide comments. Completion is defined as when ORP comments are appropriately addressed and the document modified accordingly and provided to ORP for submittal to the Washington State Department of Ecology. M-45-55-T03 (due on June 30, 2003 in TPA).
9. Submit to ORP for approval by January 15, 2004, a Phase 1 RFI Report integrating results of data gathering activities and evaluations for WMAs S-SX, T/TX-TY, and B-BX-BY and related activities, including groundwater monitoring and impacts assessment using Hanford Site groundwater models, with conclusions and recommendations. ORP will transmit the document to Ecology for their review and concurrence to satisfy requirements of M-45-55 (due February 28, 2004 in TPA).
10. Submit to ORP a draft update to the SST Closure Work Plan by May 30, 2004. This draft update will incorporate the elements identified in TPA M-45-06-T06 (due on June 30, 2004 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 15, 2004**.**
11. Complete and submit to ORP draft update to the SST Closure Work Plan by May 30, 2006. This draft update will incorporate the elements identified in TPA M-45-06-T07 (due on 6/30/2006 in TPA). The update will also incorporate comments received on the earlier SST Closure Work Plan by ORP or regulators that has been formally provided to CHG by March 15, 2006**.**

**DEFINITIONS:** *(define terms)*

The content of the FIRs and Remedial Field Investigation Report is defined in the Phase RFI/Corrective Measures Study Work Plan for SST Waste Management Areas and through refinements as a result of discussions between Ecology and DOE.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Issue draft SST Closure Work Plan update (update to DOE/RL 89-16, Rev 1).
2. Report on Options for Increasing Compliant Tank Space. Draft will precede by 15 calendar days (03/31/01).
3. Letter report documenting cutting/capping lines by S/SX farm and adding diversion barrier at U Farm.
4. Letter documenting that soil samples from WMA B-BX-BY have been received at laboratory.
5. a. Issue addendum to T/TX-TY site-specific work plan
   b. Issue letter documenting soil samples from WMA T/TX-TY have been received at laboratory.
6. FIRs for WMA B-BX-BY.
7. Update to SST Closure Plan document (DOE/RL 89-16) as Rev 2.

8. FIRs for WMA T/TX-TY
9. RFI Report integrating results of data gathering activities and evaluations for Waste Management Areas S-SX, T/TX-TY and B-BX-BY.
10. SST Closure Work Plan updates (1 draft, 3 final).

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

ORP will have 10 working days from receipt of FIR documents to provide final and complete comments back to the contractor for consideration and resolution. A day for day slip in dependent deliverables will result if the 10 working days is exceeded.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: FY 2001 Deferred Work Scope

Project Baseline Summary (PBS): TW03,04,08 Work Breakdown Structure (WBS): 5.01

Maximum Available Incentive Fee: *Superstretch Fee Potential = $1,185K*[1]
*Total Estimated Superstretch BCWS = $7,989K*

Type: Superstretch

[1] *$7,989K BCWS + $1,185K Fee = $9,174K Funds*

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: L. Erickson*

*Contractor Point of Contact: D. B. Cartmell*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements and Corresponding Basis for Performance Incentive:**

Pursuant to Baseline Change Request (BCR) RPP-01-054, complete the following (fee for individual items will be earned in the fiscal year in which the work is completed regardless of the milestone dates):

1. Evaporator Condenser Replacement. This activity will remove the existing carbon steel condenser at the 242-A Evaporator, and replace it with a new stainless steel condenser that is currently in storage, to ensure the continued availability of the Evaporator. Specific subtasks identified in this estimate are: plan and prepare for the evaporator condenser replacement, installation of the existing spare evaporator condenser, and preparation for restart of condenser and conducting a Standard Start-up Review in accordance with the procedure HNF-PRO-055, "Facilities Start-up Readiness." Timely replacement of the 242-A evaporator condenser ensures uninterrupted evaporative capability to the tank farms. The evaporator directly supports the ability to manage the volume of waste contained in the Double-Shell Tanks (DST). A prolonged outage of the evaporator would severely jeopardize the River Protection Project's (RPP) commitment to Ecology with respect to interim stabilization of the Single-Shell Tanks (SST) and retrieval of SST wastes. Milestone date 09/30/06. (Earn 13.1% of fee)
2. Deactivation of 702-A. This includes the design, Job Control System (JCS) planning, procurement, fabrication, testing, and turnover for capping the 296-A-17 and the 400 cfm exhauster stacks for isolation from the equipment. Since the 702-A ventilation system is no longer required to support on-going tank farm operations or the Waste Feed Delivery mission, good conduct of operations requires that it be deactivated. It also must be deactivated in order to meet the requirements of the State of Washington Department of Ecology's (Ecology) Administrative Orders 1250 and 1251, Action 5. Deactivation of 702-A must be completed within one year of the 06/30/05, deadline imposed by this order. Milestone date 09/30/06. (Earn 10.7% of fee)
3. Resolve SST Domeload Conservatism. Reevaluation and analysis of existing domeload restrictions for operational efficiencies. This activity will close historic questions on the existing dome load limits for SST farms. This may result in a reduction in the conservatism and a corresponding increase in the allowed loads on tanks. This is important to retrieval system design and

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

operation of SST farms. Milestone date 09/03/06.(Earn 4.5% of fee)

4. Standard Hydrogen Monitoring System (SHMS), remove and isolate. Removal of four (4) SHMS and isolation of one (1) SHMS. Removal of these five SHMS from active status will eliminate approximately $175K of operating costs per year or a net savings of more than $2.5M during Phase I (2018) of the waste-processing project. Milestone date 09/30/06.(Earn 2.6% of fee)
5. Information Resource Management (IRM) Integrated Data Management System Pilot. Pilot in process for CHG Procedures area. Integrated Data Management System (IDMS) includes workflow and electronic approvals. Completion of the IDMS Pilot will identify the key components and demonstrate the viability of implementation of this automated system. If successfully demonstrated, implementation of the IDMS at a cost of $3.75M is expected to result in a savings of $6.9M per year beginning in FY 2003. Milestone date 09/30/06.(Earn 5.0% of fee)
6. Inactive S/SX Work (Abandoned Equipment). Removal of eight (8) WFIEs, one (1) Heat Trace Cabinet, two (2) inactive Exhausters and Deactivation of sixteen (16) Vertical Storage Units in S and SX Farms. Removing or deactivating old legacy equipment is required for good Conduct of Operations and supports the Land Disposal Restrictions (LDR) planning. This inactive equipment detracts from the farm housekeeping and is a potential source of surface contamination. Milestone date 09/30/06. (Earn 3.2% of fee)
7. TMACS Connections. Completion of sixteen (16) TMACS Connections. Completion of an additional 16 Tank Monitoring and Control System (TMACS) connections will accelerate full conversion to TMACS, thereby providing enhanced capability to manage the tank farms. The TMACS provides a more reliable, automated system for monitoring and reporting status of the tanks. Milestone date 09/30/06. (Earn 8.8% of fee)
8. CASS to TMACS. Completion of CASS to TMACS Phase One installations for six (6) locations. Completion of CASS to TMACS Phase Two installations for nine (9) locations. This will complete the transfer of CASS to TMACS that will provide enhanced capability to manage the tank farms. The TMACS provides a more reliable, automated system for monitoring and reporting status of the tanks. Milestone date 09/30/06. (Earn 4.0% of fee)
9. Reduce Contamination Zones in SST Farms. Reduction of contamination zones by approximately 400,000 square meters in SST farms. Reduction in the area of contamination zones is expected to increase worker efficiency by accelerating the movement of workers into and out of farms. It will also reduce potential airborne contamination. Milestone date 09/30/06. (Earn 16.2% of fee)
10. ENRAF - Liquid Level Gauge (LLG) Upgrades. Completion of seven (7) ENRAF installations. This will provide the capability to monitor changes in liquid levels in tanks, as required by DOE order and environmental regulations, where either the existing LLG is broken or no LLG currently exists. Milestone date 09/30/06. (Earn 3.7% of fee)
11. Drawing Upgrades. H-14 system drawing development for 244-TX, 244-BX, 204-AR. Label replacement preparation and installation in C Farm, 244-A, 244-S, 244-TX, 244-U. This will provide improved configuration management and control of tank farm systems. Drawing and labeling upgrades enhance worker safety by providing added assurance that we know and understand the as-built condition of a tank farm system any time we plan to operate, maintain, or upgrade that system. Milestone date 09/30/06. (Earn 10.3% of fee)
12. Raw Water Totalizers. Installation of three (3) Raw Water Totalizers. The measuring capability of the raw water totalizers provides enhanced capability to better manage DST space by providing more accurate measurement of water that is purposely added to the tank farm system, e.g., for line flushes. DST space is at a premium as we continue to add waste from the SST (both from the Interim Stabilization project and from retrieval of SST wastes), particularly since vitrification of tank wastes is not scheduled to start until 2007. Milestone date 09/30/06. (Earn 1.1% of fee)
13. Project W-420 Stack Monitoring Upgrade. Design and fabrication work scope except for remaining monthly Management Reports, alternative engineering study and cost estimates. The Project W-420 Stack Monitoring Upgrades is required to provide accurate measurement of air emissions for several tank farm facilities. Accurate measurement and reporting of air emissions is needed to show that RPP and the Hanford Site are in compliance with National Emissions Standards for Hazardous Air Pollutants (CAA) (NESHAPS). Milestone date 09/30/06. (Earn 9.6% of fee)
14. Electrical Circuit Verification Elementary Drawings. Completion of eighteen (18) Tank Farms, five (5) DCRTs and two (2) facilities electrical circuit verifications (identification of power feeds to instrument cabinets). This is needed to improve configuration management and control of electrical systems in the tank farms. This will enhance worker safety through improved lock and tag processes with higher integrity electrical drawings. Milestone date 09/30/06. (Earn 6.2% of fee)
15. Leak detection monitoring and mitigation (LDMM) Technology Assessment Comparison Report. Final comparison report for LDMM technology assessment. This will combine the data from a number of individual tests into a single summary report covering all the tests, thereby facilitating internal and stakeholder use. Milestone date 09/30/06. (Earn 1.0% of fee).

