# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 15

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| M057 | See Block 16C | | |

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352

CODE FACILITY CODE

(ŏ) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

ŏ 10A. MODIFICATION OF CONTRACT/ORDER NO.
DE-AC27-99RL14047

10B. DATED (SEE ITEM 13)
September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (ŏ) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Section I, Clause I.63, Changes - Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this Modification is to make the following changes: to revise clause H.45 CONTINGENT FEE; incorporate FAR clause 52.216-10, Incentive Fee (Mar 1997) in Section I; incorporate in Section J: Performance Incentives ORP-01, Rev 2; and ORP-29, Rev. 0; and incorporate in Section J, ORP M 420.1-1, "ORP Fire Protection Program."

**Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.**

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Ralph F. Wood, Manager Prime Contract Administration | | Harry L. Boston, Manager | |
| 15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)* | 15C. DATE SIGNED 6/12/02 | 16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 6/14/02 |

**Block 14 Continuation:**

Description of the Change:

1. Delete clause H.45 and replace with the following:

**H.45 CONTINGENT FEE – See Section J, Appendix D, ORP-01, Revision No. 2, *Project W-314*, for specific fee requirements**

(a) W-314 Project Cost Schedule and Recovery

The retention by CHG of fee previously paid for fiscal year (FY) 2001 Specific Requirement 1 of ORP-01 will be contingent upon the successful completion of the projects baseline scope by 6/30/05 (or project end date as modified by DOE approved BCRs). If the project is not completed on the project approved end date of 6/30/05 and within the W-314 project's TEC and TPC, CHG must reimburse the FY2001 fee paid plus interest in accordance with Section I clause entitled interest. The current TEC of $216,960,000 and TPC of $285,260,000 can be reduced or increased by DOE approved BCRs that add or delete project workscope.

For the period beginning October 1, 2002, (FY 2003) and continuing for the duration of this Contract, Clause H.1.(d)(1) applies.

Recovery of Project W-314 cost and schedule performance consists of the following three (3) deliverables:

(1) Submittal of a Recovery Plan, by January 16, 2002, which addresses the following areas and is considered to be reasonable and achievable by DOE.

Acceptable Recovery Plan shall contain:

(i) Resource Loaded Schedule at WBS Level 7
(ii) Critical Path Logic at WBS Level 7
(iii) Monthly manpower plan (number of FTEs by labor classification (COCS) including subcontract labor FTEs)
(iv) Projected monthly spending plan that is within FY funding limitations
(v) Plan must encompass all carryover workscope from prior FYs as well as FY2002 BCWS

(2) Monthly status report on W-314 Recovery Plan actions to be included in the Monthly Management Performance Report (MRM).

(3) Successful accomplishment of the actions outlined in the DOE reviewed Recovery

Recovery Plan DOE made an assessment relative to the project's cost variance criteria for gateway calculation, which resulted in the establishment of the following for FY 2002:

(i) For FY 2002: Fee can be earned by completing Specific Requirement 2 of ORP-01, Revision 2 and will be based on the following scale; any unearned fee will be forfeited (fee will not be deferred to end of project). If CHG exceeds either a negative 7.5% schedule variance or a negative 10% cost variance then FY 2002 fee cannot be earned. For FY 2002 unfavorable cost variances the following fee can be earned (schedule variance must not exceed a negative 7.5% in order to earn fee):

| | | | | |
|---|---|---|---|---|
| 0 | to | - 7.5% | 100% of fee will be earned | |
| - 7.6 | to | - 10% | 50% of fee will be earned | |
| over | | - 10% | -0- | fee will be earned |

*(Note: Additional fee can be earned in FY 2005, if CHG reduces cost by the end of the project.)*

CHG is required to demonstrate to DOE's satisfaction the above three deliverables.

(ii) Specific Fee language regarding FY 2002-2005 of ORP-01, Revision 2 is described in detail in Section J, Appendix D.

(b) Termination

In the event CHG is terminated for default, any contingent fee that has been paid for Project W-314 shall be paid with interest."

2. Under Section I, CONTRACT CLAUSES, incorporate the clause, FAR 52.216-10 Incentive Fee (MAR 1997). Fill-In Information will be identified on specific Performance Based Incentives, as applicable.

3. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, incorporate the attached Table D-1 (Revision 5) "Summary of FY2001 through FY2006 Performance Based Incentives."

4. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-01, *Project W-314*, Revision No. 2, Dated May 17, 2002.

5. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," incorporate the attached ORP-29, *Performance Management Plan Implementation*, Revision No. 0, Dated May 07, 2002.

6. Under Section J, DOE DIRECTIVES, Appendix C, "RL/DOE-ORP-DIRECTIVES," add ORP M 420.1-1 "ORP Fire Protection Program," dated March 11,2002 with an implementation due date of 30 September 2002.

<u>Contractor's Statement of Release</u>

The Contractor hereby releases the Government from any and all liability under this Contract for any further equitable adjustments attributable to the changes set forth above.

