# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 \| 16 | |
| 2. AMENDMENT/MODIFICATION NO. M070 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE<br>U. S. Department of Energy<br>Office of River Protection<br>P. O. Box 450, MS H6-60<br>Richland, WA 99352 | | 7. ADMINISTERED BY *(If other than item 6)* CODE | |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*<br><br>CH2M HILL Hanford Group, Inc.<br>PO Box 1500<br>Richland, WA 99352 | (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | ✓ | 10A. MODIFICATION OF CONTRACT/ORDER NO. DE-AC27-99RL14047 |
| CODE \| FACILITY CODE | | 10B. DATED (SEE ITEM 13) September 30, 1999 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Section I, Clause I.63, Changes - Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this Modification is to incorporate changes to CHG Contract Section B, Section C; Section H, Section I, and Section J. See the following pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)*<br>R. F. Wood, Manager, Prime Contracts | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Roy J. Schepens, Manager | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>2/6/03 | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>2/10/03 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**Block 14 Continuation:**

Description of the Change:

a. Under Section B, SUPPLIES OR SERVICES AND PRICES/COSTS, Clause B.3, Estimated Cost and Fee," replace Table B-1 with the following:

Delete:

Table B-1
Estimated Budget Authority for Fiscal Years 2001-2006

| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | TOTAL |
|---|---|---|---|---|---|---|---|
| New BA Includes Fee | $402.7* | $355* | $410* | $360* | $360* | $360* | $2,247.7* |
| Fee | $19,760,849. | $16,339,151.** | $16* | $22* | $20* | $14* | $108.1* |

* Amounts stated in Millions of dollars.
** Subject to change pending final FY 02 fee determination.

Replace With:

Table B-1
Estimated Budget Authority for Fiscal Years 2001-2006

| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | TOTAL |
|---|---|---|---|---|---|---|---|
| New BA Includes Fee | $402.7* | $355* | $410* | $360* | $360* | $360* | $2,247.7* |
| Fee | $19,760,849. | **$16,351,536.** | $16* | $22* | $20* | $14* | $108.1* |

* Amounts stated in Millions of dollars.

b. Under Section C, STATEMENT OF WORK, Clause C.1, "Summary Description of Work," paragraph three, last sentence, revise as follows:

Delete (in bold):
The Contractor shall be responsible for interfacing and coordinating with other Hanford Site prime contractors in the performance of this work. Contractor shall ensure that requirements for services provided by Contractor to other Hanford Site contractors and received from other site contractors are integrated with other Hanford Site contractors and provided for in the baseline. The Contractor shall establish appropriate arrangements with other Hanford Site prime contractors for the tasking and incentivization of work, **consistent with the approved Hanford Site Services Manual.**

c. Under Section C, STATEMENT OF WORK, Clause C.2(c)(7), "Management Workscope," sentence two, incorporates the following change:

Delete (in bold):
An updated revision to the Internal Audit Plan as set forth in Section J, Appendix E, *Guidance for Other Required Plans* shall be submitted to ORP for approval by **February 1, 2001**, and updated annually thereafter.

Replace With (in bold):
An updated revision to the Internal Audit Plan as set forth in Section J, Appendix E, *Guidance for Other Required Plans*, shall be submitted to ORP for approval by **June 15, 2003**, and updated annually thereafter.

d. Under Section C, STATEMENT OF WORK, Clause C.6, "Interaction With Other Prime Contractors," sentence three, revise as follows:

Delete (in bold):
The Contractor may, from time to time, provide services to and receive services from other Hanford Site DOE prime contractors by memoranda of agreement or other subcontract arrangements. The Contractor is encouraged to utilize the specified expertise of the PHMC, PNNL, the Site Occupational Medical Contract (SOMC), the Environmental Restoration Contractor (ERC), and the Energy Savings Performance Contractor (ESPC) to accomplish the TFC mission. In the event the Contractor determines that services may be obtained from more cost effective sources of supply, Contractor shall notify DOE of its proposal to utilize other sources **and provide Contractor's cost/benefit analysis to DOE**. The Contractors shall work with each other in identifying yearly requirements for services. DOE approval will be obtained prior to changing service providers.

e. Under Section H, SPECIAL PROVISIONS, replace H-i with the attached.

f. Under Section H, SPECIAL PROVISIONS, Clause H.22 (b), "Earned Value Management System," incorporate the following:

