# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 23

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. A096 | 3. EFFECTIVE DATE See Box 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

6. ISSUED BY CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

7. ADMINISTERED BY *(If other than item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352
DUNS 093656960

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

✔ 10A. MODIFICATION OF CONTRACT/ORDER NO. DE-AC27-99RL14047

10B. DATED (SEE ITEM 13) September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Section I, Clause I.63, Changes - Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this Modification is to incorporate changes to CHG Contract Sections B, C, F, H, I and J. See the following pages.

**Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.**

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Roy J. Schepens, Manager |

| | | | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

**STANDARD FORM 30 (REV. 10-83)**
Prescribed by GSA
FAR (48 CFR) 53.243

**Block 14 Continuation:**

Description of the Change:

a. Under Section B, SUPPLIES OR SERVICES & PRICES/COSTS, Clause B.3, "Estimated Cost and Fee," delete and replace with:

Delete:
**B.3 ESTIMATED COST AND FEE**

The estimated cost of the Contract is the total Budget Authority (BA) provided to the Contractor from October 1, 1999, through September 30, 2000, ($404,392,374.76), plus the estimated new BA of $2,277,700,000 for the period October 1, 2000, through September 30, 2006, for an estimated total of $2,682,092,374.76.

Replace with:
**B.3 ESTIMATED COST AND FEE**

The estimated cost of the Contract is the total Budget Authority (BA) provided to the Contractor from October 1, 1999, through September 30, 2000, ($404,392,374.76), plus the estimated new BA of $2,328,700,000.00 for the period October 1, 2000, through September 30, 2006, for an estimated total of $2,733,092,374.76

b. Under Section B, SUPPLIES OR SERVICES & PRICES/COSTS, Clause B.3, "Estimated Cost and Fee," Table B-1, delete and replace as follows:

Delete: Table B-1

Estimated Budget Authority for Fiscal Years 2001-2006

| | **FY01** | **FY02** | **FY03** | **FY04** | **FY05** | **FY06** | **TOTAL** |
|---|---|---|---|---|---|---|---|
| New BA Includes Fee | $402.7* | $355* | $410* | $386* | $362* | $362* | $2,277.7* |
| Fee | $19,760,849. | $16,351,536. | $16* | $22* | $20* | $14* | $108.1* |

* Amounts stated in Millions of dollars. FY 04 budget subject to reduction for 222-S Lab Analytical Services. FY 05 and 06 Evaporator Steam and 222-S Lab budget to be determined.

Replace with

Table B-1
Estimated Budget Authority for Fiscal Years 2001-2006

| | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | TOTAL |
|---|---|---|---|---|---|---|---|
| New BA Includes Fee | $402.7* | $355* | $410* | $386* | $387* | $388* | $2,328.7* |
| Fee | $19,760,849. | $16,351,536. | $16* | $22* | $20* | $14* | $108.1* |

* Amounts stated in Millions of dollars.

c. Under Section C, STATEMENT OF WORK, Clause C.2, MANAGEMENT WORKSCOPE, revise as follows:

Delete: Section C.2(d)(1)(vii)

The Hanford Environmental Health Foundation (HEHF) currently provides occupational Health Services to the Hanford Site. The Contractor shall obtain for itself and require all subcontractors performing work on the Hanford Site to obtain the following services from HEHF: occupational medical evaluations including return to work evaluations and work restriction reviews, medical surveillance evaluations, occupational primary care, health care centers/first aid, work conditioning, case management, work site health programs including blood-borne pathogens and immunizations, and behavioral health services including employee assistance programs, and health information services such as medical records and medical scheduling. The Contractor shall coordinate with HEHF and reach agreement regarding service requirements and delivery, including data gathering and sharing. The agreement should emphasize a comprehensive public health approach as being integral to a well-run health and safety program and address cost and resources effectiveness. This agreement shall be subject to approval and validation by DOE-ORP.

Replace with: C.2(d)(1)(vii)

The occupational medicine contractor, AdvanceMed Hanford (AMH), currently provides occupational Health Services to the Hanford Site. The Contractor shall obtain for itself and require all subcontractors performing work on the Hanford Site to obtain the following services from AMH: occupational medical evaluations including return to work evaluations and work restriction reviews, medical surveillance evaluations, occupational primary care, health care centers/first aid, work conditioning, case management, work site health programs including blood-borne pathogens and immunizations, and behavioral health services including employee assistance programs, and health information services such as medical records and medical scheduling. The Contractor shall coordinate with AMH and reach agreement regarding service requirements and delivery, including data gathering and sharing. The agreement should emphasize a comprehensive public health approach as being integral to a well-run health and safety program and address cost and resources effectiveness. This agreement shall be subject to approval and validation by DOE-ORP.

d. Under Section F, DELIVERIES OR PERFORMANCE make the following changes:

Delete: On Page F-i, Table F-3, the Title: “CHG Control Level by WBS”

Replace With: On Page F-i, Table F-3, the Title: “ORP Control Level by WBS”

Delete: Clause F.3, REPORTING REQUIREMENTS, subparagraph (i)

(i) Provide quarterly assessment report summarizing the total TFC status and progress for the quarter, including an evaluation of the FY and Contract term EAC. This report is due 30 calendar days after completion of each quarter, commencing December 2001.

