# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 / 13 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| M100 | See Block 16C | | |

**6. ISSUED BY** CODE

U. S. Department of Energy
Office of River Protection
P. O. Box 450, MS H6-60
Richland, WA 99352

**7. ADMINISTERED BY** *(If other than item 6)* CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

CH2M HILL Hanford Group, Inc.
PO Box 1500
Richland, WA 99352
DUNS 093656960

CODE | FACILITY CODE

(ð) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
DE-AC27-99RL14047

10B. DATED (SEE ITEM 13)
September 30, 1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(if required)*
N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (ð) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT/ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Section I, Clause I.63, Changes – Cost Reimbursement (AUG 1987) Alternate III (APR 1984) and by Mutual Agreement |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign and return 2 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to revise Section F, Section J - Appendix C, D, and P. See the following pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| D. B. Cartmell, Vice President | | Roy J. Schepens, Manager | |
| **15B. CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| Original Signed<br>*(Signature of person authorized to sign)* | 9/7/04 | BY Original Signed<br>*(Signature of Contracting Officer)* | 9/17/04 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

## Block 14 Continuation:

Description of the Change:

a. Under Section F, DELIVERIES OR PERFORMANCE, Clause F.3.(g) add the following after the last sentence:

"All subsequent Table F revisions are effective in accordance with the contract modification effective date."

b. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, "Performance Based Incentives," revise as follows:

**Delete on Page JD-1, last sentence:**
"; each dated September 30, 2002"

**Delete:**

PBI-3, Single-Shell Tank (SST) Retrieval and Closure, Revision 1, dated June 26, 2003.
PBI-4, Supplemental Waste Treatment and Disposal, Revision 1, dated June 26, 2003.

**Replace with:**
PBI-3, Single-Shell Tank (SST) Retrieval and Closure, Revision 2, dated June 30, 2004.
PBI-4, Supplemental Waste Treatment and Disposal, Revision 2, dated June 30, 2004.

c. Under Section J, LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS, Appendix D, delete Table D-2 (REV. 1) and replace with the following Table D-2 (REV. 2) "Summary of FY2001 through FY2006 Performance Based Incentives."

**Delete:**

Table D-2 (REV. 1)

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Available Fee |
|---|---|---|
| PBI-1 | Store | $3,000,000 |
| PBI-2 | Waste Treatment Plant Production Support (Feed Delivery and Product Receipt) | $29,000,000 |
| PBI-3 | Single-Shell Tank (SST) Retrieval and Closure | $30,000,000 |
| PBI-4 | Supplemental Waste Treatment and Disposal | $10,000,000 |
| | **Subtotal** | $72,000,000 |
| ORP-01 – ORP-16, ORP-29 | FY 2001 and FY 2002 PBIs, excluding SuperStretch Performance Based Incentives (SSPBI [see Table D-1]) | $36,112,385 |
| | **Total** | $108,112,385 |
| | **Acceleration Fee** | |
| | **Description** | |
| PBI-3 | Acceleration fee of $2M per tank closed (see PBI for description) | TBD |
| PBI-4 | Acceleration fee of $800K for each 100,000 gallons of additional waste treated (see PBI for description) | TBD |

**Replace With:**

Table D-2 (REV. 2)

Summary of FY2001 through FY2006
Performance Based Incentives

| Number | Title | Available Fee |
|---|---|---|
| PBI-1 | Store | $3,000,000 |
| PBI-2 | Waste Treatment Plant Production Support (Feed Delivery and Product Receipt) | $29,000,000 |
| PBI-3 | Single-Shell Tank (SST) Retrieval and Closure | $26,700,000 |
| PBI-4 | Supplemental Waste Treatment and Disposal | $13,300,000 |
| | **Subtotal** | $72,000,000 |
| ORP-01 – ORP-16, ORP-29 | FY 2001 and FY 2002 PBIs, excluding SuperStretch Performance Based Incentives (SSPBI [see Table D-1]) | $36,112,385 |
| | **Total** | $108,112,385 |
| | **Acceleration Fee** | |
| | **Description** | |
| PBI-3 | Acceleration fee of $1,500,000 per tank retrieved and $500,000 per tank interim closed (see PBI for description) | TBD |
| PBI-4 | Acceleration fee of $1,200,000 for each 100,000 gallons of additional waste treated (see PBI for description) | TBD |

d. Under Section J, Appendix P, “Provisional Payment of Fee Methodology/Criteria,” replace with the attached Revision 3.

e. Under Section J, LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS, Appendix C – DOE DIRECTIVES:

**Delete:** DOE O 414.1A CRD, “Quality Assurance”

Modify the River Protection Project Standards/Requirements Identification Document to incorporate DOE O 414.1B “Quality Assurance” and delete DOE O 414.1A “Quality Assurance.”

f. All other terms and conditions of this contract remain unchanged.

