**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE 1 OF 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE (M/D/Y) | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| **M116** | **See Block 16C** | | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| **U.S. Department of Energy**<br>**Office of River Protection**<br>**P. O. Box 450, MS H6-60**<br>**Richland, WA 99352** | **Cloette B. Reid**<br>**509-373-6140**<br>**Cloette_b_reid@orp.doe.gov** |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP code)

**CH2M HILL Hanford Group, Inc.**
**P.O. Box 1500**
**Richland, WA 99352**

CODE | FACILITY CODE

☐ 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

☒ 10A. MODIFICATION OF CONTRACT/ ORDER NO.

**DE-AC27-99RL14047**

10B. DATED (SEE ITEM 13)

**October 1, 1999**

11. THIS ITEM APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGE-MENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE DATE AND HOUR SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and amendment and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS SET FORTH IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO AUTHORITY OF FAR 43.103(b).

☒ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO THE AUTHORITY OF:
**Contract Clause I.65, FAR 52.243-2 Changes-Cost Reimbursement (AUG 1987) – Alternate II (APR 1984)**

☐ D. OTHER (Specify type of modification and authority)

**E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _2__ copies to the issuing office.**

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See following page(s)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| **Edward S. Aromi, President and Chief Executive Officer** | **Cloette B. Reid, Contracting Officer** |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Original signed by Mark S. Spear<br>(Signature of person authorized to sign) | 2/8/06 | Original Signed by<br>(Signature of Contracting Officer) | 2/8/06 |

The Contract is hereby modified as follows:

A. Under Section J, APPENDIX D – PERFORMANCE BASED INCENTIVES the following modifications are made:

PBI 2-1.l Modified as follows: ~~The Contractor shall earn $2,000,000 in incremental fee for completion of Project W 211 AZ 102 retrieval system construction, except mixer pumps installation.~~ The sum of $2,000,000 in incremental fee was made available for completion of Project W-211 AZ-102 retrieval system construction, except mixer pumps installation. This work was partially deleted. The final fee value remains $2,000,000 and the Contractor's final fee earnings for this element are $768,000 – with the remaining fee of $1,232,000 permanently unearned and will not be further reapplied or reallocated to other incentives.

PBI 2-1.m Modified as follows: ~~The Contractor shall earn $1,750,000 in incremental fee for completion of Project W 211 higher risk construction tasks for the AY-102 retrieval system.~~ The sum of $1,750,000 in incremental fee was made available for completion of Project W-211 higher risk construction tasks for the AY-102 retrieval system. This work was partially deleted. The final fee value remains $1,750,000 and the Contractor's final fee earnings for this element are $315,000 – with the remaining fee of $1,435,000 permanently unearned and will not be further reapplied or reallocated to other incentives.

PBI 3.1 Heading value is modified to read "Performance Fee ~~$4,000,000~~ $3,000,000

PBI 3-1.b Modified as follows: ~~Complete interim closure of S-112 and earn $1,000,000 of the above performance fee~~. The sum of $1,000,000 in incremental fee was made available to complete interim closure of S-112. This work was changed. The fee value and the Contractor's final fee earnings for this element are $500,000 – with the remaining fee of $500,000 reallocated to PBI 3.7 by Modification No. M115.

PBI 3-1.d Modified as follows: ~~Complete interim closure of S-102 and earn $1,000,000 of the above performance fee~~. The sum of $1,000,000 in incremental fee was made available to complete interim closure of S-102. This work was changed. The fee value and the Contractor's final fee earnings for this element are $500,000 – with the remaining fee of $500,000 reallocated to PBI 5.

PBI 3.2 Heading value is modified to read "Performance Fee ~~$5,300,000~~ $4,800,000

PBI 3-2.b Modified as follows: ~~Complete demonstration interim closure of C-106 and earn $1,000,000 of the above performance fee~~. The sum of $1,000,000 in incremental fee was made available to complete demonstration interim closure of C-106. This work was changed. The fee value and the Contractor's final fee earnings for this element are $500,000 – with the remaining fee of $500,000 reallocated to PBI 5.

PBI 3.3 Heading value is modified to read "Performance Fee ~~$13,375,000~~ $12,875,000

PBI 3-3.d Modified as follows: ~~Interim close five (5) additional single-shell waste tanks by 09/30/06 and earn $200,000 of incremental performance fee for each tank ($1,000,000 of the above performance fee).~~ The sum of $1,000,000 in incremental fee was made available to close five (5) additional single-shell waste tanks by 09/30/06 ($200,000 each). This work was changed. The fee value and the Contractor's final fee earnings for this element are $500,000 – with the remaining fee of $500,000 reallocated to PBI 5.

