IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-494C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT RESPONSE TO ORDER FOR SUPPLEMENTAL INFORMATION

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of two days, to and including February 29, 2008, for the parties to file the joint response to the Court's order for supplemental information, dated February 21, 2008. The joint response is currently due to be filed by February 27, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

The parties agreed to create a joint response containing separate answers to the Court's questions, but to draft those responses in an iterative fashion so that each party could respond to statements made by the other. CH2M provided its first draft responses on Monday, February 25, 2008. By agreement, the United States was due to provide its first draft responses to CH2M by today, February 26, 2008. Counsel for the United States has devoted substantial amounts of time to this project since receiving the order on February 21, 2008, and he has devoted all

of his time to this project since receiving CH2M's draft responses on Monday, but counsel has determined that he is unable to complete his draft answers today.

The full enlargement of time requested is needed. Counsel for the United States is concerned that haste will make waste. Counsel needs more time so that he can carefully review certain documents to assure that the answers provided to the Court are accurate. In addition, time is needed for CH2M to amend its draft answers to respond to statements made by the United States. Time is also needed for review of the draft joint statement by agency counsel and by a supervisor at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

February 26, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 26, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT RESPONSE TO ORDER FOR SUPPLEMENTAL INFORMATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier