IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-494C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT RESPONSE TO ORDER FOR SUPPLEMENTAL INFORMATION

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of four days, to and including March 4, 2008, for the parties to file the joint response to the Court’s order for supplemental information, dated February 21, 2008. The joint response is currently due to be filed by February 29, 2008. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of two days. Counsel for the plaintiff, CH2M Hill Hanford Group, Inc. (“CH2M”), has authorized us to say that CH2M does not oppose this motion for an enlargement of time.

The parties agreed to create a joint response containing separate answers to the Court’s questions, but to draft those responses in an iterative fashion so that each party could respond to statements made by the other. CH2M provided its first draft responses on Monday, February 25, 2008. Counsel for the United States has devoted substantial amounts of time to this project since receiving the order on February 21, 2008, and he has devoted all of his time to this project since receiving

CH2M's draft responses on Monday, but counsel did not complete our draft response until today, Friday, February 29, 2008.

The full enlargement of time requested is needed. Counsel for CH2M has not had a fair opportunity to respond to the draft answers prepared by counsel for the United States. We anticipate that counsel for CH2M will not have the opportunity to consult with his client and to revise his portion of the joint report until Monday, March 3, 2008. In addition, time is needed for review of the draft joint statement by agency counsel and by a supervisor at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969
Attorneys for Defendant

February 29, 2008

CERTIFICATE OF FILING

I hereby certify that on February 29, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE JOINT RESPONSE TO ORDER FOR SUPPLEMENTAL INFORMATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier