# AMTF / TPD / H6-60

# TANK FARM PROGRAMS & PROJECTS DIVISION

| DOCUMENT/LETTER #: | ACTION: | ACTION DUE DATE: |
|---|---|---|
| CH2M-0301118 | NO [ ] YES [ ✓ ] | 05/01/03 |

| *ASSISTANT MANAGER FOR TANK FARMS (AMTF)* | I | A | *~ OTHERS ~* | I | A |
|---|---|---|---|---|---|
| | | | RJ Schepens - CD Poynor | | |
| SWAILES, John H *ASST MANAGER* | ✓ | | L. Erickson | | |
| Bevelacqua, Joe J STA | | | GA Jones - K Brazil [Mgr Rdg File] | | |
| Scott, Walter B S | | | E. Olds | | |
| Wiegman, Steve A (Sys Plan Manag | | | SD Stubblebine | | |
| DJ (Deb) Struthers *Secretary* | | | RC Barr | | |
| *TF PROGRAMS & PROJECTS DIVISION (TPD)* | | | MK Barrett | | |
| | | | CJ Bosted | | |
| Noyes, Delmar L Direct | | ✓ | MC Brown | | |
| A. (Annez) Perez Secretary | * | | DC Bryson | | |
| | | | KR Ensign | | |
| *TF Program Managers* | | | LR McKay | | |
| Clark, Diane L (RadCon-EP-Security) LEAD | | | DL Noyes | | |
| LaMont, Phil E (LAW & HLW Disposal) | | | JS O'Connor | ✓ | |
| Mauss, Billie M (Technology) | | | JE Rasmussen | | |
| Lober, Robert W (Environ. Risk) | | | MJ Royack | | |
| Louie, [Cathy] L (Retriev/Closure Prog./TF Plannin | | | JJ Short | | |
| Stevens, Andrew J (Retrieval: SST Stabilizati | | | RC Sorensen | | |
| Yasek, Robert M [VZ/GW] | | | WJ Taylor | | |
| *TF PROJECT MANAGEMENT TEAM* | | | J Dudeker | ✓ | |
| | | | G Rosenkrover | ✓ | |
| Davis, Jim J [Retrieval Projects -W-211] | | | | | |
| Hoertkorn, Tom R [LEAD] | ✓ | | | | |
| Ramin, Gil M (Maint. Proj. DOE-O-413. | | | | | |
| Splett, Dale H (SME: Disposal Proj-W-464 & W-52 | | | | | |
| Thompson, Jim F (Closure Projects) | | | | | |
| Williams, Bobby (TF Upgrade Proj W-314) | | | | | |

I = Information Copy
A = Action Party

Scan: Yes [ ✓ ]
Yes w/o att [ ]
No [ ]

ORPCC Contacts:
Patricia Deaton - 376-2145
Joy Hervey - 376-2143

Notes: Original given to D Noyes this date

Date Rec'd

RECEIVED
APR 01 2003
DOE-ORP/ORPCC

CH2M HILL
Hanford Group, Inc.
P.O. Box 1500
Richland, WA 99352

CH2MHILL
Hanford Group, Inc.

March 31, 2003 CH2M-0301118

Mr. R. J. Schepens, Manager
Office of River Protection
U.S. Department of Energy
Post Office Box 450
Richland, Washington 99352-0450

Dear Mr. Schepens:

CONTRACT NUMBER DE-AC27-99RL14047; MISSION ACCELERATION BASELINE CHANGE REQUEST, RPP-03-004 R0

CH2M HILL Hanford Group, Inc. (CH2M HILL) is pleased to forward to the U.S. Department of Energy, Office of River Protection (ORP) the attached Baseline Change Request (BCR) for approval.

This BCR represents an extensive rebaseline of the CH2M HILL work scope, cost, and schedule to bring it in line with the strategies to accelerate the Hanford tank cleanup and tank closure as agreed to in September 2002, and as described in Contract Modification M064. This contract modification established the following four initiatives:

- Continuation of removal of pumpable liquids from aging single shell tanks (SSTs) and pumping 550,000 gallons of retrievable liquid from 14 SSTs by September 30, 2004.
- Continuation of upgrades to systems that deliver waste to the Waste Treatment Plant as well as construction of required systems for transportation, storage, and disposal of vitrified waste.
- Closure of 26 SSTs by September 30, 2006.
- Retrieval and treatment of 1,000,000 gallons of transuranic and low-level tank waste using non-vitrification techniques.

