Mission Acceleration Baseline Change Request
BCR-RPP-03-004, Rev 0

## 1.0 CHANGE SUMMARY AND JUSTIFICATION

In September 2002, the U.S. Department of Energy (DOE), Office of River Protection (ORP) and CH2MHILL Hanford Group, Inc. (CH2MHILL) outlined new strategies to accelerate Hanford tank cleanup and closure. This new approach translated the results of the DOE's Top-to-Bottom Review and the resulting *Performance Management Plan for the Accelerated Cleanup of the Hanford Site* (DOE/RL-2002-47) into specific management strategies and action plans which resulted in a modification to the CH2MHILL contract (M064). This contract modification established four initiatives:

- The first initiative continues the removal of pumpable liquids from aging single-shell tanks (SSTs) by pumping the remaining 550,000 gallons of retrievable liquid waste from 14 SSTs before September 30, 2004 (PBI-1).
- The second initiative continues upgrading systems to deliver waste to the Waste Treatment Plant (WTP) and the required systems for transportation, storage, and disposal of vitrified waste products. Preparations for the delivery of waste include upgrading several of Hanford's double-shell tank (DST) farms for transfer and "staging" the waste before its delivery to the WTP (PBI-2).
- The third initiative addresses the retrieval and closure of 26 SSTs by September 30, 2006 (PBI-3).
- The final initiative addresses the retrieval and treatment of one million gallons of transuranic (TRU) and low-level tank waste (LLW) using non-vitrification techniques. Specifically, CH2MHILL will remove TRU waste from DSTs and treat and package the waste for eventual shipment to the Waste Isolation Pilot Plant (WIPP) facility in New Mexico. Under this initiative CH2MHILL will also identify, retrieve, and treat LLW or Mixed-LLW for disposal on or off the Hanford Site (PBI-4).

The first three of these initiatives change the sequencing of the existing life-cycle baseline scope by accelerating scope into the current CH2MHILL contract period. The fourth incentive represents an addition of scope into both the contract period and life-cycle baseline.

In October 2002, CH2MHILL began the development of key planning tools for the acceleration to ensure these initiatives were aggressively planned and implemented. These planning tools are an Integrated Mission Acceleration Plan (IMAP), an Integrated Mission Execution Schedule (IMES), and the resultant Life-cycle Baseline.

The resultant Baseline Change Request (BCR) from this planning effort documents the changes required to implement mission acceleration strategies to reduce the life-cycle baseline by more than 20 years and proposes a life-cycle savings of over $2 billion from the currently approved baseline. The re-baseline continues to focus on maintaining the Tank Farms in a safe and compliant manner, while accelerating the closure and initial treatment of tank wastes and aligning with the current projected startup schedule for the WTP.

19

## 1.1 INTEGRATED MISSION ACCELERATION PLAN

The IMAP (RPP-13678) describes the regulatory, technical, and business management strategies and implementation actions required to accelerate closure of the Hanford Tank Farms. The successful execution of the identified strategies and actions will result in 40 SSTs being closed (this is 14 tanks more than discussed in this BCR) and at least one million gallons of tank waste being dispositioned using supplemental methods other than vitrification by the end of fiscal year (FY) 2006. To accomplish acceleration, the IMAP strategies build on innovative approaches identified by the Cleanup Constraints and Challenges Team (C3T) as outlined in the *Performance Management Plan for the Accelerated Cleanup of the Hanford Site,* (DOE/RL-2002-47). In particular, IMAP strategies and implementing actions meet and, in most cases, exceed the key elements of *Performance Management Plan for the Accelerated Cleanup of the Hanford Site,* (DOE/RL-2002-47) Strategic Initiative 2.

The IMAP strategies focus resources on the physical completion of the work necessary to achieve Tank Farm closure and the reduction of duplicate support functions, reviews, and documentation. This approach requires collaborative partnering between ORP, CH2MHILL, the WTP contractor, and the regulatory agencies to effectively realign resources, clarify roles and responsibilities, apply requirements tailored to the hazards involved, and identify and eliminate low value activities.

The IMAP defines five execution strategies for the acceleration of closure of Hanford Tank Farms. Strategies one through three are technical strategies designed to complete physical work within required time frames. Strategies four and five are enabling strategies that provide the regulatory and work management frameworks required to effectively execute the technical strategies.

