## 6.0 MISSION ACCELERATION BCR COST TABLES

This section includes the projected BCWS from FY 2003 to FY 2035. Post closure surveillance and monitoring beyond FY 2035 are excluded from this BCR. The BCWS was developed using Cost Estimate Input Sheets (CEIS) consistent with the CH2MHILL Estimating Procedure (TFC-PRJ-PC-C-05). The estimates were then loaded into the Primavera Project Planner (P3) schedule to determine a time-phased spread of the budget. The original CEIS sheets have been modified from the previous baseline to reflect the mission acceleration scope and revised methods of performance as appropriate. The overall savings from the current approved baseline to the proposed baseline is $1,802M as identified in figure 6-0.

**Figure 6-0, BCR Proposed Savings ($000's)**
**(all $'s include escalation)**

| | FY03 | FY04 | FY05 | FY06 | Contract Period | FY07 - Life-Cycle | Total |
|---|---|---|---|---|---|---|---|
| MB12 Escalated | $ 413,385 | $ 418,939 | $ 434,957 | $ 411,627 | $ 1,678,909 | $ 21,203,114 | $ 22,882,023 |
| Proposed Baseline | $ 412,354 | $ 516,939 | $ 457,117 | $ 351,523 | $ 1,737,933 | $ 19,342,374 | $ 21,080,307 |
| Savings | $ (1,031) | $ 98,000 | $ 22,160 | $ (60,104) | $ 59,024 | $ (1,860,740) | $ (1,801,716) |

The BCWS exceeds anticipated funds of $1,515 million by $223 million over the contract period as identified in Figure 6-1. CH2MHILL and ORP are working through the IMAP Mission Acceleration Action Plan (targeted initiatives being implemented) to ensure increased efficiencies and enable breakthrough strategies for meeting the mission scope within available funds.

**Figure 6-1, Contract Period Funds Comparison ($000,s)**

| | FY03 | FY04 | FY05 | FY06 | Total |
|---|---|---|---|---|---|
| Funds | $ 435,000 | $ 360,000 | $ 360,000 | $ 360,000 | $ 1,515,000 |
| Carryover | $ (22,646) | $ 22,646 | | | $ - |
| Total Funds | $ 412,354 | $ 382,646 | $ 360,000 | $ 360,000 | $ 1,515,000 |
| Proposed Baseline | $ 412,354 | $ 516,939 | $ 457,117 | $ 351,523 | $ 1,737,933 |
| Delta | $ (0) | $ (134,293) | $ (97,117) | $ 8,477 | $ (222,933) |

The following table (Figure 6-2) provides specific initiatives aimed at eliminating this delta. IMAP Mission Acceleration Action Plans currently underway address specific areas designed to increase efficiencies and modify the method of performance in many areas to further drive down anticipated expenses.



34

**Figure 6-2, CH2MHILL Funds to BCWS Alignment**

| # | Initiative | Strategy | FY 2004 – 2006 Targeted Savings |
|---|---|---|---|
| 1 | Staffing requirements will continue to be reviewed to increase efficiency and reduce life-cycle costs. | Subsequent to the transition to the new mission alignment organization, further analysis and reviews will be completed to identify process and system improvements targeting further staff/subcontract staffing reductions in both programmatic and base operations. This will include life-cycle ramp downs based on completion of Mission Acceleration Alignment Process (MAAP) initiatives, transition to streamlined procedures and processes, implementation of the new Documented Safety Analysis (DSA), footprint reduction, etc. This review will be complete in FY2003. | $40-60M |
| 2 | Infrastructure efficiencies through self-performance and/or subcontracting of site services will realize savings. | Finalize negotiations with FH and DOE on agreements for infrastructure scope realignment. These include the transfer of 242-A Evaporator and 222-S Laboratory and the alignment of site services. Key to this initiative will be the self-performance and/or out-sourcing of current site provided services. Implementation will begin in April 2003 and be complete by September 2003. | $15-30M |
| 3 | Efficiencies realized in execution of Projects. | See detailed Cost/Schedule Review Package | $50-60M |
| 4 | Reduce the cost and uncertainty related to the SST Tank Retrieval and Closure System/Processes. | Dialogue with SRS has identified potential for "off-the-shelf" and cheaper procurements of retrieval pumps and equipment. CH2MHILL is investigating this and other savings opportunities. Continued improvements through lessons learned will reduce the labor costs and schedule timeframe of subsequent retrievals/closures incrementally. Interim Closure endpoint decisions could drive savings in both resources and schedule. | $65-100M |
| | | Current Targeted Savings | $170M – $250M |
| | | BCWS Over Funds | $221M |

Included in the section is a description and BCWS associated with rate adjustments, escalation, comparison and proposed baseline cost summaries, prior year carryover work scope, incorporated ORP Letters of Direction, and a methodology and credits against estimates for a ramp down of programmatic, support and infrastructure accounts as tank closure scope is accomplished.



35