**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CH2M HILL HANFORD GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-494C** |
| **v.** | ) | **(Chief Judge Damich)** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | **Filed: March 11, 2008** |
| **Defendant,** | ) | |
| | ) | |

**NOTICE OF CHANGE OF LAW FIRMS AND ADDRESS**

Please take notice that Kenneth B. Weckstein, counsel for the Plaintiff **CH2M Hill Hanford Group, Inc.**, has changed law firms as follows:

Kenneth B. Weckstein
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, N.W., Suite 600
Washington, DC 20005
e-mail: kweckstein@brownrudnick.com

This change is effective immediately.

Dated March 11, 2008

BROWN RUDNICK BERLACK ISRAELS LLP

/s/ Kenneth B. Weckstein
Kenneth B. Weckstein, Esq.
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, N.W., Suite 600
Washington, DC 20005
Telephone (202) 536-1750
Facsimile (617) 289-0772
kweckstein@brownrudnick.com

# 19185