IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CH2M HILL HANFORD GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-494C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTION TO CONSOLIDATE IN THIS COURT, A COMPANION CASE, CURRENTLY PENDING BEFORE THE CIVILIAN BOARD OF CONTRACT APPEALS

Pursuant to Rule 1 of the Rules of the United States Court of Federal Claims, defendant, the United States, hereby respectfully requests expedited consideration of our motion to consolidate this case with a companion case, filed by the plaintiff, CH2M Hill Hanford Group, Inc. ("CH2M"), which is currently pending before the Civilian Board of Contract Appeals ("CBCA" or "board"): CH2M HILL Hanford Group, Inc., v United States Department of Energy, No. 708 (CBCA). Our motion for consolidation was filed October 5, 2007.

We seek expedited consideration of our motion for the purposes of judicial economy. For example, we recently solicited and received a proposal for expert services. For budget and other purposes, it is better to know where this case will be consolidated (or not) before establishing a final scope of work and entering into a contractual agreement. For another example, it would be better to consolidate discovery activities in one forum.

For these reasons, we respectfully request that the Court grant us expedited consideration of our motion to consolidate these two cases.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 29, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 29, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT’S MOTION TO CONSOLIDATE IN THIS COURT, A COMPANION CASE, CURRENTLY PENDING BEFORE THE CIVILIAN BOARD OF CONTRACT APPEALS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier