United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 12, 2008

Beatrice Jones, Clerk
Civilian Board of Contract Appeals
1800 F Street, N.W.
Washington, DC 20405

Re: CH2M Hill Hanford Group, Inc. v. United States,
Case No. 07-494 C

Dear Ms. Jones:

Pursuant to the Opinion and Order filed by Chief Judge Damich on May 8, 2008, the above referenced case is being transferred to the Civilian Board of Contract Appeals for possible consolidation with a related case pending before the Board. Enclosed, please find certified copies of all the filings in the case before the court, together with a certified copy of the Opinion and Order and this court's docket sheet. If you have any questions, please do not hesitate to contact the court at (202) 357-6406.

Sincerely,

Mark Busby

cc: Chief Judge Damich
Kenneth B. Weckstein, Esquire
James W. Poirier, Esquire