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The Contractor will submit a letter report documenting completion for each item noted in the table below:

**FY 2001 WORKSCOPE**
**Unfunded BCWS**

1. Evaporator Condenser replacement. (partial scope)
$1,200.0

2. Deactivation of 702-A. (entire scope)
$737.0

3. Reevaluation and analysis of existing dome-load restrictions for operational efficiencies. (entire scope)
$462.0

4. Removal of up to four (4) SHMS and isolation of up to one (1) SHMS. (entire scope)
$248.4

5. Pilot in process for CHG Procedures area. IDMS includes workflow and electronic approvals (partial scope)
$390.0

6. Removal of eight (8) WFIEs, one (1) Heat Trace Cabinet, two (2) Inactive Exhausters and Deactivation of sixteen (16) Vertical Storage Units in S and SX Farms.
$246.0

7. Completion of sixteen (16) TMACS Connections. (partial scope)
$727.3

8. Completion of CASS to TMACS Phase One installations for six (6) locations. Completion of CASS to TMACS Phase Two installations for nine (9) locations.
$307.6

9. Reduction of contamination zones by approximately 400,000 square meters in SST Farms.
$1,183.0

10. Completion of seven (7) ENRAF installations. (partial scope)
$267.2

11. H-14 system drawing development for 244-TX; 244-U; 244-BX; 204-AR. Label replacement preparation and installation in C Farm; 244-A; 244-S; 244-TX; 244-U. (partial scope)
$797.2

12. Installation of three (3) Raw Water Totalizers. (entire scope)
$109.7

13. Design and fabrication workscope except for remaining monthly Management Reports, alternative engineering study and cost estimates. (partial scope)
$700.0

14. Completion of eighteen (18) Tank Farms, five (5) DCRTs and two (2) facilities electrical circuit verifications (identification of power feeds to instrument cabinets).
$513.2

15. Final comparison report for LDMM technology assessment.

$100.0

***Total: $7,988.6***

**DEFINITIONS:** *(define terms)*

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

The Contractor will submit a letter report documenting completion for each item in Section 3.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**SECTION 1**
**General Information**

Title: Double-Shell Tank Caustic Addition

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 5.01.03.05.

Maximum Available Incentive Fee: Superstretch Fee Potential** = $1,802K
*$813K (FY 2001)[1], $989K (FY 2002)[2]*

Type: Superstretch

[1]FY 2001: $8,026K** BCWS + $813K Fee = $8,839K Funds*

[2]FY 2002: $1,985K** BCWS + $989K Fee = $2,974K Funds

*Efficiencies realized in this SSPI have allowed additional scope to be performed.

**Superstretch fee set at 18%. BCWS and corresponding fee dollars subject to change based on approved BCR.

**SECTION 2**
**Technical Contacts**

*ORP Point of Contact: J. Swailes/D. Noyes*

*Contractor Point of Contact: D. Allen/M. Ostrom*

**SECTION 3**
**Performance Expectations and Earning Schedule**

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

4. ORP-19, Revision 1was based upon a previously negotiated and/or approved PI for FY 2001. Previously approved PIs were deleted upon entering into the contract extension. Additional basis for Revision 1 of the PI are documented in Baseline Change Request (BCR) RPP-01-095 and RPP-01-123.

5. ORP-19, Revision 2 supercedes preceding statement #4 above (refer to BCR RPP-02-038 for additional basis). This change in sampling activities does not impact the available fee for those Expectations that have already been completed. See Attachment A.

SUPERSTRETCH (100%)

A. Complete the addition of sufficient caustic to Tank AY-101 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 6.9% of fee.
B. Complete the addition of sufficient caustic to Tank AY-102 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 6.9% of fee.
C. Complete the addition of sufficient caustic to Tank AN-102 by September 30, 2001 to bring calculated bulk hydroxide concentration within chemistry specification – earn 16.4% of fee.
D. Complete the addition of sufficient caustic to Tank AN-107 by January 30, 2002, to bring calculated bulk hydroxide concentration within chemistry specification – earn 20.8% of fee.

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

E. Restore annulus ventilation flow to Tank AY-101, isolate source of water intrusion into the AY-101 annulus, and perform video inspection of the annulus for Tank AZ-102 by September 30, 2001. AN-107, AN-102, and AY-102 annulus ventilation systems must also be in operation in accordance with the existing baseline to earn this fee – earn 3.9% of fee.
F. Replace Tank AN-107 corrosion probe by September 30, 2001 – earn 3.2% of fee.
G. Procure an Ultra Sonic Testing (UT) crawler for the Tank Integrity Assessment Project by September 30, 2001 – earn 2.2% of fee.
H. Develop a Double-Shell Tank (DST) chemistry surveillance program for corrosion protection by September 30, 2001 – earn 1.7% of fee.
I. Complete verification sampling on Tanks AY-101, AY-102, and AN-102, and issue final report on chemistry status of tanks by September 30, 2002 – earn 2.3% of fee.
J. Deploy new and modified nondestructive examination (NDE) and cleaner crawler system in Tank AY-101 by November 30, 2001 – earn 8.1% of fee.
K. Complete inspection of Tank AY-101 with the new/modified NDE crawler systems by June 30, 2002 – earn 6.5%.
L. Complete video and radiological evaluation (smear test) of potential tank wall penetration at two identified stained areas of Tank AY-101 by October 1, 2001 – earn 4.7% of fee
M. Complete gas penetrant evaluation of potential tank wall penetration at two identified stained areas of Tank AY-101 by February 28, 2002 – earn 4.7% of fee.
N. Complete video inspection of Tanks AW-101, AW-102, AW-106, AY-102, AZ-101, and AZ-102 by September 30, 2001 – earn 3.9% of fee.
O. Complete the addition of sufficient nitrite to Tank AY-102 by November 30, 2001 to bring calculated bulk nitrite concentration within chemistry specification – earn 2.6% of fee.
P. Complete grab sampling and analysis on Tank AZ-102 by December 30, 2001 – earn 1.7% of fee.
Q. Complete an air lift circulator mixing evaluation on Tank AY-102 by September 30, 2002 – earn 3.5% of fee.

### SECTION 4
### Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Rebaseline scope, schedules, and completion milestones are provided in letter R. F. Wood, CHG, to J. J. Short, ORP, "Contract Number DE-AC27-99RL14047, Baseline Change Request for Definition and Funding of Action Plan to Respond to Defense Nuclear Facilities Safety Board Tank Integrity Issues," CHG-0004843 R2, dated November 17, 2000, including the "Double-Shell Tank Corrosion Mitigation Action Plan," and letter D. I. Allen, CHG, to A. B. Sidpara, ORP, "Contract Number DE-AC27-99RL14047; Transmittal of the Double-Shell Tank Integrity Program Plan." CHG-0007063 R1, dated February 8, 2001. Completion of Expectations A-D shall be documented by CHG letter to ORP stating that the required calculated volume of caustic has been added to each tank per the specified Tank Farm Operating Procedure, with attached procedure data sheets. Characterization data necessary to verify caustic addition calculations will also be provided. This will provide the basis showing the tanks should now be in specification. Post-caustic addition sampling and analysis completion is defined under completion of Superstretch I.

Completion of Expectation E shall be documented by CHG letter to ORP stating that the Tank AY-101 annulus vent system has been placed back into service per the applicable Tank Farm Operating Procedure, with attached procedure data sheets.

Completion of Expectation F shall be documented by CHG letter to ORP stating that the tank AN-107 corrosion probe has been replaced by September 30, 2001 as documented by an approved acceptance test report.

Completion of Expectation G shall be documented by CHG letter to ORP indicating that the UT crawler for the Tank Integrity Assessment Project has been procured, and attaching a copy of the receipt inspection report by September 30, 2001.

Completion of Expectation H shall be documented by CHG letter to ORP indicating that a plan containing a chemistry surveillance program for DST corrosion protection has been released by Document Control by September 30, 2001. Implementation of this plan by October 30, 2001 will be a quality criteria for payment of fee.

Completion of Expectation I shall be documented by CHG letter to ORP attaching a copy of final report on chemistry status of

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

Tanks AY-101, AY-102, and AN-102 by September 30, 2002.

Completion of Expectation J shall be documented by completion of test report and work package status sheets by November 30, 2001.

Completion of Expectation K shall be documented in a released report on the results of the Tank AY-101 UT inspection with the new/modified NDE crawler system per the approved inspection plan for this work by June 30, 2002.

Completion of Expectation L shall be documented by work package status sheets by October 1, 2001.

Completion of Expectation M shall be documented in a released report on the results of the Tank AY-101 stain evaluations by February 28, 2002.

Completion of Expectation N shall be documented by work package status sheets by September 30, 2001.

Completion of Expectation O shall be documented by CHG letter to ORP by November 30, 2001, stating that the required calculated volume of nitrite has been added to the tank per the specified Tank Farm Operating Procedure, with attached procedure data sheets. Characterization data necessary to verify nitrite addition calculations will also be provided. This will provide the basis showing the tank should now be in specification.

Completion of Expectation P shall be documented by CHG letter to ORP attaching a copy of final report on chemistry status of Tank AZ-102 by December 30, 2001.

Completion of Expectation Q includes corrosion potential testing and an air lift circulator mixing analysis and shall be documented by CHG letter to ORP attaching a copy of final report by September 30, 2002.

**DEFINITIONS:** (define terms)

Sufficient Caustic/Nitrite: Calculations to determine "sufficient caustic/nitrite" for Expectations A-D and O are based on the DST chemistry specifications contained in Tank Farm Technical Safety Requirement (TSR) HNF-SD-WM-TSR-006, Administrative Control 5.15, Table 5.15.1, and on tank characterization data.

The new/modified NDE crawler system in Expectations J and K, and the equipment for evaluating the stained areas of Tank AY-101 in Expectation L and M, shall be designed to reach, or assess, the areas of highest potential for corrosion or wall penetration, to the extent practicable with existing technologies.

The video examinations of Expectation N shall include video examinations through at least four (4) annulus risers and one (1) primary dome riser.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Letters to ORP as indicated in Define Completion above.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

Expectation E, for isolation of annulus water intrusion, is limited to water systems and pit sealing.

Expectation G, Contractor studies have determined that the UT crawler was the appropriate technology for performing the tank integrity assessment.

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

The transfer pump in Tank AN-102 can be made operable without having to remove or replace the pump.

Expectation J can be performed without amending the current Authorization Basis.