Table D-1 (Revision 5)

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Percent of Available Fee Pool | (000) Available Fee Pool |
|---|---|---|---|
| ORP-01 R2 | Project W-314 | 15.40% | |
| ORP-02 R1 | Retrieval Systems (W-211 and W-521) | 4.10% | |
| ORP-03 | Store Immobilized High Level Waste (IHLW) | 2.90% | |
| ORP-04 | Dispose of Immobilized Low Activity Waste (ILAW) | 5.50% | |
| ORP-05 R1 | SST Interim Stabilization | 8.00% | |
| ORP-06 | Initial Waste Feed Delivery | 5.70% | |
| ORP-07 R1 | SST Retrieval - Tank C-104 | 9.60% | |
| ORP-08 | Facility Stabilization | 4.70% | |
| ORP-09 R1 | Life Cycle Asset Management | 6.40% | |
| ORP-10 | DST Integrity Assessment Reports | 3.40% | |
| ORP-11 | 242-A Evaporator Life Cycle Asset Management | 1.30% | |
| ORP-12 | Tank Characterization | 1.80% | |
| ORP-13 R1 | Tank Farm - Closure Support | 6.40% | |
| ORP-14 R1 | SST Retrieval - Tank S-102 (Note: includes SSPBI work, see below) | 1.60% | |
| ORP-15 R1 | Corporate Performance | 14.70% | |
| ORP-16 | WTP Interim Design and Transition | 2.30% | |
| | Unallocated Fee (See Clause H.1) | 6.20% | |
| | ORP-29 Performance Mgmt. Plan Implementation (FY 02 unallocated fee) | | |
| | ORP-31 FFCA Stack Closure (partial FY 03 unallocated fee) | | |
| | **Total** | 100.00% | $ 106,100 |
| | **SuperStretch Performance Incentives (SSPBI)** | | |
| **Number** | **Title** | | **Available Fee** |
| | **The following SSPBIs are Negotiated and Approved:** | | |
| ORP2.1.3S R1 | Advanced Preparation of 241-SY-101 for Retrieval and for Receiving and Staging | | $ 1,355 |
| ORP3.8.2S | Transfer Waste from 241-AW-104 to Evaporator Feed Tank | | $ 760 |
| ORP8.1.2S | Acceleration of Project W-519 | | $ 400 |
| ORP-17 R3 | FY2001 Deferred Work Scope | | $ 1,072 |
| ORP-19 R2 | DST Caustic Addtion | | $ 1,802 |
| ORP-21 | 241-SY Primary Ventilation System Backup Exhauster | | $ 201 |
| ORP-23 R2 | Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades | | $ 352 |
| ORP-24 R2 | Accelerate Saltcake Retrieval (U-107) | | $ 704 |
| ORP-25 | Vadose Zone Acceleration in Support of SST Farm Closure | | $ 199 |
| ORP-26 | Ready 241-AP-102 as an Available Receiver Tank | | $ 147 |
| ORP-27 | Double-Shell Tank Integrity Project High Priority Caustic Additions, Video Inspections, and Ultra Sonic Testing Inspections | | $ 167 |
| ORP-28 | Accelerated Tank Closure Demonstration | | $ 954 |
| ORP-31 | FFCA Stack Closure | | $ 275 |
| | **Total** | | $ 8,388 |
| | **The following SSPBIs are Pending Final Negotiation:** | | |
| ORP-14 R1 | SST Retrieval - Tank S-102 | | TBD |
| ORP-18 | Accelerate W-520 Construction of the ILAW Disposal Facility | | TBD |
| ORP-20 | SST Retrieval Tank S-112 | | TBD |
| ORP-22 | Accelerate W-464 Construction of IHLW Storage Facility | | TBD |
| ORP-23 R2 | Accelerate W-525 Construction of the Tank Farm Infrastructure and Compliance Upgrades | | TBD |
| | **The following is a list of Potential SSPBI Areas** | | |
| | Remove Organic Layer from C-103 | | |
| | Remove SY-103 from Watch List | | |
| | Accelerate SST Retrieval Crawler Development | | |
| | C-106 Closure Evaluation | | |
| | Accelerate SST Leak Detection Upgrade | | |
| | Enhanced Interim Stabilization of Equipment | | |

# FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

## SECTION 1
## General Information

Title: Project W-314

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 5.02.02.03.01

Maximum Available Incentive Fee: *15.4 percent of the total available FY 2001 – 2006 incentive fee pool*

Type: Standard

## SECTION 2
## Technical Contacts

*ORP Point of Contact: W. Taylor/T. Hoertkorn*

*Contractor Point of Contact: J. Eacker/J. Van Beek*

## SECTION 3
## Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution, with the following exceptions

| Table of fee payment changes from Original PBI, Contract MOD 047/048, and Schedule Optimization Workshops | | | | | |
|---|---|---|---|---|---|
| Fee | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 |
| Original fee | $4,248,244 fee | $2,614,304 fee | $3,431,274 | $2,614,304 | $3,431,274 |
| Fee Payment Changed by M047/048 (Dec01/Feb02) | FY01 fee moved to FY02 | Contingent fee of $4,248,244 moved from FY01 is to be repaid with interest if CHG does not meet M047/048 requirements<br><br>FY02 fee of $2,614,304 cannot be earned if PI specific requirements and M047/048 requirements of not exceeding a negative 7.5% cost or schedule variance are not met<br><br>FY02 Total Fee = $6,862,548 | No Change<br><br>No Change | No Change<br><br>No Change | No Change<br><br>No Change |
| Fee Payment Changes from schedule optimization workshops (Feb-May 02) | | FY01 Contingent fee of $4,248,244 moved to FY05<br><br>FY02 fee of $2,614,304 cannot be earned if the cost variance exceeds a negative 10%, or if the schedule variance exceeds a negative 7.5%. The increase from 7.5% to 10% cost variance is a one-time event to allow CHG to get the project back within the contract performance curves.<br><br>FY02 Total Fee = $2,614,304 | No Change<br><br>No Change | No Change<br><br>No Change | No change to FY05 original fee of $3,431,274<br><br>Contingent fee of $4,248,244 moved from FY01 is to be repaid with interest if CHG does not meet PBI requirements<br><br>Added Additional fee can be earned through expense and capital savings per table in Section 3.1.b.<br><br>FY05 Total Fee = 7,679,518* |
| | | | | | *Excludes additional fee potential. |