Add (in bold):
The Contractor shall apply the system to the contract **in a graded fashion** and shall be prepared to demonstrate to the Contracting Officer that the EVMS meets the guideline referenced in paragraph (a) of this Clause. **The graded approach would concentrate application of the EVMS on line-item capital projects with selected application on other mutually agreeable project type efforts. No application of EVMS to level of effort type activities will be required.**

g. Under Section H, SPECIAL PROVISIONS, delete Clause H.41, "Agreement Regarding Proposed Clauses."

h. Under Section I, CONTRACT CLAUSES, delete Clause I.1, FAR 52.202-1 Definitions (OCT 1995), and replace with Clause I.1, FAR 52.202-1 Definitions (DEC 2001).

i. Under Section I, CONTRACT CLAUSES, delete Clause I.141, FAR 52.202-1, Definitions (OCT 1995) – Alternate 1 (APR 1984), and replace with Clause I.141, FAR 52.202-1, Definitions (DEC 2001), Alternate I (MAY 2001).

j. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, replace J-i with the attached.

k. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix B, Paragraph JB.4 (a) (4), "SALARY STRUCTURES," incorporate the following change:

Add (in bold):
Salary Structures - The Contractor shall establish separate salary structures containing position grades, classifications, and salary ranges for exempt and for non-exempt, non-bargaining employees who are assigned to work on the Contract. The structures shall be submitted to the Contracting Officer for review and approval in advance of incurrence of costs and no later than January 31, 2001, and as required thereafter. **As long as the structures are within the guidelines of paragraph JB.4 (a)(1), "Compensation Increase Plan," a submittal will not be required.** No salary above the maximum of the salary range shall be allowable except in those cases where the Contracting Officer authorizes a "red circle" rate.

l. Under Section J, Appendix C, "DOE Directives," revise as follows:

1) Add DOE O 221.1, "Reporting Fraud, Waste, and Abuse to the Office of Inspector General."

2) Add DOE O 221.2, "Cooperation with the Office of Inspector General."

3) Delete DOE 2030.4B, "Reporting Fraud, Waste, and Abuse to the Office of Inspector General."

4) Delete DOE O 2100.8A, "Cost Accounting, Cost Recovery, & Interagency Sharing of Information Technology Facilities."

5) Delete DOE 2320.1C, "Cooperation with the Office of Inspector General."

6) Delete DOE O 5480.10, "Contractor Industrial Hygiene Program," and from S/RID.

7) Delete DOE N 5480.11, "Extension of Radiological Control Manual, Rev. 1," and from S/RID.

8) Delete DOE O 5820.2A, "Radioactive Waste Management," and from S/RID.

m. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, *Performance Based Incentives*, replace Table D-2 with the following:

Delete:

Table D-2

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Available Fee |
|---|---|---|
| PBI-1 | Store | $3,000,000 |
| PBI-2 | Waste Treatment Plant Production Support (Feed Delivery and Product Receipt) | $30,000,000 |
| PBI-3 | Single-Shell Tank (SST) Retrieval and Closure | $32,000,000 |
| PBI-4 | Supplemental Waste Treatment and Disposal | $7,000,000 |
| | **Subtotal** | $72,000,000 |
| ORP-01 – ORP-16, ORP-29 | FY 2001 and FY 2002 PBIs, excluding SuperStretch Performance Based Incentives (SSPBI [see Table D-1]) | $36,100,000 |
| | **Total** | $108,100,000 |
| | **Acceleration Fee** | |
| | **Description** | |
| PBI-3 | Acceleration fee of $2M per tank closed (see PBI for description) | TBD |
| PBI-4 | Acceleration fee of $800K for each 100,000 gallons of additional waste treated (see PBI for description) | TBD |

Replace With:

Table D-2

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Available Fee |
|---|---|---|
| PBI-1 | Store | $3,000,000 |
| PBI-2 | Waste Treatment Plant Production Support (Feed Delivery and Product Receipt) | $30,000,000 |
| PBI-3 | Single-Shell Tank (SST) Retrieval and Closure | $32,000,000 |
| PBI-4 | Supplemental Waste Treatment and Disposal | $7,000,000 |
| | **Subtotal** | $72,000,000 |
| ORP-01 – ORP-16, ORP-29 | FY 2001 and FY 2002 PBIs, excluding SuperStretch Performance Based Incentives (SSPBI [see Table D-1]) | $36,112,385 |
| | **Total** | $108,112,385 |
| | **Acceleration Fee** | |
| | **Description** | |
| PBI-3 | Acceleration fee of $2M per tank closed (see PBI for description) | TBD |
| PBI-4 | Acceleration fee of $800K for each 100,000 gallons of additional waste treated (see PBI for description) | TBD |

n. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, add the attached Appendix I, Small Business Subcontracting Plan, FY 2003.

o. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix L, delete the Site Services Manual.