Replace With: (i) RESERVED

e. Under Section F, DELIVERIES OR PERFORMANCE, delete and replace the following tables:

Delete: Table F-1, “Minimum Reporting Requirements and Frequency”

Replace with: the attached Table F-1, Rev 1, “Minimum Reporting Requirements and Frequency”

Delete: Table F-2, Rev 2, “RPP Baseline Change Thresholds”

Replace with: the attached Table F-2, Rev 3, “RPP Baseline Change Thresholds”

Delete: Table F-3, Rev 2, “CHG Control Level by WBS”

Replace with: the attached Table F-3, Rev 3, “ORP Control Level by WBS.”

Delete: Table F-4, Rev 2, “CHG Reporting Level by WBS,”

Replace with: the attached Table F-4, Rev 3, “CHG Reporting Level by WBS.”

Delete: Table F-5, Rev 0, “RPP Technical Baseline Documents Requiring DOE Approval”

Replace with: the attached Table F-5, Rev 1, “RPP Technical Baseline Documents Requiring DOE Approval.”

f. Under Section H, SPECIAL PROVISIONS, replace H-i with the attached.

g. Under Section H, SPECIAL PROVISIONS, add Clause H.44, as follows:

**H.44. PURCHASE OF AMERICAN-MADE EQUIPMENT AND PRODUCTS – SENSE OF CONGRESS**

It is the sense of the Congress that, to the greatest extent practicable, all equipment and products purchased with funds made available under this award should be American-Made.

h. Under Section I, CONTRACT CLAUSES, revise I.44, I.155, I.156 and I.157 as follows:

Delete: I.44 – FAR 52.225-13, "Restrictions on Certain Foreign Purchases (July 2000)"

Replace with: I.44 – FAR 52.225-13, "Restrictions on Certain Foreign Purchases (Dec 2003)"

Delete: I.155 – FAR 52.225-11, "Buy American Act – Balance of Payments Program – Construction Materials under the Trade Agreement (Feb 2000)"

Replace with: I.155 – FAR 52.225-11, "Buy American Act – Construction Materials under Trade Agreements (Jan 2004)"

Delete: I.156 – FAR 52.225-12, "Notice of Buy American Act/Balance of Payments Program Requirement – Construction Materials Under Trade Agreements (Feb 2000)"

Replace with: I.156 – FAR 52.225-12, "Notice of Buy American Act Requirement – Construction Materials Under Trade Agreements (Jan 2004)

Delete: I.157 – FAR 52.225-13, "Restrictions on Certain Foreign Purchases (Feb 2000)"

Replace with: I.157 - RESERVED

i. Under Section I, CONTRACT CLAUSES, Clause I.92, DEAR 952.209-72, "Organizational Conflicts of Interest (Jun 1997) – Alternate 1, Fill-in Information should read as follows:

Paragraph (b)(1)(i) is 3 years; It is not the intent of DOE, through inclusion of this clause in Contract Number DE-AC27-99RL-14047, to prohibit CH2M HILL, as the incumbent contractor, from proposing in response to a DOE Request for Proposal providing for recompetition of this work scope, upon expiration or termination of this contract."

j. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, replace J.-i with the attached.

k. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix C, RL/DOE – ORP DIRECTIVES:

Delete: ORP M 420.2 CRD, "Facility Representative Program"

Replace with: ORP M 420.2B CRD, "Facility Representative Program"

l. Under Section J, LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS, Appendix C:

Delete: DOE O 551.1A Change 1 CRD, "Official Foreign Travel"

Replace with: DOE O 551.1B CRD, "Official Foreign Travel"

m. Under Section J, LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS, Appendix J, "Wage Determination Under the Service Contract Act," incorporate the attached Wage Determination No. 1994-2569, Revision 21

n. Under Section J, LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS, Appendix J, "Wage Determination Under the Service Contract Act," incorporate the attached Wage Determination No. 1999-0590, Revision 3, effective April 1, 2002 through March 31, 2007

<u>Contractor's Statement of Release</u>

The Contractor hereby releases the Government from any and all liability under this Contract for any further equitable adjustments attributable to the changes set forth above.