**PBI-3**
**Performance Based Incentive (PBI) Title: Single-Shell Tank (SST) Retrieval and Closure**

**Performance Fee available and assigned to this PBI: $26,700,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| J. Swailes | D. Noyes | R. Dodd | T. Hissong |

**Desired Endpoint/Outcome**

Complete interim retrieval and closure activities that meet and/or exceed requirements established in the Hanford Federal Facility Agreement and Consent Order (HFFACO) or Tri-Party Agreement M-45 series milestones. This work scope is inclusive of the M-45-02-03 change established in 08/02. The Contractor is responsible for establishing the technical and regulatory pathway for tank farm retrieval and closure (including National Environmental Policy Act, M-45 requirements, U.S. Department of Energy (DOE) Order 435.1, "Radioactive Waste Management," requirements, etc.). Additionally, the Contractor will develop and demonstrate the retrieval and closure capability to accomplish the commitments in the Hanford Performance Management Plan including the use of risk-informed approaches to properly align the retrieval, residuals treatment, and closure approaches with the risk associated with the wastes in each tank.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein, Contractor will be paid either provisional fee or incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee." Whether a milestone entitles Contractor to provisional fee or incremental fee is set forth in the milestone discussions contained herein.

**Fee Bearing Milestones**

1. <u>Retrieve and Close M-45 High-Risk SSTs (S-112 and S-102)</u>. Performance Fee: $4,000,000

Retrieve and interim close "high-risk" tanks as identified in the M-45 series milestones. Retrieval and interim closure actions will meet or exceed HFFACO schedule requirements. Items a. through d. below will entitle Contractor to incremental fee payments.

"Retrieval" shall mean completion to the goals of the HFFACO and submittal of either the retrieval report or appropriate Appendix H documentation to the Office of River Protection (ORP).

"Interim closure" means completion of Phase III tank stabilization and the completion of necessary field actions required by the approved closure permit modification.

"Meeting or Exceeding" retrieval and interim closure requirements include, but are not limited to, removal of waste, closed system performance, and waste management area risk metrics.

a. Complete retrieval of S-112 and earn $1,000,000 of the above performance fee.
b. Complete interim closure of S-112 and earn $1,000,000 of the above performance fee.
c. Complete retrieval of S-102 and earn $1,000,000 of the above performance fee.
d. Complete interim closure of S-102 and earn $1,000,000 of the above performance fee.
e. Deleted.

2. Remove Waste/Demonstrate Interim Closure of C-106 and Retrieval of 4 Additional Low-Risk, Low-Volume Tanks (e.g., C-201, C-202, C-203, C-204). Performance Fee: $5,300,000

   Remove waste from C-106 to support Demonstration Interim Closure as defined in the M-45 series milestones (e.g., M-45-02-03 change request). Remove waste from four additional low-risk, low-volume interim closure demonstration tanks to the levels required for interim closure. Items a. through c. below will entitle Contractor to incremental fee payments.

   a. Complete removal of waste from C-106 to levels required for closure and earn $1,000,000 of the above performance fee.
   b. Complete demonstration interim closure of C-106 and earn $1,000,000 of the above performance fee.
   c. Complete retrieval of C-201, C-202, C-203, and C-204 and earn $825,000 in incremental fee for each tank retrieved ($3,300,000 of the above performance fee).

   "Retrieval" shall mean completion to the goals of the HFFACO and submittal of either the retrieval report or appropriate Appendix H documentation to ORP.

   "Interim closure" means completion of Phase III tank stabilization and the completion of necessary field actions required by the approved closure permit modification.