PBI 4-1 Heading value is modified to read "Performance Fee ~~$8,300,000~~$7,300,000

Modified as follows:

~~The Contractor will earn $8,300,000 in incremental fee for the following fee bearing milestones that support removal and treatment of TRU sludge that can be removed from the tanks, treated, characterized, and disposed of as non high-level waste (HLW):~~

~~a. Deleted.~~
~~b. Complete procurement and receive B-200s vacuum retrieval system and associated vacuum masts and earn $825,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).~~
~~c. Complete procurement and receive T-200s vacuum retrieval system and associated vacuum masts and earn $825,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).~~
~~d. Complete procurement and receive TRU HVAC skid and earn $750,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).~~
~~e. Complete procurement and receive TRU dryer skid and earn $1,250,000 of the above performance fee (fee to be earned as provisional until completion of Item f.).~~
~~f. Complete cold operational acceptance testing of the TRU treatment system offsite and earn $1,000,000 of the above performance fee (fee to be earned as incremental).~~
~~g. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,250,000 of the above performance fee (fee to be earned as incremental).~~
~~h. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,200,000 of the above performance fee (fee to be earned as incremental).~~
~~i. Complete removal, treatment, and packaging of 84K gallons (or to completion of retrieval of B-200s and T-200s) TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant and earn $1,200,000 of the above performance fee (fee to be earned as incremental).~~
~~j. Incremental acceleration fee of $1,200,000 shall be paid to the contractor for each 100,000 gallons (in tank volume) of additional tank waste that is retrieved and treated. Additional wastes can be either TRU type materials or LAW type materials, with no restrictions on the balance between the waste types making up each 100,000 gallon increment.~~

Of the total fee value of $8,300,000; the sum of $1,000,000 is reallocated to PBI 5 and the total incremental fee is reduced to $7,300,000 for the following fee bearing milestones that support removal and treatment of TRU sludge that can be removed from the tanks, treated, characterized, and disposed of as non high-level waste (HLW):

a. Deleted.
b. Complete procurement and receive B-200s vacuum retrieval system and associated vacuum masts. Final fee value and final incremental fee earnings $825,000.

c. Complete procurement and receive T-200s vacuum retrieval system and associated vacuum masts. Final fee value and final incremental fee earnings $825,000.
d. Complete procurement and receive TRU HVAC skid and earn $750,000 of the above performance fee as incremental. Final fee value and final incremental fee earnings $825,000.
e. Complete procurement and receive TRU dryer skid and earn $1,250,000 of the above performance fee as incremental. Final fee value and final incremental fee earnings $1,250,000.
f. Complete cold operational acceptance testing of the TRU treatment system offsite.
g. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to the Waste Isolation Pilot Plant (WIPP).
h. Complete removal, treatment, and packaging of 100K gallons of TRU tank waste (in tank volume) for shipment to WIPP.
i. Complete removal, treatment, and packaging of 84K gallons (or to completion of retrieval of B-200s and T-200s) TRU tank waste (in tank volume) for shipment to WIPP.
j. Acceleration fee of $1,200,000 for each 100,000 gallons (in tank volume) of additional tank waste that is retrieved and treated. Additional wastes can be either TRU type materials or LAW type materials, with no restrictions on the balance between the waste types making up each 100,000 gallon increment.

Final fee earnings on a. through e. above is $3,650,000 in incremental fee. Final fee earnings in consideration of partial work completion on f. through j. above is $1,328,625. The remaining fee of $2,321,375 is permanently unearned and will not be further reapplied or reallocated to other incentives.""

PBI 5 A new PBI Incentive 5 is created that reads as follows:

The Department of Energy agrees to provide an additional $2,500,000 in new PBIs after Modification No. M116. The parties shall endeavor in good faith to mutually agree on such incentives under the principles in Contract Clause H.1. If agreement on the PBIs cannot be reached, the Contracting Officer may make the final determination of PBIs and related fee distribution, and may unilaterally incorporate into the Contract. However, if the Contractor disagrees with the DOE established PBIs and related fee distribution, the Contractor may appeal to the Head of Contracting Activity (HCA), who shall unilaterally decide the issue.

B. Contractor's Statement of Release.

In consideration of the modification agreed to herein as complete equitable adjustments for the Contractor's requests for equitable adjustment, as follows:

CH2M HILL letter CH2M-0501322 dated April 29, 2005
CH2M HILL letter CH2M-0501775 dated June 8, 2005
CH2M HILL letter CH2M-0502020 Reissue dated July 5, 2005
CH2M HILL letter CH2M-0503331 dated November 9, 2005
CH2M HILL letter CH2M-0503352 dated November 10, 2005
CH2M HILL letter CH2M-0501775 Reissue dated January 5, 2006

the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to the above requests for equitable adjustment.