CH2M HILL appreciates the collaborative process supported by both the ORP staff and management to prepare this BCR. Over the past several months, many hours were spent in various review and comment resolution meetings. These collaborative meetings were invaluable in attaining agreement on the contents of this significant baseline change. The meetings held in December and January included detailed cost/schedule reviews by the ORP and CH2M HILL staff. Upon resolution of comments associated with these initial reviews, cost/schedule reviews were held during February with senior ORP and CH2M HILL managers. Finally, on March 6 through March 11, the ORP and CH2M HILL co-sponsored a detailed review of the BCR.

RECEIVED
APR 0 1 2003
DOE-ORP/ORPCC

package, which has resulted in a baseline both parties understand and accept. CH2M HILL feels that the informational exchange meetings were beneficial in allowing each party to understand the changes documented within the attached BCR.

The revised baseline supports the Integrated Mission Acceleration Plan (IMAP-RPP13678), which describes the regulatory, technical, business management strategies, and implementing actions needed to accelerate closure of the Hanford tank farms. The revised baseline reduces the previous life cycle tank farms baseline estimate by more than 11 years, and by over $2 billion. The revised baseline reduces the Tank Farm Contractor's estimate associated with the Performance Management Plan for the Accelerated Cleanup of the Hanford Site by over $6 billion.

Attached to this letter is the original CH2M HILL approved BCR RPP-03-004 for ORP approval. Should any questions arise during your review, please contact Mr. D. B. Cartmell on 372-3982 or Mr. R. M. Millikin on 373-5892.

Very truly yours,

E. S. Aromi, President
and General Manager
CH2M HILL Hanford Group, Inc.

MWR/cs

Attachment

# CORRESPONDENCE DISTRIBUTION COVERSHEET

| Author | Addressee | Correspondence No. |
|---|---|---|
| R. M. Millikin, 373-5892<br>E. S. Aromi, 373-1677 | R. J. Schepens, ORP | CH2M-0301118<br>Date: March 31, 2003 |

Subject: CONTRACT NUMBER DE-AC27-99RL14047; MISSION ACCELERATION BASELINE CHANGE REQUEST, RPP-03-004 R0

## DISTRIBUTION

| Approval | Date | Name |
|---|---|---|
| | | CH2M HILL Correspondence Control |
| | | CH2M HILL Hanford Group, Inc. |
| | | K. B. Adamson |
| | | D. I. Allen |
| | | D. B. Amerine |
| | | E. S. Aromi |
| | | A. D. Basche |
| | | S. J. Bensussen |
| DBC | 3/31/03 | D. B. Cartmell |
| | | L. N. Cortez |
| | | R. A. Dodd |
| | | J. A. Eacker |
| | | S. J. Eberlein |
| | | D. C. Lowe |
| | | J. A. McDonald |
| RM | 3/31/03 | R. M. Millikin |
| | | W. H. Pettigrew |
| | | U.S. Department of Energy |
| | | Office of River Protection |
| | | ORP Correspondence Control |
| | | J. S. O'Connor |
| | | T. R. Hoertkorn |
| | | D. L. Noyes |
| | | J. H. Swailes |

RECEIVED
MAR 3 1 2003
CH2M HILL Hanford Group, Inc.
CORRESPONDENCE CONTROL

A-6002-884 (12/02)

CH2M-0301118

Attachment

MISSION ACCELERATION
BASELINE CHANGE REQUEST
RPP-03-004 R0

Consisting of 613 pages
including this cover page

# BASELINE CHANGE REQUEST

| | |
|---|---|
| 1. Title: Integrated Mission Acceleration Program (IMAP) Rebaseline | 2. BCR No./Rev.: RPP-03-004 Revision 0 |

Double click in header to enter BCR Title on page 1. Repeat on page 2. Double click in document body to return. Click boxes to insert check marks.