1. **Retrieve and Close SSTs, DSTs and Tank Farms**

   *Disposition waste from all 149 SSTs by 2018 within the established budget profile, reducing hazards to the workers, the public, and the environment while significantly reducing the program life-cycle costs. SSTs will be interim closed by 2018, and all remaining RPP facilities will be closed by 2033.*

   - Accelerate retrieval and closure activities for all SSTs and SST Tank Farms. The SST retrieval and closure activities will meet or exceed the requirements established in the Hanford Federal Facility Agreement and Consent Order M-45 Milestone series and the commitments in the HPMP. The IMAP defines the actions for interim closure of up to 40 SSTs by the end of FY 2006 and the closure of two SST farms in that same period.

   - Complete interim stabilization of 14 SSTs by the end of FY 2004.

2. **Provide Waste Feed Delivery to Satisfy Accelerated WTP Processing Rates**

   *Deliver waste feed to the WTP and receive and disposition treated waste products per the WTP schedule and Revision 1 to the System Plan to support the RPP mission completion.*

   - Ensure high-level waste (HLW) and low-activity waste (LAW) feed delivery and disposal systems are available to supply the WTP with sufficient capacity. This



20

initiative includes immobilized high-level waste (IHLW) storage capacity and immobilized low-activity waste (ILAW) disposal capacity.

3. **Process Waste via Supplemental/Alternate Treatment/Disposal**

*Implement environmentally responsible and cost effective non-WTP supplemental treatment, processing, and disposal techniques that will reduce DST space usage and planned loading on the WTP. CH2MHILL will assess the need and plan for implementation of alternative LAW processing for waste pretreated in the WTP.*

- Cost effectively retrieve, treat, and disposition tank waste using supplemental treatment techniques. The IMAP defines actions to retrieve and disposition up to one million gallons of tank waste using supplemental techniques by the end of FY 2006.

4. **Enhance Regulatory and Stakeholder Interactions**

*Work in a collaborative manner with the State of Washington Department of Ecology (Ecology), the U.S. Environmental Protection Agency (EPA), Washington State Department of Health (WDOH), Tribal Nations, other DOE sites and stakeholder groups to develop and implement a responsible, progressive, and efficient regulatory approach that meets established requirements while optimizing stakeholder involvement, regulatory reviews, approvals, and implementation.*

5. **Improve Mission Support and Work Management Systems**

*Make fundamental business changes, including changing work processes to achieve operations and management efficiencies that will allow funding to be allocated for waste retrieval, tank closures, and supplemental waste treatment and disposal on an accelerated schedule. Work practices will be tailored to the hazards involved in compliance with established Integrated Safety Management System (ISMS) and environmental management principles.*

The primary difference between the IMAP and the BCR is that the IMAP provides strategies for the closure of up to 40 SSTs during the FY 2003 to FY 2006 timeframe, while the BCR provides a baseline plan to close 26 SSTs. Resources and budget for retrieval and closure beyond the initial 26 tanks will be provided through efficiencies and experience gained during the initial tank closure activities. The additional 14 tanks represent a goal that must be achieved within the cost profile established by the BCR.

## 1.2 INTEGRATED MISSION EXECUTION SCHEDULE

The IMES is a detailed schedule used to efficiently and effectively plan and execute contract work scope. It is applicable to all Tank Farm work and will represent all contract scope within an appropriate duration and to a level of detail necessary to adequately plan, identify constraints and conflicts, and utilize project resources. The schedule is used to identify and actively manage critical path and near-critical path work scope in support of mission completion.

The life-cycle schedule proposed in this BCR will be the approved baseline schedule and is the

comprehensive, time-phased plan of logically linked, resource-loaded schedule activities reflecting the Tank Farm Contractor (TFC) life-cycle work scope. It is the plan against which contract, project, and program performance is measured, assessed, and controlled. Outyear activities are scheduled at a summary level of detail, depending on the level of scope definition available. The execution year is fully detailed to support work performance, baseline management, earned value performance measurement, and reporting. Alignment to the approved baseline schedule is conducted as part of IMES development to ensure that the work scope being executed is authorized.

## 1.3 MISSION ACCELERATION

This BCR documents the baseline changes required to implement mission acceleration strategies through changes in scope, schedule, and cost. In addition, this BCR includes a discussion of rate adjustments; a discussion of prior year carryover work scope (Section 6.4); discussions associated with Letters of Direction received from ORP since October 2002 (Section 6.5); a discussion of the methodology and credits against future work scope estimates applied for the ramp down of programmatic, support, and infrastructure accounts as tank closure scope is accomplished (Section 6.6); and a summary description of scope, schedules, and cost tables associated with the proposed baseline.