**SECTION 5**
**Signatures**

ORP Contracting Officer Representative/Date

CHG President and General Manager/Date

ORP Contracting Officer/Date

CHG Contract Representative/Date

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Develop and Implement Strategy to Meet M-43 and Accelerate E-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 5.02.02.03.02

Maximum Available Incentive Fee: *Superstretch: Fee Potential = 10-20% BCWS*
*Total Estimated Superstretch BCWS = $47,576K*
*Until Total BCWS is determined per Section 3, Superstretch BCWS will be allocated to individual Specific Requirements*[1]

Type: Superstretch

[1]BCWS for Specific Requirements 2 is $3,200K. Fee potential for Specific Requirements 2 is $352K. (11% of BCWS)

Note: ORP may at its unilateral discretion choose to revise downward the baseline cost estimate for this SSPBI to reflect the results of the FY 2002 baseline improvement process (BIP). No payments upon this SSPBI would be made until the FY 2002 BIP baseline change request (BCR) has been approved by ORP.

## SECTION 2
## Technical Contacts

*ORP Point of Contact: W. Taylor/T. Hoertkorn/C. Louie*

*Contractor Point of Contact: J. Eacker/J. Van Beek/D. Rewinkel*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. CHG will submit a contractor-prepared and ORP approved overall Strategy Plan that details a comprehensive and integrated approach for managing the major activities required to meet regulatory commitments for the Double-Shell Tank Farm systems, structures, and components, in accordance with Tri-Party Agreement Milestone M-43 by July 31, 2002. The strategy for M-43 compliance will be integrated with those for TPA Milestones M-48 (formally Administrative Orders 1250/1251) and M-23.

2. CHG will submit the E-525 Initial Design Report (IDR) to the ORP by June 30, 2003 (earn 100% of fee). Upon approval of this PBI, CHG is authorized to begin work on the IDR for this expense-funded activity.

Execution of the upgrade activities, as defined in the E-525 IDR, will be incentivized in this Performance Based Incentive (including the BCWS and fee) and will be based on the Total Estimate at Completion (TEC) documented in the IDR. The BCWS and fee for the scope identified in the IDR will be negotiated by July 30, 2003.

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. The Strategy Plan will describe the rationale for determining whether a Tank Farm system, structure, or component (SSC) needs to be upgraded, isolated, or exempted by regulatory waiver and will identify which Tank Farm SSCs are being upgraded, isolated, or exempted.

2. The E-525 Initial Design Report will combine the activities normally associated with Conceptual Design and Preliminary Design into a single accelerated design activity. The IDR will provide the information needed to support Definitive Design of the upgrades identified by E-525 and derived from DOE Order 413.3 for the following design packages: AZ-151 catch tank replacement; SY Farm transfer lines; Clean Out Box modifications; 204-AR vault transfer line; and Plutonium Finishing Plant (PFP) transfer lines.

**DEFINITIONS:** *(define terms)*

N/A

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter documenting submittal of a contractor-prepared and ORP approved overall Strategy Plan.

2. Letter documenting submittal of the E-525 IDR.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

Specific Requirements 1:

On contractor-prepared and ORP approved review cycles, ORP will have 10 working days to review, and submit comments. The Contractor will have 5 working days to disposition ORP comments. ORP will have 5 working days for approval of the document. Any delay in the ORP approval will extend the due date on a day for day basis.

Specific Requirements 2:

Authorization to proceed with design of the 5 identified packages is received from ORP by June 10, 2002. Any delay in receiving authorization to proceed will extend the due date on a day for day basis.

## SECTION 5
## Signatures

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Accelerate Saltcake Retrieval (U-107 Saltcake Dissolution Proof-Of-Concept)

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 5.01.04.02.08

Maximum Available Incentive Fee: Superstretch Fee Potential = $704K[1]

Type: Superstretch

[1]$3,522K BCWS + $704K Fee = $4,226K Funds

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Swailes/R. Lober*

*Contractor Point of Contact: D. Allen/A. Youngblood*

## SECTION 3
## Performance Expectations and Earning Schedule

**Basis For Performance Incentive:**

Tank U-107 has been identified as posing the highest long-term risk to the Columbia river of all Single-Shell Tanks (SSTs). This is due to the high content of mobile, long-lived radionuclides mostly in the solid saltcake waste in the tank. To meet current contractual and consent decree commitments this tank is being prepared for interim stabilization starting in April 2001. It is currently scheduled for saltcake retrieval in 2023. This Superstretch Performance Based Incentive (SSPBI) would install a parallel system to dissolve and retrieve a portion of the saltcake as part of interim stabilization, thus significantly reducing the cost for this work due to the potential use of parts of the interim stabilization equipment for saltcake retrieval, reduce the risk to the Columbia river, accelerate cleanup work by performing the first ever removal of saltcake from any SST (currently S-112 is planned for 2004 per the Tri-Party Agreement [TPA]) 3 years early and will reduce the risk associated with the S-112 retrieval.

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

1. Issue a process control plan by 05/01/01. (Earn 5% of fee)
2. Design, procure, install, and perform an acceptance test on a system to dissolve saltcake in Tank U-107 by 09/30/01. Submit completion letter by 10/30/01. (Earn 25% of fee)
3. Operate the system as specified by the process control plan; monitor results, and transfer at least 100,000 gallons of fluid from U-107 to the Double-Shell Tank (DST) system by 09/30/02. Submit completion letter by 10/31/02. (Earn 40% of fee)
4. Obtain a sample during the operating period and analyze to measure the physical and chemical characteristics of the process fluid by 11/30/02. (Earn 10% of fee)
5. Submit a saltcake dissolution summary letter report on saltcake dissolution proof of concept results on Tank U-107 to the U.S. Department of Energy (DOE) by 12/31/02. The report should identify lessons learned to be utilized in the S-112 design. (Earn 20% of fee)

**SECTION 4**
**Performance Requirements**

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 though 4 are target dates. Fee can be earned by completing the performance expectation by the target date. If Performance Expectations 1, 2, 3, or 4 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 5 is completed. Performance Expectation 5 must be completed by 12/31/02 to support S-112 retrieval demonstration activity (i.e., M-45-03C), in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 5.

1. Contractor shall issue a process control plan by 05/01/01.
2. Contractor will have installed a system to demonstrate the effectiveness of a saltcake removal technology for a SST. The Contractor shall submit a letter (or letters) to DOE to formally document that data which will be acquired during the test to support Items 3 and 4 and that system installation is complete by 10/30/01.
3. Contractor will have operated the saltcake dissolution system as specified by the process control plan to demonstrate the effectiveness of the system. At least 100,000 gallons, as measured by the interim stabilization flow totalizer, shall be transferred to the DST, and a sample of the process fluid will have been obtained for analysis. The contractor will have monitored performance during system operation and will submit a letter to DOE documenting these actions by 10/31/02. Note: The 100,000 gallon requirement is a target volume that may be waived with the concurrence of the DOE.
4. To support future retrieval, transfer designs, and to quantify contaminants of concern moved to safe storage in DSTs, a sample will be obtained during the operating period and analyzed to measure the physical and chemical characteristics (e.g., pH, solids fraction, viscosity, etc.) of the process fluid. A letter report with the laboratory analysis provided will be submitted by 11/30/02.
5. The Contractor shall submit a letter report that summarizes the results of the operations and which documents how readily the waste form dissolves with solution additions by 12/31/02. This document will address the estimated volume of saltcake removed from the tank, the stability of the waste form for long-term storage (e.g., impact of intrusion), as well as summarizing lessons learned to be utilized in the S-112 design and/or deployment from lessons learned, and environmental risk which have been moved to safe storage in DSTs, and recommendations for further application of the selected technology.

**DEFINITIONS:** *(define terms)*

- Operation of saltcake dissolution system: This saltcake dissolution proof-of-concept will involve new equipment and technology. A significant element of the project will be to observe the effectiveness of the technology, measuring the in-tank solubility of the waste form, and to implement equipment or process modifications where required. In addition to adding water to dissolve saltcake, the term "operate" shall include but not be limited to activities such as observation and measurement of results, modifications to equipment to enhance results, preparation of work packages, procedures and other documents that may be required to initiate or continue field activities once the system start up has been completed.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Process Control Plan
2. Letter documenting completion of equipment installation.
3. Letter documenting the operational activities to demonstrate the effectiveness of the system including an assessment of the physical and chemical characteristics of the waste transferred from the tank.
4. Letter report transmitting the laboratory analysis of the process fluids.
5. Letter report documenting the results of the saltcake dissolution.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. Existing leak detection systems and methodology will be adequate for this saltcake retrieval activity. Delays resulting from the incorporation of additional systems/methodology will result in a day for day slip in the performance milestones.
2. The current Management Self-Assessment protocols currently used by the Interim Stabilization Project are adequate for the operation of this equipment. Delays caused by the imposition of any additional assessments or reviews prior to the system startup and operations will result in a day-for-day slip in the performance milestones.
3. If Tank U-107 is proven to be an unacceptable tank, CHG will submit another tank to perform this proof of concept test.
4. The transfer line used to pump Tank U-107 is unplugged and returned to service no later than 05/31/02.
5. The designated receiver DST has adequate space available to receive the U-107 waste.
6. The total supernate inventory is transferred within 14 days of the resumption of saltwell pumping of U-107, based on a net waste transfer flow rate of 2 gpm and 50% operating efficiency. If the supernate inventory cannot be removed within 14 days of pumping, a day-for-day slip in performance milestones will result.

If these assumptions prove to be inaccurate, then the completion dates in this SSPBI will be renegotiated.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Double-Shell Tank Integrity Project High Priority Caustic Additions, Video Inspections, and Ultra Sonic Testing Inspections

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 5.01.03.05.

Maximum Available Incentive Fee: Superstretch Fee Potential* = $167K

Type: Superstretch

FY 2002: $1,667K* BCWS + $167K Fee = $1,834 Funds

*Superstretch fee set at 10%. BCWS and corresponding fee dollars subject to change based on approved BCR.

Note: ORP may at its unilateral discretion choose to revise downward the baseline cost estimate for this SSPBI to reflect the results of the FY 2002 baseline improvement process (BIP). No payments upon this SSPBI would be made until the BIP baseline change request has been approved by ORP.