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

- Fee paid for FY 2001 Performance Incentive: The retention by CHG of fee previously paid for fiscal year (FY) 2001 Specific Requirement 1 (listed below) will be contingent upon the successful completion of the projects baseline scope by 6/30/05 (or project end date as modified by DOE approved BCRs). If the project is not completed on the project approved end date of 6/30/05 and within the W-314 project's TEC and TPC, CHG must reimburse the FY2001 fee paid plus interest in accordance with Section I clause entitled interest. The current TEC of $216,960,000 and TPC of $285,260,000 can be reduced or increased by DOE approved BCRs that add or delete project workscope.

- For FY 2002: Fee can be earned by completing Specific Requirement 2 and will be based on the following scale; any unearned fee will be forfeited (fee will not be deferred to end of project). If CHG exceeds either a negative 7.5% schedule variance or a negative 10% cost variance then FY2002 fee cannot be earned.

  For FY 2002 unfavorable cost variances the following fee can be earned (schedule variance must not exceed a negative 7.5% in order to earn fee):

  | | |
  |---|---|
  | 0 to - 7.5% | 100% of fee will be earned |
  | - 7.6 to - 10% | 50% of fee will be earned |
  | over - 10% | -0- fee will be earned |

  *(Note: Additional fee can be earned in FY 2005, if CHG reduces cost by the end of the project.)*

- For FY 2005:
  a. All fee deferred from FY 2003 and FY 2004 plus fee in FY 2005 can be earned if the projects cost does not exceed the TEC and TPC, and the project completes by the approved project completion date of 6/30/05 (or as modified by BCRs approved by DOE). The current TEC of $216,960,000 and TPC of $285,260,000 can be reduced or increased by DOE approved BCRs that add or delete project scope. If the cost exceeds the approved TEC and TPC all fee deferred from FY 2003 through FY 2004 will not be earned and FY 2001 fee paid will be reimbursed to DOE with interest.

  b. Additional fee can be earned by CHG implementing cost saving initiatives that reduce the cost at completion below the TPC and TEC (target cost) and the project completes by the approved project completion date of 6/30/05 (or as modified by BCRs approved by DOE). No additional fee can be earned on savings from scope deletions. The current TEC of $216,960,000 and TPC of $285,260,000 can be reduced or increased by DOE approved BCRs that add or delete project scope.

     For the additional fee, CHG must comply with the requirements of FAR 52.216-10 "INCENTIVE FEE" (MAR 1997) with paragraph (e) of this clause as follows:
     (e) Fee payable. (1) The fee payable under this contract shall be the target fee increased by a maximum of 10% for expense dollars and 20% on TEC savings for every dollar that the total allowable cost is less than the target cost or decreased by 0% for every dollar that the total allowable cost exceeds the target cost. In no event shall the fee be greater than 10% of savings on expense dollars and 20% on TEC savings.

     For TPC savings on expense dollars an additional 10%* of savings can be earned as additional fee. The maximum additional fee that can be earned on savings from expense dollars is $750,000.

     The following scale will be used for calculating additional fee payable on TEC savings.*

     | | |
     |---|---|
     | $0 to $10M | 5% of savings can be earned as additional fee |
     | $10.1M to $20M | 10% of savings can be earned as additional fee |
     | > $20.1M | 20% of savings can be earned as additional fee |

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

*The remainder of the savings (savings less earned incentive fee) shall not be used for Superstretch [Contract Clause H.1(g)].

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

**Specific Requirements:**

1. Complete the following upgrades by September 30, 2001: Items a) through c) below, provide a general scope of construction.
   a) AY tank farm upgrades for Pit AY-02A and line SN-633 backfill and new SY tank farm annulus ventilation exhauster. (Earn 9% of fee.)

   b) AW tank farm upgrades: AW tank farm definitive design, Pit AW-B construction that requires open pit, complete new cover block installation, remove cover blocks from Pit AW-A, complete fabrication of nozzle seals, drain plugs, valve handles and actuators, and pour new cover blocks. (Earn 9% of fee.)

   c) AZ tank farm upgrades: for Pit AZ-01A, Pit AZ-02A and backfill of Lines SN-631, SN-632, and DR-100. (Earn 8% of fee.)

2. a) Complete Installation of the Master Pump Shutdown System by 9/30/02. (Earn 8% of fee.)
   b) 200 East Waste Transfer System upgrades: new AZ valve pit, lines SNL-3150 and SLL-3160 Acceptance Test Procedures (ATPs) (pressure boundary testing) lines SN-630, SN-634, SN-636, and SN-637 ATPs (pressure boundary testing) by 09/30/02. (Earn 8% of fee.)

3. Complete all Phase I Upgrades in the AY/AZ/AW Tank Farms, and AN Tank Farm Upgrades (Phase 1 and 2) by 9/30/03. (Earn 21% of fee)

4. Complete SY Tank Farm Upgrades by 9/30/04. (Earn 16% of fee.)

5. Complete Project W-314 baseline scope and submit project Construction Completion Document by 6/30/05. (Earn 47% of fee. The 47% of total fee is in recognition of releasing the contractor's obligation to repay the FY 2001 fee.)