# PART I – THE SCHEDULE
# SECTION H
# SPECIAL PROVISIONS

## TABLE OF CONTENTS


| Clause | Title | Page |
|---|---|---|
| H.1 | Performance Based Incentives, Fee Distribution and Fee Pool | 1 |
| H.2 | Incremental and Provisional Payments of Fee | 3 |
| H.3 | Modification Authority | 3 |
| H.4 | Guarantee of Performance | 4 |
| H.5 | Responsible Corporate Official | 4 |
| H.6 | Representations and Certifications | 4 |
| H.7 | Project Controls | 4 |
| H.8 | Small Business Subcontracting Plan | 5 |
| H.9 | Subcontracts | 6 |
| H.10 | Withdrawal of Work | 6 |
| H.11 | Assignment of DOE Prime Contracts | 6 |
| H.12 | Assignment | 6 |
| H.13 | Legal Management Plan | 7 |
| H.14 | Third Parties | 7 |
| H.15 | Emergency Clause | 7 |
| H.16 | Shutdown Authorization | 7 |
| H.17 | Payment Bonds and Performance Bonds | 8 |
| H.18 | Travel Restrictions | 8 |
| H.19 | Separate Business Unit | 9 |
| H.20 | Segregation of Costs | 9 |
| H.21 | Indirect Cost Allocations | 10 |
| H.22 | Earned Value Management System | 10 |
| H.23 | Financial Management System | 10 |
| H.24 | Engineering Standards, Design Criteria, and Construction Standards | 11 |
| H.25 | Legal Agreements (Tri-Party Agreement and Others) | 11 |
| H.26 | Environmental Responsibility | 11 |
| H.27 | Contractor Deliverables for External Regulators or Agencies | 15 |
| H.28 | Hazardous Materials | 15 |
| H.29 | Preservation of Antiquities and Land Areas | 15 |
| H.30 | Quality Assurance System | 15 |
| H.31 | Subcontractor Environment, Safety, Quality, and Health Requirements | 16 |
| H.32 | Labor Relations | 17 |
| H.33 | Advance Understanding on Personnel Costs, Policies and Procedures | 17 |
| H.34 | Determination of Appropriate Labor Standards | 18 |
| H.35 | Service Contract Act (Sca) Wage Determination | 18 |
| H.36 | Implementation of the Hanford Site Stabilization Agreement | 18 |
| H.37 | Workers Compensation | 19 |
| H.38 | Information | 20 |
| H.39 | Lobbying Restrictions (Energy And Water Development Appropriations Act, 2001) | 21 |
| H.40 | Lobbying Restrictions (Department Of Interior And Related Agencies Appropriations Act, 2001) | 21 |
| H.41 | Reserved | 22 |
| H.42 | Use Of DOE Facilities | 22 |
| H.43 | Sharing Earned Fees with Employees | 22 |
| H.44 | Purchase of American-Made Equipment and Products-Sense of Congress | 22 |
| H.45 | Reserved | 22 |
| H.46 | Non-Commercial Aviation Activities and Services | 22 |

**PART III - LIST OF DOCUMENTS EXHIBITS, AND OTHER ATTACHMENTS**
**SECTION J**
**LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

| Appendix | Title |
|---|---|
| A | Key Personnel |
| B | Advance Understanding on Personnel Costs, Policies and Procedures |
| C | DOE Directives |
| D | Performance Based Incentives |
| E | Guidance for Other Required Plans |
| F | Environment, Safety, and Health Budget Planning And Execution |
| G | Guidance for Preparation of Diversity Plan |
| H | Reserved |
| I | Small Business Subcontracting Plan (See Modification No. M021 [FY2000], M043 [FY 2001], M050 [FY 2002], M054 [FY 2002], M070 [FY 2003]) |
| J | Wage Determinations under the Service Contract Act (See Modification No. M023, and M065) |
| K | Special Bank Account Agreement (See Modification No. M028 and M043) |
| L | Reserved |
| M | Davis-Bacon Wage Determination (See Modification M050) |
| N | Hanford Site Stabilization Agreement (See Modification M050) |
| O | Interface Documents Specific to WTP Interfaces |
| P | Provisional Payment of Fee Methodology/Criteria (See Modification A066) |