3. Retrieve and Interim Close Additional Single-Shell Waste Tanks. Performance Fee: $13,375,000

   a. Deleted.

   b. Deleted.

   c. Retrieve fifteen (15) additional single-shell waste tanks by 09/30/06 and earn $825,000 of incremental performance fee for each tank ($12,375,000 of the above performance fee). Retrieval of the T-200 series and B-200 series tanks shall not be included.

   d. Interim close five (5) additional single-shell waste tanks by 09/30/06 and earn $200,000 of incremental performance fee for each tank ($1,000,000 of the above performance fee).

   e. Incremental acceleration fee of $1,500,000 per tank will be earned for retrieval above fifteen (15) tanks. Retrieval of the T-200 series and B-200 series tanks shall not be included. (Items 1.a., 1.c., 2.a., and 2.c. above need to be completed to be eligible for these acceleration payments.) Incremental acceleration fee of $500,000 per tank will be earned for interim closure above five (5) tanks. Closure of the T-200 series and B-200 series tanks shall be included. (Items 1.b., 1.d., and 2.b. and 3.d., above need to be completed to be eligible for these acceleration payments.)

   "Retrieval" shall mean completion to the goals of the HFFACO and submittal of either the retrieval report or appropriate Appendix H documentation to ORP.

   "Interim closure" means completion of Phase III tank stabilization and the completion of necessary field actions required by the approved closure permit modification.

4. Deleted.

5. Complete interim stabilization (IS) of 244-AR Vault. Performance Fee: $500,000

   a. Complete IS of 244-AR vault in accordance with M-45-11A by 09/30/03 and earn $500,000.

6. Complete Single-Shell Tank Retrieval Infrastructure Upgrades and Vapor Solutions Upgrades. Performance Fee: $3,525,000.

   a. C Farm HVAC system
      1. Complete procurement and receive C farm HVAC skids and earn $600,000 of the above performance fee (fee to be earned as provisional until completion of installation).
      2. Complete installation and startup of C farm HVAC skids and earn $175,000 of the above performance fee (fee to be earned as incremental).
   b. Tank Head Space Vapor Samples performed after 06/01/04
      1. Complete fifteen (15) single-shell tank head space samples and earn $375,000 of the above performance fee (fee to be earned as incremental).
      2. Complete an additional fifteen (15) single-shell tank head space samples and earn $375,000 of the above performance fee (fee to be earned as incremental).
   c. Install eight (8) single-shell tank breather filter stack extensions and earn $75,000 incremental performance fee for each tank for a total of $600,000 of the above performance fee.
   d. Install stack extension on the AP tank farm exhauster and earn $250,000 of the above performance fee (fee to be earned as incremental).
   e. Install AN-106 transfer pump and earn $500,000 of above performance fee (fee to be earned as incremental).
   f. Install three (3) Resource Conservation and Recovery Act of 1976 (RCRA) groundwater monitoring wells in accordance with HFFACO Milestone M-24-57D and earn $500,000 of the above performance fee (fee to be earned as incremental).
   g. Install remote tank farm monitoring system to minimize tank farm access for surveillance activities in two (2) tank farms and earn $150,000 of the above performance fee (fee to be earned as incremental). Note: Definition of the scope of a tank farm monitoring system will be established upon completion of the pilot study.

**Government Furnished Services/Items (GFS/I)**

Provide DOE review/approval of DOE O 435.1 deliverables within 60 days of receipt (30-day review/comment + 30 day final approval) except as specified below.

Provide DOE review/approval of HFFACO deliverables within 15 working days of receipt, except as specified below.

The Office of River Protection (ORP) will respond to all other Contractor submittals (e.g., Authorization Basis, Safety Analysis Reports, Baseline Change Requests) required to complete this activity within 15 working days provided the submittals are complete and ORP is provided with reasonable notice of the intent to submit.

ORP will review/approve within 20 working days all Contractor submitted Performance Assessments.

ORP will approve all waste incidental to reprocessing determinations within 60 days of Contractor submittal.

ORP will provide a signed Record of Decision for the Closure Environmental Impact Statement (EIS) by 06/01/05 allowing start of closure field activities. If this action is not completed the fee associated with closure (Items 1.b, 1.d, 2.b, 3.d) will be reapplied in consideration to work activities completed and future work activities.

**Commitments**

The Contractor shall:

- make fundamental changes in program logic and work performance,

- take actions to align Contractor organizations, work processes, etc. to achieve PBI outcomes,
- establish defensible technical, regulatory, and programmatic solutions,
- plan and lead all required internal and external discussions and interactions to achieve results incentivized in this PBI, and
- drive agreement within regulators and stakeholder groups for PBI outcomes.