| | | | | |
|---|---|---|---|---|
| **3. BCR Request:** | ☒ ORP Directed | ☐ Project Requested | **4. If Directed, specify Letter Number:** | 02-AMIC-245 |
| **5. BCR Priority:** | ☒ Routine | ☐ Urgent | **6. If Urgent, Specify AWA Number:** | N/A |

**7. BCR Type:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Estimate Revision | ☒ Work Scope Addition | ☒ Work Scope Transfer | ☒ Work Scope Deletion | ☒ Work Scope Deferral or Acceleration | ☒ Administrative |

| | |
|---|---|
| **8. Date Originated:** | **9. Date Approved:** |

| **10. Points of Contact:** | **Name (Last, First)/Phone No.** | **Initial** | **Date** | **11. BCR Level:** | **12. Contract MOD:** |
|---|---|---|---|---|---|
| TFC Originator | Millikin, R/372-5892 | RM | 3/31/03 | Level 0 ☐ | TFC CCB Use Only |
| TFC Program Manager | Allen, D./373-1556 | DR for DA | 3/31/03 | Level 1 ☒ | ☒ Yes |
| TFC Project Control | Pettigrew, W./373-9264 | WWP | 3/31/03 | Level 2 ☐ | ☐ No |
| TFC Project Manager | Amerine, D./376-5107 | DBA | 3-31-03 | Level 3 ☐ | |
| DOE-ORP Contact | Swailes, J./376-0933 | | | | |

| **13. Technical Impact:**** | | |
|---|---|---|
| Tier 0 Document | Yes ☒ | No ☐ |
| Tier 1 Document | Yes ☒ | No ☐ |
| Tier 2 Document | Yes ☒ | No ☐ |
| Tier 3 Document | Yes ☐ | No ☒ |
| Tier 4 Document | Yes ☐ | No ☒ |

**14. If technical impact is checked "Yes", specify the document number and revision below.**

| Document Number | Revision |
|---|---|
| (Tier 0) Project Execution Plan (W-211 HNF-3333 | Rev 3-A |
| (Tier 1) DOE/ORP –2001-21 (RPP WBS) | None |
| (Tier 2) Design Requirements Document (W-464) RPP-7507 | Rev OB |

**** As defined in HNF-SD-WM-MAR-008 "Mission Analysis Report"**

| **15. Baseline Impact:** | **Reviewed by:** | **Yes** | **No** |
|---|---|---|---|
| a. Performance Based Incentive (PBI) affected? | | ☒ | ☐ |
| b. Work Breakdown Structure | | ☒ | ☐ |
| c. WBS Dictionary Sheet(s) | | ☒ | ☐ |
| d. Interface Control Document Change Form | | ☐ | ☒ |
| e. Primavera (P3) Schedule(s) | | ☒ | ☐ |
| f. Milestone Database and MDS(s) (if applicable) | | ☒ | ☐ |
| g. Budget (BCWS) | | ☒ | ☐ |
| h. Basis of Estimate | | ☒ | ☐ |
| i. More than one fiscal year affected? | | ☒ | ☐ |

| **Change Approval Level** | | | | **16. Signature/Approval Block** | | |
|---|---|---|---|---|---|---|
| **0** | **1** | **2** | **3** | **Signature*** | **Date** | **Title** |
| A | NR | NR | NR | NR | | DOE-HQ (EM-1) |
| E | A | NR | NR | | | DOE-HQ (DAS) |
| E | E | A | NR | | | DOE-ORP |
| E | E | E | NR | | | DOE-ORP Contracting Officer |
| E | E | E | NR | | | DOE-ORP CCB Chairperson |
| E | E | E | A | DR 3/31/03 DB Amerine | 3-31-03 | TFC CCB Chairperson |
| E | E | E | E | Dave Allen | 3/31/03 | TFC Program Integration Group Chairperson |
| E | E | E | E | RM Millikin | 3/31/03 | TFC Integration of Performance Assessment |

| BASELINE CHANGE REQUEST | |
|---|---|
| 1. Title: Integrated Mission Acceleration Program (IMAP) Rebaseline | 2. BCR No./Rev.: RPP-03-004 Revision 0 |

Double click in header to enter BCR Title on page 1. Repeat on page 2. Double click in document body to return. Click boxes to insert check marks.