Scope Summary: the technical scope and requirements basis associated with this BCR are consistent with the scope of work contained in the CH2MHILL Tank Farm Contract, DE-AC27-99RL14047.

Schedule Summary: baseline schedule milestones are consistent with the schedule requirements contained within the contract. However, in two areas currently defined and scheduled activities preceeding key milestones do not support on time completion.

The first area is meeting TPA Milestone commitments. The critical path analysis documents negative schedule float for 11 milestones: eight milestones associated with SST retrievals or closures and three milestones associated with Waste Feed Delivery (WFD) retrieval, transfer, or storage systems. Section 3.0 of this BCR describes each of these milestones and the planned path to align the estimated completion date with its TPA commitment date.

The second area is associated with the Tank Farm closures as identified in PBI-2.

The closure of two Tank Farms and alignment of SST retrievals and closure milestones with the BCR TPA milestone constraints are being aggressively pursued through the IMAP.

Cost Summary: the baseline budget exceeds available funding as specified in the CH2MHILL contract for FY 2004 - 2006. The current delta funding to Budgeted Cost of Work Scheduled (BCWS) is $224M over the remaining contract period.



22

Mission Acceleration Baseline Change Request
BCR-RPP-03-004, Rev 0

The following sections and attachments provide the re-baselined scope, schedule, cost and analysis of change:


| | |
|---|---|
| Section 1.0 | Change Summary and Justification |
| Section 2.0 | Baseline Scope and Assumptions |
| Section 3.0 | TPA Impact Analysis and Approach |
| Section 4.0 | Project Risk Analysis |
| Section 5.0 | Interface Control Documents (ICDs) Change Status |
| Section 6.0 | Mission Acceleration BCR Cost Tables |
| Section 7.0 | Schedule and Milestone Summary |
| Section 8.0 | Description of Change |

| | |
|---|---|
| Attachment 1 | Work Breakdown Structure Cross-Walk |
| Attachment 2 | Graphic Presentation of WBS |
| Attachment 3 | HTWOS Modeling Scenario and Software Change Summary |
| Attachment 4 | Cost Summary at Level 5 of the WBS |
| Attachment 5 | ORP Letters of Direction |
| Attachment 6 | Milestone Description Sheets |
| Attachment 7 | CD-ROM Including:<br>Level Work Breakdown Structure (WBS) Dictionaries<br>(Life-Cycle Schedule (CD-ROM) |


 23

This page intentionally left blank.

## 2.0 BASELINE SCOPE AND ASSUMPTIONS

This section of the BCR includes the scope and assumptions used in the development of the baseline and is organized as follows:

- General mission assumptions
- Key assumptions from the CH2MHILL contract
- Key regulatory assumptions
- Key technical assumptions
- Scope and assumptions for Readiness for Mission Execution
- Scope and assumptions for Retrieve and Close
- Scope and assumptions for Treat and Dispose

## 2.1 GENERAL MISSION ASSUMPTIONS

Several general mission assumptions were used to develop this baseline. These assumptions are:

- Waste treatment will be completed by 2028 using a single WTP and will include supplemental treatment. The waste inventory to be treated assumes that 99 percent of the tank waste will be retrieved in accordance with the TPA.
- Supplemental LAW treatment processes such as steam reforming, bulk vitrification, or containerized grout will produce a waste form suitable for disposal at Hanford in an Integrated Disposal Facility (IDF).
- IHLW will be shipped to the Yucca Mountain Repository. The ship date to the geologic repository will be determined so that only the Canister Storage Building (CSB) and one module will be required for interim storage, at a rate of 570 to 600 canisters per year.
- Waste feed delivery dates are planned to support the start of hot commissioning of the LAW vitrification and HLW vitrification based on the HTWOS modeling assumptions dated 1/28/03 (see attachment 3); i.e., begin LAW delivery 8/01/2010; begin HLW delivery 9/18/2010.
- The Closure Environmental Impact Statement (EIS) Record of Decision (ROD) will be completed by April 2004. Completion of the EIS will allow SST closure to commence.
- Twenty-six SSTs will be retrieved and interim closed by the end of FY 2006. Waste from these SSTs will be packaged as either TRU or Low-Level Mixed Waste (LLMW), or it will be transferred to the DST system.
- Approximately 1.3 million gallons of TRU waste will be packaged for eventual shipment to WIPP.
- All SSTs within a farm will be interim closed before the Tank Farm is closed. Closure of SST and DST farms, miscellaneous storage tanks, and ancillary facilities will be completed by 2033.