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Swailes/D. Noyes*

*Contractor Point of Contact: D. Allen/M. Ostrom*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

SUPERSTRETCH:

1. Complete ultrasonic testing (UT) reinspection of Double-Shell Tanks (DSTs) AP-108 by September 30, 2002 – earn 10.4% of fee.
2. Complete the addition of sufficient caustic to (DSTs AZ-102 and AN-106 by September 30, 2002, to bring calculated bulk hydroxide concentration within chemistry specification – earn 32.1% of fee.
3. Complete the preparations to make the Synthetic Aperture Focusing Technique/Tandem-Synthetic Aperture Focusing Technique (SAFT/T-SAFT) ultrasonic inspection tool ready for deployment in a Double Shell Tank (DST) by September 30, 2002 - earn 18.7% of fee.
4. Complete video inspections of the following DSTs: AN-101, AN-102, AN-103, AN-104, AN-106, AN-107, AP-107, AP-108, AW-103, and AW-104 by September 30, 2002 – earn 38.8% of fee.

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

Completion of Expectation 1 shall be documented in RPP-6684, Revision 0B, *Ultrasonic Inspection Results of DST 241-AP-108* on the results of the UT inspection for Tank AP-108 per the approved inspection plan by September 30, 2002. The inspection of AP-108 will consist of a reexamination of the indication found in a prior UT inspection (July 2000).

Completion of Expectation 2 shall be documented by CHG letter to ORP stating that the required calculated volume of caustic has been added to each tank per the specified Tank Farm Operating Procedure, with attached procedure data sheets including caustic transfers, copies of the calculations and certifications of analysis from the chemical manufacturers verifying required weight percentage of sodium hydroxide. Sufficient caustic shall be added to each tank to bring the tanks into specification for a minimum

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

of 5 years per the definition of sufficient caustic/nitrite in Definitions below. Earn 8.05% of fee for completing one tank and full fee (32.1% of total) for completing both caustic additions.

Completion of Expectation 3 shall be documented in a performance demonstration test report. The performance demonstration test report will document SAFT/T-SAFT performance demonstration results of a tank knuckle mockup with crack like fabrications set up as a prototype DST annulus wall and lower knuckle. The report will also document the ability of the operators to operate and interpret the data collected. This document will be used as the baseline for identifying circumferential stress corrosion cracking in the lower knuckle regions of actual DSTs.

Completion of Expectation 4 shall be documented in released reports for each of the 10 tanks by September 30, 2002.

**DEFINITIONS:** *(define terms)*

Sufficient Caustic/Nitrite: Calculations to determine "sufficient caustic/nitrite" for Expectation 2 are based on the DST chemistry specifications contained in Tank Farm Technical Safety Requirement (TSR) HNF-SD-WM-TSR-006, Administrative Control 5.15, Table 5.15.1, and on tank characterization data prior to the caustic additions. Sufficient caustic/nitrite is defined as the free hydroxide concentration above the minimum specification in Table 5.15.1, which is calculated to keep bulk hydroxide concentration above the minimum specification for at least 5 years. The amount of caustic to be added will be documented in released engineering calculations.

The video examinations of Expectation 4 shall include 360° video examinations through at least four (4) annulus risers and one (1) primary dome riser.

For Expectation 3, Pacific Northwest National Laboratory will begin fabrication of the stress corrosion cracked plate into a knuckle performance demonstration test plate by June 17, 2002. The performance demonstration test will measure the performance of SAFT/T-SAFT against its Functions and Requirements and it will test the operator's ability to operate the SAFT/T-SAFT and correctly interpret data collected as specified in *Crack Sizing Requirements* (PNNL-13436, *Functions and Requirements for the DST Knuckle Region Ultrasonic Scanning System*).

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

As indicated in Define Completion above.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

For Expectation 1, UT data can be obtained from AP-108 using the technologies identified in the Inspection Plan (RPP-8867, Engineering Task Plan for the Ultrasonic Inspection of Hanford DST 241-AP-108 and 241-AY-101 and 241-AZ-102 – FY 2002)

For Expectation 2, no forced mixing is required for the caustic addition activities; therefore, the work does not include pump installation or use. A process control plan/memorandum must be forwarded to ORP for review prior to commencement of caustic additions.

For Expectation 3, continued receipt of EM-50 funding to a total of $420K will be received to support SAFT/T-SAFT development.

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 5
## Signatures

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Accelerated Tank Closure Demonstration Project

Project Baseline Summary (PBS): TW11 Work Breakdown Structure (WBS): 5.05.01.02

Maximum Available Incentive Fee: FY 2002 = Superstretch Fee Potential = $954K[1]
FY 2003-2005 = To Be Negotiated[2]

Type: Superstretch

[1]FY 2002: $6,361K BCWS + $954K fee = $7,315K funds. Budgeted Cost of Work Scheduled (BCWS) and corresponding fee dollars subject to change based on approved BCR. Fee rate is fixed at 15%. Fee earning percentage has been established based on the relative timing of milestones and endpoint (calendar year 2004) for this Performance Based Incentive.

[2]FY 2003-2005: BCWS and fee potential to be established when updated cost estimates are provided based on the FY 2002 products and funding availability.

Note: ORP may at its unilateral discretion choose to revise downward the baseline cost estimate for this SSPBI to reflect the results of the FY 2002 baseline improvement process (BIP). No payments upon this SSPBI would be made until the BIP baseline change request has been approved by ORP.

## SECTION 2
## Technical Contacts

*ORP Point of Contact: J. Swailes/J. Cruz*

*Contractor Point of Contact: R. Dodd/T. Sams*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.
2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.
3. Acceptable product completion represents technical adequacy and acceptable value to the government.

**Specific Requirements:**

FY 2002 Workscope (Items for FY 2002 Fee Earnings Above)

1. Update the "Approach for Interim Closure Demonstrations" and submit to the Office of River Protection (ORP) by 6/15/02 for review and comment (earn 5% of fee).
2. Complete the Accelerated Tank Closure Demonstration (ATCD) Data Assessment and submit to ORP by 8/15/02 (earn 30% of fee).
3. Complete ATCD Alternatives Generation and Analysis and submit to ORP by 9/15/02 (earn 25% of fee).
4. Complete ATCD Basis of Design and submit to ORP by 9/30/02 (earn 40% of fee).

FY 2003-2005 Workscope (Items for FY 2004-2005 Fee Earning)

5. Complete retrieval of additional waste from first ATCD tank by 1/31/2004 (earn 20% of fee).
6. Complete closure of first ATCD tank by 3/30/2004 (earn 40% of fee).
7. Complete closure of additional 4 ATCD tanks by 12/31/2004 (earn 40% of fee).

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1. The ATCD Project Approach will be a summary level description of the overall project approach, key assumptions and interfaces, and describe Government Furnished Services and Information (inclusive of dates and/or response requirements).
2. The ATCD Data Assessment will assess and/or examine not less than the following:
   - Availability and applicability of characterization data (including tank waste and surrounding soils),
   - Potential fill and/or stabilization materials (including alternatives for "getters" (sequestering agents)),
   - Characterization, monitoring, and surveillance approaches and technologies for closure applications,
   - Technical, cost and schedule results from similar projects across the DOE complex to provide a basis for comparison.

   The document will be delivered to ORP by 8/15/02 and provide data to the ATCD Alternatives Generation and Analysis.
3. The ATCD Alternatives Generation and Analysis will be contractor approved and, using the results of the ATCD Data Assessment, will outline the regulatory and technical alternatives to complete the 5 tank closures by 2004, including an understanding of risk and risk-based decisions, inclusive of cost-benefit analyses, and a recommended alternative, by 9/15/02.
4. The ATCD Basis of Design (submittal of Final Preliminary Engineering) for Closure will be contractor-approved. The document will define technical requirements for design, acknowledge regulatory requirements, and define project boundaries and interfaces. The ATCD will be contractor-approved and issued by 9/30/02 for DOE approval.

"Define Completion" for the following Items 5, 6, and 7 are subject to change during the FY 2003-2005 negotiation process:

5. Completion of additional retrieval shall be at least to the extent necessary to consider closure of first ATCD tank in the context of the Waste Management Area Closure utilizing the Retrieval Performance Evaluation Process and in compliance with Tri-Party Agreement requirements inclusive of Appendix H. CHG will submit documentation supporting the determination (e.g., residual volume estimates, contaminant inventories, etc.) that retrieval was completed as described in this element.
6. Completion of closure of the first ATCD shall be consistent with the ATCD Basis of Design and be consistent with successful completion and documentation of Items 4 and 5 above. CHG will submit documentation supporting the determination that the closure action was performed consistent with the ATCD project requirements.
7. Completion of closure of the remaining four ATCD shall be consistent with the DOE-approved ATCD Basis of Design and be consistent with successful completion and documentation of Item 4 above. CHG will submit documentation supporting the determination that the closure action was performed consistent with the ATCD project requirements.

**DEFINITIONS:** (define terms)

1. "Closure" of a tank is defined as placing the tank and its contents in a configuration that supports final closure of the tank farm or waste management area (including placement of fill materials in a tank and isolation of ancillary equipment to the extent permitted under NEPA, RCRA, and DOE 435.1 requirements prior to final decisions on closure of the associated tank farm or waste management area), to reduce the potential for future contaminant migration, provide for long-term structural stability of the tank, and reduce the need and frequency of required surveillance and maintenance.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter transmitting the ATCD Project Approach by 06/15/02.
2. Letter transmitting the ATCD Data Assessment by 8/15/02.
3. Letter transmitting ATCD Alternatives Generation and Analysis by 9/15/02.
4. Letter transmitting the ATCD Basis of Design 9/30/02.
5. Letter transmitting the data package supporting the successful completion of additional retrieval from the first closure demonstration tank 1/31/03.
6. Letter transmitting the data package supporting the successful completion of closure for the first demonstration tank 3/31/04.
7. Letter transmitting the data package supporting the successful completion of closure for the remaining four demonstration tanks 12/31/04.