6. Complete Project Cost Closure (4 Cs) document and submit to ORP by 3/30/06. (Additional Fee. Additional fee as defined in Section 3 above.)

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** *(Specify Performance Elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

The completion dates for Performance Expectations 1 through 4 are target dates. Fee can be earned by completing the performance expectation by a target date. If Performance Expectations 1, 3, or 4 are completed late, the fee associated with the missed performance expectation(s) will be deferred until Performance Expectation 5 (Specific Requirement 5. Complete Project W-314 baseline scope by 6/30/05) is completed. Performance Expectation 5 (Specific Requirement 5) must be completed by 6/30/05, in order to earn full available fee. All deferred fee will be paid upon completion of Performance Expectation 5 (Specific Requirement 5).

1. Items a) through c) below give a general scope of construction.
   a) AY & SY tank farm upgrades:
      a. Complete ATP for Pit AY-02A.
      b. Complete Line SN-633 backfill.
      c. Complete Operational Test Procedure (OTP) for SY annulus ventilation exhauster.
   b) AW tank farm upgrades:
      a. Complete AW tank farm definitive design.
      b. Complete Pit AW-B construction that requires open pit, complete new cover block installation, and leak detector installation.

c. Remove cover blocks from Pit AW-A, complete fabrication of nozzle seals, drain plugs, valve handles and actuators, and pour new cover blocks.

c) AZ tank farm upgrades:
   a. Complete ATP for Pit AZ-01A upgrades.
   b. Complete ATP for Pit AZ-02A upgrades.
   c. Complete backfill of Lines SN-631, SN-632, and DR-100.

2. The Master Pump Shutdown System (Programmable Logic Controllers and Human Machine Interfaces) will be installed and the Acceptance Test Report will be issued. Complete ATPs and issue Acceptance Test Report for Waste Transfer System (WTS) Construction.

3. Completion of AZ/AW/AY phase I upgrades, and AN (phase I and II) Tank Farm Upgrade construction. Complete all ATPs and ATRs for Phase I construction. Complete all ATPs and ATRs for AN Phase I and II construction.

4. Complete ATPs and issue Acceptance Test Report for SY Tank Farm Upgrades.

5. Project W-314 construction and required startup and turnover activities will be complete. CHG will complete the approved baseline for project completion including startup and turnover for operation and project closeout activities including completed Construction Completion Document by 6/30/05.

6. Project Cost Closure (4 Cs) will be completed and submitted to ORP by 3/30/06. CHG will establish an accrual reserve account as part of project closeout to disposition final project costs. ORP shall review the Project Cost Closure document and approve within 30 days; after which additional fee payment will be authorized based on the cost savings table in Section 3.b.

Construction completion must meet the criteria in the Project Design Requirements Document and be complete in accordance with design drawings and procurement specifications, which are relied upon by ORP, this would include ORP directed changes to such documents subject to change control approval.

Pit Upgrades & New Pit Construction: Completion is successfully completing construction in accordance with design documents, Acceptance Inspections (AI) and ATP, unless otherwise defined in 1-5 above.

For Transfer & Drain lines: Welding complete and accepted and lines hydro tested. Line SN-633, SN-631, SN-632, and DR-100 will be backfilled.

For WTS:
- for pits completion is successfully completing construction in accordance with design documents, and Acceptance Inspections and ATPs.
- for transfer lines completion is successfully completing construction in accordance with design documents, and Acceptance Inspections and ATPs (lines hydro tested).
- WTS transfer lines will be tied into the cross site transfer prior to completion of Project W-314.

**DEFINITIONS:** *(define terms)*

TEC is the Total Estimated Cost of the projects work scope, which consists of capital funds.

OPC is the Other Project Cost of the projects work scope, which consists of expense funds.

TPC is the Total Project Cost, which consists of the TEC funds plus OPC funds.

**COMPLETION DOCUMENTS LIST:** *(Name the Documents, Databases, etc., which will be submitted to show completion for each Performance Expectation.)*

Completion of definitive designs shall be documented by an approved Engineering Data Transmittal (EDT).

Completion of construction and testing activities shall be documented by an approved Job Control System sign-off sheet or status sheet for work related packages and by a Contractor letter documenting completion.

Submittal of the Acceptance Test Report (ATR) is evidence that ATP is complete and shall be submitted with the Performance Expectation Completion Notice.

Construction Completion Document (CCD) (currently A-6002-656 (02/00)) approved and signed by CHG, DOE, and AI. The CCD documents;

- Completion of Construction and Construction Acceptance Testing,
- Completion of Exceptions,
- Completion of Operational Testing and Test Results,
- Final Completion of Exceptions.

Project Cost Closure (4Cs) (currently A-6002-655 (02/00)) signed by CHG and submitted to DOE.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

New scope (new functions and requirements and/or systems, structures and components) that is determined to be necessary for the success of the ORP mission could be added through the BCR process or will be integrated into other RPP Capital Construction Projects. This new scope from new functions and requirements and/or systems, structures and components if added to W-314 through the BCR process will not be counted against the cost savings generated by the project.

Use of contingency or project funds to cover cost uncertainties, inaccurate cost estimates, incomplete designs, unforeseen and unpredictable conditions or uncertainties that arise during execution of the project work-scope, will not be considered new scope.