**CH2M HILL Hanford Group, Inc.**
**Prime Contractor**

# SMALL BUSINESS SUBCONTRACTING PLAN

**Office of River Protection Project**
**FY03**

**CONTRACT: DE-AC27-99RL14047**

# CH2M HILL Hanford Group, Inc.

# FY03

# SMALL BUSINESS SUBCONTRACTING PLAN

**SUBMITTED BY:**

Signature: [signature]

Typed Name: B. E. Euteneier

Title: Director, Contracts & Procurement

Date: 10/30/02

**PLAN ACCEPTED BY:**

Signature: [signature]

Typed Name: J. S. O'Connor

Title: Contracting Officer, Office of River Protection

Date: 11/20/02

## PURPOSE

This CH2M HILL Hanford Group Inc. (CH2M HILL) Small Business Subcontracting Plan promotes, develops and implements a small business (SB), small disadvantaged business (SDB), small woman-owned business (SWOB), HUBZone small business (HUBZone), and veteran owned small business (VOSB), collectively referred to herein as SB, subcontracting program that maximizes business opportunities for small business concerns to the extent practicable to meaningfully contribute to the tank farm closure. The CH2M HILL partners have a long-standing commitment to the development and mentoring of small businesses, and we will continually strive to exceed federally established requirements for socio-economic programs and small business development.

## STRATEGY FOR SMALL BUSINESS INVOLVEMENT

A management philosophy of CH2M HILL is to be recognized as an industry leader in the incorporation and use of SB to gain overall project efficiency. Through various award winning and well-recognized SB programs on other projects, the CH2M HILL team members have demonstrated an understanding of the valued aspects of an integral SB involvement strategy. Consistent with DOE's vision and goals, diversity and commitment to small business subcontracting is a CH2M HILL management operating principle and a key element to our tank closure strategy. Through diversity in our SB subcontracting, we provide vital links to the local/regional community, increase our flexibility in meeting project goals and cost effectiveness, help strengthen the local economy, create new business opportunities, and represent best business practices.

CH2M HILL will afford SB maximum practical opportunity to compete for and furnish materials and services required within the SB demonstrated capabilities. This will be accomplished through evaluations of SB capabilities against specific procurement requirements, as well as, through award of specific SB set aside contracts for goods and services. CH2M HILL will compile, maintain, and share small business source data with all team member organizations, our integrated subcontractors, and with other CH2M HILL contractors to enhance increased opportunities for known, qualified firms. Where practical, the CH2M HILL team will combine project requirements and create bidding opportunities for small businesses.

## SMALL BUSINESS REPORTING

CH2M HILL requires each prospective subcontractor to submit a Representation and Certification form denoting their business size, classification, and status (SB, SDB, SWOB, HUBZone, and VOSB). Prospective contractors are assigned a vendor code that includes their respective business size, classification, and status. Each CH2M HILL contract award includes a vendor code and monthly small business statistics are generated based on those codes.

CH2M HILL will measure awards to small businesses based on the total value of contracts placed during each fiscal year. CH2M HILL will report actual performance versus small business goals to DOE-ORP on a quarterly basis.

**1. & 2. GOALS – PERCENTAGES AND DOLLARS [FAR 52.219-9 (d) (1) & (2)]**
CH2M HILL shall provide all materials, supplies, services and transportation necessary to perform the Statement of Work as a Prime Contractor to the U.S. Department of Energy, ORP. The following is based on fiscal year (FY) 2003 proposed subcontract awards.

| | |
|---|---|
| Total amount of planned subcontracting: | $109,000,000 |
| Total planned for Small Business concerns: | $ 52,320,000 |
| Percentage of total amount subcontracted | 48 % |
| Total planned for Small Disadvantaged Business concerns: | $ 10,464,000 |
| Percentage of total amount subcontracted | 9.6 % |
| Total planned for Woman-Owned Small Business concerns: | $ 8,393,000 |
| Percentage of total amount subcontracted | 7.7% |
| Total planned for HUB Zone Small Business concerns: | $ 327,000 |
| Percentage of total amount subcontracted | .3 % |
| Total planned for Veteran-Owned Small Business concerns: | $ 54,500 |
| Percentage of total amount subcontracted | 0.05% |

**3. POTENTIAL SUBCONTRACTING OPPORTUNITIES FOR SMALL BUSINESS FAR 52.219-9 (d) (3)**
Figure d.3 lists the principal categories of subcontracting opportunities that will be made available for small business concerns. The categories are for general work groupings only. As additional opportunities are identified, the list will be expanded and revised accordingly.