The DOE ORP will:

- work with the Contractor and the Regulators to allow appropriate retrieval technology and to define the end point of retrieval activities necessary for interim closure on a risk basis.
- work with the Contractor and regulators to cause the redefinition of the SST retrieval sequence to allow the sequence of retrieval deemed necessary to meet milestones.
- work with the Contractor and regulators to allow composite Functions and Requirements Documents to bound similar waste and retrieval activities.
- work with the Contractor and regulators to allow in-process sampling to satisfy data requirements for risk assessments, retrieval, and closure activities.

**Definitions**

“GFS/I” are those work elements that the DOE commits to perform to support the completion of this PBI. If DOE cannot provide GFS/I as described herein, then it shall be treated as a change in accordance with Contract Clause I.64, Federal Acquisition Regulation 52.243-2, “Changes-Cost Reimbursement, Alt II.”

**Signature Block**

Original Signed — 9/2/04

Edward S. Aromi, President and General Manager, CH2M HILL Hanford Group, Inc. — Date

Original Signed — 9/2/04

David B. Amerine, Executive Vice President and Deputy General Manager CH2M HILL Hanford Group, Inc. — Date

Original Signed — 9/2/04

John H. Swailes, Assistant Manager for Tank Farms U.S. Department of Energy, Office of River Protection — Date

Original Signed — 9/3/04

Roy J. Schepens, Manager U.S. Department of Energy, Office of River Protection — Date

**PBI-4**
**Performance Based Incentive (PBI) Title: Supplemental Waste Treatment and Disposal**

**Performance Fee available and assigned to this PBI: $13,300,000**

| ORP Assistant Manager: | ORP POC: | CH2M Manager: | CH2M POC: |
|---|---|---|---|
| J. Swailes | D. Noyes | J. Eacker | D. Allen |

**Desired Endpoint/Outcome**

The objective of this PBI is to cost-effectively retrieve, treat, characterize, and dispose of tank waste using non-Waste Treatment and Immobilization Plant (WTP) supplemental treatment techniques such that:

1. A net savings is achieved relative to the U.S. Department of Energy (DOE) established costs of treating the wastes via vitrification in the WTP,

2. All retrieved tank waste completes treatment by 2028 via a combination of supplemental non-WTP treatment and treatment in the WTP, and

3. Wastes with high sulfate, chromate, or other chemical constituents that limit overall waste loading in glass are preferentially treated outside the WTP resulting in higher net WTP throughputs and efficiencies.

**Fee Payment Schedule**

Upon completion of each fee bearing milestone set forth herein Contractor will be paid either provisional fee or incremental fee, in accordance with Contract Clause H.2, "Provisional and Incremental Payments of Fee." Whether a milestone entitles Contractor to provisional fee or incremental fee is set forth in the milestone discussions contained herein.

**Fee Bearing Milestones**

1. Treat, Characterize, and Disposition Transuranic (TRU) and Low-Activity Waste (LAW). Performance Fee: $8,300,000

   The Contractor will earn $8,300,000 in incremental fee for the following fee bearing milestones that support removal and treatment of TRU sludge that can be removed from the tanks, treated, characterized, and disposed of as non high-level waste (HLW):

   a. Deleted.
   b. Complete procurement and receive B-200s vacuum retrieval system and associated vacuum masts and earn $825,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).
   c. Complete procurement and receive T-200s vacuum retrieval system and associated vacuum masts and earn $825,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).
   d. Complete procurement and receive TRU HVAC skid and earn $750,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).
   e. Complete procurement and receive TRU dryer skid and earn $1,250,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).
   f. Complete cold operational acceptance testing of the TRU treatment system offsite and earn $1,000,000 of the above performance fee (fee to be earned as incremental).
   g. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,250,000 of the above performance fee (fee to be earned as incremental).

h. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,200,000 of the above performance fee (fee to be earned as incremental).
i. Complete removal, treatment, and packaging of 84K gallons (or to completion of retrieval of B-200s and T-200s) TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,200,000 of the above performance fee (fee to be earned as incremental).
j. Incremental acceleration fee of $1,200,000 shall be paid to the contractor for each 100,000 gallons (in tank volume) of additional tank waste that is retrieved and treated. Additional wastes can be either TRU type materials or LAW type materials, with no restrictions on the balance between the waste types making up each 100,000 gallon increment.

"Retrieval" shall mean completion to the goals of the HFFACO and submittal of either the retrieval report or appropriate Appendix H documentation to the Office of River Protection (ORP).