**Signature signifies endorsement or approval of the BCR in accordance with RPP Baseline Change thresholds found in Contract No. DE-AC27-99RL14047, Table F-2.**

**Change Approval Legend: A – Approval, E – Endorsement, NR - Not Required.**
*** Signatures not required shall be marked "NR"**

7

# BASELINE CHANGE REQUEST

| Title: Mission Acceleration Rebaseline Change Request | BCR No./Rev.: RPP-03-004 Revision 0 |
|---|---|

**17. Description of Change:**

Appendix A. Section 1.0 - Change Summary and Justification
Appendix A. Section 2.0 - Baseline Scope and Assumptions
Appendix A. Section 3.0 - TPA Impact Analysis
Appendix A. Section 5.0 - Interface Control Documents Change Status

**18. Scope Impacts:**

Appendix A. Section 8.0 - Description of Change

**19. Schedule Impacts:**

Appendix A. Section 7.0 - Schedule and Milestone Summary

**20. Risk (Increase-Decrease) from this Change. Benefit from this Change (JUSTIFICATION):**

Benefits: Appendix A. Section 4.0 - Project Risk Analysis

Risk Consideration: Appendix A. Section 4.0 - Project Risk Analysis

**21. Change to Project Cost Baseline (dollars are unescalated and in thousands)**

Appendix A. Section 6.0 – Mission Acceleration Cost Tables

| WBS | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | Contract Period Subtotal | Remaining Life-Cycle Baseline Change | Total Baseline Change |
|---|---|---|---|---|---|---|---|---|---|
| 5.7 Unescalated | N/A | N/A | $195,612 | $185,371 | $179,109 | $173,246 | $733,337 | $4,042,225 | $4,775,562 |
| 5.7 Escalated | N/A | N/A | $195,612 | $189,782 | $187,817 | $186,187 | $759,397 | $6,035,990 | $6,795,387 |
| 5.8 Unescalated | N/A | N/A | $180,900 | $256,673 | $178,594 | $97,896 | $714,063 | $5,942,743 | $6,656,806 |
| 5.8 Escalated | N/A | N/A | $180,900 | $263,603 | $188,369 | $105,938 | $738,810 | $9,355,572 | $10,094,382 |
| 5.9 Unescalated | N/A | N/A | $35,842 | $59,614 | $76,678 | $54,969 | $227,103 | $2,735,061 | $2,962,163 |
| 5.9 Escalated | N/A | N/A | $35,842 | $61,224 | $80,875 | $59,484 | $237,424 | $3,950,860 | $4,188,285 |
| Total Unescalated | N/A | N/A | $412,354 | $501,657 | $434,381 | $326,110 | $1,674,503 | $12,720,029 | $14,394,532 |
| Total Escalated | N/A | N/A | $412,354 | $514,608 | $457,060 | $351,609 | $1,735,631 | $19,342,422 | $21,078,053 |

8

# Mission Acceleration
# Baseline Change Request

## RPP-03-004, Rev 0

## Appendix A

## March 31, 2003

This page intentionally left blank.

**EXECUTIVE SUMMARY**

*CH2MHILL Hanford Group, Inc, has prepared this Mission Acceleration Baseline Change request to represent the change in the mission of the Tank Farm Contract. The revised baseline associated with this change continues to meet the regulatory commitments associated with the Tri-Party Agreement, continues to meet the waste feed delivery systems and readiness for Waste Vitrification Plant startup and operations, and significantly accelerates the retrieval and closure of the Single Shell Tank farms. This baseline represents an acceleration of 11 years from the currently approved baseline and projects overall total savings in excess of $2 Billion.*

*In addition, the total scope and budget for tank closure has been absorbed into the proposed baseline (valued at $3.3B). Also included is the cost associated with supplemental processing of transuranic and low activity waste (valued at over $1B). This represents an overall improvement of over $6.3B and provides an integrated plan for treating tank waste utilizing one Waste Treatment Plant and supplemental treatment.*

This page intentionally left blank.