- Only one retrieval effort will be required to retrieve waste from a tank. Interim closure will proceed immediately following completion of retrieval. Once the last tank in a farm is interim closed, the farm will be closed.
- Planning is not based on increased site security levels, which would require cessation of routine work activities.
- The Documented Safety Analysis (DSA) will align with actual safety risk and will result in reduced equipment safety designations and a reduced number of Technical Safety Requirements (TSR). Cost reductions will be realized in areas of equipment procurement, surveillance, and maintenance.
- Mission acceleration emphasis on tank closure and footprint reduction will result in lower costs to maintain, conduct surveillances on, and upgrade Tank Farm systems and facilities.
- Mission acceleration performance and risk reduction associated with tank interim stabilization, retrieval, and closure will justify reductions in the full suite of upgrades and new installations of leak detection and monitoring equipment.
- As the Hanford Site shifts resources to accelerate the closure of facilities and systems, a proportional efficiency gain will be made in crosscutting infrastructure support cost.

## 2.2 KEY BASELINE MANAGEMENT ASSUMPTIONS

- Funding in FY 2004 will be expense funding except for W-464, including construction and retrieval activities. Carryover capital funding will be used to fund FY 2004 previous capital projects.
- The contents and application of Section I.107, "Laws, Regulations and DOE Directives" will not change substantively from the date of this submittal (Section C.2 (d) (1) (ii)).
- The Estimated Budget Authority for FY 2003 - 2006 (as noted in Table B-1 of Prime Contract) will not vary from the actual funding provided annually (Section B.3 - Estimated Cost and Fee).
- The Frequency Codes for Reporting Requirements will not increase, i.e., annual reports shall not be changed to be due more frequently than annually (Table F-1 of Prime Contract).
- As funding allows, baseline activities associated with the entire Life-cycle baseline can be initiated during the contract period to meet the mission acceleration objectives.

## 2.3 KEY REGULATORY ASSUMPTIONS

- Performance objectives and contents of risk assessments for Tank Farms shall follow the requirements in "Performance Objectives for Tank Farm Closure Risk Assessments" (RPP-14283 [to be published]), "Contents of Risk Assessments to Support the Retrieval and Closure of Tanks for the Washington State Department of Ecology" (RPP-14284 [to be published]), and "Format and Content Guide for U.S. Department of Energy Low-

Level Waste Disposal Facility Performance Assessments and Composite Analyses" (U.S. Department of Energy, Washington, D.C., December 7, 1999), respectively.

- DOE and Ecology require the risks from single tanks or other facilities be placed in context of surrounding facilities. Since the process of performing a risk assessment for a Tank Farm is not much more than the risk assessment of a tank or other facility, it is not cost effective to perform an assessment for each tank and facility in a Tank Farm.
- The risk assessment for a Tank Farm will only be updated when significant new information is obtained.
- One risk assessment will be performed for the multiple customers of risk assessments.
- DOE, Richland Operations Office (RL) will maintain the 1998 Hanford Site Composite Analysis (CA).
- Currently available technology for characterization and other testing is adequate to meet regulatory demands.
- Supplemental waste forms may require updating existing Performance Assessments and planned Resource Conservation and Recovery Act (RCRA) Part B permits.

### 2.3.1 DOE 435.1 Regulatory Assumptions:

- A bounding Waste Management Area (WMA) RCRA Closure Plan (plus supplemental data) will be used to satisfy DOE M435.1-1 Tier 1 Closure Plan requirements.
- A detailed RCRA Component Closure Plan will be used to satisfy DOE M435.1-1 Tier 2 Closure Plan requirements.
- The 1998 CA remains adequate as the base CA for which initial and updated Performance Assessment results will be compared to ensure CA limits and performance objectives are met.
- DOE, Headquarters (HQ) will have in place a Memorandum of Understanding (MOU) and necessary funding agreement with the Nuclear Regulatory Commission (NRC) to review the Waste Incidental to Reprocessing (WIR) Determination in support of the tank closure schedule.
- A Tier 1 Closure Plan does not require a WIR determination prior to approval by DOE-HQ.
- Consultation with the NRC on the technical approach in WIR preparation may proceed without the MOU in place.
- The initial Performance Assessment will be prepared on a Tank Farm/Waste Management Area (WMA) basis using the Best Basis Inventory.
- The initial WIR will be prepared on a Tank Farm/WMA basis using Best Basis Inventory.
- The initial WIR will be updated with actual data after retrieval and compared to initial WIR to ensure WIR determination remains valid.
- Closure of a tank will be performed to an approved closure plan.