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

1. The ATCD Project Approach will be consistent with the draft "Approach for Interim Closure Demonstrations", December 7, 2001, developed by DOE/ORP.
   a. For Information Only: subsequent to submittal to ORP and after review and comment, the document will be formally accepted by DOE ORP by 7/15/02.
   b. Any delay in the completion of DOE-provided authorizations and/or approvals identified as part of the ATCD Project Approach will result in a day-for-day slip of due dates for all subsequent deliverables.
2. Technical Products supporting this effort are first-of-a-kind. Approvals for documents affecting final tank closure decisions are required from DOE ORP, DOE-HQ, Ecology, and EPA. In general, CHG will be developing products that DOE/ORP will submit to external parties for approval. CHG will be responsible for providing reasonable and prudent technical products to ORP consistent with closure activities for waste sites of similar risk/hazard, scale, and regulatory environment at Hanford and private industry.
   a. For information only: Approval of the FY 2002 update of the Closure Work Plan by DOE-HQ will serve the dual purpose of DOE Order 435.1 (and associated manual) requirements for Tier 1 Closure Plan.
3. The ATCD Basis of Design will be released by CHG and delivered as a contractor-approved document.
4. It is assumed that archived tank samples can be located and characterized to complete additional data needs. Tank waste characterization needs above and beyond archive samples are additional work scope.
5. This project will be managed as a Minor Construction Project in accordance with HNF-IP-0842, Volume 13, Section 1.4, *Construction Project Management – Minor Projects*. DOE Order 413.3 does not apply.
6. If alternate tanks are selected, the due dates for deliverables will be extended on a day-for-day basis. The extension will equal the time elapsed from direction to proceed with this project to the date of decision to use alternate tanks. It is considered that performance requirements 5 and 6 apply to 241-C-106. Performance requirement 7 applies to 241-C-201, 202, 203 and 204.
7. Readiness approach will be consistent with HNF-IP-0842, Volume 13 – Projects.
8. For information only and to clarify Item 5 in Section 4: Waste management area closure is defined as the allocation of short-term and long-term risks by tank(s) that may be considered within the context of these Accelerated Tank Closure Demonstrations.

**SECTION 5**
**Signatures**

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: FFCA Stack Closure

Project Baseline Summary (PBS): TW03 Work Breakdown Structure (WBS): 5.1.3.4.2.12.4

Maximum Available Incentive Fee: .0764 *percent of total available FY 2001 – FY 2006 incentive fee pool*

Superstretch: Fee Potential – $275.7K[1-3]

*Total Superstretch BCWS = $1,451.0K*

Type: Stretch X, Superstretch X

[1]FY 2003: $453.9K BCWS + $68.9K Fee = $522.8K Funds

[2]FY 2004: $323.4K BCWS + $68.9K Fee = $392.3K Funds

[3]FY 2005: $673.7K BCWS + $137.9K Fee = $811.6K Funds

Note: ORP may at its unilateral discretion choose to revise downward the baseline cost estimate for this SSPBI to reflect the results of the FY 2002 baseline improvement process (BIP). No payments upon this SSPBI would be made until the BIP baseline change request has been approved by ORP.

BCWS and corresponding fee dollars subject to change based on approved BCR

## SECTION 2
## Technical Contacts

*ORP Point of Contact:* J. Swailes/M. Royack

*Contractor Point of Contact:* J. McDonald/M. Ostrom

## SECTION 3
## Performance Expectations and Earning Schedule

**Background:** All work within this Performance Based Incentive (PBI) is in accordance with the direction provided in Letter, J. S. O'Connor, ORP, to M. P. DeLozier, CHG, "Contract No. DE-AC27-99RL14047 – Project W-420 Stack Monitoring Upgrades, Recommended Path Forward," 01-AMPD-117, dated November 7, 2001.

<u>Chronology</u>

Reference Letter, J. J. Short, ORP, to M. P. DeLozier, CHG, "Contract No. DE-AC06-99RL14047 – Project W-420; "Stack Monitoring System Upgrades" Path Forward," 00-OPD-035, dated March 29, 2000, authorization to proceed with a path forward evaluation.

Reference Letter, R. F. Wood, CHG, to J. J. Short, ORP, "Contract Number DE-AC27-99RL14047; Project W-420 Stack; Monitoring System Upgrades Path Forward," CHG-0005743 R2, dated June 20, 2001, communication that a study to "provide technical justification for the recommended path forward" would be provided on September 30, 2001.

Reference Letter, R. F. Wood, CHG, to J. S. O'Connor, ORP, "Contract Number DE-AC27-99RL14047; Project W-420 Stack Monitoring Upgrades, Recommended Path Forward," CHG-0105165, dated September 27, 2001, deliverable to ORP for path forward evaluation and recommendation.

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives (PI) may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

# FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

**Specific Requirements:**

Specific Requirements 1 is to be performed as a "Stretch" performance expectation and Specific Requirements 2, 3, 4, and 5 are to be performed as "Superstretch" performance expectations.

*Stretch:*

1. Complete isolation of stack 296-P-16 (241-C-105/6) by 03/29/03. (Earn 100% of fee)

*Superstretch:*

2. Complete isolation of stack 296-A-25 (244-A) by 09/30/03. (Earn 25% of fee)
3. Complete isolation of stack 296-A-B-28 (244-BX) by 09/30/04. (Earn 25% of fee)
4. Complete isolation of stack 296-T-18 for (244-TX) by 09/30/05. (Earn 25% of fee)
5. Complete isolation of stack 296-S-22 for 244-S DCRT by 09/30/05. (Earn 25% of fee)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 through 5 are target dates. Fee can be earned by completing the performance expectation(s) by the target date(s). If Performance Expectations 1 through 5 are not completed by the target dates, the fee associated with the missed performance expectation(s) will be deferred and may be earned upon completion of the Federal Facility Compliance Agreement (FFCA) milestone, dated 12/31/05. All deferred fee will be paid upon submittal of a report of closure to ORP by 11/30/05 stating the Contract is in compliance with the FFCA.

1. Stack 296-P-16 for 241-C-105/6 will be isolated and documented in CHG letter to ORP by 03/29/03.
2. Stack 296-A-25 for 244-A DCRT will be isolated and documented in CHG letter to ORP by 09/30/03.
3. Stack 296-A-B-28 for 244-BX DCRT will be isolated and documented in CHG letter to ORP by 09/30/04.
4. Stack 296-T-18 for 244-TX DCRT will be isolated and documented in CHG letter to ORP by 09/30/05.
5. Stack 296-S-22 for 244-S DCRT will be isolated and documented in CHG letter to ORP by 09/30/05.

**DEFINITIONS:** (define terms)

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1. Letter transmitting the work document (W110) with field work complete containing signature approvals for stack 296-P-16 (241-C-105/6) isolation to ORP by 03/29/03.
2. Letter transmitting the work document (W110) with field work complete containing signature approvals for stack 296-A-25 (244-A) isolation to ORP by 09/30/03.
3. Letter transmitting the work document (W110) with field work complete containing signature approvals for stack

## FY 2001 – 2006 PERFORMANCE BASED INCENTIVE

296-A-B-28 (244-BX) isolation to ORP by 09/30/04.

4. Letter transmitting the work document (W110) with field work complete containing signature approvals for stack 296-T-18 (244-TX) isolation to ORP by 09/30/05.

5. Letter transmitting the work document (W110) with field work complete containing signature approvals for stack 296-S-22 (244-S) isolation to ORP by 09/30/05.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

### SECTION 5
### Signatures

| | |
|---|---|
| ORP Manager/Date | CHG President and General Manager/Date |
| ORP Contracting Officer/Date | CHG Contract Representative/Date |

# PART III - LIST OF DOCUMENTS EXHIBITS, AND OTHER ATTACHMENTS
## SECTION J
## LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

| Appendix | Title |
|---|---|
| A | Key Personnel |
| B | Advance Understanding on Personnel Costs, Policies and Procedures |
| C | DOE Directives |
| D | Performance Based Incentives |
| E | Guidance for Other Required Plans |
| F | Environment, Safety, and Health Budget Planning And Execution |
| G | Guidance for Preparation of Diversity Plan |
| H | Reserved |
| I | Small Business Subcontracting Plan (See Modification No. M021 [FY2000] and M043 [FY 2001] and M054 [FY 2002]) |
| J | Wage Determinations under the Service Contract Act |
| K | Special Bank Account Agreement (See Modification No. M028 and M043) |
| L | Site Service Manual, Revision 2 (See Modification No. M043) |
| M | Davis-Bacon Wage Determination (See Modification No. M050) |
| N | Hanford Site Stabilization Agreement (See Modification No. M050) |
| O | Interface Documents Specific to WTP Interfaces |

December 20, 2001

# Hanford Radiological Health and Safety Document

**Forward**

The Richland Operations Office and the Office of River Protection have established a supplemental set of contractual requirements and an expectation that the contractor organizations establish the mechanisms necessary to maintain site consistency, optimize site-wide radiological programs to provide an overall benefit to the government, and support DOE in the management of long-term risks relative to radiological health and safety.

Terms used in this document are as defined in 10 CFR 835. In addition, certain other terms are defined in the attached glossary.

**A. Organizational Mechanism**

1. Each contractor which conducts activities in accordance with a Radiation Protection Program, as required by 10 CFR 835, shall participate in the development, maintenance and implementation of a set of site-wide radiological requirements that define the radiological practices that are in the best interest of the Hanford site. Accordingly, the participating contract organizations are expected to charter an organizational mechanism (i.e., the Hanford Radiological Control Forum) to address site wide consistency issues, optimize radiological programs in a consistent manner to incorporate site wide best practices, and ensure long-term management of radiological health and safety issues.

2. The chartered organization shall establish administrative protocols for the following elements:

- Prioritization of potential issues or concerns relative to site needs
- Justification for decisions
- Cost-benefit analysis and other methods to decide between alternatives, as appropriate
- Submittal process to DOE RL/ORP for review
- Implementation schedule

3. Site-wide radiological requirements derived from the above organization shall be consistent with all relevant statutory and regulatory requirements and shall be revised whenever necessary to ensure such consistency. Whenever there is a conflict, the applicable Radiation Protection Program takes precedence. DOE shall be notified of any conflict identified by the contractor between this document and other requirements.

**B. Key Radiation Protection Positions**

1. The contractor shall identify those key radiation protection positions critical to effective management of the radiological health and safety program.

2. The contractor shall ensure that individuals fulfilling key radiation protection positions identified above demonstrate technical competence and experience to establish, maintain, and implement their applicable functional areas of the radiological control program, and possess

the management skills to direct radiological control programs within their range of responsibility.