**SECTION 5**
**Signatures**

[signature] 6/14/02
ORP Manager/Date

[signature] 6/12/02
CHG President and General Manager/Date

ORP Contracting Officer/Date

[signature] 6/12/02
CHG Contract Representative/Date

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

### SECTION 1
### General Information

Title: Performance Management Plan Implementation

Project Baseline Summary (PBS): TW04 Work Breakdown Structure (WBS): 5.02.02.05

Maximum Available Incentive Fee: FY 2002 = *.8742 percent of the total available FY 2001 – 2006 incentive fee pool*

FY 2003 – FY 2004 = to be negotiated

Type: Stretch

Note: ORP may at its unilateral discretion choose to revise downward the baseline cost estimate for this PBI to reflect the results of the FY 2002 baseline improvement process and/or the associated baseline change request.

6/5/02

### SECTION 2
### Technical Contacts

*ORP Point of Contact: L. Erickson/S. Wiegman*

*Contractor Point of Contact: R. Dodd*

### SECTION 3
### Performance Expectations and Earning Schedule

**General**:

1. The Contractor's final fee will be determined in accordance with clause H.1, Performance Based Incentives and Fee Distribution.

2. Performance Based Incentives may be modified to reflect changes to the project baseline resulting from external drivers, such as, submission and approval of TPA change requests for consistency purposes.

3. Acceptable product completion represents technical adequacy and good value to the government.

**Specific Requirements:**

FY 2002 Workscope (items for FY 2002 fee earning above)

1. Perform Planning and Technical Integration Project Management of the three initiatives, which have been started by ORP [Technical Integration Baseline Development Team (TIBDT), Mission Acceleration Initiatives (MAI), and Cleanup Constraints and Challenges Team (C3T)] as evidenced by the following 4 elements:

    a. Develop a Planning and Technical Integration Project Plan for the overall integration of the TIBDT, MAI, and C3T teams by 4/30/02 (earn 0% of fee)
    b. Develop a communications plan for the Planning and Technical Integration of work initiatives by 4/30/02 (earn 0% of fee)
    c. Develop the project plan for the MAI Project by 4/15/02 (earn 0% of fee)
    d. Develop the project plan for the C3T Project by 4/15/02 (earn 0% of fee).

    These project plans will be developed by CH2M HILL Hanford Group, Inc. (CHG) and serve as a method to develop and communicate the strategy for planning the acceleration of the Tank Farm mission.

2. By 7/26/02, issue the contractor-prepared and ORP approved (see Assumptions, Section 4) Programmatic Environmental Review Report, which is consistent with the strategy described in the Performance Management Plan for the Accelerated Cleanup of the Hanford Site (earn 20% of fee).

## FY 2001 - 2006 PERFORMANCE BASED INCENTIVE

By 7/31/02, issue a contractor-prepared and ORP approved (see Define Completion, Section 4) recommendation for alternative technologies for potential mission acceleration (earn 20% of fee).

4. By 8/01/02, develop and document the U. S. Department of Energy, Office of River Protection (ORP) strategy for the revised and mutually agreed to, or determination by ORP of the reasonableness of product, Performance Management Plan for Accelerated Cleanup of the Hanford Site consistent with the 3/05/02 letter of intent (earn 5% of fee).

5. By 8/30/02, develop a draft supplemental analysis to the Environmental Impact Statement (EIS) providing the regulatory basis for alternative retrieval, immobilization, and closure demonstrations (earn 25% of fee).

6. By 9/30/02, develop a target baseline (earn 30% of fee).

FY 2003 – FY 2004 Workscope (items for FY 2003/FY 2004 fee earning):

7. By 8/31/03, complete hot laboratory testing of alternative technologies.

8. By 8/31/04, complete cold pilot demonstrations of selected technologies.

9. By 1/01/03, complete the River Protection Project (RPP) PBS Level integrated schedule and WBS for 2035 cleanup completion for incorporation into a Hanford Site integrated schedule consistent with the Performance Management Plan for Accelerated Cleanup of the Hanford Site.

10. By 1/31/04, provide to ORP a detailed baseline revision supporting accelerated cleanup for integration within the Hanford Site baseline consistent with the Performance Management Plan for Accelerated Cleanup of the Hanford Site.

Note: Milestones associated with closure demonstrations have been developed under a separate Performance Based Incentive (PBI) and are not covered in this PBI.

## SECTION 4
## Performance Requirements

**DEFINE COMPLETION:** (*Specify performance elements and describe indicators of success (quality/progress). Include baseline documentation/data against which completion documentation should be compared.)*

1.a. Complete a contractor-prepared and ORP approved (see Assumptions, Section 4) project plan for the integration of the three project initiatives started by ORP (TIBDT, MAI, and C3T). The contractor-prepared and ORP approved project plan will be submitted to ORP by 4/30/02, and includes the logic for integration, process for communication and tracking issues between projects, and a process for evaluating alternatives.

1.b. Complete the initial contractor-prepared and ORP approved (see Assumptions, Section 4) communications plan by 4/30/02, which identifies the primary regulatory interface meetings, the key programmatic deliverable documents, and the messages to be delivered to accelerate the mission.

1.c. Complete a contractor-prepared and ORP approved (see Assumptions, Section 4) MAI Project Plan by 4/15/02, which includes the project deliverables, logic for completion, and cost and schedule for completion. Also included in this plan will be the process for ORP, contractor, and stakeholder review, and the configuration management of the data and technical deliverables.

1.d. Complete a contractor-prepared and ORP approved (see Assumptions, Section 4) C3T Project Plan by 4/15/02, which includes the project deliverables, logic for completion, and cost and schedule for completion.