Figure d.3

| Subcontracting Items | Large Business | Small Business | SDB | SWOB | HUBZone | Veteran |
|---|---|---|---|---|---|---|
| Office Supplies | | X | X | X | X | |
| Technical Services | X | X | X | X | X | X |
| Office Equipment | | X | X | | | |
| Construction Services | X | X | | | | |
| Temp. Empl. Svcs. | | X | | X | | |
| A/E Services | X | X | | | | |
| Lab Services | X | | | | | |
| Safety Equipment | X | X | X | X | | |
| Fuels | | X | X | | X | |
| Operating Materials | X | X | X | X | X | |
| Miscellaneous Svcs. | X | X | X | X | X | X |

**4. METHOD USED TO DEVELOP SMALL BUSINESS SUBCONTRACTING GOALS [FAR 52.219-9 (d) (4)]**
Our goals are both realistic and attainable. To establish the subcontracting goals, CH2M HILL reviewed the forecast of probable acquisition needs for the tank farm closure project and analyzed project estimates. Goals were also developed based on:

- CH2M HILL team experience at various DOE sites across the complex
- Current outstanding small business subcontracting performance at CH2M HILL.

## 5. METHODS USED TO IDENTIFY POTENTIAL SOURCES FOR SOLICITATION [FAR 52.219-9 (d) (5)]

CH2M HILL team members have won national recognition for their Small Business Programs because they go the extra mile in identifying potential sources of supply. As described in this Plan, CH2M HILL will employ a full time Small Business Program Manager who will actively manage the program and will assist managers in developing new sources of suppliers. Below are some of the key methods and resources we will use:

- Existing CH2M HILL team subcontractor source lists
- Existing relationships with local firms
- CH2M HILL and DOE-sponsored trade fairs and conferences designed to attract additional small businesses
- Strengthened relationships with the local Small Business Administration office and business development offices, resulting in the identification of the best local sources available
- Local Chamber, Small Business and Economic Development Office supplier lists
- U.S. Small Business Administration PRO-Net database
- National Minority Purchasing Council Vendor Information Service
- Procurement Technical Assistance Center (PTAC)
- National Contract Management Association (NCMA)
- National Association of Purchasing Management (NAPM)

## 6. INDIRECT COSTS [FAR 52.219-9 (d) (6)]

Indirect costs are not included in the goals under this subcontracting plan.

## 7. ADMINISTRATOR OF SUBCONTRACTING PLAN: [FAR 52.219-9 (d) (7) ]

The following individual has been named to administer this Subcontracting Plan:

| | |
|---|---|
| Name: | Debbie Bone-Harris |
| Title: | Small Business Program Manager |
| Address: | PO Box 1500 MSIN H6-16<br>Richland, WA 99352 |
| Telephone: | 509-373-0606 |

The Small Business Program Manager's specific duties as they relate to the firm's small business subcontracting program are as follows:

a. Monitor subcontracting goal progress on a monthly basis and provide assessment reports to the DOE-ORP Contracting Officer quarterly.

b. Provide adequate and timely consideration of the potentialities of small business, small disadvantaged business, women-owned small business, HUBZone small business, and veteran owned small business concerns when working with CH2M HILL field personnel.

c. Ensure, in the Project's acquisition of goods and services, that small business, small disadvantaged, women-owned small business, HUBZone small business, and veteran owned small business concerns are provided the maximum opportunity practicable to

compete for subcontracted work and purchased materials within the framework of the CH2M HILL contract.

d. Maintain an effective outreach program by sponsoring and attending regional and national procurement conferences and trade fairs to locate additional qualified small businesses. Increase community awareness through participation in and attendance at community organization meetings (i.e. Chambers' of Commerce, vendor forums and symposiums, etc.) and direct small business solicitations. Ensure vendor accessibility to future subcontracting opportunities by monitoring and updating the external CH2M HILL Contracts and Procurement website.

e. Interact with other CH2M HILL contractors, DOE-RL, DOE-ORP and Hanford Small Business Advocacy Offices. After meeting with vendors interested in subcontracting opportunities, forward vendor profiles to technical staff and buyers.

f. Participate in the WSU-TC Advanced Business Management Program and advise the participants on CH2M HILL small business set-aside procurements.

g. Ensure the establishment and maintenance of records of the total dollar value of solicitations and awards to small business, small disadvantaged business, women-owned small business, HUBZone small business, veteran owned small business concerns, and total solicitations and awards.

h. Prepare and submit semi-annual reports (SF294 & SF295) as required by FAR 52.219-9 on direct procurements to the DOE-ORP Contracting Officer.