2. <u>Demonstration of Tank Waste Immobilization Technology</u>. Performance Fee: $5,000,000

a. <u>Testing for the selected technology using tank waste at a scale deemed appropriate to demonstrate performance</u>. The Contractor will earn $1,250,000 in incremental fee for completion of one or more tests as defined in an Office of River Protection (ORP) and Contractor agreed to testing strategy. If more than one test is required, fee shall be incrementally proportioned to the number of tests. (Performance Fee: $1,250,000)

b. <u>First full-scale unit of immobilized tank waste (size depending on technology selected)</u>. The Contractor will earn $1,250,000 in incremental fee for removal and immobilization of sufficient tank waste to make a full-scale container of immobilized tank waste. (Performance Fee: $1,250,000)

c. <u>Startup of an immobilized tank waste production test system and generate one unit of immobilized tank waste</u>. The Contractor will earn $2,500,000 in incremental fee for startup of a production test system. (Performance Fee: $2,500,000)

d. <u>Immobilized tank waste production demonstration</u>. The Contractor will earn incremental acceleration fee of $450,000 for removal and immobilization for each 10,000 gallons (in tank volume) of immobilized tank waste for the first 50,000 gallons. Contractor will earn incremental acceleration fee of $300,000 for removal and immobilization for each 10,000 gallons (in tank volume) of immobilized tank waste for the next 150,000 gallons. Contractor will earn incremental acceleration fee of $10 for removal and immobilization for each gallon (in tank volume) of immobilized tank waste thereafter.

**Government Furnished Services/Items (GFS/I)**

Provide DOE review/approval of DOE O 435.1 deliverables within 60 days of receipt (30-day review/comment + 30-day final approval) except as specified below.

Provide DOE review/approval of Hanford Federal Facility Agreement and Consent Order or Tri-Party Agreement deliverables within 15 working days of receipt, except as specified below.

ORP will respond to all other Contractor submittals (e.g., Authorization Basis, Safety Analysis Reports, Baseline Change Requests) required to complete this activity within 15 working days provided the submittals are complete and ORP is provided with reasonable notice of the intent to submit.

ORP will provide a signed Record of Decision for the Supplement Analysis #4 by 10/30/04. If this action is not completed the fee associated with the removal and treatment of TRU sludge (Item 1.g through 1.j.) will be reapplied in consideration to work activities completed and future work activities.

ORP will certify the RCRA permit for TRU wastes packaging by 10/30/04. If this action is not completed the fee associated with the removal and treatment of TRU sludge (Item 1.g through 1.j.) will be reapplied in consideration to work activities completed and future work activities.

DOE will work with the Contractor to accept TRU tank waste into existing site facilities for interim storage.

**Commitments**

The Contractor shall:

- make fundamental changes in program logic and work performance,
- take actions to align Contractor organizations, work processes, etc., to achieve PBI outcomes,
- establish defensible technical, regulatory, and programmatic solutions,
- plan and lead all required internal and external discussions and interactions to achieve results incentivized in this PBI, and
- drive agreement within regulators and stakeholder groups for PBI outcomes.

The DOE ORP will:

- work with the Contractor and regulators to allow minimal or no Leak Detection Monitoring and Mitigation requirements for each retrieval activity.

**Definitions**

"GFS/I" are those work elements that the DOE commits to perform to support the completion of this PBI. If DOE cannot provide GFS/I as described herein, then it shall be treated as a change in accordance with Contract Clause I.64, Federal Acquisition Regulation 52.243-2, "Changes-Cost Reimbursement, Alt II."

**Signature Block**

Original Signed 9/2/04

Edward S. Aromi, President
and General Manager,
CH2M HILL Hanford Group, Inc. — Date

Original Signed 9/2/04

David B. Amerine, Executive Vice President
and Deputy General Manager
CH2M HILL Hanford Group, Inc. — Date

Original Signed 9/2/04

John H. Swailes, Assistant Manager for Tank Farms
U.S. Department of Energy, Office of River Protection — Date

Original Signed 9/3/04

Roy J. Schepens, Manager
U.S. Department of Energy, Office of River Protection — Date