## TABLE OF CONTENTS

1.0 Change Summary and Justification ........ 1-1
1.1 Integrated Mission Acceleration Plan ........ 1-2
1.2 Integrated Mission Execution Schedule ........ 1-3
1.3 Mission Acceleration ........ 1-4
2.0 Baseline Scope and Assumptions ........ 2-1
2.1 General Mission Assumptions ........ 2-1
2.2 Key Baseline Management Assumptions ........ 2-2
2.3 Key Regulatory Assumptions ........ 2-2
2.3.1 DOE 435.1 Regulatory Assumptions: ........ 2-3
2.3.2 RCRA Assumptions ........ 2-4
2.4 Key Technical Assumptions ........ 2-4
2.5 WBS 5.07 Readiness for Mission Execution ........ 2-9
2.5.1 WBS 5.07.01 Base Operations ........ 2-9
2.5.2 WBS 5.07.02 Environmental/TPA Milestone Achievement ........ 2-14
2.5.3 WBS 5.07.03 Project Support ........ 2-18
2.5.4 WBS 5.07.04 Essential Services ........ 2-20
2.5.5 WBS 5.07.05 Other Mission Support ........ 2-21
2.6 WBS 5.08 Retrieve and Close ........ 2-22
2.6.1 WBS 5.08.01 Saltwell Pumping ........ 2-23
2.6.2 WBS 5.08.02 Waste Feed Delivery Program ........ 2-25
2.6.3 WBS 5.08.03 Construct DST Retrieval Systems ........ 2-27
2.6.4 WBS 5.08.04 Construct DST Transfer Systems ........ 2-29
2.6.5 WBS 5.08.05 Retrieval/Closure Program ........ 2-32
2.6.6 WBS 5.08.06 SST Retrieval/Closure East Area Through WBS 5.08.07 SST Retrieval/Closure West Area ........ 2-38
2.6.7 WBS 5.08.08 DST Retrieval/Closure East Area Through WBS 5.08.09 DST Retrieval/Closure West Area ........ 2-39
2.6.8 WBS 5.08.10 ILAW/IHLW Closure and Treatment Facilities Closure ........ 2-40
2.6.9 WBS 5.08.11 Post Closure Monitoring ........ 2-41
2.7 WBS 5.09 Treat and Dispose Waste ........ 2-44
2.7.1 WBS 5.09.01 Infrastructure ........ 2-45
2.7.2 WBS 5.9.2 Supplemental Treatment ........ 2-46
2.7.3 WBS 5.09.03 Immobilization Program ........ 2-49
2.7.4 WBS 5.09.04 Failed Melter Disposal System ........ 2-52
3.0 TPA Impact Analysis and Approach ........ 3-1
3.1 TPA and consent decree milestones ........ 3-1
3.2 TPA milestones with negative float ........ 3-5
3.3 TPA Compliance Associated With WTP Alignment ........ 3-5
4.0 Project Risk Analysis ........ 4-1
5.0 Interface Control Documents (ICDs) Change Status ........ 5-1
5.1 Interface Commitments ........ 5-1
5.2 Interface Milestones ........ 5-7
5.3 BCR Impacts ........ 5-8
5.4 WTP Acceptability ........ 5-9
6.0 Mission Acceleration BCR Cost Tables ........ 6-1
6.1 Rate Adjustments ........ 6-3
6.2 Escalation ........ 6-5
6.3 Comparison Cost Summaries ........ 6-5

6.4 Prior Year Carryover Workscope Included in BCR ....... 6-9
6.5 Incorporated ORP Letters of Direction ....... 6-12
6.6 Modification to Base Estimates based on Ramp Down Strategy ....... 6-13
6.6.1 Methodology ....... 6-13
6.6.2 Ramp Down Methodology Assumptions ....... 6-15
6.6.3 Ramp Down Impact to Lifecycle Estimate ....... 6-16
7.0 Schedule and Milestone Summary ....... 7-1
7.1 Schedule Summary ....... 7-1
7.2 Milestone Summary ....... 7-5
8.0 Description of Change ....... 8-1
8.1 Description of Change - Program ....... 8-1
8.2 Description of Change – Closure ....... 8-1
8.3 Description of Change – Waste feed Operations ....... 8-1