- Interim closure is for a tank and tank contents only.
- DOE will issue a "TRU Waste Federal Review Group Manual" for closure sites that have residual TRU waste. [DOE has indicated this will be done in their Implementation Guide for Deactivated High-Level Waste Facility Closure Manual.]
- DOE will support any site-specific exemptions for disposal of greater than Class C waste.
- Based on the present data from SSTs, it is anticipated that the waste residuals in a number of the SSTs will meet the TRU waste classification. It is also anticipated that the waste residuals in a number of the SSTs may exceed the Class C waste classification. In both cases, a regulatory path forward will be developed to allow such waste residuals to be left in place at tank closure. Regulatory options and pathways will need to be evaluated for the dispositioning of this waste.

### 2.3.2 RCRA Assumptions

- Interim component closure actions (tanks, ancillary equipment, etc.) can proceed through Ecology approval of the tiered SST System Closure Plan and its modifications.
- SST System Closure Plan will be reviewed and approved by Ecology for C-106 by December 2003 and for C-200s, S-102, and S-112 by August 2004: similar closure plan review/approve cycles will occur for subsequent closure plans.
- Parallel reviews with ORP/CH2MHILL/Ecology will be allowed for closure plans subsequent to C-106.
- TPA Appendix H exception request, if required for tanks, will be reviewed and approved by Ecology.
- Land Disposal Restrictions treatability variance will be accepted by Ecology prior to back-filling C-106 or subsequent tanks in support of interim closure.
- Regulatory and client resources are sufficient for approval modifications to the SST System Closure Plan.
- For planning purposes, the use of an SST within a farm for waste staging will be allowed by Ecology through enforcement discretion or RCRA pathway.
- Successful permitting of Supplemental Treatments by Ecology will be obtained.
- Successful permitting of Dewatering System for TRU tanks by Ecology will be obtained.
- Successful permitting of ILAW disposal unit will be obtained (Integrated Disposal Facility (IDF)).
- Successful permitting of IHLW storage facility will be obtained.

## 2.4 KEY TECHNICAL ASSUMPTIONS

- The basic technical assumptions for the Hanford Tank Waste Operation Simulator (HTWOS) model run pertaining to this work scope is documented in the Tank Farm Contractor Operations and Utilization Plan, Rev 4B, Appendix A, as modified by the

"HTWOS Model Scenario and Software Change Summary", BCR-IMAP Rev 0 - 1/28/2003, previously approved by ORP.

- Figure 2-1 presents the summary level mass balance and assumptions for this BCR, as well as supporting calculations.
- The SST retrieval sequence from HTWOS was used to initiate planning of the baseline for SST retrieval and closure. However, detailed activities contained in the schedule do not reflect the HTWOS output exactly, as HTWOS model output does not account for all activities associated with SST retrieval and closure, nor does it account for schedule changes driven by funding or budgetary constraints. Further, the HTWOS model output shows that the retrieval durations for several SSTs are too long to support the closure of 26 SSTs by September 30, 2006. Retrieval durations from the model output are driven by modeling assumptions for inter- and intra-farm interferences, potential evaporator outages, and possible transfer system outages. Retrieval and closure schedules for these SSTs will be managed to ensure that 26 tanks will be retrieved and closed by September 30, 2006 and the schedule reflects the planning for this work. Additional detail is provided in Section 7.
- Figure 2-2 presents the timeline for delivery of waste to the WTP based on the HTWOS output. The planning for waste feed deliveries, including retrieval system construction, startup, readiness, and waste retrieval is based on this data.

**Figure 2-1, Summary Level Mass Balance and Assumptions**




Notes:

1. All waste oxide values reported on the figure are excluding sodium oxide ($Na_2O$).
2. Na, SO4, waste oxide ILAW, and IHLW quantity data are from HTWOS Model run "BCR Case 1-30-2003". All other product quantity data are calculated from HTWOS output data.



30

Mission Acceleration Baseline Change Request
BCR-RPP-03-004, Rev 0

**Figure 2-1, Summary Level Mass Balance and Assumptions**




Notes:
1. All waste oxide values reported on the figure are excluding sodium oxide ($Na_2O$).
2. Na, SO4, waste oxide ILAW, and IHLW quantity data are from HTWOS Model run "BCR Case 1-30-2003". All other product quantity data are calculated from HTWOS output data.

**Figure 2-2, WTP Waste Delivery Timeline**






32

Mission Acceleration Baseline Change Request
BCR-RPP-03-004, Rev 0






33