3. Identification of key radiation protection positions and qualification criteria shall be consistent with the guidelines provided in DOE-STD-1107-97, Knowledge, Skills, and Abilities for Key Radiation Protection Positions at DOE Facilities, or equivalent.

**C. Administrative Control Levels**

1. A DOE maximum Administrative Control Level (ACL) of 2,000 mrem per calendar year per individual is established for all DOE activities on the Hanford Site. Approval by the DOE Site Manager shall be required prior to allowing an individual to exceed 2,000 mrem.

2. The contractor shall establish a corporate administrative control level. The specific value selected shall not exceed the DOE maximum administrative control level above.

**D. Radiation Exposure to Minors**

1. The contractor shall comply with the following minimum requirements for non-occupational radiation exposure to minors during access to the Hanford site:

   a. Minors are prohibited access to contamination areas (CAs), high contamination areas (HCAs), radiation areas (RAs), high radiation areas (HRAs), very high radiation areas (VHRAs), airborne radioactivity areas (ARAs), and soil contamination areas (SCAs).

   b. Minors may be permitted access to radiologically controlled areas (RCAs), radiological buffer areas (RBAs), radioactive material areas (RMAs), and underground radioactive material areas (URMAs) under the following conditions:

      1) The purpose for access to radiological areas is for education or contractor sponsored family days (e.g., shadow days, "take your daughter/son to work" days).
      2) Written consent (e.g., parental consent and hold harmless clause) is granted by parent/guardian and paperwork requiring the minor's signature is reviewed and signed by the parent/guardian.
      3) Minors entering RBAs and RMAs have completed the required orientation for escorted access.
      4) Minors are escorted by personnel trained in accordance with 10 CFR 835.
      5) Hanford dosimeters are issued for entries to RBAs and RMAs to document radiation dose in accordance with individual contractor implementing procedures.
      6) For entry into an RBA for contamination control, the facility will take action to stop work that could spread contamination to the RBA during the visit and verify the accessible portion of the RBA is uncontaminated prior to entry by the visitors.
      7) Handling or touching radioactive material labeled or controlled per 10 CFR 835 by the minor is prohibited.

8) Access to RBA and RMAs is prohibited in areas where exposure rates exceed 0.5 mR/hr.

## E. Radiological Posting, Labeling and Control

1. Criteria used for radiological posting and labeling shall be consistent between Hanford site contractors as members of the Hanford Radiological Control Forum.

2. The contractor shall establish radiological buffer areas for contamination control adjacent to any entrance or exit from a contamination, high contamination, or airborne radioactivity area. A radiological buffer area is not required for high contamination areas or airborne radioactivity areas that are completely within contamination areas or for inactive contamination, high contamination or airborne radioactivity areas (i.e., areas to which entry has been prohibited by postings or barricades).

3. The contractor shall establish radiological buffer areas for exposure control, as necessary, to limit radiation doses to unmonitored individuals to less than 100 millirem per year.

4. The contractor shall establish soil contamination areas or underground radioactive material areas, as appropriate, for outdoor areas with known or suspect soil contamination or underground radioactive material.

5. The contractor shall ensure that postings of soil contamination areas contain the words "CAUTION, SOIL CONTAMINATION AREA" and instructions or special warnings to workers, such as "Consult With Radiological Control Organization Before Digging" or "Subsurface Contamination Exists". In addition:

   a. Any area in which the transferable contamination exceeds the appropriate "removable" levels in Appendix D, 10 CFR 835, shall be posted and controlled as either a contamination or high contamination area in accordance with the provisions of 10 CFR 835.

   b. If appropriate direct or indirect measurement demonstrates that there is no radioactive contamination within the top 15 cm of soil for an area in which a direct contamination reading (above background) of the soil surface exceeds the appropriate "total" contamination levels in Appendix D, 10 CFR 835, then the area need not be posted or controlled as a SCA.

   c. An area, which would otherwise be classified as a SCA, need not be posted and controlled as a SCA if the area is covered by a layer of impervious material, e.g., asphalt, concrete.

6. The contractor shall ensure that any area within a soil contamination area or underground radioactive material area, in which an intrusive activity is performed, is posted as either a Radiological Buffer Area or a Contamination Area.

7. The contractor shall ensure that members of the public shall not perform any intrusive activities within an URMA.

**F. External Dosimetry**

1. The following elements of the external dosimetry program shall be consistent between Hanford site contractors as members of the Hanford Radiological Control Forum:

- The issuance, use and return of dosimeters by individuals.
- The prescribed wear location for dosimetry.
- The use of supplemental dosimeters.

2. The contractor shall ensure that individuals do not wear dosimeters issued by their organization while being monitored by dosimetry at another facility unless authorized by the resident radiological control manager. The contractor shall also ensure that individuals do not knowingly expose their dosimeters to non-occupational sources of radiation or to high temperatures.

3. The contractor shall participate in the development and maintenance of a Hanford site-wide external dosimetry technical basis document. The contractor's external dosimetry program shall be performed in accordance with this technical basis document. Changes to the external dosimetry technical basis document shall be reviewed and endorsed by each Hanford contractor who conducts activities in accordance with a Radiation Protection Program.

4. The contractor shall perform a dose assessment for each instance in which a dosimeter issued to an individual becomes lost, damaged, or contaminated. This dose assessment shall become part of the individual's radiation exposure monitoring records.

5. The contractor shall ensure that individuals that are likely to exceed the monitoring criteria established in 10 CFR 835.402 from <u>all</u> work performed at the Hanford site are monitored in accordance with 10 CFR 835.402, such that unmonitored exposure does not exceed the criteria in 10 CFR 835.402.

6. The contractor shall ensure that neutron dosimetry (DOELAP accredited) is provided to and used whenever an individual is likely to meet or exceed any of the criteria in 10 CFR 835.402(a), and 10% or more of the dose is likely to be due to neutron exposure.

7. The contractor shall ensure that individuals notify line management and the radiological control organization of pending off-site work involving expected occupational exposures to radiation or radioactive materials. If such work is authorized, records of off-site dose shall be submitted for inclusion into the individual's radiation exposure monitoring records within 30 days upon receipt.

8. The contractor shall ensure that demonstration of an accredited external dosimetry program (DOELAP) shall be conducted through the DOE, Richland Operations Office or Office of River Protection, as appropriate.

## G. Internal Dosimetry

1. The following elements of the internal dosimetry program shall be consistent between Hanford site contractors as members of the Hanford Radiological Control Forum:

- Baseline bioassay monitoring requirements
- Establish routine bioassy monitoring requirements
- Follow-up bioassay monitoring requirements
- Termination bioassay monitoring requirements

2. The contractor shall ensure that appropriate bioassay monitoring methods, analytical procedures, and frequencies for the collection of bioassay samples, such as urine or fecal samples, and appropriate participation in bioassay monitoring, such as whole body or lung counting are established for personnel who are likely to receive intakes in a calendar year resulting in a committed effective dose equivalent greater than 100 mrem.

3. The contractor shall participate in the development and maintenance of a Hanford site-wide internal dosimetry technical basis document to include the technical basis for the methods and frequency of bioassay monitoring. The contractor's internal dosimetry program shall be performed in accordance with this technical basis document. Changes to the internal dosimetry technical basis document shall be reviewed and endorsed by each Hanford contractor who conducts activities in accordance with a Radiation Protection Program.

4. The contractor shall ensure that the internal dosimetry technical basis document addresses the interpretation of bioassay results and subsequent dose assessments including the following:

   a. Characteristics of the radionuclide(s), such as chemical and physical form
   b. Bioassay results and the individual's previous exposure history pertinent to the dose assessment
   c. Exposure information, such as route of intake and time and duration of exposure
   d. Biological models used for dosimetry of radionuclides
   e. Models to estimate intake or deposition and to assess dose.

5. The contractor shall use air monitoring data to assess and assign internal dose when:

   a. The accumulated exposures to airborne radioactivity exceed 40 DAC-hrs in a calendar year, and,

   b. The minimum detectable dose for the applicable bioassay technology available at Hanford exceeds the anticipated dose (committed effective dose equivalent) from these exposures.

6. The contractor shall develop and maintain a technical basis document for the collection, analysis, and assessment of air monitoring data used to assess and assign internal dose.

7. The contractor shall ensure that demonstration of an accredited internal dosimetry program (DOELAP) shall be conducted through the DOE, Richland Operations Office or the Office of River Protection, as appropriate.

**H. Instrumentation**

1. The contractor shall calibrate radiological measurement instruments and equipment with appropriate standards that are traceable to the National Institute of Standards and Technology (NIST) or equivalent international standards.

2. The contractor shall ensure that calibration of radiological measurement instruments is performed in accordance with "radiation protection instrumentation test and calibration", ANSI N323-1978.

3. The contractor shall ensure that where an area radiation monitor is incorporated into a safety interlock system, the circuitry shall be such that a failure of the monitor either prevents entry into the area or prevents operation of the radiation-producing device.

4. The contractor shall evaluate the potential radiological consequences and document any corrections to the original monitoring results upon determination of the use of an out-of-calibration or failed radiation measurement instrument.

**I. Radiation Safety Training**

1. The contractor shall establish radiation safety training programs that utilize DOE standardized core training material to the maximum extent practical. The contractor shall supplement the radiation safety training programs with program-specific training material.

2. The contractor shall use examinations and performance demonstrations, appropriate to the level of training, for initial and biennial qualification of Radiological Worker I, Radiological Worker II, and Radiological Control Technician training

3. The Hanford Radiological Control Forum shall ensure that radiation safety training programs, including course content, examinations, performance demonstrations, and re-qualification, for GERT, Radiological Worker I, and Radiological Worker II, will be sufficiently consistent to maintain reciprocity of this training between contractors for core training materials and Hanford site-specific training.

4. The contractor shall ensure that individuals meet the applicable minimum radiation safety training requirements in Table 1 for access to areas requiring control for radiological health and safety.

5. The Hanford Radiological Control Forum shall develop a singular site radiological orientation to be presented to escorted, non-Hanford individuals prior to site access to Radiological Controlled Areas or Radiological Areas. This orientation is to be a basic presentation that informs the escorted individual of the site-wide information needed for safe radiological access as well as meet knowledge requirements prior to occupational exposure, when appropriate. Demonstration of knowledge will not be required.