2. Issue a Programmatic Environmental Review Report, which provides a technical evaluation of alternatives being considered to enhance the RPP Baseline options for retrieval, immobilization, and closure of the Tank Farms consistent with the strategy of the Performance Management Plan for the Accelerated Cleanup of the Hanford Site. This will provide the documentation of the technical basis for alternative technologies and provides the background detail for the supplemental analysis to the EIS.

3. Issue a contractor-prepared and ORP approved recommendation for alternative technologies, documenting the flowsheet analysis of the technology and how it would be implemented to accelerate the tank farm mission by providing an alternative to

Waste Treatment Plant (WTP) vitrification of all the waste, or that would enable higher throughput or reducing technical risks of the currently planned WTP. This defines the recommended technologies or combinations of technologies for FY 2003 testing consistent with the Performance Management Plan for the Accelerated Cleanup of the Hanford Site and the ORP Baseline Opportunities Working Group. The technologies will be identified and selected via:

- Workshop selection of potential technologies
- Flowsheet of the technologies
- Workshop review and selection based on flowsheet analysis using agreed to selection criteria and panel of technical and regulatory experts
- Results of the selection workshop and recommendations will be documented in an issued report

4. Provide the strategy, milestones, Government Furnished Services & Information and key decisions for ORP to be used in the 8/01/02 deliverable, as described in the 3/05/02 letter of intent for mission acceleration. Included in this plan, will be the ORP strategy, which is integrated with the other initiatives for accelerating cleanup of the Hanford Site from 2070 to 2035, and possibly as soon as 2025. The 8/01/02 work plan will be mutually agreed to by the Tri-Parties (Ecology, EPA, and DOE) or determination by ORP of the reasonableness of product. Fee is payable upon document issuance.
5. Transmit to ORP, a draft supplemental analysis to the EIS, documenting the alternatives considered in the Programmatic Environmental Review Report. The supplemental analysis will determine whether the alternatives are bounded by the TWRS EIS and Record of Decision. The draft of this document will be provided to ORP as the 8/30/02 deliverable. For information only: This supports a subsequent 30-day review cycle by ORP for final revision and approval by 10/30/02.
6. The documented target baseline will be prepared and transmitted to ORP, which provides technical background, assumptions, and initial demonstrations for completion of the RPP Mission consistent with the "Performance Management Plan for the Accelerated Cleanup of the Hanford Site," which was made public 5/01/02. The assumptions used in developing the target baseline will be updated, per an agreed to change control process to remain consistent with the 8/01/02 revision of the "Performance Management Plan for the Accelerated Cleanup of the Hanford Site." The target baseline will consist of a summary level schedule, cost estimates, and key decision and site integration points.
7. Hot laboratory testing of alternative technologies will provide laboratory analysis and supporting engineering data to guide alternative technology selection. The data from the laboratory testing will be documented and a system optimization study for utilization of the alternate treatment technology will be documented and transmitted in a letter report to ORP. Hot laboratory testing of alternative technologies will be based on Specific Requirement 3 and agreement with ORP.
8. Cold pilot demonstration(s) will provide confirmation that the selected technology is acceptable for deployment. The demonstration results will be documented and transmitted to ORP for consideration of implementation for waste processing and immobilization.
9. Complete a PBS Level integrated schedule and WBS, which implements the attributes of the 8/01/02 revision of the Performance Management Plan for the Accelerated Cleanup of the Hanford Site. The deliverable will be a PBS level P3 schedule that will be integrated with the U.S. Department of Energy, Richland Operations Office (DOE-RL) summary schedule to create a PBS-level Hanford Site integrated schedule and WBS for 2035 cleanup completion.
10. Complete a revision to the RPP baseline providing detailed cost and schedule information. This revised RPP baseline shall be integrated with the DOE-RL baseline to develop a detailed integrated Hanford Site baseline in support of accelerated cleanup by 2035. The RPP baseline will be of a quality that is consistent with the Good Practice Guide for Baseline Development (GPG-FM-016).

**DEFINITIONS:** *(define terms)*

Technical Integration Baseline Development Team (TIBDT) – The TIBDT activity was established by letter from H. L. Boston, ORP, to M. P. DeLozier, CHG, "Contract No. DE-AC27-99RL14047 – Development of a Waste Treatment Complex Integrated Technical Foundation," 01-ORP-127/0106563, dated November 21, 2001, focused on the optimization associated with the phase 1 Mission (construction and operation of waste treatment facilities to address the first ten percent of the tank waste by 2018). The continued integration of Phase I WTP optimization within tank farms will be provided under this activity after expected completion of the TIBDT.

Mission Acceleration Initiatives (MAI)– The MAI effort was established for the evaluation of alternative treatment options for the remaining waste and tank farm closure. This activity was previously referred to as the balance of mission.

Cleanup Constraints and Challenges Team (C3T) - The C3T joint initiative between ORP, the DOE-RL, State of Washington Department of Ecology (Ecology), and the Environmental Protection Agency (EPA) developing the common standards and ategies for ORP facilities with other cleanup efforts at Hanford.

Project Plan – A project plan, approved by CHG, identifies the scope, deliverables, schedule, and cost of the project. Also included hin the project plan will be a logic for the completion of the tasks, interface between the projects and lines of communications between the projects and the ORP leadership.

Performance Management Plan for the Accelerated Cleanup of the Hanford Site – The DOE-RL and ORP have developed this document to provide the U.S. Department of Energy-Headquarters, the Office of Management and Budget, Congress, our regulators, tribal governments, and stakeholders our plan for accelerating cleanup of the Hanford Site from 2070 to 2035, and possibly as soon as 2025.