8. **<u>EQUITABLE OPPORTUNITY [[FAR 52.219-9 (d) (8)]</u>**

Other efforts that will be conducted to assure that small business concerns have an equitable opportunity to compete for subcontracts include:

a. Compile solicitations to facilitate small business participation in subcontracting opportunities. Assure small business concerns have an equitable opportunity to compete for subcontracts.

b. Working with CH2M HILL team and local/regional small business advocate organizations, develop and maintain a comprehensive source list of small business, small disadvantaged business, women-owned small business, HUBZone small business, and veteran owned small business concerns for use by the projects in supporting preparation of site bidders lists for solicitations of goods and services.

c. Participate, or ensure participation of company representatives in small business, small disadvantaged business, women-owned small business, HUBZone small business, and veteran small business trade associations, seminars, business opportunity workshops, and outreach programs.

d. Conduct workshops and training programs to ensure that internal buyers are familiar with small business policies established in the prime contract, as well as externally, so that small businesses are familiar with doing business with CH2M HILL.

e. Strengthen relationships with small business and procurement trade associations and local/regional business development organizations including TRIDEC.

f. Participate in the CH2M HILL/Bechtel Vendor Forums to showcase the CH2M HILL project and establish the foundation for a network of economic opportunity for small businesses.

9. **<u>FEDERAL FLOWDOWN COMMITMENT [[FAR 52.219-9 (d) (9)]]</u>**

CH2M HILL will include the flowdown requirements of FAR 52.219-9 (9) entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $500,000 ($1,000,000 for construction) to adopt a plan similar to the plan that complies with the requirements of this clause.

10. **<u>REPORTING [[FAR 52.219-9 (d) (10)]</u>**

CH2M HILL will:

(i) Cooperate in any studies or surveys or submission of reports as may be required by the U.S. Department of Energy or the U.S. Small Business Administration,

(ii) Submit periodic reports so that the government can determine the extent of compliance by CH2M HILL with this subcontracting plan.

(iii) Submit Standard Form 294 *Subcontracting Report for Individual Contracts*, Standard Form 295 *Summary Subcontract Report*, and

(iv) Ensure that our subcontractors agree to submit Standard Form 294 as required.

11. **<u>RECORDS FAR 52.219-9 (d) (11)]</u>**

The types of records that will be maintained to demonstrate the procedures adopted to ensure compliance with the requirements and goals of this Subcontracting Plan include:

(i) Source lists (e.g., PRO-Net), guides, and other data that identify small business, small disadvantaged business, women-owned small business, HUBZone small business, and veteran owned small business concerns;

(ii) Organizations contacted in an attempt to locate sources that are small businesses, small disadvantaged business, women-owned small business, HUBZone small business, or veteran-owned small business concerns,

(iii) Records held by each buyer on every subcontract solicitation resulting in an award of more than $100,000 indicating:
- Whether small business, small disadvantaged business, women-owned small business, HUBZone small business, and veteran owned small business concerns were solicited and, if not, why not;
- If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact
- Trade associations
- Business development organizations
- Conferences and trade fairs to locate small, small disadvantaged, women-owned, HUBZone, and veteran small business concerns.

(v) Records of internal guidance and encouragement provided to buyers through
- Workshops, seminars, training, etc. and
- Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the government, including the name, address, and business size of each subcontractor.

**12. <u>PLAN IMPLEMENTATION</u> <u>FAR 52.219-9 (e)</u>**

CH2M HILL will perform the following functions to effectively implement this plan to the extent consistent with efficient contract performance:

(i) Assist small business concerns by arranging solicitations, time for preparation of bids, quantities, specifications and delivery schedules so as to facilitate the participation by such concerns. CH2M HILL will make reasonable efforts to give as many small business concerns as possible an opportunity to compete over a period of time.

(ii) Provide adequate and timely consideration for use of SB concerns when deciding if CH2M HILL should perform the work or procure it from another source.

(iii) Counsel and discuss subcontracting opportunities with representatives of SB concerns.

(iv) CH2M HILL will require and rely upon the subcontractor's business size certification for small business, women-owned small business, and veteran owned small business concerns. HUBZone small business and small disadvantaged business status will be verified by receipt of a SBA certification document or by accessing the list of certified HUBZone small businesses and small disadvantaged businesses maintained by the SBA in PRO-Net. Notice will be provided to subcontractors concerning penalties and remedies for misrepresentation of business status.