**Appendix P, Provisional Payment of Fee Methodology/Criteria, Revision 3**

| PBI | Mls # | Fee Bearing Milestone | Incremental Milestones | Provisional Milestone |
|---|---|---|---|---|
| 1 | 1.1.a.01 | Complete Interim Stabilization of SSTs | AX-101 | |
| | 1.1.a.02 | Complete Interim Stabilization of SSTs | U-111 | |
| | 1.1.b.01 | Complete Interim Stabilization of SSTs | S-102 | |
| | 1.1.b.02 | Complete Interim Stabilization of SSTs | U-107 | |
| | 1.1.b.03 | Complete Interim Stabilization of SSTs | S-111 | |
| | 1.1.b.04 | Complete Interim Stabilization of SSTs | SX-102 | |
| | 1.1.b.05 | Complete Interim Stabilization of SSTs | BY-106 | |
| | 1.1.b.06 | Complete Interim Stabilization of SSTs | U-108 | |
| | 1.1.b.07 | Complete Interim Stabilization of SSTs | C-103 | |
| | 1.1.b.08 | Complete Interim Stabilization of SSTs | S-107 | |
| | 1.1.b.09 | Complete Interim Stabilization of SSTs | S-112 | |
| | 1.1.b.10 | Complete Interim Stabilization of SSTs | S-101 | |
| | 1.1.b.11 | Complete Interim Stabilization of SSTs | SX-101 | |
| | 1.1.b.12 | Complete Interim Stabilization of SSTs | A-101 | |
| 2 | 2.1.a | Waste Feed Delivery | Complete RPP System Plan | |
| | 2.1.b.01 | Complete AY/AZ/AW Ph. I & AN Upgrades | 1. Complete AN Phase 2 Tank Farm Upgrades | |
| | 2.1.b.02 | | 2. Comp. AY/AZ/AW Phase 1 Construction | |
| | 2.1.b.03 | | 3. Complete AN Phase 1 Construction | |
| | 2.1.b.04 | | | 4. Receive HVAC Skids |
| | 2.1.c.01 | Complete Phase 2 Upgrades in AW Tank Farm | 1. Complete Phase 2 Upgrades in AW Tank Farm | |
| | 2.1.c.02 | | | 2. Receive HVAC Skids |
| | 2.1.c.03 | | 3. Upgrade AW Pits & turnover to Operations (Earn $100K per Pit) | |
| | 2.1.c.04 | | 4. Turnover to Operations | |
| | 2.1.d.01 | Complete Phase 2 Upgrades in SY Tank Farm | 1. Complete Phase 2 Upgrades in SY Tank Farm | |
| | 2.1.d.02 | | 2. Upgrade SY Pits & turnover to Operations (Earn $100K per Pit) | |
| | 2.1.d.03 | | 3. Turnover to Operations | |
| | 2.1.e.01 | Complete Phase 2 Upgrades in AY/AZ Tank Farms | 1. Complete construction/ATP | |
| | 2.1.e.02 | | 2. Turnover to Operations | |
| | 2.1.f.01 | Complete Phase 2 Upgrades in AP Tank Farm | 1. Complete Phase 2 Upgrades in AP Tank Farm | |
| | 2.1.f.02 | | 2. Upgrade AP Pits & turnover to Operations (Earn $100K per Pit) | |
| | 2.1.f.03 | | 3. Turnover to Operations | |
| | 2.1.g.01 | Complete 244-S DCRT Bypass | 1. Complete 244-S DCRT Bypass | |
| | 2.1.g.02 | | | 2. Complete installation of 50 percent of piping |
| | 2.1.g.03 | | 3. Turnover to Operations | |
| | 2.1.h.01 | W-211 modification of AZ-156 building, fabrication of piping to the WTP, and installation of 3,500 feet of waste transfer piping between the Tank Farms and the WTP interface point | 1. Fabricate Transfer Pipe | |
| | 2.1.h.02 | | 2. Install 3,500 linear feet of piping | |
| | 2.1.h.03 | | 3. Complete AZ-156 building modifications & turnover to Operations | |
| | 2.1.i | Complete Project W-211 AZ-101 retrieval system construction, except transfer pump installation | Complete AZ-101 RS construction, except installation of transfer pump | |
| | 2.1.j | Complete construction of waste transfer piping from the Tank Farms to the WTP interface point, except final installation of three pipe jumpers and related valve actuators | Complete construction of waste transfer piping from the Tank Farms to the WTP interface point, except final installation of three pipe jumpers and related valve actuators | |
| | 2.1.k | Complete Project W-211 AN Infrastructure and AN 101 retrieval system construction, except mixer pump installation | Complete AN infrastructure and AN-101 RS construction, except mixer pump installation | |
| | 2.1.l | Complete Project W-211 AZ-102 retrieval system construction, except mixer pumps installation | Complete AZ-102 RS construction, except mixer pump installation | |
| | 2.1.m | Complete Project W-211 higher risk construction tasks for the AY-102 Retrieval System | Complete Project W-211 higher risk construction tasks for the AY 102 Retrieval System | |
| | 2.1.n | Complete replacement of AP-101 transfer pump | Complete replacement of AP-101 transfer pump | |
| | 2.1.o | Complete AN tank farm clean out box modifications | Complete AN tank farm clean out box modifications | |
| | 2.1.p | Complete SY tank farm pipeline upgrades | Complete SY tank farm pipeline upgrades | |
| | 2.1.q | Complete AZ-151 reroute | Complete AZ-151 reroute | |
| | 2.1.r | Complete AW tank farm clean out box modifications | Complete AW tank farm clean out box modifications | |
| | 2.1.s | Complete 204-AR upgrades | Complete 204-AR upgrades | |
| | 2.2 | Deleted | | |
| | 2.3.a.01.a | ILAW Disposal Capacity (IDF) | 1.a. Site preparation, road construction, utility relocation | |
| | 2.3.a.01.b | | 1.b. Trench excavation | |
| | 2.3.a.02 | | 2. Completion of construction | |