## LIST OF FIGURES

Figure 2-1, Summary Level Mass Balance and Assumptions ....... 2-6
Figure 2-2, WTP Waste Delivery Timeline ....... 2-7
Figure 3-1, Active TPA Milestones ....... 3-1
Figure 3-2, Active Consent Decree Milestones ....... 3-4
Figure 3-3, SST TPA Milestones with Negative Float ....... 3-5
Figure 3-4, WFD/Disposal Milestones with Negative Float ....... 3-5
Figure 4-1, Risk Events and Handling Actions ....... 4-2
Figure 5-1, Interface Control Documents ....... 5-1
Figure 5-2, Interface Milestones ....... 5-7
Figure 5-3, Interface Milestones Requiring Further Evaluation ....... 5-8
Figure 5-3, Realigned Interface Milestones ....... 5-8
Figure 6-0, BCR Proposed Savings ($000's) (all $'s include escalation) ....... 6-1
Figure 6-1, Contract Period Funds Comparison ($000,s) ....... 6-1
Figure 6-2, CH2MHILL Funds to BCWS Alignment ....... 6-2
Figure 6-3, CH2MHILL COS ....... 6-3
Figure 6-4, Rate Adjustments by PBS ....... 6-4
Figure 6-5, Labor/Non-Labor Rate Adjustment ....... 6-4
Figure 6-6, Escalation Factors ....... 6-5
Figure6-7, MB12 vs Proposed Life-Cycle BCR Costs ....... 6-6
Figure 6-8, Cost by PBS for Proposed Plan ....... 6-7
Figure 6-9, Proposed Life-Cycle BCR Costs ....... 6-8
Figure 6-10, Proposed Baseline Costs by Expense/Line-Item ....... 6-9
Figure 6-11, Prior Year Workscope Table ....... 6-10
Figure 6-12, Implemented ORP Letters of Direction ....... 6-12
Figure 6-13, Farm Closures ....... 6-14
Figure 6-14, Percent of Base Planning Level Pre-Rampdown ....... 6-14
Figure 6-15, Ramp-Down Category by WBS Level 5 ....... 6-15
Figure 6-16, Ramp-Down Impacts ....... 6-16
Figure 7-10, SST Sequence ....... 7-2
Figure 7-11, MB12 vs Proposed BCR Milestone Count ....... 7-6

## ACRONYM LIST

| | |
|---|---|
| AB | Authorization Basis |
| ALARA | As Low As Reasonably Achievable |
| BA | Budget Authority |
| BBI | Best-basis inventory |
| BCR | Baseline Change Request |
| BCWS | Budgeted Cost of Work Scheduled |
| C3T | Cleanup Constraints and Challenges Team |
| CA | 1998 Hanford Site Composite Analysis |
| CAM | Continuous air monitor |
| CASS | Computer Automated Surveillance System |
| CENRTC | Capital Equipment not Related to Construction |
| CERCLA | *Comprehensive Environmental Response, Compensation and Liability Act of 1980* |
| CH2MHILL | CH2MHILL Hanford Group, Inc. |
| CM | corrective maintenance |
| COB | clean-out boxes |
| COS | Continuity of service |
| CSB | Canister Storage Building |
| CT | catch tanks |
| CTF | Cold Test Facility |
| DCRT | Double-contained receiver tank |
| DNFSB | Defense Nuclear Facilities Safety Board |
| DOE | Department of Energy |
| DQO | Data Quality Objective |
| DRD | Design Requirements Document |
| DSA | Documented Safety Analysis |
| DST | Double Shell Tank |
| ECN | Engineering Change Notice |
| Ecology | State of Washington Department of Ecology |
| EIS | Environmental Impact Statement |
| ENRAF | Enraf-Nonius Series 854 |
| EPA | Environmental Protection Agency |
| ESH&Q | Environmental, Safety, Health and Quality Assurance |
| ESR | Engineering Service Report |
| FDSA | Final Documented Safety Analysis |
| FGEAB | Flammable Gas Evaluation Advisory Board |
| FH | Fluor Hanford, Inc. |
| FY | fiscal year |
| GFS&I | government furnished service and item |
| HASP | Health and Safety Plan |
| HEHF | Hanford Environmental Health Foundation |
| HLW | High Level Waste |
| HQ | Headquarters |
| HR | Human Resources |
| HSSWAC | *Hanford Site Solid Waste Acceptance Criteria, HNF-EP-0063, Rev. 6* |
| HTWOS | Hanford Tank Waste Operation Simulator |
| HVAC | Heating, ventilation, and air conditioning |
| ICD | Interface Control Document |