6. The Hanford Radiological Control Forum shall exercise paragraph 10 CFR 835.901(d) to the fullest extent, including the utilization of escorts for access to Radiological Controlled Areas or Radiological Areas for short duration visits by non-Hanford individuals in lieu of training.

## Table 1.

DOE-RL RADIOLOGICAL HEALTH & SAFETY CRD MINIMUM TRAINING REQUIREMENTS MATRIX

| AREA | UNESCORTED | ESCORTED (NON-HANFORD WORKER) | ESCORTED (HANFORD WORKER) |
|---|---|---|---|
| RCA | GERT | ORIENTATION | ORIENTATION |
| RMA | GERT | ORIENTATION | GERT |
| URMA | NONE | NONE | NONE |
| SCA | GERT | ORIENTATION | GERT |
| RBA | RWI | ORIENTATION | GERT |
| RA | RWI | ORIENTATION | GERT |
| HRA | RWI plus HRA module or RWII | RWI plus HRA module or RWII | RWI plus HRA module or RWII |
| VHRA | RWI plus HRA module or RWII | RWI plus HRA module or RWII | RWI plus HRA module or RWII |
| CA | RWII | ORIENTATION | GERT |
| HCA | RWII | RWII | RWII |
| ARA | RWII | RWII | RWII |

J. Radiological Records

1. The contractor shall manage radiological records through an established records management program(s) consistent with processes and requirements established by the contractor. The program(s) shall address the potential legal and technical use of the completed records, including long term storage media requirements. This program(s) shall require records management of the following:

- Radiological Control Procedures
- Individual Radiological Doses
- Internal and External Dosimetry Policies and Procedures (including Bases Documents)
- Personnel Training (course records and individual records)
- Radiological Instrumentation Test, Repair and Calibration
- Radiological Surveys
- Area Monitoring Dosimetry Results
- Radiological Work Permits
- Radiological Incident and Occurrence Reports (and Critique Reports, if applicable)
- Sealed radioactive source accountability and control
- Release of material to controlled areas
- Reports of loss of radioactive material.
- Minor Consent Forms (see section D)

2. The contractor shall ensure that permanent radiological records are accurate and legible, and that all records are stored in a manner that ensures their integrity, retrievability and security.

3. The contractor shall ensure that completed records contain sufficient detail to be understandable to those that may utilize the record in the future (i.e., intelligible to a person with training and experience equivalent to that of a person with a B.S. in health physics; for the life of the record).

4. The contractor shall ensure that the following records are maintained:

   a. Records of personnel radiation exposure monitoring in a centralized records database. Hanford site personnel radiation exposure monitoring records are currently maintained by the Hanford Radiological Records Program.

   b. Records of radiological incidents and occurrences resulting in changes to, or conformation of, recorded exposures within personnel radiation exposure monitoring records. The contractor shall ensure that, when practicable, these records are retained in or cross-referenced to applicable personnel radiation exposure monitoring records.

c. Records of employee radiological safety concerns that have been formally investigated and documented.

d. Calibration records for the following equipment:

- Portable survey instruments
- Bioassay measurement equipment
- Laboratory, counting room, and fixed radiation measuring equipment
- Process and effluent monitors and sampling equipment
- Radiation area monitors
- Portal monitors and other personnel contamination monitors
- Pocket and electronic dosimeters
- Air sampling equipment
- Tool and waste monitoring equipment
- Protective clothing and equipment monitors
- Dosimetry processing instrumentation
- Other devices used in radiation detection or measurement, as applicable.

5. The contractor shall ensure that monitoring and workplace records include sufficient information to clearly identify the location or facility, purpose, results, individual, and contractor performing the monitoring,

6. The contractor shall ensure that calibration records for instruments and equipment used for monitoring individuals, materials, and areas include frequencies, method, dates, personnel who performed the calibration and traceability of calibration sources to National Institute of Standards and Technology or other acceptable standards.

**K. Radiation Generating Devices**

1. The contractor shall maintain a current listing of RGDs. This listing shall identify the responsible individual for each listed RGD.

2. The contractor shall ensure that on-site operations of RGDs, conducted by off-site contractors are approved by the cognizant site radiological control organization in coordination with the organization utilizing the off-site contractor. The contractor shall ensure that the off-site contractor possesses an approved DOE Radiation Protection Program, Nuclear Regulatory Commission license or Agreement State license and that operational and emergency procedures are current and available.

3. The contractor shall establish the radiological control and operational requirements for incidental electronic RGD devices such as electron microscopes and electron beam welders.

## L. Glossary

All terms used in this document are used as defined in 10 CFR 835 with the following additions:

**contamination:** The presence of residual or unwanted radioactive material resulting from a DOE activity in or on a material or property.

**direct contamination reading:** The apparent surface contamination level, expressed in disintegrations per minute per a given area, resulting when an appropriate contamination probe or detector is placed in close proximity (e.g., ~1/4 inch) to the soil surface. Appropriate efficiency and geometry correction factors should be applied to such a reading.

**dose assessment:** Process of determining radiation dose and uncertainty included in the dose estimate, through the use of exposure scenarios, bioassay results, monitoring data, source term information, and pathway analysis.

**fixed contamination:** Radioactive material that has been deposited onto a surface and cannot be readily removed by non-destructive means, such as casual contact, wiping, brushing, or laundering. Fixed contamination does not include radioactive material that is present in a matrix, such as soil or cement, or radioactive material that has been induced in a material through activation processes.

**intrusive activity:** Any human activity that disturbs the surface and/or subsurface of the soil which has a reasonable possibility of increasing the amount of transferable contamination within a soil contamination area or an underground radioactive material area.

**key radiation protection position:** A person specifically designated within the radiological health and safety organization to exercise discretionary authority and/or make independent judgments and decisions beyond those covered by established procedures concerning radiation protection issues associated with the design, construction, operation and maintenance, or decommissioning of facilities and/or activities.

**personnel dosimeters:** Devices designed to be worn by a single individual for the assessment of dose equivalent such as film badges, thermoluminescent dosimeters (TLDs), and pocket ionization chambers.

**personnel monitoring:** Systematic and periodic estimate of radiation dose received by individuals during working hours. Also, the monitoring of individuals, their excretions, skin, or any part of their clothing to determine the amount of radioactive material present.

**radiation generating device:** An electronic device capable of generating a dose rate of 0.5 mrad per hour at 2 inches for any accessible region of the device or a device designed to produce

a radiation field that contains a sealed radioactive material source exceeding 10 times the values for the applicable nuclide specified in 10 CFR 835, Appendix E

**radioactive material:** Any material that spontaneously emits ionizing radiation (e.g., X- or gamma rays, alpha or beta particles, neutrons). The term "radioactive material" also includes materials onto which radioactive material is deposited or into which it is incorporated. For purposes of practicality, 10 CFR 835 establishes certain threshold levels below which specified actions, such as posting, labeling, or individual monitoring, are not required. These threshold levels are usually expressed in terms of total activity or concentration, contamination levels, individual doses, or exposure rates.

**radiological buffer area (RBA):** An intermediate area established to prevent the spread of radioactive contamination and to protect personnel from radiation exposure.

**radiologically controlled area (RCA):** Any area to which access is managed by or for DOE to protect individuals from exposure to radiation and/or radioactive material. (Defined as "controlled area" in 10 CFR 835.)

**removable contamination:** Radioactive material that can be removed from surfaces by non-destructive means, such as casual contact, wiping, brushing, or washing.

**soil:** The upper layer of earth that can be tilled and in which vegetation may grow, and including organic material such as vegetation or animal wastes that are deposited or mixed into the soil, and rubblized construction or deactivation and decommissioning debris.

**soil contamination area (SCA):** An area in which radioactive materal exists within the top 15 cm of soil such that:

1) A direct contamination reading of the soil surface exceeds the appropriate "total" contamination levels in Appendix D, 10 CFR 835, and
2) The transferable contamination from the area does not exceed the appropriate "removable" levels in Appendix D, 10 CFR 835.

**survey:** An evaluation of the radiological conditions and potential hazards incident to the production, use, transfer, release, disposal, or presence of radioactive material or other sources of radiation. When appropriate, such an evaluation includes a physical survey of the location of radioactive material and measurements or calculations of levels of radiation, or concentrations or quantities of radioactive material present.

**transferable contamination:** The total contamination levels, expressed in terms of disintegrations per minute per a given area, on items such as shoes, shoe covers, vehicle tires, tools, or other equipment which has come into contact with contaminated soils.

**underground radioactive material area (URMA):** An area in which known or presumed radioactive material above naturally-occurring background levels exists below the top 15 cm of soil, or below any layer of impervious soil cover material, e.g., asphalt, concrete.

**worker (Hanford):** A "general employee" as defined in 10 CFR 835 who is either a DOE or DOE contractor employee assigned to the Hanford site; an employee of a subcontractor to a Hanford DOE contractor; or an individual who performs work for or in conjunction with DOE or utilizes DOE facilities on the Hanford site.

**worker (non-Hanford):** A "general employee" as defined in 10 CFR 835 who is not a Hanford worker.

**CH2M HILL HANFORD GROUP, INC.**

# SMALL BUSINESS SUBCONTRACTING PLAN
# FISCAL YEAR 2002

CONTRACT: DE-AC27-99RL14047
CLAUSE: H.8 (a)

CH2M HILL HANFORD GROUP, INC.

# SMALL BUSINESS SUBCONTRACTING PLAN

CH2M HILL Hanford Group, Inc.
(Name of Contractor)

B. E. Euteneier, Director
(Type name)

Contracts and Procurement
(Title)

4/24/02
(Date)

Plan accepted by: ______________________________ (Contracting Officer)

Date: ______________________

## 1.0 Purpose

The CHG Small Business Subcontracting Plan promotes, develops and implements an innovative Small Business (SB), Small Disadvantaged Business (SDB), Small Woman-owned Business (SWOB), HUB Zone Small Business (HUB Zone), Veteran-owned Small Business (VSB), subcontracting program that ensures business opportunities for minority concerns.