Programmatic Environmental Review Report – The Programmatic Environmental Review Report, to be issued by CHG, provides a description and comparison of technologies, which are being considered to enhance the RPP baseline options for retrieval, immobilization, and closure documentation. The technology and alternatives under consideration are identified and described in CHG Interoffice Memo 70000-TLS-02-001.

Supplemental analysis – The supplemental analysis is a report issued by CHG, which will compile existing documents and information necessary for a National Environmental Policy Act of 1969 (NEPA) determination as to adequacy of basis for implementation of current closure initiatives. The analysis shall also identify additional information requirements, as appropriate.

Letter of Intent – Documents a commitment by the Tri-Parties (Ecology, EPA, and DOE), to accelerate Hanford Site cleanup, dated 3/05/02.

Reasonableness of products will be defined as disposition, comment resolution and incorporation, of ORP comments relevant to the submitted products.

**COMPLETION DOCUMENTS LIST:** *(Name the documents, databases, etc., which will be submitted to show completion for each Performance Expectation.)*

1.a. Letter report to ORP documenting the contractor-prepared and ORP approved Planning and Technical Integration Project Plan.
1.b. Letter to ORP transmitting the Planning and Technical Integration Communications Plan.
1.c. Letter report to ORP documenting the MAI Project Plan.
1.d. Letter report to ORP documenting the C3T Project Plan.
2. Letter to ORP transmitting the Programmatic Environmental Review Report.
3. Letter to ORP transmitting the documented recommendation for alternative technologies.
4. 8/01/02 revision to "Performance Management Plan for the Accelerated Cleanup of the Hanford Site."
5. Letter to ORP transmitting the draft supplemental analysis to the EIS.
6. Letter to ORP transmitting the documented target baseline.
7. Letter report to ORP documenting the results and recommendations of the hot laboratory testing.
8. Letter report to ORP documenting the results and recommendations of the cold pilot demonstrations.
9. Electronic PBS Level P3 schedule and WBS for integration with the rest of the Hanford Site.
10. Electronic detailed baseline P3 resource-loaded schedule for integration within the rest of the Hanford Site.

**ASSUMPTIONS/TECHNICAL BOUNDARY CONDITIONS**: *(For reasonably foreseeable impacts to performance that are not within control of Contractor. If the assumption or condition proves false, the remedy is renegotiations unless stated otherwise.)*

- The three teams (TIBDT, MAI, and C3T) established by ORP are project managed individually by ORP and funded by ORP separate from the Planning and Technical Integration function.
- A one-week (5 working days) review and comment period will be provided for a concurrent CHG/ORP review of the draft Planning and Technical Integration Project and Communications Plan.
- A one-week (5 working days) review and comment period will be provided for a concurrent CHG/ORP review of the draft Project Plans for MAI and C3T projects.
- An initial (30-calendar day) review and comment period ending 5/30/02 will be provided for a concurrent CHG/ORP/Ecology review of the draft Programmatic Environmental Review Report.

- The Draft Programmatic Environmental Review Report will be submitted to ORP by 6/19/02. Following external review and additional ORP/Ecology review, comments will be provided to the contractor by 7/19/02 for disposition and submittal of final report by 7/26/02. A day-for day slip in the milestone date will be incurred for late submittal of ORP comments.
- On the contractor-prepared and ORP approved document, recommending alternative technologies for potential mission acceleration, ORP will have 10 working days to review and submit comments and Contractor will have 10 working days to disposition comments. A day-for day slip in the milestone date will be incurred for late submittal of ORP comments.
- DOE-RL will continue to be the lead for the submittal of the overall update of the Performance Management Plan for the Accelerated Cleanup of the Hanford Site and issues the update by 8/01/02 and all Tri-Parties continue to participate in the C3T or similar discussions.
- The development of the target baseline assumes that ORP will continue to support the three teams with technical resources as they currently exist. No laboratory testing or demonstrations will be performed by CHG in FY 2002 to support the assumptions being made in the target baseline. Existing and available data will be used. Cost estimates used for the development will be summary level and not at a level of detail directly sufficient for baseline incorporation.
- ORP will provide contract direction for the hot laboratory testing for alternative treatment technologies based on the recommendations made in incentive 3 above by 10/01/02.
- Additional funding will be provided for future 2003 and beyond work associated with alternative treatment options.
- ORP approval of the Programmatic Environmental Review Report is required by 7/26/02 to support development of the supplemental analysis to the EIS by 8/30/02.
- The results of the supplemental analysis will be used to determine future EIS or ROD actions to be taken, if any.
- Guidance and requirements for development of the Hanford integrated schedule will be provided to the Contractor by 7/01/02.

**SECTION 5**
**Signatures**

[signature] 6/3/02
ORP Manager/Date

[signature] 6/3/02
CHG President and General Manager/Date

ORP Contracting Officer/Date

[signature] 6/3/02
CHG Contract Representative/Date

U.S. Department of Energy

**Office of River Protection**

P.O. Box 450
Richland, Washington 99352

JUN 17 2002

02-AMIC-138

Mr. E. S. Aromi, President
and General Manager
CH2M HILL Hanford Group, Inc.
Richland, Washington 99352

Dear Mr. Aromi:

CONTRACT NO. DE-AC27-99RL14047 – TRANSMITTAL OF EXECUTED CONTRACT MODIFICATION NO. M057

The U.S. Department of Energy, Office of River Protection (ORP) is transmitting one fully executed copy of Contract Modification No. M057. This modification revises clause H.45 Contingent Fee; incorporates FAR clause 52.216-10, Incentive Fee (Mar 1997) in Section I; incorporates into Section J: Performance Incentives ORP-01, Rev. 2; and ORP-29, Rev. 0; and incorporates into Section J, ORP M 420.1-1, "ORP Fire Protection Program."