**Appendix P, Provisional Payment of Fee Methodology/Criteria, Revision 3**

| PBI | Mls # | Fee Bearing Milestone | Incremental Milestones | Provisional Milestone |
|---|---|---|---|---|
| 3 | 3.1.aS112 | Retrieve & Close M-45 High Risk SSTs | Retrieve S-112 | $250K upon completion of construction of retrieval system; 250K upon start of retrieval; $250K upon retrieval of 25% of tank volume; $50K upon retrieval of 50% of tank volume. Tank volume based upon BBI. |
| | 3.1.bS112 | | Interim Close S-112 | |
| | 3.1.cS102 | | Retrieve S-102 | $250K upon completion of construction of retrieval system; 250K upon start of retrieval; $250K upon retrieval of 25% of tank volume; $50K upon retrieval of 50% of tank volume. Tank volume based upon BBI. |
| | 3.1.dS102 | | Interim Close S-102 | |
| | 3.1.eC104 | Deleted | | |
| | 3.2.aC106 | Remove Waste/Demonstrate Interim Closure of C-106 and Retrieval of 4 Additional Low-Risk, Low-Volume Tanks | Remove Waste C-106 | $250K upon completion of construction of retrieval system; 250K upon start of retrieval; $250K upon retrieval of 25% of tank volume; $50K upon retrieval of 50% of tank volume. Tank volume based upon BBI. |
| | 3.2.bC106 | | Interim Closure C-106 | |
| | 3.2.cC201 | | Retrieve C-201 | $250K upon completion of construction of retrieval system; $250K upon start of retrieval. Tank volume based upon BBI. |
| | 3.2.cC202 | | Retrieve C-202 | $250K upon completion of construction of retrieval system; $250K upon start of retrieval. Tank volume based upon BBI. |
| | 3.2.cC203 | | Retrieve C-203 | $250K upon completion of construction of retrieval system; $250K upon start of retrieval. Tank volume based upon BBI. |
| | 3.2.cC204 | | Retrieve C-204 | $250K upon completion of construction of retrieval system; $250K upon start of retrieval. Tank volume based upon BBI. |
| 3 | 3.3 | Retrieve and Interim Close Additional Single-Shell Waste Tanks | | |
| | 3.3.a | Deleted | | |
| | 3.3.b | Deleted | | |
| | 3.3.c | Retrieve 15 additional single-shell waste tanks | | |
| | | | Retrieval Tank 1 | **PROVISIONAL FEE: FOR TANKS WITH > 30,000 GALLONS**: $250K upon completion of construction of retrieval system; $250K upon start of retrieval; $250K upon retrieval of 25% of tank volume; $50K upon retrieval of 50% of tank volume. Tank volume based upon BBI.**FOR TANKS WITH =/< 30,000 GALLONS**: $250K upon completion of construction of retrieval system; $250K upon start of retrieval. Tank volume based upon BBI. |
| | | | Retrieve Tank 2 | |
| | | | Retrieve Tank 3 | |
| | | | Retrieve Tank 4 | |
| | | | Retrieve Tank 5 | |
| | | | Retrieve Tank 6 | |
| | | | Retrieve Tank 7 | |
| | | | Retrieve Tank 8 | |
| | | | Retrieve Tank 9 | |
| | | | Retrieve Tank 10 | |
| | | | Retrieve Tank 11 | |
| | | | Retrieve Tank 12 | |
| | | | Retrieve Tank 13 | |
| | | | Retrieve Tank 14 | |
| | | | Retrieve Tank 15 | |
| | 3.3.d | Interim close 5 additional single-shell waste tanks | | |
| | | | Close Tank 1 | |
| | | | Close Tank 2 | |
| | | | Close Tank 3 | |
| | | | Close Tank 4 | |
| | | | Close Tank 5 | |
| | 3.3.e.01 | | Acceleration fee for retrieval above 15 | |
| | 3.3.e.02 | | Acceleration fee for interim closure above 5 | |
| | 3.4.a | Deleted | | |
| | 3.5.a | Complete Interim Stabilization 244-AR Vault | Complete Interim Stabilization 244-AR Vault | |
| | 3.6 | Complete Single-Shell Tank Retrieval Infrastructure Upgrades and Vapor Solution Upgrades | | |
| | 3.6.a.01 | Complete procurement and receive C farm HVAC skids | | Complete procurement and receive C farm HVAC skids |
| | 3.6.a.02 | Complete installation and startup of C farm HVAC skids | Complete installation and startup of C farm HVAC skids | |
| | 3.6.b.01 | Complete 15 single-shell tank head space samples | Complete 15 single-shell tank head space samples | |
| | 3.6.b.02 | Complete an additional 15 single-shell tank head space samples | Complete an additional 15 single-shell tank head space samples | |
| | 3.6.c | Install 8 single-shell breather filter stack extensions | Install 8 single-shell breather filter stack extensions | |
| | 3.6.d | Install stack extension on the AP tank farm exhauster | Install stack extension on the AP tank farm exhauster | |
| | 3.6.e | Install AN-106 transfer pump | Install AN-106 transfer pump | |
| | 3.6.f | Install 3 RCRA groundwater monitoring wells | Install 3 RCRA groundwater monitoring wells | |
| | 3.6.g | Install remote tank farm monitoring system to minimize tank farm access for surveillance activities in 2 tank farms | Install remote tank farm monitoring system to minimize tank farm access for surveillance activities in 2 tank farms | |