| | |
|---|---|
| ICF | Interface Change Form |
| IDF | Integrated Disposal Facility |
| IHLW | Immobilized High Level Waste |
| ILAW | Immobilized Low Activity Waste |
| IMAP | Integrated Mission Acceleration Plan |
| IMES | Integrated Mission Execution Schedule |
| IMUST | Inactive miscellaneous underground storage tank |
| IRM | Information Resource Management |
| IS&H | Industrial Safety and Health |
| ISMS | Integrated Safety Management System |
| LAW | Low Activity Waste |
| LDMM | Leak Detection Monitoring and Mitigation |
| LLG | Liquid level guages |
| LLMW | Low Level Mixed Waste |
| LLW | Low Level Waste |
| LMIT | Lockheed Martin Information Technology |
| LOW | Liquid Observation Well |
| MAAP | Mission Acceleration Alignment Process |
| MCC | Motor control center |
| MCO | Multi-canister overpack |
| MCS | Monitoring and Control System |
| MLLW | Mixed Low Level Waste |
| MOU | Memorandum of Understanding |
| MPS | Master Pump Shutdown |
| MRS | Mobile Retrieval System |
| MSA | Management Self Assessment |
| MT | Metric ton |
| MUST | Miscellaneous underground storage tank |
| MW | mixed waste |
| NEPA | *National Environmental Policy Act of 1969* |
| NHC | Numatec Hanford Company |
| NRC | U.S. Nuclear Regulatory Commission |
| OAC | Operational Acceptance Checklist |
| ORP | Office of River Protection |
| ORR | Operational Readiness Review |
| PAAA | *Price-Anderson Amendment Act of 1988* |
| PBI | Performance Based Incentive |
| PCB | Polychlorinated biphenyl |
| PFP | Plutonium Finishing Plant |
| PHMC | Project Hanford Management Contract |
| PM | preventive maintenance |
| PNNL | Pacific Northwest National Laboratory |
| PPP | prefabricated pump pit |
| PSAR | Preliminary Safety Analysis Report |
| PTH | Protection Technology Hanford, Inc. |
| QCT | Quality Control Training |
| RA | Readiness Assessment |
| RadCon | Radiological Controls |
| RCRA | *Resource Conservation and Recovery Act of 1976* |
| RL | Richland Field Office |
| ROD | Record of Decision |

| | |
|---|---|
| RWR | routine work request |
| RUTI | Robotic Ultrasonic Test Inspection |
| S/RID | Standards/Requirements Identification Document |
| SACS | Surveillance Analysis Computer System |
| SARP | Safety analysis report for packaging |
| SEPA | *State Environmental Policy Act of 1971* |
| SHMS | Standard Hydrogen Monitoring System |
| SNF | Spent Nuclear Fuel |
| SPC | special protective coatings |
| SRS | System Requirements Specification |
| SST | Single-Shell Tank |
| SW | Solid Waste |
| TCR | Tank Characterization Report |
| TFC | Tank Farm Contractor |
| TMACS | Tank Monitor and Control System |
| TPA | *Tri-Party Agreement (Hanford Federal Facility Agreement and Consent Order)* |
| TRU | transuranic waste |
| TSAFT | Tandem Synthetic Aperture Focus Technique |
| TSR | Technical Safety Requirements |
| TWINS | Tank Waste Information Network System |
| USQ | Unreviewed Safety Question |
| UT | Ultrasonic test |
| WAC | Washington Administrative Code |
| WBS | Work Breakdown Structure |
| WDOH | Washington State Department of Health |
| WFD | Waste Feed Delivery |
| WIDS | Waste information data system |
| WIPP | Waste Isolation Pilot Plant |
| WIR | waste incidental to reprocessing |
| WMA | Waste Management Area |
| WRF | Waste Receiver Facility |
| WTP | Waste Treatment Plant |

This page intentionally left blank.