## 2.0 Strategy for Small Business Involvement

CHG affords SB, SDB, SWOB, HUB Zone and VSB concerns (collectively referred to herein as small businesses) maximum practical opportunity to compete for and furnish materials and services required for the RPP program that fall within the small businesses' demonstrated capabilities. CHG will compile, maintain, and share small business source data with CH2M HILL, Inc. affiliates and with other Hanford contractors to enhance increased opportunities for known, qualified firms. Where practical, the RPP team will combine program requirements and create bidding opportunities for small businesses. Where applicable, CHG will divide proposed acquisitions of supplies and services (except construction) into reasonably small lots (not less than economic production runs) to permit offers on quantities less than the total requirement; and will ensure delivery schedules are established on a realistic basis to encourage small business participation to the extent consistent with the actual requirements of the Government.

Where appropriate, CHG will continue to award certain acquisitions exclusively to small business concerns. The purpose of a set-aside for small business is to reserve an acquisition exclusively for participation by small business concerns. When awarding to large businesses, CHG will encourage those businesses to subcontract a portion of the work to small business concerns. If the award is expected to exceed $500,000 ($1,000,000 for construction), and there are subcontracting possibilities, CHG will require the successful offeror to submit an acceptable subcontracting plan that separately addresses subcontracting with small businesses (FAR 52.219-9, Alternate II).

## 3.0 Small Business Reporting

CHG does require each prospective contractor to submit a Representation and Certification form denoting their business size, classification, and status (SB, SDB, SWOB, HUBZone, VSB). Prospective contractors are assigned a vendor code that includes their respective business size, classification, and status. Each CHG contract award includes a vendor code and quarterly small business statistics are generated based on those codes.

CHG will measure awards to small businesses based on the total value of contracts placed during each fiscal year. CHG will report actual performance versus small business goals to ORP on a quarterly basis.

## Appendix "A"

### Clause I.22, FAR 52.219-9, *Small Business Subcontracting Plan*

| | | |
|---|---|---|
| 1. | Name of Prime Contractor: | CH2M HILL Hanford Group, Inc. |
| | Address: | Post Office Box 1500<br>Richland, WA 99352-1500 |
| | Telephone Number: | (509) 373-0606 |
| 2. | Contract of Solicitation No. | DE-AC27-99RL14047 |
| | Total Amount of Contract: | $2.602 Billion |
| | Period of Performance: | October 1, 1999 through September 30, 2006 |
| | Place of Performance: | Richland, Washington |

Description of Contract Requirements:

CH2M HILL Hanford Group, Inc. shall provide all materials, supplies, services and transportation necessary to perform the Statement of Work as a Prime Contractor to the U.S. Department of Energy, Office of River Protection.

Items 3 through 8 are based on fiscal year (FY) 2002 contract awards.

| | | |
|---|---|---|
| 3. | Total amount of planned subcontracting:<br>Percentage of total amount of planned subcontract | $122,000,000.00[(1)] |
| 4. | Total planned for Small Business concerns:<br>Percentage to 3 above | $ 43,920,000.00<br>36% |
| 5. | Total planned for Small Disadvantaged Business concerns:<br>Percentage to 3 above | $ 6,100,000.00<br>5.0% |
| 6. | Total planned for Woman-Owned Small Business concerns:<br>Percentage to 3 above | $ 6,588,000.00<br>5.4% |
| 7. | Total planned for HUB Zone Small Business concerns:<br>Percentage to 3 above | $ 366,000.00<br>.3% |
| 8. | Total planned for Veteran-Owned Small Business concerns:<br>Percentage to 3 above | $ 61,000.00<br>.05% |

(1) Excludes awards placed with other government agencies, foreign owned companies, U.S.DOE directed procurements, educational institutions, and Other Hanford Contractors

9. Items to be subcontracted under this contract and the types of businesses supplying them are: (Check all that apply)

| Subcontracting Items | Large Business | Small Business | Small/ Disadv. Business | Women-Owned Small Business | Small HUB Zone Business | Veteran-Owned Small Business |
|---|---|---|---|---|---|---|
| Office Supplies | | X | X | X | | |
| Technical Services | X | X | X | X | X | X |
| Office Equipment | | X | X | | | |
| Construction Services | X | | | | | |
| Temp. Empl. Svcs. | | | | X | | |
| A/E Services | X | X | | | | |
| Lab Services | X | | | | | |
| Safety Equipment | X | X | X | X | | |
| Fuels | | X | X | | X | |
| Operating Materials | X | X | X | X | X | |
| Miscellaneous Svcs. | X | X | X | X | X | X |

10. The method used to develop small business subcontracting goals:

The goals for small business, HUB Zone small business, small disadvantaged business, and woman-owned small business concerns were developed based on procurement history of CHG's experience at the Hanford Site as well as projections for FY02.

11. The methods used to identify potential sources for solicitation purposes is as follows:

Existing company source lists: Small Business Administration resources including regional and Headquarters; Pro-Net, small, HUB Zone small business, small disadvantaged, and woman-owned small business concerns trade associations; Trade Fairs; conferences/conventions; workshops; CHG existing source lists; CH2M HILL Inc. source lists; and Hanford Small Business Council referrals.

12. Indirect costs are not included in the above goals.

13. The following individuals will administer the subcontracting program:

Name: R. A. Finke, Manager
Title: Contract Support
Address: Post Office Box 1500 H6-16, Richland, WA 99352
Telephone: (509) 376-1155

Name: D. M. Bone-Harris
Title: Small Business Program Manager
Address: Post Office Box 1500 H6-16, Richland, WA 99352
Telephone: (509) 373-0606

The Small Business Advocate's specific duties as they relate to the firm's small business subcontracting program are as follows:

a. Provide adequate and timely consideration of the potentialities of small business, small disadvantage business, women-owned small business, HUB Zone small business, and Veteran-owned small business concerns when working with CHG field personnel in determining "make-or-buy" decisions.

b. Ensure, in the Project's acquisition of goods and services, that small business, small disadvantaged, woman-owned small business, HUB Zone small business, and Veteran-owned small business concerns are provided the maximum opportunity practicable to compete for subcontracted work and purchased materials within the framework of the CHG contract.

c. Increase community awareness by preparation and distribution of a CHG Small Business Advocacy Office brochure, participation in small business conferences and training, attendance at community organization meetings (i.e. Chambers' of Commerce, Mid-Columbia Small Business Awards Banquet, DOE-ORP Vendor forums and symposiums, etc.) and direct small business solicitation. Ensure vendor accessibility to future subcontracting opportunities by monitoring and updating the external CHG Contracts and Procurement website.

d. Interact with Other Hanford Contractors and DOE Small Business Advocacy Offices. Participate in the Hanford Small Business Council activities and advise the Mid-Columbia Small Business Council on small business set-aside procurements.

e. Ensure the establishment and maintenance of records of the total dollar value of solicitations and awards to small business, small disadvantaged business, woman-owned small business, HUB Zone small business, and Veteran-owned small business concerns, large business concerns, and total solicitations and awards.

f. Prepare and submit semi-annual reports (SF294 & SF295) as required by FAR 52.219-9 on direct procurements to the ORP Contracting Officer.

g. Develop and maintain source files of small business, small disadvantaged business, woman-owned small business, HUB Zone small business, and Veteran-owned small business concerns for use by the Projects in supporting preparation of site bidders lists for solicitations of goods and services.

h. Participate, or ensure participation of company representatives in small business, small disadvantaged business, woman-owned small business, HUB Zone small business, and Veteran-owned small business trade associations, seminars, business opportunity workshops, and outreach programs.

i. Cooperate in any studies or surveys or submission of reports (in addition to those in Item d above) as may be required by the U.S. Department of Energy or the U.S. Small Business Administration.

j. Establish and maintain adequate records of the above activities to document compliance with this small business subcontracting plan.

k. Provide notice to subcontractors concerning penalties and remedies associated with misrepresentations of business status as a small business, HUB Zone small business, Veteran-owned small business, small disadvantaged business, or woman-owned small business concern for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan (FAR 52.219-9, Alternate II).

14. The Contractor will cooperate in any studies or surveys as may be required; submit periodic reports in order to allow the Government to determine the extent of compliance by the officer with the subcontracting plan; will submit Standard Form 294 *Subcontracting Report for Individual Contracts* and Standard Form 295 *Summary Subcontract Report,* as required, and ensure that its subcontractors agree to submit Standard Forms 294 and 295.

15. CHG has committed to Washington State University Business LINKS that the CHG Small Business Advocate will provide a variety of services in support of local, small business firms. WSU Business LINKS supports and counsels individuals or groups seeking assistance in the formation of a small business; assists business owners/managers in the development of business plans and financial proposals; identifies and develops client leads, contacts prospective clients, and promotes services; manages the Advanced Business Management Program for established small business owners who want to increase profitability through improved organization, management, and operation of their business; and provides technical assistance to enable clients to deal effectively with business financing, personnel matters, organizational conflict, market analysis, and business phase strategies. WSU Business LINKS works in conjunction with the CHG Small Business Advocate to identify small, local business firms with the potential to fill future subcontracting opportunities.

16. The Contractor will develop and implement a "Buyer Recognition Program". This program is intended to incentivize buyers to increase awards to small businesses. These incentives will not exceed a total of $3,000 per year.

17. The Contractor will make every effort to continue small business set-asides and to establish pool(s) of small business subcontractors.

## APPENDIX O – INTERFACE DOCUMENTS SPECIFIC TO WTP INTERFACES

The following documents establish the Contractor's baseline performance obligations related to interfaces with the WTP.

### J.O.1 Interface Management Plan

Interface Management Plan – Document Number 24590-WTP-PL-MG-01-001, Rev 0

### J.O.2 Interface Control Documents

The following are the active Interface Control Documents to be maintained and revised in accordance with the Interface Management Plan:

| | |
|---|---|
| ICD1: | Raw Water |
| ICD 2: | Potable Water |
| ICD 3: | Radioactive Solid Wastes |
| ICD 5: | Non-Radioactive, Non-Dangerous Liquid Effluents |
| ICD 6: | Radioactive Dangerous Liquid Effluents |
| ICD 9: | Land for Siting |
| ICD 11: | Electricity |
| ICD 12: | Roads |
| ICD 14: | Immobilized High-Level Waste |
| ICD 15: | Immobilized Low-Activity Waste |
| ICD 19: | Low-Activity Waste Feed |
| ICD 20: | High-Level Waste Feed |
| ICD 23: | Waste Treatability Samples |
| ICD 28: | Pit 30 Aggregate Supply for Construction |