If you have any questions, please contact me, (509) 376-6677.

Sincerely,

Harry L. Boston
Manager

ORP:ADR

DOE F 4200.40
(10-01)
(All Other Editions Are Obsolete)

U.S. DEPARTMENT OF ENERGY

# INDIVIDUAL PROCUREMENT ACTION REPORT (IPAR)

## PROCUREMENT ACTIONS ("M" MODIFICATIONS)

| 1. ADD/CHANGE | 2. AWARD BIN | 3. MOD NUMBER | 4. KIND OF AWARD | 5. MOD # BEING DEFINITIZED |
|---|---|---|---|---|
| ☑ Add ☐ Change | AC27-99RL14047 | M057 | 1Y | |

| 6. PR NUMBER | 7. PR COMPLETION CODE | 8. MASTER BIN | 9. DUNS NO. |
|---|---|---|---|
| | ☐ YES ☐ NO | | |

| 10. VENDOR ID | 11. CONTRACTOR NAME | 12. DIVISION |
|---|---|---|
| | CH2M HILL | |

| 13. CONTRACTORS TIN | 14. COMMON PARENTS NAME | 15. COMMON PARENTS TIN |
|---|---|---|
| | | |

| 16. CITY | 17. STATE | 18. ZIP CODE | 19. COUNTY | 20. CONG. DIST. | 21. COUNTRY |
|---|---|---|---|---|---|
| | | | | | |

| 22. AWARD DATE (MO/DAY/YYYY) | 23. AWARD EFFECTIVE DATE (MO/DAY/YYYY) | 24. AWARD COMPLETION DATE (MO/DAY/YYYY) |
|---|---|---|
| 6/14/02 | | |

| 25. E-GOVT | 26. EPA PRODUCT | 27. RECV. MAT. CLAUSES |
|---|---|---|
| | | |

28. DESCRIPTION OF WORK

**Revise clause H.45, add FAR 52.216-10 and incorporate performance incentive ORP-01, Rev 2 and ORP-29, Rev 0 and ORP M 420.1-1.**

| 29. GOVERNMENT SHARE | 30. AWARDEE SHARE | 31. TOTAL | 32. B&R NO. | 33. B&R DOLLARS |
|---|---|---|---|---|
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 34. CICA | 2 | 35. TYPE OF BUSINESS | | 36. TYPE OF AWARD | |
| 37. NO. OF OFFERORS | B | 38. SB SUBCONTRACTING PLAN | ☐ YES ☐ NO | 39. SAFETY & HEALTH | ☐ YES ☐ NO |
| 40. COMP. SOL. PROC. | B | 41. WOMAN OWNED | ☐ YES ☐ NO | 42. LABOR STATUTE | |
| 43. COMP. EXM. AUTH. | N/A | 44. SUPP. SERV. | ☐ YES ☐ NO | 45. PRODUCT SRV. CODE | |
| 46. EXT. COMPETED | A | 47. HISPANIC INST. | ☐ YES ☐ NO | 48. NAIC | |
| 49. EXT. OF COMP. | | 50. COMMERCIAL ITEM | ☐ YES ☐ NO | 51. DIRECTED PROC. | ☐ YES ☐ NO |
| 52. SYNOPSIS | 1 | 53. SB DEMO. PROGRAM | ☐ YES ☐ NO | 54. OSTI DEL. | |
| 55. TRADE COUNTRY | | 56. EMERGING SB | ☐ YES ☐ NO | 57. R&D | ☐ YES ☐ NO |
| 58. COGNIZANT DOE OFFICE | | 59. SIZE SB | | 60. GOVT. PROPERTY | |
| 61. CFAA | | 62. EMG. SB RES. AWARD | ☐ YES ☐ NO | 63. BUNDLING CONT. REQ. | ☐ YES ☐ NO |
| 64. HUBZONE SBC | ☐ YES ☐ NO | 65. HUBZONE PROG. | | 66. HUBZONE % DIFF | |
| 67. SDB PROGRAM | | 68. SDB% DIFF | | 69. OTHER PREF. PROG | |
| 70. EPACT | ☐ YES ☑ NO | 71. EPACT DOLLARS | | 72. PERF. BASED CTR. | ☐ YES ☐ NO |
| 73. VET. OWNED SB | | 74. MAC FAIR OPPORTUNITY | | 75. OTHER AGENCY CODE | |
| 76. F.A. DOD ACC | | 77. F.A. COMM. ITEM CTGY | | 78. F.A. REASON | |
| 79. F.A. CLINGER-COHEN | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 80. NEG. CODE | 0041 | 81. AWARD ADMIN. CODE | 0041 | 82. CONT. OFFICER CODE | |
| 83. TECH. REP. NAME | | | | 84. DELEGATED OFFICE | |
| 85. DELEGATION DATE | | 86. AWARD STATUS | | 87. RETIREMENT DATE | |
| 88. AWARD OFFICE | | 89. SENIOR INVESTIGATOR | | | |

| | | | |
|---|---|---|---|
| 90. DATE | | 91. DOLLARS | |
| 92. TEXT | | | |
| 93. NUMERIC | | 94. INTERNAL AWARD OFFICE USE | |

See Handbook for the Preparation of the Individual Procurement Action Report

COMPUTER-GENERATED FORM