**Appendix P, Provisional Payment of Fee Methodology/Criteria, Revision 3**

| PBI | Mls # | Fee Bearing Milestone | Incremental Milestones | Provisional Milestone |
|---|---|---|---|---|
| 4 | 4.1 | Treat and Disposition TRU and LAW | | |
| | 4.1.a | Deleted | | |
| | 4.1.a.01 | Deleted | | |
| | 4.1.a.02 | Deleted | | |
| | 4.1.b | | | Complete procurement and receive B-200s vacuum retrieval system and associated vacuum masts |
| | 4.1.c | | | Complete procurement and receive T-200s vacuum retrieval system and associated vacuum masts |
| | 4.1.d | | | Complete procurement and receive TRU HVAC skid |
| | 4.1.e | | | Complete procurement and receive TRU dryer skid |
| | 4.1.f | | Complete cold operational acceptance testing of TRU treatment system offsite | |
| | 4.1.g | | Complete removal, treatment, and packaging of 100K gal of TRU tank waste to ship to WIPP | |
| | 4.1.h | | Complete removal, treatment, and packaging of 100K gal of TRU tank waste to ship to WIPP | |
| | 4.1.i | | Complete removal, treatment, and packaging of 84K gal of TRU tank waste to ship to WIPP or complete retrieval of B-200s and T-200s) | |
| | ~~4.1.b~~ 4.1.j | Additional tank waste retrieved, characterized, and treated | Acceleration fee for ea gal of addl waste that is retrieved and treated | |
| | 4.2 | Demonstration of Tank Waste Immobilization Technology | | |
| | 4.2.a | | Testing for the selected technology using tank waste at a scale deemed appropriate to demonstrate performance | |
| | 4.2.b. | | First full-scale unit of immobilized tank waste | |
| | 4.2.c | | Startup of an immobilized tank waste production test system and generate one unit of immobilized tank waste | |
| | 4.2.d | | Acceleration fee for removal and immobilization for each 10,000 gallons (in tank volume) of immobilized tank waste for the first 50,000 gallons. Acceleration fee for removal and immobilization for each 10,000 gallons (in tank volume) of immobilized tank waste for the next 150,000 gallons. Acceleration fee for removal and immobilization for each gallon (in tank volume) of immobilized tank waste thereafter. | |